IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

FILED
APR 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Donnial Fayson

Plaintiff (s),

v.                                    Civil Action No. 04-219 KAJ

Benita Earle, Paul Howard
Patrick Ryan

Defendant (s),

## PLAINTIFF'S AMENDMENT TO COMPLAINT

Benita Earle and Patrick Ryan have denied my pastoral visits for a year without due [c]ause. They have consistently denied us the right to have any religious services or study classes. Also, they have shown a preference to christianity. By having services for them seven days a week end we aren't offered any. They have also refused to meet my dietary needs as legislated by my religious beliefs. In addition several staff members have made derogatory remark about my belief, and upon writing a grievance they where never handled. My religious advisor is allowed to make a regular visit but can't come in and teach us correctly. Whereas several [pe]ople have access to the entire institution as volunteers for christian studies, [I] wrote Paul Howard and he said that it would be taken care of and that was [in Ma]y 2002.

Respectfully submitted on this 10 day of April, 2005

_____
Movant





Sonia Fayson
6600 Baylor Blvd
New Castle, DE 19720

Office of the Clerk
U.S.D.C
844 N. King Street
Lockbox 18
Wilmington, DE 19801-3570