IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

FILED
APR 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Donial Fayson )
)
Plaintiff, )
)
vs. )  Civil Action No. 1-04-CV-219 KAJ
Chaplain Bernita Earle-DOC )
Paul Howard -- Bureau Chief, Dept. of )
Corrections )
Patrick Ryan -- BWCI Warden, Dept. of )
Corrections )
)
)
Defendant (s), )

## AMENDMENT TO COMPLAINT

The institution has continuously denied me my rights. They have opened my legal mail. During the month of Ramaddan Tahsiyn Ismaeel was given permission to come into the visiting room every Friday to break fast with us. However, once Ramadhn was over they permitted her to lead the Eid Prayer, but access to teach any other time was denied. She was allowed to drop food off for our Eid Feast, but wasn't allowed to stay. We were stripped searched after the Feasts. They continually show preference to Christianity. Every

Case 1:04-cv-00219-GMS    Document 13    Filed 04/29/2005    Page 2 of 6

day of the week there is a service available to the Christian inmates. When I ask Chaplain Bernita Earle her reply is that it is the Warden who is limiting our services. I have written both Warden Ryan and Paul Howard however there hasn't been any response. I was also denied my right to a pastoral for a year. When they where restored I was advise by Chaplain Earle this is my class time and only service. So at this point the whole Muslim community has one pastoral a week all together for one hour. Which limits our worship and our learning.

I submitted a letter to Warden Ryan asking for a religiously accomodated diet however I was advised it "wasn't in the budget." However currently they are accomodating someone jewish with a Kosher diet.

4/26/05
Date signed

[signature]
Movant

Case 1:04-cv-00219-GMS    Document 13    Filed 04/29/2005    Page 4 of 6





Office of the Clerk
United States District Court
Att: Kent Judson
844 N. King Street
Lockbox 18
Wilmington, DE 19801-3570

Donald Boyson
1000 Bayard Blvd
New Castle DE 19720