Donial Fayson<br>
660 Baylor Blvd<br>
New Castle DE 19720

U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, De. 19801

re: Civ. No. 04-219-KAJ

To Whom It May Concern:

Since my receipt of the order dated September 19, 2005 I have been trying to locate my amended complaints (D.I. 12, and D.I. 13), however I have not been able to locate my copies. I have enclosed U.S. Marshal 285 forms, and would appreciate it if you could please send me a copy of the amended complaints listed above so that I can make copies and send them to you.

Thank you in advance for your assistance.

Thank you,

Donial Fayson

FILED
NOV 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Daniel Fayson
[illegible] Baylor Blvd

The United States District Court
c/o Clerks Office

Lockbox 18
844 N. King Street
Wilmington, DE 19801

