# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONIAL FAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 04-219-KAJ |
| | ) |
| | ) |
| BERNITA EARLE, PAUL HOWARD, | ) |
| and PATRICK RYAN, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Erika Y. Tross on behalf of defendants Bernita Earle, Paul Howard, and Patrick Ryan (the "Defendants"). This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon the Defendants. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE


/s/ Erika Y. Tross
Erika Y. Tross (#4506)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
erika.tross@state.de.us

Attorney for Defendants

Dated: January 3, 2006

# **CERTIFICATE OF SERVICE**

I, Erika Y. Tross, Esq., hereby certify that on January 3, 2006, I caused a true and correct copy of the attached *Entry of Appearance* to be served on the following individuals in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Donial Fayson
SBI #463713
Baylor Women's Correctional Institution
660 Baylor Boulevard
New Castle, DE 19720

**MANNER OF DELIVERY:**

___ One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

___ Two true copies by Federal Express

___ Two true copies by hand delivery to each recipient

/s/ Erika Y. Tross
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
erika.tross@state.de.us