IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONIAL FAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-219-KAJ |
| | ) |
| | ) |
| BERNITA EARLE, PAUL HOWARD, | ) |
| and PATRICK RYAN, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

COMES NOW, the Defendants Bernita Earle, Paul Howard and Patrick Ryan, by and through their undersigned counsel, and hereby move this Honorable Court (the "Motion") to enter an Order, substantially in the form attached hereto, dismissing with prejudice all claims against the Defendants pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of the Motion, the Defendants have filed simultaneously herewith the Defendants' Memorandum Of Points And Authorities In Support Of The Motion To Dismiss Pursuant To Federal Rule Of Civil Procedure 12(b)(6).

- 2 -

WHEREFORE, the Defendants respectfully request that this Honorable Court enter an order, substantially in the form attached hereto, dismissing Plaintiff's claims with prejudice.

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        */s/ Erika Y. Tross*
        Erika Y. Tross (#4506)
        Deputy Attorney General
        820 North French Street, 6th Floor
        Wilmington, Delaware 19801
        (302)577-8400

        Attorney for Defendants

Dated: January 30, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONIAL FAYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-219-KAJ |
| | ) | |
| | ) | |
| BERNITA EARLE, PAUL HOWARD, | ) | |
| and PATRICK RYAN, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Upon the Defendants' Motion To Dismiss Pursuant To Federal Rule Of Civil Procedure 12(b)(6) (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The First and Second Amended Complaints filed in the above-captioned action (D.I. 12 and 13) are **DISMISSED WITH PREJUDICE** as to Defendants Bernita Earle, Paul Howard and Patrick Ryan.

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Kent A. Jordan
United States District Court Judge

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on January 30, 2006, I caused a true and correct copy of the attached *Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Donial Fayson
SBI #463713
Baylor Women's Correctional Institution
660 Baylor Boulevard
New Castle, DE 19720

**MANNER OF DELIVERY:**

___One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

___Two true copies by Federal Express

___Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400