**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DONIAL FAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-219-KAJ |
| | ) |
| | ) |
| BERNITA EARLE, PAUL HOWARD, | ) |
| and PATRICK RYAN, | ) |
| | ) |
| Defendants. | ) |

**AFFIDAVIT OF BERNITA A. EARLE**

I, Bernita A. Earle, having been duly sworn by law, do hereby depose and state as follows:

1.      I am employed by the State of Delaware Department of Correction ("DOC") as the Chaplain of the Baylor Women's Correctional Institution ("BWCI"), New Castle, Delaware. I have been employed by DOC since March 1995 and as Chaplain of BWCI since March 1995.

2.      On May 8, 2003, I received a letter from Donial Fayson stating that she wished to attend the Islamic studies being conducted by Tahsiyn Ismaa'eel of the North American Islamic Foundation. (See Exhibit A-5). I spoke with Fayson regarding attending a visit with Ismaa'eel because I had known Fayson to be a Christian, not a Muslim. Fayson informed me that she had been previously involved in the Islamic Faith and wanted to resume studies. On May 12, 2003, Fayson was added to the list of attendees for Ismaa'eel's pastoral visit. (See Exhibit A-6).

3.    Shortly thereafter, on July 21, 2003, Fayson wrote me a letter requesting permission to study the Islamic faith and wear a Khimar – the Muslim head covering – during her prayers. She also requested permission to celebrate Ramadan and to receive a diet based on Islamic law. (See Exhibit A-7). Fayson was permitted to wear a Khimar in her room, during her prayer time. She was also advised that arrangements would be made for her to observe the Ramadan fast.

4.    On October 22, 2003, I scheduled weekly one and a half (1½) hour sessions for the Muslim inmates to meet for prayer and instruction during the month of Ramadan. (See Exhibit A-8). The group met without an outside volunteer to oversee the sessions as Ismaa'eel had not received security clearance to come in to the Gym/Chapel area of BWCI for services.

5.    A little over one month later, on November 26, 2003, I arranged for the Muslim inmates to attend the EID Al Fitr Celebration to mark the end of the Ramadan fast. The Celebration was held in the visiting room Pastoral area. Ismaa'eel brought the meal for the Celebration but she did not participate in the Celebration. (See Exhibit A-9-10).

6.    In April 2004, BWCI retained Semab Chaudrhy of the Delaware Islamic Society to meet with the Muslim inmates, schedule Islamic classes, and provide the inmates with Prayer Rugs. (See Exhibit A-11). A tentative schedule of six classes was arranged for the Muslim inmates. (See Exhibit A-12).

7.    Sometime later, on November 20, 2004, Fayson filed two grievances. She complained that Ismaa'eel was not permitted to come into the visiting room to continue teachings. (See Exhibit A-13-14). She also asserted that she no longer

wished to continue with the Islamic prayer study group. (See Exhibit A-16-17). I explained to Fayson that Ismaa'eel was permitted to conduct pastoral visits and that she was continuing to do so at least twice a week. (See Exhibit A-14-15). I also informed Fayson that she did not have to attend the prayer study group if she did not want to attend. (See Exhibit A-17-21).

8.     For reasons unbeknownst to me, Fayson and the other Muslim inmates no longer wished to have classes with Chaudrhy. Rather Fayson continued to demand that her religious advisor, Ismaa'eel, be allowed into BWCI to provide services. Thus Chaudrhy no longer volunteered his time to instruct the Muslim inmates.

9.     During Ramadan, in October 2005, I arranged for the Muslim inmates to assemble in the visiting room for 15 minutes at each of the five (5) prayer times and for an additional half ($\frac{1}{2}$) an hour each evening as they broke fast. The Friday evening prayer was also scheduled for one (1) hour in the visiting room and Ismaa'eel attended to lead the group in prayer. (See Exhibit A-22-24).

10.     At present, Ismaa'eel continues to schedule one and a half ($1\frac{1}{2}$) hour pastoral visits with Fayson and the other Muslim inmates to instruct them in Islam. Ismaa'eel is also permitted to schedule, and has scheduled, individual pastoral visits with the Muslim inmates, including Fayson. (See Exhibit A-25-26). Ismaa'eel is not, however, permitted to conduct Islamic services in the BWCI Gym/Chapel area as she did not receive security clearance from the Warden.

11.    The Muslim inmates at BWCI, including Fayson, are permitted to wear head coverings, observe the Ramadan fast, participate in the EID Feast, have group pastoral visits for one and a half (1½) hours with Ismaa'eel, and schedule individual pastoral visits. BWCI also has an Islamic library.

