RECEIVED
AUG 5 – 2005
Warden's Office
DCC-WCI

August 3, 2005

Dear Warden Ryan,

I would like to first thank you for all of your care and concern during my brothers unfortunate circumstances. I would like to also thank you for all that you are doing to assist the muslim community. Currently, we meet once a week in the visiting room for a pastoral visit as a group. This hour and a half is the only "class" that we have. I would like to seek your permission to have individual pastoral visits as well as this class time. When I started studying this religion I didn't imagine or even know it was so much to learn. This additional time will allow me to learn this religion. As well as help me through these stressful times when I need to talk to someone.

I thank you in advance for any type of assistance you can provide to me.

Sincerely,

Denial Faysou
Unit # 9