BWCI Baylor Women's Correctional Institution
660 Baylor Boulevard
NEW CASTLE DE, 19720
Phone No. 302-577-3004

Date: 12/14/2004

RECEIVED
DEC 15 2005
Warden's Office
BWCI

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : FAYSON, DONIAL M | **SBI#** : 00463713 | **Institution** : BWCI |
| **Grievance #** : 7920 | **Grievance Date** : 10/18/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 1 | **Resol. Date** : 12/14/2004 |
| **Grievance Type**: Mail | **Incident Date** : 10/18/2004 | **Incident Time** : 16:30 |
| **IGC** : Moore, Joseph | **Housing Location** : Building 5, Tier 2, RM 6286, Top | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** On the above stated time I received legal mail without an envelope. However on friday October 15, I received a receipt from the same court pertaining to the same case in an envelope. I did notice that the staple had been removed and replaced in a totally different place. I feel my legal mail is being tampered with.

**Remedy Requested** : I would like to know policy and procedure for receiving legal mail. I would also like to know if the institution can photocopy personal legal information without permission?

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** NO  **Date Received by Medical Unit :**
**Investigation Sent :**  **Investigation Sent To** : Moore, Joseph
**Grievance Amount :**

Page 1 of 3

BWCI Baylor Women's Correctional Institution  Date: 12/14/2004
660 Baylor Boulevard
NEW CASTLE DE, 19720
Phone No. 302-577-3004

RECEIVED
DEC 15 2005
Warden's Office
BWCI

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : FAYSON, DONIAL M | SBI# : 00463713 | Institution : BWCI |
| Grievance # : 7920 | Grievance Date : 10/18/2004 | Category : Individual |
| Status : Resolved | Resolution Status: Level 1 | Inmate Status : |
| Grievance Type: Mail | Incident Date : 10/18/2004 | Incident Time : 16:30 |
| IGC : Moore, Joseph | Housing Location: Building 5, Tier 2, RM 6286, Top | |

### INFORMAL RESOLUTION

**Investigator Name** : Moore, Joseph  **Date of Report** 12/14/2004

**Investigation Report** : Legal mail are to be opened by the recipant in the presence of the unit officer. No one is authorized to photo copy your legal mail. In the future when you receive legal mail opened bring it to the attention of the shift supervisor imediately.

**Reason for Referring:**

**Investigator Name** : Smith, Lakisha  **Date of Report** 10/29/2004

**Investigation Report** : Investigation was done on 10-31-04. I/M Fayson described what occured to Lt. Smith regarding her legal mail. I/M Fayson stated her mail is always forwarded to her from Records with her name on it for her to open and sign. This is the one time she received her legal mail open. Lt. Smith concluded this was an isolated incident and no further evidence supports her claim of mail tampering. Evidence did conclude that her mail was opened and sent in the mail bag the way normal mail is delivered. I/M Fayson stated she believes her mail is being purposely tampered with due to the abnormal occurrences that's being happening with her sent she filed a law suit against BWCI. An example of this is her being moved from unit 6 without provocation.

**Reason for Referring:** No resolution accepted by I/M Fayson. She stated she's making a formal complaint with the Federal Government.

**Investigator Name** : Moore, Joseph  **Date of Report** 10/31/2004

**Investigation Report** :

**Reason for Referring:** .

Offender's Signature: X [signature] (not tested)
Date : X 12/15/04
Witness (Officer) : [signature]

BWCI Baylor Women's Correctional Institution
660 Baylor Boulevard
NEW CASTLE DE, 19720
Phone No. 302-577-3004

RECEIVED Date: 12/14/2004

DEC 15 2005

Warden's Office
DJBWCI

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : FAYSON, DONIAL M | SBI# : 00463713 | Institution : BWCI |
| Grievance # : 7920 | Grievance Date : 10/18/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 1 | Inmate Status : |
| Grievance Type: Mail | Incident Date : 10/18/2004 | Incident Time : 16:30 |
| IGC : Moore, Joseph | Housing Location : Building 5, Tier 2, RM 6286, Top | |

### IGC

Medical Provider:                     Date Assigned

Comments:

☐ Forward to MGC          ☐ Warden Notified

☐ Forward to RGC          Date Forwarded to RGC/MGC :

☐ Offender Signature Captured    Date Offender Signed     :