7

### MAIL/LEGAL MAIL/PACKAGES (Cont'd)

All outgoing mail is stamped to indicate that it was sent from a correctional institution. You may send out an unlimited number of letters. Stamps may be purchased through commissary or self-adhesive stamps may be sent in.

In order to write an incarcerated, immediate family member, you must submit a correspondence request form to your counselor with the understanding that the Deputy Warden makes the final decision. Correspondence forms may be obtained from unit officer.

Legal mail is opened and signed in the presence of the housing unit officer. If you receive court appearance notifications, inform your housing officer so that such appearances can be forwarded to the Records' Office.

You can send written requests to any BWCI staff member through the institutional mail system. Mail addressed to other state agencies (courts, Public Defender's office, Probation and Parole, etc.), require U.S. postage stamp(s) for delivery.

### COMMISSARY

You are allowed to order commissary once a week. Order forms may be obtained from your unit officer. You may not order anything unless you have the money in your account to pay for it.

### INMATE ACCOUNTS

Upon your arrival, an "account" will be set up so that money may be deposited. Monies that will be credited include cash that you come in with, money orders, earned wages from institutional employment, and checks from outside employers. Remember, cash and personal checks will **not** be accepted through the mail.

If you are released during normal business hours, you will receive a check for the amount of money remaining in your account. However, if you are released after hours, a check will be mailed to you. If mailed, make sure that your *correct address is provided to the administrative officer.*

### MEDICAL

The health care unit is staffed by an independent medical service provider. New commitments will be seen by a nurse within 24 hours of admission. After this initial contact, you must follow the procedures noted below:

For emergencies, notify your unit officer and s/he will contact the shift commander or central control. For non-emergencies and requests to see specialists, fill out a "sick call slip" and place it in the box. Sick call is held Monday through Friday, 8:00 am to 4:30 pm. Emergencies will be seen as needed. There may be a waiting list, so be patient.

For self-initiated appointments, there will be a co-pay of $4.00. Non-prescribed drugs will be $2.00. Fees will be deducted from your account.

A selection of non-prescription medicines (Tylenol, aspirin, cold remedies, etc.) are available through the commissary vendor.

---

# DELORES J. BAYLOR
# WOMEN'S CORRECTIONAL INSTITUTION



# RESIDENT HANDBOOK