Visits to Delores J. Baylor Women's Correctional Institution by T. Ishmaa'ed

| Date of Visit | Time |
|---|---|
| December 2, 2005 | 9:55 |
| November 25, 2005 | 9:50 |
| November 18, 2005 | 9:50 |
| November 11, 2005 | 9:45 |
| November 10, 2005 | 9:35 |
| November 8, 2005 | 5:15 |
| November 4, 2005 | 10:20 |
| November 3, 2005 | 10:30 |
| October 28, 2005 | 6:00 |
| October 21, 2005 | 9:50 |
| October 21, 2005 | 6:10 |
| October 14, 2005 | 9:50 |
| October 14, 2005 | 6:20 |
| October 7, 2005 | 10:12 |
| September 30, 2005 | 9:50 |
| September 23, 2005 | 9:55 |
| August 26, 2005 | 10:00 |
| August 19, 2005 | 10:00 |
| August 12, 2005 | 9:45 |
| August 5, 2005 | 9:50 |
| July 29, 2005 | 10:00 |
| July 22, 2005 | 9:55 |
| July 15, 2005 | 9:55 |
| July 8, 2005 | 10:05 |
| June 30, 2005 | 10:00 |
| June 17, 2005 | 10:00 |
| June 10, 2005 | 10:00 |
| June 3, 2005 | 10:05 |
| May 27, 2005 | 9:50 |
| May 26, 2005 | 10:00 |
| May 20, 2005 | 10:00 |
| May 14,2005 | 10:00 |
| May 13, 2005 | 9:50 |
| May 6, 2005 | 10:05 |
| May 5, 2005 | 2:30 |
| April 22, 2005 | 10:05 |
| April 15, 2005 | 6:45 |
| April 15, 2005 | 10:05 |
| April 8, 2005 | 10:06 |
| March 25, 2005 | 10:00 |

| | |
|---|---|
| March 18, 2005 | 10:00 |
| March 4, 2005 | 10:10 |
| February 24, 2005 | 2:30 |
| February 18, 2005 | 9:50 |
| February 11, 2005 | 9:35 |
| February 10, 2005 | 2:55 |
| February 4, 2005 | 10:05 |
| February 3, 2005 | 2:05 |
| January 28, 2005 | 9:45 |
| January 21, 2005 | 10:00 |
| January 20, 2005 | 10:00 |
| January 14, 2005 | 9:50 |
| January 7, 2005 | 10:00 |
| January 6, 2005 | 2:35 |
| December 30, 2004 | 10:00 |
| December 24, 2004 | 10:00 |
| December 23, 2004 | 1:45 |
| December 17, 2004 | 10:15 |
| December 13, 2004 | 1:55 |
| December 10,2004 | 9:50 |
| December 9, 2004 | 2:15 |
| December 3, 2004 | 9:35 |
| December 2, 2004 | 2:40 |
| November 25, 2004 | 2:30 |
| November 23, 2004 | 2:30 |
| November 19, 2004 | 9:40 |
| November 18, 2004 | 9:55 |
| November 17, 2004 | 10:00 |
| November 13, 2004 | 10:05 |
| November 12, 2004 | 9:50 |
| November 11, 2004 | 10:10 |
| November 5, 2004 | 5:30 |
| November 3, 2004 | 1;10 |
| October 29, 2004 | 10:00 |
| October 29, 2004 | 6:00 |
| October 27, 2004 | 2:40 |
| October 22, 2004 | 9:30 |
| October 22, 2004 | 6:00 |
| October 21, 2004 | 2:05 |
| October 15, 2004 | 9:40 |
| October 13, 2004 | 7:00 |
| October 8, 2004 | 9:45 |
| October 6, 2004 | 7:06 |
| October 1, 2004 | 9:55 |
| October 1, 2004 | 7:00 |

| | |
|---|---|
| September 24, 2004 | 9:20 |
| September 24, 2004 | 6:50 |
| September 22, 2004 | 6:40 |
| September 17, 2004 | 9:35 |
| September 16, 2004 | 2:30 |
| September 3, 2004 | 9:45 |
| August 26, 2004 | 10:49 |
| August 19, 2004 | 10:30 |
| August 19, 2004 | 2:40 |
| August 11, 2004 | 10:00 |
| August 5, 2004 | 10:00 |
| July 29, 2004 | 10:00 |
| July 22, 2004 | 10:00 |
| July 14, 2004 | 9:50 |
| July 8, 2004 | 10:00 |
| June 30, 2004 | 10:00 |
| June 30, 2004 | 10:00 |
| June 29, 2004 | 10:00 |
| June 24, 2004 | 2:20 |
| June 21, 2004 | 2:25 |
| June 18, 2004 | 9:55 |
| June 17, 2004 | 2:40 |
| June 16, 2004 | 2:05 |
| June 10, 2004 | 2:30 |
| June 9, 2004 | 2:20 |
| June 8, 2004 | 2:13 |
| June 4, 2004 | 7:05 |
| June 2, 2004 | 7:00 |
| May 28, 2004 | 10:00 |
| May 28, 2004 | 6:55 |
| May 27,2004 | 7:15 |
| May 21, 2004 | 10:00 |
| May 21, 2004 | 7:10 |
| May 20, 2004 | 7:00 |
| May 13, 2004 | 6:35 |
| May 12, 2004 | 7:00 |
| May 7, 2004 | 7:00 |
| May 4, 2004 | 2:25 |
| April 30, 2004 | 9:50 |
| April 29, 2004 | 2:30 |
| April 28, 2004 | 2:30 |
| April 27, 2004 | 2:10 |
| April 23, 2004 | 9:35 |
| April 21, 2004 | 2:30 |
| April 21, 2004 | 7:03 |

| April 20, 2004 | 2:30 |
| April 19, 2004 | 2:30 |
| April 16, 2004 | 9:45 |
| April 16, 2004 | 6:58 |
| April 15, 2004 | 2:38 |
| April 14, 2004 | 2:30 |
| April 14, 2004 | 7:00 |
| April 9, 2004 | 10:00 |
| April 9, 2004 | 1:45 |
| April 8, 2004 | 6:57 |
| April 7, 2004 | 6:57 |
| April 2, 2004 | 1:52 |
| April 2, 2004 | 7:00 |
| March 30, 2004 | 6:35 |

| | BOOK II NAME | ORGANIZATION | TIME IN | OUT |
|---|---|---|---|---|
| 15/04 | E. CAROL MARGAVAGE | PF | 10:30 | 11:30 |
| 4/9 | LJ Milne | FUM | 9:15 | 11:30 |
| 4/9 | Reg Durbin | Francican Center | 9:25 | 10:05 |
| 4/9 | Rose Sander | " " | 9:30 | 10:45 |
| 4/9 | Mary Desmond | " " | 9:30 | 10:45 |
| 4/9/04 | Julia Vaughan | " " | 9:30 | 10:45 |
| 4/9/04 | T. Ismaeel | N.A.I.F. Inc | 10:00 | |
| 4/09 | Jerry Wolfe | Read Aloud | 10:25 | |
| 4/10 | | | | |
| 4/04 | T. Ismaeel | N.A.I.F, Inc | 1:45 | |
| 4-9-04 | Eld Janet Pacham | Oasis of Refresh. Min | 2:00 | |
| 4-9-04 | Bishop Bruce Pacham | OASIS OF REFRESHING MIN | 2:00 | |
| 4.9.04 | | | | |
| 4/04 | Duane Cassell | Da Coff Refresh min/ant | 6:00 | |
| 4/9 | Paul Doa | PFS | 6:10 | |
| 4/9 | Mary Madden | DACOA | 6:00 | |
| 4/9 | Hazel Maiden | AFM-1 on 1 | 6:45 | 9:00 |
| 4/9 | | N.A.I.F. Inc | 7:00 | |
| 4/9 | | Mission One | 7:05 | 8:10 |
| 4/9 | | Franciscan | 8:35 | 10:00 |
| 4/9 | LJ Milne | FUM | 8:35 | 10:00 |
| 4/9/04 | Tamala Bailey | MOSDC | 10A | |
| 4/9 | | Higher Ground Christian | 11 AM | 11:50 |
| 4/9 | Helen Berry | FCM | 2300 | 0730 |
| 4/9 | Barbara Barnhart | PF | | |
| 4/9 | E. Margavage | PF | 10:35 | 12:00 |
| 2 | Reg Durbin | PCM Sweater | 2:30 | 3:15 |
| 2 | Minerva Leonard | PRC | 6:00 | 7:10 |
| 2 | Susan Urwin | PF 1 on 1 | 6:10 | 7:12 |
| 2 | Susan Annone | AA | 7:15 | |
| 2 | Hazel Maiden | Bible Study PFM | 6:15 | 7:40 |
| 2 | David de King | Medical Unit | | |
| 3 | Nellie Howard | Kingdom Hall | 9:50 | 12:20 |
| 3 | Leah Denson | Kingdom Hall | 9:50 | 12:20 |
| 3 | Peter Canty | Heart to Heart | 9:52 | 11:23 |
| 3 | Sherry Strader | PF | 11:00 | 1:00 |

