| DATE | NAME | ORGANIZATION | IN | OUT |
|------|------|--------------|-----|-----|
| 8/11 | Amy Amorel | Contact DE | 6 PM | 7:30 |
| 8/11 | EMILY FOWLIE | CHILD line | 6 PM | |
| 8/11 | Marge Bettig | AA | 9:15 | |
| 8/11 | Eleanor Brown | Victry Christian | 9:25 | 8:13 |
| 8/11 | Jane Frelich | Read-a-loud | 8:20 | 10:55 |
| 8/11 | M. Cunigh | P.P. | 9:30 | 10:00 |
| 8-11 | P. Smooch | NADt Inc | 10:00 | |
| 8-12 | Sr. Mary Killoran | Franciscan Center | 10:45 | 11:50 |
| 8-12 | D.A. Wilmer | Reading Rm | 10:30 | 1:00 |
| 8-12 | C. Tcose | Atty | 12:12 | 12:38 |
| 8-12 | B. FAULHABER | SUDP | 3:50 | 4:04 |
| 8-12 | Amy Cass | DMP | 6:00 | 8:00 |
| 8/13/04 | Hazel Maiden | PLC DMP | 6:00 | 8:00 |
| 8/13/04 | Angel Natalie Brant DMS | TASC | 9:15 | 11:55 |
| 8/13/04 | Teri Isabella | TASC | 9:15 | 11:55 |
| 8/13/04 | DAVID ALLWOOD | TASC | 0915 | 1155 |
| 8/13/04 | Greg Dulin | town sweater | 10:45 | 11:28 |
| 8/13/04 | Rev. Joan W. lliamso | Spirit of Life-GLM | 11:20 | 12:47 |
| 8/13/04 | Rev. Sher-Ron McGhee | WORD of Life | 11:20 | 12:47 |
| 8-11 | Vanessa Reed | P.D. | 12:30 | |
| 8/8/04 | Emily Judy | SUPP | 12:40 | 2:05 |
| 8/8/04 | Bob Faulhaber | SUPP | 12:40 | 2:05 |
| 8/13/04 | J Sica | PF (one on one) | 12:55 | 1:25 |
| 8/13/04 | S. Pisaski | FLM | 12:05 | |
| 8/13/04 | L. Williams | DCJ | | |
| 8/14/04 | M MCM | CLASE | 3:00 | |
| 8/4/04 | Sr. Mary Killoran | Franciscan Center | 8:50 | 10:00 |
| 8/4/04 | Esmard Thomas | Project Reach | 9:55 | |
| 8/5/04 | Jay W Little | PF | 2:15 | 4:00 |
| 8/5 | Katleen Coleman | PF | 2:30 | 4:50 |
| 8/6 | Katleen Coleman | PF | | 2:35 |
| 8/6 | Irene McNeil | PF | 8:10 | 2:35 |
| 8/6 | Marge Purcell | PF | 8:00 | 2:35 |
| 8/6/04 | Sandra Brown | PFellowship | 85.00 | |
| 8/6/04 | Jay W Little | PF | 8:00 | 2:35 |

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| 8/04 | Carmella M. Harris | ZOE | 8:35 | 1:10 |
| 8/04 | LINDA RUST | ZOE | 835 | 11:35 |
| /04 | JANET GARRETT | ZOE | 835 | 11:35 |
| 8/04 | Joe D'Angelo | ZOE | | |
| 18 | Bernadette Wilmore | Zoe | 9:30 | 1:00 |
| 18 | Joann Bahr | DCH Garden Club of Wilm | 10:00 | 11:10 |
| 18 | Jonathan Lukens | DCH | 10:00 | 11:10 |
| 18 | Virginia Thogersen | Reading Room | | |
| 18 | MARGAVAGE | PF | 10:40 | 12:00 |
| 18 | Eliz Zimmerman | PF | 10:05 | |
| 18 | M Osmanski | PF | 1105 | 12:50 |
| | E Zimmerman | | | 12:50 |
| 8/04 | Dr. Mrs Killoran | Franciscan Center | 12:55 | 3:20 |
| 8/04 | Fay A Little | PF | 1:45 | 3:00 |
| 18 | Sherry Strader | PF | 5:05 | 7:25 |
| 18 | Kathy Ward | YMCA | 5:55 | |
| 18 | Jim Woods | SVDP | 6:45 | 8:18 |
| 18 | BARBARA FAULHABER | SVDP | 6:45 | 8:19 |
| 18 | BILL CORCOE | SV DP | 658 | 8:15 |
| 18 | Bet & Danvinzato | SVPS | 658 | 848 |
| 18 | Charlene Whitsel | AA | 7:23 | 8:35 |
| 19 | Marge Purcell | PF   ZOE | 8:00 | |
| 19 | Fay Whittle | PF | 8:00 | |
| 19 | DIANE D. BADER | PF | 8:00 | |
| 19 | Kathleen Coleman | PF | | |
| 19 | Irene M Neil | PF | | |
| 19 | Rev Beryl S. Yancey | PF ZOE | 8:35 | |
| 19 | Judy Bowen | PF Episcopal | 8:40 | |
| 19 | LINDA RUST | ZOE | 8:40 | |
| 19 | Carmella HARRIS | ZOE | 8:48 | |
| 19 | Edna M Trotta | ZOE | 8:50 | |
| 19 | Dr. Ismaeel | NAIF  IMAM | 10:00 | |
| /04 | BRO. TOM WILSON | TBC | 11:40 | 12:00 |
| 04 | A. WELLMAN | PF | 12:40 | 1:50 |
| | Dr. Ismaeel | IKAIF  Imam | 8:40 | |
| 19/04 | B. Wright | Education | 2:45 | |

| DATE | NAME | ORGANIZATION | TIME IN | OUT |
|------|------|--------------|---------|-----|
|  | Angel Bu |  |  |  |
| 3/04 | Hazel Maidon | PFM - Bible Study | 6:25 | 6:55 |
| 3/04 | Susan Annyone | AA | 7:30 |  |
| 3/04 | Maryllumanod | AA | 7:?? |  |
| 3/04 | G Strumberg | Wilm college | 8:00 | 8:53 |
| 3/04 | Nellie Howard | Kingdom Hall | 9:40 | pm 10:30 |
| 3/04 | Beverly Hoyle | Kingdom Hall | 9:40 | pm 30 |
| 3/24/04 | Sherry Strader | PF | 10:40 | 1:08 |
| 8/24/04 | Jacinta Bott | Read aloud | 10:56 | 12:00 |
|  | Bradley Bott |  |  | 12:00 |
| 8/24/04 | Brett Tomlinson | TASC | 11:15a | 3:05p |
| 8/24/04 | Virginia Thogersen | PF | 11:40 | 12:45 |
| 8/24/04 | Manny | MP | 11:57 | 12:10 |
| 8/24/04 | Roslyn Rettew | RSVP | 12:15 | 3:10 |
| 8/24/04 | Barbara Wijke | EDUCATION | 12:30 | 12:50 |
| 8/24/04 | Fred Stulgy & Jim | Read-Aloud | 12:45 | 2:00 |
| 8/25/04 | D. Mnueo | GE DTEST | 8:09 | 1:48 |
| 8/25/04 | Virginia Thogersen | Reading Room | 10:25 | 1:07 |
| 8/25-04 | Shelby Hamm | PFP | 10:30 | 11:50 |
| 8/25 | Maria Anakiem | one on one | 12:05 | 1:43 |
| 8/25/04 | Angelica Lopez | HS Probation | 1:20 | 1:45 |
| 8/25 | Betty Woodhouse | Read Alriel | 1:50 | 4:00 |
| 8/25 | Kathleen Coleman | RF | 8:05 | 5:15 |
| 8/25 | Sherry Strader | PF | 4:53 | 7:10 |
| 8/25 | Vera Reynolds | PRC/DMR | 5:40 | 8:00 |
| 8/25 | M. Tuell | DMR | 6:— | 8:00 |
| 8/25 | Becky Stollberg | pretty Bible College | 6:15 | 8:00 |
| 8/25 | Glenn Brown | Victory Christian | 7:15 | 7:30 |
| 8/25 | Deut. Hurry | AA | 7:12 | 8:30 |
| 8/26 | DAVID ALLWOOD | TASC | 0850 | 12:25 |
| 8/26 | LEROY JETT | TASC | 0850 | 1225 |
| 8/26-04 | SHIRLEY J. HARE | P.F. | 10 AM | 1:25 |
| 8/26/04 | Brett Tomlinson | TASC | 1005 | 10:35 |
| 8/26-04 | T. Esmgalest | NATF Inc | 16:49 |  |
| 8/26-04 | Sr. Mary Williams | Harmon Center | 10:55 | 1:45 |
| 8/26 | A. Wellman | PF | 1:15 |  |

