| | NAME | ORGANIZATION | IN | OUT |
|---|---|---|---|---|
| | Joan H. Roberts | Read Aloud | 12:30 | |
| | Gt. Hargett | Lycoming | 12:15 | 13:10 |
| | Jt. Reed | jr. D | | |
| | Laurie McBride | NKVCI | 1:30 | 2:10 |
| | Hazel Maiden | PRC-DMP | 6:00 Am | 8:15 |
| | Ralph J. Bradly | PRC | 6:05 | 8:15 |
| | Susie Barrett | 1st AG | 6:25 | 8:30 |
| 9-05 | Debbie Keener | " | 6:25 | 8:32 |
| 05 | Jill K | WISSHICKON | 8:10 | |
| 05 | Ben Dubin | New Beginnings Transcription | 9:27 | 10:45 |
| 1/05 | Sharon Quinly | " | " | 11:10 |
| 8/05 | Marcy Diamond | " | 1. | 10:45 |
| 28-05 | T. Damasical | NAJP...Jne | 9:45 | 12:40 |
| 28-05 | Leigh Corrigan | New Beginnings | 9:45 | 10:45 |
| 28-07 | Michael Hamilton | " " | 9:30 | 10:45 |
| 28 | D. Todd | " | 11:00 | 1:15 |
| 28 | Renalie | Read Aloud | | " |
| 28 | Paula Maiorano | AVP | 5:00 PM | 8:45 |
| 8/05 | Hazel Maiden | PFM 1 on 1 | 6:25 | 7:50 |
| 18/05 | Jurine D. Thomas | New Center Worship Ser | 6:35 | 8:25 |
| 28 | Emma Borgen | " " | | 8:25 |
| 29 | John Shuford | AVP | 8:02 | 8:00 |
| 7-29 | Paula Moore | AVP | 8:02 | 8:00 |
| 7/29 | Sr. Mary Gillian | Vincentian Center | 8:40 | 9:50 |
| 7/29 | James Keisic | | | |
| 7-29 | Tiffany Keisic | | | |
| 7-29 | Brandon Keisic | | | |
| 7-29 | | | | |
| 7-29 | | | | |
| 7-30 | Paula Maiorano | AVP | 8:08 | 3:23 |
| 1-30 | Alba | | | |
| 1/30 | John Shuford | AVP | 10:06 | 3:23 |
| 1/30 | Ben Campbell | Retired | 13:00 | 13:30 |
| | Jeff Ryan | | | |
| 30-05 | Shirley Hare | H.F. | 10:35 | |
| 31-05 | Rose Whitley | R.A | 11:25 | |

| DATE | NAME | ORGANIZATION | TIME IN | OUT |
|---|---|---|---|---|
| | Laurie McBride | NRVCI | 1:25 | 2:54 |
| | T. Ismael | NAIF Inc | 2:05 | |
| /05 | Vera Reynolds | DMP/PRC | 5:55 | 7:05 |
| /06 | HAZEL MAIDEN | DMP-PRC | 5:55 | 7:05 |
| /05 | Pastor Brian Perkins | CQTLWRWC | 6:15 | 8:30 |
| | M Sendler | Read Aloud | 9- | 11:15 |
| /04 | Brandt J Gregson | | | |
| /4 | Sharon Steinley | New Beginning | 9:30 | 11:30 |
| /08 | Peg Durbin | " " | 9:30 | 10:59 |
| | Jlaa Toy | " | | 10:45 |
| | Mildred Harnett | " " | 9:35 | 10:45 |
| | Julia Vaughan | " " | 9:45 | |
| | Jleigh Corregi | " " | 9:45 | |
| /4 | T. Ismael | NAIF Inc | 10:05 | |
| /05 | N. BRANCH-DAVIS | TASC | 11:20 | 12:10 |
| /11 | Darlene Arerta | New Beginnings - mentoring | 2:45 | 3:45 |
| /05 | HAZEL MAIDEN | PFm - law | 6:20 | 7:20 |
| /05 | Dr Mary Fellman | Numerical Center | 8:55 | 10:45 |
| 6/05 | Sheri Fafue | 1gcc for Behac | 9:30 | 2:28 |
| 02-05 | SHIRLEY HARE | P.F. - Bible Study | 2:05 | 3 PM. |
| /05 | Rev. Joan W. Williamson | De. Carter for Justice | 2:30 | 3:30 |
| 2/16/05 | Rev. Sharon McGhee | De. Carter for Justice | 2:00 | 3:00 |
| /05 | SHIRLEY HARE | P.F.    BB. | 10:40 | 1:50 |
| /07/05 | Fay Whittle | P.F | 1:00 | 1:40 |
| /07/05 | Peg Durbin | You L Sweater | 2:35 | 4:05 |
| /7/05 | HAZEL MAIDEN | PFm- Bible STUDY | 6:30 | 8:00 P.f. |
| 2/05 | Pastor M.P. Abdul | outreach Ministry | 7:10 | |
| /2/7 | Susan Amare | AA | 7:40 | |
| | Marie Turnand | AA | 7:45 | |
| 2/8 | Christyn Bell | Wilm College | 8:00 | 3:30 |
| 2/8 | Leah Ceason | Kingdom Work | 9:40 | 12:20 |
| 2/8/05 | Willie Worral | " " | 10:40 | 12:20 |
| 2-8-05 | Annie Wethman | PF | 10:30 | 12:40 |
| 2-8-05 | Sherry Strad | P.F | 10:35 | 12:50 |
| 2/8 | Andrea Wildean | EVM | 11:52 | 12:40 |

**98**

| Date | Name | Place | In | Out |
|---|---|---|---|---|
| 2/8/05 | Pam Maria | One Way to find | 7:15 | 1:30 |
| 2/8/05 | Mrs Moses | One Way to find | 2:15 | 1:22 |
| 2/8 | Joyce Clove | P F | 6:40 | 8:20 |
| 2/9 | G Glynn Bell | Wilm College | 800 | 1200 |
| 2/9 | Lucy Aprilette | P F | 8:45 | 1:30 |
| 2/9 | Jeanne Sebastia | A A | | |
| 2/9 | Quindell Ford | P F | 10:30 | 12:30 |
| 3/9 | R Britt | Read Aloud | 11:00 | |
| | B Benny | | | |
| | Mrs Hawkins | Kingdom Hall | 11:15 am | 12:30 pm |
| | Matt Pedona | Golf Pedona 03 | 2:20 | 2:05 |
| | Cheryl Wayne | Greg Wilson | 5:20 | 8:10 |
| | Godwin Convey | Gilbert Cory | 5:20 | 8:10 |
| 2-1-05 | Sherry Strader | PF | 5:56 | 7:44 |
| 2-9 | Maria Judd | DMP | 6— | 8:30 |
| 2-9 | Shelli Fromer | Victory Bible | 10:15 | 8:15 |
| 2-9 | Breann Brown | Victory Bible | 7:20 | 8:40 |
| 2-10-05 | Clethyn Bell | Wilm College | 800 | 3:30 |
| 2-10-03 | Daniel Burnett | Franciscan Center | 8:40 | 11:25 |
| 2-10-03 | Greg Bryan | Franciscan Center | 8:40 | 11:30 |
| 2-10-03 | Jamie Riley | " " | 8:44 | 10:35 |
| 2-10-05 | Ceci Sullivan | | | |
| 10 " | F Kennedy | " | 11:00 | |
| 2-10-05 | S Mary Kathryn | Franciscan Center | 10:50 | 1:00 |
| 2-10-05 | Helen Scott | P F | 1:13 | 2:05 |
| " | J Tomasiac | NABF, Inc | 2:55 | |
| 2-10-05 | Joy Whittle | P F | 1:55 | 3:20 |
| 2/10/05 | Lucy Worden | D C S | 3:00 | |
| | J Rivelino | | 3:00 | |
| 2/11 | M Lensha | Read Aloud | 9— | 10:15 |
| " | B Kroenk Cregier | 4:00 g q | | |
| 2/11/05 | Sharon Stanton | New Beginning | 9:2 | 11:10 |
| " | Gay Dudwin | " | 9:30 | 11:30 |
| 2/11/05 | Michelle Hamill | " | 4:00 | 10:45 |
| " | Darlene Crane | " | 9:30 | |
| " | T Schauer | NABF Inc | 9:35 | |

