**208**

| Date | Name | Orig | in | out |
|---|---|---|---|---|
| 5/26/05 | T. Ismaeel | NAIF, Inc | 10:00 | |
| | Cpt ASD | Public safe | 10:22 | |
| | | MRS | 10:30 | |
| | Paul | Ass | 216 | |
| | Mr. Stanton | Med | 06:58 | 1532 |
| | DAVID ALLWOOD | TASC | 0903 | 0936 |
| /05 | Dawn Gimblet | DACO | | |
| 5/27/05 | T. Ismaeel | NAIF, Inc | 9:50 | |
| | | Cpt. | | |
| 5/27/05 | D. Howard-Tyler | BCT | 11:55 | 12:00 |
| 5/27/05 | CATLIN CROWE | DFS | 11:55 | 1:00 |
| 5/27/05 | Nicol- | DFS | 11:55 | 1:00 |
| 5/27 | D. McQuiston | Vac | 12:15 | |
| 5/27 | A. FALASCA | DD, | 12:10 | |
| 5/27 | L. Walker | | | |
| 5/31 | | Fem | 8:00 | 1:30 |
| | Paul de Reddan | | 10:00 | 10:30 |
| 5/31 | Holly C Doherty | Private counsel | 10:30 | 11:20 |
| | Maritza Hernandez | Interpreter | 10:30 | 11:20 |
| 5/31 | Shayne Seevey | DFS | 11:30 | 11:35 |
| | V. Rene | DCG | 2 | |
| 5/31 | Caudelon | DMP | 6 | 8 |
| 07/31/05 | Dong Lynn Woodard | DF Bible study #5 | 6:25pm | 8:12 |
| 1-05 | Jose ARAMBIN | FCM | 0730 | |
| | Mary Patterson | DCH | | 9:30 |
| 1-05 | Kimberly McClellan | Interview | 9:50 | 10:30 |
| 1-05 | Gale | Visit | 10:20 | |
| 1-05 | Jenny | Host MRS | 11:30 | 12:35 |
| 1-05 | Kim RN | BCT | 12:8n | 12:10 |
| | | DCS | 1:55 | 3:35 |
| | | Vac | 1:45 | |
| 6/1 | | Fem | 8:15 | |
| | Norman DA | | | |

**209**

| Date | Name | Org | Time in | out |
|------|------|-----|---------|-----|
| 6-2-05 | Genell Walls | Friendship House | 930 Am | 11 Am |
| | Jolanda Harris | Interview | | |
| 6-2-05 | John J Gray | D.M.S. | 10:45 | 1:30 |
| 6/2 | Aaronson, J | Atty | 10:50 | 11:35 |
| 6/2 | Lynn Howard-Ryder | BG E | 11:40 | 11:49 |
| 6/2 | Laura Sikora | ⊕ Key | 11:50 | 4:00 |
| 6/2 | C Idm | Key | 12:50 | 4:00 |
| 6/2 | Rita S Ochoa | Key | 12:55 | 4:00 |
| 6/2 | Nedeer | Key | 12:55 | 4:00 |
| 6/2 | Linda Blowey | Crt genics | 1:00 | 3:30 |
| 6/8 | Ken Djorg | Surgenics | 1:00 | 3:30 |
| 6/2 | | Key | 1:00 | 4:00 |
| 6/2 | Katjuera Johnson | WIBRTC | 1:10 | 4:00 |
| 6/2 | Jay Sylvestro | Key North | 1° | 4:00 |
| 6/2 | Pat C Smith | | 122 | |
| 6/2 | Genell Walls | Friendship House | 130 P | 3 PM |
| 6/2 | | | | 4:00 |
| 6/3-05 | Zuilla Edward | C of W / Awc | 6:30 | 8:30 |
| 6/3/05 | Kathleen Rees | DTS | 7:0 | 7:30 |
| 6-3-05 | J. Ismaeel | N.A.I.F | 10:05 | |
| 6/3/05 | Norian Navarro | Calvery A/G | 10:10 | 11:30 |
| 6/3/05 | Becky Lee | CAO | 10:10 | 4:30 |
| 6/3/05 | B. Dewson | State of Delaware PD | 10:30 | 1:15 |
| 6/3/05 | N Branch-Dams | TASC | 10:30 | 1:00 pm |
| 6/3/05 | J. Kelly | Arizona House | 11:48 | 11:18 |
| 6/3/05 | colleen Graham | DFS | 10:50 | |
| 6-11 | J. Poslander | PCM | 12:35 | |
| 7-2-05 | Eirley | Tra | 1:50 | |
| 7/2/05 | C Paul | DC 5 | 1:30 | 4:00 |
| 6/2 | Mc Quisten | Vgc | | |
| | Jakiuozz Rashad | Dhl | 1° | |

| Date | Name | Orig | in 211 | out |
|------|------|------|--------|-----|
| 4/5/05 | W Morgan | DCJ | 850 | |
| 6/9/05 | 25 Dele | FCM | 870 | 1640 |
| 6/9/05 | Carl Rebert | BOP | 840 | |
| 6/9/05 | Nikita Robins | DCJ | 8:45 | |
| 6/9/05 | Manny | MIS | 9:05 | |
| 6/9/05 | Tobi Rowe | DFS | 10:12 | 1137 |
| 6/9/05 | JACKI WILSON | ISO-Superior Crt | 12:52 | 3:00 |
| 6/9/05 | T Boolander | FCM | 1:20 | |
| 6/9/05 | W Morgan | DCJ | 150 | |
| 6/9/05 | Nikita Robins | DCJ | 1:30 | |
| 6/9/05 | David Ruiz | DTI | 3:10 | 320 |
| | Zakkiyyah Bashan | DMP | 615 | |
| 6/10/05 | DAVID ALLWOOD | TASC | 0828 | 0947 |
| " | J Smool | NAIT Inc | 10:00 | |
| 6/10 | Vince Ryan | ISO | 10:35 | 11:35 |
| 6/10 | JACKI WILSON | ISO Superior Crt | 11:25 | |
| 6/10 | Pete Kamar | BCI | 1308 | 1315 |
| 6/10 | D McClynton | VAC/phone | 1:26 | |
| 6/10 | C Earle | DCJ | 1:30 | |
| 6/10 | Greg Jackson | DFS | 6:10 | 6:50 |
| 6/10 | Zakkiyyah Bashah | DMP | 1:00p | |
| 6/11/05 | Marva Devlin | | | |
| 6/11/05 | D VM | | | |
| 6/1/05 | Neele Colter | Riverbed | 6:30 | 8:00 |
| 6/5/05 | J Bloom | Threhold Inc | 4 | 8:00 |
| 6/13/05 | Bell Wille | Child Inc | 9:00 | |
| 6/13/06 | Loretta J DeShields | Child Inc. | 9:00 | 10:45 |
| 6/13/05 | Marie Perkins | Friendship House | 10:30 | 12:00 |
| 6/13/05 | VINCE RYAN | ISO | 10:30 | 10:50 |
| 6/13/05 | Bincy John | DFS | 10:55 | 11:45 |
| 6/13/06 | Holly Castell | | 11:20 | |
| 6/13/05 | JW Webb Doggs | Secure | | |
| 6/13/05 | Leonard Render | BCI | | |

