BWCI Baylor Women's Correctional Institution
660 Baylor Boulevard
NEW CASTLE DE, 19720
Phone No. 302-577-3004

Date: 12/15/2004

RECEIVED
DEC 15 2005
Warden's Office
BWCI

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** FAYSON, DONIAL M | **SBI#:** 00463713 | **Institution:** BWCI |
| **Grievance #:** 9142 | **Grievance Date:** 11/15/2004 | **Category:** Individual |
| **Status:** Unresolved | **Resolution Status:** | **Resol. Date:** |
| **Grievance Type:** Policy | **Incident Date:** 11/15/2004 | **Incident Time:** 09:50 |
| **IGC:** Moore, Joseph | **Housing Location:** Building 5, Tier 2, RM 6286, Top | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** ON THE ABOVE STATED DATE AND TIME I OVERHEARD C/O HUBBARD SAY TO AN INMATE TO "STAY AWAY FROM THE MUSLIMS, BECAUSE THEY AREN'T RIGHT." THIS IS IN-SIGHTING HATRED AND IS STRICTLY AGAINST DEPARTMENT OF CORRECTIONS POLICY. BEING AS SHE HAS GREAT INFLUENCE IN THIS PRISON, SHE FEELS SHE CAN SAY ANYTHING THAT SHE WANTS, WHICH CAN CAUSE A SEVERE ISSUE IF TAKEN INTO THE JUDICIAL SYSTEM.

**Remedy Requested:** I WOULD LIKE EACH OFFICER TO BE ADVISED OF POLICY AND PROCEDURE WHEN IT COMES TO DISCRIMINATION.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance:** NO | **Date Received by Medical Unit:** |
| **Investigation Sent:** | **Investigation Sent To:** Repetti, Douglas E |
| **Grievance Amount:** | |

BWCI Baylor Women's Correctional Institution
660 Baylor Boulevard
NEW CASTLE DE, 19720

Date: 12/15/2004

RECEIVED
DEC 1 5 2003

| | | |
|---|---|---|
| Offender Name : FAYSON, DONIAL M | SBI# : 00465715 | Institution : BWCI |
| Grievance # : 9142 | Grievance Date : 11/15/2004 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Policy | Incident Date : 11/15/2004 | Incident Time : 09:50 |
| IGC : Moore, Joseph | Housing Location : Building 5, Tier 2, RM 6286, Top | |

**INFORMAL RESOLUTION**

Date of Report  11/30/2004

Investigator Name : Repetti, Douglas E

Investigation Report : Capt. Repetti will discuss this complaint with C/O Hubbard and explain to her that making a statement of this nature is not acceptable.

Reason for Referring:

Offender's Signature: _[signature]_

Date : 12/15/04

Witness (Officer) : _____

Page 2 of 2