IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONIAL FAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-219-KAJ |
| | ) |
| BERNITA EARLE, PAUL HOWARD, | ) |
| and PATRICK RYAN, | ) |
| | ) |
| Defendants. | ) |

### ORDER

On January 30, 2006, defendants filed a motion to dismiss for failure to state a claim (D.I. 22). Plaintiff has failed to respond to the motion. Therefore,

IT IS HEREBY ORDERED that plaintiff shall file an answering brief in response to the motion on or before April 21, 2006, or this case will be dismissed.

UNITED STATES DISTRICT JUDGE

Dated: April 4, 2006
Wilmington, Delaware