IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DONIAL FAYSON,                    )
                                 )
    Plantiff,                    )
                                 )
    v.                           ) Civ. No. 04-219-KAJ
                                 )
BERNITA EARLE,                   )
PAUL HOWARD,                     )
PATRICK RYAN                     )
                                 )
    Defendants.                  )

**FILED**

APR 2 1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Answer to Motion Filed on January 30, 2006

1.    In April 2003 an Islamic class began here at BWCI.

2.    On May 8th I (Donial Fayson) did write a letter stating that I would like to participate in this Islamic class, this was only after several conversations with Ms. Bernita Earle requesting to be put onto the list to speak with Mrs. Tahsiyn Ismaaeel of The North American Islamic Foundation.

3.    My name was added to the list on Monday May 12, 2003 to attend the class on Thursday May 15, 2003. However on May 22, 2003 when I went to the Visting room (where the class was being held) the class had been canceled by the staff here at BWCI. The reason that the class was ceased was because Mrs. Ismaaeel did not submit a volunteer application. This information is per Captain Moore. ( See Statement from N.A.I.F)

4.  On June 24, 2003 Ms. Ismaaeel submitted a volunteer application as requested by the staff, but was later told that it had been lost. She subsequently submitted a second application. To date no response has been given regarding either application. (See Statement from N.A.I.F.)

5.  On August 1, 2003, a letter was sent to Christine Mazzeo, a treatment services counselor at BWCI, reiterating the need for an instructor to teach the women. Afterward in a phone conversation between Mrs. Mazzeo and Ms. Ismaaeel, Ms. Mazzeo stated that Ms. Ismaa'eel's application had been approved by Internal Affairs. (Exhibit A)

6.  In October 2003 a fax was sent to Chaplain Earle stating the need for a teacher here at BWCI, because of the upcoming season of Rammaddan we need to learn our prayers correctly. (Exhibit B)

7.  On October 22, 2003 a class was put in place for the month of Rammaddan so that we could meet together, however we where not provided a teacher. (Exhibit C)

8.  On October 25, 2003 Ms. Ismaaeel contacted BWCI by telephone and asked Captain Moore to inform the Muslim inmates that Rammaddan had not started which is important information. Not only did she contact them by phone she also contacted him by fax. This information was not passed on. (Exhibit D)

9.  On November 5, 2003 Davi Mozie of the Delaware Center for Justice contacted Ms. Ismaaeel on my behalf to get a better understanding of the discrimination occuring here at BWCI.(Exhibit E)

10. In January of 2004, Ms. Ismaa'eel attempted to contact the institution on my behalf so that I could get permission to have her lead me in the ritual prayer for the end of Eid ul-Adha (the ceremony commemerating Prophet Abraham's willingness to sacrifice his son for GOD). She was denied. (Exhibit F)

11. Although Mr. Chaudry was retained in April 2004, he attended the class two times. (Exhibit G- highlighted area). At the last class he stated that he felt uncomfortable teaching the Muslim women here at BWCI, because it is inappropriate for a man to teach a women in Islam. Mr. Chaudrhy also stated that he was trying to find some females to come and teach us but he was having issues, because they worked and had families so they didn't have the time. Because of my refusal to be taught by Mr. Chaudrhy I received a write-up. (See also Exhibit G-grievance dated April 2004)

12. In The first class a tape was shown of a man by the name of Hamza Yusuf, a heretical Sufi whom the scholars of Islam have warned against. Because I am an Orthodox Muslim I refused to sit with anyone who taught these type of heresies. (See also Exhibit G and Statement from N.A.I.F.)

13. Chaplain Earle attempted to contact him after several of the other Muslim inmates asked her was he ever going to return. Her response was " I left him messages but he has not yet contacted me." Neither myself or the Defendants has spoken to or seen Mr. Chaudrhy at BWCI. (See also Exhibit G- visiting log)

14.   After a ten month battle of writing grievances and writing several letters to outside sources our pastoral where restored on April 7, 2004. (See also Exhibit G- grievance dated January 2004) However, we still did not have any class time. The excuse that Chaplain Bernita Earle used for denial of our pastoral visits was that Ms. Ismaaeel's application was not approved. It should be noted that advisors from orher religious faiths have stated that no application is needed to enter the Institution for pastoral visits. On several different occasions a copy of the Pastoral Visit Policy has been requested. (See statement from N.A.I.F.)

15.   The Islamic prayer study group that I refused to participate in on November 20, 2004, was the one that Chaplain Earle set-up. We did not have a teacher so there was not need to continue with the class( See Exhibit C- highlighted area). Instead I wanted extended time on my pastoral visits which had to be used for class time because of the lacking of any type of worship/study time provided to the Muslim Inmates.

16.   During Rammaddan 2005 it is a fact the Chaplain Earle did allow us prayer time together as well as study time together in the visiting room. When I asked Chaplain Earle can we have classes just in the Visiting room, which Ms. Ismaaeel doesn't need clearance for she advised me that she would have to ask the Warden. I have still not received a response.

