# EXHIBIT A

(A3.

# North American Islaamic Foundation, Inc.

**2807 N. Monroe Street, Wilmington, Delaware 19802   Tel./Fax (302) 762-9691**



E-Mail: NaifIncO@AOL.Com
A RELIGIOUS NON-PROFIT ORGANIZATION

*"In The Name Of GOD, The Most Merciful, The One Who Bestows Mercy"*

Christina Mazeo
Counselor
Delores Baylor                                August 1, 2003
Women's Correctional Institute
660 Baylor Blvd.
New Castle, DE 19720

RE: Religious Accommodation For Muslim Inmates:

Dear Ms. Mazeo:

We sincerely appreciate your efforts to accommodate the spiritual needs of the Muslim wards at BWCI. This is a void that we have been striving to fill for six years. May GOD reward you for your compassion and sensitivity. Please find enclosed several books that we pray will give you a better understanding of the Religion of Islaam. Feel free to contact us if you have any questions.

Also enclosed is a list of the women that were interested in attending the Islaamic Creed class, a prayer schedule for August for the Muslim inmates (Donial Fayson, Carol Murray, Linda Morris Johnson, and Aisha Muhammed Bey), and a tape to help the women learn prayer in Islaam. Please be advised that the tape in no way can replace an instructor. It is only meant to help the women get started.

If we can be of further assistance, please don't hesitate to give us a call.

Sincerely,

*Tahsiyn A. Ismaa'eel*

Tahsiyn A. Ismaa'eel
Directress of Women's Affairs
Religious Rights Advisor

*"The Merciful One shows mercy to those who are merciful (to others)."*

# EXHIBIT B

# North American Islaamic Foundation, Inc. (A4)

2807 N. Monroe Street, Wilmington, Delaware 19802   Tel./Fax (302) 762-9691

E-Mail: NaifIncO@AOL.Com

www.naifinc.org

A RELIGIOUS NON-PROFIT ORGANIZATION

*"In The Name Of GOD, The Most Merciful, The Bestower of Mercy"*

Chaplain Bernita Earle
Delores Baylor
Women's Correctional Institute                    October 2, 2003

Fax: 577-5860

RE: Materials for Muslim Inmates

Dear Chaplain Earle:

Please find enclosed one copy of the prayer tape for the Muslim Inmates in the Village (Lisa Ingram and Carol Murray) and 2 books for Carol Murray.

Also please keep in mind that Prayer is the first pillar of Islaam and is obligatory on all Muslims. Abstaining from prayer is considered a reprehensible sin that removes an individual from the fold of Islaam. Therefore every effort must be made to allow a Muslim Inmate to meet this obligation. These women really need an instructor to help them with this task. May GOD open up your hearts to their plight.

Also please find accompanying this note, a copy of the October Prayer.

Thank you for your kind consideration and assistance.

Sincerely,

Tahsiyn A. Ismaa'eel
Directress of Women's Affairs

*"The Merciful One (GOD) shows mercy to those who are merciful (to others)."*

# EXHIBIT C

**RECEIVED**

OCT 2 3 2003

**WARDEN'S OFFICE**
**BWCI**

## *MEMORANDUM*

**TO:**       **WARDEN PATRICK RYAN**

**FROM:**     **BERNITA A. EARLE, CHAPLAIN**

**SUBJECT:**  **MUSLIM RESIDENTS**

**DATE:**     **OCTOBER 22, 2003**


       *With your permission, I am scheduling the following Muslim Residents to meet each Thursday afternoon during Ramadan for the purpose of prayer and instruction on prayer. The meetings will be held in the Gym from 3:00 – 4:30 P.M, beginning on Thursday, October 23.*

         *Donial Fayson*    - 6
         *Lisa Ingram*      - 4
         *Susan Matthews*   - 3
         *Carol Murray*     - 4
         *Ronetta Sudler*    - 5

       *The residents will meet for this Ramadan season (only) without a volunteer as we have not yet identified and approved someone for the position.*


/bae

    cc: *Deputy Warden Martin*
       *Colleen Shotzberger*

Approved
Patrick J. Rya
10 - 23 - 03

cc Colleen Shotzberger.

