# EXHIBIT G

copy  (C2)

FORM #585
regular
~~MEDICAL~~ GRIEVANCE

FACILITY: LCI
INMATE'S NAME: Donial Fauson
HOUSING UNIT: Te

DATE SUBMITTED: 4/15/04
SBI#: 00463713
CASE #:

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 4/15/04  9:45 a.m.

TYPE OF ~~MEDICAL~~ PROBLEM:

On the above date and ~~time~~ I was asked if I wanted to attend the Muslim services held in the gym at 10:00. When I refused I was advised by Captain Moore if I didn't attend I would be written up on a 404 form.

GRIEVANT'S SIGNATURE: [signature]   DATE: 4/15/04

ACTION REQUESTED BY GRIEVANT: I would like to be able to be taught correctly.

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

(B1

COPY

FORM #584

GRIEVANCE FORM

FACILITY: BWCI    DATE: January 24, 2004
GRIEVANT'S NAME: Donal Fayson    SBI#: 00165713
CASE#: _____    TIME OF INCIDENT: 3:54 Pm
HOUSING UNIT: 6th

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVE IN THE INCIDENT OR ANY WITNESSES.

This grievance is in reference to the constant violation of my right I was denied getting a Pastoral visit by Warden Patric Ryan siting because no volunteer application had been submitted I couldn't have a Pastoral when I asked Chaplain Earle about the normal procedur for pastorals she advised me that the warden has banned all Pastorals for the "Islamic Community However it is my right to see my religious advis There has been no logical reson given for why I have been denied my Pastoral visits.

ACTION REQUESTED BY GRIEVANT:
I'm Requesting a logical Reason as to why I have been denied Pastorals

GRIEVANT'S SIGNATURE: _____    DATE: 1-24-04

WAS AN INFORMAL RESOLUTION ACCEPTED?  ___(YES)  ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

(C1

# WHAT IS A SUFI AND WHAT IS SUFISM?

**Sufi: a follower of Sufism**

**Sufism: a sect that has introduced many innovated practices and beliefs into the religion of Islam while claiming to be mystical**

Sufism was not known in the time of the Prophet (May Allah raise his rank and grant him peace) or his Companions, nor was it well known in the first three generations after them. It first appeared in Basrah in Iraq, where some people went to extremes in worship and in avoiding the worldly life, something which is admonished in the Quran:

"The Monasticism which they invented for themselves; We did not prescribe it for them." Qur'an 57:27

Sufis belong to the Illumist school of philosophy which holds that knowledge and awareness is brought about in the soul by spiritual exercises. Orthodox Islam holds that one can achieve true knowledge and awareness through the acts of worship that exist in the Quran and Sunnah (tradition of the Prophet Muhammed).

Sufism is often, willfully or otherwise, referred to by Sufis themselves, or by orientalists, as "Islamic mysticism", in order to give the impression that Islam is either wholly or partly an esoteric religion, with a set of dogmatic rituals to be understood by the elite alone-in this class, the Sufis! Unfortunately, the lack of any sound critical analysis of the subject in the English language allows these orientalists to flood the English and North American book market with literature that stands unchallenged, and dupes naive Muslims into believing that true salvation can only be attained by pursuing a mystical order. Their vain goal strips Islam of its universality. The Sufis have introduced many innovations into Islam in the name of Tasawwuf (asceticism) and have justified such practises by fabricated statements and unsound arguments

Although many sects have appeared throughout the ages, none have outlasted as long and spread their effects into the homes of so many as Sufism has. The emotional attachment that a countless number of Muslims have towards this sect is so powerful that any analysis should be purely from an objective perspective; its conclusions however leave no doubt as to the alien nature of Sufi teachings that have infiltrated into the religion that our beloved Prophet (s.a.w.s) left us upon.

True Muslims should be content with the name "Muslims given to them by Almighty Allah as he says: which means,

"He has chosen you (to conform to His religion) and has imposed no difficulty upon you in religion, the religion of your father Ibrahim. He named you 'Muslims' both before (in the preceding Divine Scriptures) and in this Book." (22.78)

**Ibn Kathir elaborated on this verse, saying: "Allah has chosen the Muslims, honoured them, and distinguished them exclusively of other nations by the most honourable**

**Messenger and the most perfect religion, and He has not overburdened them with more than they can bear.**

Sufis believe that their teachers are also a source for legislation in worship, as <u>they will order them to carry out acts of worship that have no basis in either the Quran or the Sunnah</u>. The extremists from amongst them often claim that Allah dwells within His creation (i.e. in people's hearts, internal organs etc.). Consequently, **they ascribe to their Sufi teachers attributes and powers which only belong to Allah, such as the knowledge of the unseen.**

