| DATE | NAME | ORGANIZATION | TIME IN | OUT |
|---|---|---|---|---|
| 5-20-04 | Shirley Hare | Faith City Fam. Church | 6:20 | 8:15 |
| 5-20-04 | Jack Hare | " " " | 6:20 | 8:15 |
| 5-20-04 | T. Ismaeel | NAIF, Inc | 7:00 | |
| 5-20/04 | Barbara Blackston | COTLW | 7:20 PM | 8:30 P |
| 5/21 | M. Lindberg | Read Aloud | 8:55 | 10:40 |
| 5/20/04 | DC deMello | FCM | 9:00 | |
| 5/21/04 | Fr. Darryl Lively | Fran Ctr./New Begin | 9:20 | 10:20 |
| 5/21 | Roe Dorson | Fran Ctr/New Begin | 9:22 | 10:40 |
| 5/21 | Org Dulin | " " | 9:22 | 10:40 |
| 5/21 | Marcy Desmond | " " | 9:25 | 10:40 |
| 5/21 | DJ O'Milone | FVM | 9:25 | 2:00 |
| 5/21 | Bharat J. Gajjar | Yoga | | |
| 5/21 | D Arena | New Beginning | 9:35 | 10:30 |
| 5-21-04 | T. Ismaeel | NAIF, Inc | 10:00 | 12:20 |
| 5-21-04 | Tim Hurd | SVDP | 10:20 | 12:25 |
| 5-21-04 | Barb Althofer | SVDP | 10:20 | 12:25 |
| 5/21/04 | Roxane Blake | Friendship House | 10:30 | 12:23 |
| 5/21/04 | Genell Walls | " | " | 12:23 |
| 5/21/04 | Rev Sharron McGhee | Word of Life Fellowship | 10:30 | |
| 5/21/04 | K. echelmeier | FVM | 11:30 | 2:00 |
| 5/21/04 | S Pisacki | FCM | | |
| 5/21/04 | J Lica | PF Ion1 | 1:30 | 2:40 |
| 5/21/04 | Dottie Kregiel | St. John's Luth. Church | 1:45 | 2:50 |
| 5/21/04 | Maxine Richter | St. John's Lutheran Church | 1:45 | 2:50 |
| 5-21-04 | T. Ismaeel | NAIF Inc | 7:10 | 8:15 |
| 5/24/04 | Bernice Yokley | Victory Bible School | 8:31 | 12:30 |
| 5/24/04 | Janice Hubbard | " " " | 8:31 | 12:30 |
| 5/24/04 | Gadaf Cadwell | H2H | 12:19pm | |
| 5/24/04 | Pefra M Ganta | Heart to Heart | 12:14 pm | |
| | John A Knopf | | 12:40 | |
| | | | 12:40 | |
| 5/24/04 | Cujnda Coleman | H2H | 12:50 | |
| 5/24/04 | Y. Nees | Child Inter | 9:10 | 10:35 |
| | A Vandyne | Appeal Aggress | | 11:10 |
| 5-24-04 | Shirley J Hare | P. F. | 9:20 | 2 PM |
| 5-24-04 | K echelmeier | FVM | 9:30 | 12:30 |

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| 5-27-04 | Shirley J Hare | P.F | 10:30 | 1 PM |
| 5/27 | LJ Milone | FVM | 11:00 | 4:30 |
| 5/27 | Amy Puttetta | | | |
| 5/27 | Sr Mary Lilburn | Franciscan Center | 12:45 | 2:45 |
| 5/27/04 | Joan H. Roberts | Read A-Loud | 1 P | |
| 5/27/04 | Helen Scott | Joni | 1:15 | 2:00 |
| 5/27 | Yuneeka B | P.D. | | |
| 5/27 | Charise Carroll | Meeting | 6:00 | |
| 5/27 | Debbie Reever | chapel | 6:15 | 8:30 |
| 5/27 | Joyce Close | PF | 6:25 | 8:00 |
| 5/27 | Lorna Miller | 1st AG Chapel | 6:30 | 8:30 |
| 5/27 | Debby Spanakos | 1st AG " | 6:30 | |
| 5/27 | T. Tsmaeel | NAIF, Inc | 7:15 | 8:40 |
| 5/28 | S McMitts | AG CH3 | 12 | |
| 5/28 | Ashayla Wright | Big Brothers Big Sisters | 8:55 | 11:30 |
| 5/28 | M. Lad | Read Aloud | 8:55 | 10:30 |
| 5/28 | Mildred Hamilton | New Beginning | 8:55 | |
| 5/28 | Bharat Gajjar | Yoga | 9:50 | |
| 5/28 | Karen A. Karsnitz | Attorney | 9:55 | 10:30 |
| 5/28 | Craig Karsnitz | Attorney | 9:55 | 10:28 |
| 5/28 | L Corcoran | Trane | 9:55 | 1:00 |
| 5-28 | T Tsmaeel | N.A.I.F. Inc | 10:00 | |
| 5-28-04 | Shirley J Hare | P.F | 10:30 | 1:30 |
| 5-28/04 | Rev Joan W. Williamson | Spirit of Life-God Loves Me | 11:00 | 12:30 |
| 5/28/04 | LJ Milone | FVM | | |
| 5/28/04 | K. echelmeier | FVM | 11:00 | |
| 5/28/04 | Rev Skyler McGee | Word of Life Full | 11:00 | 12:30 |
| 5/28/04 | | | | |
| 5/28/04 | | DMS | 11:00 | 11:37 |
| 5/28/04 | | BCT | 13:50 | |
| 5/28/04 | Iisha Price | TASC | 3:00 | 3:15 |
| 5/28/04 | L Nancy Frommelt | AP | 6:30 | 8:30 |
| 5-28-04 | T. Tsmaeel | N.A.I.F. Inc | 6:55 | |
| 5/28/04 | Enis Burgerhold | New Pentecostal Worship Svc | 6:55 | |
| 5/28/04 | Shirley Draper | New Pentecostal | 6:35 | |