Bernita A. Earle

**SWORN AND SUBSCRIBED** before me this _30th_ day of _January_ 2006.

Notary

BRENDA P. BROWN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires October 17, 2009

A-4

May 8, 2003

Dear Chaplain Earle,

I attempted to attend the Islamic Monotheism studies tonight but was informed that my name was not placed on the memo. Could you please add my name to the list.

Thank You,

DANIAL FAYSON
Blair Clark  ⟩ Unit 7

A-5

## *MEMORANDUM*

**TO:**     **CENTRAL CONTROL**

**FROM:**    **BERNITA A. EARLE, CHAPLAIN** *Bee*

**SUBJECT:**   **PASTORAL VISIT**

**DATE:**     **MAY 12, 2003**

    *Please be aware that Tahstyn A. Ismaa'eel, Religious Rights Advisor, North American Islamic Foundation Inc., has been visiting with Kimberly Hargrow to assist her in her studies. Ms. Ismaa'eel has identified several residents who indicate their prior involvement in the Islam faith and would like to join the study that has be scheduled for Thursday evenings at 7:30 PM. The additions are:*

> *Baker, Edith*
> *Clark, Blair*
> *Fayson, Donial* ✓
> *Hunter, India*
> *Ingram, Lisa*
> *Jones, Aneesha*
> *Minor, Lateesha*
> *Morris, Linda*
> *Muhammed-Bey, Aisha*
> *Ponzo, Adrian*
> *Ricketts, Franshawn*
> *Ware, Kathy*

    *Thank you very much for your cooperation.*

*/bae*

    *Cc:*   *Warden Patrick Ryan*
           *Deputy Warden Martin*
           *Colleen Shotzberger*
           *Front Desk*
           *File*

A-6

July 01, 2003

Dear Chaplain Earle,

As you are already aware, I am of the islamic faith. I would like permission to recieve my head gear. Previously I wasn't following the law of Islam, however I would like to be granted permission to study my religion. That does include being able to cover my head.

I would also like a religiously accomodated diet. Along with permission to elebrate Ramadslam.

I thank you in advance for your attention in this matter.

Sincerely,

Donial Fayson

c: Deputy Warden Martin          7/24/03
   Director Walker, Kitchen      Spoke with Donial —

She is requesting that she be allowed to receive her "Kemar" so that she can be 'Covered' when she is making her prayers. Her family will send in the "Kemar"

A-7

RECEIVED

OCT 2 3 2003

WARDEN'S OFFICE
BWCI

## *MEMORANDUM*

**TO:**        ***WARDEN PATRICK RYAN***

**FROM:**    ***BERNITA A. EARLE, CHAPLAIN*** /bae

**SUBJECT:**  ***MUSLIM RESIDENTS***

**DATE:**     ***OCTOBER 22, 2003***


*With your permission, I am scheduling the following Muslim Residents to meet each Thursday afternoon during Ramadan for the purpose of prayer and instruction on prayer.  The meetings will be held in the Gym from 3:00 – 4:30 PM, beginning on Thursday, October 23.*

| | |
|---|---|
| *Donial Fayson* | *- 6* |
| *Lisa Ingram* | *- 4* |
| *Susan Matthews* | *- 3* |
| *Carol Murray* | *- 4* |
| *Ronetta Sudler* | *- 5* |

*The residents will meet for this Ramadan season (only) without a volunteer as we have not yet identified and approved someone for the position.*


/bae

cc: *Deputy Warden Martin*
    *Colleen Shotzberger*

Approved
Patrick J. Rya
10 -23-03

cc Colleen Shotzberger.
A - 8

## MEMORANDUM

**TO:**              **CENTRAL CONTROL**

**FROM:**          **BERNITA A. EARLE, CHAPLAIN**

**SUBJECT:**     **EID  FEAST**

**DATE:**          **NOVEMBER  26, 2003**

The following Muslim Residents should be allowed to attend the EID Al Fitr Celebration, which marks the end of their Ramadan Fast. The Feast will be observed on Friday, November 28, 2003 - 5:30 PM – 7:30 PM.   The Feast will be held in the visiting room Pastoral area.

| | |
|---|---|
| Donial Fayson | - 6 |
| Lisa Ingram | - 4 |
| Susan Matthews | - 3 |
| Carol Murray | - 8 |
| Veronica Norton | - 5 |
| Ronetta Sudler | - 5 |