14

| DATE | NAME | Organization | TIME IN | O |
|------|------|------|------|------|
| 4/13/04 | Jean Sica | PF 1 on 1 | 1:05 | 2:3 |
| 4/13/04 | Joyce Close | PF | 1:05 | |
| 4-14-04 | Barb Brun | AA | 9 | 10 |
| 4.14.04 | Kirsten Eshelmeier | FVM | 9:35 | 3:00 |
| 4/14/04 | N Dore | Read aloud | 10:25 | 11:5 |
| 4/14 | Linda Minel | PF | 11:50 | |
| 4/14/04 | John Hodge Roberts | Read Aloud | 12th | |
| 4-14 | D. Dodd | PF | 8am | 3:5 |
| 4/14 | A Wellman y | PF | 12:05 | 3:5 |
| 4/14 | LJ Milone | FVM | 1:10 | 3:10 |
| 4/14 | | CHS Ser | | |
| 4/14/04 | Margot Pierce | PRC | 545 | 9 |
| 4-14-04 | Johnette Graf | Board of Parole | 5:45 | 8:0 |
| 4/14/04 | Dorothy Fowler | " | 5:45 | 8: |
| 4-14-04 | Sherry Strado | PF | 552 | 7:1 |
| Apr 14 | A. Tanner | St Vincent | 650 | 8: |
| Apr 14 | Curtis | " | 11 | 8: |
| Apr 14 | Faulkner | " | 11 | 9: |
| 4-14-04 | T. Ismaeel | NAIF Inc | 7:10 | |
| 4/14/04 | E. Brown | Victory B&G | 7:20 | 8: |
| 4/15/04 | J PRELICK | Read aloud | 9:15 | 6:3 |
| 4/15/04 | LJ Milone | FVM | 10:30 | 4:5 |
| 4/15/04 | V Vandiver | Read Aloud | 10:30 | 6:3 |
| 4/15/04 | Marge Purcell | PF | 10:45 | 11:4 |
| 11 | Vanessa Reed | P.O. | 12 | |
| 7/15/04 | Helen Scott | 1 on 1 | 1:05 | 2:0 |
| 4/15/04 | Wendy Jennings | church | 1:40 | 2:3 |
| 4-15-04 | T. Ismaeel | NAIF Inc | 2:38 | |
| 4-15-04 | Timmie Mae Byars | PF - Bible study unit 7 | 2:40 | 4:0 |
| 4/15/04 | S. Alie | Medical | 2:45 | |
| 4/15/04 | Kim Schulz | | 2:45 | |
| 4-15-04 | Caroline Deberry | PRC | 5:40 | 8: |
| 4/15/04 | Joyce Close | PF | 6:20 | 7: |
| 4-15-04 | T. Wong | NAIF Inc | 6:45 | 8: |
| 4-15-04 | U. | CBM | 7:01 | 8:1 |
| 4-15-04 | G. Watson | COTTAIL | 7:45 | 9:2 |

| DATE | NAME | Organization | TIME in | TIME out |
|---|---|---|---|---|
| | Jean Toy | New Beginnings | n.a.m | 10:48 |
| 4-6-04 | Leigh Corrigan | " | 9:30 | |
| " | Darlene Arena | " | " | 10:45 |
| 4/6/04 | Julie Vaughan | " | 9:40 | 10:50 |
| " | Marcy Dadonzio | " | 9:40 | 10:40 |
| 4-6-04 | T. Ismael | NAIF, Inc | 9:45 | 1035 |
| 04 | Debra Hastings | DYPOB | 10:50 | |
| .04 | Kirsten Echelmeier | FVM | 10:35 | |
| 18/04 | LT Milone | FVM | 10:35 | |
| 18/04 | Jim Woods | SVDP | 12:20 | 2:18 |
| 11/4/04 | Barb. Faulhaber | SVDP | 12:20 | 2:10 |
| 6-04 | Semab Chaudary | ISD | 3:00 | |
| 04 | Diane Carroll | DACOA Inside/Cent | 6:00 | 7:10 |
| 04 | Mary L Maddox | DACOA Inside/out | 6:00 | 7:10 |
| /04 | Hazel Maiden | Kingdom | 6:30 | 8:33-p |
| 04 | Dona Lynn Dorty | Prince on gula | 6:50 | 6:59 |
| -04 | T. Ismael | NAIF, Inc | 6:58 | |
| 7 04 | F. White | VCBC. | 12:50 | 3:00 |
| 04 | S. Hardin | Fiar | 2:35 p | |
| 14/04 | Bob Weller | JCM | 1500 | |
| 19-04 | Shirley J Clare | P.F | 10:20 | 1:50 PM |
| 19/04 | LT Milone | FVM | 10:23 | 12:10 |
| 19-04 | Kirsten Echelmeier | FVM | 10:24 | |
| 19-04 | E. Margavage | PF. | 10:32 | 11:45 |
| | | | | |
| | | | | |
| 9-04 | T. Ismael | NAIF, Inc | 2:30 | |
| 04 | Reg Dechin | Lowl Franciscan Ctr | 2:30 | 3:20 |
| /04 | Peg Pierce | PRC | 5:45 | 720 |
| /04 | Ervin Lee | PRC | 5:50 | |
| /04 | Susan Van | PF on 1 | 6:07 | 7:17 |
| .04 | Monica McBride | AA | 7:15 | |
| 04 | Hazel Maiden | BibleStudy - PFm | 6:25 | 8:40 |
| 04 | Bob Haley | Verizon | | |
| 04 | Leah Peyson | Kingdom Hall | 9:35 | 11:10 |

16

| Date | NAME | ORGANIZATION | TIME IN | TIME OUT |
|------|------|--------------|---------|----------|
| 1/20 | CJ Milone | FUM | 1:05 | 3 |
| 1/20 | Joyce Close | PF | 1:05 | 2:45 |
| 1-20-04 | T. Ismaa'eel | NAIF, Inc. | 2:30 | |
| 20-04 | J. Villaneal | DTCC | 6:01 | 7:3 |
| 21/04 | Natalie Branch Davis | emergencies | 8:00 | |
| 1/21/04 | Patricia Brooks | Reentry | 8:50 | 9:5 |
| 4/21/04 | Siggy Garcia | Reentry | 8:51 | 9:5 |
| 1/21/04 | Ted Robinson | Reentry | 851 | 9:35 |
| 1-21-04 | E. M?L c | Reentry | 9:02 | 9:35 |
| | Regina Gray | Re-entry | 9:02 | 9:5 |
| 1-21-04 | Pastor Ward | one on one | 9:15 | 9:45 |
| 21-04 | Kirsten Echelmeier | FVM | 9:30 | 3:45 |
| 1/21 | Alinda M. ux | PF | 10:30 | 12:00 |
| 21 | Annie Workman | PF | 12:05 | |
| 1/21 | CJ Milone | FUM | 1:20 | |
| 21-04 | C.A. Pringle | DCJ | 1:20 | 3:45 |
| 1/21/04 | D. Murray | DCJ | 1:35 | |
| 1/21 | Pamela Reid | P.O. | 1:50 | |
| 4/21/04 | Y. Ness | Childbe | 2:00 | |
| 4-21-04 | T. Ismaa'eel | NAIF, Inc | 2:30 | |
| 4-21-04 | Inez Coates | | 530 | |
| 1-21-04 | Johnette Gray | Board of Parole | 5:50 | |
| 1-21-04 | Kathy Ward | YMCA | 5:50 | |
| 21-04 | Lenora Webb | Victory Bible School | 6:25 | |
| 1/21/04 | Joyce Close | PF | 6:35 | 9:30 |
| 1-21-04 | T. Ismaa'eel | NAIF, Inc | 7:03 | |
| 1/21/04 | G. Whitsof | AA | 7:20 | 8: |
| 1/21/04 | Eloise Brou | Victory chant | 7:20 | |
| 1/22/04 | Natalie Branch Davis | Village | 6:30A | |
| 1/22/04 | CJ Milone | FUM | 10:30 | |
| 1/22/04 | Mary Purcell | PF | 10:50 | |
| 1-22-04 | Harmuth | Lab corp | 11:23 | |
| 1/22/04 | Joan H. Roberts | Read-Aloud | 12:54 | |
| 1/22/04 | Helen Scott | Jan/ | 1:00 | |
| 1/22/04 | Sr Mary Killian | Storm Center | 1:50 | |