54

| Date | WI | Name | Organization | Time In | |
|------|----|----|----|----|----|
| | | Gaffar | Page | | |
| | | Raymond | | 9:30 | |
| | | Vaughan | " | 9:30 | |
| | | | NALF Inc | 9:40 | |
| | | Long | Winzer | 1:46 | |
| | | | PF 1on1 | 1:4a | |
| | | | DMS | 2:20 | |
| | | | PFm 1on1 UMP #7 | 7:06 | |
| | | Byers | Bible Study – PF | 9:15 | |
| | | | Victory Biblical | 1:45 | |
| | | | Oasis of Refreshing | 10:00 | |
| | | PAGE | PF | 10:40 | |
| | | McAffee | Oasis of Refresh | 10:00 | |
| | | | 1-on-1 | 2:25 | |
| | | | PF 1on1 | 5:32 | |
| | | | PFm Bible Study | 6:30 | |
| | | | AA | 7:30 | |
| | | | AA | 7:30 | |
| | | | NA | 7:30 | |
| | | | AA | 7:50 | |
| | | | Kingdom Hall | 9:40 | |
| | | | " | 9:40 | |
| | | | PF | 10:20 | |
| | | | | | |
| | | | PF 1on1 | 11:35 | |
| | | | VRSUP | 12:25 | |
| | | | DO | 3:00 | |
| | | | | | |
| | | | PF | 10:30 | |
| | | | OPS | | |
| | | | | | |
| | | | PP | 12:30 | |
| | | | IMP | 3:55 | |
| | | | PF | 6:04 | |
| | | | PF | | |
| | | | Victory Christian | | |

56

| Date | Name | Organization | Time In |
|------|------|--------------|---------|
| | Steven | Read Aloud | 12:35 |
| | | PF | 10:50 |
| | | PEC | 6:10 |
| | Dabo | PF | 5:55 |
| 7/15 | Jose | PF | 6:25 |
| | | Victory Bible Ony | 6:25 |
| | | SWRP | C-80 |
| | | SWRP | 6:10 |
| | | Victory Bible | 7:00 |
| | | RN Night Shift | 7:15 |
| | | Read-a-Soul | 9:85 |
| | | PF | 10:50 |
| | | Mansions Centre | 12:40 |
| | | Paul | 1:05 |
| | | NAIF, Inc. | 2:30 |
| | | DE Mentor | 17:50 |
| | | Word outreach Ministry | 7:23 |
| | | Read Aloud | 8:— |
| | | FCM-Y | 0900 |
| | Hamilton | New Beginning | 9:05 |
| | | " | 9:15 |
| | | | |
| | | New Beginning | 7:25 |
| | | R.O.T.A.D VI | 9:30 |
| | | PU | 6:30 |
| | | TNN | 9:500 |
| | | | 9:35 |
| | | NAIF, Inc. | 9:35 |
| | | New Beginning | 4:35 |
| | | NaR | 9:40 |
| | | Spirit of Life - GLM | 9:22 |
| | Mickie | Words of life | |
| | | PF | 17:30 |
| | | Frm | 8:35 |
| | | PF - Bible Study | 9:43 |

58

| Date | Name | Organization | Time IN | |
|------|------|--------------|---------|---|
| | | PF Seminar | 8:05 | |
| | DAVIS | 4 | " | |
| | Tonic Close | PF | 6:40 | 8 |
| | | Read-a-Loud | 9:00 | 10 |
| | Lenhart | PF | 9:45 | |
| | | PF | 10:30 | |
| | | PF | 5:35 | |
| | | PF | 5:35 | |
| | | PF | 5:51 | |
| | | PF | 6:40 | |
| | | PF | 6:30 | |
| | | PF | 6:10 | |
| | | PF | 6:00 | |
| | | PF | 6:00 | |
| | | | 6:00 | |
| | | | 6:00 | |
| | | NAJF Inc | 6:40 | |
| | | Victory Abbs | 7:30 | |
| | | PF | 10:45 | |
| | | MDS | 11:10 | |
| | | PF | 11:20 | |
| | | PF | 11:30 | |
| | | Christian Center | 11:30 | |
| | | 10n/ | 1:00 | |
| | | Read Aloud | 2:00 | |
| | Davis | DWP | | |
| | Don | DWP-PF | | |
| | | Assembly | 6:00 | |
| | | Island | 9:00 | |
| | | bronx | 9:00 | |
| | | NAJF Inc | 9:20 | |
| | | yoga | | |
| | | beginning | 9:30 | |
| | | " " | " | |
| | | EVM | 9:30 | |
| | | EVM | 9:30 | |

| e. | Name | Organization | Time In | Out |
|---|---|---|---|---|
| | Marcy Desmond | New Beginnings | 9:40 | 10:40 |
| | Rev. Joan Williamson | Spirit of Life | 11:20 | 12:45 |
| | Rev. Shay-Lou McGhee | WORD of Life | 11:20 | 2:45 |
| | Jean Sica | PF Iml | 1:15 | 2:55 |
| | Diane Ellard | AF marmoro | 6:15 | 6:8 |
| | J. Ismael | NBDF Inc | 6:50 | |
| 24/04 | Hazel Maiden | Bible Study - 1-on-1 | 6:55A | 8:20A |
| /04 | Sister Regina | Manassin Center | 8:35 | 9:05 |
| /04 | Carla K. Cardwell | HzH | 11:55A | |
| /04 | Petra Cenki | " | | |
| /04 | John Wright | " | | |
| /04 | Donna Wright | " | | |
| /04 | Ashley Barkowski | Univ DE nursing study | 8:10A | 2:10P |
| /04 | Tricina Pounds | Del Tech Wilm student | 8:37 | 13:15 |
| /04 | Cornel Clark | Conan | 8:38 | 9:04 |
| /04 | Y. Nero | Chieftine | 8:55 | 10:45 |
| /04 | Linda Pearson | DVR interview | 10:10 | |
| /04 | Daniel M Schmitt | INTERVIEW | 11:00 | 12:04 |
| /04 | Cooksey | CMS | 1:15 | |
| /04 | Malcolm Duffsei | Kap Village | 12:20 | 8:30 |
| /04 | Kristin Guarinello | Hope House | 1:10 | 2:07 |
| /04 | Lynette R Congo | | 1:15 | |
| /04 | Johnette Grap | Board of Parole | 1:22 | 3:30 |
| /04 | Mikee Reml | Brand of Parole | 1:22 | 3:30 |
| /04 | Fay whittle | PF | 1:23 | 3:50 |
| /04 | R. Roger | DCJ | 130 | |
| | Paul Cronin | BCC | 10 | |
| /04 | Lucy Walker | BCC | 130 | |
| /04 | N. White | BC | 140 | 305 |
| /04 | D. M. Quiston | T-Mobile | 2:04 | |
| /04 | Carol Dehontes | DMV | 6pm | |
| /04 | Susan Aniona | AA | 7:00 | 8:30 |
| /04 | Mary Nathaniel | AA | 7:30 | 8:30 |
| /04 | Trcina Pounds | Del Tech | 8:04 | 12:42 |
| /04 | Deon Toom | | 9:05 | |
| /04 | | | | |

| Date | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| | Luciano Nogera | FVM | 9:30 | 1:250 |
| | Julia Vaughan | New Beginnings | 9:30 | 10:45 |
| 5/4 | Marcy Dimond | " | 9:30 | 10:40 |
| 5/4 | T. Smseerl | NAIF | 9:55 | |
| 10:5 | Sharon McGhee | De Center for Justice | 10:15 | 2:40 |
| 5/6 | Dr John Williamson | De Center for Justice | 11:15 | 2:40 |
| 5/6 | Bishop Bruce Parham | Oasis of Refueding Min | 8:05 | |
| | Elder Janet Parham | Oasis of Refueding Min | 2:25 | |
| 5/04 | Deane Carroll | De Assoc Child Adro | 6:00p | 9:40 |
| 5/04 | HAZEL MAIDEN | PFM-/ ONI | 6:55 | 8:05 |
| | T. Smseerl | NADF. Inc | 7:00 | 8:05 |
| 5/04 | Jyanetta Thomas | M2N | 11:00 | 7:10 |
| 5/04 | Sr. Regina McCloskey | Maranew Center | 8:30 | 9:18 |
| 5/04 | | | | |
| 5/04 | ANTOINE Rayfield | | | 1 |
| 5-04 | Len Beck | Thresholds | 5:45 | 7:30 |
| " | Margaret H Mitchell | " | " | " |
| 5-04 | Ercina Pounds | Del Tech | 7:56 | 13:06 |
| 5/04 | Velva Rainey | Del Tech | 10:00am | 10:45 |
| 5/04 | MARGA VAGE | PF | 12:15 | |
| 5/04 | Rose Whitley | PA | 1:30 | 3:00 |
| 5/04 | Peg Durbin | 1on1 - Advocate | 1:30 | 3:00 |
| 5/04 | Nauny | MIS | 9:43 | 3:17 |
| 5/04 | HAZEL MAIDEN | BIBLE STUDY PFm | 6:20 | cancelled |
| 5/04 | Monica McBRIDE | AA | 7:15 | |
| 5/04 | Ercina Pounds | Del Tech | 0752 | 1257 |
| 5/04 | Leah Benson | Kingdom Hall | 9:40 | 1200 |
| 5/04 | R. Mozie | DCJ | 9:40 | 1:00 |
| 5/04 | V. Holmes | BCJ | 9:40 | 1:00 |
| 5/04 | Nellie Howard | Kingdom Hall | 10:45 am | 12:00 |
| 8/04 | Brian White | EVM | 10:15 | 1:30 |
| 05/04 | I. Rose | Read aloud | 10:30 | 12:00 |
| 05/04 | Sherry Strader | PF | 10:35 | 1:00 |
| 5/4 | Virginia Thegensen | one on one | 11:50 | 1:30 |
| 5/04 | Andrea Nardino | " FVM | 12:10 | 1:30 |