**101**

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| /05 | mildred Hamilt | New Beggining | 9? | 10:35 |
| /11 | Darlene Arena | " | 9:30 | 11:30 |
| | Julie Vaughan | " | 9:30 | 10:35 |
| | Y. Lomos | N'AIF, Inc | 9:50 | |
| /05 | L. Corcoran | Trane | 11:40 | 12:00 |
| /05 | Jim Wolls | ST Vino d la Paul | 12:50 | 2:05 |
| /05 | Emme Kesey | St Vint Repaul | 12:50 | 2:05 |
| /06 | BARB FAULKNER | SVDP | 12:50 | 2:05 |
| /05 | Christine Earle | DCJ | 1:35 | 2:15 |
| /05 | City Armstrong | DCJ Detroit | 639 | |
| /05 | Christin Barton | Church | 639 | |
| | | | | |
| 9/05 | Sr. Mery Killeon | Franciscan Center | 8:55 | 10:00 |
| /05 | Cynthia James | P.F. | 10:30 | |
| /05 | Kathy Gerber | P.F. | 10:30 | |
| /05 | Rev. John W. Williamson | De. Center for Justice | 1:55 | |
| | | | | |
| /06 | Dave Hennyn | Atty | | |
| /05 | Ben Ward | | 11:05 | 11:10 |
| /05 | Tommie Rose Myers | Agape Time Ministie | 12:15 | |
| /05 | Roxa Lerew | Read aloud | 1:30 | 1:30 |
| 21 | Laura Holloy | SCJ | 12:40 | 12:50 |
| 21 | Marsi Umand | | 7:20 | |
| 2C | Monica McBride | PA | 7:22 | |
| 09 | DJ Oech | Fcm | 9:10 | 11:10 |
| /22 | Marcy Perkins | Friendship House | 9:45 | 10:40 |
| 22 | Emy Banwash | self | 9:55 | |
| 22 | Sr. CHANTAL PEYTON | Little Sisters of the Poor | 10:00 | 11:05 |
| 22 | Sr. Margaret Logan | Little Sisters of the Po | 10:0? | 11:05 |
| /22 | Andres Jardine | FVM | 12:00 | 1:30 |
| /22 | J Sica | PF 1on1 | 1:25 | 2:25 |
| 22 | Brenda Layford | Mentor | 6:55 | 8:25 |
| /05 | Ilona Lynn Woodard | PF # 5 and Bible Study | 6:05 | 7:50 |
| 22 | Joyce Close | PF | 6:35 | 8:00 |
| /22 | Aluid Minor | PF | 10:3 | 12:45 |

**102**

| DATE | NAME | ORGANIZATION | TIME |
|------|------|--------------|------|
| 2-23-05 | Lisa Reynolds | OMP/PXC | 6:00 |
| 2-23-05 | Eleanor Brown | Victory BBC | 7:30 |
| 2-23-05 | Jun Hunt | '' | 7:30 |
| 2/23/05 | Emanuel | '' | 7:30 |
| 2/24/06 | Daniel Gurwick | Franciscan Center | 8:40 |
| 2/04/05 | | Franciscan Center | 8:40 |
| 2/24/06 | Lynn Cologo | '' '' | 8:40 |
| 2/24/05 | Petra Cantu | Heart to Heart | 9:30 |
| 2/25/05 | Mea Kulono | DFS | 10:15 |
| 2/24/05 | Christay Mauma | DFS | 10:15 |
| 2/24/05 | Mary Kildrew | Sunrise Center | 11:35 |
| 2/24/05 | Joan H Roberts | Read Aloud | 12:? |
| (cut) | P. Sample | N.A.T.E. Inc | 2:30 |
| 2/24/05 | DeCarlo S. Young Charles | LW FCM HRYCI | 2:50 |
| 2/24/05 | Paul Noot | PFD | 4:05 |
| | Jonathan Lukers | DCH | 4:45 |
| | | | |
| 2-25-03 | Drew Thomas | TRI-COUNTY | 1:25 |
| 2/25/05 | Ben Shannon | DFS | 2:00 |
| 2/25/05 | Seth Post | DFS | 2:35 |
| 2/25/05 | Paula Maiorano | AVP | 5:10 |
| 2/25/05 | HAZEL MAIDEN | Pem-Ion | 6:30 |
| 2/26/05 | Paula Maiorano | AVP | 8:15 |
| 2/26/05 | PETRA CANTU | Heart to Heart | 12:05 |
| 2/26/05 | CARLA CARDWELL | '' '' | 12:05 |
| 2/26/05 | AVALON WILLIAMS | '' '' | 12:05 |
| 2/26/05 | PETRA CANTU | HEART to HEART | 5:10 |
| 2/26/05 | CARLA CARDWELL | '' '' | 5:10 |
| 2/26/05 | AVALON WILLIAMS | '' '' | 5:11 |
| 2/27/05 | Paula Maiorand | AVP | 8:00 |
| 2/27/05 | M Cooza | Med | 4:30 |
| 2/27/05 | P. Ragull | BCJ | |
| 2/27/05 | Joe R. Williams | Ctr for Justice | 5:00 |
| 2/28/05 | | Melolee | 6:00 |
| 2/27/05 | | | 6:20 |

| 104 | | | | |
|---|---|---|---|---|
| DATE | NAME | ORGANIZATION | TIME IN | |
| 3/4/05 | Sharon Steinberg | New Beginnings | 9:30 | |
| 3/4/05 | Marcy Rosmorel | " " | 9:38 | |
| 3/4/05 | Roc Dent | " | " | |
| 8/4/05 | Mikael Hamilton | " " | 9:30 | |
| 3/4/00 | Mr Dary Layton | " " | 9:31 | |
| 3/4/05 | T. Ismag'il | NAJE Inc. | 10:00 | |
| 3/4/05 | Ayela Macdonald | AJP | 1:03 | |
| 3/4/05 | Lamy Wolfe | Read Aloud | 10:30 | |
| 3/4/05 | Richard Brown | " " | 10:35 | |
| 3/4/05 | Natalie Dunch MS | TASC | 10:36 | |
| 3-4-05 | Jessica Reed | | | |
| 3-4-05 | Bill Simmons | DSS | | |
| 3/4/05 | Hazel Maiden | PFM - 1 on 1 | 6:35 | |
| 3/5/05 | Dr. Mary Kelloryn | Time Center | 9:44 | |
| 3/5/05 | Sharon Maxwell | Oasis of Refresh | 9:8 | |
| 3/5/05 | Wonda Milliken | Oasis of Refreshing | 9:35 | |
| 3/5/2005 | Victor Kam RU | BCF | 10:55 | |
| 3/15/005 | Bernice Gordey | Victory Christian Bible | 1:55 | |
| 3/5/05 | Sharonette Ward | | | |
| 3/6/2005 | Victor Kam RU | BCF | 10:30 | |
| 3/6/05 | Fannie Cole | | | |
| 3/6/05 | Rev Jan W. Williamson | Del Center for Justice | 2:00 | |
| | J Shelen Millar | Del Center | 2:08 | |
| 3/6/05 | Wila Selben | medvess | 6pm | |
| 3/6 | Ja Ryan | Thushole | 6:00 | |
| 3/7 | Tiffany Wallas | Del tech student | 0 T | |
| 3-7-05 | Shelley Hare | P.F  RR | 10:20 | |
| 3-7-05 | Velva Rainey | DTCC student visit | 11:10 AM | |
| 3-7-05 | Rose Whitley | Parents Anonymous | 1:20 | |
| 3/7/05 | Ray Duelin | ow sweden | 1:30 | |
| 3/7/05 | Hazel Maiden | PFm Bible Study | 6:25 | |
| 3/7/05 | Mary Hernandez | PH | 4AM | |
| 3/7/05 | Lucille Sharmon | | 9AM | |
| 3/7/05 | Neal Deery | Kingdom Hall | 9:2 | |
| 3/8/05 | Wallace Brown | " " | 10:0 | |