213

| Date | Name | Orig | in | out |
|------|------|------|-----|-----|
| 6/17 | Manda Pierce | DFS. | 9:45 | 10:45 |
| 6/17 | Jacki Wilson | Superior Crt | 9:55 | 1:00 |
| | T Ismaeel | NAI & Inc | 10:00 | |
| 6/17 | Mary White | DCS | 10:25 | |
| 6/17 | Janie Jolly | Horizon House | 11:35 | 11:15 |
| 6/17 | Jason Garrick | Sup Ct | 12:15 | 1:30pm |
| 6/17 | C Earle | DCJ | 12:20 | |
| 6/17 | Veta Kaur Ra | BCI | 12:45 | |
| 6/17 | George O'Connor | Interview | 12:35 | 2:05 |
| 6/17 | Tracey Nutter | Interview | 12:35 | 2:40 |
| 6/17 | Dawn McQuiston | Vac/Phones | 1:54 | |
| 6/18 | DRequem | BCI | 9:25 | |
| 6/18 | 3N Richard | DMV | 1:45 | |
| 6/19 | DRequem | BCI | 10 | |
| 6/19 | Nicol Flynn | Medholds | 6 pm | 7:34 |
| 6/19 | Jason Garrick | Supct | 9:30 | 10:30 |
| 6/20 | DRequem | BCI | 9:30 | |
| 6/20 | Cathy Phedrick | THSC | 10:05 | 11:15 |
| 6/20 | Deon Tom/DFS | DFS | 11:35 | |
| 6/20 | Christina Battola | CFF | 1:00 | |
| 6/20 | GREG BAKer | Gworks | | |
| 6/20 | D McQuiston | Vac/Phones | 1:36 | |
| 6/20 | K Barrett | Cmsec | 1:30 | |
| 6/20 | Rose Whithy | PA | 1:30 | 3:00 |
| 6/20 | Barbara Nason | DPH | 1:45 | |
| " | Vanessa Kerr | P D | " | |
| 6/21/05 | GREG BAKer | G. works | | |
| 6/21 | Lazy Kuy | Wisshickon | 8:15 | |
| 6/21 | D | FCU | 8:11 | 11:00 |
| 6/21 | Glenny McHery | Education | 10:15 | |
| 6/21 | Jose L Ongay | ADL/ | 12:25pm | |
| 6/21 | nascon | Kerr | 1:00 | 2:10 |
| 6/21 | Jose L Onom | NAI | | |

**216**

| Date | Name | Orig | Time in | out |
|---|---|---|---|---|
| 6/30 | Shelby Lamm | P&P | 9:05 | 10:45 |
| 6/30 | Ralph Washburn | PD | 9:10 | |
| 6/30 | Roy Ansts | PD | 12:20 | 2:00 |
| 6/30 | Tobi Rowe | NFS | 12:30 | 130 |
| 6/30 | Aimee Laznik | DFS | 1030 | 130 |
| 6/30 | Nadeane Potty | Medical | 1:34 | 2:04 |
| 6/30 | Jason Pluck | PDO | 3:30 | 3:50 |
| 6/30 | Mary Ann Cunningham | PD | 3:30 | 3:50 |
| 6/30 | Fran Tracy-Mumford | ED | 5:30 | |
| | T. Townsend | NAIF Inc | 10:00 | |
| 7/1 | T. Ames Jones | PD-Dms | 10:00 | 2:50 |
| 7/1 | D McQuiston | VAC | 11:25 | |
| 7/1 | | | | |
| 7/1 | Christy Betts | CFP | 1:00 | |
| 7/1 | C Clair | DCJ | 1:30 | |
| 7/1 | | | | |
| 7-1 | Jessica Paoli | | 2:30 | |
| 7/1 | Michael Jones | DFS | 2:30 | |
| 7/1 | Marion Williams | | 2:35 | |
| 7/2 | Zachiragh Bashada | DMV | 3:30 | |
| 7/2/05 | Yvonne Stanton | Med. | 3:40 pm | 11:55 p |
| 7/03/05 | E Maguire Lyn | BCI | 10:43 Am | 10:53 |
| 7/3 | Zachiragh Kashada | DMV | 1:15 | |
| 7/3/05 | Yvonne Stanton | Med | 15:02 | 11:45 |
| 7/5/05 | J Lee | CMS | 9:20 | |
| 7/5/05 | m Lawlor | Cms | 10:50 a | 11:24 a |
| 7/5 | D Renville | BCJ | 12:00 | |
| 7/5/05 | Chris Dickson | FPD | 10:40 | |
| 7/5 | D McQuiston | P.O. | 1:25 | |
| 7/5 | J Reed | | 8:00 | |
| 7/5 | Eleni Kousoulis | FPD | 2:55 | |
| 7/5 | Kathleen Gaes | | 5:30 | |

| Date | Name | Org | in | out |
|------|------|-----|-----|-----|
| 7-6-05 | Eric McClean | Scibretech Trane | 9:35 | 11:05 |
| 7-6-05 | Jeu Kriever | WISSALATOR | | |
| 7/6/05 | HERNANDEZ | CMS | 1205P | 1250 |
| 7/06/05 | C. Baltota | CFF | 1:00 | 8:30 |
| 7/6/05 | Victor Kaw RN | RCI | 1330 | 1400 |
| 7/6 | McQuiston | Vac/Phones | 2:05 | |
| 7/6/05 | Sujay Swaroop | ems/medical | 1525 | |
| 7/6/05 | Payl Faul | Kitchen | 3:30 | |
| 7/6/05 | Hazel MAIDEN | Ms. VANDIVER | 5:45 | 6:30 |
| 7/6/05 | Shelli Palmer | Vertory Bible College | 6:30 | 8:20 |
| | Jeferey M Parker | DYP | 6:30 | 8:45 |
| 7/6/05 | Eleanor Brown | Victory Bible | 2:20 | 8:35 |
| 7/7/05 | Christen Carlson | Avodah Dana Chavel | 8:25 | |
| 7/7/05 | Tobi Rawe | DFS | 850 | 955 |
| 7-7-05 | B.L. Wilmore | PF | 10:05 | 11:15 |
| 7/7/05 | Mary Henrichsen | Pharma Corr. | 10:45 | 12:50 |
| 7/7/05 | Joan Hodge Roberts | Road n Cons) | 11:35 | 1:15 |
| | Mel McNeilly | | | |
| | Mary Perkins | Friendship House | 1:10 | 1:55 |
| 7/8/05 | Pastor Minnie L. Abno | outreach Trinity church | 6:15 | 8:30 |
| 7/8/05 | Beverly Anderson | CMS | 0650 | 0750 |
| 7/8/05 | Sharon Steinberg | Franciscan Center | 9:25 | 10:45 |
| 7/8/05 | David Q P | '' | 9:25 | 10:50 |
| 7/8/05 | Rey Dube | '' | 9:25 | 11:15 |
| '' | Darlene Arena | '' | '' | 10:50 |
| 7/8/05 | Julia Vaughn | '' | 9:35 | 10:50 |
| 7/8/05 | Mary Desmond | '' | 9:40 | 10:50 |
| 7/8/05 | Rosi Jonda | '' | '' | 10:50 |
| 7/8/05 | Olga I. Rios | CFF | 10:00 | |
| 7/8/05 | Pat Rofta | Franciscan Ch | 10-W | 10:50 |
| 9-8-05 | Peggy McClaslin | PFS | 11:00 | 11:25 |
| 8-05 | | | | |
| 8-05 | ANDREW THOMAS | TRI-COUNTY PEST CONTROLL | 1:10 | |