In addition, BWCI's visitor logs prove that Ismaaeel is visting with different inmates once a week. Moreover, at no time did I ask that Ismaaeel have access to the Gym/Chapel area of BWCI to conduct services, I do not care if we meet in the Visiting room as we have done previously. This space would be sufficient. Additionally, it is not fair that in order for a person to attend the classes they have to go through Chaplain Earle, be harrassed by her and then added to a list weeks later. All church services are open to anyone and are available several days a week (See Exhibit J). I am not trying to pick and choose the clergy that I am provided with instead I just would like for my teacher to be consistent with the religion and not cause a substantial burden on the Muslim community (See Exhibit H)

As for my Halal diet, I did ask Management Services to receive a Halal diet and the response was that "the request has to be forwarded to them from the Warden" this statement was given to me from the Director of Food Service. Along with the statement that the meals where too costly for Department of Corrections to provide however the Warden allowed the one Jewish inmate to have her food provided from her family until her meals where available through Management Services. During this time the Kitchen was responsible for storing and distributing these meals. Recently other Jewish inmates where approved for a special diet consistent with their religion per Treatment Services and the Warden ( Exhibit J- memo from Colleen Shotzberger/Treatment Services Administator) for passover. However because of the lateness of the memo Management Services was unable to provide the meals. Subsequently, the Warden purchased the meals and the kitchen is responsible for distributing these meals ( Exhibit K). Not to mention that last year during passover was when the first Jewish inmate began to receive her

kosher meals from her family and then shortly after she began to receive kosher meals through Management Services per the Warden's request.

Additionally, per Chaplain Bernita Earle she had always knew me to be a Christian, however I don't know how that can be possible when my intake clearly states that I am a Muslim. I had not been practicing for a while however it does not eleviate the fact that I am a Muslim.

In response to the fact of me purchasing certain items from commissary, I am forced by necessity to order my own food from commissary because of the institution denial of my religious accomodated diet. Nothing that I have purchased is against my diet. I don't purchase any meat because I am currently not eating any meat because of the institutions refusal to accommodate me. Per the Qur'an out of necessity some things are lawful.

Say ( O Muhammad): " I find not in that which has been revealed to me anything forbidden to be eaten by one who wishes to eat it, unless it be a dead animal or blood pured forth(by slaughtering or the like), ot the flesh of swine (pork); for that surely, is impure or impious (unlawful)meat (of an animal) which is slaughtered as a sacrifice for others than Allah. **But whosoever is forced by necessity without wilful disobedience, nor transgressing due limits; (for him) certainly, your Lord is Oft-Forgiving, Most Merciful.-Surat 6 Al-An'am, Verse 145**

Also I have noticed that the Jewish inmates did not have to have their commissary monitored in order to receive the kosher meals. I am currently housed with a Jewish inmate who has stated on several different occasions that she is not monitored, and she eats what she wants to eat.

In Conclusion, as I have stated before that preferential treatment is given to different faiths. I am simply asking to have my religious rights honored. At no time is the Jewish Communities commissary questioned. They are simply seen by a Rabbi that the Department of Corrections questions and determines whether or not this person is an orthodox Jew.

Furthurmore, it is sufficient for this institution to utilize the N. A.I.F when they have questions regarding the religion however the institution doesn't feel they are sufficient enough to teach us. The Muslim community has become stagnated because of the blatant discrimination. Not only is the Christian community preferred above any other community their denominational preferences are also honored (See also Exhibit J)

# STATEMENT FROM THE NORTH AMERICAN ISLAMIC FOUNDATION

## INTRODUCTION

North American Islaamic Foundation, Inc., (NAIF) founded in 1982, incorporated in 1994, is a national Non-Profit Orthodox Muslim organization. NAIF researches public policy issues, provides educational briefings to government officials, employers and educators; and informs its membership of current issues relevant to the Orthodox Muslim community.

Islaam is the fastest growing religion in America. Johan Blank of US News stated the following.

"Five to 6 million strong, Muslims in America already outnumber Presbyterians, Episcopalians, and Mormons, and they are more numerous than Quakers, Unitarians, Seventh-day Adventists, Mennonites, Jehovah's Witnesses, and Christian Scientists, combined. Many demographers say Islaam has overtaken Judaism as the country's second-most commonly practiced religion; others say it is in the passing lane."

As an advocate for Orthodox Muslim interests, and especially for the religious accommodations for Orthodox Muslim inmates, NAIF has a sincere interest in securing the religious rights of the inmates of the Islaamic faith at Delores J. Baylor Women's Correctional Institution (DJBWCI). Therefore, NAIF has prepared this report to shine a light on the discriminatory treatment suffered by women of the Islaamic faith incarcerated at DJBWCI over the years.

Although the Department of Corrections' Mission Statement reads: *"Religious services and programs promote high morals, encourage positive lifestyle changes and can play a critical role in an inmate's rehabilitation"* for a year Muslim inmates have been denied the basic religious accommodations. What follows is a sincere attempt to highlight the religious bigotry that has been allowed to prevail at DJBWCI.

## BACKGROUND

In June of 2002, after Aishah Samad was stripped of her religiously mandated head and bosom cover (*khimaar*) she had worn for thirty years by Cuyahoga County Jail officials in Ohio, North American Islaamic Foundation, Inc. (NAIF) contacted Governor Minner's office to assure that nothing like this would happen to a Muslim woman remanded to the custody of Delaware Department of Corrections. Mr. John Henry of the Governor's Office assured us that the religious beliefs of Muslim women would be treated with care and respect. Unfortunately, two years later that is yet to be manifested. Women of the Islaamic faith have undergone unrelenting religious discrimination and harassment at the hands of

correction officials throughout the Department of Corrections, but nothing like
what they suffer at DJBWCI. The following is an account of what Muslim females
have been made to endure at the hands of the warden, chaplain, guards and other
staff at DJBWCI.