# EXHIBIT D

(A6)

# North American Islaamic Foundation, Inc.

2807 N. Monroe Street, Wilmington, Delaware 19802   Tel./Fax (302) 762-9691
*E-Mail: NaifInc@Verizon.net*
www.naifinc.org
**A RELIGIOUS NON-PROFIT ORGANIZATION**

*"In The Name Of GOD, The Most Merciful, The Bestower of Mercy"*

Captain Moore
Delores J. Baylor
Women's Correctional Institution

Fax: 577-5849

October 25, 2003

RE: Commencement of the Fast of Ramadaan

Dear Captain Moore:

It was announced tonight, Saturday, October 25, 2003 in Mekkah that no one has come forward with the sighting of the crescent moon of the month of Ramadaan. Based on this, tomorrow, Sunday, October 26, 2003 is the 30th day of Sha'baan and Monday October 27, 2003 is the First day of Ramadaan. We ask Allaah Almighty to accept from all Muslims their Fasting and Qiyaam (Night) prayers.

Sincerely,

Ismaa'eel

Ismaa'eel H. Hackett
Director / Religious Advisor

Cc Warden Patrick Ryan

(A7)

# North American Islaamic Foundation, Inc.

2807 N. Monroe Street, Wilmington, Delaware 19802   Tel./Fax (302) 762-9691
*E-Mail: Naifinc@Verizon.net*
www.naifinc.org
**A RELIGIOUS NON-PROFIT ORGANIZATION**

*"In The Name Of GOD, The Most Merciful, The Bestower of Mercy"*

Chaplain Bernita Earle
Delores Baylor
Women's Correctional Institution

Fax: 577-7460

October 25, 2003

RE: Commencement of the Fast of Ramadaan

Dear Chaplain Earle:

It was announced tonight, Saturday, October 25, 2003 in Mekkah that no one has come forward with the sighting of the crescent moon of the month of Ramadaan. Based on this, tomorrow, Sunday, October 26, 2003 is the 30th day of Sha'baan and Monday October 27, 2003 is the First day of Ramadaan. We ask Allaah Almighty to accept from all Muslims their Fasting and Qiyaam (Night) prayers.

Sincerely,

*Ismaa'eel H. Hackett*

Ismaa'eel H. Hackett
Director / Religious Advisor

cc Warden Patrick Ryan

# EXHIBIT

# E

Delaware Center for Justice
Adult Offender Services
100 W. 10th Street
Wilmington DE 19801

Donial Faison
660 Baylor Blvd.
New Castle, DE 19720

October 10, 2003

Dear Ms. Faison:

This acknowledges receipt of your letter dated September 19, 2003, regarding Islamic classes at BWCI. Please be informed that this agency has inquired about this issue with several staff members at BWCI in recent weeks. We have been assured that this issue was addressed using the grievance procedure and that the chaplain of your facility is responsible for the coordination and obtaining of Islamic services. We are currently making attempts to contact local members of the Islamic community to gain clarity on the services that they are willing to provide and use this information to collaborate with both the chaplain and DOC staff in an effort to fulfill your request.

Thank you for your interest in our agency,

*Davi Mozie*

Davi Mozie,
Case Manager, Adult Offender Services

(A12)

Delaware Center for Justice
Adult Offender Services
100 W. 10th Street
Wilmington DE 19801

Ms. Donial Fayson
660 Baylor Blvd.
New Castle DE 19720

November 6, 2003

Dear Ms Fayson:

This acknowledges receipt of your most recent letter regarding Islamic religious
instruction. I have contacted your Spiritual advisor, Tahsiyn A. Ismael in regards to her
attempt to re-enter BWCI as a volunteer. She has given me more insight as to the history
and present circumstances surrounding this issue. Please be assured that this agency is
continuing to track this matter as Ms. Ismaeel has once again submitted application to
conduct services. We also continue to stay in contact with the Chaplain with the intent to
resolve this matter.