They often claim that the texts of the Quran and the Sunnah have an outer, apparent meaning, and as well, an inner, hidden meaning. They hold that the outer, apparent meaning is known to those who practice orthodox Islam, while the inner and hidden meanings of the Quran and Sunnah are known only to their teacher and order. These teachers will often claim that since they have advanced to the inner and hidden meaning of Islam, **they no longer need to pray or fast, something that not even the Prophets were excused from.**

Like many other Sufi doctrines, pantheism (a doctrine that equates GOD with the forces of the and laws of the universe, the toleration of the worship of all gods) is adopted from man-made religions and philosophies, as confirmed by **S. R. Sharda in his book, Sufi Thought**

**"Sufi literature of the post-Timur period shows a significant change in thought content. It is pantheistic. After the fall of Muslim orthodoxy from power at the centre of India for about a century, due to the invasion of Timur, the Sufi became free from the control of the Muslim orthodoxy and consorted with Hindu saints, who influenced them to an amazing extent. The Sufi adopted Monism and wifely devotion from the Vaishnava Vedantic school and Bhakti and Yogic practices from the Vaishnava Vedantic school. By that time, the popularity of the Vedantic pantheism among the Sufis had reached its zenith."**

If Sufis insist that they are Muslims, then what is the sense of identifying themselves with Sufism rather than with Islam. The word "Sufism" was not familiar to those who lived in the first and the best three generations of *as-Salaf as-Salih (the pious predecessors)* who were commanded by Allah the Exalted and His Messenger Muhammad (s.a.w.s)

Ibn Taymiyyah makes this clear in his 'Majmu al-Fatawa: 'Some people accept everything of sufism, what is right as well as what is wrong; others reject it totally, both what is wrong and what is right, as some scholars of kalam and fiqh do. The right attitude towards sufism, or any other thing, is to accept what is in agreement with the Quran and the Sunnah, and reject what does not agree'" **[Majmu Fatawa Shaykh al-Islam, Vol. 10, p. 82]**

(Taken from Allaahu Akbar.net)

This article was provided by NAIF, Inc. 2807 N. Monroe St. Wilmington, DE 19802,
Email:naifinc@verizon.net   (302) 762-9691 www.naifinc.org
4-22-04

BOOK II

| Date | NAME | ORGANIZATION | TIME IN | OUT |
|---|---|---|---|---|
| 4/5/04 | E. Carol Margavage | PF | 10:30 | 11:30 |
| 4/9 | CJ Milne | FUM | 9:15 | 11:30 |
| 4/9 | Peg Kluba | Immanuel Church | 9:25 | 10:05 |
| 4/9 | Ra... | " " | 9:30 | 10:45 |
| 4/9 | Marcy Desmond | " " | 9:30 | 10:45 |
| 4/9/04 | Julia Vaughan | " " | 9:30 | 10:45 |
| 4-9-04 | T. Ismaa'eel | NAIF, Inc | 10:00 | |
| 4/9/04 | Nancy Wolfe | Read Aloud | 10:25 | |
| 4-9-04 | T. Ismaa'eel | NAIF, Inc | 1:45 | |
| 4-9-04 | Eld Janet Pacham | Oasis of Refreshing Min | 2:00 | |
| 4-9-04 | Bishop Bruce Parham | OASIS OF REFRESHING MIN | 2:00 | |
| 4-9-04 | Diane Cassell | DaCoA-Inside/out | 6:00 | 7:30 |
| 4/9 | Carol ... | PFS | 6:00 | 7:05 |
| 4-9 | Mary Madden | DACOA inside/out | 6:00 | 7:30 |
| 4/9/04 | Hazel Maiden | PFM-1on1 | 6:45 | 7:00 |
| 4-9-04 | T. Ismaa'eel | NAIF, Inc | 7:00 | |
| 4/9/04 | Dora Lynn ... | PF 1on1 | 7:05 | 8:10 |
| 4/9/04 | Sr. Mary Kathleen | Immanuel Ch | 8:35 | 10:10 |
| 4/10/04 | CJ Milne | FUM | 8:35 | 10:10 |
| 4-10-04 | Tamala ... | MCSDC | 10 A | |
| 4/10/04 | ... Shirley ... | Higher Ground Ministries | 11 AM | 11:50 |
| 4/11 | Helen Binny | FCM | 2300 | 0730 |
| 4/11 | Barbara Barnhart | PF | | |
| 4/11 | E. Margavage | PF | 10:35 | 12:00 |
| 4/12 | Peg Kluba | ... Sweater | 2:30 | 3:15 |
| 4/12 | Minerva Lemon | PRC | 6:00 PM | 7:10 |
| 4/12 | Susan Urwin | PF 1on1 | 6:10 | 7:12 |
| 4/12 | Susan Annone | AH | 7:15 | |
| 4/12 | Hazel Maiden | Bible Study PFm | 6:15 | 7:40 |
| 4/13 | Darlegde King | Medical Unit | | |
| 4/13 | Nellie Howard | Kingdom Hall | 9:50 | 12:20 |
| 4/13 | Leah Denson | Kingdom Hall | 9:50 | 12:20 |
| 4/13 | Petra Canty | Heart to Heart | 9:52 | 11:23 |
| | Sherry Strader | PF | | |