| DATE | NAME | ORGANIZATION | TIME IN | OUT |
|---|---|---|---|---|
| 6/29/05 | | | | |
| 6/31/04 | Dona Lerew | Read Aloud | 1:00 | 1:5 |
| 6/31/04 | Susan ~~Uruly~~ | PF (1 on 1) | 6:05 | 7:5 |
| 6/31/04 | Hazel Maiden | PFM - Bible Study | 6:25 | 9:5 |
| 6/31/04 | Montee McBride | AA | 7:15 | |
| 6/1/04 | Carolyn Bell | Wilm College | 8:00 | 3:4 |
| 6/1/04 | Nellie ~~Harwood~~ | Jehovah Witness | 9:40 | 12: |
| 6/1/04 | Virginia Sheppard | Jehovah's Witness | 9:40 | 11 |
| 6-1-04 | Sherry Strader | PF | 10:50 | |
| 6-1-04 | Geraldine Batt | Read Aloud | 10:55 | 12:5 |
| | Jacqueline ~~Pato~~ | " " | " | 12:3 |
| 6-1-04 | Virginia Shogursen | 1 on 1 | 11:15 | 12: |
| 6/1/04 | | | | |
| 6/1/04 | LJ Milton | FCM | 1:00 pm | 3:0 |
| 6/1/04 | Joyce Chase | PF | 1:15 | 2:3 |
| 6/1/04 | A Onyange | DG | 1:20 | |
| 6/1/04 | Diane Goodell | Mentor | 6:00 | |
| 6/2/04 | PCruz | | 8:50 | |
| 6/2/04 | Jonathan Owens | DCCS | 9:55 | |
| 6/2/04 | Hilary Holmes | DCH | 9:55 | |
| 6/2/04 | Sherese Brown | DOL | 9:55 | |
| 6/2/04 | Dawn Sykes | J & A Bail Bonds | 9:50 | |
| 6/2/04 | Andrea Prusin | First Correctional | 12:25 | 1:3 |
| 6/2/04 | V Reed | JPB | 12:40 | |
| 6/2/04 | Ashanta Wright | BRBS | 1:00 | 2:00 |
| 6/2 | DM Christian | Targetix | 1:18 | 1:5 |
| 6-2-04 | | | 2:00 | 5:1 |
| 6/2/04 | Ernie Dibley | Public Defender's Office | 2:03 | 3:18 |
| 6/2/04 | Casey Ashwin | | 2:20 | 2:4 |
| 6/2 | | FCM | 4:40 | |
| 6/2 | A McCarthy | FCM | 5:00 | |
| 6/2 | Megan Mahle | CLASI | 3:02 | 5:4 |
| 6/2 | R Bradley | SE | 5:42 | |
| 6-2 | Sherry Strader | PF | 5:53 | 7:4 |
| 6/2 | Lenoir Webb | VBC | 6:40 | 8:40 |
| 6/2 | T. Ismaeil | NAMI Inc | 7:00 | |