The meal will be provided by the North American Islamic Foundation. Tahstyn Ismaa'eel will drop off these dishes for the ladies; she will not be a participant in the Celebration.

bae

| cc: | | |
|---|---|---|
| | Warden Patrick Ryan | Staff Lt. Smith |
| | Deputy Warden Martin | Lt. Kenney |
| | Colleen Shotzberger | Village |
| | Captain Moore | Anita Davenport |
| | Captain Repetti | Front Desk Officer |
| | Captain Snead | |

A-9

## MEMORANDUM

**TO:**     **DONIAL FAYSON**     **- 6**
        **LISA INGRAM**       **- 4**
        **SUSAN MATTHEWS**     **- 3**
        **CAROL MURRAY**      **- 8**
        **VERONICA NORTON**    **- 5**
        **RONETTA SUDLER**     **- 5**

**FROM:**    **BERNITA A. EARLE, CHAPLAIN**

**SUBJECT:**    **EID FEAST**

**DATE:**     **NOVEMBER 26, 2003**

*You will be permitted to attend the EID Al Fitr Celebration, which marks the end of the Ramadan Fast. The Feast will be observed on Friday, November 28, 2003 - 5:30 PM – 7:30 PM, and will be held in the visiting room Pastoral area.*

*The meal will be provided by the North American Islamic Foundation. Tahsiyn Ismaa'eel will drop off these dishes for the ladies; she will not be a participant in the Celebration.*

*bae*

A 10

# MEMORANDUM

**TO:**      **CENTRAL CONTROL**
            **ALL UNITS**

**FROM:**    **BERNITA A. EARLE, CHAPLAIN**

**SUBJECT:** **ISLAMIC CLASSES**

**DATE:**    **APRIL 15, 2004**


Please be advised that Islamic Classes will begin on Friday, April 16, 2004 - 3:00 PM – 4:30 PM, in the Gym / Chapel area. Instruction will be provided by Semab Chaudhry of the Delaware Islamic Society.

Thank you very much for your cooperation.


/bae

cc:   Warden Patrick Ryan         Staff Lt. Smith
      Deputy Warden Martin        Lt. Kenney
      Colleen Shotzberger         Village
      Captain Moore               Anita Davenport
      Captain Repetti             Front Desk Officer
      Captain Snead

## *MEMORANDUM*

**TO:**        **CENTRAL CONTROL**

**FROM:**    **BERNITA A. EARLE, CHAPLAIN** */Bae/*

**SUBJECT:**  **ISLAMIC CLASS SCHEDULE**

**DATE:**     **APRIL 26, 2004**

### *DAWA AT BWCI*
#### *TENTATIVE SCHEDULE*
##### *Session Time: 10:00 AM*
##### *Coordinator: Semab Chaudhry*

*Session 1  (Friday, April 16) - Islam: The Perfect Path (Hamza Yousef Video)*

*Session 2  (Saturday, May 1) - Pillars of Islam - Faith & Prayer (Teach Arabic)*

*Session 3  (Saturday, May 15)- Pillars of Islam - Fasting, Charity, & Pilgrimage*

*Session 4  (Saturday, May 29)- Concept of Tawaheed*

*Session 5  (Saturday, June 12)- Elements of Success (Hamza Yousef Tape)*

*Session 6  (Saturday, June 26)- Virtues of Salah*

---

*All Sessions Should Include The Following:*

- *Begin each session with Recitation from the Quran and read Its translation*

- *Lead a salah (duhr or asr)*

- *End each session with brief Dua*

---

*bae*

cc: *Warden Patrick Ryan*          *Staff Lt. Smith*
   *Deputy Warden Martin*         *Lt. Kenney*
   *Colleen Shotzberger*           *Village*
   *Captain Moore*                *Anita Davenport*
   *Captain Repetti*              *Front Desk Officer*
   *Captain Snead*

A-12

BWCI Baylor Women's Correctional Institution   RECEIVED Date: 11/30/2004
660 Baylor Boulevard
NEW CASTLE DE, 19720
Phone No. 302-577-3004

DEC 1 5 2004

Warden's Office
DJBWCI

## GRIEVANCE REPORT

| | | | |
|---|---|---|---|
| **Offender Name :** FAYSON, DONIAL M | **SBI#** | : 00463713 | **Institution** : BWCI |
| **Grievance #** : 9143 | **Grievance Date** | : 11/20/2004 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | | **Resol. Date** : |
| **Grievance Type:** Visiting | **Incident Date** | : 11/20/2004 | **Incident Time :** 13:00 |
| **IGC** : Moore, Joseph | **Housing Location :** Building 5, Tier 2, RM 6288, Bottom | | |