| Date | Name | Organization | TIME IN | TIME OUT |
|---|---|---|---|---|
| 4/22 | M. Levalnum | DMP | 6 — | 8:15 |
| 4/22 | S. Bartlett | 1st AG | 6:20 | 8:5 |
| 4/22 | D. Keever | 1st AG | 6:20 | |
| 4/22 | D Sparkos | 1st AG | 6:20 | |
| 4/22 | L Hall | 1st AG | 6:20 | |
| 4/22 | W. Meong | 1 on one | 6:40 | 8:09 |
| 4/23 | M. Kushen | Read Aloud | 858 | |
| 4/23 | Monique Boulevard | DFS | 900 | 1000 |
| 4/23 | Resistance | Francisan Center | 9:10 | 10:40 |
| 4/23 | Julie Vaughan | Franciscan Center | 9.25 | 10:40 |
| 4/23 | Marcy Desmond | '' '' | 9:35 | 10:40 |
| 4/23 | Peg Durlin | '' '' '' | 9:25 | 10:40 |
| '' | Darlene Cuena | '' | 9:33 | 10:40 |
| 4-23-04 | T. Tsmooker | N. A. I. F. Inc | 9:35 | |
| 4-23-04 | Kirsten Echelmeyer | FVM | 10:05 | 4:00 |
| 4-23-04 | Judith Hannum | St. John's Lutheran Church | 1:35 | 2:34 |
| 4-23-04 | Dottie Kringel | St John Lutheran Church | 1:40 | 2:36 |
| 4-23-04 | Jean Sica | 1on PF | 1:50 | 3:10 |
| 4/23/04 | C. Corcoran | Trane | 1:50 | |
| 4/23/04 | S Ruali | FCM | 14:45 | 16:50 |
| 4-23-04 | N. Carrasel | Inside/out DGA | 6:00 | 7:40 |
| 4/23 | N. Clough | P-7tba | 6:00 | 6:15 |
| 4/23 | N. Maddox | Inside/out | 6:00 | 7:40 |
| 4/23/04 | Dong Lynn Woodard | Pf. one on one | 6:50 | 8:05 |
| 4-23/04 | HAZEL MAIDEN | PFm 1-ON-1 | 6:50 | 8:05 |
| 4-24-04 | SHIRLEY J. HAAS | P.F | 8:50 | 10 AM |
| 4-24-04 | Tommie MacByers | PF 1 on 1 | 9:58 | 11:20 |
| 4-24-04 | Angela W | | | 8:09 |
| 4-24-04 | Kelley Lambey | | | |
| 4-24-04 | S McPhilips | AT LAB | 15:50 | |
| 4-24-04 | S M'Whirtey | AT LAB | 11:30 | |
| 4-24/04 | L Corcoran | Trane | 8:15 | 10:00 |
| 4-26/04 | Y. Nour | Shield Inc. | 8:55 | 10:55 |
| 4-26/04 | C J Milne | FUM | 11:15 | 1:39 |
| 4-26-04 | Shirley Gildans | P.F. | 10:30 | 1:20 |

18

| Date | NAME | Organization | TIME IN | TIME OUT |
|---|---|---|---|---|
| 4.26.04 | Kristen Echelmeier | FVM | 12:20 | 1:3 |
| 4/26/04 | Rose Whitby | P.A. | 1:30 | 3:54 |
| 4/26/04 | Susan Union | PF 1 on | 6:07 | 7 |
| 4/26/04 | Hazel Majden | PFM - BIBLESTDX | 6:48 | 9:55 |
| 4/26/04 | Susan Ammovet | AA | 7:25 | 8: |
| 4/27/04 | Leah Denson | Kreydon Hall | 9:36 | 12: |
| 4/27/04 | Nellie Harrison | " " | 9:55 | 12: |
| 4-27-04 | Sherry Strader | PF | 10:41 | 1:0 |
| 4/27/04 | C.J. Milone | FVM | 1:05 | 8:15 |
| 4/27/04 | Joyce Close | PF | 1:20 | 2:3 |
| 4/27/04 | Jean Lier | PF  1 on | 1:36 |  |
| 4-27-04 | J. Ismael | NAIF, Inc | 2:70 |  |
| 4/27/04 | Margaret Pierce | PRC | 550 | 7 |
| 4/27/04 | Jay Canton | self | 6:00 |  |
| 4/28/04 | B Brown | AA | 9 |  |
| 4-28-04 | K. echelmeier | FVM | 9:45 | 13: |
| 4-28-04 | Stanley Stase | P.F | 10:29 | 10: |
| 4/28 | Linda Kurz | PF | 12:30 |  |
| 4-28-04 | J. Ismael | N.A.I.F. | 2:30 |  |
| 4-28-04 | Sherry Strader | PF | 6:06 | 7:1 |
| 4-28-04 | Lienna Webb | VB-C | 6:20 |  |
| 4/28/04 | Bill Cooper | SV 107 | 6:46 | 8: |
| 4/28/04 | Tim Woods | 3V PF | 6:48 | 9: |
| 4-28-04 | J. Ismael | NAIF | 6:55 |  |
| 4-28-04 | Barbara Faulkner | SUPP | 6:50 | 8: |
| April/28 | O'Connor | " | 6:53 | 8: |
| 4/28 | E. Brown | Victory Bible | 7:20 | 8: |
| 4-28 | Dick Armstrong | PFA | 7:35 | 8: |
| 4/28 | Marge Purcell | PF | 10:50 | 12: |
| 4/29 | Chris M'Cong | PCCL | 11:10 | 11: |
| 4/29 | Dorothy Kelvin | Hurricane Center | 11:30 | 11: |
| 4-29 | Anne Wellman | PF | 12:45 | 1:5 |
| 4/29/04 | Jean H. Roberts | Read Aloud | 12:5 | 1: |
| 4/29/04 | Helen Scott | do Non | 11:15 | 12: |
| 4-29-04 | J. Ismael | Nat, I.F. Inc | 2:30 |  |
| 4/28/04 | Tommie MacDykes | PF in | 2:04 | 4: |

| Date | NAME | Organization | TIME IN | OUT |
|---|---|---|---|---|
| 4-29-04 | T. Ismaʼeel | NAIF, Inc | 8:40 | |
| 4-29-04 | K. echetmeier | FVM | 8:30 | |
| 4-30 | Melinda | Road Ahead | 9 — | 10 |
| 4-30 | Bharat Gaja.w | yoga | 9:20 | |
| 4-30 | Jean Toy | New Beginnings | 9:25 | 10:40 |
| 4-30 | Sharon Atturley | " " | 9:25 | 10:40 |
| -30 | Steigh Connie | " " | 9:25 | 10:40 |
| 4-30 | Julie Vaughan | " " | 9:25 | 10:40 |
| 4-30 | Nancy D. Dimon | " " | 9:25 | 10:40 |
| 4-30 | Darlene Aramen | " " | 9:30 | 10:40 |
| 4-30-04 | T. Ismaʼeel | NAIF, Inc | 9:50 | |
| 4-29-04 | | Car | 9:00 | |
| 4/30/04 | Judith D Hannum | St. Johns Lutheran | 1:20 | 3:30 |
| 4/30/04 | John Shuford | AVP | 5:05 | 8:36 |
| 4/30/04 | S. Nancy Frommelt | AVP | 5:20 | 8:36 |
| 4/30/04 | Mark Maddox | inside/out DACosa | 6:00 | 7:26 |
| 4/30/04 | Vickie Carroll | Inside/Out DaCal | 6:05 | 7:25 |
| 4/30 | Carol Lloyd | P of J | 6:00 | 8:25 |
| 4/30/04 | HAZEL MAIDEN | PFM-1-ON-1 | 6:50 | 7:45 |
| 5/1/04 | S. Nancy Frommelt | AVP | 8:15 | 5:00 |
| 5/1/04 | John Shuford | AVP | 8:15 | 5:00 |
| 5/1/04 | M. R. Mary Kuhns | Personnel Center | 8:35 | 9:55 |
| 5-1-04 | Janet Hubbard | VBC | 8:38 | 12:40 |
| 5-1-04 | Shirley J. AAPE | P.F | 8:55 | 10 AM |
| 5-1-04 | Yvonde Sullivan | Oasis of Refreshing | 10:05 | 11:40 |
| 5-1-04 | Sharon McOfer | Oasis of Refreshing | 10:05 | 11:40 |
| 5-2-04 | John Shuford | AVP | 8:17 | 5:00 |
| 5-2-04 | S. Nancy Frommelt | AVP | 8:18 | 5:00 |
| 5/2/04 | LJ N Lou | FJM | 10:25 | 1:15 |
| 5/3/04 | Kirsten Echetmeier | FVM | 9:25 | 1:50 |
| 5/3/04 | Mary Purcell | PF | 10:30 | 12:35 |
| | Maragan age | P.F. | 10:40 | 12:00 |
| 5/3/04 | Danielle Aude | DC | 11:20 | |
| 5/3/04 | Melissa Elder | TAK | 11:35 | 1:25 |
| | Kim Stautzenbach | " | 11:35 | 12:15 |
| 5/3/04 | Jos Maria | | 11:35 | |