| DATE | | NEW | ORGANIZATION | TIME IN | |
|---|---|---|---|---|---|
| | | | MIS | 1:24 | 22 |
| | | | PF | 1:30 | 21 |
| | | | PF | 8:38 | 7 |
| | | | DMP | 5:57 | 7: |
| | | | DE Center for Justice | 6:15 | 7:1 |
| | | | A.A | 9 | 10 |
| | | | A.A | 9 | 10 |
| | | | DP | 9:10 | 10 |
| | | | PM | 10:30 | 12 |
| | | | Reid Almand | 11:45 | 12 |
| | | | Kingdom Hall | 11:pm | 1 |
| | | | Kingdom Hall | 10:15 | |
| | | | PF | 1:40 | 12 |
| | | | PF | 5:00 | |
| | | | PF | 6:30 | 8 |
| | | | NATI Inc | 7:06 | |
| | | | AA | 7:30 | 8 |
| | | | Victory Bible | 7:18 | 8 |
| | | | A.A | 7:3 | 8 |
| | | | Wilm College | 8:00 | 8 |
| | | | PF | 10:30 | 1 |
| | | | PF | 10:30 | 11 |
| | | | Visitor | 11:30 | |
| | | | 4 Visitor McBride | | |
| | | | | 11:30 | |
| | | | Center | | |
| | | | | 5:00 | |
| | | | POC + DMP | 6:00 | |
| | | | Mentoring | | |
| | | | Church | 9:31 | 8 |
| | | | | 2:34 | |
| | | | Read Aloud | 9 | |
| | | | Paw Beginnings | 9:25 | |
| | | | " | 9:25 | |
| | | | | | |

| | NAME | ORGANIZATION | TIME IN | OUT |
|---|---|---|---|---|
| /04 | Bharat Gajjar | Yoga | | |
| /04 | Julie Vaughan | New Beginnings | 9:35 | 10:00 |
| /04 | Morey Dumond | New Beginning | 9:35 | 10:00 |
| | Andrea Nardino | FRM | 9:40 | 1:30 |
| | Brian White | FRM | 9:40 | 1:30 |
| | T. Tsmoeleu | NAIF Inc | 9:45 | |
| /04 | Rev. Joan Williamson | Spirit of Life-GLM | 11:55 | 1:25 |
| /04 | Rev. Shar-Ron McGhee | Word of Life | 11:55 | 1:25 |
| /04 | Shirley Hase | P.F | 1:00 | 2:45 |
| /04 | Nadean Joy | Key | 12:47 | 2:30 |
| /04 | Dona Lewis | read aloud | 1:50 | 3:10 |
| | Jean Lueking | Sojourners place | 2:40 | 3:00 |
| /04 | John Shuford | AVP | 5:07 | 8:37 |
| /04 | Paula Maiorano | AVP | 5:11 | 8:37 |
| /04 | Diane Carroll | DACOA | 6:00 | 7:50 |
| /04 | Mary Maddox | DACOA | 6:00 | 7:50 |
| /04 | Hazel Maiden | PFM-1 ON1 | 6:50 | 8:05 |
| /04 | John Shuford | AVP | 8:07 | 4:53 |
| /04 | Paula Maiorano | AVP | 8:10 | 4:53 |
| /04 | Demirc Lyokey | Victory Bible College | 1:50 | 3:00 |
| /04 | John Shuford | AVP | 8:06 | 5:05 |
| /10/04 | Paula Maiorano | AVP | 8:13 | 5:05 |
| /04 | Margaret M. | thresholds | 6:00 | 7:30 |
| /04 | Lynn Peck | Thresholds | 6:00 | " |
| /04 | Jr Ryan | " | 6:00 | " |
| 11/04 | Gretna Pounds | Del-Teen | 0753 | 13:07 |
| 11-04 | Shirley Hase | P.F. | 10:45 | 1:35 |
| 11-04 | Margarage | P.F | 11:00 | 12:25 |
| /04 | Rose Whitby | P.A | 1:30 | |
| /04 | Og Duha | on ouso sweater | 2:35 | 3:05 |
| 11/04 | Hazel Maiden | PFM Bible Study | 6:20 | 7:45 |
| 11/04 | Susan Amore | AH | 7:30 | 8:30 |
| 11/04 | Mary Ammann | AA | 7:30 | 8:30 |
| 12/04 | Gretna Pounds | Del-Tech | 07:53 | 13:05 |

| NAME | ORGANIZATION | TIME IN | OUT |
|------|--------------|---------|-----|
| Paul Wright | P.V.8 | 6:04 | 7:04 |
| Vanessa Reed | P.D.C. | 2 | |
| Joyce Close | PF | 6:35 | 8:30 |
| Jim Ward | St Ungdat P.M. | 6:47 | 9:02 |
| Emma Kealey | " | 6:47 | 8:12 |
| Ally O'Connor | SV DP | 6:58 | 8:11 |
| Bill Eide | SV DP | 6:58 | 8:12 |
| J. Ismeriel | N.A.I.C. Inc | 7:00 | |
| Carolyn Bell | Wilm College | 8:00 | 3:55 |
| Marjine Purcell | PF | 10:30 | 1:20 |
| Anne Wellman | PF | 10:35 | 1:00 |
| Vanesa Red | P.D. | 12:00 | |
| Helen Scott | IONI | 1:05 | 2:00 |
| Hazel Maiden | PRC-DmP | 6:05 | 8:30 |
| M. Lindbern | Read Aloud | 9:02 | 10:00 |
| Bharat Gajjar | Yoger | 9:30 | |
| Ery Durlin | Nans Francisca IONI | 9:30 | 11:35 |
| Mildred Hemilton | " | 9:30 | 10:55 |
| Catherine Hecedus | " | 9:30 | 10:50 |
| R. Barry Wright | New Bgh Franciscan Cha | 9:30 | 10:49 |
| Julie Vaughan | " | 9:30 | 10:55 |
| Marcy Besnard | " | 9:30 | 10:55 |
| Nancy White | FVM | 9:30 | 11:40 |
| Andrea Nardone | FVM | 9:30 | 1:31 |
| J. Ismeriel | N.A.I.C. Inc | 9:40 | |
| Roy Mahnenholz | OAS/OEM | 9:55 | 11:20 |
| Jerry Platt | DOC | 9:55 | 11:28 |
| Mary Maddox | Inside/out | 6:10 | 7:50 |
| Diane Carroll | Inside/out - DACA | 6:10 | 7:50 |
| Hazel Maiden | PFM IONI | 6:50 | 8:10 |
| Sr Mary Kelbran | Franciscan Center | 8:37 | 9:58 |
| J. 2floh | V.E.B.C. | 1:00 | 3:05 |
| S. Doust | Three births | 5:00 | 7:00 |
| Lou Best | " | | |