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|------|------|--------------|---------|----------|
| 10/5 | Margaret Buttaglia | A.A. | 9:00 | |
| 8/10 | Karron Ross | Read Novel | 9:10 | 11:00 |
| 8/10 | Alinda Minor | P F | 10:38 | 1 pm |
| 8/10 | Sr. Mary Killinn | Franciscan Center | 2:40 | 4 PM |
| 8-10 | Shomy Strade | PF | 10:33 | 40 |
| 8-10 | O'Connor | St. Vincent | 10:47 | |
| 8-10 | B. Faulhaber | SVDP | 10:47 | |
| 8-10 | Jim Woods | SVDR | 6:47 | |
| 8-10 | Bill Cortese | SVDP | 6:47 | |
| 8-10 | Eleanor Brim | Victory Bible | 7:15 | 8.3 |
| 8-10 | Lane Frelick | Read-a-Soup | 9:30 | 11 |
| 8/11/05 | Jim Ambustine | 15th | 9:45 am | |
| 11-05 | SHIRLEY HARE | P.F. Reading Room | 10:10 | 1:25 |
| 8-11 05 | | | | |
| 8-11 05 | | | | |
| 8-11-05 | Sr. Mary Killinn | Franciscan Sister | 2:45 | 3:30 |
| 8/11/05 | Joe COok | UFCW Local 27 | 4:35 | 5:00 |
| 11/05 | Hazel MAIDEN | DMP PCC | 6:20 P. | 8:45 A |
| 8/12 | M. Lensher | RA | 9- | 10- |
| 8/12 | B. Hand | New Beginnings | 9:25 | 10:40 |
| 8/12 | Marcy Desmond | " | 9:20 | 10:40 |
| 8/12 | Darlene Arena | " | 9:20 | 11:15 |
| 8/12 | Jonathan Lukers | DCH | 9:20 | 10:40 |
| 8/12 | Oz Dulin | New Beginning | 9:25 | 1:00 |
| 8/12 | Miley Patterson | DCH | 9:30 | 10:40 |
| 8/12 | Bharat Gajjar | Yoga | | |
| 8/12 | Carol Cash | DCH | 9:45 | 10:40 |
| 12 | Adriene Hopson | New Beginnings | 9:35 | 10:40 |
| 12 | David QVe | " | 9:45 | 10:45 |
| 12 | T. Ismaieel | NAIF, Inc. | 9:45 | |
| 12 | Paul Elliott | PF | 10:25 | 12:30 |
| 8/12 | Lucille Stanish | Pub Def | 11:00 | 11:20 |
| 12 | Howard R. Hawkins | | 11:00 | |
| 8/12 | Jim Wagh | SVdP | 12:00 | 1:20 |
| 8/12 | John Fairchild | SdP | 12:50 | 2:30 |

| DATE | NAME | ORGANIZATION | TIME IN | OUT |
|------|------|--------------|---------|-----|
| 9/28 | Peggy Laird | PF | 6:10 | 8:40 |
| 9/28 | Bob Laird | PF | 6:10 | |
| 9/28 | Bione Pete Wilmore | PF | 6:10 | |
| 9/28 | Pastor Sonia Murrey | PF | 6:25 | |
| 9/28 | Pastor Colin Murrey | PF | 6:25 | |
| 9/28 | Winie Maria | PF | 6:25 | |
| 9/28 | Gloria Harper | PF | 6:25 | |
| 9/28 | Paul Close | PF | 6:25 | |
| 9-28 | Sherri Stader | PF | 639 | 730 |
| 9-28 | Glennoy Brown | Victory | 7:18 | 8:30 |
| 9/28 | Doila Hang | AA | 7:30 | 8:35 |
| 9/29 | Sean Cullinane | FVM | 8:55 | 10:45 |
| 9/29 | Melossa Weise | FVM | 8:55 | 12:00 |
| 9/29 | Miguel Gutierrez | FVM | 8:55 | 11:34 |
| 9/29 | Jane Feek 4 | Read-a-loud | 9:35 | 10:50 |
| 9/29 | Dan H. Beachy | International Christian Fellowship | | |
| 9-29 | Bernadette Wilmore | Reading Rm | 10:30 | 1:45 |
| 9/29 | Elle Edward | Chaplain Earle | 4:15 | 6:00 |
| 9-29-30 | Lyn Elder | CMS M+ | 6:15 | |
| 9/30 | Renabe | Read aloud | 8:55 | 10:00 |
| 9/30 | Deianna Tyree | Child Inc / DFS | 9:00 | |
| 9/30 | Bharat J. Gajjan | Yoga | | |
| 9/30 | Guy Dufuel | St Joseph New Beginnings | 9:25 | 11:15 |
| 9/30 | Shara Stenbery | '' | 9:25 | 10:40 |
| 9/30 | Sean Cullinane | FVM | 9:30 | 10:40 |
| 9/30 | Debbie Haihan | New Beg. | 9:30 | 10:40 |
| 9/30 | R. Hender | '' '' | '' '' | 11:00 |
| 9/30 | Morey Desmond | '' | 9:30 | 10:40 |
| 9/30 | Julia Vaughan | '' | 9:30 | 10:40 |
| 9/30 | V. J. Sempo Suf | NA IF inc | 9:50 | |
| 9/30-05 | Joeller Ellyard Joshua Harnest | | 10:10 | |
| 9-30-05 | Dianne Close | | | |
| 9-30-05 | Diane Carroll | Sensuse/Out DACA | 6:20 | 8:05 |
| 9-30-05 | Mary L. Maddan | Inside/Out DACA | 6:30 | 8:06 |
| 9/1/04 | Jeff Plass | Mike Wolf | | |