| Date | Name | Org | in | out |
|---|---|---|---|---|
| 7-14-05 | Martin Chase | 1A__ | 8:00 | 10: |
| 7/14/05 | Bruce ____ | | ___ | 1 |
| 7/1/05 | ___ Templer | | 8:50 | |
| 7/14 | Nancy K Ingler | US__ | 10:40 | |
| 7/14 | Camille M. Bridge | | #1250 | |
| 7/14 | Charlie Warrick | PD's Office | 10:40 | 3: |
| 7/14 | Ron Suls | EDC | 1156 | 14 |
| 7/14 | D Riggulls | BCI | 12:30 | |
| 7/14 | | | | |
| 7/14 | Chrd Potts | CFG | 1:00 | 2: |
| 07-14 | William Hoed | ICE | 13:06 | 14:0 |
| 7-14 | Ken Herman | Sonolite | 13:36 | 14:16 |
| 7-14 | Eleny Kousoulis | Fed Public Def | 3:05 | 4:4 |
| 7-14 | ___ Knt | DOC (FS) | 0800 | 08 |
| 7-15 | ___ | Stericycle | 800 | |
| 7-15 | George Graves | Mc Foy Refrigeration | 8:40 | 0935 |
| 7/15/05 | Carol A. Tavani M.D. | CPS/ PD's Office | 0900 | |
| 7/15/05 | Victor Keen RF | BCI | 930 | |
| " | J. Ismaeel | NAIF, Inc | 9:55 | |
| 7/15/05 | Shelley Wingling | DFS | 10:25 | |
| 7-15-05 | A. Jolly | Horizon House | 10:30 | 11: |
| 7/15/05 | Stephen Price | CMS | 11:15 | 12: |
| 7/8/05 | C. ___ arle | DCJ | 12:45 | |
| 7/15 | marie washington | Cordwill Ind | 12:50 | |
| 7/15 | Jonathan Fox | Tetra Tech | 1:00 | 3:10 |
| 7/15 | Chuck Warming | PD | 1:00 | 3:25 |
| 7/15 | D McQuisten | Phares | 2:15 | |
| 7/16 | D Reggulls | BCI | 8:05 | |
| 7/16 | Roman Gorelik | UPenn | 11:20 | |
| 7/17 | Reggulls | BCI | 9:30 | |
| 7/18 | C. ___ | Trane | 10:55 | 12:30 |
| 7/18 | ___ | Rigdon / Smith | 11:30 | |
| 7/18 | Reeves | BCI | 11:45 | |

| 222 Date | Name | Orig | in | |
|---|---|---|---|---|
| 7/21/05 | Steve Quattrociocchi | Canon | 9:30 | |
| 7/21/05 | Debbie Olimer | Reentry | 1230 | |
| 7/21/05 | Andres C. Rino | ETS | 12.55 | 2:00 |
| 7/21/05 | Carl Wood | Bop | 1:45 | |
| 7/21/05 | Michael Sisko | BPS | 8:20 | |
| 7/22/05 | Marianne Stowley | CMS | 8:00 | 2:40 |
| 7/22/05 | Marcie Doug | CMS | 8:30 | 2:40 |
| 7/22/05 | Bert Tomlinson | TASC | 8:58A | 1:00 |
| 7-22-05 | Mac Krauss | RASOME | 9:00AM | 1:45 |
| 7-22-05 | DC deMello | CMS | 8:00 | |
| '' | T. Ismaeel | NAIF, Inc | 9:55 | |
| 7/22/05 | Vuto Kau | BCI | 10:45 | 10:55 |
| 7/22 | Dawn Jones | BWCI | 11A | 3p |
| 7/22 | Odunlee, Bur | Well | 11:10 | 1:43 |
| 7/22 | D. Cassell | CMS | 11:10 | 2:30 |
| 7/22 | C. Earl | NCJ | 12:45 | |
| 7/22 | Dr. R Brewer Smyth | U Del | 2:35 | 8PM |
| 7/22 | Victoria Yost | U Del | 2:35 | 8PM |
| 7/22 | Delia Dear | DVI | 3:00 | 3:40 |
| 7/22 | Jean Jackson | DVI | 3:00 | 3:00 |
| 7/22 | Elliot Cohen | Cathy | 11:25 | |
| 7/22 | Tiffani Williams | paralegal | 11:28 | |
| 7/22 | Von Jenkins | | 11:45 | |
| 7/23/05 | Yvonne Stratton | Mel | 1436 | 2:38 |
| 7/23/05 | N Roberts | medical | 2.235 | 2:24 |
| 7/23 | Laura Holland | BCI | 10:10 | |
| 7/25 | Michael Brown | TEANE | 8:30 | |
| 7/25 | Joanne Shallcross | Attorney | 10:45 | 11:16 |
| 7/25 | Lee Newcomb | DSS | 10:45 | 11:16 |
| 7/25 | Karen McLaughlin | CASA | 10:45 | 11:50 |
| 7-125/05 | Bruce Leighty | pest control | 11:30 | |
| 7/25/05 | O. Rios | CPE | 1: | |
| | I. Manco M.Scott | CCDSS | 1:20 | |

223

| Date | Name | Orig | in | out |
|---|---|---|---|---|
| 7/25 | Dawn McQuiston | VAC | 150 | |
| 7/26 | Green | CMS | 2cu | |
| 7/26 | Ben Greeny | Key Village | 10:10 | 11:55 |
| " | Vanessa Reed | O.D. | 10.10 | |
| 7/26 | D Rezzullo | BCI | 11:55 | |
| 7/26 | Mark Cabry | DTI | 12:05 | 4:00 |
| 7/26 | Scott White | DTI | 12:55 | 4:00 |
| 7/26 | | | | |
| 07/26/05 | Dona Lynn Woodard | PF Bible study #5 | 6:31 | 8:50 |
| 7-27-05 | Nedem | Medical | 7:43 | 7:47 |
| 7-27-05 | Wight | Education | 105 15 | |
| " | ED Fisher | MIS | 10:35 | 11:22 |
| 7/27 | D Rezzullo | BCI | 12:15 | |
| 7-27-05 | Rosalind Stansell | BCI | 12:46 | |
| 7/27 | T Hugh Weston | BCI | 12:48 | |
| 7/27 | D McQuiston | VAC | 2:02 | |
| 7/28 | Joe Durney | P+P | 0905 | 0947 |
| 7/28 | Gee | CMS | 910 | 1000 |
| 7/28 | JACKI WILSON | Superior Crt ISO for DeShanda Jackson | 9:25 | 11:30 |
| 7/28 | RICH BROWN | DOC-IA | 9:34 | 10:46 |
| 7/28 | JACK SINOS | DOC- | 9:34 | 10:46 |
| 7/28 | John Dowling | Pub Def | 9:52 | |
| 7/28 | Brian Bailey | Pub Def | 11:50 | 12:55 |
| 7/28 | D Rezzullo | BCI | 11:46 | |
| 7/28 | | | | |
| 7/28 | Tobi Rowe | DPS | 1:45 | 2:45 |
| 7/28 | YOLANDA HARRIS | D. Baker | 2:40 | |
| 7/28 | Carle | DCJ | 3:05 | |
| 7/28 | Bharat J. Gujja | Yuga | | |
| 7/29 | T. I. Smaa'eel | NAIF, Inc | 10:00 | |
| 7/29 | C Carle | DCJ | 12:30 | |
| 7/29 | ED Fisher | MIS -us | 1:05 | 1:50 |
| 7/29 | C. Bultslem | CFF | 1:35 | 1:50 |