1. In October 2002, only months after the traumatic treatment Aishah Samad
   suffered at the hands of prison officials in Ohio, Mia Lott a practicing Muslimah
   (Muslim female) who was remanded to DJBWCI because of a probation violation
   contacted NAIF because she was placed in isolation in an attempt to force her to
   remover her *khimaar*. Fortunately, she was released within thirty days.

   During her stay Ms. Lott suffered verbal abuse including threats by male guards
   who threatened to "snatch" her scarf off and other forms of discrimination for
   her refusal to sin against her religious faith.

2. In March 2003, Kimberly Hargrow contacted Tahsiyn A. Ismaa'eel, NAIF's
   Directress of Women's Affairs from the Sheriff's office seeking assistance. She
   had just been violated by her probation officer and was being sent to DJBWCI.
   She was afraid that she would be forced to remove her *khimaar* and she was
   frightened. Although NAIF, contacted Chaplain Bernita Earle by fax before Ms.
   Hargrow arrived at DJBWCI making her aware that Ms. Hargrow was a
   practicing Muslimah belonging to our congregation, she was kept in isolation for
   several days not being allowed to shower or have any of the other rights afforded
   other inmates. (See the fax sent to Chaplain Earle and an explanation of the
   Muslimah's dress code at A1and A2) It was only after Ms. Hargrow accused the
   facility of discriminating against her because of her religious faith that she was
   allowed to shower and was taken out of isolation. However, she was kept on Unit
   8, a unit used to house the HIV patients, mentally disturbed and the problematic
   inmates, for weeks because of her *khimaar*. After NAIF contacted the
   Governor's office, Ms Hargrow was allowed pastoral visits. Ms. Hargrow
   requested and was granted an Islaamic Studies class.

3. Tahsiyn A. Ismaa'eel conducted the class that was initially attended by two
   women, but quickly grew into a class of seventeen. Many of these women
   were complaining that Chaplain Earle was preventing them from attending the
   class. They spoke of being harassed by Chaplain Earle because they showed a
   desire to convert to Islaam. This harassment and intimidation is a practice of
   Chaplain Earle's to date. Shortly after, the class was cancelled without an
   explanation and Ms. Ismaa'eel was asked to submit a volunteer application.
   Pastoral visits were also no longer allowed (reason cited: Ms. Ismaa'eel's
   application had to be approved before she could reenter the institution).

3

4.  On June 4, 2003, Ms. Ismaa'eel submitted a volunteer application as requested but was later told that it had been lost. She subsequently submitted a second application. To date no response has ever been given regarding either application although numerous calls and written request have been made.

5.  On August 1, 2003, a letter was sent to Christine Mazeo, a counselor at DJBWCI, reiterating the need for an instructor to teach the women the obligatory ritual prayer. In a phone conversation between Ms. Mazeo and the Director of NAIF, Ismaa'eel Hackett, Ms. Mazeo stated that Ms. Ismaa'eel's application had been approved by Internal Affairs. (See copy of fax sent to Ms. Mazeo at A3)

6.  In October 2003, NAIF continued to stress the importance of providing the women an instructor to teach them. NAIF consistently pleaded with the Institution to allow us to teach these women the ritual prayer and the tenets of the Islaamic faith. None of these women were able to adequately perform the ritual prayer that Muslims are obliged to offer five times a day. They were prevented from learning the prayer for ten months. (See copy of fax sent to Chaplain Earle at A4)

7.  After his sincere attempt to help rectify the religious discrimination at DJBWCI, it became apparent that Mr. Henry, Governor Miner's assistant, was unable to assist the women. (See letter from Mr. Henry to Ms. Fayson back in June at A5)

8.  On October 25, 2003, NAIF asked Capt. Moore to inform the Muslim inmates that the *Ramadaan Fast* would not begin the following day. After a fax and phone conversation, Capt. Moore never informed not even one inmate of this important news. All of the inmates fasted that day without the knowledge that the fast had not begun. (See copies of faxes sent to Capt. Moore and Chaplain Earle at A6 and A7)

9.  In November 2003, NAIF pleaded with the facility to no avail to allow Ms. Ismaa'eel to lead the women in the obligatory yearly *Salaatul Eid el Fitr* (Breaking of the Fast Prayer). (See correspondence sent to Chaplain Earle and Mr. Paul Howard at A8 and A9)

Not only was Ms. Ismaa'eel not allowed to lead the women who were unable to perform this ceremony on their own, but the Institution made no accommodations for the prayer at all. NAIF was allowed to drop off prepared food to the women for a dinner which served as the feast for this occasion.

It is noteworthy to mention that in 1998, NAIF was allowed to host the feast for Eid al Ad-ha. Ms. Ismaa'eel facilitated that event.

Ms. Louella Harrold was not permitted to attend the dinner because the Institution did not recognize her as a Muslimah. (See correspondence sent to Chaplain Earle and Mr. Paul Howard at A8 and A9)

10. On November 5, 2003, NAIF was contacted by Ms. Davi Mozie of the Delaware Center for Justice at the request of inmate Donial Fayson to assess the situation at DJBWCI. After NAIF informed her of the grave discrimination at DJBWCI, Ms. Mozie signed off stating that she was satisfied that the Muslim inmates' spiritual needs were being met. (Please see correspondence sent to Davi Mozie from Tahsiyn A. Ismaa'eel at A10 and to Ms. Fayson from Ms. Mozie at A11, A12, A13, and A14.)