Thank you for your interest in our agency,

Davi Mozie,
Case Manager, Adult Offender Services

Delaware Center for Justice
Adult Offender Services
100 W. 10th Street
Wilmington DE 19801

Ms. Donial Fayson #463713
660 Baylor Blvd.
New Castle DE 19720

December 8, 2003

Dear Ms. Fayson:

This letter serves as an update to the issue regarding Islamic instruction at BWCI. Adult
Offender Services has recently been in contact with the Department of Corrections staff,
the Chaplain at BWCI, as well as Ms. Ismiaa'eel, at your request. As a result of these
contacts, this agency has decided not to pursue this issue any longer and has notified both
DOC and Chaplain Earle of this decision. They have both assured us that they are in
pursuance of a person that can fulfill your request. Please note that DOC has the
discretion to allow or deny any person from entering a particular institution based on
policy. We hope that this matter will soon be resolved and wish you luck in your
pursuance of this matter.

Thank you for your interest in our agency,

Davi Mozie,
Case Manager, Adult Offender Services

Delaware Center for Justice
Adult Offender Services
100 W. 10th Street
Wilmington DE 19801

Ms. Donial Fayson #463713
660 Baylor Blvd.
New Castle DE 19720

January 21, 2004

Dear Ms. Fayson:

This is in response to your most recent correspondence dated January 19, 2004. I must
ask that you refer to my letter to you dated December 8, 2003 regarding this agency's
decision on the matter (copy enclosed). Furthermore, you have mentioned that you are
preparing to file a lawsuit and it is certainly your right to do so. This fact along with those
stated in my previous correspondence sustains our decision to not pursue this issue.

Thank you for your interest in our agency,

Davi Mozie,
Case Manager, Adult Offender Services

# North American Islaamic Foundation, Inc. (A10)

**2807 N. Monroe Street, Wilmington, Delaware 19802  Tel./ Fax: (302) 762-9691**



**E-Mail: NaifIncO@AOL.Com**
**A RELIGIOUS NON-PROFIT ORGANIZATION**
*"In The Name Of GOD, The Most Merciful, The Most Compassionate"*

Davi Mozie
Case Manager                                November 5, 2003
Adult Offenders Services
Delaware Center For Justice

Fax: 658-7170

RE: Volunteer Service at DJBWCI

Dear Ms. Mozie:

I really appreciated speaking with you this morning. As I mentioned, initially I was allowed into DJBWCI for a Pastoral Visit for Kim Hargrow, a member of our congregation with no application process back in April. Chaplain Earle contacted me and scheduled a visit for the day following our phone conversation. After that, I received a call from Chaplain Earle to set up a class time for Ms. Hargrow to continue her worship as a Muslimah.

We set up an Islaamic Aqeedah (Creed) Class to teach the tenets of Islaam. The class included one other inmate. After that class, word spread through the facility that there was finally an Islaamic Aqeedah (Creed) Class. Interest in the class was tremendous. Women were calling daily me to ask that I submit their name to Chaplain Earle so they could attend the class. Some women stated that Chaplain Earle would not put their name on the list. She objected because they were Christian women who wanted to know about Islaam. The number of students jumped from two to seventeen very quickly.

I noticed that after the third class, the class was no longer being announced over the loud speaker of the facility. The memos listing the names of participants that were initially placed at the front desk disappeared. Women complained that they were being discouraged by the staff and guards from coming to class. Then class was shut down and I was asked to fill out a volunteer application.

I submitted the application promptly sighting that volunteering at DJBWCI was not a new experience for me because I had been a Mentor with the Mentor Program. I was told at the time

that although Warden Ryan had a lot of Volunteer Applications on his desk my application would be processed so we could resume the classes. This was in the first week of June.