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| 4/13/04 | Jean Sica | PF 1on1 | 1:05 | 2:53 |
| 4/13/04 | Joyce Close | PF | 1:05 | 2:8 |
| 4-04-04 | Barb Bain | AA | 9 | 10 |
| 4-14-04 | Kirsten Echelmeier | FVM | 9:35 | 3:00 |
| 4/14/04 | N. Rose | Read aloud | 10:28 | 11:30 |
| 4/14 | Linda Minor | PF | 10:50 | 12:00 |
| 4/14/04 | Joan Hodges Roberts | Read Aloud | 12" | 11 |
| " " | D. Dell | PF | BTM | 3:55 |
| 4/14 | A. Wellman y | PF | 12:05 | 3:00 |
| 4/14 | LJ Milone | FVM | 1:10 | 3:00 |
| 4/14 | Cooksey | CMS SPR | | |
| 4/14/04 | Megan Pierce | PRC | 5:45 | 8:00 |
| 4-14-04 | Johnette Graf | Board of Parole | 5:45 | 8:00 |
| 4-14-04 | Dwight Holden | " " | 5:45 | 8:00 |
| 4-14-04 | Sherry Strader | PF | 5:52 | 7:13 |
| April 14 | O'Connor | St Vincent | 6:50 | 8:1 |
| April 14 | Curtise | " | " | 8:1 |
| April 14 | Fahnhober | " | " | 9 |
| 4-14-04 | J. Ismaeel | NAIF Inc | 7:00 | |
| 4/14/04 | E. Brown | Victory Bib. | 7:20 | 8:8 |
| 4/15/04 | J. Prelick | Read aloud | 9:15 | 8:38 |
| 4/15/04 | LJ Milone | FVM | 10:30 | 4:00 |
| 4/15/04 | D Vandiver | Read Aloud | 10:30 | 10 |
| 4/15/04 | Marge Purcell | PF | 10:45 | 11:40 |
| " | Vanessa Reed | P.A. | 12- | |
| 4/15/04 | Helen Scott | 1 on 1 | 1:05 | 2:00 |
| 4/15/04 | Nothing Changes | church | 1:40 | 2:30 |
| 4-15-04 | J. Ismaeel | NAIF Inc | 2:38 | |
| 4-15-04 | Tommie Mae Byers | PF - Bible study unit 7 | 2:40 | 4:0 |
| 4/15/04 | S. Alie | medical | 2:45 | |
| 4/15/04 | H. Ruiz | " | 2:4 | |
| 4-15-04 | Carolyn Dehoey | PRC | 5:40 | |
| 4-15-04 | Joyce Close | PF | 6:20 | 7:00 |
| 4-15-04 | J. Ismaeel | NAIF | 6:45 | |
| 4-15-04 | J. Hann | COTW | 7:01 | 8:35 |
| 4-15-04 | G. Waters | COTW | 7:15 | |