| DATE | NAME | ORGANIZATION | TIME IN | OUT |
|---|---|---|---|---|
| 6/3/04 | Sr. Mary Killeen | Franciscan Center | 9:45 | 11:20 |
| 6/3/04 | Marge Purcell | PF Reading Room | 10:20 | 1:05 |
| 6/3/04 | Sherita Purcell | | 10:20 | |
| 6/3/04 | LJ Milone | FVM | 11:25 | 3:45 |
| 6/3/04 | D 2000 | PF | 11:35 | 2:10 |
| 6/3/04 | A. Wellman | PF | 12:40 | 1:50 |
| 6/3/04 | Joan H. Roberts | Read A Loud | 1:— | |
| 6/3/04 | Jay Whittle | PF | 1:40 | 3:10 |
| 6/3/04 | Tommie Mae Byars | PF Bible Study - Unit 7 | 2:40 | 4:00 |
| 6/3/04 | Amy Cass | DMP | 6:55 | |
| 6/3/04 | Carolyn Dorsey | DMP | 6:55 | |
| 6/3 | M Gush | DMP | 6:— | 7:40 |
| 6/4 | M Lunn | Read Aloud | 8:30 | 10:40 |
| 6/4/04 | R. Hender | Franciscan Center | 9:15 | 10:40 |
| 6/4/04 | Nancy Desmond | " | 9:15 | 10:40 |
| 6/4/04 | Bharat Gajjar | Yoga | | |
| 6/4/04 | Sharon Steinberg | New Beginnings | 9:20 | 10:35 |
| 6/4/04 | LJ Milone | FVM | 9:20 | 2:00 |
| 6/4/04 | R Barclay | New Beginnings | 8:30 | 10:55 |
| | Kenton | " | " | |
| | Osborne | " | | |
| | Jeogh Considine | New Beginnings | 9:40 | |
| | MARGAUX | PF | 10:30 | 12:10 |
| 6/4/04 | Kirsten Echeverria | FVM | 11:15 | 4:00 |
| 04 | Bishop Padham | Oasis of Refreshing | 1:42 | 3:30 |
| 04 | Deacon Baushn | Oasis of Refreshing | 1:42 | 3:30 |
| 04 | Joan W. Williamson | Spirit of Life - Cod loves | 1:42 | 3:30 |
| /04 | Pearl Al unif | PF | 6:10 | 7:— |
| | Hazel Mailen | PFM 1on1 | 6:40 | 7:45 |
| 04 | T. Ismaeel | NAIF, Inc | 7:05 | |
| 04 | Sr. Mary Killeen | Franciscan Center | 8:45 | 9:50 |
| | Dorothy Fleming | BCF | 09:20 | 09:25 |
| 04 | Janice Hubbard | Victory Bible College Calvary Christian Fellowship | 12:35 | 15:75 |
| | Bernice Yates | " | 12:35 | 15:75 |
| 04 | Tommie Mae Byars | PF - one on one | 1:45 | 2:40 |
| | Soonji | Manhoj As-salaf Dawah Center | | |

30

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| 6-7-04 | R. Echelmerer | FVM | 10:15 | |
| 6-7-04 | LJ Milone | FVM | 10:15 | |
| 6-7-04 | Shirley Hare | P.F. | 10:35 | |
| 6-7-04 | R. MARGAVAGE | PF | | |
| 6-7-04 | Chris McKenney | PCCC | 11:00 | |
| 6-7-04 | E. Langoran | BCJ | 12:40 | |
| 6-7-04 | HAZEL MAIDEN | BIBLE STUDY - PFM | 6:20 | 7:30 |
| 6-8-04 | Bob Jones | GD Cont | 8:50 | |
| 6-8-04 | James VanAlser | Butler Broadcast | 8:30 | |
| 6/8/04 | Leah Denson | Kingdom Hall | 9:40 | 12:00 |
| 6/8/04 | Nellie Howard | " " | 9:40 | 12:00 |
| 6-8-04 | Sherry Strader | PF | 10:25 | |
| 6-8-04 | LJ Milone | FVM | 1:00 | 3:00 |
| 6-8-04 | A. Ruiz | FCM | 1:55 | |
| 6-8-04 | D. Kaweka | FCM | 1:55 | |
| 6-8-04 | T. Ismaeel | NAIF, Inc | 2:13 | |
| 6-8-04 | Lisa Reynolds | DE Menton | 5:45 | |
| 6-8-04 | Kathy Logan | Del. Helpline | 5:45 | |
| 6/08/04 | Dona Lynn Woodard | PF one on one | 6:19 | |
| 6/08/04 | Noni Morris | one way outreach | 6:19 | |
| 6/08/04 | Davis Morris | One Way Outreach | 6:19 | 8:23 |
| 6/9/04 | A. Rue | Road Cloud | 10:35 | 11: |
| 6/9 | Alinda Minor | PF | 10:30 | |
| 6/9 | Virginia Thogersen | PF | 11:20 | 12: |
| 6-9-04 | T. Ismaeel | NAIF, Inc | 2:20 | 3: |
| 6-9-04 | M. Cursur | PD | 2:00 | |
| 6-9-04 | Sherry Strader | PF | 5:55 | |
| 6-9-04 | Lenora Webb | V.B.C. | 6:25 | 8: |
| 6-9-04 | Jim Wards | SVPP | 6:40 | |
| 6-9-04 | Bill Centese | SVDP | 6:40 | 8: |
| 6-9-04 | Emre Kealy | SVDP | 6:40 | |
| 6-9-04 | Barbara Ralhalin | SVDP | 6:40 | |
| June 9 | B O'Connor | SVDP | 6:57 | 8:58 |
| 6/9 | E. Brown | | 7:16 | 8: |
| 6/9 | Mary Anne Ward | AA | 7:25 | 8:3 |