**Description of Complaint:** DURING RAMADDAN MY RELIGIOUS ADVISOR (TAHSIYN ISMA'EEL) WAS GIVEN PERMISSION
TO COME INTO THE INSTITUTION EVERY FRIDAY TO BREAKFAST WITH THE MUSLIM COMMUNITY. HOWEVER SINCE RAMADDAN IS OVER SHE IS NO LONGER ABLE TO COME
INTO THE VISITING ROOM TO CONTINUE OUR TEACHINGS. I DON'T UNDERSTAND HOW SHE CAN HAVE CLEARANCE DURING RAMADDAN BUT THEN DENIED ENTRY INTO THE VISIT-
ING ROOM AREA AFTERWARDS.

**Remedy Requested** : I WOULD LIKE A COPY OF POLICY AND PROCEDURE PERTAINING TO RELIGIOUS PRO-
GRAMS.

**INDIVIDUALS INVOLVED**

| Type | SBI # | Name |
|---|---|---|
| | | |

**ADDITIONAL ACKNOWLEDGEMENT INFORMATION**

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : Earle, Bernita A |
| **Grievance Amount :** | |

**BWCI Baylor Women's Correctional Institution**    Date: 11/30/2004
660 Baylor Boulevard
**NEW CASTLE DE, 19720**
Phone No. 302-577-3004

RECEIVED

DEC 1 5 2005

## INFORMAL RESOLUTION

Warden's Office
DJ9WCI

### OFFENDER GRIEVANCE INFORMATION

| | |
|---|---|
| **Offender Name :** FAYSON, DONIAL M | **SBI#** : 00463713 | **Institution** : BWCI |
| **Grievance #** : 9143 | **Grievance Date** : 11/20/2004 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Visiting | **Incident Date** : 11/20/2004 | **Incident Time :** 13:00 |
| **IGC** : Moore, Joseph | **Housing Location** Building 5, Tier 2, RM 6288, Bottom | |

### INFORMAL RESOLUTION

**Investigator Name** : Earle, Bernita A          **Date of Report** 11/30/2004

**Investigation Report :**

**Reason for Referring:**

The Remedy you Requested WAS A copy of Policy
And Procedure Pretaining To Religious programs
Which I have provided for you, Also
The attached statement from Chaplain
states That TAhsiyN Ismaa'eel Comes
into the institution @ least Twice Weekly.

**Offender's Signature:** _____

**Date** : 12/14/04

**Witness (Officer)** : _____

### RE:  GRIEVANCE 9143

In answer to the statement made that Tahsiyn Ismaa'eel has not been allowed in the Institution since Ramadan --- Please check the Visitors' Log, you will find that Tahsiyn Ismaa'eel comes into the Institution at least twice / week on Pastoral visits.

As far as a policy on procedures pertaining to religious programs, I don't have one myself, and if I did, I am not sure that I would be the one to hand out Policy and Procedures to a resident.


Bernita A. Earle, Chaplain
December 8, 2004

A - 15

**BWCI Baylor Women's Correctional Institution**    Date: 11/30/2004
**660 Baylor Boulevard**    RECEIVED
**NEW CASTLE DE, 19720**
**Phone No. 302-577-3004**    DEC 1 5 2005

## GRIEVANCE REPORT    Warden's Office
BWCI

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** FAYSON, DONIAL M | **SBI#** : 00463713 | **Institution** : BWCI |
| **Grievance #** : 9144 | **Grievance Date** : 11/20/2004 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date :** |
| **Grievance Type:** Religion | **Incident Date** : 11/20/2004 | **Incident Time :** 13:00 |
| **IGC** : Moore, Joseph | **Housing Location :** Building 5, Tier 2, RM 6288, Bottom | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** ON THE ABOVE STATED DATE AND TIME I HAVE REFUSED TO CONTINUE TO PARTICIPATE IN ANY FURTHER ISLAMIC PRAYER STUDY GROUP THAT THE INSTITUTION CONSTRUCTED TO PASIFY THE MUSLIM COMMUNITY. I HAVE REFUSED BECAUSE OF THE LACK OF A TEACHER BEING PROVIDED TO THE COMMUNITY.