20

| DATE | NAME | ORGANIZATION | TIME IN | TIME [OUT] |
|------|------|--------------|---------|------------|
| 5/4/04 | LJ Milone | FVM | 1:05pm | 3:_ |
| 5/4/04 | Joyce Close | PF | 1:10 | 1:2_ |
| 5-4-04 | T. Sergood | NAIF, Inc | 2:25 | |
| 5-4-04 | B Bailey | P.F | 8:30 | 8:_ |
| 5-5-04 | D. Rose | | 10.00 | 11:30 |
| 5/5 | Alinda Miner | PF | 10:30 | 6pm |
| 5/5/04 | Joan H. Roberts | READ ALOUD | 10:45 | 1:_ |
| 5/5/04 | Kirsten Echelmeier | FVM | 10:45 | 4:15 |
| 5/5/04 | LJ Milone | FVM | 1:3) | 4:15 |
| 5-5- | T. Sergood | NAIF, Inc | 2:30 | 3:5_ |
| 5-5-04 | Inez Cooks | | 5:- | |
| 5-5-04 | Sherry Strader | PF | 5:53 | 7:1_ |
| 5/5/04 | Eleanor Brown | Victory Christian | 7:00 | |
| 5/6/04 | LJ Milone | FVM | 9:45am | 1:_ |
| 5-6-04 | | PF | 10:30 | 1:55 |
| 5-6-04 | | OCD | 10:20 | |
| 5-6-04 | Andrea Stern | TCPC | 11:05 | |
| 5-6 | | | | 3:_ |
| 5-6 | Anne Wellman | PF | 12:00 | 2:_ |
| 5-6 | Kirsten Echelmeier | FVM | 12:00 | |
| 5-6 | Helen Scott | Lomp | 1:05 | 2:0_ |
| 5-6 | Judith Stannum | St. John's Lutheran Church | 12:25 | 3:_ |
| 5/6 | Karen Murphy | | 1:30 | 3:0_ |
| 5/6 | Tommie Byers | PF - Billerledy | 2:37 | 4:0_ |
| 5-6 | Joseph | Atty Horizon | 5:00 | 5:0_ |
| 5-6 | Vera Reynolds | PRC | 5:55 | |
| 5-6 | Ron Berg Keckler | C.O.T.L42 PWC | 6:15 | 8:3_ |
| 5-6 | Paula M Dolan | Catco Outreach | 7:00 | 8:3_ |
| 5-7 | Maria Snell | Read aloud | 9 | 9:3_ |
| 5-7 | Jay durbin | Franciscan Center Mats | 9:25 | 10:3_ |
| | Joan Toy | '' | 9:25 | 10:_ |
| | | '' | 9:5_ | |
| 5-7 | LJ Milone | FVM | 9:25 | 3:_ |
| 5/7 | Br Chris | St PAUL | 9:25 | |
| 5/7 | Alia Lauriston | Franciscan Center | 9:30 | 10:0_ |

| DATE | NAME | ORGANIZATION | TIME IN | OUT |
|------|------|--------------|---------|-----|
| 5/7 | BOB MOLEY | VERIZON - WHATE PHONES | 10:15 | 11:25 |
| 5/7 | Ben Anderson | FCM | 12:10 | 12:30 |
| 5/7 | BOB MOLEY | VERIZON - WHATE PHONES | 12:21 | 4:18 |
| 5/7 | Jim Sica | PF   Ion | 1:45 | 3:05 |
| 5/7 | Paul Quint | PFP | 6 | 7 |
| 5/7 | Mary MADDOX | Inside/out DKCO | 6:00 | 7:46 |
| 5/7 | Wayne Carroll | Inside/out/DC C.H | 6:18 | 7:40 |
| 5/7/04 | HAZEL MAIDEN | Promont Cancelled | 6:45 | |
| 5-7-04 | T. Ssmooked | NAIF, Inc. | 7:00 | |
| 5-7-04 | Shala Fears | Nurse finders | 6:50 | 13:40 |
| 5-8-04 | Janice Hubbard | VBC | 8:45 | |
| 5-8-04 | Mary Killern | Treasure Center | 8:45 | 9:55 |
| 5-8-04 | Jasmina Ademovic | ISD | 10:22 | 12:35 |
| | Kay Aull | | | |
| 5-8-04 | Tommie Mae Byers | PF - One on One | 9:10 | |
| 5-9-04 | Bharat J. Gajjar | Yoga | | |
| 5/9/04 | D Mullin | FCM | 1500 | |
| 5/10/04 | LJ Milone | FUM | 9:40 | 1:30 |
| 5/10/04 | Kirsten Eckelmeier | FUM | 9:40 | 1:30 |
| 5-10-04 | SHIRLEY T. HARE | PF | 10:30 | 1:55 |
| 5-10-04 | MARGHAVAGE | PF | 10:35 | 11:35 |
| 5-10-04 | L. Senterlich | Christ Ch/Read Aloud | 11:35 | 12:30 |
| 5/10/04 | Greg Durbin | Greater Frauencens | 3:10 | 5:10 |
| 5/10/04 | Peg Pierce | DMP | 5:45 | |
| 5/10/04 | Susan Urgin | Ion   PF | 6:03 | 7:03 |
| 5/10/04 | Hazel MAIDEN | PFM-Bible STUDY | 6:33 | 8:01 |
| 5/10/04 | Andrea Stone | Ion   PF | 7:10 | 8:58 |
| 5/10/04 | Susan Clemore | AA | 7:30 | 8:8 |
| 5/11/04 | Leah Derry | Kingdom Hall | 9:45 | 12:00 |
| 5/11/04 | Nellie Howard | " | 10:00 | 12:10 |
| 5-11-04 | Sherry Strader | PF | 10:01 | 1:11 |
| 5/11/04 | LJ Milone | FUM | 1:00 | 3:44 |
| 5/11/04 | Joyce Close | PF | 1:05 | 8:15 |
| 5/11/04 | Ben Deems-Lopez | DCJ | 5:40 | 7:55 |
| 5/11/04 | Sherry Strader | DCI-PF | 5:50 | 7:5 |

| DATE | NAME | ORGANIZATION |
|---|---|---|
| 5/1 | Dr. R. | Read Aloud PF |
| 5/1 | A. D | PF |
| 5/1/02 | LJ Milone | FVM |
| | Sherry Strader | PF |
| 5/1 | M. Lindbergh | DM |
| 5/1/02 | Bill C— | SVDP |
| 5/1/12 | Jim Woods | SVDP |
| 5/1/02 | Barbara Faulhaber | " |
| | Emme Kealey | SVDP |
| 5/05 | Beth O'Connor | SVDR |
| | Joyce Close | PF |
| | T. Ismaël | NAIF Inc |
| | E. Brown | Victory BBC |
| 5/ | LJ Milone | FVM |
| 5/13 | Rev Mark O Kelleher | Holy Angels Parish |
| 5/13 | Denise McAvane | |
| 5/13 | Sr Mary Killian | Transressource Center |
| 5-13 | Anne Wellman | PF |
| 5-13 | Helen Scott | |
| 5-13 | Tommie Mae Byer | Bible Study Unit |
| 5/13 | Joan Reynolds | PRC |
| 5/13 | Armand | media program |
| 5/13 | E Towne | " |
| 5-13-04 | T. Ismaël | NAIF, Inc |
| 5/13/04 | Brenda Ban | Chapel |
| 5/13/04 | Dorothy Black | " |
| 5/14/04 | Bhaug J. Grajon | Yoga |
| 5/14/04 | Sharon Stanback | New Beginning |
| 5/14/04 | Maray Desmond | " " |
| 5/14/04 | Darlene Arens | " |
| 5-14-04 | T. Ismaël | NAIF, Inc |
| 5/14/04 | Steven M. Sanson | DFS |
| 5/14/04 | K. Echedmeier | FVM |
| 5/14/04 | LJ Milone | FVM |
| 5/14/04 | Nancy Wolfe | Read Aloud |
| 5/14/04 | Bill Chidester | SVDP |

| DATE | NAME | ORGANIZATION | IN | OUT |
|------|------|--------------|-----|-----|
| 5-20-04 | Shirley Hare | Faith City Fam Chur. | 6:20 | 8:15 |
| 5-20-04 | Jack Hare | | 6:20 | 8:15 |
| 5-20-04 | T. Ismaeel | NAIF, Inc | 7:00 | |
| 5-20/04 | Barbara Blackston | COTLW | 7:20pm | 8:30 |
| 5/21 | M. Lindsern | Read Aloud | 8:55 | 10:46 |
| 5/21/04 | Dr. deMello | FCM | 9:00 | |
| 5/21/04 | Rev. Barry Langley | Fam Ctr. / New Begin | 9:20 | 10:20 |
| 5/21 | Rockteson | Fam Center/New Begin | 9:22 | 10:24 |
| 5/21 | Peg Dulin | " " " | 9:22 | 10:46 |
| 5/21 | Marcy Desmond | " " " | 9:25 | 10:40 |
| 5/21 | CJ O'Malone | FVM | 9:25 | 2:00 |
| 5/21 | Bharat J. Gajju | Yoga | | |
| 5/21 | D. Arena | New Beginning | 9:35 | 10:30 |
| 5-21-04 | T. Ismaeel | NAIF, Inc | 10:00 | 12:20 |
| 5-21-04 | Jim Hues | SVPP | 10:20 | 12:15 |
| 5-21-04 | Barbra Batholer | SVPP | 10:20 | 11:45 |
| 5/21/04 | Roxane Blake | Friendship House | 10:30 | 12:23 |
| 5/21/04 | Gerald Walls | " " | " " | 12:23 |
| 5/21/04 | Rev. Sharon McAfee | Word of Life Fellowship | 10:30 | |
| 5/21/04 | K. edelman | FVM | 11:30 | 1:00 |
| 5/21/04 | S. Psaki | FCM | | |
| 5/21/04 | J. Dica | PF | 1:30 | 2:40 |
| 5/21/04 | Ruth Kimmel | St. John's Luth. Church | 1:45 | 2:50 |
| 5/21/04 | Marian Richter | St. John's Lutheran Church | 1:45 | 2:50 |
| 5-21-04 | T. Ismaeel | NAIF Inc | 7:10 | 8:15 |
| 5/22/04 | Bernice Yorkley | Victory Bible School | 8:31 | 12:30 |
| 5/22/04 | Samire Hubbard | " " " | 8:31 | 12:30 |
| 5/24/04 | Gerald Carlswell | H2H | 12:19pm | |
| 5/24/04 | Pepa M. Genta | Heart to Heart | 12:19pm | |
| " | John C. Straughts | " " " | 12:40 | |
| " | Donlirt | " " " | 12:40 | |
| 5/22/04 | Cuginda Coleman | H2H | 8:50 | |
| 5/24/04 | J. Doss | Child Watch | 9:10 | 10:35 |
| " | Alan Dyk | Head Algoring | 9:10 | 11:10 |
| 5-24-04 | Shirley Hare | P.F. | 9:20 | 12pm |
| 5-24 | K. echelman | FVM | 9:30 | 12:30 |