| NAME | ORGANIZATION | TIME IN | OUT |
|------|--------------|---------|-----|
| Antoinette Davis | #4 Seminar | 1:00 | 2:25 |
| Mike Davis | " " | " | " |
| Joyce Close | P F | 6:45 | |
| Eleanor Brown | Victory Bible | 7:15 | 1:30 |
| Carlene Whitsel | A A | 7:25 | 8:35 |
| Daniel Gurnek | Franciscan Center | 8:55 | 11:25 |
| James Rohrer | " " | " " | 11:30 |
| Fred Daly | FRANCISCAN CENTER | 8:55 | 11:30 |
| Virginia Thomsen | Reading Room | 10:30 | 12:00 |
| Helen Scott | 1 on 1 | 1:10 | 2:00 |
| J. Tsmos'eel | NATA, Inc | Dies | |
| Ina Reynolds | PRC / DMP | 5:52 | 7:50 |
| Hazel Maiden | PRC-DMP | 6:00 | 8 |
| Shirley Hare | ECFC | 615 | |
| Barbara Blackston | COFLW | 7:25 | |
| Ben Steinberg | DFS | 9:00 am | 9 |
| Bharat Gajjar | Yoga | | |
| Alan Litwiler | New Beginnings | 9:25 | 11:25 |
| Catherine Hopkins | " | 9:25 | 10:40 |
| Guy Oxlin | " Franciscan Center | 9:30 | 11:20 |
| Brion White | FU m | 9:25 | |
| Luciano Osorio | F.V.M | 9:30 | 1:20 |
| Leigh Corrigan | New Beginnings | 9:30 | 10:40 |
| Marcy Deanoll | " " | 9:30 | 9:45 |
| Julie Vaughan | " " | 9:45 | 10:55 |
| Sgt. Tsmos'eer | NAIF Inc | 9:30 | |
| | (equa. s | 10:30 | |
| Nancy Wolfe | Read Aloud | 10:50 | 11:25 |
| Andrea Verdene | FVM | 11:30 | 1:30 |
| Rev Joan W. Williamson | Spirit of Life God Loves Me, Minister | 11:45 | 1:00 |
| J. Sica | 1 on PF | 1:05 | 2:00 |
| Mary Maddox | Inside/out | 6:00 | 7:00 |
| T. Tsmos'eel | NAIF Inc | 6:00 | |
| Hazel Maiden | PFm - 1 on 1 | 6:50 | 8:00 |

| Date | NAME | ORGANIZATION | TIME |
|------|------|--------------|------|
| 10/25/04 | Kevin Fimiter | PD | 8:45 |
| 10-25-04 | Shirley J. Hare | P.F | 10:20 |
| 10/25/04 | Ena Dunder | BCI | 12:10 |
| 10/25/04 | Joy Little | PF | 1:10 |
| 10/25/04 | Rhet M. Whitby | P.A. | 1:30 |
| ~~10/25/04~~ | ~~Vera Parr~~ | | |
| 10/25/04 | Joe Khulin | Soul Sweater | 2:30 |
| 10/25/04 | Hazel Maiden | PFM - Bible Study | 6:27 |
| 10/26/04 | Leah Denson | Kingdom Hall | 9:30 |
| 10/26/04 | Nellie Howard | " | 9:50 |
| 10-26-04 | Sherry Strader | PF | 10:38 |
| 10/26/04 | Virginia Thogersen | PF    1 on 1 | 11:35 |
| 10/26/04 | Roslyn Rettew | RSVP | 12:20 |
| | Luepano Orgese | B visit | 12:20 |
| 10/26/04 | Dona Lynn Woodard | PF, unit & Bible Study | 12:40 |
| 10-26-04 | Leah Denson | Kingdom Hall | 8:30 |
| 10/26/04 | Nellie Howard | " | 1:00 PM |
| 10/26/04 | Shari McMith | " | 1:00 pm |
| 10/27/04 | Debby Vandwer | Read Aloud | 9:45 |
| 10/27/04 | James Bahe | DCH/GCW - Garden | 9:45 |
| 10/27/04 | Alberta Mellay | DCH/CCW - Garden | 9:45 |
| 10/27/04 | Jonathan Lukens | DCH | 9:45 |
| 10/27/04 | Bonnie Copeland | DCH/GCW | 9:45 |
| 10/27/04 | Kathy Kristal | Dch/Gcw | 9:45 |
| 10/27/04 | Hilary Holmes | DCH | 9:45 |
| | Mary Patteral | DCH | 11 |
| 10-27-04 | Shirley Hale | P.F | 10:45 |
| 10/27 | Linda Mira | P.F | 10:30 |
| 10/27/04 | Sr Mary Killgren | Franciscan Center | 10:50 |
| 10/27 | Jacqueline Barr | Resa Aland | 10:55 |
| | Dorleen Barr | | 11:05 |
| 10/27/04 | Nellie Howard | Kingdom Hall | 11 |
| | Brown | " | 12:48 |
| 10/27/04 | | PF | 1:25 |
| | T. Tanaeel | NAIF, Inc | 2:40 |

| NAME | ORGANIZATION | TIME IN | OUT |
|---|---|---|---|
| Dan Fridel | Read-a-loud DE | 9:15 | 10:15 |
| A. Wellman | PE | 10:35 | 11:45 |
| D. Dodd | PE | 10:45 | 1:59 |
| Helen Scott | Pen | 1:10 | 2:00 |
| Marge Purcell | PE | 1:10 | 1:50 |
| Daniel Gurnick | Franciscan Center | 2:00 | 3:40 |
| James Roligo | " | 2:00 | 3:30 |
| Lorna Miller | 1st AG | 6:00 | 8:30 |
| Debby Spanakos | " | " | " |
| Bobbie Keever | " | 10:20 | " |
| Cara Lawson | " | 6:30 | " |
| Lindbergh | Read aloud | 8:50 | 10:00 |
| Bharat J. Gajjar | Yoga | | |
| Peg Durbin | New Beginnings Franciscan | 9:30 | 11:20 |
| Sharon Stansbury | " " | " | |
| Cornelius Haruski | New Beginnings | 9:30 | 10:50 |
| Brian White | PUM | 9:32 | 1:50 |
| Lucia Oropeza | EVM | 9:30 | |
| Andrea Wanson | " | " | 1:30 |
| Rose Loomd | New Beginnings | 9:40 | 10:50 |
| Marie Desmond | " | 9:40 | 10:50 |
| Leigh Corrigan | " | " | 11 |
| Julia Vaughan | " | 9:40 | 10:50 |
| N. Ismaeel | NA Tif Ana | 10:00 | |
| Rev. Dan W. Williamson | Spirit of Life God Loves Me | 11:35 | 12:59 |
| Virginia Stoner | | | |
| Kristin Guanhelb | Hope House I | 12:90 | 2:00 |
| Sr. Mary Killorn | Franciscan Center | 8:50 | 10:05 |
| Vince Cooper | BCF | 9:50 | 10:05 |
| Margaret Regan | | 11:00 | |
| Kathy Taylor | PE | 10:15 | |
| Cindy James | PE | 11:5 | |
| D. Monaco | Nourse Gird | 8:31 | Volunt |
| Y. Ness | Divaline | 8:55 | 10:00 |
| Shirley Hare | PF | 10:45 | 12:02 |
| Margavage | PF | 11:02 | 12:45 |

| 70 DATE | NAME | ORGANIZATION | Time IN | |
|---|---|---|---|---|
| 4/1/04 | Hazel Maiden | PFM - Bible Study | 6:00 p.m. | |
| 11/1/04 | Monica McBride | AA | 7:25 | |
| 11/1/04 | Mary _____ | AA | | |
| | _____ | _____ | | |
| 11/2/04 | Nellie Howard | Kingdom Hall | 9:18 | |
| 11/2/04 | Virginia Sheppard | Kingdom Hall | 9:30 | |
| 11/2/04 | _____ | Read Aloud | 10:30 | |
| 11/2/04 | Sherry Strader | PF | 10:40 | |
| 11/2/04 | Erna _____ | BCC | 11:40 | |
| 11/ /04 | Leah Dewser | _____ | | |
| 11/2/04 | Dora Lynn Woodard | PF Ministry | | |
| 11/2/04 | Leah _____ | Kingdom Hall | | |
| 11/2/04 | Pearl _____ | MCP | | |
| 11/3/4 | Margie Batfaglia | | 8:45 | |
| 11/3/04 | Jonathan Lyons | | 10:00 | |
| 11/3/04 | Maur Patterson | DCH | 10- | |
| 11/3/04 | A Perry Holmes | DCH | 10 | |
| 11 | Jannetta Reed | P.D. | 10:30 | |
| 11/3 | Linda Minor | PF | 10:55 | |
| 11/3 | _____ | Read Aloud | 11:00 | |
| | Jacqulin _____ | | | |
| 11/3/04 | Nellie Howard | Kingdom Hall | 11:00 | |
| 11/3/04 | Sue Brown | | | |
| 11-03-04 | Shirley J. Hare | P.F. | 1:30 | 12 |
| 11-2-04 | C. Tease | Atty | 11:15 | 12 |
| 11-3-04 | Virginia Thogersen | PF | 11:45 | |
| 11/3 | Mike Clara | PSY | 2:25 | |
| 11/3 | T. _____ | NAIF Inc | 1:10 | |
| 11/3/04 | Y. Ross | Child Line | 4:00 | |
| 11/3/04 | Sherry Strader | PF | 5:50 | |
| 11/3/04 | Joyce Close | PF | 6:40 | |
| 11/3/04 | Jacqueline Dennis | | | |
| 11/4/04 | Carolyn Bell | _____ College | 800 | |
| 11/4/04 | _____ | _____ | 850 | |
| 11/4/04 | Fred Fisher | Franciscan _____ | | |