BOOK 1                                                                                77

| Date | Name | Org | in | out |
|------|------|-----|-----|-----|
| 3/29 | H McCarthy | FCM | 1500 | |
| 3/29 | G Iske | DCJ | 8:15 | |
| 3-30 | Lee Krieger | Wissahickon | 8:20 | 8:40 |
| 3/30 | Grey Willis | DPH | 8:40 | |
| | Avn/unga | DCJ | 845 | |
| 3/30 | Liz Pipes | Wilmington College | 9:00 | 10:10 |
| 3/30 | Shamell Wallace | Wilmington College | 9:00 | 10:10 |
| /30 | Mary Webb | Doc/Mis | 9:10 | |
| /30 | D Jordan | FCM | 9:10 | 11:00 |
| /30 | Kim Figueroa | DFS | 10:00 | |
| /30 | Liz Pipes | Wilmington College | 11:00 | 2:15 |
| 3/30 | Shamell Wallace | Wilmington College | 1:00 | 2:15 |
| 3/30 | Nancy Perkins | Friendship Hse | 1:42 | 3:10 |
| 3/30 | Dawn McQuiston | T-Netix | 2:33 | |
| 3/30 | Eric alary | anil choice | 2:40 | |
| 3/30 | H McCarthy | FCM | 1500 | |
| 9/30 | Carol Kozak | FCM | 1500 | |
| 3/30 | Tahsiya A Ismaeel | N.A.I.F. Inc. | 6:35 | |
| 30 | Kristi Chandlee | UofD Public Health | 0815 | 1530 |
| 3/3 | G Iske | DCJ | 8:35 | |
| /31 | Scott Willms | Medical | 9:00 | 2:40 |
| /31 | Portia Duff | DPH | 8:40 | |
| /31 | Grey Willis | | 8:45 | |
| /31 | Off Cooley | FCN? | 9:00 | |
| /31 | Kevin Cali | DOL | 9:15 | 10:05 |
| /31 | M Webb | MIS | 9:55 | |
| /31 | Jerry Platt | DOC | 10:00 | 1245 |
| /31 | Vanessa Reed | N/D | 11 | |
| | Simone Braxton | PF | 12:25 | 2:20 |
| 3/31/04 | N News | Childline | 1:55 | 3:40 |
| 3/31 | D McQuiston | T-Netix | 2:30 | |
| 3/31 | Rosie Williams | MCM | 1460 | |
| 3/31 | H McCarthy | FCM | 1550 | 1730 |

| 78 Date | Name | Org | in | out |
|---|---|---|---|---|
| 3/31 | Ralph J. Bradley | DSVP | 6:00p. | |
| 4/1 | Scott Wilson | Medicol | 8:33 | 2:15 |
| 4/1 | S Toda | DCJ | 8:35 | |
| 4/1 | Greg Wilson | DCJ | 8.50 | |
| 4/1 | J Edmonds | FCM | 9-0 | 11-0 |
| 4/1 | Greg Willie | DCS | 9:30 | 13 3 |
| 4/1 | Paul Cregg | DCS | 9:30 | 10 |
| 4/1 | Terasa Benson | Cornell Abraxas | 10 | |
| 4/1 | Karen McCall | Cornell Abraxas | 10:00 | |
| 4/1 | Eileen Wilkerson | Cornell Abraxas | 10:00 | |
| 4/1 | may on finley | PD | 10:00 | 11:3 |
| 4/1 | Portia Duff | DPH | 11:45 | |
| | Alfred Ommenge | DEJ | 1:30 | 3/ |
| 4/1 | H. Hudson | JOJ-BE | 2:00 | 3:4 |
| 4/1 | D McQuiston | T-Netix | 2:28 | |
| 4/1 | B Russell | FCM | 1456 | |
| 4/1 | Ernie D | P.O's Office | 3:01 | |
| 4/1 | H McCreary | FCM | 1500 | |
| 4/1 | May Hood | COYEW | 1829 | |
| 4/2 | C. Rionke | FCM | 7:50 | 4:5 |
| | D. Scott | '' | '' | 4: |
| 1/26 | Jane Anderson | FCM | 8:25 | 9:0 |
| 4-2 | Thomas Winson | PD | 0800 | 1100 |
| 4-2 | Donna Kurtz | DFS | 9:15 | 11: |
| 4-2 | Tony Williams | FCM | 1910 | |
| | S Peale | FCM | 1130 | |
| 4-2 | S. McLean | Toe | 1230 | 3:0 |
| 4-2-04 | Linda Hunter | FCM | 1235 | |
| 4-2-04 | Lisa Lynch | Reaching the Harvest | 1:03 | |
| 4-2-04 | Kim Wools | SVP | 1:43 | 4:1 |
| 4-2-04 | Bill Coston | SVP | 1:43 | 4: |
| 4-2-04 | Tahsyn A. Ismaoeel | NAIF, Inc | 1:52 | |
| 4-2 | | T NAIX | 2:10 | |

**79**

| Date | Name | Org | time in | out |
|---|---|---|---|---|
| 4/2 | POA William | FCM | 1520 | |
| 4-2-04 | Tahsiyn A. Ismaaeel | NAIF, Inc | 7:00 | |
| 4/3/04 | Sharon McAfee | Oasis of Refresh | 10:07 | 11:32 |
| 4/3/04 | Wanda Williams | Oasis of Refreshy | 10:07 | 11:32 |
| 4/3/04 | Zahyyah Rashad | DMP | 12:40 | |
| 4/3/04 | S Werner | FCM | 257 | |
| 4/5/04 | LINDA COOPER | Del Tech | 0800 | 1305 |
| 4/5/04 | Laura Yrengst | atk | 8:45 | 9:40 |
| 4/5/04 | Mary Rammel | CCCS | 356 | 11:00 |
| 4/6/04 | Russ | Child Inc | 8:55 | 10:40 |
| 4/5/04 | LYNN Bodine | T-Netix | 915 | |
| 4-5-04 | Shelby Kamm | PoP | 10:22 | 12 |
| 4/5 | RANDA DANIELS | TRi STATE OPT | 11:00 | 1200 |
| 4/5 | Bill McHenry | " " " | 11:00 | 1200 |
| 4/5 | Linda Parks | DTCC Student Visit | 1210 | 1250 |
| 4/6 | | Congress | 12:35 | 2:50 |
| 4/5 | Nathan Perry | CNigerut | 155 | 2:52 |
| /6 | V. Reid | P.D. | 1 | |
| 4/5 | Carol Kozak | FCM | 3:00pm | 1:30 pm |
| 4/5 | Jessica Maricano | DFS | 3:00pm | 3:50 |
| 4/5 | Nosci Brown | DFS | 3:00 | 3:50 |
| 4/5 | Horrea Gilley | FCM | 1500 | |
| 4/5 | Lisa BROOKS | PCR (mentor | 5:45 | 7:45 |
| 4/5 | Dian Rust | Ment PPC | 6:00 | 7:50 |
| 4/6 | JERRY PLATT | DOC | 0750 | 1650 |
| 4/6 | Carol Kozak | FCM | 3:00pm | 1:45p |
| 4/6 | Hmccarthy | FCM | 1500 | |
| 4/6 | Elizabeth Jones | WOICC 1001 | 6:Pm | 7:10 |
| 4/6 | gRashad | DMP | 6:00 | 8:00 |
| | Joe Barker | Stode Personal | 6:05 | 8:20 |
| 4/7/04 | Scott Williams | MEDICC | 8:30 | |
| 4/7/04 | LYNN Bodine | T-Netix | 9:00 | |
| 4-7-04 | Eric Mc | DFS | 1:05 | 11:30 |