225

| Date | Name | Org | in | out |
|------|------|-----|-----|-----|
| 8/5/05 | Barbara Carter | The Way Home | 8:00 AM | 8:30 |
| 8/5/05 | Justine Prest | The Way Hm | 8 wth | 3:30 |
| 8/5/05 | Patricia Fleetwood | " | Sam | 3:30 |
| 8/5/05 | Lucille Stanway | OPP | 8:40 | 9:35 |
| 8/5/05 | Ed Kramer | PD's | 9:10 | 1147 |
| 8/5/05 | Beth Deross | PD | 9:15 | 11:05 |
| 8-5 | T. Tsmss'ed | NAIF, Inc | 9:50 | |
| 8/5 | McQuisten | Vac | 10:35 | |
| 8/5 | Bill Wilkerson | Lilly Fathers | 11:20 | |
| 8/5 | Cindy Maguire LPN | BCI | 11:30 | 11:52 |
| 8/6 | Saul Wilford | Butt | 16:40 | 2:00 |
| 8/6 | Marsha Miller | DMP | 12:35 PM | 1:30 |
| 8/6 | Ernie | P.D.O. | 12:35 PM | |
| 8/6 | Jim Wood | SVDP | 12:50 | 2:40 |
| 8/6 | Vito Kluma RN | BCI | 1000 | 108 |
| 8/6 | Victory Bible Study | Victory Bible | 12:55 | |
| 8/6 | Zakiyyah Kankala | Drop | 11:5pm | |
| 8/7 | Vito Klum RN | BC I | 1100 | 1115 |
| 8/8 | Colleen Gahan | DFS | 11:00 | |
| 8/8 | DRoquello | BCI | 11:45 | |
| 8/8 | C. Battob | CFF | 1:00 | 2:10 |
| 8/8 | Len | | | |
| 8/8 | N Walker | PD | 1:10 | 341 |
| 8/8 | Dawn McQuisten | Vac Nurse | 1:50 | |
| 8/9 | Monica Scott | nurse | 6:50 | 330 |
| 8/9 | D Joslamus | CMJ | 830 | 1100 |
| 8/9 | Ed Turner | PD's | 9:35 | 4:45 |
| 8-9-05 | Todd E Conner | PO | 9:40 | 10:05 |
| 8-9-05 | Pam Dennis | Mahaffy | 10:00 | 11:30 |
| 8/9/05 | Melanie Jahutsky | SC ISO | 10:05 | 10:96 |
| 8/9/05 | Laura Divver | SC ISO | 10:05 | 10:96 |
| 8-9-05 | Robert J Cooper | Mahaffy | 10:08 | 1130 |
| 9 AUG 05 | David O'Connor | V. Trizan | 10:45 | 1:30 |

228

| Date | Name | Orig | in | out |
|------|------|------|-----|-----|
| 8/17 | Ed Farm | PD | 9:30 | 1: |
| 8/17 | Doug Carlton | Medical | 10/8 | |
| 8/17 | Gloria Markewicz | Medical | 10:16 | |
| 8/17 | Paul Jackson | Kitchen | 1020 | 1110 |
| 8/17 | Drew Brignola | Boiler Fitter | 1137 | 1205 |
| 8/17 | Emily McGuire con | BCI | 1158 | 12⁰⁰ |
| 8/17 | H. Curston | VAC | 1:25 | |
| 8/18 | Jenkins | TASC | 8:00 | 10:35 |
| 8/18 | Steele | CMS | 8:00 | 9: |
| 8/18 | V. Downey | P+P | 0900 | 1002 |
| 8/18 | Ed Fmba | SPD's | 0925 | 1948 |
| 8/18 | Paul Fail | McFoy Refrig. | 0930 | 11:40 |
| 8/18 | M. Wilson | MIS | 10:10 | |
| 8/18 | Melvin Utley | Zoe Day Camp | 10:18 | |
| 8/18 | R. Russell | BCI | 1200 | |
| 8-18 | Robert Lewis | WCF | 12:50 | |
| 8/18 | Monika Sutherland | CTAC | 12:55 | 1:45 |
| 8/18 | R. Mooney | CMS | 1:20 | 20 |
| 8/18 | | CMS | 1:20 | |
| 8/18 | Breton | MAC | | |
| 8/19 | Gayle | DCI | 8:45 | |
| 8/19 | Allstead | PP | 8:40 | |
| 8/19 | Ed Farm | PD | 9:50 | |
| 8/19 | Ken Ogden | CMS | 1000 | 1:15 |
| 11 | Tokuyo Tsunoda | NAIF, Inc | 10:00 | |
| 8/19 | John Bowllan | Pub Def | 10:00 | |
| | Michael Gaste | DVS | 11:10 am | |
| 8/19 | B. Garrita | BCI | 12 20 pm | 1:55 |
| | Jakniyah Barham | DMP | 1245 | |
| 8/19 | D. McCurston | VAC | 1:45 | |
| 8/19 | M. Wall | PD | 1:45 | 4:00 |
| 8/19 | Monroe Scott | Agency (medical) | 1045 | 1:15 |
| 8/19 | Jane Nelson | BCI | 9:30 | 9:42 |

**230**

| Date | Name | Org | in | out |
|------|------|-----|-----|-----|
| 8/24 | Ed Farren | PD's | 10:05 | 1: |
| 8/24 | Senator | PT | 1:12 | |
| 8/24 | Dawn McQuiston | VAC | 2:15 | |
| 8/28 | D. Joslin | CMS | 30 | 8:15 |
| 8/26 | J. Blan | Abraxeca | 9:5 | 1 |
| 8/26 | Ed Forme | PD's | 10:08 | 2: |
| 8/25 | Jay White | Gen | 2:41 | |
| 8/26 | T. Ismaeel | NAIF, Inc. | 10:00 | |
| 8/24 | Ed Farren | PD's | 10:03 | 1 |
| 8/26 | D. McQuiston | VAC | 12:45 | |
| 8/46 | B. De Angelis | DPS | 2:20 | 8:00 |
| 8/26/05 | M. J.S. | DFS | 20 | |
| 8/26 | Zakriyyah Rashada | DMP | 1 | |
| 8/25/05 | Elann Nnenne | DSAMH | 8:45 | 12 |
| 8/29/05 | Debra Crosson | DSAMH | 8:45 | 12 |
| 8-29-05 | Ed Farren | PD's | 10:15 | 14 |
| 8/29/05 | Jim Augustine | PSX | 10:30 | |
| 8/29/05 | Megan O'Brien | DFS | 1:10 | 2:0 |
| 8/29/05 | Jin Lorenzana | DFS | 1:10 | 8:0 |
| 8/29/05 | Kevin Force | Pierce | 6:15 | |
| 8/30/05 | D. Joshua | CMS | 8:10 | |
| 8/31/05 | E. L. Martin | SCISO | 950 | |
| 8/30/05 | Br. Chris Posca | Corbon | 10:00 | 114 |
| 8/30/05 | David Allwood | TASC | 10:13 | 102 |
| 8/30/05 | Ed Farren | PD's | 10:30 | 1 |
| 8-30-05 | Todd Conner | PD | 10:45 | 11:0 |
| 8/30/05 | Roslyn Ruttew | RSVP | 12:15 | 4:30 |
| 8/30/05 | Zakriyyah Rashada | DMP | 1:5 | |
| 8/30/05 | Linda Hunter | CMSmed | 1:50 | |
| 8/30/05 | Lee K | Lt/SSA Hickson | 8:45 | 9:0 |
| 8/31/05 | Ed Farren | Pub. DO | 10:30 | 2: |
| 8/31/05 | Carol Newberry | CASA - Kent County | 10:45 | |
| 8/31/05 | Chris Rowe | FAD | 12:25 | 12:3 |