11. In January 2004, NAIF made every attempt to persuade the Warden to allow Ms. Ismaa'eel to lead the women in the *Salaah Eid el Ad-ha* (the ceremony commemorating Prophet Abraham's willingness to sacrifice his son for GOD.) Eid el Ad-ha is one of Islaam's holiest days of worship. Its prayer is obligatory on every Muslim who is obligated to pray. (See letter sent to Warden Patrick Ryan at A15)

The women did the best they could to perform the prayer since Ms.Ismaa'eel was not allowed to facilitate it for them. Several women were not allowed to attend this religious rite because the Institution refused to recognize them as Muslimahs. (See the correspondence regarding this issue at A16 and A17).

12. On April 4, 2004, after a month of asking to pronounce the Testimony of Faith that enters an individual into Islaam, inmate Gigi Mayfield pronounced the Testimony of Faith and became a Muslimah without Chaplain Earle's permission. She covered her head and bosom in accordance with the tenets of Islaam. When she refused to remove her cover, she was charged with "Failing to Obey an Order" and placed in isolation for 26 hours. The room used for this punitive measure was soiled with feces and blood. Ms. Ismaa'eel requested a pastoral visit with Ms. Mayfield while she was in isolation, but was denied by Chaplain Earle. (See Ms. Mayfield's grievance at A18, A19, A20, and 21)

13. On April 21, 2004, Davi Mozie of the Center for Justice met with inmate Carol Murray regarding the concerns of the Muslimahs at DJBWCI after Ms. Murray complained to a coworker of Ms. Mozie who was attending a Life Skills seminar. This was the first time in a year that Ms. Mozie had been to DJBWCI.

5

## PASTORAL VISITS DENIED

For close to a year Chaplain Earle had denied the inmates of the Islaamic faith at DJBWCI pastoral visits. Her excuse for the denial of this important religious accommodation was that Ms. Ismaa'eel's application had not been approved. (See inmate complaint at B1)

It should be noted that advisors from other religious faiths have stated that no application is needed to enter the Institution for a pastoral visit. It appears that the policy is arbitrarily applied.

In a strange turn of events, April 7, 2004, Chaplain Earle stated that it is not necessary to have a security clearance to have a pastoral visit with an inmate.

It should be further noted that several months ago while pastoral visits were still being denied inmate Justina Haile attempted suicide. No one from the Institution sought to provide her the spiritual consultation needed at such a crucial time.

NAIF has requested a copy of the Pastoral Visit Policy on several occasions in an effort to have a better understanding of how the pastoral visit is governed. NAIF has never received an answer from DJBWCI, DOC, or the Deputy Attorney regarding the Pastoral visit policy. (See letter sent to Commissioner Stanley W. Taylor at B2)

## GRIEVANCES IGNORED

For a year women at DJBWCI have been denied access to the legitimate grievance process. Although the Center for Justice has been aware of the complaints of religious discrimination since September of 2003, there has been no grievance committee, hearing or monitoring of this process from the Center for Justice. (See replies from Ms. Davi Mozie to Donial Fayson at A12, A13, A14 and A15.)

It is worth mentioning that DJBWCI's grievance certification was taken away by Shakeerah Haikal, former Director of Adult Offender Services at the Center for Justice, at the end of 2002. It was reinstated in March of 2003 only to have the grievance procedure set to the wayside again. It has been stated that Captain Moore, the grievance officer has told the inmates not to bother to put in grievances because there was nothing he could do about the lack of their religious accommodations

## INMATE CONVERSIONS TO ISLAAM NOT ACCEPTED

Women who seek to convert to Islaam are told that they will not be recognized as Muslimahs until the Warden gives the approval. In most cases, women appealed to

the Warden over and over for months until they finally began practicing Islaam without the approval ever coming. This means that new converts are forced to sin by exposing the hair and bosom to males that may be present in the facility because they are not recognized as Muslimahs. The Warden was recently forced to recognize four young women as Muslimahs after ignoring their request for over a month when he was pressured from the outside. It should be noted that this does not happen in the men's facilities. Inmates in the male facilities convert daily without any scrutinization or impediment. Today there are approximately 350 Muslims at DCC alone, most of which converted while incarcerated.

## RAILROADING UNSUSPECTING NEW CONVERTS INTO HERESIES IN ISLAAM

*"Inmates are given the opportunity to practice their faith."*
(DOC Web Site)

When NAIF began teaching Orthodox Islaam in April of 2003 there was not a copy of the Holy Qur'aan to found in the entire facility. There was a reading room available for the inmates of other faiths. It was apparent that although there were inmates of the Islaamic faith incarcerated at DJBWCI there was a concerted effort to keep them from learning anything about their faith. It was only after NAIF began to apply pressure from the outside did the Warden begin to set up the trappings of religious accommodations at the facility. However this effort did not extend to the women actually receiving their religious right to study their faith without the substantial burden placed upon them by the DJBWCI staff.

Warden Ryan shut down the original class offered by NAIF teaching Orthodox Islaam in April of 2003 and after a year long battle, brought in a heretical group to teach these new Muslimahs heretical ideas that are foreign to Orthodox Islaam. The scholars of Orthodox Islaam warn against Hamza Yusuf, a heretical Sufi who has been introduced to the new converts at DJBWCI via video cassette. (See the accompanying explanation of Sufism at C1.)