We have been told by a staff member that my application was approved by Internal Affairs sometime ago, but I have not heard anything official. I have inquired about the status of my application several times, including trying to speak to Warden Ryan, but no one has ever got back to me. Chaplain Earle is in constant contact with me because of her need for information about the Religion now that she acknowledges that there are Muslims at the facility, but she evades the issue of the class. Considering the fact that my application as a Mentor for the Delaware Mentor Program was approved efficiently and that my husband has been submitting applications for years as a volunteer to the male facilities, I find the way in which my application is being handled strange.

At this point there are new Muslimahs at DJBWCI who are being prevented from learning how to offer the obligatory Ritual Prayer because of this hold up although they have requested many times to have me come in to teach them. I have explained to Chaplain Earle the importance of the Ritual Prayer as it is part and parcel of the Religion of Islaam.

The women have had some difficult times over the past several months and have requested Pastoral Visits with me so they could find spiritual relief. They were denied this very important accommodation because my application has not been officially approved. We pray that the matter is resolved soon so that we can resume helping these women towards the one guarantee to their rehabilitation, sincere worship of our Creator. Thank you.

Sincerely,

Tahsiyn A. Ismaa'eel
Directress of Women's Affairs

# EXHIBIT
# F

(A9)

# North American Islaamic Foundation, Inc.

2807 N. Monroe Street, Wilmington, Delaware 19802   Tel./Fax (302) 762-9691
*E-Mail: Naifinc@Verizon.net*
www.naifinc.org
**A RELIGIOUS NON-PROFIT ORGANIZATION**
*"In The Name Of GOD, The Most Merciful, The Bestower of Mercy"*

Paul Howard                                        November 17, 2003
Prison Bureau Chief
Department of Corrections
Fax: (302) 739-8221

RE: Accommodation for Eid Al Fitr Prayer and Celebration

Dear Mr. Howard:

Please find accompanying this cover sheet a fax sent to Chaplain Earle at DJBWCI
regarding accommodations for the Blessed Eid Al Adhaa prayer and celebration for the
Muslim inmates of that facility.

As we mentioned in the fax, we were able to offer the first Eid commemoration at
DJBWCI in 1998. It was actually a very beautiful and spiritual event. We pray that we
are able to offer the same kind of program for this blessed Eid.  If you have any
questions, please don't hesitate to contact us.

Respectfully,

*Ismaa'eel*

Ismaa'eel H. Hackett
Director / Religious Advisor

*"The Merciful One (GOD) shows mercy to those who are merciful (to others)."*

(A15)

# North American Islaamic Foundation, Inc.

**2807 N. Monroe Street, Wilmington, Delaware 19802  Tel./ Fax: (302) 762-9691**
**E-Mail: NaifInc@Verizon.net**
A RELIGIOUS NON-PROFIT ORGANIZATION
**www.naifinc.org**
*"In The Name Of GOD, The Most Merciful, The Most Compassionate"*

Patrick Ryan                                                    January 27,  2004
Warden
D J BWCI
660 Baylor Blvd
New Castle, DE 19720

RE: Accommodation for Eid Al Ad-haa Prayer and Celebration

Dear Warden Ryan:

The Eid Al Ad-haa Prayer and Celebration that marks the end of the blessed pilgrimage now being performed in Mekkah by millions of Muslims from all around the world, will fall on Sunday, February 1, 2004.

We pray that accommodations are being made for the inmates of the Islaamic Faith to first observe the obligato Eid Prayer and then enjoy the accompanying feast.  As you are aware, the inmates were prevented from offerin the Eid al Fitr Prayer in November. Again, since none of the Muslim inmates are proficient in the Ritual Prayer, Tahsiyn A. Ismaa'eel is available to lead them in the prayer.

We also hope that all of the Muslim inmates will be included. Therefore we are enclosing the list we have of the Muslim inmates of DJBWCI. We feel it necessary to address this issue with you because at the last Eid Celebration, Louella Harrold was not allowed to participate because she was not recognized as a Muslim by Chaplain Earle although we had made Chaplain Earle aware of Ms. Harrold's conversion.  The list of Muslim inmates is found below.

1. Donial Fayson
2. Carol Murray
3. Ronetta Sudler
4. Lisa Ingram
5. Veronica Norton
6. Tacola Austin
7. Justina Haile
8. Adrienne Ponzo

Thank you.