| DATE | NAME | Organization | TIME IN | TIME OUT |
|---|---|---|---|---|
| 4-16-04 | Jenn Toy | New Beginnings | nau | 10:48 |
| " | Leigh Corrigan | " | 9:30 | |
| " | Darlene Arena | " | " | 10:45 |
| 04/16/04 | Julie Vaughan | " | 9:40 | 10:50 |
| " | Marcy Dashnaw | " | 9:40 | 10:40 |
| 4-16-04 | T. Ismaeel | NAIE, Inc | 9:45 | 10:35 |
| 4-16-04 | Deb Hastings | Dupont | 10:10 | |
| 4-16-04 | Kirsten Echelmeier | FVM | 10:35 | |
| 4/16/04 | LJ Milone | FVM | 10:35 | |
| 4/16/04 | Jim Woods | SVDP | 12:20 | 2:10 |
| 4/16/04 | Barb. Faulhaber | SVDP | 12:20 | 2:10 |
| 4-16-04 | Semab Chaudhry | ISD | 3:00 | |
| 04 | Diane Carroll | DACOA Inside/Out | 6:00 | 7:10 |
| /04 | Mary L Maddox | DACOA Inside/Out | 6:00 | 7:10 |
| /16/04 | Hazel Maiden | PFM Toni Yard | 6:50 | 6:55 p |
| /16/04 | Dona Lynn Worker | People on one | 6:50 | 6:58 p |
| -04 | T. Ismaeel | NAIE, Inc | 6:58 | |
| 17/04 | J. White | VCBC | 12:50 | 3:00 |
| 17/04 | S. Hamlin | Fem | 2:05p | |
| 17/04 | Bob Williams | Fem | 1500 | |
| 19-04 | Shirley Hase | P.F | 10:20 | 1:50 pm |
| 19/04 | LJ Milone | FVM | 10:23 | 12:10 |
| 19-04 | Kirsten Echelmeier | FVM | 10:24 | |
| 4-19-04 | E. Margavage | PF. | 10:30 | 11:45 |
| 19-04 | T. Ismaeel | NAIE, Inc | 2:30 | |
| 19/04 | Peg Declin | Franciscan Ctr | 2:30 | 3:20 |
| /04 | Peg Pierce | PRC | 545 | 720 |
| /04 | Kevin Lee | PLC | 5:50 | |
| /04 | Susan Um | PF on | 6:07 | 7:17 |
| /04 | Monica McBride | AA | 7:15 | |
| /04 | Hazel Maiden | Bible Study - PFM | 6:25 | 9:40 |
| /04 | Bob Maxey | Verizon | 9:30 | 10:30 |
| /04 | Leah Benson | Kingdom Hall | 9:35 | |

16

| Date | NAME | Organization | TIME IN | TIME OUT |
|---|---|---|---|---|
| 1/20 | CJ Milone | FUM | 1:05 | 3:10 |
| 1/20 | Joyce Close | PF | 1:10 | 2:10 |
| 1-20-04 | T. Ismaaéel | NAIF, Inc | 2:30 | |
| 1-20-04 | J. Villareal | DTCC | 6:00 | 7:3 |
| 1/21/04 | Natalie Branch-Davis | Currgencs | 8:00 | |
| 1/21/04 | Patricia Brooks | Reentry | 8:50 | 9:5 |
| 1/21/04 | Sissy Garcia | Re-entry | 8:51 | 9:3 |
| 1/21/04 | Ted Robertson | Reentry | 8:51 | 9:3 |
| 1-21-04 | E. McL_ | Reentry | 9:02 | 9:30 |
| | Regina Gray | Reentry | 9:02 | 9:3 |
| 1-21-04 | Pastor Ward | One on one | 9:16 | 9:55 |
| 1-21-04 | Kirsten Echelmeier | FVNA | 9:30 | 3:3 |
| 1/21 | Alinda M___ | PF | 10:30 | 1pm |
| 1/21 | Anne We_____ | PF | 12:05 | |
| 1/21 | CJ Milone | FUM | 1:20 | |
| 1-21-04 | C.A. Pringle | DCS | 1:20 | 5:0 |
| 1/21/04 | D. N___ | DCJ | 1:35 | |
| 1/21/04 | Pamela Reid | PCJ | 1:50 | |
| 1/21/04 | J. Ness | _____ | 2:00 | |
| 1-21-04 | T. Ismaaéel | NAIF, Inc | 2:30 | |
| 1-21-04 | Inez Coates | | 5:30 | |
| 1-21-04 | Johnette Gray | Board of Parole | 5:50 | 7:50 |
| 1-21-04 | Kathy Ward | YMCA | 5:50 | 7:5 |
| 1-21-04 | Lenora Webb | Victory Bible School | 6:25 | 8:3 |
| 1/21/04 | Joyce Close | PF | 6:30 | 8:3 |
| 1-21-04 | T. Ismaaéel | N.A.I.F, Inc | 7:03 | 8:4 |
| 1/21/04 | Cy Whitsel | AA | 7:20 | 8:3 |
| 1/21/04 | El ___ Br__ | Victory christ | 7:25 | |
| 1/22/04 | Natalie Branch-Davis | Village | 6:80A | |
| 1/22/04 | CJ Milone | FUM | 10:30 | |
| 1/22/04 | Mary Purcell | PF | 10:50 | |
| 1-22-04 | Hur___ | Lab Corp | 11:23 | |
| 1/22/04 | Joan H. Roberts | Read Aloud | 12:50p | |
| 1/22/04 | Helen Scott | _____ | 1:00 | |
| 1/22/04 | Sr Mary Killian | _____ Center | 1:30 | |