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| 6/8/04 | Paul W. Howard | Bob Idol | 11:33 | 2:00 |
| 6/10/04 | Anne Wettman | PF | 12:10 | 12:55 |
| | S. Pisecki | FCM | 1:08 | |
| | Vanessa Reed | P.D. | 1:30 | |
| 6-10-04 | J. Issacson | NATA Inc | 2:30 | 3:45 |
| 6-10-04 | Tommie Mae Byers | PF Bible Study-Unit 17 | 3:45 | 3:55 |
| 6-11-04 | Kevin Saphort | Info | 3:00 | |
| 6-11-04 | Paul Bittel | Info | 4:00 | |
| 6-11 | M. Lindler | Read Aloud | 9:— | 10:00 |
| 6-11 | K. Lee | Stericycle | 1:40 | 1:45 |
| 6-11 | J. Lica | PF Ion | 1:56 | 3:20 |
| 6-11 | J. Pierson | Read Aloud | 2:40 | 3:35 |
| 6/11/04 | Pearl Clark | PF5 | 6:— | 7:— |
| 6/11/04 | Hazel Maiden | JONI PFm | 6:45 | 6:55 |
| 6/12/04 | Mary Killoran | Hun Petechin Ct. | 8:35 | 10:00 |
| 6/12/04 | J.H. (illegible) | BCZ | 0940 | 0950 |
| 6/12/04 | S. Chaudhry | Islamic Society of DE | 10:10 | 10:45 |
| ~~6/12/04~~ | ~~(crossed out)~~ | | | |
| 6/12/04 | Stacey Smith | | | |
| | Violet Owens | | | |
| | ~~Jerome Owens~~ | | | |
| 6/12/04 | Sheen Palmer | Victory Bible College | 1:00 | |
| ~~6/12/04~~ | ~~(scribbled out)~~ | ~~(scribbled out)~~ | ~~1300~~ | |
| 6/12/04 | Janice Hibbard | VBC | 1300 | |
| 6/12/04 | | | | |
| 6-14-04 | Sherry OHare | PF RC | 10:25 | 2 PM |
| 6/14 | J. Rice | ISE | 10:40 | 10:55 |
| 6/14 | E Margavage | PF | 10:40 | 11:50 |
| 6/14 | D Vandwigt | Read Aloud | 1:15 | 2:45 |
| " | Vanessa Reed | P.D. | 1:30 | |
| | Peg Devlin | Divorce | 2:40 | 3:25 |
| 6/14/04 | Hazel Maiden | PFm-Bible Study | 6:15 | 7:30 |
| 6/15/04 | Pear Benson | Kingdom Hall | 9:35 | 1:00 |
| 6/15/04 | Nellie Norward | " | 9:35 | 1:00 |
| 6/15/04 | Sherry Strader | PF | 10:35 | 2:00 |

32

| Date | Name | Organization | Time IN |
|---|---|---|---|
| 6/15/04 | Reg Byers | DMP | 5:30 |
| 6/16 | [illegible] | DMP | 5:00 |
| 6/16 | P. Ron | AA | 8 |
| 6/16 | [illegible] | FVM | 9:00 |
| 6/16 | K. echelmeier | FVM | 9:30 |
| 6/16 | Hinnoe | PF | 11:00 |
| 6/16 | [illegible] Hogeisen | PF | [illegible] |
| 6/16 | T. Ismaieel | NAIF, Inc | 2:05 |
| 6/16 | B. Williams | FCM | 1:20 |
| 6/16 | C. Svoke | FCM | 5:10 |
| 6/16 | Sherry Strader | PF | 5:48 |
| 6/16 | Charles English | Mentoring Pgm | 6:00 |
| 6/16 | [illegible] Maslin | AA | 7:15 |
| 6/16 | [illegible] Brown | Victory Bible | 7:16 |
| 6/16 | Martinys | BB | [illegible] |
| 6/17 | Marjorie Purcell | PF | [illegible] |
| 6/17 | [illegible] | PD | [illegible] |
| 6/17 | Jennifer Trsuille | BD | 10:50 |
| 6/17 | [illegible] Papio | PD | 12:50 |
| 6/17 | Sr. Mary Killoran | [illegible] Center | 12:00 |
| 6/17 | L. J. Milton | FVM | 1:30 |
| 6/17 | [illegible] White | FVM | 1:30 |
| 6/17 | S. Peterson | Read aloud | 2:15 |
| 6/17 | T. Ismaieel | NAIF Inc | 2:40 |
| 6/17 | Tommie Mae Byers | PF | 3:00 |
| 6/17 | Homeareaz | FCM | 15:00 |
| 6/17 | Vera Reynolds | [illegible] Mentor Pgm | 6:54 |
| 6/17 | Amy Coats | DMP | 6:02 |
| 6/17 | C. River | Contact BE | 6:10 |
| 6-17-04 | Shirley Hare | 7C7C | 6:20 |
| 6-17-04 | Jack Hare | 7C7C | 6:20 |
| 6-17-04 | Berlena Jackson | COTLW | 7:00 |
| 6-17-04 | Annie Watson | COTLW | 7:07 |
| 6-17-04 | [illegible] | COTLW | 7:09 |