**Remedy Requested** : I WOULD LIKE TO BE PROVIDED WITH A TEACHER AS THE CHRISTIAN COMMUNITY IS PROVIDED WITH MANY.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : Earle, Bernita A |
| **Grievance Amount :** | |

BWCI Baylor Women's Correctional Institution          Date: 11/30/2004
660 Baylor Boulevard                    RECEIVED
NEW CASTLE DE, 19720
Phone No. 302-577-3004                  DEC 1 5 2005

## INFORMAL RESOLUTION          Warden's Office
DIPWCI

| | | |
|---|---|---|
| Offender Name : FAYSON, DONIAL M | SB#        : 00463713 | Institution    : BWCI |
| Grievance #    : 9144 | Grievance Date  : 11/20/2004 | Category    : Individual |
| Status        : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Religion | Incident Date    : 11/20/2004 | Incident Time : 13:00 |
| IGC        : Moore, Joseph | Housing Location :Building 5, Tier 2, RM 6288, Bottom | |

**INFORMAL RESOLUTION**

Investigator Name   : Earle, Bernita A                   Date of Report  11/30/2004

Investigation Report :

Reason for Referring:

*Islamic prayer/study Group has been provided And is on going as indicted by The Attached schedule's, If you choose not To Attend That is your Right.*

Offender's Signature: _____

Date            : 2/16/05

Witness (Officer)   : _____

**RE: GRIEVANCE 9144**

Attached are memos dated October 7th, October 28th, November 18th, 2004, showing that an Islamic Prayer / Study Group has been set up and is on-going.

Bernita A. Earle, Chaplain
December 8, 2004

Donial Fayson attended
Prayer / Study Session on Friday,
December 17th, per cpl. Benson

A-15

## MEMORANDUM

**TO:**        **CENTRAL CONTROL**

**FROM:**    **BERNITA A. EARLE, CHAPLAIN**

**SUBJECT:**  **ISLAMIC PRAYER / STUDY**

**DATE:**      **OCTOBER 7, 2004**


*Please allow the following residents to assemble each Friday - 1:00 PM – 2:30 PM - for Prayer / Study in the Gym / Chapel area.*

> *Donial Fayson*
> *Lisa Ingram*
> *Susan Matthews*
> *Ronetta Sudler*

*Thank you very much for your cooperation.*


/bae

    cc:  *Unit 3 Officer*
         *Unit 6 Officer*
         *Unit 9 Officer*

## *MEMORANDUM*

**TO:**       **CENTRAL CONTROL**

**FROM:**     **BERNITA A. EARLE, CHAPLAIN**

**SUBJECT:**  **ISLAMIC PRAYER / STUDY**

**DATE:**     **OCTOBER 28, 2004**

Please note the additions for the Islamic Prayer / Study group which assembles each Friday - 1:00 PM – 2:30 PM - in the Gym / Chapel area.

> Donial Fayson
> Louella Harrold\*
> Lisa Ingram
> Sabrina Lewis\*
> Susan Matthews
> Ronetta Sudler

\*Additions

/bae

cc:  Unit #3 Officer
     Unit #6 Officer
     Unit #7 Officer
     Unit #8 Officer
     Unit #9 Officer

A-20

## MEMORANDUM

**TO:**        **CENTRAL CONTROL**

**FROM:**    **BERNITA A. EARLE, CHAPLAIN** *bae*

**SUBJECT:**  **ISLAMIC PRAYER / STUDY**

**DATE:**     **NOVEMBER 18, 2004**

Please note that the Islamic Prayer / Study group will assemble each Friday - 1:00 PM – 2:30 PM - in the Visiting Room, rather than the Gym.

> *Donial Fayson*
> *Louella Harrold*
> *Lisa Ingram*
> *Sabrina Lewis*
> *Susan Matthews*
> *Ronetta Sudler*
> *Benita Wright*

/bae

cc:  Unit #3 Officer
     Unit #6 Officer
     Unit #7 Officer
     Unit #8 Officer
     Unit #9 Officer

## *MEMORANDUM*

**TO:**      *CENTRAL CONTROL*

**FROM:**   *BERNITA A. EARLE, CHAPLAIN*

**SUBJECT:**  *RAMADAN - (Revised Memo)*

**DATE:**    *OCTOBER 3, 2005*

*Ramadan will probably begin on/or about October 4, 2005. Tahsiyn Ismaa'eel will call to indicate the official beginning of the Ramadan fast. The following Muslim residents should be notified.*