| DATE | NAME | ORGANIZATION | TIME IN | OUT |
|---|---|---|---|---|
| 5-27-04 | Shirley J Hare | P.F | 10:30 | 1 pm |
| 5/27 | LJ Milou | FUM | 11:00 | 4:00 |
| 5/27 | Amy Puttetla | | | |
| 5/27 | Dr Mary Killoran | Franciscan Center | 12:45 | 2:45 |
| 6/27/04 | Joan H. Robers | Read A-Loud | 1 P | |
| 5/27/04 | Helen Scott | Lox 1 | 1:15 | 2:00 |
| | Quinertzo | V.D. | 1 | |
| 5/27 | Dianne Carroll | Monitary | 6:00 | |
| 5/27 | Debbie Keever | Chapel | 6:15 | 8:30 |
| 5/27 | Joyce Close | PF | 6:25 | 8:00 |
| 5/27 | Lorna Miller | 1st AG   Chapel | 6:30 | 830 |
| 5/27 | Debby Spanakos | 1st AG   " | 6:30 | |
| 5/27 | T. Tsmas'eel | NAIF, Inc | 7:15 | 8:40 |
| 5/28 | S McMurtie | AG CM3 | 12 | |
| 5/08 | Ashanta Wright | Big Brothers Big Sisters | 8:55 | 11:30 |
| 5/28 | M. Losely | Head Always | 8:55 | 10 |
| 5/28 | Mildred Hamilton | New Beginning | 8:55 | |
| 5/28 | Bharat Gajjar | Yoga | 9:50 | |
| 5/28 | Karen A. Karsnitz | Attorney | 9:55 | 10:30 |
| 5/28 | Craig Karsnitz | Attorney | 9:55 | 10:20 |
| 5/28 | L. Corcoran | Trane | 9:55 | 1:00 |
| 5-28 | smas'eel | N.A.I.F. Inc | 9:00 | |
| 5-28-04 | Shirley J Hare | P.F | 10:30 | 1:30 |
| 5-28/04 | Rev Joan W. Williamson | Spirit of Life-God Loves Me | 11:00 | 12:30 |
| 5/28/04 | LJ Milone | FUM | 11:00 | |
| 5/28/04 | K. echelmeier | EVM | 11:00 | |
| 5/28/04 | Rev Stephen McGhee | Word of Life Fell | 11:00 | 12:30 |
| 5/28/04 | John J Fry | D.M.S. | 11:00 | 11:37 |
| 5/28/04 | Halli rosenbaum | BCI | 13:00 | |
| 5/28/04 | Tisha Price | TASC | 3:00 | 3:45 |
| 5/28/04 | S. Nancy Frommelt | AVP | 8:30 | 8:50 |
| 5-28-04 | T. Smas'eel | N A I F. Inc | 6:55 | |
| 5/28/04 | Erma Burgos-Ada | New Enlightment Workshop Ser | 6:55 | |
| 5/28/04 | Wesley Draper | Mar Ministers | 6:35 | |
| 5/28/04 | S. Nancy Frommelt | AVP | | |

| DATE | NAME | ORGANIZATION | TIME IN | |
|------|------|--------------|---------|---|
| 6/28/02 | | | | |
| 6/2/04 | Dong Lerew | Read Aloud | 1:00 | 1:5 |
| | Susan Jody | PF 1001 | 6:05 | 7: |
| | | PFM-BIBLE STUDY | 6:25 | 9: |
| 6/1/04 | Monica ___ | AA | 7:15 | |
| 6/ | Carol van | Wilm college | 9:00 | 3: |
| 6/1/04 | ___ | Jehovah Witness | 9:40 | 12: |
| 6/1/04 | Virginia Sheppard | Jehovah's Witness | 9:40 | 11 |
| 6-1-04 | Cheryl Strode | PF | 10:50 | 1: |
| 6-1-04 | Christine Batt | Read Aloud | 10 05 | 12: |
| | Kaylin Soto | " | " | 12: |
| 6-1-04 | Virginia Thogersen | 1 on 1 | 11:15 | 12: |
| 6/1/04 | | | | |
| 6/1/04 | G J Arthur | FCM | 1:00 pm | 8: |
| 6/1/04 | Jorge Velase | PF | 1:15 | 2: |
| 6/1/04 | Aaron ___ | DG | 1:20 pm | |
| 6/1/04 | diana goodell | Mentor | 6:00 | |
| 6/2/04 | ___ | ___ | 8:00 | |
| 6/2/04 | Jonathan ___ | DCJ | 9:55 | |
| 6/2/04 | Hilary Holmes | DCH | 9:55 | |
| 6/2/04 | Steven L Clew | @QL | 9:55 | |
| 6/2/04 | ___ Sykes | 7 8 A BAIL BOND | 10:00 | x: |
| 6/2/04 | Andrew Fusco | First Correction | 12:25 | 12: |
| 6/2/04 | ___ | UBFR | 12:40 | |
| 6/2/04 | Asher knight | CBBDS | 1:00 | 11:00 |
| 6/2 | Di Mahn stein | napolix | 1:18 | 1:5 |
| 6/2-04 | ___ | ___ | 8:49 | 5:18 |
| 6/2/04 | ___ | ___ | 2:15 | 3:10 |
| 6/2/04 | ___ Ashwood | ___ | 2:20 | 2: |
| 6/2 | ___ | FCM | 4:43 | |
| 6/2 | ___ | FC | 5:00 | 4: |
| 6/2 | Mia Muhl | CLASP | 3:02 | 3:0 |
| 6/2 | R Bradley | DELD | 5:42 | |
| 6-2 | Sharon ___ | PF | 5:59 | 7:1 |
| 6/2 | ___ | VBC | 6:40 | 8:4 |
| 6 2 | P Ismie ___ | NAMI Inc | 7:00 | |

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| /04 | Dr. Mary Killoran | American Center | 9:45 | 11:00 |
| /2/04 | Marge Brungell | PF Reading Room | 10:20 | 1:05 |
| /04 | Sherita Russell | | 10:20 | |
| /04 | L.J. Milone | FUM | 1:25 | 3:45 |
| /3/04 | J Wood | | 11:35 | 2:10 |
| /04 | A. Wellman | PF | 12:00 | 1:50 |
| /8/04 | Joan W. Robitas | Road A-Long | | |
| /3/04 | Fay Whittle | PF | 1:40 | 3:10 |
| /3/04 | Tommie Mae Byrd | PF Bible Study Unit 7 | 2:40 | 4:00 |
| /04 | Amy Cross | DMP | 6:55 | |
| /3/04 | Carol J Short | DMP | 6:55 | |
| /4 | M Enah | Dm P | 6:= | 7:40 |
| /4 | M Enur | Rood Island | 8:30 | 10:00 |
| /04 | P. Hensler | American Center | 9:15 | 10:30 |
| /04 | Money Diesmond | " " | 9:15 | 10:30 |
| /04 | Bharat Gajjn | Yoga | | |
| /04 | Sharon Steinke | New Beginnings | 9:20 | 10:35 |
| /04 | L.J. Milone | FUM | 9:20 | 2:00 |
| /04 | R. Bailey | New beg | 8:30 | 10:30 |
| /4 | Jennifer | " | " | |
| | DeDatrie | | | |
| | Leigh morgan | New Beginning | 9:40 | |
| | MARGAUAGE | PF | 10:30 | 12:10 |
| /04 | Kirsten Echchuur | FVM | 11:15 | 4:00 |
| /4 | Bishop Parham | OASIS OF REFRESHING | 1:42 | 3:30 |
| /04 | Deacon Baughn | Oasis of Refreshing | 1:42 | 3:30 |
| /04 | Joan W. Williams | SAny of Life - Barbaral | 1:42 | 3:30 |
| /04 | Jean Rbaugh | PF | 6:13 | 7:5 |
| / | Hazel marie | PFm - 10nl | 6:40 | 7:45 |
| | P Ismaeel | NAIF, Inc | 7:05 | |
| /04 | Dr. Mary Killran | American Center | 9:45 | 9:50 |
| / | Dreketti Brown | BCJ | 8:20 | 8:25 |
| /4 | Vance Shepherd | Victory Bible College | 12:35 | 1:5:15 |
| | Bernice J. Gale | " " | 12:35 | 1:5:15 |
| /4 | Tommie Mae Byrd | PF - one on one | 1:45 | 2:40 |
| /4 | Brooks | Manhas for sales Dawah Center | | |