| | NAME | ORGANIZATION | Time IN | Time OUT |
|---|---|---|---|---|
| A | dan Frelick | Read-a-loud | 9:15 | 10:45 |
| | Jay Whittle | PF | 11:46 | 11:50 |
| 4 | BARBARA BLACKSTON | COTLW | 6:40 | 8:25 |
| 5 | JN SINOS | DOC - 10 | 9:00 | 12:00 |
| 6 | Reg Kuhn | Tracmai New beginnings | 9:05 | 10:40 |
| 5 | M Sivalier | Read Aloud | 905 | 1050 |
| 6 | Catherine Hughes | New Beginnings | 925 | 1035 |
| 5 | Bharat J Gajjar | Yoga | 755 | |
| 4 | Rosette Herr | New Beginnings | 955 | 10:30 |
| 6 | Julia Vaugher | New Beginnings | 930 | 10:40 |
| 6 | Glenn Attisburg | " " | '' | 11:40 |
| | Marcy Desmond | " " | 9:30 | 10:30 |
| | Mildred Hamilton | " " | | |
| | Beth unk | PVM | 9:40 | |
| | Luciano O'Teller | ( | ( | 10:- |
| | Andrea Nardone | ↓ | | 10:30 |
| | Leigh Comer | New Beginnings | 9:10 | 10:40 |
| | James | P.D. | 11:- | |
| | Victor Kasun | BC I | 1145 | 1:50 |
| | Lucille Stanish | PF | 12:30 | 3:00 |
| 11/5 | Jean Sica | PF | 12:45 | 1:45 |
| 5 | Rev. Joanter Williamson | Spirit of Life - God Loves Me | 2:30 | 3:35 |
| 5 | Rev Saul McGee | De Center for Justice | 2:45 | 3:35 |
| 11/5 | Rev. Paula Maiorano | AVP | 7:55 | 8:15 |
| 5 | John Shuford | AVP | 5:30 | 8:15 |
| 5 | T. Ismaeel | NAIF, Inc. | 5:30 | |
| 5 | M. Maddox | Inside/out | 6:30 | 7:30 |
| 5/04 | Diane Carroll | Inside/Out | 6:00 | 7:30 |
| 10/04 | HAZEL MAIDEN | PFm - ONE-ON-ONE | 6:55 | 7:15 |
| 10/04 | John Shuford | AVP | 8:00 | 8:00 |
| 16/04 | Paula Maiorano | AVP | 8 | 500 |
| 11 | T. Ismaeel | NAIF, Inc. | 12:30 | |
| 16/04 | Sharon McAfee | Oasis of Refuge | 10:30 | 12:50 |
| 6/04 | Yvonda Williams | Oasis of Refuge | 10:30 | 12:50 |
| 7/04 | John Shuford | AVP | 8:00 | 5:00 |

| | NAME | ORGANIZATION | Time In | Time Out |
|---|---|---|---|---|
| 04 | Joyce Close | PF | 6:30 | 9:10 |
| | T. Ismaeel | NAIF, Inc | 10:10 | |
| | A. Wellman | PF | 10:58 | 12:10 |
| 04 | Sr. Mary Killian | American Center | 11:30 | 2:10 |
| 04 | Helen S. Cott | 1 on 1 | 1:15 | 2:30 |
| | Dr. K. Brewer Smyth | U Del | 1:45 | 2:45 |
| | Bharat Gajjar | Yoga | | |
| | Reg Dula | New Beginnings Financial Ctr | 9:30 | 11:15 |
| | Sharon Struble | " " | 9:30 | 11:30 |
| | Julie Vaughen | " " | 9:30 | 10:40 |
| 07 | Roetta Hera | " " | 11: | 10:40 |
| 12 | Maxey Desmond | " " | 9:30 | 10:35 |
| | K. P. White | Zion | 9:30 | |
| | T. Ismaeel | NAIF Inc | 9:50 | |
| | Michele Hamilton | New Beginnings | 9:30 | 10:40 |
| | Dr. K. Brewer Smyth | U Del | 11:10 | 5:50 |
| 12 | Rev. Sharon Mettler | DE Center for Justice | 7:30 | 3:40 |
| | T. Ismaeel | NAIF | 5:00 | |
| | Diane Carrod | Inside Out - PyCOA | 6:30 | |
| | May Halder | Inside Out | 6:10 | |
| 04 | Hazel Maiden | PF in one-on-one | 6:53 | 8:00 |
| 04 | Sr. Mary Killian | American Center | 8:50 | 10:00 |
| | T. Ismaeel | NAIF, Inc | 10:05 | |
| 01 | Joan & Lou Waters | | 1:00 | |
| 04 | Bernard Yolley | Virton, Bilato College | 1:00 | 3:00 |
| 04 | A. Rensch | Education | 8:15 | 3:00 |
| 04 | L. Krieger | Wissahickon | 8:50 | 9:15 |
| | G. Ross | Childline | 8:05 | 10:48 |
| 04 | Shirley Hare | PF | 10:30 | |
| 04 | Margavage | PF | 10:45 | 12:30 |
| 04 | Jane Peterson | Read Aloud | 1:30 | 2:30 |
| 04 | Jay Dula | Financial Center 1 on 1 | 2:30 | 3:50 |
| 04 | Paula Hauraw | AVP | 3:25 | 8:05 |
| | John Shupter | AVP | 3:00 | |
| 04 | Paula Hauraw | AVP | 4:30 | |
| 04 | Antoinette Davis | PF Jenny Hat | 6:05 | |

74

| DATE | NAME | ORGANIZATION | TIME | |
|---|---|---|---|---|
| 9/15 | Laird | PF | 6:15 | |
| 9/15 | | PF | 6:15 | 8 |
| 11/15 | Tuckman | PF | 6:15 | 8 |
| 11/15 | McPaul | AA | 7:25 | |
| 11/15/06 | MAIDEN | BIBLE STUDY-PFm | 6:35 | 7:30 |
| | Bell | Wilma Coll | 8:00 | 3:30 |
| | | PVm | 9:45 | 9 |
| | | Kingdom Hall | 9:30 | 12:0 |
| | | | 10:45 | 12 |
| | | Quadalaud | 10:30 | |
| | Strader | PF | 10:35 | |
| | | RSVP | 1:00 | 3:00 |
| | verdune | FVM | D:4 | 1:00 |
| | | Eym | 12:10 | 2:00 |
| | | | 2:3 | |
| | | PF und 745 | 1:45 | 2:10 |
| | | PF    lonch | 1:50 | 3:30 |
| | | FVm | 1:30 | 4:32 |
| | | Village | 1:55 | 4:00 |
| | | | 6 | 7:15 |
| | Omega | P.F | 5:55 | |
| | | pF | 6:00 | |
| | | PF | | 8:30 |
| 11/16 | Davis | P.F | 6:00 | 8:28 |
| 11/16 | Raymond | P.F | 6:45 | 8:30 |
| 11/16 | Vagle | pF | 6:15 | 8:30 |
| 11/17 | Lions | DGH | 9:25 | |
| 11/17 | Holmes | DCH | 9:35 | |
| 11/17 | | PF | 9:40 | |
| | | NAI*, Inc | 10:00 | |
| | | DCH | 10:00 | 5:25 |
| | | P.F | 10:30 | 12:40 |
| | Bato | Road placed | 1:15 | 12:50 |
| | Boo | | | |
| | | Kingdom Hall | 11:15 | 12:4 |

| NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|
| elric Petersons | Read Aloud | 1:30pm | 2pm |
| Wayne Pimenta | IKON | 133 | 1:20 |
| Cornell Clark | | | |
| JACK Dishot | VPC-IM | 15:24 | |
| Brian Boyd | PD | 15:45 | 16:50 |
| Sherry Strader | PF | 5:50 | 7:36 |
| Antoinette Davis | PF Senonat | 6:05 | 8:30 |
| Mike Davis | " " | " | " " |
| Peggy Laird | PF | 6:10 | " " |
| Bob Laird | PF | 6:10 | " " |
| Ralph Wilkinson | Public Def | 6:00 | |
| Shelli Palmer | Victory Bible Coll | 6:20 | |
| Joyce Chase | PF | 6:40 | 8:50 |
| Elvan Brown | Victory Bible Stdy | 7:20 | 8:30 |
| Charlene Whitsel | AA | 7:35 | 8:35 |
| Carolyn Bell | Wilm College | 8:10 | 8:40 |
| Daniel Gyznick | Franciscan center | 8:35 | 11:30 |
| Jose Parrga | " " | " " | |
| Natalie Branchcomb | TASC | 8:45AM | |
| Sam Frisch | Read-a-Loud | 9:15 | 10:15 |
| Jenny Hussm | SC-Presenter | 9:25 | 10:35 |
| Mary Beth Burton | SC-Presenter | 9:28 | 10:35 |
| T. Ismae'eel | NAIF, Inc | 9:55 | |
| A Wellman | PF | 10:30 | 1:45 |
| Dr K Brensmyth | U Del | 12:15 | 3:50 |
| Jay W Little | PF | 12:48 | 2:05 |
| Helen Scott | PF | 1:05 | 2:25 |
| Carol Hall | PF | 5:10 | 5:30 |
| Shirley Hare | Faith Life Jon H. | 6:20 | 8:15 |
| Jack Hare | Faith Life " " | 6:20 | 8:15 |
| Brooke Sorrantino | Wilmington College | 6:40 | 8:15 |
| Matthew Kudwarski | Wilmington College | 6:40 | 8:15 |
| Anna Nyroni | Wilmington Coldy | 6:40 | 8:15 |
| Brandy Armiger | Wilmington College | 1:40 | 2:15 |
| Anita Baddy | Wilmington College | 6:41 | 8:30 |
| Maurice Stanley | Wilmington College | 6:41 | 8:30 |

| | | ORGANIZATION | TIME M | |
|---|---|---|---|---|
| 76 | | | | |
| | | Read Aloud | 9:00 | |
| | | New Beginning | 9:15 | |
| | | " " | 9:25 | 10:1 |
| | | Yoga | | |
| | | New Beginning | 9:20 | 10 |
| | | New Beginning | 9:30 | OR |
| | | " | 4 | 0:3 |
| | | Fish | 9:30 | |
| | | NAIF, Inc | 9:40 | |
| | | New Beg | 9:40 | 10:3 |
| | | PubDef | 10:05 | |
| | | De Center for Justice | 11:10 | |
| | | De. Center for Justice | 11:15 | |
| | | | 11:25 | 1:30 |
| | | DCJ | 1:30 | |
| | | ...FUD... | 11:00 | 8 |
| | | BC F | 12:10 | |
| HAFER | | SUDP | 12:42 | |
| | | PD | 2:30 | |
| | | Inside/Out | 5:55 | 7:50 |
| | | change/Out Grad | 5:52 | |
| | | Grad | 5:55 | 7:50 |
| | | DACOA | 6:00 | 7:56 |
| | | DACOA | 6:00 | |
| TARDO | | D'ACOA GRAD | 6:00 | |
| GREEN | | PFM-10N | 6:50 | |
| | | Victory Bible College | | |
| | | Medical | 3:30 | |
| | | HOME Bible Study | 6:35 | 7:45 |
| | | PFM | 10:30 | |
| | | | | 3:30 |

| NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|
| Vanesa Koon | P.D. | 11 | |
| Nilo Wilkins | Thresholds | 6 p.m. | 7:30 |
| Margaret A. Mitchell | " | " | 7:30 |
| Christen Earl | Thresholds | 6:00 | 9 |
| JDB | " | 6:00 | 6 |
| | | | |
| Shirley J. Hare | P.F | 10:00 | 1:15 |
| Mary Newton | Atty | 9:20 | 10:30 |
| MARGA VAGE | PF | 10:35 | 12:00 |
| ROSE WHITBY | D.A. | 1:45 | 3:45 |
| Peg Rubin | Franciscan Ctr Sweater | 2:30 | 7:56 |
| Susan Ammone | AA | 7:25 | 8:30 |
| Carolyn Bell | Wilm College | 80 | 3:30 |
| Lane Frelick | Read to Read out | 9:20 | 11:25 |
| Bradey wright | Jury | 9:30 | 1:15 |
| Leah Jensen | Kingdom Hall | 9:30 | 12:30 |
| Nellie Harmon | " | 11:00 am | 12:30 pm |
| Dalton M. John | one on one | 11:00 | |
| Virginia Thogersen | PF | 11:45 | 12:35 |
| Rinlyn Rottew | RSVP | 11:16 | 2:55 |
| Lynn Warford | PF & Bible Study | 12:55 | 2:45 |
| T. Ismaeel | NAIF, Inc | 2:30 | 4:30 |
| S.M. Whistia | Act Class | 5 PM | |
| Willie Harwell | Kingdom Hall | 11:10 am | 12:30 pm |
| Sr. Mary Killoran | Franciscan Center | 11:35 | 2 PM |
| Dave Hedrang | AM | 7:30 | 8:30 |
| Marta + Frank Parker | yoga | 10:30 | 4:05 |
| T. Ismaeel | NAIF, Inc | 7:30 | |
| L. Thompson | WDGC | 9:00 | |
| S. Persaud | WDGC | | |
| Margaret Haye | WDGC | | |
| Gwendolyn Cain | WDGC | 0905 | |
| Peg Dailing | New Beginnings | 905 | 11:00 |
| Mary Mitchell | | 911 | |
| Peter Colling | Dale Church | 6:26 | |
| A Bondminster | WDGC | 905 | |

**80**

| DATE | NAME | ORGANIZATION | TIME |
|------|------|-------------|------|
| 12/2 | Daniel Gwynek | FrameBean Center | 8:00 |
| 12/2 | Andrea Nardone | FUM | 10:15 |
| 12/2 | Betty Webster | P/F | 10:30 |
| 12/2 | Shirley Pritchett | Friendship House | 10:39 |
| | Mary Perkins | '' | 10:39 |
| 12/2 | A. Wellman | PF | 10:40 |
| 12-2-04 | Killranks | Franciscan Center | 11:20 |
| 12-2-04 | John Wood | School | 11:56 |
| 12-2-04 | Brad Faulhaber | SUDP | 11:48 |
| 12/3/04 | Emma Kaplet | SUDP | 12:05 |
| 12/3/04 | Madam Scott | son | 12:05 |
| 12/3/04 | T. Smaxial | NAIF, Inc | 2:40 |
| 12/8/04 | Lillian Mahle | CLASI | 2:40 |
| 12/2/04 | Shirley Webb | Secure / RAS | 4:00 |
| 12/2/04 | G. DeRoary | PRC | 5:00 |
| 12/2/04 | Cass | PRC | |
| 12/3/04 | Porter M. Nail | Outreach Ministry | 6:35 |
| 12-3-04 | Egilla Edward | COTLW Ave | 7:30 |
| 12-3-04 | Ramilla | Medical | 7:30 |
| 12/3/04 | Rose Hend | New Beginning | 9:20 |
| 12/3/04 | Mary Desmond | '' '' | 7:30 |
| 12/3/04 | Darlene Arena | SN | 9:20 |
| 12/3 | M. Kendler | Read Aloud | 9:20 |
| 12/3 | Guy Calin | Franciscan Ctr | 9:30 |
| 12/3 | T. Smaxial | NAIF, Inc | 5:00 |
| 17 | A. Lure | RM | 9/8 |
| 12 | Leigh Corrigan | New Beginnings | 9:30 |
| 17 | Mildred Hamilton | '' | |
| '' | Joan Allredbary | Workplace Consultants | 12:35 |
| 12/3/04 | R. Gary Laughter | New Beginnings NASE | 3:58 |
| 12/3/04 | Lilian Foyes | WCEC | 12:00 |
| 12/3/04 | Nella Ash | TE | 12:00 |
| 12/3/04 | Bob Maffla | TE | |
| 12/3/04 | Joan W. Williamson | Spirit of Life GLM Ministries | 11:00 |
| | Lucion Oropesa | FVM | 12:00 |
| 12/3/04 | HAZEL Mainor | FVM - Land | |