**80**

| Date | Name | Org | Time in | out |
|---|---|---|---|---|
| 4/7/04 | Ernie Dulaf | P.D.'s Office | 12:22 | 3:51 |
| 4/7/04 | Cpl. Eric Bates | DOC HRYCI | 1234pm | 1220 |
| 4/7/04 | R. Parrott | " | " | 1350 |
| 4-7-04 | Em McQ... | DCJ | 1230 | 3:00 |
| 4-7-04 | Sr. Theresa | Our Lady of Fatima | 1:00 | 1:4 |
| 4-7-04 | Jose Avila | Our lady of Fatima | 1:00 | 1:4 |
| 4 | Vanessa Reed | P.D. | 1:1 | |
| 4-7-04 | Y. Ness | Child Inc | 2:00 | 3:4 |
| 4-7-04 | K. Newquist | CFF | 2:45 | |
| 4-7-04 | H. McCarthy | Fcm | 1500 | |
| 4 7-04 | T. Ismaeleal | N.A.I.T. Inc | 6:57 | |
| 4-7-04 | R. Duncan | AA | 7:15 | |
| 4-7-4 | M. Duffto... | AA | 7:45 | |
| 4/7/04 | Scott Williams | Medical | 8:00 | 130 |
| 4-8-04 | M. Knight | FS | 0845 | 126 |
| 4/8/04 | D. J. Oshins | Fcm | 9:00 | 11 |
| 4/8/04 | Renée Coddington | CCP University Serv. | 9:19 | 10 |
| 4/8/04 | Monique Bouleuro | DFS | 9:25 | |
| 4/8/04 | John Cory | DMS | 9:55 | 12:2 |
| 4/8/04 | T. Ismaeleal | N.A.I.F. Inc | 1:25 | |
| 4/8/04 | Willis Wilson | CASA | 2:00 pm | |
| 4/8/04 | Ted Roberton | DCJ | 2:08 pm | 333 |
| 4/8/04 | Chris Hudson | DCJ | 208 pm | 33 |
| 4-8-04 | Eric McLaurin | DCJ | 2:08 | 3:3 |
| 4-8-04 | H. McCarthy | Fcm | 1500 | |
| 4-8-04 | Cornwell... | Fcm | 1500 | |
| 4-9-04 | Joe Anghisano | Fcm | 810 | |
| 4-9-04 | Lynn Bodine | T-Netix | 900 | |
| 4-9-04 | Pastor Dennis Gilbert | Charlestown Baptist Church | 10:03 | 10 |
| 4-9-04 | A. Smith | Fcm | 11:30 | |
| 4/9/04 | E. W. Fish | Fcm | 1222 | 12:0 |
| 4/9/04 | J. Blackman | Chapel Service | 5 | |
| | R. ... | Fcm | 1370 | |

**81**

| Date | Name | Org | in | out |
|------|------|-----|-----|-----|
| 4/10/04 | S.A. Williams | FCM | 1520 | |
| 4/10/04 | G. Rashush | DMP | 12⁴⁵ | |
| 4/12/04 | Jason Cass | Interview | 850 am | 9 15 |
| 4/10/04 | Hermine Harris | Interviews | 10 10 | |
| 4-12-04 | Senalitc  K. Herman | Senalitc | 10:50 | |
| 4-12-04 | H. Gridlow | Dage M? | 1945 | 3:30 |
| 4/12 | B. Gebhart | FCM | 1445 | |
| 4/12 | Alissa Brown | DFS | 2:50 | 4:00 |
| 4/12 | Jessica Maiorano | DFS | 2:50 | 4:00 |
| 4/12 | H. McCarthy | FCM | 1518 | |
| 4/13 | C. Jones | FCM | 9.10 | 11.10 |
| 4/13 | L. Bodine | T-Netix | 9 30 | |
| 4/13 | Q. Ash | AM | 10:30 | 12:00 |
| 4/13 | Nanny | MIS | 12:02 | 1:36 |
| 4/13/04 | Brett Tomlinson | TASC | 12:30 | 9:30 |
| 4/13/04 | Jim Pizzard | PD | 1:08 | 2:15 |
| 4/13/04 | Kim Bryant | PD | 1:15 | 2:15 |
| 4/13/04 | Dawn Mello | PD | 1:15 | 2:15 |
| 4/13/04 | B. Gebhart | FCM | 1440 | |
| 4/13/04 | L. Detiler | Dav Co. | | |
| 4/13 | H. McCarthy | FCM | 1700 | |
| 4/14 | Lee Krieger | Wissahickon | 8:30 | |
| 4/14 | Lynn Bodine | T-Netix | 9:00 | |
| 4/14/04 | Darrel Muse | DCT | 9:40 | 9:30 |
| 4/14/04 | Lauren R Rison | DFS | 11:25 | |
| 4/14/04 | Ashley Caruso | CC | 11:35 | 12:50 |
| 4/14/04 | Michelle McCoy | CC | 11:35 | 12:50 |
| 4/14/04 | Le Louis | CC | 11:40 | |
| 4/14/04 | Cookers | FCM | 1:00 | |
| 4/14/04 | Y. Nass | Child Inc | 2:00 | 3:10 |
| 4-14-04 | J. Ismooleel | NATE, Inc | 2:30 | |
| 4/14 | H. McCarthy | FCM | 1500 | |
| 4/14 | S.A. Williams | FCM | 1508 | |

| Date | Name | Org | In | Out |
|---|---|---|---|---|
| 10-27 | Moby Black | P Sx | 10:40 | |
| 10-27 | Ed Valentine | PSX | 1040 | |
| 10-27 | Sara Riffe | DFS | 11:00 | 11:30 |
| 10-27 | Maylan Pugh | P.D | 11:30 | 2:35 |
| 10-27 | Sherita Wheeler | DFS | 12:10 | 12:55 |
| 11 | Vanessa Reed | P.D. | 1:05 | |
| 10-27 | Lisa McBeth Snyder | U of D | 1:20 | 1:50 |
| 10-27 | K. Ness | ChildInc | 1:55 | 3:30 |
| 10-27 | Scott | Tour | 2 pm | |
| 10/27 | Laura Kaminski | Medical | 3:00 | |
| 10/27 | Jim Unruh | SUPreme | 6:50 | 8:20 |
| 10/27 | Barbara Welker | '' | 7:00 | 8:20 |
| 10/28 | Passion Sampson | Medical | 7:00 | 3:30 |
| 10/28 | Carolyn Bell | Wilm College | 8:00 | 3:35 |
| 10/28 | D Joshins | FCM | 8:30 | 10:00 |
| 10/28 | Manny | MIS | 8:55 | 10:51 |
| 10/28 | Bob Maley | Verizon - Inmate Phones | 10:04 | 11:30 |
| 10/28 | C Kronke | FCH | 11:25 | 12:30 |
| 10/28 | Tom McFeely | McFeely PEE | 11:43 | 1:00 |
| 10/28 | D Enzullo | BCI | 12:05 | |
| 10/28 | Zakiyyah Rashada | DMP | 12:30 | 3:05 |
| 10/28 | Anthony Vittilano | Medical | 12:30 | |
| 10/28 | David McQuiston | T-Netix | 2:18 | |
| 10/28 | Manny | MIS | 3:30 | 3:35 |
| 10/28 | Wendi Koence | UD Nursing | 1530 | 23— |
| 10/28 | Jacque Dennis | medical | | |
| 10/08 | Passion Sampson | Medical | 7:00A | 3:31p |
| 10/29 | Emily Moli | UD nursing | 8:05 | 2:37 |
| 10/29 | Ashley Schreiner | UD nursing | 8:05 | 2:37 |
| 10/29 | Ben Stemberg | DFS | 9:12 | 10:30 |
| 10/29 | C Tease | Atty | 12:01 | 12:30 |
| | T. J Smgooil | NAIF the | 8:00 | |
| 10/29 | Maria Maddard | | 1:00 | |