**236**

| Date | Name | Orig | in | out |
|------|------|------|-----|-----|
|  |  |  | 8:50 | 12: |
|  |  |  | 9:30 | 11 |
|  |  | Inc | 9:55 |  |
|  |  | Atty | 10:57 | 15 |
|  |  |  | 10:88 |  |
|  | S. Mauriston | VAC | 1:24 |  |
| 9/23 | Martie Chase | TMS | 1:40 | 3:10 |
| 9/23 | N. Robins | DCO | 1:40 | 5 |
| 9/23 | Michie Zook | DFS |  |  |
| 9/23 | Eleni Kousoulis | Fed Public Def | 2:38 | 3:3 |
| 9/23 | Patricia Lang | mentor | 6:40 | 7:5 |
| 9/24 | Brian Bailey | D | 9:30 | 10:1 |
| 9/26 | Stephen J. Ilio | SOAR | 8:50 | 10: |
| 9/26 | Ryan Howard | Visitor | 9:20 |  |
| 9/26 | Debbie Snyder | MHHI | 9am | 11 |
| 9/26 | E. | PDL | 10:25 | 1:1 |
| 9/26 | Scott W. Marsh | Visit | 10:20 |  |
| 9/26 | Bernadette Rilizli | DFS | 10:40 | 11:10 |
| 6/26 | McQuiston | VAC | 1:16 |  |
| 9/26 | Sheila Gotes | Del Mentors | 6:30 |  |
| 9/27 | Dan Myers | waymon | 8:30 |  |
| 9/27 | Allen Nutter | WAIMAN | 8:30 |  |
| 9/27 | Chris Jones | Wayman | 8:30 |  |
| 9/27 | J. Durie | P & P | 8:45 | 10:5 |
| 9/27 | Mark Cohen | DTI | 9:00 | 10:55 |
| 9/27 | David Gentilcore | DAHCCD | 9:15 |  |
| 10/7 | B. Shu | CMS | 9:0 | 10:30 |
| 9/27 | | ACT | 9:40 | 11:0 |
| 9/27 | C. 2 | Tour | 10:15 |  |
| 9/27 | Erica Sanders | Tour | 10:15 |  |
| 9-27 | Charlene Cruz | Tour | 10:15 |  |
| 9/27 | | Tour | 10:15 |  |
| 9/27 | Nikki Pauls | Tour | 10:15 |  |

| Date | Name | Orig | in | 239 out |
|------|------|------|-----|---------|
| 10/5 | Victor Janvier | Shone Doors | 9:54 | 10:02 |
| 10/5 | Hector G. Garcia | PDO | 10:15 | 12:00 |
| 10/5 | Dou murford | D. Baker | 11:37 | |
| 10/5 | Christine Earle | ACJ | 1:05 | . |
| 10/5 | Mark Ferguson | Overhead Door Co | 1:25 | 1:50 |
| 10/5 | Zakryyah Rashid | DNP | 6:15 | |
| 10/5 | SELMA R. LIGHTFOOT | MSN | 10:58 | 7:40 |
| 10/5 | Lynn Howard-Ryder | MSN | 10:58 | 7:40 |
| 10/6 | D Joshua | CMS | 8:30 | 10:04 |
| 10/6 | DAVE FALLERS | BD ABEL " | 8:30 | 10:00 |
| 10/6 | MRS WARNER | BD ABEL | 8:30/ | 10:00 |
| 10/6 | Jll Munny | | 9:07 | |
| 10/6 | P McCright | DFS | 10:10 | 11:10 |
| 10/6 | Hector G. Garcia | PDO | 10:15 | 11:45 |
| 10/6 | Janne Clark | | 10:50 | |
| 10/6 | Mr Ward | Persons NCS | 11:16 | 12:15 |
| 10/6 | S Brigham | | | |
| 10.6 | Charles Sieman | | 20 | |
| 10.6 | M. Donovan | | 2:00 | |
| 10/6 | Tamika Hill | Job Corps | 2:03 | 2:50 |
| 10/6 | Hazel Inman | | | |
| 10/6/05 | SELMA R. LIGHTFOOT | MSN - MEDICAL | 11:00 | 07:40 |
| 10/7/05 | Norma Williamson JDC | GMS Mgln Rick Meyers | 8:45/ | 9:40 |
| 10/9/05 | Jll Munny | PD | 9:17 | |
| 10/9/05 | Bruce Barley | PD | 9:16 | |
| 10/7/05 | Eleni Kausalis | Fed Public Def | 9:28 | 9:40 |
| 10/9/05 | Bill Murrian | Mahaffy & Assoc | 9:52 | 11:22 |
| " | T Ismaaeel | NAIF, Inc | 10:12 | |
| 8/10 | M Clark | OCS | 12:5 | . |
| | N | | | |
| | Frank Carte | | | |
| | TIM WELLER | PD | 4:15 PM | 4:30 |
| | T. Ismaaeel | NAIF, Inc | 6:40 | 7:35 |

| Date | Name | Organization | in | out |
|---|---|---|---|---|
| 10-12 | H. Clark | CMS | 9:30 | 11:USA |
| 10-13 | La | NISSAF | 9:40 | |
| 10/13/05 | T. Corcoran | Trane | 9:40 | 10:45 |
| 10/13/05 | Ed Fahrun | PD | 10:10 | 2:02 |
| 10/13/05 | Shir-lee Persaud | | 1:20 | |
| 10/13/05 | Dect. M. Mal | DSP | 1:30 | 2:00 |
| 10/13/05 | Tony McFoy | McFoy Bro. | 2:00 | |
| 10/13/05 | Paul Horgan | ACT | 5:25 | |
| 10/14/05 | DAVID ALLWOOD | TASC | 0842 | 1006 |
| 10/14/05 | Dan Munford | CMS | 0850 | 1330 |
| 10/14/05 | T. McFoy | McFoy Bro. | 9:16 | |
| " | T. Ismaeel | NAIF, Inc | 9:50 | |
| 10-14-05 | Roy hudson | Hoopes Fire | 10:30 | 12:23 |
| 10-14-05 | Ed Fahrun | PD | 10:30 | 2:00 |
| 10-14-05 | Jim Bahel | Martel Inc. | 10:30 | 1:00 |
| 10-14-05 | Carolyn Webb. | Corey Village | 1040 | 11:20 |
| 10/14/05 | N. Clark | WWRC | 1040 | |
| 6/14/05 | Deanna Andus | WWRC | 1040 | |
| 10-14-05 | Tresa Carter | WWRC | 10:40 | |
| 10-14 | R. Harvey Del | WWRTC | 10:40 | |
| 10-14 | John J. Ryan | DOC | 11:05 | 2:00 |
| 10-14 | Sheree Chopon | DFS | 11:45 | 1:10 |
| 10-14 | Julie Kachik | Children | | |
| 10-14 | Joey Kach.k | | 12:55 | |
| 10-14 | Eileen Leffel | self | | |
| 10-14 | T. Bolander | CMS | 1:15 | 2:18 |
| 10-14 | C. Fair | DCT | 1:25 | |
| 20- | Michael Seggie | DFS | 530/ | |
| " | T. Ismaeel | NAIF, Inc | 6:20 | |
| 10-15 | Robert May | CJI | 9:22 | 1:30 |
| | Anne Ward | CJI | 9:22 | 1:30 |
| | Loretta White | | | |
| | Debbie Snider | Horse HUnSE | 945 AM | 11:50 |