The Muslim inmates are now being penalized if they do not attend this class set up by the Warden. On May 15, 2004, several inmates were given 404 write-ups for refusing to attend the Warden's Islaamic Studies class. Although the women explained that they are Orthodox (Salafee) Muslim, they received write-ups for refusing to attend a class introducing them to Sufism. (See inmate grievance at C2) This is the first time we have ever heard of inmates receiving write ups for refusing to attend a "religious" event. In fact this act violates the establishment clause of the First Amendment which seeks to prevent the coercion of people to support or participate in religion against their will.

In the words of the Court in *Everson*:

> "The establishment of religion clause means at least this: Neither a state nor the federal government may set up a church. Neither can pass laws that aid one religion, aid all religions, or prefer one religion over another. **Neither can force a person to go to or to remain away from church against his will or force him to profess a belief or disbelief in any religion... .** Neither a state or the federal government may, openly or secretly, participate in the affairs of any religious organizations or groups and vice versa. In the words of Jefferson, the clause against establishment of religion by law was intended to erect 'a wall of separation between church and state.'"

In the mean while, Ms. Ismaa'eel is forced to teach the women authentic Islaam during pastoral visits scheduled several days a week. One of the immediate ramifications of this set up is that the women no longer have the benefit intended from the pastoral visit which is to minister to the inmate one on one when there is a need. Obviously, if the women were allowed the class they originally had, this predicament would not exist. (Please see the current pastoral visit schedule at C3.)

It should be noted that this is not the first time a class teaching Islaam has been shut down at DJBWCI. In 1994 a class instructed by the late Sister Jefferson was abruptly shut down after one month without explanation.

## HARRASMENT OF INMATES OF THE ISLAAMIC FAITH

> *"Religious services and programs promote high morals, encourage positive lifestyle changes and can play a critical role in an inmate's rehabilitation."* (DOC Web Site)

In spite of the above statement by DOC, Muslim inmates are made to suffer humiliating treatment in an attempt to discourage them from adhering to the tenets of Orthodox Islaam. Daily harassment includes the following:

a. Muslim inmates are strip-searched (including a cavity search) after every pastoral visit. This demoralizing harassment is not only to discourage the Muslim inmates from studying with Ms. Ismaa'eel, but serves to intimidate other inmates who may be considering converting to the Islamic faith. Even some guards have noted the discrimination regarding the strip searches. They have stated that the Catholics and Christians are not searched after pastoral visits although it has been said that it is an Institution policy that everyone is to be searched after all one on ones.

b. Ms. Ismaa'eel who observes *hijaab* (covering the entire body except the eyes according to Islaamic Law) has recently been required to go beyond normal

identification procedure and show her face to the guard on duty as she "leaves the facility". Of course the strip searches and extra security measures blatantly imply that Ms. Ismaa'eel is a criminal to be suspected.

Other inmates have expressed that they were interested in converting to Islaam, but they didn't want to undergo the persecution the current Muslim inmates are suffering.

c. Muslim inmates are forbidden to speak to each other in the halls. It has been made clear that the Muslimahs are to "Keep it moving" when moving through the halls. Inmates state that there was never a problem to speak to other inmates in the halls before they became Muslim.

d. Donial Fayson, the facilitator of the Muslimahs, has related that guards have been told that they are not allowed to hold a conversation with her.

e. All mail from N.A.I.F., Inc., to Muslim inmates is channeled through Chaplain Earle which means that the Muslim inmate's mail coming from N.A.I.F. may be held up for five days after reaching the facility. Inmates complain that none of these measures were initially taken with the Muslim inmates. These methods of harassment took hold over this past year of religious repression.

f. Inmates of the Islaamic faith have complained that they have been denied privileges because they are Muslim. Inmates have sited failure to be approved by the Classification Board for Institution programs as religious discrimination. One inmate stated that she was told by a board member after she was turned down, "you need to spend more time studying your religion".

## HALAAL DIET

Regarding the halaal diet, the Institution has stated that it is too costly to provide halaal foods to inmates of the Islaamic faith yet inmates of the Jewish faith in Gander Hill and DCC are provided with kosher meals. (See explanation of the halaal diet in the Halaal Diet section of the appendix.)

## CONCLUSION

Warden Patick Ryan, an ex-priest, is a religious man who uses his position to suppress the spiritual development of the Orthodox Muslim inmates in his care. As an agent of the State he has used his position to foster his own personal religious beliefs while penalizing those who don't conform to his theological preferences. His religious bigotry has encouraged the staff to carry out discriminatory acts that have placed a substantial burden upon the religious practice of Muslim

9

inmates for a year violating the Religious Land Use and Institutionalized Persons Act (RLUPIA) and the Establishment Clause and Free Exercise Clause of the First Amendment. (See RLUPIA in the appendix)

When Warden Ryan could no longer keep the Religion of Islaam out of DJBWCI, he began to determine the "type" of Islaamic teachings he would allow into the Institution.

There is no penological interest in attempting to manipulate the religious faith of inmates. It is out of intense hatred for Orthodox Islaam that inmates are subjected to demoralizing strip searches after Pastoral visits while Christian inmates are not victim to such humiliating harassment.

We sincerely pray that the inmates of the Islaamic faith at DJBWCI will receive relief from the systematic religious discrimination they are currently suffering.