Respectfully,

*Ismaa'eel*

Ismaa'eel Abdallah H. Hackett
Director/Imaam
cc. Deputy Attorney General Stuart B. Drowos

# North American Islaamic Foundation, Inc.

**2807 N. Monroe Street, Wilmington, Delaware 19802   Tel./ Fax: (302) 762-9691**
**E-Mail: NaifInc@Verizon.net**
**A RELIGIOUS NON-PROFIT ORGANIZATION**
**www.naifinc.org**

*"In The Name Of GOD, The Most Merciful, The Bestower of Mercy"*

Stuart B. Drowos
Deputy Attorney General
State of Delaware
Department of Justice
Carvel State Bldg., 6th Fl.,
820 North French Street
Wilmington, DE 19801

January 27, 2004

RE: Religious Accommodation for Eid Al Ad-haa Prayer and Celebration at BWCI:

Dear Deputy Attorney General Drowos:

Please find accompanying this cover letter a letter sent to Warden Patrick Ryan regarding the Eid al Ad-haa accommodations.

We are particularly concerned about sincere good faith arrangements for this obligatory ritual of Islaam because no arrangements were made for the prayer in November. We pray that the denial of *adequate* religious accommodations at DJBWCI is brought under control by those responsible for assuring the Religious Rights of Delaware Inmates.

Thank you for your attention to this matter.

Respectfully,

*Ismaa'eel*

Ismaa'eel Abdallah H. Hackett
Director/Imaam

# North American Islaamic Foundation, Inc.

**2807 N. Monroe Street, Wilmington, Delaware 19802  Tel./ Fax: (302) 762-9691**
E-Mail: NaifInc@Verizon.net
A RELIGIOUS NON-PROFIT ORGANIZATION
www.naifinc.org

*"In The Name Of GOD, The Most Merciful, The Bestower of Mercy"*

*"O you who believe! Stand out firmly for GOD and be just witnesses and let not the enmity and hatred of others make you avoid justice. Be just: that is nearer to piety, and fear GOD. Verily, GOD is Well-Acquainted with what you do." (Holy Qur'aan Chapter 5: verse 8 )*

Stuart B. Drowos                                                  January 29, 2004
Deputy Attorney General
Department of Justice
Fax: (302) 577-6630

RE: Religious Accommodation for Eid Al Ad-haa Prayer and Celebration at DJBWCI:

Dear Deputy Attorney General Drowos:

I am sure as the Deputy Attorney General you are a very busy man. Unfortunately circumstances have prevented me from using the normal channels to resolve inmate issues.

After a conversation with the Chaplain of DJBWCI, I am forced to reiterate that all of the inmates of the Islaamic Faith are obliged to participate in the religiously mandated Eid Prayer and Feast at the facility February 1st and 2nd just as it is incumbent upon them to obey every other commandment of GOD. We have been told that Tacola Austin, Justina Haile and Adrienne Ponzo will not be allowed to observe this religious rite along with their Muslim sisters because they have only been Muslim for a month and there is no outside Religious Advisor to administer the women.

I begin by pointing out the obvious. The Institution does not control the repentance of human beings. This is a right between the inmate and GOD and in fact should be encouraged as it is the major factor in true rehabilitation. Therefore, the Chaplain can not refuse to recognize these women as Muslims for any reason. Also, it is not the fault of any of these poor women that Warden Ryan refuses to acknowledge Tahsiyn Ismaa'eel's volunteer application and tells the world he is looking for a volunteer. What kind of game is this? The religious development of these women has been stunted for 8 months and they have been denied the ability to fulfill their religious rites accordingly. This is frighteningly reminiscent of the events that led up to the tragic misfortune that befell Abdullah T. Hameen, *May GOD have mercy on him.*

May GOD the Bestower of Mercy open up a way for the Muslim inmates at DJBWCI.

Respectfully,

*Ismaa'eel*

Ismaa'eel Abdallah H. Hackett