| Date | Name | Organization | TIME IN | TIME OUT |
|---|---|---|---|---|
| 4/22 | M. Levalueur | DMP | 6— | 8:15 |
| 4/22 | S. Bartlett | 1st AG | 6:20 | 8:5 |
| 4/22 | D. Keever | 1st AG | 6:20 | |
| 4/22 | D Spanakos | 1st AG | 6:20 | |
| 4/22 | L Hall | 1st AG | 6:20 | |
| 4/22 | W. Moore | 1 on one | 6:40 | 8:05 |
| 4/23 | N. Ensler | Read Aloud | 8:58 | |
| 4/23 | Monique Boulware | DFS | 9:00 | 10:00 |
| 4/23 | Rose Vance | Franciscan Center | 9:10 | 10:40 |
| 4/23 | Julie Vaughan | Franciscan Center | 9:25 | 10:40 |
| 4/23 | Marcy Desmond | " " | 9:35 | 10:40 |
| 4/23 | Peg Durlin | " " | 9:25 | 10:40 |
| " | Darlene Cuenca | " | 9:33 | 10:40 |
| 4/23/04 | J. Ismaaeel | N.A.I.F. Inc | 9:35 | |
| 4-23-04 | Kirsten Echelmeier | FVM | 10:05 | 4:00 |
| 4-23-04 | Judith Hannum | St. John's Lutheran Church | 1:35 | 2:36 |
| 4-23-04 | Dottie Kringel | St. John's Lutheran Church | 1:40 | 2:36 |
| 4-23-04 | Jean Sica | 1 on1 PF | 1:50 | 3:10 |
| 4/23/04 | C. Corcoran | Trane | 1:50 | |
| 4/23/04 | S. Rsali | PCM | 14:45 | 15:50 |
| 4/23/04 | M. Carroll | Inside/out DCA | 6:00 | 7:40 |
| 4/23 | R. Clough | 10-91b | 6:00 | 6:10 |
| 4/23 | M. Maddox | Inside/out | 6:00 | 7:40 |
| 4/23/04 | Dona Lynn Woodard | Pf. one on one | 6:40 | 8:05 |
| 4/23/04 | Hazel Maiden | Pfm 1-on-1 | 6:50 | 8:05 |
| 4-24-04 | Shirley J. Hade | P.F | 8:50 | 10 AM |
| 4-24-04 | Tommie Mac Byers | PF 1 on 1 | 9:58 | 11:20 |
| 4/24/04 | Angela W | | | |
| 4-24-04 | Kelley Lambey | | | |
| 4-24-04 | S. McAuster | Act Lab | 15:50 | |
| 4-24-04 | S. M'Mighty | Act Lab | 11:30 | |
| 4/26/04 | C. Corcoran | Trane | 8:15 | 11:00 |
| 4/26/04 | Y. Nasr | Child Inc | 8:55 | 10:55 |
| 4/26/04 | CJ Milne | FVM | 10:15 | 1:30 |
| 4/26/04 | Shirley Calder | P.F | 10:30 | 1:30 |