| Date | Name | Organization | Time In | Time Out |
|---|---|---|---|---|
| 6/17 | Fr Gary Lang? | Fran Ctr/Newarg | 1:20 | 1:15 |
| 6/18 | Sharon Steinberg | New Beginnings | 9:25 | 12:15 |
| 6/18 | Marcy Desmond | New Beginnings | 9:25 | 12:20 |
| 6/18 | K. Echelmeier | FVM | 9:30 | |
| " | Mildred Hamilton | New Beginnings | 9:35 | 12:20 |
| " | Darlene Arena | " " | 9:37 | 12:20 |
| 6-18-04 | T. Ismaeel | N.A.I.F. Inc | 9:55 | |
| 6/18/04 | Susan Woodward | SOAR, Inc | 10:46 | 11:58 |
| 6/18/04 | Ed Farrell | Job Defender | 11:00 | 2:40 |
| 6-18-04 | E Ramsoram | BCI | 12:40 | 12:50 |
| 6-18-04 | Barbara Faulhaber | SVDP | 12:49 | 3:00 pm |
| 6-18-04 | Jean Sica | 1on1 PF | 1:45 | |
| 6/18/04 | LJ Milone | FVM | 3:15 | |
| 6/18/04 | Hazel Maiden | PFM - 1on1 | 6:45 | 8:00 |
| 6/18/04 | Emma Burgenholder | New Kent Worship Service | 6:45 | 8:30 |
| 6/18/04 | D. Scott | From Dental | 7:10 | 12:20 |
| 6/19/04 | Sr Mary Killoran | Franciscan Center | 8:50 | 10:10 |
| 6/19 | Jerry Ogwe | ally | 9:20 | 10:— |
| 6/19 | Tammie Mae Byer | PF | 9:50 | 11:05 |
| 6/21 | K. Echelmeier | FVM | 10:20 | 1:10 |
| 6/21 | LJ Milone | FVM | 10:20 | 1:00 |
| 6-21 | Shirley J. Hare | P.F. | 10:30 | 2 pm |
| 6-21 | L. Seiberlich | Read A Loud | 10:48 | 12:12 |
| 6-21 | Fay Whittle | P.F. | 1:50 | 4:10 |
| 6-21 | Barbara Faulhaber | | 1:35 | 4:15 |
| 6-21 | T. Ismaeel | N.A.I.F. Inc | 2:25 | 4:00 |
| 6-21 | Peg Nulin | 1on1 Sweater Project | 2:32 | 3:25 |
| 6/21/04 | Rose Whitley | Parents Anony | 1:30 | 3:40 |
| 6/21/04 | ? | PFS | 5 | 5:32 |
| 6/21/04 | Carol Holt | PFS | 4:58 | 8:32 |
| 6/21/04 | E Hargrave | PF | 5:05 | 8:32 |
| 6/21/04 | Hease Lilly | PFS | 5:05 | 8:35 |
| 6/21/04 | Stan Taylor | DOC | 5:07 | 8:32 |
| 6/21/04 | Peg Pierce | DNF | 6:00 | 7:50 |
| 6/21/04 | Hazel Maiden | PFM - Bible Study | 6:10 | 7:30 |

| DATE | NAME | Organization | Time In | Time Out |
|---|---|---|---|---|
| 6/29/04 | Bill Cortese | SNPP | 11:30 | 5:30 |
| 6/24/03 | K. Echelmeier | PVM | 12:00 | 4:00 |
| 6/24/03 | John J Ryan | DOC | 12:10 | 3:00 |
| 6/24/03 | Anne Wollman | PF | 12:17 | 12:40 |
| 6/29/03 | J. Ismael | NAJA | 2:20 | 4:20 |
| 6/24/04 | Tommie Mae Byers | PF | 2:40 | 3:56 |
| 6/24/04 | Frank Clopp | P7 | 3 Pm | 8:40 |
| 6/24/04 | Carrie Holz | PF | 5:25 | 8:40 |
| 6/24/04 | Amy Cass | DMP | 5:55 | 8:10 |
| 6/24/04 | Judith Convery | DET | 5:55 | 8:15 |
| 6/24/04 | Omega Williams | DET | 5:55 | 8:15 |
| 6/25/04 | Marian Linds | Read Aloud | 8:50 | 11:35 |
| 6/25/04 | Sharon Steinberg | New Beginnings | 9:20 | 10:45 |
| 6/25/04 | Peg Duliny | " " | 9:30 | 11:20 |
| 6/25/04 | Mildred Hamilton | " " | 9:35 | 10:45 |
| 6/25/04 | Teresa Cavizzi | " " | 9:30 | 10:50 |
| 6/25/04 | Julia Vaughan | " " | 9:35 | 10:50 |
| 6/25/04 | Joy Dence | " " | " | 10:50 |
| 6/25/04 | Marcy Desmond | " " | " | 10:30 |
| " | Darien Crown | " " | " | 10:45 |
| 6/25/04 | Marg Avage | PF | 10:35 | 11:40 |
| 6/25/04 | Joan W. Williamson | Spirit of Life-God Loves Me | 11:10 | 12:40 |
| 6/25/04 | LS Milone | PVM | 11:15 | 3:30 |
| 6/25/04 | Walt Mateja | Threshold | 12:00 | |
| 6/25/04 | E Donnelly | " " | 12:00 | |
| 6/25/04 | JD Ryan | " " | 12:00 | |
| 6/25/04 | Jean Sica | PF (on) | 1:35 | 2:45 |
| 6/25/04 | Maurice Gamble | New Destiny Fellowship | 3:20 | |
| 6/25/04 | Jay W. Little | PF | 4:40 | 7:45 |
| 6/25/04 | Carrie Holz | PF | 4:59 | 7:47 |
| 6/25/04 | Antoinette Davis | P7 | 5:10 | |
| 6/25/04 | Angel Davis | P7 | 5:10 | |
| 6/25/04 | Diane P Baccel | PF | 5:24 | |
| 6/25/04 | Marah Plant | PF | 5:55 | 7:15 |
| 6/25/04 | Hazel Maiden | PFM - ION1 (mass) | 6:45 | 6:45 |