> *Donial Fayson*
> *Lisa Ingram*
> *Shonda Jones*
> *Tahria Parks*
> *Annette Satterwhite*
> *Gwendolyn Wallace*

*During Ramadan, the Muslim community will be permitted to assemble in the visiting room for 15 minutes per scheduled prayer time to pray together. The Community will also continue to meet each evening in the visiting room for prayer as they break fast - 6:30 PM – 7:00 PM.*

*The Friday evening Prayer will be from 6:30 - 7:30 PM. Please be advised that Tahsiyn Ismaa'eel will be in attendance each Friday to lead them in Prayer. Tahsiyn will bring in dried dates for the residents to be used to break the fast at the Friday evening Prayers.*

*\*Please note that Linda Morris has chosen not to observe Ramadan*

*/bae*

    *cc:*  *Warden Patrick Ryan*       *Director Walker*
          *Deputy Warden Martin*     *Staff Lt. Smith*
          *Colleen Shotzberger*       *Lt. Kenney*
          *Captain Jones*            *Lt. Watson*
          *Captain Moore*            *Sgt. McMillan*
          *Captain Repetti*          *Front Desk Officer*
          *Captain Snead*

## *MEMORANDUM*

**TO:**     **DONIAL FAYSON**
            **LISA INGRAM**
            **SHONDA JONES**
            **TAHRIA PARKS**
            **ANNETTE SATTERWHITE**
            **GWENDOLYN WALLACE**

**FROM:**   **BERNITA A. EARLE, CHAPLAIN** *Bae*

**SUBJECT:**  **RAMADAN - (Revised Memo)**

**DATE:**   **OCTOBER 3, 2005**


Please be aware that during Ramadan, you will be permitted to assemble in the visiting room for 15 minutes per scheduled prayer time to pray together. You may also continue to meet each evening from 6:30 PM – 7:00 PM for prayer as you break fast.

The Friday evening Prayer will be from 6:30 PM – 7:30 PM, with Tahsiyn Ismaa'eel in attendance to lead in Prayer. Tahsiyn will bring in dried dates to be used to break the fast at the Friday evening Prayers.


/bae

cc:  **Central Control**
     **Unit Officer**
     **File**

A 23

# MEMORANDUM

**TO:**   **DONIAL FAYSON**
**LISA INGRAM**
**TAHRIA PARKS**
**GWENDOLYN WALLACE**

**FROM:**   **BERNITA A. EARLE, CHAPLAIN**

**SUBJECT:**   **ISLAMIC EID PRAYER AND FEAST**

**DATE:**   **OCTOBER 31, 2005**


The following Muslim Residents should be allowed to attend the EID Al Fitr Celebration, which marks the end of the Ramadan Fast:

The Eid Prayer will be held on Wednesday or Thursday, November 2nd or 3rd - 10:30 AM – 12:30 PM. Please be advised that Tahsiyn Ismaa'eel will lead the EID Prayer, which will be held in the Visiting Room.

The EID Feast will be observed on Tuesday, November 8th - 5:30PM – 7:30 PM - in the Visiting Room. The foods will be provided by the North American Islamic foundation and the Manhaj as-Salaf Da-wah Center.


bae
   cc:   Unit Officer

A-24

## *MEMORANDUM*

**TO:**      **CENTRAL CONTROL**

**FROM:**    **BERNITA A. EARLE, CHAPLAIN**

**SUBJECT:** **PASTORAL VISIT**

**DATE:**    **NOVEMBER 9, 2005**

*Please be aware that Tahsiyn A. Ismaa'eel, Religious Rights Advisor, North American Islamic Foundation, Inc., will visit with Donial Fayson at 9:30 AM on Thursday, November 10, 2005.*

*Thank you very much for you cooperation.*

*Cc:  Front Desk*
*Cpl. Hubbard*
*File*

+1.25

**TO:**        **CENTRAL CONTROL**

**FROM:**      **BERNITA A. EARLE, CHAPLAIN**

**SUBJECT:**   **PASTORAL VISIT**

**DATE:**      **DECEMBER 1, 2005**


*Please be aware that Tahsiyn A. Ismaa'eel, Directress of Women's Affairs, North American Islamic Foundation, Inc., will visit with the following residents every Friday from 10:00 AM – 11:30 AM:*

> *Donial Fayson*
> *Erica Collins*
> *Nichole Hansley*
> *Lisa Ingram*
> *Tahria Parks*
> *Erica Patrick*

*Thank you very much for you cooperation.*


Cc:  Front Desk
     Cpl. Hubbard
     File

A-26