**30**

| DATE | NAME | ORGANIZATION | TIME IN | |
|------|------|--------------|---------|---|
| 6-7-04 | K. Echelmeier | FVM | 10:15 | |
| 6-7-04 | L.J. Milone | FVM | 10:45 | |
| 6-7-04 | Shirley Stare | P.F | 10:35 | |
| 6-7-04 | MARGANACE | PF and in 2 yours | | |
| 6-2-04 | Chris McTenny | PCC | 11:00 | |
| 6-7-04 | E. Lamerron | beJ | 12:40 | |
| 6-7-04 | HAZEL MAIDEN | Bible Study-Pfm | 6:20 | 7: |
| 6-8-04 | Bob Jones | G+D Cont | 8:30 | |
| 6-8-04 | James VanAlger | Burst Emergency | 8:30 | |
| 6/8/04 | Leah Denson | Kim Hall | 9:40 | |
| 6/8/04 | Nellie Howard | " " | 9:40 | |
| 6-8-04 | Sherry Strader | PF | 9:05 | 1: |
| 6-8-04 | L.J. Milone | FVM | 1:00 | 3: |
| 6-8-04 | G. Ruiz | FCM | 1:55 | |
| 6-8-04 | O. Kacyrka | FCM | 1:55 | |
| 6-8-04 | F. Ismail | NAIF, Inc | 2:13 | |
| 6-8-04 | Deja Reynolds | DK Weston | 5:45 | 6: |
| 6-8-04 | Kathy Logan | Del. Helpline | 5:45 | 8: |
| 6/8/04 | Dona Lynn Woodard | PF one on one | a:19 | |
| 6/08/04 | Roni Mora | one way outreach N | 6:19 | |
| 6/08/04 | Doris Morris | one way outreach | 6:19 | 8: |
| 6/9/04 | W. Rae | Read Aloud | 10:35 | 11 |
| 6/9 | Linda Minor | PF | 10:30 | |
| 6/9 | Virginia Thogersen | PF | 11:20 | 12: |
| 6-9-04 | F. Ismail | NAIF, Inc | 2:20 | 3: |
| 6-9-04 | M. Cuaik | P.D | 2:20 | |
| 6-9-04 | Sherry Strader | PF | 5:55 | 7: |
| 6-9-04 | Denida Webb | V.B.C. | 6:34 | 8: |
| 6-9-04 | Jim Ward | SUPP | 6:40 | |
| 6-9-04 | Bill Center | SUPP | 6:40 | 8: |
| 6-9-04 | Emma Healey | SUPP | 6:40 | |
| 6-9-04 | Shirley Behelar | SUPP | 6:40 | |
| June 9 | B. O'Connor | SVDP | 6:57 | 8: |
| 6/9 | E. Brown | | *8 | 8: |
| 6/9 | d. Mary Anne Ward | AWA | 7:35 | 8: |
| 6/9 | S. Palmer Welch | VDA | 7:21 | |

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| 6/10/04 | Paul W. Howard | Bob Idor | 11:35 | 200 |
| 6/10 04 | Anne Wittman | PF ... Von N | 12:10 | 1:55 |
| | S. Pisecki | FSn | 108 | |
| | Vernon Keck | P.O. | 1:7 | |
| 6-10-04 | J. Tomsofsol | NATPI Inc | 2:30 | 3:45 |
| 6-10-04 | Tommie Mae Byers | PF ... Unit 7 | 3:45 | 3:55 |
| 6-11-04 | Kevin Graphort | Info | 7:00 | |
| 6.11 04 | Paul B. Fell | Info | 7:00 | |
| 6/11 | M Linder | Read Aloud | 9:— | 10:50 |
| 6-11 | K. Yue | Stericycle | 1:40 | 1:45 |
| 6-6-11 | J. Sica | PF: Unit | 1:56 | 3:26 |
| 6-11 | J. Pepper | Read Aloud | 2:40 | 3:35 |
| 6/11/84 | Pearl Blank | N.P.5 | 6 pm | 07 |
| 6/11/04 | Hazel Maiden | IONI PFm | 6:45 | 6:55 |
| 6/18/04 | Mary Killoren | Shear Intrchurch Cl. | 8:30 | 10:00 |
| 6/12/04 | J. H. brope mike | BCI | 0940 | 0950 |
| 6/12/04 | J. Claudtry | Islamic Society of DE | 10:10 | 12:14 |
| 6/12/04 | Marshall Sheetz | | | |
| 6/12/04 | Stacey Smith | | | |
| | Robert Chares | | | |
| | Jerome Cover | | | |
| 6/12/04 | Sheee Palmer | Victory Bible College | 1:00 | |
| 6/12/04 | | VBC | 100 | |
| 6/12/04 | Janice Hubbard | VBC | 1300 | |
| 6/12/04 | | | | |
| 6-14-04 | Sharay J Hase | PF    RR | 10:25 | 2PM |
| 6/14 | J. Rice | IGE | 10:40 | 10:55 |
| 6/14 | E Margavage | PF | 10:40 | 11:50 |
| 6/14 | D Vandyce | Ready Aloud | 1:15 | 2:45 |
| " | Vernon Keck | P.O. | 1:7 | |
| " | Jay Durham | Dwecate | 2:40 | 3:20 |
| 6/14/04 | Hazel Maiden | PFm- Bible Study | 6:15 | 7:30 |
| 6/14 | Will Berger | Kingdom Hall | 9:35 | 1:14 |
| 6/14 | Nellie Norwood | "      " | 9:35 | 1:00 |
| 6/14/04 | Sherry Strader | PF | 10:35 | 12:4 |

**32**

| Date | Name | Organization | Time IN |
|---|---|---|---|
| | Peg Byrnes | DMP | 530 |
| | | DMP | 511 |
| | Solan | AA | |
| | | FJM | |
| | | FVM | |
| | | PF | |
| | Jorgensen | AE | |
| | maeel | NAJY, Inl | |
| | | FCm | |
| | | FCM | 540 |
| | ader | PF | 549 |
| | | Mentoring Pgm | |
| | Martin | AA | |
| | Brown | Victory Bible | |
| | | DCS | |
| | Purcell | PF | |
| | Aunts | PD | |
| | Tonsillo | BB | |
| | Faguo | BB | |
| | Gillikan | Uranium Water | |
| | | FJM | |
| | | FJM | |
| | | Bad glad | |
| | maeel | N.A.I. F | |
| | Joe Byers | PF | |
| | | FCon | |
| | John Reynolds | WL Mentor | |
| | | DMP | |
| | | Contact BE | |
| | hare | FCFC | |
| | | FCFC | |
| | Ben Jackson | COTLW | |
| | Quick Watson | COTLW | |
| | | COTXY | |

| Date | Name | Organization | Time In | Time Out |
|---|---|---|---|---|
| 6/13 | FR. BARNICK | FR. CTR / NEW BEGIN | 8:20 | 10:15 |
| 6/14 | Sharon Steinberg | New Beginnings | 9:25 | 2:15 |
| 6/18 | Marcy Desmond | New Beginnings | 9:25 | 12:20 |
| 6/18 | K. echelmeier | FVM | 9:30 | |
| " | Mildred Hamilton | New Beginnings | 9:35 | 12:20 |
| " | Darlene Avena | " | 9:31 | 12:20 |
| 6-18-04 | T. Ismaeel | N.A.I.F. Inc | 8:55 | |
| 6/18/04 | Susan Woodward | SOAR, Inc | 10:46 | 11:58 |
| 6/18/04 | Ed Farna | Job Detailer | 11:00 | 2:40 |
| 6/8-04 | E. Ramsocrant | BCI | 12:40 | 12:50 |
| 6-18-04 | Barbara Faulhaber | SVDP | 12:49 | 3:00 pm |
| 6/18/04 | Jean Sica | 1 on 1  PF | 1:45 | |
| 6/18/04 | L. Milone | FVM | 3:15 | |
| 6/18/04 | Hazel Maiden | PFM - 1 on 1 | 6:45 | 8:00 |
| 6/18/04 | Erna Burgen | New Port Wolship Service | 6:45 | 8:30 |
| 6/19/04 | D. Scott | PGM Detail | 7/10 | 12:20 |
| 6/19/04 | Sr. Mary Killoran | Franciscan Sister | 8:50 | 10:10 |
| 6/19 | Jerry Cipe | ally | 9:20 | 10:— |
| 6/19 | Thomas McGuire | PF | 9:50 | 11:05 |
| 6/21 | K. eichelmeier | FVM | 10:20 | 1:10 |
| 6/21 | LJ Milone | FVM | 10:20 | 1:00 |
| 6/21 | Shirley J. Hare | P.F. | 10:30 | 2 PM. |
| 6/21 | L. Seiborlich | Read A Loud | 10:48 | 12:12 |
| 6/21 | Fay W. Kittle | P.F. | 1:50 | 4:10 |
| 6/21 | Barbara Faulhaber | | 1:35 | 4:15 |
| 6/21 | T. Ismaeel | N.A.I.F. Inc | 2:25 | 4:00 |
| 6/21 | Peg Nissim | 1 on 1 sweat project | 2:32 | 3:25 |
| /04 | Peter Whitley | Parents Anony | 1:30 | 3:40 |
| /04 | Michael Keating | PFS | 5 | 5:32 |
| /04 | Carol Holt | PFS | 4:58 | 8:32 |
| | E. Margrave | PF | 5:05 | 8:32 |
| /04 | Pease Lilly | PFS | 5:05 | 8:35 |
| /04 | Stan Taylor | DOC | 5:07 | 8:32 |
| /04 | Peg Pierce | DNP | 6:00 | 7:50 |
| /04 | Hazel Maiden | PFM - Bible Study | 6:10 | 7:30 |