82

| DATE | NAME | ORGANIZATION | TIME |
|---|---|---|---|
| 9/27/04 | Woodard | PF #5 Bible Study | 12:30 |
| | | FVM | 1:00 |
| 12/8/04 | Lisa | PF Con/ | 1:10 |
| 12-7-04 | | PRC | 6:00 |
| | | PF | |
| 12/? | | Mentor | |
| | | | |
| | | Transican Center | 7:55 |
| | | PF | 10:31 |
| | | Kingdom Hall | 11 |
| | | " | 11 |
| | | 7C7C | 11:20 |
| | | FCM | |
| | | DMP | |
| | | PF | |
| | | DMP | God |
| | | Victory Bible Class | 6:20 |
| | Chase | PF | 6:40 |
| | Brown | Victory Bibb | 9:20 |
| | Gwenick | Francisco Center | 8:40 |
| | | " " " | 8:40 |
| | | Transican Center | 8:40 |
| | | Read-a-Love | 9:00 |
| | | FE | 9:00 |
| | Ash | FE | 9:00 |
| | Sons | 1F | 12:50 |
| | Brown | 1F | 125 |
| | | Mentor | 12:00 |
| | | PF | |
| | | NAB Inc. | 5:15 |
| | | McCel | 3:15 |
| | | Mentor PFC | 5:40 |
| | | Church | 6:48 |
| 12/10 | | Tour CE(T #151 28 Total | 8:30 |
| 12/10 | DCadmus | EFAS FCM | 9 |

| NAME | ORGANIZATION | TIME IN | OUT |
|------|-------------|---------|-----|
| Julie Vaughan | New Beginnings | 9:40 | 11:30 |
| Morey Raymond | " " | 9:40 | 11:20 |
| Brian Criste | FUM | 9:40 | 1:40 |
| J. Ismae'el | NAIF, Inc | 9:50 | |
| Carol Greulich | ACT CABS | 9:50 | |
| DEAN TOWNLEY | ECOLAB | 11:25 | |
| Andree Nardone | FUM | 11:30 | 1:40 |
| BCI Julia Kam | BCI | 11:42 | 12:10 |
| ~~crossed out~~ | | | |
| John Gray | DMS medical | 12:30 | |
| Linda Zunt | PD | 1 pm | |
| Todd CUNNER | PD | 1:00 | |
| Rod Mehrum | Collins Business | 1:15 | |
| Bru Smyth | U Del | 1:45 | 4:30 |
| DREW THOMAS | TRI-COUNTY PEST CONTROL | 2:15 | 2:40 |
| ANTOINETTE DAVIS | PF Christmas Party | 6:00 | |
| MIKE DAVIS | PF Christmas Party | 6:00 | |
| Kim Wright | PF | | |
| Chris Wright | | | |
| Margot Osmanski | PF | 6:15 | 8:15 |
| Bob Laird | PF | 6:20 | 8:35 |
| Peggy Laird | PF | 6:20 | 8:55 |
| Bernadette Wilmore | PF | 6:00 | 8:15 |
| Sr. Mary Killeen | Thmmison Center | 8:55 | 10:25 |
| Bernard Skelly | Victory Bible College | 1:14 | 2:45 |
| Udoffia | medical | 6pm | 2:3 |
| C. Carr | Thresholds | 6 pm | 2:30am |
| J.D. Rau | Thresholds | 6 | |
| SHirley Hare | P.F | 16:30 | :20 |
| MARGAVAGE. | PF | 11:05 | 1:0 |
| ROSE WHITBY | PA | 1:35 | 3:45 |
| T. Ismae'el | NAIF Inc | 1:55 | |
| Ben Dubin | Sweaters for 1 | 2:29 | 8:35 |
| Paula Maestrano | ART | 5:40 | |
| MONICA McBride | AF | 7:20 | 8:20 |
| Mary Nemarsh | AF | 7:30 | 9:00 |

| Name | Organization | Time In | Time Out |
|------|--------------|---------|----------|
| Jane Frehik | Read a-loud | 9:00 | 10:00 |
| Betty Webster | Reading Rm - P/F | 10:40 | 1:00 |
| Helen Scott | 1 on 1 | 12:00 | 1:08 |
| G. Benna Smyth | U. Del | 3:20 | 5:55 |
| Dr. Dennis Kolsa | UNIV. OF PENNSYLVANIA | 3:24pm | 5:55pm |
| Dr. Gabriel Bucuresa | Philadelphia VA Med Ctr | 3:30pm | 5:50pm |
| HAZEL MAIDEN | PRC - DMP | 6:00 | 7:45 |
| Amy Cass | PRC | 6:00 | 8:00 |
| SHIRLEY HARE | F.G.F CHURCH | 6:15 | 8:25 |
| JACK HARE | " " " | 6:15 | 8:25 |
| DANIEL BAYLUK | NMS DISTRIBUTORS | 6:25 | 7:55 |
| Blackson | COTJ. (S | 7:25 | 8:35 |
| Ben Dulin | New Beginning Ministries | 9:15 | 11:20 |
| Julia Vaughan | " " | 9:20 | 11:20 |
| Morley Weinberg | " " | 9:20 | 11:20 |
| Rosita epd | " " | | 11:20 |
| Mildred Hamilton | " | 9:30 | 11:15 |
| FR. JAMES LANGFORD | FRAN CENTER - MASS | 9:35 | 11:05 |
| Jim Tay | " | " | 11:05 |
| Ruth With | FOCH | 5:37 | 2:00 |
| Leigh Corrigan | New Begin. | 9:39 | 11:15 |
| Luciano | FMW | 9:35 | 12:30 |
| Barbara Tucker | | 10:00 | |
| T. Sursasi | NATE, Inc | 10:15 | |
| Nancy Wolf | Read-aloud | 10:25 | |
| KHAH CBranshaw | TASC | 11:40 | 12:00 |
| Sharon Tiara | Sup Ct 750 | 12:00 | |
| KAROM Tilghman | | 12:45 | |
| M Densel | Read aloud | 1:20 | 2:00 |
| Joan W. Williams | De Cente for Justice | 2:30 | 3:40 |
| Engin Birgess | Worship Service plus Basketball | 6:40 | 8:20 |
| Sharon Forte | " " | 6:55 | 8:20 |
| DALLAS WILSON | TAMMY DOWNING | 9:34 | 10:30 |
| Chris Buth | Attorney | 10:15 | 11:38 |
| Jacqueline Demis | | | |
| Christine Parli | Thresholds | 10:00 | 12:2 |

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|------|------|--------------|---------|----------|
| 3-04 | Shirley HARE | P.F | 10⁴⁵ | 12⁵⁵ |
| 3/04 | Sr. Mary Killeen | Vincennian Center | 11:00 | 3:20 p |
| 3/04 | Helen Scott | 1 on 1 | 1:05 | 2:00 |
| | T. Ismaeel | N.A.I.F., Inc | 1:45 | |
| 3/04 | Hazel Maiden | PRC - DMP | 6:50 | 8:00 |
| 12:00 | Serria Bartlett | 1st A.G. Church | 6:30 | 8:30 |
| | Debby Spanakos | " " | " | |
| | Lorna Miller | " " | " | |
| | Debbie Keever | " " | " | |
| | Barbara J. Nason | " " | 7:10 | |
| | T. Ismaeel | N.A.I.F., Inc. | 10:00 | |
| /04 | MARGARET GIBSON | B.C.I | 9:25 | 9:30 |
| 04 | Shirley J. HARE | P.F Bible Study | 12:30 | 1:50 |
| 04 | SHIRLEY J. HARE | P.F R.K. | 10:35 | 12⁰ |
| 3/04 | Susan Urwin | Pastoral Visit | 6:49 | 8:30 |
| | D. Joshua | FEM | 8:30 | 1:30 |
| | Janice Smith | TROOP 274 | 10:00 | 1:20 |
| 3/04 | Michael Rodriguez | Troop 274 | 10:20 | 1:20 |
| 3/04 | Patt Morales | troop 274 | 10:00 | 1:20 |
| 3/04 | D. | PF | 10:35 | |
| /04 | E.L. Marston | SCI 30 | 10:36 | 12:55 |
| /04 | Alice Carter | medical | 10:07 | 10:45 |
| /04 | Hardwick | Library | 11:22 | 11:23 |
| | J. Cora | Haynes | 12:00 | 2:15 |
| 8/ | Deianna Tunell | DFS / Child Inc | 11:01 | 12:40 |
| /04 | Donna Lundy | PF #5 bible study | 11:49 | 2:18 |
| /04 | Carol Holt | PP | 5:15 | 5:30 |
| /04 | Pastor Darrin Jones | Heart to Heart | 9:35 | 12:00 |
| 3/04 | Retha Coulter | Heart to Heart | 9:55 | 12:00 |
| 9 | Linda Minor | PF | 10:30 | 12:40 |
| 9 | Read aloud to Theresa in | Batt | | |
| | Jacqueline Bass | Rene Aliné | | |
| /04 | SHIRLEY HARE | E.C.F.C. | 11:35 | |
| /04 | Simone Braxton | P.F | 12:30 | |
| /04 | J. OCN | Content Five | 12:30 | |
| /04 | Lia | PF 1 on 1 | 12:40 | |