| Date | Name | Orig | in | |
|------|------|------|-----|-----|
| 12/30/04 | Holly CD Krosky | Lawyer | 10:40 | 11:10 |
| 12/30/04 | Maritza Hernandez | Interpreter | 10:10 | 1/10 |
| 12/30/04 | Victa Kum RN | BCI | 1200 | |
| 12/30/04 | Lisa Miller | medical | 12:10 | 12:20 |
| " | Vanessa Reed | P.D. | 12 | |
| 12/30 | D McQuiston | TASC/TIX | 150 | |
| 12/30/04 | Tina Tenny | Medical - Dane | Spm- | |
| " | T. Ssmooced | NAIF, In | 10:00 | |
| 12/31/04 | Bishop Bruce Parham | OASIS OF REFRESHING MIN | 8:20 | 8:39 |
| 12-31-04 | Elder Janet Parham | oasis of Refreshing Min | 12:20 | 2:39 |
| 12-31-04 | Guy Krosnin | AH | 12:25 | |
| 4:45 1/1/05 | Tanya Wilson | Nurse (BCI) | 9:45 | |
| 1/2/05 | Victa Kum, RN | BCI | 950 | 1010 |
| 1-2-05 | ll Credin | EGM | 9:37 | |
| 1/3/05 | q. Nan | Child line | 8:55 | 9:55 |
| 1/3/05 | M. Chase | TASC | 940 | 10:5 |
| 1/3/05 | Victa Kum RN | BCI | 12:35 | 1:00 |
| 1/3/05 | Rose J Whitley | P.A. | 1:30 | 3:15 |
| 1/3 | Dawn McQuiston | Vac | 2:56 | |
| 1/3 | Jessica Poole | | 256 | |
| 1/3 | Bill comm | DKS | 2:45 | |
| 1/4 | DJ Shen | FCM | 8:02 | 10:20 |
| 1/4 | DAVID ALLWOOD | TASC | 0825 | 1000 |
| 1/4 | Megan Argo | edic | 9:45 | 11:30 |
| 1/4 | m, will | AH | 10:45 | |
| 1/4 | Mary Burnell | lawyer | 11- | 12:30 |
| 1/4 | Dawn Mace | H. Dilly | 11- | 12:30 |
| 1/4 | Jonathan Piguel | Lawyer FPD | 1:00 | 2:45 |
| 1/4 | Catherine Barber | Consultant FPD | 1:58 | 3:38 |
| 1/4/04 | Lucy Willer | DCS | | |
| 1/4/04 | Christine Earle | DCS | 1:50 | 3:32 |
| 1/4 | Dawn McQuisten | Vac | 2:04 | 5:7 |
| 1/4 | Tn N h | Rabbi | 2:45 | |

**188**

| Date | Name | Org | in | out |
|------|------|-----|-----|-----|
| 3/15/05 | Teresa Simmons | Somerset Co., NJ | 11:05 | 12:30 |
| 3/15/05 | Dean Simmons | Somerset Co., NJ | 11:05 | 12:30 |
| | Samuel Lewis, Rabbi | Sparta, NJ | 11:30 | |
| | | DYFS | 6:30 | |
| | Cliff Wiggin | William Co. | 8:00 | 12:00 |
| | Joe Anombito | KEM | | |
| 3-16-05 | Jill Rose | Children & Families First | 10:30 | |
| 3/16/05 | Victor Kaminski | BCF | 12:30 | 12:48 |
| 3/16/05 | Laura Grengs | att | 1:25 | 1:50 |
| 3/16/05 | Bruce Akerman | PD | 1:47 | 2:43 |
| 3/16/05 | J. Ross | Childline | 1:55 | |
| 3/16/06 | B. Dewer | PD | 2:25 | 3:20 |
| 3/16/06 | C. Whitsel | AA | 7:23 | 8:32 |
| 3/16/05 | M.A. Bowens | AA | 7:23 | 8:32 |
| | James Reed | P.D. | 9:52 | |
| 3/17/06 | Betty Webster | P/F Reading Rm | 00:30 | 1:05 |
| 3/17/05 | Victor Kaminski | BCT | 12:25 | 12:50 |
| 3/17 | Linda Browly | CiviGenics | 1:30p | 2:00p |
| 3/17 | Max Kubeck | DFS | 2:30 | |
| 3-18 | Ron Amodeo | Hoopes Fire | 8:30 | 10:55 |
| 3-18 | J. Ismaeel | UAIF, Inc | 10:00 | |
| 3-18 | Carrie Curesi | Straight | 11:25 | |
| 3/18 | Victor Kaem | BCT | 12:25 | 12:35 |
| 3-18 | Nadeem Storey | Unit 7C5 | 12:54 | 1:10 |
| 3/18 | C. Earle | BCT Medical | 1:00 | 2:2 |
| 3/18 | Mary Brunell | Legal | 1:00 | 3:05 |
| 3/18 | Adrienne Powell | DFS | 1:44 | 2:50 |
| 3/18 | Mrs V. Rios | CFF | 2:12 | |
| 3/18 | Barbara Caruso | Medical | 2:34 | |
| 3/18 | Muhammad Rehade | DYFS | 12:00 | |
| 3/21/06 | Victor Kaminski | BCI | 08:28 | 09:10 |
| | M. Oakey | BWCI | 9:00 | 11:30 |
| 3/21/05 | Bill Forrest | Forrest S/M | 9:50 | |

| Date | Name | Org | Time in | out |
|------|------|-----|---------|-----|
| 3/24 | V. Reed | P.D. | 147 | |
| 3/24 | Jane J Cruz | DCJ | 200 | 12 |
| | Lucy Williams | DCJ | 200 | 3/4 |
| 3/25 | Angel Rios | CFF | 9:30 | |
| " | T. Ismaeial | NETF Inc | 10:00 | |
| 3/25 | Pat Hicke De. | | 11:38 | |
| 3/25 | Emily Maguire com | BCI | 12:54 | 1:0 |
| | Beth Dewson | PD | 1:10 | 2:55 |
| | Nicole Walker | PD | 1:10 | 2:55 |
| 3/26 | Dennis | BCI | | |
| 3/26 | Michelle | DCS | | |
| 3/26 | Zerkazyah Rashade | DMV | 1:30 | |
| 3/26 | Micela Parker | Yoga Village | 12:20 | |
| 3/27/05 | Vito Karn RN | BCI | 940 | 1000 |
| 3/27/05 | Sharlon McGhee | Del Center for Justice | 1:45 | 3:30 |
| 3/27/05 | Rev. Joan W. Williamson | " " " " | 3:00 | 330 |
| 3/28/05 | Amy Osgood | Avodah | 8:15 | 4:00 |
| 3/28/05 | Connie Procopio | " | 8:15 | 4:00 |
| 3/28/05 | Julie Gayer | " | 8:15 | 4:00 |
| 3/28/05 | Christy Carlow | " | 8:15 | 4:00 |
| 3/28/05 | Newman Taylor Baker | " | 8:15 | 4:00 |
| 3/28·05 | Lee Krupi | | 8:30 | 9:00 |
| 3/28/05 | DAVID ALLWOOD | TASC | 0835 | 1128 |
| 3/28/05 | Don Imelson | Hopes Fire | 08:30 | 10:05 |
| 3/28/05 | Laura Hollop | BCI | 10:00 | 12:30 |
| 3/28/05 | Guy Waller | DCJ | | |
| " | Tanisa Khan | P.D. | 1000 | |
| 3/29 | Suzanne | FCM | 755 | |
| 3/29 | Amy Osgood | Avodah | 8:00 | 3:30 |
| 3/29 | Connie Procopio | " | 8:00 | " |
| 3/29 | Newman Taylor Baker | " | 8:00 | " |
| 3/29 | Christy Carlow | " | 8:00 | " |