| Date | Name | Organization | in | out |
|------|------|-------------|-----|-----|
| 10/19 | | | | |
| 10/21 | Lucille Stewart | OPD | 8:45 | 8:50 |
| 10/21 | Cathryn Lunger | Public Defut | 8:50 | 9:40 |
| 10/25 | Dr. John Friedler | New Beginnings | 9:40 | 10:45 |
| " | T. J. Ismaaeel | NAIF, Inc | 9:50 | |
| 10/21 | Ed Ivonn | OPD | 10:30 | |
| 10/24 | C. Earle | DOJ | 12:46 | |
| 10/21 | Eleni Kousalis | Fed Public Def | 12:56 | 2:30 |
| 10/21 | D McOvston | VAC | 1:12 | |
| 10/21 | Monique Ruhland | DFS | 2:35 | 3:50 |
| " | T. Ismaaeel | NAIF, Inc | 6:10 | |
| 10/24 | Stephen O. Julio | Some | 8:13 | 10:55 |
| 10/24 | Geneva S. Freeman | Civigenics | 8:10 | 9:20 |
| 10/24 | Brett Tomlinson | TASC | 8:27PM | 11:00AM |
| 10/24/05 | Rob Kirby | PA State Police | 5:55 Am | 11:47 |
| 10/24 | Cara McCree | PA State Police | 9:55 AM | 11:47 |
| 10/24 | Ed Ivonn | OPD | 10:25 | 2:30 |
| 10/24 | Stanley G. Fitzgerald | Maint | 10:30 | ILLEGIBLE |
| 10/24 | Dawn McOvston | VAC | 1:30 | |
| 10/24 | Rene Whitby | P.A. | 1:30 | 3:00 |
| 10/25 | Amy Osgad | Avodah | 9:00 | 11:00 |
| 10/25 | Jack Ryan | Thresholds | 9:00 | (UC) |
| 10/25 | Ed Fisher | MIS | 9:25 | 12:50 |
| 10/25 | Ed Ivonn | OPD | 9:35 | 11:39 |
| 10/25 | Jeff Wincholt | Keystone Door | 10:30 | 10:45 |
| 10/25 | Tammy Washington | DFS | 10:50am | 11:35 |
| 10/25 | Joseph Potts | DFS | 10:50a | 11:35 |
| 10/25 | John Gromann | PSX | 12:40 | 1:30 |
| 10/25 | Jerry Coore | atty | 2:35 | 3:00 |
| 10/25 | Susan Woodward | SOAR | 2:41 | 3:25 |
| 10/25 | Mary Crowley | Bound School | 3:05 | 4:30 |
| 10/25/05 | Dona Lynn Woodard | AF Bible Study #5 | 6:35 | 8:45 |
| 10/20/05 | J. Durven | P&P | 08:50 | 09:20 |

**244**

| Date | Name | Org | In | Out |
|---|---|---|---|---|
| 10/26 | Mike tave | 2 Days Both Rockways | | |
| 10/26 | Mary S. White | Reentry | 11:25 | |
| 10/26 | Elsbeth Neffer | Reentry | 11:25 | |
| 10/26 | Geneva Freeman | Village | 12:10 | 12:00 |
| 10/26 | D McQuiston | VAC | 1:25 | |
| 10/26 | G. McCain | Key Vienese | 2:00 | 3:00 |
| 10/26 | Kim Bryant | PD | 2:30 | 4:30 |
| 10/27 | La | W.T.S AHICKa | 9:00 | 9:15 |
| 10/27 | Melissa Weise | FVM | 9:05 | |
| 10/27 | Ed Fomm | PD | 9:20 | |
| 10/27 | Dan marked | medical | 0920 | 1500 |
| | ~~Rutherty~~ No | | | |
| 10/27 | Eleni Kousoulis | Fed Public Def | 9:50 | 10:10 |
| 10/27 | ROBERT KIRBY | PSP moora | 1005 | 1115 |
| 10-27 | Shelley Yingling | DFS | 10:35 | 11:40 |
| 10/27 | Bruce Drieman | DOC | 11:28 | 12:10 |
| 10/27 | CAMGK masaitz | AG | 11:85 | 1:55 |
| 11/27/05 | Bobby Oncra | A Tty | 2:25 | 4:00 |
| 10/24/05 | Rhau ced ergo | DCT | 3:00 | 4:7 |
| 10/28/05 | Hunt Kilpnick | Tricycle | 735 | |
| 10/28/05 | DC dumis | cms | 8:50 | |
| 10/28 | VILLANUEV | PO | | |
| 10/28 | Thomas Mendlton Healey | FA | 8:45 | |
| 10/28 | Ed Fomm | PD | 10:10 | 1:20 |
| 10/28 | Megan G. Parker | yoga Villiage | 12:0 | |
| 10/28 | G Earll | DCJ | 12:05 | 12:20 |
| 10/28 | D McQuiston | VAC | 1:44 | |
| 10/28/05 | A. Thomas | Tri County Pest Control | 2:15 | |
| | T Ismoo'euf | NAIF, Inc | 6:00 | 7:20 |
| 10/30/05 | Kathryn Lunan | PD's office | 11:55AM | 1:5 |
| | David Baccal | " " | 12:00 | 1:08 |
| 10/31 | 4 Earll | My Village | 1:20 | |
| | Fomm | | 9:25 | 2:1 |

| Date | Name | Orig | in | out |
|---|---|---|---|---|
| 11/1/05 | Wm Wilbur | Thomasville | | 11:00 |
| 11/1/05 | Kathleen Coleman | PF | 12:50 | 2:50 |
| 11/1/05 | Judy melle | SURJ | 1:10 | 3:30 |
| 11/1/05 | Stephanie Symons | SURJ | 1:10 | 3:30 |
| 11/1/08 | Dana Sorenson | SURJ | 1:10 | 8:30 |
| 11/1/05 | Natasha Douglas | SURJ | 1:10 | 3:30 |
| 11/1/05 | April Bungy | MSN | 3:15 | |
| 11/1/05 | Dona Lynn Woodard | PF Bible Study #5 | 6:20 | 8:51 |
| 11/2/05 | Christin Carlow | Avodah Dance Ensemble | 8:40 | 11:06 |
| 11/2/05 | J. Durney | P+P | 8:50 | 9:05 |
| 11-2/05 | Ron Lindsten | maintence | 9:05 | 9:25 |
| 11/2/05 | Katie Earnest | St Francis | 9:15 | 12:00 |
| 11/2/05 | Ed Comm | PD | 9:35 | 2:15 |
| 11/3/05 | Leah Benson | Kingdom Hall | 9:45 | 10:55 |
| 11/05 | Marna Slate | C+77 | 9:45 | |
| 11/2/08 | Jeanne Motteps | | 10:25 | 11:45 |
| 11/2/05 | M. Weller | MIS Unit 8 | 11:25 | |
| 11/2/05 | Kathryn Lunger | PD | 2:30 | 4:05 |
| | D Faccjoci | PD | 2:44 | 4:05 |
| 11/2/05 | Monique Ruhland | DFS | 1:55 | |
| 11/2/08 | Eleni Kousoulis | Fed Public Def | 3:40 | 4:10 |
| 11/3/05 | April Bungy | MSN / medical | 7:10 | |
| 11/3/05 | John Doolwo | PD | 8:20 | |
| 11/3 | V. Awing | DCC | 8:20 | |
| | M Knight | JCC | 8:20 | |
| | C. Klein | JCC | 8:20 | |
| M | J. Chase | TSC | 8:00 | 9:50 a7 |
| 11/3 | | ████████ | | 1:00 |
| 11/3 | J. Ferguson | DFS | 10:20 | 11:30 |
| M | T. Ismaeel | NAIF Inc | 10:30 | |
| 11/3/05 | Ben Perry | Key Village | 10:35 | 11:00 |
| 11/3/05 | Kit Lunger | PD | 11:10 | 12:50 |
| 11/3/05 | Bernie O'Donnell | PD | 11:20 | 11:35 |