*"O you who believe! Stand out firmly for GOD and be just witnesses and let not the enmity and hatred of others make you avoid justice. Be just: that is nearer to piety, and fear GOD. Verily, GOD is well acquainted with what you do."*
*Holy Qur'aan Chapter 5: verse 8*

Submitted by:
Ismaa'eel AbdAllaah H. Hackett
Director/Religious Advisor
North American Islaamic Foundation, Inc.
May 25, 2004

**Appendix**

(A1)

# North American Islamic Foundation, Inc.

**2807 N. Monroe Street, Wilmington, Delaware 19802   Tel./Fax (302) 762-9691**



**E-Mail: NaifIncO@AOL.Com**

A RELIGIOUS NON-PROFIT ORGANIZATION

*"In The Name Of GOD, The Most Merciful, The Bestower of Mercy"*

Chaplain Bernita Earle
Delores Baylor
Women's Correctional Institute

Fax: 577-5860                                        March 20, 2003

RE: Muslim Inmate

Dear Chaplain Earle:

I received a call from Ms. Kimberly Hargrow who is being transferred to WCI for Violation of Probation. Ms. Hargrow is a practicing Muslimah who observes Hijab (religiously mandated dress). We pray that Ms. Hargrow's religious obligations will be treated with respect.

Please refer to the attachment "The Dress of the Muslim Woman".

Ms. Hargrow has requested that I visit her and bring her a copy of the Qur'aan and some Islamic literature. I pray that I can honor her request tomorrow, GOD Willing.

Also please find accompanying this request a copy of the March Prayer Schedule to enable Ms. Hargrow to offer her five ritual prayers at their proper times.

Thank you for your kind consideration and assistance.

Sincerely,

Tahsiyn A. Ismaa'eel
Directress of Women's Affairs
Religious Rights Advisor

(A2)

## MUSLIM WOMEN'S DRESS

The Islamically mandated dress code for the Muslim woman is a Divine Command, and is necessarily in the best interest of the society of every age and place. A careful study of relevant Qur'aanic verses and Prophetic traditions, along with the works of the pious predecessors of Islam, will reveal a strict emphasis on the need for women to observe modesty in their dress when they appear in public by covering all their bodies and any ornaments or other means of beautification they might wear.

Allaah the Exalted says in *Surat an-Noor* (Chapter 24), verse 31:

**"And tell the believing women to lower their gaze (from looking at forbidden things) and guard their private parts (from illicit sexual acts) and not show of their adornment except only that which is apparent (i.e. both eyes for necessity to see the way, outer palms of hands or one eye, or dress like veil, gloves, head-cover, apron, and draw their veils all over their *Juyoobihinna* (i.e. their bodies, faces, necks and bosoms) and not reveal their adornment except to their husbands, their fathers, their husband's fathers, their sons, their husband's sons, their brothers, or their brothers' sons, or their sisters' sons, or their (Muslim) women, or their female servants, or male servants who lack vigor, or small children who have no sense of feminine sex. And let them not stamp their feet to reveal what they hide of their adornment. And turn you all to Allaah in repentance, O believers, that you may be successful."**

And He says in *Surah al-Ahzaab* (Chapter 33), verse 59:

**"O Prophet! Tell your wives and your daughters and the women of the believers to draw their cloaks (veils) all over their bodies (i.e. screen themselves completely except the eyes or one eye to see the way. That will be better, that they should be known (as free respectable women) so as not to be annoyed/molested. And Allaah is Oft-forgiving, Most Merciful."**

From these two verses of the Noble Qur'aan and from the authentic sources of guidance provided for Muslims; we can derive the following principles of proper dress and adornment for Muslim women:

### The outer garment worn in public must cover all of the body.

*Surat an-Noor* (Chapter 24), verse: 31 (quoted above) contains a clear command that a woman's natural beauty and her adornment are to be concealed from males not from her immediate family, except that which might show unintentionally (i.e. parts of the dress or ornaments).

It should be noted that the Arabic word *khumur* (plural of khimaar) that has been translated above in the verse from *Surat an-Noor* (Chapter 24) as veils, means head covers that cover the head, face and bosom. It refers to a cloth that covers all of the hair. Furthermore, the word *juyoob* (plural of jaib), also found in the verse of *Surat an-Noor*, refers not only to the bosom, as is commonly thought, but also to the neck and bosom.

Al-Qurtubi, an eminent Qur'aanic commentator stated:

"Women in those days used to cover their heads with the *khimaar*, throwing its ends on their backs. This left the neck and the upper part of the chest bare, along with the ears, in the manner of the Christians. Then Allah commanded them to cover those parts with the *khimaar*."

**"And let them not stamp their feet so as to reveal what they hide of their adornment."**

Women at the time of the Prophet, *Peace and Blessings be upon him,* used to wear anklets, which they could employ to attract attention by stamping their feet, making the anklets tinkle together. This practice was now forbidden, but even more important for us, these words make it absolutely clear that the legs and ankles are to be covered.

Abdullah Ibn Umar, a companion of the Prophet, *May GOD be pleased with him,* narrated:

*"The Prophet, Peace and Blessings be upon him, said: "On the Day of Judgement, Allah (GOD) will not look upon one who trails his garment along out of pride." Umm Salamah, May GOD be pleased with her, then asked: "What should women do with their garments?" The Prophet said: "They may lower them a hand span." She said: "Their feet would still be uncovered." The Prophet, Peace and Blessings be upon him, said: "Then a forearm's length, but no more." (Tirmidhee)*

The verse from *Surat an-Noor* quoted above gives us specific and detailed information about what a Muslim woman should be sure to cover when she is in the company of males not from her immediate family, and it gives a detailed list of those with whom she is permitted to be less inhibited. The verse quoted from *Surat al-Ahzaab* (Chapter 33) further directs Muslim women to put a loosely fit outer garment over their clothes.