| Date | NAME | Organization | TIME IN | TIME OUT |
|---|---|---|---|---|
| 4-26-04 | Kirsten Echelmeier | FVM | | |
| 4/29/04 | Rose Whitley | PA | 12:20 | 1:3? |
| 4/30/04 | Susan Orr | PF | 1:30 | 3:0? |
| 4/26/04 | Hazel Majden | PF on 1 | 6:07 | 7:?? |
| 4/26/04 | Susan Annone | PFm - Bible study | 6:48 | 9:55 |
| 4/29/04 | Leah Denson | AA | 7:25 | 8:?? |
| 4/27/04 | Nellie Howard | Kingdom Hall | 9:35 | 12:40 |
| 4-27-04 | Sherry Strader | " " | 9:55 | 12:40 |
| 4/27/04 | LJ Milone | PF | 10:41 | 1:08 |
| 4/27/04 | Joyce Close | FVM | 1:05 | 3:15 |
| 4/27/04 | Jean Lico | PF | 1:20 | 2:30 |
| 4-27-04 | T. Ismaa'eel | PF lon1 | 1:30 | 2:40 |
| 4/27/04 | Margaret Pierce | NAIF, Inc | 2:10 | |
| 4/27/04 | Jay Caxton | PRC | 5:50 | 7:?? |
| 4/28/04 | B Brown | self | 6:00 | |
| 4-28-04 | K. echelmeyer | AA | 9 | |
| 4-28-04 | Shirley Hare | FVM | 9:45 | |
| 4/28 | Linda Rynk | P Faw | 10:20 | 10:?? |
| 4-28-04 | T. Ismaa'eel | PF | 10:30 | 1pm |
| 4-28-04 | Sherry Strader | NAIF | 2:30 | |
| 4-28-04 | Dienna Welch | PF | 6:06 | 7:15 |
| 4/28/04 | Bill Conrad | UBC | 6:30 | |
| 4/28/04 | Guy Woods | SVDP | 8:46 | 8:?? |
| 4/28/04 | T. Ismaa'eel | SVDP | 6:45 | 8:?? |
| 4-28-04 | Barbara Faulhaber | NAIF | 6:45 | |
| April/29 | O'Connor | SVDP | 6:50 | 8:?? |
| 4/28 | E Brown | " | 6:53 | 8:?? |
| 4/28 | Duci Humphrey | Victory Bible | 7:20 | 8a |
| 4/28 | Marge Purcell | AA | 7:25 | 8:30 |
| 4/29 | Chris McKenny | PF | 10:50 | 1:25 |
| 4/29 | Sr Mary Kelleran | PCCC | 11:10 | 1:?? |
| 4/29 | Anne Wellman | Howard Center | 11:25 | 1:40 |
| 4/29/04 | Joan H. Roberts | PF | 12:15 | 5:?? |
| 4/29/04 | Helen Scott | Read Aloud | 1:50 | |
| 4-29-04 | T. Ismaa'eel | Aqua??? | 1:15 | 2:0? |
| 4/29/04 | Tommie McBride | NAIF Inc | 2:30 | |

| Date | NAME | Organization | TIME IN | TIME OUT |
|---|---|---|---|---|
| 4-29-04 | T. Ismaa'eel | NAIF, Inc | 8:40 | |
| 4-30-04 | K. echelmeier | FVM | 8:30 | |
| 4/30 | M Linahan | Cloud Cloud | 9— | 10 |
| 4/30 | Bharat Gajjar | Yoga | 9:20 | |
| 4/30 | Jean Toy | New Beginnings | 9:25 | 10:40 |
| 4/30 | Sharon Stewart | " " | 9:25 | 10:40 |
| 4/30 | Leigh Cornish | " " | 9:25 | 10:40 |
| 4/30 | Julia Vaughan | " " | 9:25 | 10:40 |
| 4/30 | Marcy D'Amore | " " | 9:25 | 10:40 |
| 4/30 | Darlene Greene | " " | 9:30 | 10:40 |
| 4-30-04 | T. Ismaa'eel | NAIF, Inc | 9:50 | |
| 4/30/04 | | | 9:50 | |
| 4/30/04 | Judith D. Hannum | St. John's Lutheran | 11:20 | 3:30 |
| 4/30/04 | John Shuford | AVP | 5:05 | 8:30 |
| 4/30/04 | S. Nancy Frommelt | AVP | 5:20 | 8:30 |
| 4/30/04 | Mary Maddox | Inside/out DelCA | 6:00 | 7:25 |
| 4/30/04 | K. Jude Carroll | Inside/out DelCA | 6:05 | 7:25 |
| 4/30 | Pim Lle | PFJ | 6:27 | 7:35 |
| 4/30/04 | HAZEL MAIDEN | PFM-1-ON-1 | 6:50 | 7:40 |
| 5/1/04 | S. Nancy Frommelt | AVP | 8:15 | 5:00 |
| 5/1/04 | John Shuford | AVP | 8:15 | 5:00 |
| 5/1/04 | M Sr. Mary Kilburn | Franciscan Center | 8:35 | 9:55 |
| 5/1/04 | Janice Hubbard | VRC | 8:38 | 12:40 |
| 5-1-04 | Shirley J. HARE | P.F. | 8:55 | 10 AM |
| 5-1-04 | Yvonne Killian | Oasis of Refreshing | 10:05 | 11:40 |
| 5-1-04 | Sharon McAfee | Oasis of Refreshing | 10:05 | 11:40 |
| 5-2-04 | John Shuford | AVP | 8:17 | 5:00 |
| 5-2-04 | S. Nancy Frommelt | AVP | 8:18 | 5:00 |
| 5/3/04 | L J Allen | FVM | 10:25 | 1:15 |
| 5/3/04 | Kirsten Echelmeier | FVM | 9:25 | 1:50 |
| 5/3/04 | Mary Purcell | PF | 10:30 | 12:35 |
| | Margaret | PF | 10:40 | 12:00 |
| 5/3/04 | Danielle Adler | DOC | 11:20 | |
| 5/3/04 | Melissa Elder | JASC | 11:35 | 1:25 |
| | Kim Stoutzenbach | " | 11:35 | 10:40 |