36

| DATE | NAME | Organization | Time In | Out |
|---|---|---|---|---|
| 6-28-04 | Shirley Hare | P.F. | 10:35 | |
| | Margavage | PF | 10:35 | |
| | ~~Frances~~ J. Pollitt | Visit | 11:00 | |
| 6/28/04 | Kristen Echelmeier | FVM | 11:20 | |
| 6/28/04 | Rose Whelby | Parents Anony | 1:30 | |
| 6/28/04 | | ion (sweaters) | 2:30 | |
| | Susan Armore | AA | 7:30 | |
| | | Wm College | 0800 | |
| | | | 9:40 am | |
| | | | 10:00 am | |
| | | | 10:00 | |
| | | PF | 10:35 | |
| | | Reading Aloud | 11:00 | |
| | | " " | | |
| | | Reading Volunteer | 11:25 | |
| | J. Milone | FVM | 7:10 | |
| | | PF | 1:30 | |
| 6/29/04 | Shirneika Brittingham | Program | | |
| 6/29/04 | Emily Noet | Program | 5:35 | |
| 6/29/04 | | Program | 5:30 | |
| 6/29/04 | Pat Hicks | Program | 5:30 | |
| 6/28/04 | Kathy Ward | YMCA Resource Center | 5:40 | |
| 6/29/04 | J. Milone | FVM | 5:40 | |
| 6/30/04 | | AA | | |
| 6/30/04 | K. Echelmeier | FVM | 9:45 | |
| 6/30/04 | J. Milone | FVM | 9:45 | |
| 6/30/04 | M. Munroz | YOGA | 9:45 | |
| 6-30-04 | | NAI, Inc | 10:00 | |
| 6-30-04 | | Readaloud | 10:25 | |
| 6/30 | | PF | 10:30 | |
| 6/30 | Tom Radcliffe | CORT | 11:50 | |
| 6/30 | Scott Taylor | CORT | 1:00 | |
| 6/30/04 | Jean | PF | 1:05 | |
| 6/30/04 | | Chedd Ine | | |
| 6/30/04 | Sherri Trader | PF | 4:58 | |

38

| DATE | NAME | ORGANIZATION | TIME IN | OUT |
|---|---|---|---|---|
| 7/6/04 | Paul Clark | PFS | 10:20 | |
| 7/6/04 | Roslyn Retter | RSVP | 12:25 | 3:00 |
| 7/6/04 | Shirley St. Jean | Read Aloud Del. | 12:35 | 1:45 |
| 7/6/04 | Debby Keder | Read Aloud | 12:40 | 1:30 |
| 7/6/04 | Ron Longer | HIV/AIDS | 1pm | |
| 7/6/04 | LJ Milone | FVM | 1:10pm | 4:00 |
| 7/11/04 | K. echelmeier | FVM | 9:30 | 4:00 |
| 7/8/04 | D. Rose | Read Aloud | 10:30 | 11:00 |
| 7/7/04 | LJ Milone | FVM | 11:00 | 4:00 |
| 7/7/04 | J. Sica | PF | 1:50 | 3 |
| 7/7/04 | M Cargill | PP | 2:00 | |
| 7/7/04 | Jim Wade | SVDP | 6:40 | 8 |
| 7/7/04 | Anne Kirby | SVDP | 6:55 | 9 |
| 7/7/04 | Barb Faulhaber | SVDP | 6:55 | |
| 7/7/04 | Eleanor Brown | Victory Christian | 7:20p | 8:30 |
| 7/7/04 | MaryAnn Ward | AA | 7:25p | |
| 7/8/04 | T. Ismaoeel | N.A.I.F. Inc | 10:00 | 12:00 |
| 7-8 | Marge Purcell | PF | 10:55 | 11:15 |
| 7/8/04 | LJ Milone | FVM | 12:35 | |
| 7/8/04 | Tommie Mae Byers | PF Bible Study | 2:38 | 3:57 |
| 7/9/04 | Joe Krieger | Wissahickon | 9:26 | 9:40 |
| 7/8/04 | Bhasat Grajua | YPSG | | |
| 7/9/04 | Cey Rhodes | New Beginnings | 9:29 | 10:00 |
| 7/9/04 | Rick Deyo | AA | 9:30 | 10:15 |
| 7/9/04 | A. Vaughn | New Beginnings | 9:34 | 10:50 |
| 7/9/04 | Mercy Desmond | | 9:30 | 10:50 |
| 7/9/04 | J. Reynolds | PD | 9:45 | 2:00 |
| 7/9/04 | B. Reece | FVM | 10:30 | |
| 7/9/04 | K. echelmeier | FVM | 1:15 | 3:35 |
| 7/9/04 | Joan Williamson | Spirit of Life God loves Me | 11:25 | 1:00 |
| 7/9/04 | LJ Milone | FVM | 12:15 | 3:30 |
| 7/9/04 | Bill Gree | SVDP | 1:00 | 2 |
| 7/9/04 | Barb Faulhaber | " | " | 2 |
| | V. Kid | PD | 1:00 | |
| 7/9/04 | Kevin Fee | Stereocycle | 2:00 | 2:10 |
| 7/9/04 | Karen Carter | Woolwider | 4:15 | |