| DATE | NAME | Organization | Time In | Time Out |
|------|------|--------------|---------|----------|
| 24 06 | Bee Cortese | SWPP | 11:38 | 3:10 |
| 6/24/03 | K. echelmeier | FVM | 12:00 | 4:00 |
| 24/03 | John J Ryan | DOES | 12:10 | 3:00 |
| 24 03 | Anne Wollman | RF | 12:17 | 12:40 |
| 24-03 | J Tsososi | N A T F | 2:20 | 3:10 |
| 24-04 | Tommie Mae Byers | PF | 2:40 | 3:56 |
| 24/04 | Frank Clark | P 75 | 3 Pm | 8:40 |
| 24/04 | Anne Stolz | P F | 5:25 | 8:40 |
| 24/04 | Amy Cass | DMP | 5:55 | 8:10 |
| 24/04 | JUDITH CONVERY | DET | 5:55 | 8:15 |
| 24/04 | OMEGA WILLIAMS | DET | 5:55 | 8:15 |
| 25/04 | Marian Lindh | Read Aloud | 8:50 | 11:35 |
| 25/04 | Sharon Steinberg | New Beginnings | 9:20 | 10:45 |
| 6/25/04 | Peg Durlin | " " Sweater | 9:30 | 11:20 |
| 6/25/04 | Mildred Hamilton | " " | 9:33 | 10:45 |
| 6/25/04 | Teresa Carrizi | " " | 9:30 | 10:50 |
| 6/25/04 | Julia Vaughan | " " | 9:35 | 10:50 |
| 6/25/04 | Jo Videon | " " | 9:7 | 10:50 |
| 6/25/04 | Marcy Desmond | " " | " | 10:30 |
| " | Dande Arena | " " | " | 10:45 |
| 6/25/04 | Marg Arage | PF | 10:35 | 11:40 |
| 6/25/04 | Joan W. Williamson | Spirit of Life-God Loves Me | 11:10 | 12:40 |
| 6/25/04 | LS Milone | FVM | 11:15 | 3:30 |
| 6/25/04 | WALT MATEJA | THRESHOLD | 12:00 | |
| 6/25/04 | E. Donnelly | " " | 12:00 | 3: |
| 6/25/04 | JD Ryan | " " | 12:50 | |
| 6/25/04 | Jean Sica | PF 1on1 | 1:35 | 2:45 |
| 6/25/04 | Martha Gamble | New Destiny Fellowl | 3:20 | |
| 6/25/04 | Jay W. Little | PF | 4:40 | 7:46 |
| 6/25/04 | Central Holt | PF | 4:59 | 7:47 |
| 6/25/04 | Antoinette Davis | PF | 5:10 | |
| 6/25/04 | Niff Davis | PF | 5:10 | |
| 6/25/04 | Diane O Bascal | PF | 5:24 | |
| 6/25/04 | | PS | 5:57 | 7:46 |
| 6/25/04 | HAZEL MAIDEN | Pfm- 1on1 Comeng | 6:45 | 6:40 |
| 6/25/04 | A Barrent | Pf | 7:15 | 7: |

**36**

| DATE | NAME | Organization | Time In |
|------|------|--------------|---------|
| 6-28-04 | Stiple, (Mike) | P. # | 10:35 |
| | Margowage | PF | 08:30 |
| | Pellitt | VISIT | 11:00 |
| 6/29/04 | Echolmeier | FVM | 11:20 |
| | Whatley | Parents Among | 1:30 |
| | | 10 Advocates | 2:30 |
| | Amore | AA | 7:39 |
| | | Wilm College | 0:00 |
| | Wittness | | |
| | Kristen Hall | | 10:00 |
| | J. Smgared | | 10:00 |
| | | PF | 10:39 |
| | | Reading Aloud | 11:00 |
| | | Reading Volunteer | 11:25 |
| | Mae | FVM | 7:10 |
| | Clare | PF | |
| | Bellingham | Program | |
| | Noel | program | 5:30 |
| | Archie | Program | 5:30 |
| 6/30/04 | Hicks | Program | 5:30 |
| | | YMCA Resource Center | 548 |
| 6/29/04 | Lou | FVM | 5:40 |
| 6/30/04 | Rin | AA | |
| 6/30/04 | | FVM | 9:45 |
| 6/30/04 | | FUM | 9:45 |
| 6/30/04 | | YOGA | 9 |
| 6-30-04 | Ed | A.A.I. x Inc. | 10.00 |
| 6-30-04 | | Read aloud | 10:25 |
| 6/30 | | PF | 10:30 |
| 6/30 | Jon | CERT | |
| 6/30 | Scott Taylor | CERT | |
| 6/30/04 | | PF | 1:05 |
| | Dou | Childline | |
| | Shery Rider | PF | 5:00 |
| | | | |

**88**

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|------|------|--------------|---------|----------|
| | Fred Clark | PFV | 10:20 | |
| 7/6/04 | Roslyn Rether | RSVP | 12:25 | 3:00 |
| 7/6/04 | Roberta J. Jan | Revallon Del | 12:35 | 1:5 |
| | | Read Aloud | 12:40 | 1:8 |
| 7/ /0 | Ama Granger | HUF AIDS | 1pm | |
| | LJ Milone | FVM | 1:8pm | 4 |
| | K. Enzelmeier | FVM | 9:30 | 4: |
| 7/ | D. Pine | Read Aloud | 10:30 | 1: |
| | LJ Milone | FVM | 11:00 | 4: |
| | J. Mica | PF | 1:30 | |
| | Am Curado | PP | 2:30 | |
| | Jim Bailey | SVDP | 6:40 | |
| | Marie Kirby | SUDP | 6:55 | |
| 7/ /4 | Bob Faulkner | SVDP | 6:55 | |
| 7/ /04 | Elaine Brown | Victory Christian | 7:20 | 8:5 |
| 7/ /04 | Mary Ann Way | JA | 7:00 | |
| 7/ /04 | T. Ismaeel | N.A.I.F. Inc | 10:00 | 12: |
| 7/ | Marge Purcell | PF | 10:55 | 11:15 |
| 7/8/04 | LJ Milone | FVM | 12:35 | |
| 7/8/04 | Tammie Dow | PF | 2:38 | 3:5 |
| 7/9/04 | Lee Krieger | Wissahickon | 9:20 | 4:1 |
| 7/9/04 | Bless of Crayon | YdSC | | |
| 7/ /04 | Rey Kuhn | New Beginning | 9:29 | 1:00 |
| 7/9/04 | Ed Dennis | " " " | 9:30 | 10: |
| 7/9/04 | Vaughn | New Beginnings | 9:30 | 10:5 |
| 7/9/04 | Nancy Desmond | " | 8:30 | 10:5 |
| 7/9/04 | J. Connolly | PD | 9:45 | 2:00 |
| 7/9/04 | B. Chase | FCM | 10:30 | |
| 7/9/04 | K. Enzelmeier | FVM | 4:16 | 3:30 |
| 7/ /04 | John Williamson | Spirit of Life God Loves Me N:25 | 1:00 | |
| 7/ /04 | LJ Milone | FVM | 12:15 | 3:30 |
| 7/14/04 | Bill Giles | SVDP | 1:00 | 2: |
| 7/ /04 | Bingo Faulkner | " | " | 2:3 |
| | Jan Reid | PD | 1: | 0 |
| | Kevin | Storycycle | 2:00 | 3:0 |
| 7/ /04 | Karen | wheelchair | 04:16 | |