| | | | | |
|---|---|---|---|---|
| 2:30 | 4:05 | Lucille Stansis | OPD | 10:40 |
| 7:30 | 1:405 | Virginia Thogersen | PF   lon 1 | 11:35 |
| 7:51 | 1/4 | Andrea Nardine | FVM | 12:10 |
| | 1/4 | Lucuine Oropeza | FVM | 12:10 |
| | 1/4 | Robyn Retter | RSVP | 12:20 |
| 1:30 | 0/24/05 | Odad Lynn Webdant | PF 45 Bible study | 12:45 |
| | 1/4/05 | Ed Valentine | PSX | 12:45 |
| | 1/4/08 | D. Sger | D.S.D. | 12:45 |
| | | V. Reid | P.D. | 12:30 |
| 1:2:1 | 1/3/05 | J. Nixon | FC in | 7:30 |
| 4:15 | 1/5/05 | Margie Battaglia | AA | 8:55 |
| | 1/5/05 | Victor Kun | BCF | 9:50 |
| :35 | 1/5/05 | Monique Boukone | DFS | 10:00 |
| | 1/5 | Linda Myers | PF | 10:30 |
| 1:43 | 1/5 | Gene Soluma | Quosi | 10:45 |
| 10:4 | 1/5 | J. & Butt | Read-aloud | 11:00 |
| 10:45 | | S.F. Butt | " | " |
| :30 | 1/5/05 | Hector Garcia | PDO | 11:22 |
| 1:4 | 1-5-05 | Shirley Hale | FC. FC  Pastoral Usher | 11:30 |
| 10:43 | u | Anesia Reed | P. D. | 11:30 |
| | 1-5-05 | Y. Ness | ChessInc. | 1:55 |
| | 1-5 | Dawn Malliston | Vue | 2:09 |
| | 1-5 | Anne Holt | PF | 5:30 |
| 55 | 1-5 | Sherry Strade | PF | 5:36 |
| 55 | 1-5 | Vera Reynolds | DMP / PBC | 5:50 |
| | | Suee Pane | Victory Bible Cday | 6:20 |
| | 1/5 | Joyce Close | P.F | 6:35 |
| | | Emme Kency | SUPP | 5:45 |
| :00 | | Barbra Friedhaber | SVPP | 6:45 |
| :40 | 1/5 | Eleanor Brown | Victory Bible Villa | 7:20 |
| | 1/5 | Sames Lilango | Franciscan Cntr | 8:40 |
| | 1/5 | Daniel Gurnick | Franciscan Center | 8:40 |
| | 1/6 | Jane Frylick | Read-a-Joro | 9:30 |
| | 1/6 | Helen Scott | I on I | 1:12 |
| | 1/6/05 | Jean Ruschive | Sojourner place | 2:35 |
| | 1: | V. Smo'ed | NAF F, Inc | 3:35 |
| | u | | P.D. | 3:00 |

| Date | Name | Organization | Time | |
|---|---|---|---|---|
| | | DMP | 5:30 | |
| 1/6/05 | Hazel Maiden | DMP | 5:55 | 8: |
| 1/6/05 | | Church Outreach | 6:20 | 8 |
| 1/6/05 | | | 4 | |
| 1/7/05 | | Lead Aloud | 7:— | |
| 1/7/05 | Steinburg | New Beginning | 9:25 | |
| 1/7/05 | Craig | Yoga | | |
| | | Kevin | 10:30 | |
| 1/7/05 | | New Beginning | 7:3 | 11:3 |
| 1/7/05 | | " " | 9:30 | |
| 1/7/05 | | Maat | 7:30 | |
| 1/7/05 | | " | 7:40 | 10: |
| 1/7/05 | | New Beginning | | |
| 1/7/05 | | | | |
| 1/7/05 | | N A I F | 10:0 | |
| 1/7/05 | | Slon | 1:30 | 2 |
| 1/7/05 | Hazel Maiden | PFM ION | 0945 | 8: |
| 1/8/05 | St. Mary | Mancini Center | 7:00 | |
| 1/8 | Wanda C Brown | Brandice Jackson | | 2:0 |
| 1/8/05 | Berwin Yokley | John Baum | 8:30 | 2:0 |
| 1/09/05 | SQ HARE | RF Bible Study | | 1: |
| 1/09/05 | | DMP | | |
| 1/09/05 | | RF Reading Room | 1:0 | 1: |
| 1-10-05 | BEN | DFS | | 11:0 |
| 1-10-05 | | DFS | | |
| 1/10/05 | Redd | R.D. | 1:15 | |
| 1/10/05 | Kris Whitby | P.A | 2:30 | 3:5 |
| 1/10/05 | Marinello | Hope House | 2:05 | 3:2 |
| 1/10/05 | Marge Pierce | DMP | 5:35 | 6: |
| 1/10/05 | | DMP | | |
| 1/10/05 | Hazel Maiden | PFM - Bible Study | 8:00 | 8: |
| 1/10 | | PFM | | |
| 1/10 | | | | |
| 1/11 | | | 8:00 | |

| DATE | | | ORGANIZATION | TIME |
|---|---|---|---|---|
| 1/ /08 | | | New Beginning | 9.35 |
| 1/ /08 | | | " | 9:35 |
| 1/ /08 | | | " | " |
| 1/14/08 | | | " | 9:40 |
| 1-5-08 | Corro | | " | 9:40 |
| 1/ /08 | | | NAZ, Inc | 9:50 |
| 1/ /08 | | | Read Aloud | 10:25 |
| | MAIDEN | | PFM—10NY | 6:20 |
| | | | CFB | 12:50 |
| | | | Read Aloud | 9:15 |
| | | | 1 on 1 | 2:25 |
| | | | AMP | 5:20 |
| | | | PFM — BIBLE STUDY | 6:30 |
| | | | A.F | 7:3 |
| | | | A.F | |
| | | | FCM | 7:30 |
| | | | Wilm College | 8:00 |
| | | | medical | 8:00 |
| | | | | |
| | | | | |
| | | | Kingdom Hall | |
| | | | PF | 11:30 |
| | | | FCM | |
| | | | RSVP | 12:30 |
| | | | PF Bible Study | 12:40 |
| | Roberts | | Read Aloud | 12:50 |
| | | | Sup. CT | 1:30 |
| | | | Village | 2:00 |
| | | | AMP | 2:00 |
| | | | | 7:30 |
| | | | Wilm Coll | 8:00 |
| | | | Heart to Heart | |
| | | | PF | |
| | | | Read aloud | |

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| 19 | Jones Ross | Schurch between | 11:30 | 1 pm |
| | | | 11 | 11 pm |
| 05 | Rev. Juan Garre | God's Save Ministries | 12:13 | 3:08 |
| 05 | Rev. Joe Garre | God's Save Ministries | 12:13 | 3:08 |
| 19 | Luc Mastand | OPD | 1:10 | 2:15 |
| 19 | Sherry Strake | PF | 5:56 | 7:30 |
| 20 | Carolyn Bell | whmcohere | 8:00 | 5:30 |
| 11 | T. Smooth | N.A.I.F., Inc | 10:00 | |
| 20 | Betty Webster | Read Rm - P/F | 10:45 | 1100 |
| 20 | Dr. Mary Killdea | Turquoise Center | 11:30 | 1345 |
| 11 | V. Read | CDC | 12:55 | |
| 20 | Helen Scott | 1 on 1 | 1:10 | 2:00 |
| | Munroe | | 3:45 | 3:35 |
| 05 | Hazel Maiden | PRC DMP | 5:55 | 8:00 |
| 05 | Vera Reynolds | DMP/PRC | 5:50 | 8:00 |
| 05 | Shirley J. Hare | Faith City Fam Church | 6:15 | 8:10 |
| 05 | Jack Hare | " " " " | 6:15 | 8:10 |
| 05 | May Moody | COTLW | 7:00 | 8:00 |
| | O.C. Jorge | L.F.F. | 8:30 | |
| 21 | M. Lindler | Read Aloud | 9- | 10 |
| 21 | S. Steinberg | New Beginnings | 9:30 | |
| 21 | Peg Dubin | " " | 9:30 | 10:15 |
| 21 | M. Hildad Hamdy | " " | 8- | 10:50 |
| 21 | Fr. Betty Layn | Transcribe " | 8:30 | |
| 21 | Darlene Allen | " " | 9:40 | 11:20 |
| 21 | Julia Vaughan | " " | 9:45 | 11:50 |
| 11 | T. Smooth | N.A.I.F., Inc | 10:00 | |
| 21 | M.A. Cush | PB | 10:00 | P. 13 |
| 11 | V. Read | P.B. | 10:50 | |
| 21 | Jim Wood | SVPP | 12:23 | 1:57 |
| 21 | Barry Fish Whelan | SVPP | 12:23 | 2:06 |
| 21 | J. Sica | PF  1 on 1 | 1:15 | 2:40 |
| 21 | S. Schubatyl | TASC | 2:40 | 3:15 |
| 21 | D. Guncher | TASC | 2:40 | 3:15 |
| 21 | Mr. R. | | | |