**196**

| Date | Name | Orig | in | out |
|------|------|------|------|------|
| 4-7-05 | John Dowling | PD | 1020 | 1:50 |
|  | Tho Rose | APS | 10:45 | 1:50 |
|  |  | BCI | 1200 | 1:00 pm |
|  |  | PD | 13:20 | 13:45 |
|  |  | PFM | 1:40 | 2:30 |
|  |  | PD | 2:12 | 3:00 |
|  | Brian Boyd | PD | 2:40 | 3:55 |
| 4/7 | Brandy Scotts |  |  | 5:0 |
| 4/7 | S. Fioebery | BCI |  |  |
| 4/8 |  |  | 9:00 | 10:20 |
| 4/8 | Marsa Crest | IA |  |  |
| 6/8 | Bharat Gajja | Yoga |  |  |
| 4-8-05 | F. Songewah | NAIF Joe | 10:06 |  |
| 4/8/05 | Ed Farra | PD's office | 10:15 | 1:45 |
| 4/8 | Harwith | Lab Corp | 10:29 | 11:00 |
| 4/8/05 | Brittany Campbell |  |  |  |
| 4/8/05 | Dan Woay | Bap/Doo | 12:40 | 1:45 |
| 4/8/06 | Downing | DOC/Kitchen | 12:45 | 1:35 |
| 4-8-05 | Andrew Thomas | Tri-County Pest Control | 12:55 | 1:35 |
| 4/8/05 | C Earle | BCI NCJ | 1:25 | 4:00 |
| 4/9/05 | Liel Willer | DCS | 1:00 |  |
| 4/11/05 | J. Maux | Deautal | 10:30 |  |
| 4/11/05 | Lori Krinsky | BCI | 11:00 AM | 2:10 |
| 4/11/05 | Darlene Reguella | BCI | 12:20 | : |
| 4/11/05 | M Cobley | buII | 12:00 |  |
|  | McQuiston | ICC |  |  |
| 4/11/05 | John Dowling | PD | 15:15 |  |
| 4/10/05 | Kevin Tree | PRC | 15:45 | 17:10 |
| 4/12/05 | Carolyn Bell | Wilm College | 800 | 330 |
| 4/12/05 | D Fleu | FCM | 8:30 |  |
| 4/12/05 | M | Edu | 9:00 | 11:00 |
|  | Bell Doder | PD | 9:30 | 12:00 |
| 4/12/05 | C. Lease | AHy | 10:20 |  |
|  |  |  | 11:00 | 11:40 |

| 198 Date | Name | Orig | in | out |
|---|---|---|---|---|
| 4/15/05 | Silian Young | WCEC | 9:55 | 11:02 |
| 4/15/05 | T. Ismael | NAIF, Inc | 10:05 | 12:02 |
| | P. Epson | cauan | 10:15 | 12:34 |
| | Ken | BCI | 1200 | 120 |
| | Dean | Key Village | 1:05 | 2:47 |
| | Marsha Miller | DMP | 1:30 | 4:00 |
| 4-14-05 | O. Lewis | DCT | 1:30 | 3:20 |
| | D. McQuiston | VCC | 2:8 | |
| 4-15-05 | James Dunn | PDO | 2:43 | |
| 4/15/05 | Jurine J. Thomas | New Kent Worshipers | 6:45 | |
| 4/15/05 | B. Fort | '' '' '' | 6:55 | |
| 4/15/05 | Leroy Jett | TASC | 9:25 | |
| 04/18/05 | Cathy Fredrick | TASC | 10:30 | 11:30 |
| 5/19/05 | Josah Dudley | DGL | 1051 | |
| 4/18/05 | Patricia Johnson | WWRTC | 1:20 | |
| 4/18/05 | Christofwhite | CFF | 1:39 | |
| 4/18 | D. McQuiston | TGC | 1:55 | |
| 4/8/05 | Kristin Guarinello | Hope House I | 2:06 | 2:45 |
| 4/8/05 | Katie Bequah | SNDTC | 3:00 | |
| 4/18/05 | Xavier Phillip | HHDI | 3:10 | 342 |
| 4/14/05 | Ken Lee | nester | 4:10 | 4:40 |
| 4/18/05 | Carolyn Ben | W/m/college | 800 | 332 |
| 4/18/05 | D. Johns | FCM | 8:30 | 1030 |
| 4/19/05 | Mazon Argo | Educ. | 9:05 | |
| 4/19/05 | R. Brown | wardon | 9:00 | 1039 |
| 4/19/05 | J. Simos | wardon | '' | 1035 |
| 4/19/05 | C. white | Tour | 9:54 | |
| 4/19/05 | A. Harrison | Tour | 9:56 | 11:11 |
| 4/19/05 | S. Thaxton | tour | 9:46 | |
| 4/19/05 | B. Fields | Tour | 9:45 | |
| 4/19/05 | B. | Jour | 9:45 | |
| | | Jour | 9:45 | |
| 4-19-05 | | tour | 10:10 | |

| Date | Name | Orig | in | out |
|---|---|---|---|---|
| 4/19 | Prazulla VM | BCI | N°45 | |
| 4/19 | Carol Twymon Searly | | 1:05 | 1:30 |
| 4/19 | Christine Bufletino | CPF | 1:30 | 2:30 |
| 4/19/05 | Kate Beque | SNDTCC | 8:00 | 20:30 |
| 0/19/05 | Dona Lynn Woodland | PF Bible Study #5 | 6:00 | 6:10 pm |
| 4/20/05 | J. Broadbent | FCM | OPD | |
| 4/20/05 | J. Bahe | DCH | 10:00 | 11:30 |
| 4/20 | Rosalind Stancell | DFS | 10:30 | |
| 4/20 | Mary Ann Hemmond | Family Court | 10:30 | |
| 4/20 | Chris Dempsey | Family Ct/ofty | 11:30 | |
| 4/20 | Brian Barkey | | 11:30 | 1:25 |
| 4/20 | Victor Kacar | BCI | 4:45 | 12:00 |
| 4/20 | D. McQuiston | Vac | 1:55 | |
| 4/20 | Kathie Ward | YMCA | 6:20 | |
| 4/20 | B. Cashwell | 6:20 | | |
| 4/20 | Carolene Whitsd | AA | 7:18 | 8:36 |
| 4/21 | McCoy | PCM | 5:30 | 10:30 |
| 4/21 | John Oldiga | DOC | 10:00 | |
| 4/21 | Tobi L. Rowe | NFS | 10:50 | |
| 4/21 | Victor Kacar | BCI | 12:45 | |
| 4/21 | Jacki Wilson | Superior Ct. | 12:40 | 3:00 |
| 4/21 | D. Morie | DCI | 1:00 | |
| 4/21 | J. McEntire | FCM | 1:20 | |
| 4/21 | L. Flowers | Civil Clinics | 1:30 | 2:10 p |
| 4/21 | J. McEntire | Scene | 2:30 | |
| 4/21 | C. Gary | At DCI | 3:35 | 4:00 |
| 4/22/05 | Harold R. Mack, G. Elliott, F. Franze (EIT 15) | | 0833 | 1:15 |
| 4-23-05 | Shelby Kamin | PYP | 8:45 | 12 |
| 4-22-05 | DC Hamuhu | FCM | 8:58 | |
| " | Bharat T. Gajjar | Yoga | | |
| 4 | | | | |
| 4/21/05 | J. Ismaeel | NAIF, Inc | 10:05 | 11:40 |
| 4/21/1 | Dudley | DCI | 10:10 | |