246

| Date | Name | Orig | in | |
|------|------|------|------|---|
| 11/3 | Juan Jose Las | | 10:00 | |
| | | msw medican | 07:8 | 3 |
| | | TES | 9.05 | |
| | | medical | 9:15 | 9: |
| | williams | Modical | 930AM | |
| 11/4/05 | Dan munford | medical | 0820 | 14 |
| 11-4-05 | Lena | PD | 9:35 | |
| 11-4-05 | Eleni Konsoulis | Fed Pub Def | 9:4 | 9: |
| 11/4/05 | Ben Piercy | Key Village | 9:50 | 11: |
| 11/4 | Ju Ismaicel | NAIF | 10:20 | |
| 11/4/05 | Kathryn Lunger | PD | 11:45n | 12: |
| 11.4 | Fierro | PD | 11:55 | 12: |
| 11-4-05 | Sheila Ramm | P&P | 12:31 | 11: |
| 11/4 | McQuiston | VAC | 1:05 | |
| 11/4 | C Earl | DCJ | 1:05 | |
| 11/4 | Michal Ishw/Jessica Paoli | DES | 2:28pm | |
| 11/4 | A. Thomas | Tri-County | 4:00 | |
| 11/6/05 | Rev. Frane C. Manuel | Solid Rock Church | 1:32pm | |
| 11/6/05 | Kenneth Manue | " | " | |
| 11/6/05 | nufey | meahtes | 6:30 | 800 |
| 11/6/05 | SW Ryan | " | 6:30 | 8:00 |
| 11/7/05 | Steph V. Iho | SOAR | 8:50 | 10:36 |
| 11/7/05 | Gail Rebutt | Bd of Parole | 9:00 | |
| 11/7/05 | Tim Wellon | PD | 9:15 | 10:5 |
| 11/7/05 | Wayne Clark | Emanuel Walker | 11:10 | |
| 11/7 | D McQuiston | VAC | 1 2:08 | |
| 11 | Vanessa Ferd | P.Dis | 2:30 | |
| 11/7 | C Earl | DCJ | 9:00 | |
| 11/7 | Dan Munford | medical | 1500 | 1400 |
| 11/7 | Mark P | Coures (Adam) | 11:30 | |
| 11/8/05 | Vest P. Peter | Laupo | 11:20 | 11:35 |
| 11/9 | Kim Bryant | PD | 11:25 | 11:4 |

| Date | Name | Orig | in | out |
|------|------|------|-----|-----|
| 4/8 | Kathleen Coleman | PT | | |
| 11/8 | Donna Farra | on DD | 1430 | 1450 |
| 11/8 | Ray Hancock | on DD | 1430 | 1450 |
| 11/8 | April Briney | medical MSW | 1500 | |
| 11/8 | Gobiny Church | medical | 4 | |
| 11/8 | J. Ismaa'eal | NAIF, Inc | 5:15 | |
| 11/08/05 | Dona Lynnwoodard | PF- Bible Study #5 | 6:15 | 8:30 |
| 11-9-05 | Todd E. Connor | PD | 9:00 | 10:25 |
| 11-9-05 | K Earnest | medical | 9:15 | 12 |
| 11/9/05 | Dan munford | medical | | |
| 11/9/05 | Ivan Scott Jones | Mental Health | 9:57A | |
| " | T. Harper Jr | PD & DD20 | R:10 | 2:15 |
| 11/9 | Dr A Turner | PD | 2:50 | 4:50 |
| 11/9 | Diane Kruger | | 8:45 | |
| 11/9 | Ms Tiarra Baldwin | Dick up Cargo Baldwin | 9:00 | |
| 11/10 | Joseph Darvey | P&P | 0840 | 1000 |
| 11/10 | Joan Hogan | Pro Sonoco | 9:30 | 11:45 |
| 11/10 | Dave Zuhl | Presentsew | 9:30 | 11:44 |
| 11/10/05 | Michael Jushe/Jessica Paoli | DFS | | |
| 11.10.05 | Lee | M ISSAHSCKon | 10:00 | 10:20 |
| 11/10 | Genell Walls | Friendship House | 9:30 | 11:30 |
| " | J. Ismaa'eal | NAIF, Inc | 9:30 | |
| 11/10/05 | Bowell | PD | 9:5 | 11:20 |
| 11 | Veronica Hord | P.D. | 9:45 | |
| 11/10/05 | Ivan Scott Jones | MH | 9:55A | |
| 11/10/05 | Kathleen Parisi | Interview | 11AM temp | 1PM |
| 11/10/05 | Villanew | DD office | | |
| 11/10 | C Earle | DCJ | 12:10 | |
| 11/10 | R M Hennry | CMS | 12:15 | |
| 11/10 | Genell Walls | Friendship House | 1200 | |
| 11/10 | Jimmie | PD | 1:30 | 1:? |
| | T Bolander | CMS | 1:35 | |
| 11/10 | A Adams | PTI MAC | 150 | |

**248**

| Date | Name | Org | in | out |
|------|------|-----|-----|-----|
| 11/11/05 | Lindberg | (Cod Alcnd | 1 — | |
| 11/11/05 | Red L Red vicaupert | Kitchen | 9:00 | 10:10 |
| | | NDIE, Inc | 9:45 | |
| | | Visit | 10:35 | 12:5 |
| | Lorraine Santos | Interview | 12:00 | 1:00 |
| 11/11 | Mrs Sharon Leonard | Partual Visit | 1:50 | 3:3 |
| 11-11 | Joe Cooley | Officer | 3:30 | |
| 11/11 | Jackie Brooks | | | |
| 11/11 | | CA | | |
| 11/14 | DCarmeli | medical | 9:00 | |
| 11/14/05 | Schetzweiler | Canon | 9:20 | 9:45 |
| 11/14/05 | Barbara RRiley | DVR | 9:30 | |
| 11/14/05 | Janine Ligami | Attorney | 9:50 | |
| 11/14/05 | DQ Fisher + mis | Care Report | 10:00 | 10:2 |
| 11/14/05 | Barbara R Riley | DVR | 1:00 | |
| 11/14/05 | Ernie Dulapas | P.D.O. | 1:30 pm | 3 |
| 11/14/05 | Lucille Stamia | OPD | 8:37 | 10:4 |
| 11·14·05 | Martn Chase | TASC | | |
| 11-15-05 | Melissa Alder | TASC | 10:03 | 11:1 |
| 11 | Jackie Wade | TASC | 10:03 | 11:1 |
| 11/15 | Bill Myers | McFal | 1:00 | |
| 11/15 | Ron Lindsor | Hoopes frone | 11:20 | 11:5 |
| 4/15 | Mch | Attorney | 1:25 | |
| 11/16 | CEarnest | St Frankos | 9:20 | 9:20 |
| 11/16 | Ja Rye | Thresholds | 9:30 | 10:3 |
| 11/16 | Theresa Ponsomi | CFF | 9:45 | |
| 11/16/05 | Dan munsterd | medical | 09:5 | |
| 11/16/05 | Arnold yag | M# | 10:00 | |
| 21 | Kennett Bad | P.D. | 10:05 | |
| 11/16 | D McQueston | VAC | 11:15 | |
| 10/17/05 | Rich Crmia | attorney | 1:15 | 1:45 |
| 11/17/05 | Alluny | P&P | 11:50 | 1:40 |
| 11·17·05 | M Chase | TASC | 8:00 | |