Abu Dawood an eminent scholar of Prophetic narrations related that when this verse was revealed, the women of the Ansaar appeared like crows (because of the black cloaks which they wore).

An outer garment, whether a cloak or a coat, must be worn by a Muslim woman when she is in public, and even when she is in her own house or that of a close relative, if she is in the presence of men outside of her immediate family.





**STATE OF DELAWARE**
**OFFICE OF THE GOVERNOR**

RUTH ANN MINNER
GOVERNOR

June 27, 2003

Donial Fayson
BWCI
660 Baylor Boulevard
New Castle, 19720

Dear Ms. Fayson,

Thank you very much for contacting Governor Minner. The Governor has received your letter and has asked me to respond on her behalf.

I am confident every reasonable effort will be made to accommodate the spiritual needs of our inmate population. Your letter implied preferential treatment is being given to the Christian segment at BWCI. Since you have been unable to receive a satisfactory answer from the Warden's office I will forward your complaint to the Department of Correction administration for an investigation and a response to your concerns. Thank you again for sharing your thoughts on this subject with our office

Sincerely,

John Henry
Office of the Governor

# *North American Islaamic Foundation, Inc.* (A8)

**2807 N. Monroe Street, Wilmington, Delaware 19802     Tel./ Fax: (302) 762-9691**
**E-Mail: NaifIncO@AOL.Com**
A RELIGIOUS NON-PROFIT ORGANIZATION

*"In The Name Of GOD, The Most Merciful, The Bestower of Mercy"*

Chaplain Bernita Earle
Delores Baylor                        November 17, 2003
Women's Correctional Institute
Fax: 577-7460

RE: Accommodation for Eid Al Fitr Prayer and Celebration

Dear Chaplain Earle:

The Blessed Month of Ramadaan is quickly coming to an end. The Eid Al Fitr
Prayer and Celebration that marks the end of this blessed event should fall either on
November 25th or November 26th.

I will be available to lead the inmates in the Sacred Eid Prayer at about 10:00 a.m.
on either day, GOD willing. The prayer service should take no longer than two
hours.

We pray that arrangements are being made to accommodate the inmate's festivities
to celebrate this joyous occasion. We are able to offer a program similar to what we
did to commemorate Eid Al-Adha on April 9, 1998. We pray that DJBWCI is as
accommodating for this blessed Eid as it was for the program in 1998. Thank you.