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| 5/4/04 | LJ Milone | FVM | 1:05pm | 3:3 |
| 5/4/04 | Joyce Case | PF | 1:10 | 2: |
| 5-4-04 | T. Ismaéel | NAIF, Inc | 2:25 | |
| 5-4-04 | B Bailey | | 2:50 | 8:05 |
| 5-5-04 | D. R... | | 10:00 | 1:30 |
| 5/5 | Alinda Minor | PF | 10:30 | 1pm |
| 5/5/04 | Joan H. Roberts | Read Aloud | 10:45 | 1: |
| 5/5/04 | Kirsten Echelmeier | FVM | 10:45 | 4:15 |
| 5/5/04 | LJ Milone | FVM | 1:30 | 4:15 |
| 5-5- | T. Ismaéel | NAIF, Inc | 2:30 | |
| 5-5-04 | Inez Cooks | | 5:— | |
| 5-5-04 | Sherry Strader | PF | 5:53 | 7:1 |
| 5/5/04 | Eleanor Brown | Victory Christian | 7:00 | 8:4 |
| 5/6/04 | LJ Milone | FVM | 9:45am | 3:55 |
| 5-6-04 | Shirley ... | PF | 10:30 | 1:55 |
| 5-6-04 | C... | DCD | 10:28 | |
| 5-6-04 | Andrea Stern | TCPC | 11:00 | |
| | Br. One DO... | | | |
| 5-6 | Anne Wellman | PF | 12:40 | 2:35 |
| 5-6 | Kirsten Echelmeier | FVM | 1:00 | |
| 5-6 | Helen Scott | Lomp... | 1:05 | 2:00 |
| 5-6 | Judith Hannum | St. John's Lutheran Church | 1:25 | 3:18 |
| 5/6 | Karen Murphy | " | 1:30 | 3:10 |
| 5/6 | Tommie Lee Byers | PF Bible Study | 2:37 | 4:01 |
| 5/6 | Joseph ... | AA, Hazin | 5:00 | 5:00 |
| 5-6 | Via Reynolds | PRC | 5:35 | |
| 5-6 | Rev Bevee Perkins | C.O.T.L.W. A.W.C | 6:18 | 8:30 |
| " | Pastor M... | Catch outreach | 7:30 | 8:3 |
| 5-7 | Marm ... | Read aloud | 9 | 10:0 |
| 5-7 | ... | American Center Mass | 9:25 | 10:... |
| | Jenn Tay | | 9:25 | 10:00 |
| | ... | " | 9:25 | |
| 5/7 | LJ Milone | FVM | 9:25 | 3:00 |
| 5/7 | Br Chris | St Paul | 9:25 | |
| 5/7 | ... | ... | | |