40

| DATE | NAME | ORGANIZATION | TIME |
|---|---|---|---|
| 2/14/04 | | Roadshow | 9:35 |
| 2/14/04 | Anda Ryan | PF | 10:25 |
| 2/14/04 | | PF | 1:00 |
| 2/14/04 | C. Strader | PF | 5:10 |
| 7/14/04 | Steve Reeme | Victory Bible | 6:15 |
| 7/14/04 | Chris Brown | Victory Bible They | 7:20 |
| 7/15/04 | J. Ismaeel | NAIF | 9:50 |
| 2/15/04 | Shirley Hale | PF | 10:30 |
| 2/15/04 | L.S. Milone | FUM | 11:00 am |
| 2/15/04 | A. Wellman | PF | 10:40 |
| | Vanworked | PD | |
| 7/15/04 | Tommie Mae Byers | PF | 2:33 |
| | Amanda Wolaver | | |
| | D. Todd | PF | 6:00 |
| 7/15/04 | Joyce Close | PF | 6:20 |
| 7/16/04 | Valarie Henn | GOTLW | 7:30 |
| | M Lindberg | Read Aloud | 9: |
| 7/16 | Bharat Gajjar | yoga | 9:16 |
| 7/16/04 | Sharon Steinberg | New Beginnings | 9:20 |
| 7/16/04 | Peg Dulin | " Financial | 9:30 |
| 7/16/04 | R Barry Lanyon | " " MASS | 9:30 |
| 7/16/04 | Julia Vaughn | " | 9:35 |
| 7/16/04 | Moreg Desmond | " | 9:35 |
| | Vanessa Reed | P.D. | 9:30 |
| 7/16/04 | Nancy Donlee | | |
| 7/16/04 | Janny Dunlap | | |
| 7/16/04 | Barb. Faulhaber | SVDP | 12:34 |
| " | J. Sica | PF tony | 1:25 |
| 7/16 | | DCJ | 2:00 |
| 9/16 | Tommie Mae Byers | PF me on me | 9:58 |
| 2/14/04 | Floretta White | VCF Bible To Us | 10:00 |
| | J. Plosa | | |

42

| DATE | NAME | ORGANIZATION | TIME IN |
|---|---|---|---|
| 7/?/04 | D. Ball | PF | 6:30 |
| 7/12/04 | B. Clayburn | Church | 6:40 |
| 7/?/04 | Emma Koebel | SUPP | 6:45 |
| 7/?/04 | Barbara Pruthnor | SUPP | 6:45 |
| ?/?/04 | Carleen Whitsel | AA | 7:05 |
| ?/?/04 | Edgar Brown | Victory | 7:30 |
| | M.W. Wells | DPS | 9:10 |
| | | NAIF, Inc | 10:00 |
| | Clark | ?? | 10:38 |
| | Lane | FVM | 10:35 |
| | Hyman | PF | 12:35 |
| | Scott | Tony | 1:10 |
| | Noe Byers | Bible Study - Unit | 2:?0 |
| | | Read Aloud | 9:05 |
| | ??berg | New Beginning | 9:25 |
| | Gajjar | Yoga | |
| | | Lori ?????? New Beginning | 9:30 |
| | ??Crenn | '' | |
| | | '' | |
| | Drummond | '' | 9:30 |
| 7/23/04 | ?? Huerta | '' | 9:30 |
| 7/23/04 | K?? Eshelmaker | FVM | 9:30 |
| 7/23/04 | ?? Lane | FVM | 9:30 |
| 7/23/04 | Jennifer Williamson | Spirit of Life - GLM | 11:45 |
| 7/23/04 | Bishop Poitiam | OASIS OF REFRESHING | 1:00PM |
| 7/23/04 | Elder ??? Poitiam | Oasis of Refreshing | 1:00PM |
| 7/23/04 | Don Harper | Read Aloud | 1:00 |
| 7/24/04 | Paula Maiovan | AVP | 4:?? |
| 7/24/04 | Henry Thomas Jr | AVP | 4:58 |
| 1/25/04 | John Stanford | AVP | 5:?? |
| 1/25/04 | | | |
| 1/25/04 | Benjamin ?? | Victory | ?? |
| 1/25/04 | John Stanford | AVP | 8??? |
| 1-26-04 | Shirley G Hare | P.F. | 10:20 |
| 7/?/04 | M.W. Wells | DPS | 1:30 |