| DATE | NAME | ORGANIZATION | TIME IN |
|------|------|--------------|---------|
| 40 | | | |
| | | | |
| | | | |
| | | PF | 1:00 |
| | strader | PF | 5:10 |
| | | Victory Bible | |
| /04 | | Victory Bible Ther | 2:20 |
| 04 | J. Ismail | NAIF | 9:50 |
| 04 | Shirley Hax | P.F. | 10:30 |
| | C.S. Milord | FUM | 11:00 Jour |
| | A. Wallman | PF | |
| | | P.D. | |
| | Tommie Mac Byars | PF | 1:30 |
| | Amsner Wallace | | |
| | D. Dale | PF | 6:00 |
| 04 | Joyce Close | PF | 6:20 |
| /04 | Valarie Henn | GOTLI | 7:30 |
| | M. Lindberg | Kwad Island | 8:00 |
| 16 | Bharat Gajjan | yoga | 9:10 |
| /04 | Sharon Steinberg | New Beginnings | 9:20 |
| /04 | Ben Dulin | " Friends Ctr | 9:30 |
| /04 | | " " MASS | 8:30 |
| /04 | John Hughes | " " | 9:35 |
| /04 | Meg Desmond | " " | 9:35 |
| | Vanessa Reed | P.D. | 11:20 |
| | Nancy Jones | PV | |
| 04 | Tammy Dunlap | PV | |
| /04 | Barb. Faulhaber | SVDP | 12:30 |
| | J Sica | PF Kons | 1:25 |
| | | DCJ | 2:00 |
| /16 | Tommie Mae Ayers | PF | 9:58 |
| /16 | Floretta White | VCF Bible Collec | 10:00 |
| | J. Dodson | | |
| | J.R. | | |

| DATE | NAME | ORGANIZATION | TIME IN |
|---|---|---|---|
|  |  | HB | 6:30 |
|  | Drayhow | Church | 6:41 |
|  | Koker | SUDA | 6:45 |
|  | Rawlager | SUDA | 6:45 |
|  | Whitsel | GL | 7:05 |
|  | Brown | Victory | 7:30 |
|  |  | DPS | 6:10 |
|  |  | NAIF, Inc | 10:00 |
|  |  |  | 10:38 |
|  |  | FUM | 10:35 |
|  |  | PF | 12:35 |
|  |  | Tony | 1:10 |
|  |  | Bible Study – Unit | 2:50 |
|  |  | Read Aloud | 8° |
|  |  | New Beginning | 9:30 |
|  | major | Yoga | |
|  |  | New Beginning | 9:30 |
|  | Green | " | |
|  | gand | " | 9:30 |
|  |  | " | 7:30 |
|  | timeier | FVM | 9:30 |
|  |  | FVM | |
|  | William | Spirit of Life – GLM | 21:15 |
| 7/23/04 |  | Oasis of Refreshing | |
| 7/23/04 |  | Read Aloud | 7:00 |
| 7/23/04 | Hassan | AVP | |
| 7/24/04 |  | AVP | 8:58 |
| 7/04/04 | Stanford | AVP | 8:13 |
| 7/23/04 |  | | |
| 7/23/04 |  | Victory | |
| 7/23/04 |  | AVP | |
| 7/04 |  | P.F | 10:20 |
|  | N.W.I | DPS | |

| DATE | NAME | ORGANIZATION | TIME IN | OUT |
|---|---|---|---|---|
| /04 | Debby Spanakos | 1st Assembly of God | 6:20 | 8:35 |
| /04 | Lynne DiMarco | " | 6:25 | |
| /04 | Barbara Lawson | " | 6:25 | |
| /04 | Hazel MAIDEN | PFm – /oN/ | 6:45 | 8:15 |
| | Sr. Nancy Frommelt | | | |
| 23/04 | Sr. Paula Maceraro | AVP | 8:50 | 5:00 |
| /04 | Sr. Nancy Frommelt | AVP | 8:40 | 5:30 |
| 24/04 | Sr. Paula Maceraro | AVP | 8:35AM | 4:50 |
| /04 | JD Ryan | Thresholds | 6:49p | 7:17 |
| /04 | J Platt | " | 5:00 | 7:00 |
| /6/04 | S. McCALLISTOR | Act yr Stream | 5:15 | — |
| 26/04 | L. Seiberlich | Read A Loud | 10:30 | 11:30 |
| 26/04 | MARGACACE | PF | 10:55 | 12:00 |
| " | Linnea Reed | P. P.– | 1:20 | |
| 26/04 | ROSE Whetby | P.A | 1:40 | 3:10 |
| 26/04 | DIANE R BAKER | PF ONE-ON-ONE | 3:45 | 6:57 |
| 26/04 | HAZEL MAIDEN | PFm – BIBLE STUDY 9 | 6:00 | 7:25 |
| 26/04 | Susan Amone | A A | 7:30 | 8:45 |
| 27/04 | Leah Denson | Kingdom Hall | 9:30 | 12:40 |
| 27/04 | Nellie Norwood | " " | 9:50 | 1:30pm |
| 3-27-04 | Rev Ray Weawrly | VICTORY C.F | 10:15AM | 12 pm |
| 7-27-04 | Sherry Strader | PF | 10:36 | 1:00 |
| 7-27-04 | Virginia Thogerson | PF wn. 1 | 11:59 | 12:50 |
| 7-27-04 | Robyn Rettew | RSVP Volunteer | 12:22 | 2:00 |
| 27/04 | Shirley Stiles | R AD | 1:05 | |
| 28/04 | Betty Jewitt | PD | 8:50 | 10:45 |
| 28/04 | Erica Levy | Children's choice | 10:30 | 1:5 |
| 28-04 | Bernadette Wilmore | Reading Rm | 11:15 | 1:35 |
| 28/04 | Jean Lica | Tony PF | 1:30 | 3 – |
| 7-28-/04 | Dr K BruSmyth | U Del | 2:35 pm | 7:10 |
| 7-28-04 | Sherry Strader | PF | 5:17 | 7:15 |
| 7/28/04 | Joyce Close | PF | 6:25 | 7:50 |
| 7/28/04 | Elaine Brown | Victory | 7:25 | 7:45 |
| 7/28/04 | Juis Humily | NP | 7:30 | 8:30 |
| 7-8-04 | Sr. Tsmbe'eel | NA JP Inc | 10:00 | |
| 7/29/04 | Lilian YAUNG | CW C F C | 10:22 | 11:30 |

| DATE | NAME | ORGANIZATION | TIME IN | OUT |
|------|------|--------------|---------|-----|
| 8-04 | Kenneth Lee | DCF | 1:30 | |
| 8-3-04 | Shirley St. Jean | Read Aloud | 1:20 | 3:00 |
| 8-3-04 | Rev Paula Maiorano | UM Church | 2:00 | 3:00 |
| 8-3-04 | Vera Reynolds | PRC | 6:45 | 8:00 |
| 8/3/04 | Cindy Tauchal / Jos Huty | Dr. mentors prg | 6:10 | 8:30 |
| 08/3/04 | Donna Lynn Woodard | PF - one on one | 6:30 | |
| 8-3-04 | B Brown | A A | 9 | 10 |
| 8-4 | M Tatters | DCH | 10 - | 8- |
| 8-4 | Linda Minor | PF | 10:30 | 12:30 |
| 8-4 | Pat Gerber | Read Aloud | 10:30 | |
| 8-4 | M Lendo | one on one | 12:25 | 1:40 |
| 8-4 | Sherry Strader | PF | 5:13 | |
| 8-4 | R Bradley | DEIP | 5:30 | |
| 8-4 | M. Pierce | PRC | 5:45 | 8:00 |
| 8-4 | A. Cass | DMP | 6:06 | 8:00 |
| 8-4 | Shelli Palmer | Victory Bible College | 6:25 | 7:05 |
| 8/4 | Bill Cortese | SVDP | 6:49 | 8:29 |
| 8/4 | Beth O'Connor | SVDP | 6:49 | 8:33 |
| 8/4 | Barbara Fauchaber | SVDP | 6:50 | 8:34 |
| 8/4 | Eleanor Brown | Victory Christian | 7:26 | 8:40 |
| 8/5 | Jane Zrelak | read-in-read-out | 8:50 | 9:35 |
| 8/05/04 | Breit Tauchner | TASC | 8:50 | 11:40 |
| 8/05/04/8 | Mary Kellner | Asst Fr. Thomson | 9:55 | 1:40 |
| | S. Ismaeel | NAIF, Inc. | 10:00 | |
| 8-05-04 | Shirley Hare | PF | 10:30 | 1:30 |
| 8/5/04 | Ayla Blu Smith | U Del | 11:53 | 7:53 |
| 8-5-04 | A. Weltman | PF | 12:40 | 1:30 |
| 8/05/04 | Bran Davinroy | NSCL | 12:45 | 1:55 |
| 8/05/04 | Helen Scott | 1 on 1 | 1:05 | 2:00 |
| 8/5/04 | Per Cash | PCL | 1:55 | 1:00 |
| 8/5/04 | Tammie Mae Byers | Bible Study-PBunit 7 | 2:41 | |
| 8/5/04 | Hazel Maiden | DMP/PRC | 5:50 | 8:15 |
| 8-5-04 | Estella Edwards | COTLW / AWC | 6:30 | 8:30 |
| 8-5-04 | Annie Watson | COTLW | 7:28 | |
| 8-5-04 | | | 7:25 | |