| Date | Name | Orig | in | out |
|------|------|------|-----|-----|
| 5/6/05 | Yvonne Shelton | NFS | 7:02 | 12:03 |
| 5/6/05 | Barry | Dec | 7:10 | |
| 5/6/05 | Paul Ofund | BoP | 7:15 | 8:00 |
| 5/6/05 | John Ofy | BOP | 7:20 | 8:38 |
| 5/6 | Robert Young | WCS | 8:27 | 9:10 |
| 5/6 | John Groman | PSX | 9:45 | |
| 5-6-05 | Dr. L Smoolard | NAIF, Inc | 10:05 | 11:35 |
| 5/6/05 | Vito Kam | BCF | 11:55 | 1205 |
| 4/16/05 | C Earle | DCT | 1:30 | 3:31 |
| 5/6/05 | C. Anderson | | 6:05 | 7:41 |
| " | John Anderson | | 6:06 | 7:41 |
| 5/6/05 | Barbara Ridge | DACOA | 6:10 | 7:35 |
| 5/6/05 | Gaylyn | | 10:00 | |
| 5/6/05 | Amber | | | |
| 5-7-05 | Wisdom Williams | | 11:36 | |
| 5/7/05 | Barquette Williams | | | |
| 5/7/05 | Sharon McGee | Oasis of Refresh | 12:30 | 3:00 |
| 5/7/05 | Wanda D Ivy | Oasis of Refreshing | 12:30 | 3:00 |
| 5/7/05 | Anthony Chandler | | 12:55 | |
| 5/7/05 | Lake Bolin | | 12:55 | |
| 5/7/05 | Jamie of N | | | |
| | Wanda Curry Brown | | | |
| 5/7/05 | Nicole Blanchfield | | 2:23 | 3:35 |
| 5/8/05 | Donna Parisi | | | |
| 5/8/05 | M Cooley | | 1:00 | 2:30 |
| 5-8-05 | Maureen Mason | | 12:30 | |
| 5-8-05 | Mary Ann Abel | | 2:30 | |
| 5-9-05 | Lee Krieger | Wissahickon | 9:45 | |
| 5-9-05 | Francis Rodriguez | P&P Prem Hearing | 10:55 | 11:17 |
| 5/9/05 | Deon Toon | DFS | 11:25 | 11:26 |
| 5/9/05 | T Pezzullo | BCT | 11:30 | |
| 5/9/05 | Dan Bacon | U of D | 12:20 | 1:45 |
| 5/9/05 | Josh Burba | U of D | 12:25 | 1:50 |

| Date | Name | Orig | in | out |
|------|------|------|-----|-----|
| 5/12 | Justine Kridel | Tx. Services | – | |
| 5/12 | Maurice McDade | NRVCI | 3:03 | 3:26 |
| 5/13/05 | Yvonne Stauffer | NPCD | 0655 | 1530 |
| 5-13-05 | Bharat I. Gajjar | 7:09 a. | | |
| " | Ti Ismee'al | NALP, Inc. | 9:50 | |
| 5/13 | C. Earle | DCT | 1:15 | 2:00 |
| 5/13 | Mikesha Clay | | | |
| 5/13 | D McQuiston | VOC | 3:21 | |
| 6/15 | Sam Tillman | Via Skyphoine | 9:35 | |
| 5/15 | LaMar Dickerson | | | |
| 5/15 | Xavier Brisco | | 12:40 | |
| 5/16 | Downing | PRD Service | 8:58 | |
| 5/16 | M Clm Cinder | PD | 9:00 | 10:00 |
| 5/16 | Karen McLaughlin | CASA | 10:10 | 11:25 |
| 5/16 | Leroy Jett / Cathy Fredericks | TASC | 10:25 | |
| 5/16 | D Renzullo | BCI | 11:40 | |
| 5/ | | | | |
| 5/16 | Dawn McQuiston | Vac | 2:45 | |
| 5/16 | R Bradley | monitor Program | 6:08 | |
| 5/18 | | Fen | 82ef | 1:20 |
| 5/17 | Kathy Butler | NCC Vo-Tech | 9:25 | 11:30 |
| 5/17 | LizBrown | Kingdom Hall | 9:30 | 9:35 |
| 5/17 | Maggie Tarrant | Caroline Co DSS | 10:30 | |
| 5/17 | Lisa Thompkins | Caroline Co DSS | 1030 | 11:40 |
| 5/17 | D Renzullo | BCI | 11:40 | |
| 5/17 | Barbara osay | Doc | 12:3 | |
| 5/17 | John Groman | PSX | 1:00 | |
| 5/17 | Sheila Mates | Village | 1:55 | 3:20 |
| 5/17 | Jim Armbrestine | BX | 2:10p | |
| 5-17-05 | Todd E Conner | PD | 2:20 | 3:65 |
| 5/12/05 | Brad Manning | PD | 2:20 | 3:15 |
| 5/17/05 | Beth Deweg | PD | 2:20 | 4:5 |
| 5/17/05 | Inci L. Owan | RHH | 8:10 | 7:15 |

| Date | Name | Orig. | in | out |
|------|------|-------|-----|-----|
| 5/19/05 | *illegible* | Cari Genics | 1:35 | 2 pm |
| 5/19/05 | Ben Perry | Cari Genics | 1:36 | 2 pm |
| 5/19/05 | Mary Burnell | Legal | 3 pm | 3:30 |
| 5/19/05 | *illegible* | | | |
| 5/19/05 | BCI Enid | BCI | 1:45 | 1:55 |
| 5/20/05 | Patti Truitt | DSHA | 9:00 | 11:00 |
| 5/20/05 | Deon Todd | DFS | 9:05 | 9:45 am |
| 5/20/05 | Linda Pearson | DVR | 9:05 | |
| 5/20/05 | Barbara R. Perry | DVU | 9:08 | |
| 5/20/05 | Christina Dirksen | DSHA | 9:10 | |
| " | T. Ismaeel | NAIF, Inc. | 10:00 | 11:45 |
| 5-20-05 | *illegible* Baumgart | CFF WIL DC | 10:31 | |
| 5/20/05 | *illegible* | | | |
| 5/20/05 | Patti Truitt | DSHA | 1:00 | 2:45 |
| 5/20/05 | Christina Hardin | DSHA | 1:00 | 2:45 |
| 5/20 | *illegible* McQuisten | Vac | :55 | |
| 5/20 | Jane Beth | | 5:49 | |
| 5/20 | Br *illegible* | WPD | 9:20 PM | 9:45 PM |
| 5/20 | Brian J. Ekbecnd | Drage Medical | 09:20 PM | 09:40 PM |
| 5/21 | D. Rezzullo | BCI | 9:25 | |
| 5/21/05 | Carla R. Cardwel | H2 it | 12:25 | |
| 5/21/05 | Angela Womack | *illegible* | 12:37 | 8:20 |
| 5/22/05 | D. Rezzullo | BCI | 11 | |
| 5/22/05 | M. Cooksey | BCI | 1:30 | |
| 5/22/05 | Lamar Dickerson | | | |
| 5/23/05 | Lynn Soward-Ryder | BCI | 11:45 | 12:00 |
| 5/23/05 | Earl | DCJ | 1:30 | |
| 5/23 | Darryl McQuisten | Vac | 1:55 | |
| 5/24 | Lynn Soward-Ryder | BCI | 12:00 | 2:10 |
| 5/24 | *illegible* Walker | DMP | 11 | |
| 5/24/05 | *illegible* birk | *illegible* | *illegible* | |
| 5/24 | Toby Rowe | NS | 10:15 | |
| 5/24/05 | Vito Kaunder | BCI | 11:55 | 12:05 |