249

| Date | Name | Orig | in | out |
|------|------|------|-----|-----|
| 11-17-00 | Alicia Collins | | 10:00 | 10:30 |
| 11-17-05 | Min. S. Leonard | Pastoral Visit | 10:50 | 12:00 |
| 11-17 | Elders | Village | 11:57 | 1:30 |
| 11-17 | Amin. | U.P.I.W.S | 11:57 | 1:30 |
| 1-17 | Melissa Weglarz | Village | 11:57 | 1:30 |
| 11/17 | Karaene Sacrbos | Utt | 2:00 | 7:00 |
| 11/17 | C. Clark | Tr. Sem DC | 8:05 | |
| 11/17 | M. Rivera | DFS | 9:00 | |
| 11/17 | Howard | mentor/visitor | 9:35 | 10:00 |
| 11/18 | T. Ismaeel | NAIF, Inc | 9:50 | |
| 11/18 | Larry Corcoran | Trane | 10:10 | 11:50 |
| 11/18 | Glen Heuschler | Trane | 10:20 | 10:45 |
| 11/18 | BO Fisher — MIS | Cpt Repetti | 10:25 | 11:00 |
| 11/18 | DAVID ALLWOOD | TASC | 11:30 | 1430 |
| 11/18 | Pam Trammell | DFS | 11:45 | |
| 11/18 | Christian, Jeannette | HR/DOC | 12:30 | |
| 11/18 | Janice Jordan | HR/DOC | 1230 | |
| 11/18 | John Buckley OSP | OSp | 1245 | |
| 11/18 | Jeff Lord | Gym | | |
| 11/18/05 | W. Justus | Gym | | |
| 11/18/05 | Stan Taylor | Gym | 12:54 | 2:54 |
| 11/18/05 | Paul Howard | Gym | 12:54 | |
| 11/18/05 | Rick Johnson | Gym | 1254 | 1500 |
| 11/18/05 | May Moore | grym | 1300 | |
| 11-18 | Robert Young | Gym | 13:05 | 3 |
| 11/18 | D McQuiston | VAC | 1:31 | |
| 11/18/05 | Michael Inlic/Josqua Radi | DFS | 125p | |
| 11/18/05 | Mary Brignell | | 151 | 445 |
| 11/20/05 | | Sdad Rock Church | 2:31 | |
| 11/20/05 | PAUL HAZDA | AKT LAB | 8:30 | |
| 11/21/05 | Lucille Stanish | OPD | 8:40 | 9:40 |
| 11/21/05 | Stephon DiJulio | SOAR | 8:50 | 10:30 |

| Date | Name | Org | Time |
|---|---|---|---|
| 11/21 | Dawn McQuiston | VAC | |
| 11/21 | Joe Crell | U.F.C.W | |
| 11/21 | Earnest | | |
| 11/22 | Ed Hill | PD | |
| 11/22 | Del Cull | PD | 9:10 |
| 11/22 | Sheree Cropper | DFS | 10:1 |
| 11/22 | Julia Lachin | Child | 10:0 |
| 11/22 | Joey Rachik | child | 10:4 |
| 11/22 | Bill Heckem | | 11:05 |
| 11/22 | Eric Dull | P.D.O. | 2:00 |
| 11/22 | Joe Bell | U.F.C.W. | 4:00 |
| 11/22 | Kit Lunger | PD | 4 |
| 11/22 | David Fresciro | PD | 4 |
| 11/22/05 | Dona Lynn Woodland | PF Bible Study #5 | 6:35 |
| 11/23/05 | Christy Rhodes | DCH | 9:10 |
| 11/23/05 | Phil Renzulli | PD | 9:1 |
| 11/23/05 | Donna Bah | DCH/GCW | 9:1 |
| 11/23/05 | Beth Chevigny | friend | 9:4 |
| 11/23/05 | Christy Rhodes | DCH | 9:50 |
| 11/23/05 | Gwen Scott Jones | medical | 9:5 |
| 11/23/06 | Steve Young | WLEC | 10:00 |
| 11/22/05 | Meeta Pardu | yoga | 11:36 |
| 11-23/05 | Dorette Butler | CTAC | 12:3 |
| 11-23-05 | Sharon Briscoe | C-TAC | 1230 |
| 11/23/05 | Lisa M B Johnson | CTAC | 12:4 |
| 11/23/05 | Tyrone C Johnson | CTAC | 12:30 |
| 11/23 | D McQuiston | VAC | 1:00 |
| 11/23 | D Codd | PD | 1:0 |
| 11/23 | A Mekler | Attorney | |
| 11/28 | Mike Lawrence | Essbor | 8:50 |
| 11-25 | Arlene Hopson | SDGC | 8:00 |
| 11/25 | Anthea Bedminster | | |
| 11-25 | Mr S. Leonard | Pastoral Visit | 9:50 |
| 11 | T. Ismaa'eel | NATE Inc | 9:50 |

**252**

| Date | Name | Orig | in | ou |
|---|---|---|---|---|
| 11/30 | Dawn McQuiston | UAC | 1:35 | |
| 12/01 | Dan munford | med | 08:02 | |
| 12/1 | Bonnie Codding Jr | CCP-Presentence | 0905 | |
| 12/1 | Hector Garcia | PBO | 9:30 | 10: |
| 11 | V. Reid | P.D. | 10:30 | |
| 12/1 | Karraine Saunders | Medical | 12:45 | 5:4 |
| 12/1 | David Subb... | Deuce | 1:49 | |
| 12/1 | D McQuiston | UAC | | |
| 12/1 | C.b. y Yuch. MD | Medical | 3 | 8: |
| 12/1 | Kathryn Surgr | PD | 3:55 | 40 |
| | DAVID J.J. Faccioli | PD Counsel Mucu... | 355 | 4:0 |
| 12/1-05 | Equilla Edward | COTL w/ Que | 6:30 | 8:3 |
| 12/2/05 | Cornell Clark | Nursing/Medical | 8:38 | 9:4 |
| 12/2/05 | Dean Toon | DFS | 9:15 | |
| 12/2/05 | CD Fishey    MIS | | 8:30 | 2:0 |
| 12/2/05 | Jeff Nave    MIS | | 8:30 | 2:0 |
| 12/2/05 | Beth Welch | DOC media | 9:35 | 11: |
| 12/2/05 | Michele Steele | DFS | 9:47 | |
| 11 | T. Ismaeel | NATE, Inc | 9:55 | |
| 11 | MIKE CHALMERS | NEWS JOURNAL | 9:55 | 11:1 |
| 11/2 | Desireé Butler | | | |
| 12/2 | V. Durvey | P&P | 12:00 | 646 |
| 12/2/05 | M Clark | APC | 12:06 | 1:3 |
| 12/2/05 | C Earll | DCJ | 1:00 | |
| 12: | | | | |
| | | | | |
| 12/2/05 | Karraine Saunders | Medical | 3:10 | 8:1 |
| 11 | V. Reid | P.D. | | |
| 12/03/2005 | Carlie A. Sedden | BETHEL AME | 2:39 | |
| 12/8/05 | Brian Barley | P.D. | 2:18 | 3:4 |
| 12/4 | Stephen D. Julio | SOAC | 8:30 | 10: |
| 12/5 | Naomi Owensby | Prism Fellowship | 10:20 | |
| 12/5 | McN Clark | AYC | 11:20 | |