Sincerely,

Tahsiyn A. Ismaa'eel
Directress of Women's Affairs

Cc Paul Howard, Bureau Chief

*"The Merciful One (GOD) shows mercy to those who are merciful (to others)."*

(A18

FORM #584

GRIEVANCE FORM

FACILITY: BWCI          DATE: 4/15/04

GRIEVANT'S NAME: MANFIELD, GiGi      SBI#: 00250095

CASE#:                 TIME OF INCIDENT: 8:10/8:15Am

HOUSING UNIT: # 7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

4/07/04 Mr. Dual ~~called~~ made a call about my head
cover because I had to go to court. Lt. Burgerma
and C.O. LaFanzs came to my room. Lt. Burgerman
said I two choices I have choice one, He said I can
take it off or get tooken off. ~~Then took me to~~
~~I said, your going to have tooke it off~~ ~~~~
~~~~ Then C.O. LaFanz put the
hand cuffs on and C.O. LaFanz and L.T. Burgerm
took me to Band R and C.O. Diggs took my
head cover off my head

ACTION REQUESTED BY GRIEVANT: I want an apology
and I want some type of action ~~tooken~~
taken to who ever gave the ~~permission~~
te go against my n'ligious belief and
take my head cover off my head.

GRIEVANT'S SIGNATURE: [signature]  DATE: 4/15/04

WAS AN INFORMAL RESOLUTION ACCEPTED?      _____(YES)  _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____     DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

(A1?

FORM #584

GRIEVANCE FORM

FACILITY: BWCI

DATE: 04/15/04

GRIEVANT'S NAME: Hatfield, GiBi

SBI#: 00250095

CASE#:

TIME OF INCIDENT: 9:15 am

HOUSING UNIT: #7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

C.O. Mc.Carl was asking me over and over again to go to get my meds. I was not dress and I was cleaning my room. So she ask me for the last time I asked her could I go with my head cover she said n told her when I'm not going C.O. McCarl said go to your room and I went and close the door my roomate at the time Synetta Jones was there when C.O. McCarl came in the room and said get your shit and pack so I would be ready when they come. Sgt. Pray and another officer came and ask me why I'm going to 8 McCarl said acting like she's Muslim and I take her clothes off and I am a uslim

ACTION REQUESTED BY GRIEVANT: I would like on my Disciplinary report to be just Failing to Obey an Order because I did not disrespect her and I would like for C.O. McCarl to apologize to me for the remark She made to me. And I want to be acknowledge as a Muslim

GRIEVANT'S SIGNATURE: _____  DATE: 04/15/04

WAS AN INFORMAL RESOLUTION ACCEPTED?  ____(YES)  ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____  DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

**BWCI Baylor Women's Correctional Institution**
**660 Baylor Boulevard**
**NEW CASTLE DE, 19720**
**Phone No. 302-577-3004**

# SUMMARY DISCIPLINARY REPORT

**(A20)**

The following sanctions were imposed by Summary Disciplinary Action on the indicated:

Offender Name: <u>MAYFIELD, GIGI K</u>                    SBI#: <u>00250095</u>

Institution    : <u>BWCI Baylor Women's Correctional Institution</u>          Location: <u>Building 9</u>

Action Start Date: 4/8/04   Time: 6930       End Date: 4/9/04   Time: 0930

Violation Description: <u>035. 2.05 Disrespect</u>

<u>036. 2.06/200.108 Failing to Obey an Order</u>

Sanctions Imposed:   <u>Loss of All Privileges/24 Hrs</u>

_____                    _____
**INMATE'S SIGNATURE**                       **STAFF WITNESS' SIGNATURE**
**MAYFIELD, GIGI K**                          McCarl,

*(A21)*

## FORM #584

### GRIEVANCE FORM

FACILITY: BWCI    DATE: 04/08/04

GRIEVANT'S NAME: Mayfield, GiGi    SBI#: 00250055

CASE#: _____    TIME OF INCIDENT: 9:30ish

HOUSING UNIT: #7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

This was when I was sent to unit #8 from unit #9 by C.O. McLin. I was put in isolation. That's what they called it. The room was unsanitary. There were blood and a little stool smeared on the floor. I asked for a mop or something to clean it up with I was told no. I had no under clothes. Sgt. Ray called down to my unit and ask for my to I never seen any of it. The room was so cold it had to be like 40 degrees below. I had no sheets and no blankets. I was having an asthma attack. They gave me my inhaler. Thank you Sgt. Later that night I was having involutions so I ask the C.O. from the 4pm to 12pm shift to call a nurse she didn't even call. The 12am to 8am shift who's the one that gave me a blanket. I went through this all my religious belief.

ACTION REQUESTED BY GRIEVANT: I would like for the inmates to get treat like human beings regardless how they act two wrongs don't make it right. I would like an apology from Captain Moore and C. McLin. Give the religious people their rights no matter what what religion and no matter how you may feel about their belief. We have rights.

GRIEVANT'S SIGNATURE: _____    DATE: 05/03/04

WAS AN INFORMAL RESOLUTION ACCEPTED?    ____(YES)    ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

(A2l)

FORM #584

GRIEVANCE FORM

FACILITY: BWCI    DATE: 04/08/04

GRIEVANT'S NAME: Mayfield, G.G.    SBI#: 00250055

CASE#: _____    TIME OF INCIDENT: 9:30ish

HOUSING UNIT: #7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

This was when I was sent to unit#8 from unit#7 by C.O. McCoo.
I was put in isolation, that's what they called it. The room
was unsanitary. There was blood and a little stool smeared on
the floor. I asked for a mop or something to clean it up with I was told
I had no underclothes Sgt. Roy called downs to my unit and ask for my
I never seen any of it. The room was so cold it had to be like 40 degrees
below I had no sheets and no blankets. I was having an asthma attack
they gave me my inhaler thank you Sgt. later that night I was having
convulsions I ask the C.O. from the 4pm to 12am shift to call a
a nurse she didn't even call. The 12am to 8am shift was the
one that gave me a blanket. I went through this all my religions belief.

ACTION REQUESTED BY GRIEVANT: I would like for the inmates to get treat
like human beings regardless how they act two wrongs don't make
it right. I would like an apology from Captain Moore and C
McCoo. Give the religious people their rights no matter what
what religion and no matter how you may feel about their belief.
we have rights

GRIEVANT'S SIGNATURE: _____    DATE: 05/03/04

WAS AN INFORMAL RESOLUTION ACCEPTED?    ____(YES)    ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

(C3)

# *North American Islaamic Foundation, Inc.*

**2807 N. Monroe Street, Wilmington, Delaware 19802  Tel./ Fax: (302) 762-9691**
E-Mail: naifinc@verizon.net
**A RELIGIOUS NON-PROFIT ORGANIZATION**
**www.Naifinc.org**

*"In The Name Of GOD, The Most Merciful, The Bestower of Mercy"*

May 17, 2004

Chaplain Bernita Earle
Delores Baylor
Women's Correctional Institute
Fax: 577-7460

RE: Pastoral Visits

Dear Chaplain Earle:

Would you be so kind as to schedule the following Pastoral visits for the week of 5-17-04.

     Tuesday, May 18, 2004 at 7:00 p.m. – Carol Murray/ Adrienne Ponzo

     Thursday, May 20, 2004 at 7:00 p.m. – Veronica Norton/ Justina Haile

     Friday, May 21, 2004 at 10:00 a.m. - Donial Fayson/Lisa Ingram

Thank you.

Sincerely,

*Tehsiyn A. Ismaa'eel*

Tahsiyn A. Ismaa'eel
Directress of Women's Affairs

*"The Merciful One (GOD) shows mercy to those who are merciful (to others)."*

**CERTIFICATE OF SERVICE**

I Donial Fayson, certify that, the on 21st day of April, 2006, copies of Plaintiff's Answer To Defendants' Motion Filed on January 30, 2006, were served by first-class mail, addressed to:

Erikka Tross, Deputy Attorney General State of Delaware Department of Justice Carvel State Building – 6th Floor, 820 N. French Street, Wilmington, DE. 19801.

Warden Patrick Ryan addressed to: BWCI 660 Baylor Blvd. Wilmington, DE. 19720

Chaplain Bernita Earle addressed to: 660 Baylor Blvd., Wilmington, DE. 19720

Prison Bureau Chief Paul Howard address to: Department of Corrections, 245 McKee Road, Dover, DE. 19904