| DATE | NAME | ORGANIZATION | TIME IN | OUT |
|---|---|---|---|---|
| 5/7 | BOB MOLEY | VERIZON - WMATE PHONES | 10:15 | 11:15 |
| 5/7 | Ben Anderson | PCM | 12:10 | 13:00 |
| 5/7 | BOB MOLEY | VERIZON - WMATE PHONES | 12:21 | 1:10 |
| 5/7 | Jean Sica | PF | 1:45 | 3:05 |
| 5/7 | Paul Wink | PF | 6 | 7 |
| 5/7 | Mary MADDOX | Inside/out DCO | 6:00 | 7:40 |
| 5/7 | Dynne Carroll | Inside/out/DeCott | 6:18 | 7:40 |
| 5/7/04 | HAZEL MAIDEN | PFM TONT cancelled | 6:45 | |
| 5-7-04 | T. Ismaeel | NAIF, Inc. | 7:00 | |
| 5-7-04 | Shala Fears | Nurse finders | 6:50 | 13:40 |
| 5-8-04 | Janice Hubbard | VBC | 8:45 | |
| 5-8-04 | Sr. Mary Killeen | Shannon Center | 8:45 | 9:55 |
| 5-8-04 | Jasmina Ademovic | ISD | 10:22 | 12:35 |
| 5-8-04 | Ray Dadus / Tommie Mae Byers | PF - One on One | 3:10 | |
| 5-8-04 | Bharat S. Gajjar | Yoga | | |
| 5/9/04 | B Mullins | PCM | 1500 | |
| 5/10/04 | LJ Milone | FUM | 9:40 | 1:30 |
| 5/10/04 | Kristen Echelmeier | FUM | 9:40 | 1:30 |
| 5-10-04 | SHIRLEY J. HARE | PF | 10:30 | 1:55 |
| 5-10-04 | MARG SAVAGE | PF | 10:35 | 1:30 |
| 5-10-04 | L. Dreiberlich | Christ Ch/Read Aloud | 11:35 | 12:30 |
| 5/10/04 | Greg Klahn | 107 Jive ater Franciscans | 3:10 | 5:20 |
| 5/10/04 | Reg Pierce | DMP | 5:45 | |
| 5/10/04 | Susan Ursin | 1on1 PF | 6:03 | 7:03 |
| 5/10/04 | HAZEL MAIDEN | PFM - BIBLE STUDY | 6:33 | 8:00 |
| 5/10/04 | Andrea Stone | 1on1 PF | 7:10 | 8:55 |
| 5/10/04 | Susan Ammone | AA | 7:30 | 8:30 |
| 5/11/04 | Leah Denn | Kingdom Hall | 9:45 | 12:10 |
| 5/11/04 | Nellie Howard | " | 10:00 | 12:10 |
| 5-11-04 | Sherry Strader | PF | 10:27 | 1:11 |
| 5/11/04 | LJ Milone | FUM | 1:00 | 3:10 |
| 5/11/04 | Joyce Close | PF | 1:05 | 2:15 |
| 5/11/04 | Ken Leers-Lopez | DCJ | 5:40 | 7:53 |
| 5/11/04 | Sherry Strader | DCJ - PF | 5:50 | 7:53 |

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| 5/12 | R. Quire | Read Aloud | 10:35 | 1:30 |
| 5/12 | L. Dodd | PF | 12:05 | 2 |
| 5/12 | LJ Milone | FVM | 1:45 | 4 |
| 5-12 | Sherry Strader | PF | 5:33 | |
| 5-12 | M. Anabeyer | DMP | 6 | |
| 5/12 | BILL C___ OSR | SUPP | 6:58 | |
| 5/12 | Jim WOODS | SUPP | | |
| 5/12 | BARBARA FAULHABER | " | 6:58 | |
| 5/12 | Emme Kealey | SUPP | | |
| 5/12 | BETH O'CONNOR | SVDP | 6:50 | |
| 5/12 | Joyce Close | PF | | |
| 5-12-04 | T. Ismaa'eel | NAIF, Inc | | |
| 5/12 | E. Brown | Victory Bldg | | |
| 5/13 | LJ Milone | FVM | | |
| 5/13 | Rev Mark A Kellehn | Holy Angels Parish | | |
| 5/13 | Donna McAvaney | | | |
| 5/13 | Sr. Mary Killoran | Franciscan Center | | |
| 5-13 | Anne Wellman | PF | | |
| 5-13 | Helen Scott | Cong | | |
| 5-13 | Tommie Mae Byer | Bible Study - Unit 7 | | |
| 5-13 | Yua Reynolds | PRC | | |
| 5/13 | A____ | _____ pgm | | |
| 5/13 | E Towne | " | | |
| 5-13-04 | T. Ismaa'eel | NAIF, Inc | | |
| 5/13/04 | Brenda ___ | Chapel | | |
| 5/13/04 | Dorothy _____ | " | | |
| 5/14/04 | Bhavey J Gajjar | Yoga | | |
| 5/14/04 | Sharon Steinberg | New Beginnings | 9 am | |
| 5/14/04 | Marcy Desmond | " " | 9:25 | |
| 5/14/04 | Darlene Arena | | 9:30 | |
| 5-14-04 | T. Ismaa'eel | NAIF, Inc | 10:00 | |
| 5/14/04 | STEVEN M. SANBORN | DFS | 10:55 | |
| 5/14/04 | K. Echelmeier | FVM | 10:55 | |
| 5/14/04 | LJ Milone | FVM | 10:55 | |
| 5/14/04 | Nancy Wolfe | Read Aloud | 10:55 | |