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| /04 | Debby Spanakos | 1st Assembly of God | 6:20 | 8:35 |
| /04 | Lynne DiMarco | " | 6:25 | |
| /04 | Barbara Lawson | " | 6:25 | |
| 8/04 | Hazel Maiden | PFM – 1on1 | 6:45 | 8:15 |
| | Sr. Nancy Frommelt | | | |
| 7/23/04 | Rev Paula Maiorano | AVP | 8:50 | 5:00 |
| 7/24/04 | Sr. Nancy Frommelt | AVP | 8:7:40 | 5:35 |
| 7/24/04 | Rev Paula Maiorano | AVP | 8:35AM | 4:50 |
| 7/25/04 | JD Ryan | Thresholds | 5:49p | 7:17 |
| 7/25/04 | J Plott | " | 5:42 | 7:00 |
| 7/26/04 | S. McAllister | Act up Shares | 5:15 | |
| 7/26/04 | L. Seiberlich | Read Aloud | 10:30 | 11:30 |
| 7/26/04 | Margaret | PF | 10:35 | 12:00 |
| " | Shewa Reid | P-P | 1:30 | |
| 7/26/04 | Rose Whitby | P.A | 1:40 | 3:10 |
| 7/26/04 | Diane R Brock | PF ONE-ON-ONE | 5:45 | 6:55 |
| 7/26/04 | Hazel Maiden | PFm – Bible Study 9 | 6:00 | 7:25 |
| 7/26/04 | Susan Amore | AA | 7:30 | 8:45 |
| 7/27/04 | Leah Benson | Kingdom Hall | 9:30 | 12:40 |
| 7/27/04 | Nellie Norword | " | 9:50 | 1:30pm |
| 7-27-04 | Rev Ray Weaver | Victory.CF | 10:15AM | 12 pm |
| 7-07-04 | Sherry Strader | PF | 10:36 | 1:08 |
| 7-27-04 | Virginia Thogersen | PF 1on1 | 11:59 | 12:30 |
| 7-27-04 | Roslyn Rettew | RSVP Volunteer | 12:22 | 2:00 |
| 7-27-04 | Shirley Stokes | AD | 1:05 | |
| 7/28/04 | Betty Jewitt | PD | 9:30 | 10:45 |
| 7/28/04 | Erica Levy | Children's Choice | 10:30 | |
| 7-28-04 | Bernadette Wilmore | Reading Rm | 11:15 | 1:35 |
| 7-28-04 | Jean Luca | 1on1 PF | 1:30 | 3— |
| 7/28/04 | Dr K Bressmyth | UDel | 2:35pm | 7:10p |
| 7-28-04 | Sherry Strader | PF | 5:17 | 7:15 |
| 7/28/04 | Joyce Close | PF | 6:35 | 8:50 |
| 7/28/04 | Eleanor Brown | Victory | 7:25 | 9:40 |
| 7/28/04 | | NFP | 7:30 | 8:30 |
| 7-29-04 | T Ismaaeel | NAFP, Inc | 10:00 | |

| DATE | NAME | ORGANIZATION | TIME IN | OUT |
|---|---|---|---|---|
| 8-3-04 | Jeanette Joe | | 1:20 | |
| 8-3-04 | Shirley St Jean | Read Aloud | 1:20 | 3:00 |
| 8-3-04 | Rev Paula Maiorano | UU Church | 2:00 | 3:00 |
| 8-3-04 | Vera Reynolds | PRC | 5:45 | 8:00 |
| 8/3/04 | Cindy Fraenkel | De Mentor | 6:40 | 8:30 |
| | Joe Huts | Prog | | |
| 08/3/04 | Dana Lynn Woodard | PF - one on one | 6:30 | |
| 8-3-04 | B Farren | AA | 9 | 10 |
| | M Tatters | DCH | 10:5 | 10:8 |
| 8/4 | Glenda Minor | PF | 10:30 | 12:30 |
| 8/4 | Dot Rile | Read Aloud | 10:30 | |
| 8/4 | M Linda | one on one | 12:25 | 1:40 |
| 8-4 | Sherry Strader | PF | 5:13 | |
| 8-4 | R Bradley | DCIP | 5:30 | |
| 8-4 | M. Pierce | PRC | 5:45 | 8:00 |
| 8-4 | A. Cass | DMP | 6:06 | 8:00 |
| 8-4 | Shelli Palmer | Victory Bible College | 6:35 | 7:05 |
| 8/4 | Bill Cortese | SVDP | 6:49 | 8:29 |
| 8/4 | Beth O'Connor | SVDP | 6:49 | 8:33 |
| 8/4 | Barbara Faucher | SVDP | 6:50 | 8:34 |
| 8/4 | Eleanor Brown | Victory Christian | 7:25 | 7:40 |
| 8/5 | Jane Fredick | read-in read-out | 8:50 | 9:35 |
| 8/05/04 | Brett Tomlinson | TASC | 8:50 | 11:40 |
| 8/05/04 | Mary Kellow | A Fr Transition | 9:55 | 9:40 |
| | C Ismaa eel | NAIF, Inc | 10:00 | |
| 8-05-04 | Shirley Hare | PF | 10:30 | 1:30 |
| 8/5/04 | Ryka Blee Smyth | U Del | 11:53 | 1:53 |
| 8-5-04 | A. Wolfman | PF | 12:40 | 1:30 |
| 8/05/04 | Brett Tomlinson | TASC | 12:45p | 1:35 |
| 8/05/04 | Helen Scott | ? | 1:05 | 2:00 |
| 8/5/04 | Char Cych | PF | 1:55 | 2:15 |
| 8/5/04 | Tommie Mae Byers | Bible Study - PF Unit #3 | 2:41 | |
| 8/5/04 | Hazel Maiden | DMP/PRC | 5:50 | 8:15 |
| 8-5-04 | Esmella Edwards | COTLW Church | 6:30 | 8:30 |
| 8-5-04 | Annie Watson | COTLW | 7:28 | 8:35 |