| Date | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| | Jane Frelick | Read-a-Loud | 9:15 | 10:45 |
| | Fay Whittle | PF | 11:40 | 11:50 |
| | BARBARA BLACKSTON | COTLW | 6:40 | 8:25 |
| | JN SINO? | DOC-10 | 9:00 | 12:40 |
| /5 | Ay Kuhn | Freemans New Beginnings | 9:05 | 10:40 |
| /5 | M. Sendlein | Read Aloud | 9:05 | 10:50 |
| /5 | Catherine Hegedus | New Beginnings | 9:25 | 10:35 |
| /5 | Bharat Gajjar | Yoga | 9:55 | |
| /5 | Rosetta Henry | New Beginnings | 9:35 | 10:30 |
| /5 | Julia Vaughn | New Beginnings | 9:30 | 10:40 |
| /5 | Shari Stansbury | " " | | 11:40 |
| | Marcy Desmond | " " | 9:30 | 10:30 |
| | Mildred Hamilton | " " | | |
| | Bob White | PVM | 9:40 | |
| | Luciano Otello | | | 1:65 |
| | Andrea Marlone | | | 10:30 |
| | Leigh Corrigan | New Beginnings | 9:10 | 10:40 |
| | Vanilla ? | P.D. | 11— | |
| /5 | Victor Kasun | BCI | 11:45 | 11:50 |
| | Lucille Stanish | PF ten | 12:30 | 3:00 |
| 11/5 | Jean Srea | PF 1onl | 12:45 | 1:45 |
| 11/5 | Rev. Joan W. Williamson | Spirit of Life - God Loves Me | 2:30 | 3:35 |
| 11/5 | Rev. Skyl McK? | De Center for Justice | 2:45 | 3:35 |
| 11/5 | Rev. Paula Maiorano | AVP | 4:55 | 8:15 |
| 11/5 | John Shuford | AVP | 5:20 | 8:15 |
| 11/5 | T. Ismaa'eel | NAIF, Inc | 5:30 | |
| 11/5 | M. Maddox | Inside/Out | 6:00 | 7:30 |
| 11/5/04 | Vivienne Carroll | Inside/Out | 6:00 | 7:30 |
| 11/6/04 | HAZEL MAIDEN | PFM - ONE-ON-ONE | 6:05 | 7:40 |
| 11/6/04 | John Shuford | AVP | 8:00 | 8:25 |
| 11/6/04 | Paula Maiorano | AVP | 8:00 | 5PM |
| 11/ | T. Ismaa'eel | NAIF, Inc | 10:30 | |
| 11/6/04 | Sharon McAfee | Oasis of Refresh | 10:30 | 12:50 |
| 11/6/04 | Yvonda Phillip? | Oasis of Refreshing | 10:30 | 12:50 |
| 11/7/04 | John Shuford | AVP | 8:00 | 5PM |

| Date | NAME | ORGANIZATION | TIME IN | OUT |
|---|---|---|---|---|
| /04 | Joyce Close | PF | 6:30 | 9:10 |
| | T. Ismaeel | NAIF, Inc | 10:10 | |
| | A. Wellman | PF | 10:3? | 12:10 |
| /04 | Sr. Mary Killean | Franciscan Center | 11:30 | 2:10 |
| /04 | Helen Scott | 1on1 | 1:15 | 2:30 |
| | AK Brewer Smyth | U Del | 1:45 | 2:45 |
| | Bharat Gajjar | yoga | | |
| | Peg Dulin | New Beginnings Franciscan Ctr | 9:30 | 11:15 |
| | Sharon Steinly | " " | 9:30 | 11:30 |
| | Julie Vaughan | " " | 9:30 | 10:40 |
| /17 | Roetta Henri | " " | 1? | 10:40 |
| /12 | Maxay Desmond | " " | 9:30 | 10:35 |
| | Pg Pen Vr | Turn | 9:30 | |
| | T. Ismaeel | NAIF Inc | 9:50 | |
| | Millie Hamilton | New Beginning | 9:30 | 10:40 |
| | Dr K Brewer Smyth | U Del | 11:10 | 5:50 |
| /12 | Rev Sharon Meffer | De Center for Justice | 2:30 | 3:40 |
| | T. Ismaeel | NAIF, Inc | 5:00 | |
| /12 | Diane Carroll | Inside/Out - DJCoA | 6:10 | |
| /12 | Mary Malday | Inside/Out | 6:10 | |
| /04 | Hazel Maiden | PF one-on-one | 6:53 | 8:00 |
| 13/04 | Sr. Mary Killean | Franciscan Center | 8:50 | 10:00 |
| | T. Ismaeel | NAIF, Inc | 10:05 | |
| 13/04 | Joan Wilner Watson | | 1:00 | |
| 13/04 | Berman Yokley | Victory Bible College | 1:00 | 3:00 |
| 15/04 | A. Rensch | Education | 8:15 | 3:00 |
| 15/04 | L. Krieger | Wissahickon | 9:50 | 9:15 |
| 15/04 | Y. Ross | Child Inc | 8:55 | 10:45 |
| 15/04 | SHIRLEY HARE | PF | 10:30 | |
| 15/04 | MARGAVAGE | PF | 10:46 | 12:30 |
| 15/04 | Jane Peterson | Read Aloud | 1:30 | 2:30 |
| 15/04 | Peg Dulin | Franciscan Ctr 1on1 | 2:30 | 3:00 |
| 15/04 | Paula Maroney | AVP | 3:05 | 4:05 |
| 15 | John Shuford | AVP | 3:40 | |
| 15/04 | Paula Maroney | AVP | 4:55 | |
| /04 | Antoinette Davis | PF | 6:05 | |

74

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| 11/15 | Peggy Laird | PF | 6:15 | 8:30 |
| 11/15 | Bob Laird | PF | 6:15 | 8:30 |
| 11/15 | Janet Stutzman | PF | 6:15 | 8:30 |
| 11/15 | Monica McRae | AD | 7:25 | |
| 11/15/04 | Hazel MAIDEN | BIBLE STUDY-PFM | 6:25 | 7:50 |
| 11/16/04 | Carolyn Bell | WFM CON | 8:00 | 3:50 |
| | Karen Crite | PFM | 9:25 | |
| 11/16/04 | Pearl Denson | Kingdom Hall | 9:40 | 12:00 |
| | | | 10:15 | 12:20 |
| 11/16/04 | | Quadaland | 10:30 | 12:00 |
| 11/16/04 | Sherry Strader | PF | 10:35 | |
| 11/16/04 | Roslyn Rettew | RSVP | 12:00 | 2:00 |
| 11/16/04 | Barbara Nardine | EVM | 12:10 | 1:00 |
| 11/16/04 | | EVM | 12:10 | 2:00 |
| | Teresa Red | P.D | 12:30 | |
| 11/16/04 | | PF units | 12:35 | 2:00 |
| | Susan Lee | PF on | 1:10 | 2:35 |
| 11/16/04 | Nadine | EVM | 1:30 | 1:32 |
| 11/16/04 | Sheila Mger | Village | 1:55 | 2:00 |
| 11/16/04 | | PFD | 6 | 7:55 |
| 11/16/04 | Caroline Congo | PF | 5:55 | |
| 11/16/04 | Peggy Laird | PF | 6:20 | |
| 11/16/04 | Bob Laird | PE | | 8:20 |
| 11/16/04 | Michael Davis | PF | 6:45 | 8:25 |
| 11/16/04 | Janet Stutzman | PF | 6:45 | 8:20 |
| 11/16/04 | Thomasine Vagbe | PF | 6:15 | 8:05 |
| 11/17/04 | Jonathan Colens | OCH | 7:25 | |
| 11/17/04 | Hillary Holmes | OCH | 9:35 | 10:45 |
| 11/17/04 | Barbara Barnhart | PF | 9:40 | |
| | L. Longabel | NAIF, Inc | 10:00 | |
| | M. Patterson | OCH | 10:00 | 10:21 |
| | Minnie Winge | PF | 10:30 | 12:40 |
| | Jacquelin Butts | Read aloud | 11:00 | 12:50 |
| | Gwendolyn Boo | | | |
| | | Kingdom Hall | 11:10 | 12:40 |

| Date | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| | Edric Petersburg | Read Aloud | 1:30pm | 2pm |
| | Warren Pimenta | IKON | 1:33 | 1:20 |
| 7/14 | Cornell Clark | | | |
| 7/14 | Jack Sanos | VOC-IS | 15:24 | |
| | Brian Daly | PD | 15:45 | 16:50 |
| | Sherry Strader | PF | 5:50 | 7:30 |
| 1/17 | Antoinette Davis | PF Seaford | 6:05 | 8:30 |
| 1/17 | Mika Davis | " | " | " |
| 1/17 | Peggy Laird | PF | 6:10 | " |
| 1/17 | Bob Laird | PF | 6:10 | " |
| 1/17 | Rob Wilkinson | Public Def | 6:20 | |
| 1/17 | Shellie Palmer | Victory Bible Coll. | 6:20 | |
| 1/17 | Joyce Close | PF | 6:40 | 8:30 |
| 1/17 | Elaine Brown | Victory Bible Sty | 7:20 | 8:30 |
| 1/17 | Carlene Whitsel | AA | 7:35 | 8:35 |
| 1/18 | Carolyn Bell | Wilm College | 8:10 | 3:40 |
| 1/18 | Daniel Gyurick | Franciscan Center | 8:35 | 11:30 |
| 1/18 | Jose Rodriguez | " | " | " |
| 1/18 | Natalie Branch Jans | TASC | 8:45 AM | |
| 1/18 | Lynn Frebeck | Read-a-Loud | 9:15 | 10:05 |
| 1/18 | Jonny Hosm | SC. Presentation | 9:25 | 10:35 |
| 1/18 | Mary Beth Burton | SC-Presentence | 9:25 | 10:35 |
| | T. Ismae'eel | NAIF, Inc | 9:55 | |
| | A Wellman | PF | 10:30 | 11:45 |
| 1/18 | Dr K Brew Smyth | UDel | 12:15 | 5/5 |
| 1/18 | Joy W Little | PF | 12:40 | 2:05 |
| 1/18 | Helen Scott | PF | 1:05 | 2:25 |
| 1/18 | Carol Holt | PF | 5:10 | 5:35 |
| 1/18 | Shirley Hare | Faithly-Tam CN | 6:20 | 8:15 |
| " | Jack Hare | Faith City | 6:20 | 8:15 |
| 18 | Brooke Sorentino | Wilmington College | 6:40 | 8:15 |
| 18 | Matthew Kucharski | Wilmington College | 6:40 | 8:15 |
| 18 | Anna Myroni | Wilmington Colly | 6:40 | 8:15 |
| 18 | Brandy Armiger | Wilmington College | 6:40 | 8:15 |
| 18 | Anita Baddy | Wilmington College | 6:24 | 8:30 |
| 18 | Maurice Stanley | | | |

| 76 Date | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| 11/19 | M Lindburn | Read Aloud | 9:00 | 10:35 |
| 11/19 | Michael Hamilton | New Beginning | 9:15 | |
| 11/19 | Ross Hende | " " | 9:25 | 10:54 |
| 11-19-04 | Bharat Gaja | Yoga | | |
| 11-19-04 | Kevin Steely | New Beginning | 9:20 | 10:40 |
| 11/19/04 | Kathy Lowry | New Beginning | 9:30 | 10:35 |
| | Jane Toy | " | 9 | 10:35 |
| | Martin Dunk | FVM | 9:30 | 1:30 |
| 11/ | T Ismaeel | NAIF, Inc | 9:40 | |
| | Douglas Corriguam | New Beg | 9:40 | 10:30 |
| | Linda Stenler | PubDef | 10:05 | 1:00 |
| | Roshan Rowsho | Ctr Center for Justice | 11:10 | 2:41 |
| | Mare Williamson | De. Center for Justice | 11:15 | 2:41 |
| | | FVM | 11:25 | 1:30 |
| | Rodney | | | |
| | Henry Willis | BCJ | 12:30 | |
| | Brenda Smyth | U Del | 11:50 | 8:11 |
| | Gus N | BCF | 12:10 | |
| 11-19-04 | B. Faulhaber | T SUDP | 12:42 | 2:41 |
| | Cathy Jones | PD | 1:30 | |
| | Mark Maddy | Inside/Out | 5:55 | 7:50 |
| 11-19-04 | Cyessel | Inside/Out Grad | 5:52 | 7:50 |
| 11-19-04 | Anna Wolf | Grad | 5:55 | 7:50 |
| 11-19-04 | Brenda Rodge | DACOA | 6:00 | 7:55 |
| 11-19-04 | Shawn | DACOA | 6:00 | 7:00 |
| 11/19/04 | Ell Bastardo | DACOA GRAD | 6:00 | 7:00 |
| 11/19/04 | Hazel Maiden | PFM-1 on 1 | 6:50 | 7:40 |
| | Janica Yully | Victory Bible College | 12:50 | 8 PM |
| 11/20/04 | | Medical | 3:30 | 8:14 |
| 11/22/04 | Hazel MAIDEN | PFM BIBLE STUDY | 6:35 | 7:45 |
| 11-22 | Sherry Spader | PF | 10:35 | 1:10 |
| | William Orporo | FVM | | 3:00 |
| | Patricia Sardo | | | |
| | 11-22 Shemstrado | ORGANIZATION | 6:08 | 7:08 |

| Date | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| | James Reed | P.D. | 18 | |
| 11/2/04 | Urley Wilkins | Thresholds | 6 pm | 7:30pm |
| /04 | Margaret A. Mitchell | " | " | 20c |
| /04 | Christine Earl | Thresholds | 6:00 | 6 |
| /04 | JDR | " | 600 | 6 |
| /04 | | | | |
| /04 | Shirley J. Hare | P.F | 10:00 | 1:15 |
| /04 | Nancy Winslow | Atty | 9:20 | 10:30 |
| /2/04 | MARGAUAGE | PF | 10:35 | 12:00 |
| /04 | Rose Whitby | D.A. | 1:45 | 3:45 |
| /04 | Jay Nerlin | Franciscan Ctr Sweater cont | 2:30 | 3:56 |
| 11/22/04 | Susan Annone | AA | 7:25 | 8:30 |
| /04 | Carolyn Bell | Wilm College | 80 | 3:30 |
| /23/04 | Dave Frelick | Read in Read out | 9:25 | 11:25 |
| | Brenda Writ | PF | 9:38 | 1:15 |
| /23/04 | Leah Jensen | Kingdom Hall | 9:30 | 12:30 |
| /23/04 | Nellie Norwood | " " | 11:00 am | 12:30 am |
| /23/04 | Pastor M. Irvin | one on one | 11:00 | |
| /23/04 | Virginia Thogersen | PF | 11:45 | 12:35 |
| /23/04 | Roslyn Rettew | R-SUP | 11:15 | 2:55 |
| 11/25/04 | Anna Lynn Woodard PF #5 Bible Study | | 12:55 | 2:40 |
| /22/04 | T. Ismaeel | NAIF, Inc | 2:30 | 4:30 |
| 11/23/04 | S M Mister | Act Cass | 5 m | |
| /04 | Nellie Norwood | Kingdom Hall | 11:10 am | 12:30 am |
| 11/24/04 | Sr. Mary Killoran | Franciscan Center | 11:35 | 2 PM |
| /24 | Dea Freeman | AA | 7:30 | 8:45 |
| /25 | Marta + Frank Parker | yoga | 10:30 | 11:05 |
| 11-25-04 | T. Ismaeel | NAIF, Inc | 2:30 | |
| /04 | L. Thompson | WDGC | 9:00 | |
| | S. Persaud | WDGC | | |
| | August Hayes | WDGC | ↓ | |
| | Gwendolyn Carr | WDGC | 0905 | |
| /04 | Peg Dubin | New Beginnings | 905 | 11:00 |
| /26/04 | Mary Wakefield | | | OUT |
| /04 | Judy Phillips | Dale Church | 6:25 | |

80

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| 12/2 | Daniel Gwinell | Franciscan Center | 8:20 | |
| 12/2 | Andrea Nardone | FMM | 10:15 | 10: |
| 12/2 | Betty Webster | P/F | 10:30 | 1:30 |
| 12/2 | Shirley Pritchett | Friendship House | 10:39 | 00:05 |
| | Mary Perkins | " | 10:39 | 11: |
| 12/2 | A. Wellman | PF | 10:40 | 12: |
| 12-2-04 | Sr Mary Killoran | Franciscan Center | 11:20 | |
| 12-2-04 | John Cusack | SDP | 11:50 | |
| 12-2-04 | Barb Faulhaber | SUDP | 16:45 | |
| 12/2/04 | Emme Kegley | SUDP | 12:05 | |
| 12/2/04 | Helen Scott | 1on1 | 12:05 | 2: |
| " | T. Ismaeel | NAIF, Inc | 2:40 | |
| 12/2/04 | Megan Mahle | CLASI | 2:40 | |
| 12/22/04 | Wendy Webb | Serv/RAS | 4:20 | |
| 12/2/04 | G. Doherty | PRC | 5:30 | |
| 12/2/04 | A. Cass | PRC | | |
| 12/2/04 | Pastor M. 3Van | Outreach Ministry | 6:35 | 8: |
| 12-2-04 | Estelle Edwards | COTLW Awe | 7:30 | 8: |
| 12-3-04 | Camille | Medical | 12:30 | |
| 12/3/04 | Rose Amd | New Beginnings | 9:21 | 10: |
| 12/3/04 | Mary Desmond | " " | 9:21 | 10: |
| 12/3/04 | Darlene Avera | " " | 9:22 | |
| 12/3 | M. Vendler | Read Aloud | 9:28 | 10 |
| 12/3 | Peg Cahn | Franciscan Ctr | 9:28 | |
| 12/3 | T. Ismaeel | NAIF, Inc | 9:28 | |
| " | A. Lure | FMM | 9:28 | |
| " | Leigh Cornier | New Beginnings | 9:30 | |
| " | Mildred Hamilton | " " | | |
| " | Jean Armstrong | Workplace Consultants | 9:35 | |
| 12/3/04 | Mary Langfield | New Begin MSB | 9:38 | 10 |
| 12/3/04 | Silvan Young | NCEC | 10:00 | |
| 12/3/04 | Neila Ash | TL | 10:04 | |
| 12/3/04 | Bob Maffin | TL | 10:20 | |
| 12/3/04 | Joan W Williamson | Spirit of Life GLM Ministries | 11:40 | 10 |
| | Victoria Ortego | FMM | 12:00 | |
| 12/3/04 | Hazel Nails | PF | | |

82

| DATE | NAME | ORGANIZATION | TIME | TIME |
|---|---|---|---|---|
| 12/07/04 | Dona Lynn Woodard | PF #5 Bible Study | 12:42 | 2:4? |
| 12/?/0? | Uwane | FVM | 1:00 | 2:00 |
| 12/8/04 | Jean Sica | PF 10n1 | 1:10 | 2:4? |
| 12-7-04 | Amy Cass | PRC | 6:00 | 8:? |
| 12-7-04 | ?? Wood | PF | 6:?5 | |
| 12/7 | Emily Foster | Mentor | 6 | 8:? |
| 12/7 | Amy Arnold | | 6 | 8:? |
| 12/8/04 | Sr Mary Killeen | Franciscan Center | 9:55 | 11:?? |
| 12/? | ?? | PF | 10:30 | ?? |
| 12/8/04 | ?? | Kingdom Hall | 11:10 | 1:2? |
| " | Liz Brown | " | " | " |
| 12-08-04 | Shirley Ware | 7.C.7.C | 11:20 | 1:20 |
| 12/8/04 | C Kinky | FCM | 3:40 | 4:? |
| 12/8 | M Healy | DMP | 5:50 | 7:45 |
| 12/8 | Sheri Strider | PF | 5:55 | ?:? |
| 12/8 | Margaret Preece | DMP | 6:00 | 7:?3 |
| 12/8 | Shelli Paenu | Victory Bible College | 6:20 | |
| 12/8 | Joyce Close | PF | 6:20 | 7:5? |
| 12/8 | Ethan Brown | Victory Bible | 8:20 | 8:30 |
| 12/8/9 | Darrel Gawrich | Franciscan Center | 8:40 | 11:35 |
| 12/9 | Sara Rodrigo | " | 8:40 | 11:35 |
| 12/9 | Fred Olson | Franciscan Center | 8:40 | ?? |
| 12/9 | Jane Frelyk | Read-a-Loud | 9:00 | ?8 |
| 12/9 | Bob Moffitt | FE | 9:10 | 11:?? |
| 12/9 | Nelcn Ash | FE | 9:10 | " |
| 12/9 | N Sinos | IA | 1:50 | 1:?? |
| 12/9 | R Brown | IA | 1:35 | 1:4? |
| 12/9 | A Vettlin | Medid | 10:50 | |
| 12/9 | A Wellman | PF | 2:00 | 3:05 |
| 12-9 | ?? | NATC Inc. | 2:25 | |
| 12/9 | R B Smyth | NATC | 3:15 | |
| 12/9 | Lisa Brooks | Mentor PRC | 5:40 | 8:30 |
| 12/9 | Nat Oates | Church | 6:48 | 8:30 |
| 12/10 | Harold R Mack JE2 | Tour CERT# 15128 Total | 08:20 | 11:12 |
| 12/10/? | DC ?? | FCM | 9:?? | |

| NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|
| Julie Vaughan | New Beginnings | 9:40 | 11:30 |
| Morey Raymond | " " | 9:40 | 11:20 |
| Brian ? | FVM | 9:45 | ?:40 |
| T. Ismae'eel | NAIF, Inc | 9:50 | |
| Carol Grosnick | ACT CABS | 9:50 | |
| DEAN TOWNLEY | ECOLAB | 11:25 | |
| Andrea Wardene | FVM | 11:30 | 1:30 |
| BCT Victor Kam | BCT | 11:40 | 12:10 |
| ~~crossed out~~ | | | |
| John Gray | DMS medical | 12:30 | |
| Linda Zrul | PD | 1pm | |
| Todd CUNNER | PD | 1:00 | |
| Rog Meher? | Collins Business | 1:15 | |
| Bru Smyth | U Del | 1:45 | 4:30 |
| DREW THOMAS | TRI-COUNTY PEST CONTROL | 2:15 | 2:40 |
| Antoinette Davis | PF Christmas Party | | |
| MIKE DAVIS | PF Christmas Party | | |
| Kim Wright | PF | | |
| Chris Wright | | | |
| Margot Osmay? | PF | 6:15 | 8:15 |
| Bob Laird | PF | 6:20 | 8:55 |
| Peggy Laird | PF | 6:20 | 8:55 |
| Bernadet Wilmore | PF | 6:20 | 8:15 |
| Sr. Mary Killoran | Thoreauean Center | 8:53 | 10:05 |
| Bernard ? | Victory Bible College | 1:14 | 2:45 |
| ? | ? | 6pm | ? |
| ? Carr | Thresholds | 6pm | 7:30 |
| JD Ry? | Thresholds | 5:00 | |
| Shirley Hare | P.F. | 10:30 | 12:00 |
| MARGAVAGE | PF | 11:05 | 1:0? |
| ROSE WHITBY | PA | 1:35 | 3:15 |
| T. Ismae'eel | NAIF, Inc | 1:55 | |
| Bry Dulin | Sweater ? | 2:29 | 3:25 |
| Paula Maiorano | AP | 5:40 | |
| Monica McBr? | AP | 7:20 | 8:?? |
| Mary ? | AP | 7:30 | 9:?? |

| Date | Name | Organization | Time In | Time Out |
|---|---|---|---|---|
| 4/16 | Lani Frebel | Read-a-loud | 9:00 | 10:00 |
| 4/16 | Betty Webster | Reading Rm - P/F | 10:40 | 1:00 |
| 4/16 | Helen Scott | 1 on 1 | 12:00 | 1:08 |
| 4/16 | G Brenna Smyth | U Del | 3:20 | 5:55 |
| 4/16 | Dr. Dennis Kolson | Univ. of Pennsylvania | 3:20 pm | 5:55 pm |
| 4/16 | Dr. Gabriel Bucuresa | Philadelphia VA Med Ctr | 3:20 pm | 5:50 pm |
| 4/16 | Hazel Maiden | PRC - DMP | 6:00 | 7:45 |
| 4/16 | Amy Cass | PRC | 6:00 | 8:00 |
| 4/04 | Shirley Hare | FCF Church | 6:15 | 8:25 |
| 4/04 | Jack Hare | " " " | 6:15 | 8:25 |
| /04 | David Bayler | NKS Distributors | 6:25 | 7:55 |
| /16 | Blackson | COTL.S | 7:25 | 8:35 |
| /16 | Beg Dylin | New Beginnings Adventures | 9:15 | 11:20 |
| /17 | Julia Vaughan | " | 9:20 | 11:20 |
| /17 | Marcy Desmond | " | 9:20 | 11:20 |
| /17 | Rose End | " | " | 11:20 |
| /17 | Mildred Hamilton | " | 9:30 | 11:15 |
| /17 | Febarh Langly | Fran Center - Mass | 9:35 | 11:05 |
| | Jean Tay | " | " | 11:05 |
| | Bob Writs | FCL | 9:37 | 2:00 |
| 12/17 | Leigh Corrigan | New Begin | 9:39 | 11:15 |
| | Luciano | FMW | 9:35 | 12:30 |
| 12/17 | Barbara Tuckis | | 10:00 | |
| | T. Smoak | NAIF, Inc | 10:15 | |
| 12/17 | Nancy Wolf | Read-aloud | 10:25 | |
| 12/17/04 | Natalie Branch-Davis | TASC | 11:40 am | 12:15 pm |
| 12/17/04 | Sharon Tiana | Sup Ct 750 | 12:10 | |
| 12/17/04 | Karen Tilghman | | 12:45 | |
| 12/17 | M Densell | Read Aloud | 1:20 | 2:20 |
| 12/17/04 | Joan W. Williamson | De Center for Justice | 2:30 | 3:40 |
| 12/17/04 | Em Burgess | Worship Service/New Renkal | 6:40 | 8:20 |
| 12/17/04 | Barbara Topp | " " " | 6:55 | 8:20 |
| 12/18/04 | Dallas Winson | Tammy Downing | 9:34 | 10:30 |
| 12/19 | Chas Buth | Attorney | 10:15 | 11:38 |
| 12/19 | Jacqueline Dennis | | | |

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| 23/04 | Shirley Hare | P.F. | 10:45 | 12:35 |
| 23/04 | Sr. Mary Ruth | Thurman Center | 11:00 | 3:20 |
| 23/04 | Helen Scott | 1 on 1 | 1:05 | 2:00 |
|  | T. Ismaeel | NAIF, Inc | 1:45 |  |
| 23/04 | Hazel Maiden | PRC - DMP | 5:50 | 8:00 |
| 23/200 | Sesia Bartlett | 1st A.G. Church | 6:20 | 8:30 |
|  | Debby Spanakos | " " | " |  |
| " | Lorna Miller | " " | " |  |
|  | Debbie Keever | " " | " |  |
|  | Barbara J. Nelson | " " | 7:10 |  |
|  | T. Ismaeel | NAIF, Inc. | 10:00 |  |
| /04 | Margaret Gibson | BCI | 9:25 | 9:30 |
| /04 | Shirley J. Hare | PF Bible Study | 12:30 | 1:50 |
| /04 | Shirley J. Hare | PF  R.R. | 10:35 | 12:00 |
| 27/04 | Susan Urwin | Pastoral Visit | 6:49 | 8:30 |
| /04 | D Joshua | Fem | 8:30 | 1:30 |
| 28/04 | Janice Smith | Troop 274 | 10:00 | 1:20 |
| 28/04 | Michael Robinson | Troop 274 | 10:00 | 1:20 |
| 28/04 | Patti Morales | troop 274 | 10:00 | 1:20 |
| 28/04 | D Dodd | PF | 10:35 |  |
| 28/04 | E.J. Martin | SCISO | 10:38 | 12:55 |
| 28/04 | Alice Carter | Medical | 10:07 | 10:45 |
| 28/04 | Hardwick | Lobcorn | 11:22 | 11:23 |
| 28 | P. Corn |  | 12:50 | 2:50 |
| 28 | Deanna Tull | DFS / Child Inc | 11:01 | 12:40 |
| 28/04 | Donna Lynn Woodard | PF #5 - Bible Study | 11:49 | 2:19 |
| /04 | Carol Holt | PF | 5:15 | 5:30 |
| 29/04 | Pastor Donna Jones | Heart To Heart | 9:55 | 12:05 |
| 29/04 | Retna Contri | Heart To Heart | 9:55 | 12:05 |
| /04 | Linda Minor | PF | 10:30 | 12:00 |
|  | Rand | Gerald in Blatt |  |  |
|  | Jacqueli Sue | Rene Clud |  |  |
| /04 | Shirley Hare | FCFC | 11:35 |  |
| /04 | Simone Braxton | PF | 10:30 |  |
| /04 | Open | Watson Five | 12:30 | 8:00 |
|  |  | PF | 12:40 |  |

| | Date | Name | Dept/Notes | Time In | Time Out |
|---|---|---|---|---|---|
| | 1-4-05 | Lucille Stansis | OPD | 10:40 | 12: |
| 730 | 1-4-05 | Virginia Thogersen | PF    lon 1 | 11:35 | 12 |
| 7:51 | 1/4 | Andrea Nardine | FVM | 12:10 | 1:0 |
| | 1/4 | Lucine Oropeza | FVM | 12:10 | |
| 170 | 1/4 | Roslyn Retters | RSVP | 12:20 | 2: |
| 130 | 0/04/05 | Doralynn Leboland | PF HS Bible study | 12:45 | 2: |
| 10:00 | 1/4/05 | Ed Valentine | PSX | 12:45 | |
| | 1-4-05 | D. Soto | DCJD | 12:45 | 3: |
| 12:0 | | V. Reid | P.D. | 12:50 | |
| 2:05 | 1/5/05 | J Nixon | FC m | 730 | 11: |
| | 1/5/05 | Margie Battaglia | A A. | 8:55 | |
| 7:35 | 1/5/05 | Victor Kim | BCF | 9:50 | 10: |
| 11 | 1/5/05 | Monique Boukene | DFS | 10:00 | |
| 10:43 | 1/5 | Linda Minn | PF | 10:30 | 12: |
| 10:43 | 1/5 | Core Sahima | Quosi | 10:45 | 11: |
| 10:45 | 1/5 | J.A. Bitt | Read-Aloud | 11:00 | |
| | " | S.F Bitt | " | " | |
| 1/30 | 1/5/05 | Hector Garcia | PDO | 11:20 | 12: |
| 1:24 | 1-5-05 | Shirley Hare | FC.FC Pastoral Visit | 11:30 | 1: |
| 10:43 | " | Theresa Reed | P.D. | 11:50 | |
| | 1-5-05 | Y. Ness | Redline | 1:55 | 3: |
| | 1-5 | Dawn Williston | Vac | 2:09 | |
| 55 | 1-5 | Anne Holt | PF | 5:02 | 6: |
| | 1-6 | Sherry Strade | PF | 5:36 | 7:2 |
| | 1-5 | Vera Reynolds | DMP/PRC | 5:50 | 8: |
| | | Susie Perm | Victory Bible Chay | 6:20 | 8: |
| | 1/5 | Joyce Close | P.F | 6:35 | 8: |
| 230 | | Emme Kency | SUPP | 6:45 | 8:18 |
| 100 | | Barbara Frohaber | SVPP | 6:45 | 8: |
| 48 | 1/5 | Eleanor Brown | Victory Bible Villa | 7:20 | 8: |
| 10 | 1/5 | James Kilongo | Franciscan Center | 8:40 | |
| 10 | 1/5 | Daniel Gurnick | Franciscan Center | 8:40 | 11:3 |
| | 1/6 | Jane Fralick | Read-a-Loud | 9:30 | 11: |
| | 1/6 | Helene Scott | /on/ | 1:12 | 2:0 |
| | 1/6/05 | Jean Luschuy | Sojourners Place | 2:35 pm | 4: |
| | " | J. Israel | | 2:35 | |
| | " | V. Reid | D.B.I F, Inc | 2:50 | |

| Date | Name | Organization | Time In | Time Out |
|---|---|---|---|---|
| 1/6/05 | Maumberal | DMP | 5:30 | 7:00 |
| 1/6/05 | Hazel Maiden | DMP | 5:55 | 8:50 |
| 1/6/05 | Pastor Ward | Church Outreach | 6:20 | 8:15 |
| 1/6/05 | Irving Bean | " | 4 | |
| 1/7/05 | N. Veal | Red Cloud | | |
| 1/7/05 | Brian Stanbury | New Beginnings | 9:25 | 11:00 |
| 1/7/05 | Bharat Gaji | Yoga | | |
| 1/7/05 | Bruce White | " | 9:30 | 12:00 |
| 1/7/05 | Q. Walker | New Beginnings | 9:35 | 11:50 |
| 1/7/05 | Marc Plasmuriel | " | 9:30 | |
| 1/7/05 | P 1842 Lanyer | " Mass | 9:30 | 12:00 |
| 1/7/05 | Lorenzo Cooper | " | 9:30 | 10:00 |
| 1/7/05 | Julie Mueffin | New Beginnings | 9:30 | 10:00 |
| 1/7/05 | Ruelle Hamed | | 9:30 | 10:15 |
| 1/7/05 | T. Smoo'cel | NAIT Inc | 10:00 | |
| 1/7/05 | | Son 1 PF | 1:30 | 2:00 |
| 1/7/05 | Hazel Maiden | PFM / ON / | 6:45 | 8:00 |
| 1/8/05 | St. Mary Collins | Women's Center | 8:00 | 10:00 |
| 1/8/05 | | | | |
| 1/8/05 | Wanda C Brown | Brandywine Academy | | |
| 1/8/05 | Bernice Yorley | Groton Baby | 8:55 | |
| 1-09-05 | Shirley Hare | P.F. Bible Study | | 1:00 |
| 1-09-05 | Chauncy Kallan | DMP | | |
| 1-09-05 | Shirley Hare | P.F. Reading Room | | 1:00 |
| 1-10-05 | Ben Stenberg | DFS | 10:00 | 11:00 |
| 1-10-05 | Ronald Finegraph | DFS | 10:8 | 12:00 |
| 1-10-05 | Pearla Rell | P.D. | 8:45 | |
| 1/10/05 | Rose Whitby | P.A | 1:30 | 3:00 |
| 1/10/05 | Kristin Guarinello | Hope House | 2:35 | 3:20 |
| 1/10/05 | Margaret Pierce | DMP | 5:45 | 6:45 |
| 1/10/05 | Andy B | DMP | | |
| 1/10/05 | Hazel Maiden | PFM - Bible Study | 6:10 | 8:00 |
| 1/10/05 | Monty Meant | | | 8 |
| 1/10 | Mary Numand | AA | 2:00 | 8 |

92

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| 1/14/05 | J. Hughes | New Beginning | 9:35 | 10: |
| 1/14/05 | R. Bland | " | 9:35 | 10: |
| 1/14/05 | D. Arena | " | " | 11: |
| 1/14/05 | Oly Verhin | " | 9:40 | 11: |
| 1/14/05 | Susan Carro | " | 9:40 | 10: |
| 1/14/05 | T. Timmons | NA2F, Inc | 9:50 | |
| 1/14/05 | | Read Aloud | 10:25 | 11: |
| 1/14/05 | M. MAIDEN | PFM - 1 ON 1 | 6:20 | 7: |
| 1/14/05 | | VCFB? | 12:30 | 3: |
| 1/14/05 | Lereu | Read Aloud | 9:15 | 1: |
| | | 1 on 1 | 2:25 | 3: |
| | Massaro | AA | 5:35 | 7:8 |
| | M. MAIDEN | PFM - Bible Study | 6:30 | 7:40 |
| | | AA | 7:30 | 8: |
| | | AA | | 8: |
| | Owens | FCM | 7:30 | 15: |
| 1/18/05 | Carolyn Bell | Wilm College | 8:00 | 8:30 |
| 1/18/05 | Birkdale | medical | 8:00 | |
| 1/18/05 | Mullins | KH | 9:30 | D |
| | | Read Aloud | 10:3 | |
| 1/18/05 | Slaystrate | PF | 10:34 | 10 |
| 1/18/05 | | Kingdom Hall | 11:00 | 12: |
| 1/18/05 | Virginia Thogersen | PF | 11:30 | 11:55 |
| 1/18/05 | Andrea Nardone | FVM | 12:20 | 1:00 |
| 1/18/05 | Rosyln Retlew | RSVP | 12:30 | 2:30 |
| 1/18/05 | Joya Rumwakand | PF + Bible Study | 12:45 | 3:10 |
| 1/18/05 | Ann Houde-Roberts | Read Aloud | 12:50 | 2: |
| 1/18/05 | J. Garrick | Script | 1:30 | 3:10 |
| 1/18/05 | Sheila | Village | 2:00 | 3:10 |
| 1/18/05 | | pres | 2:00 | |
| 1/18/05 | Kris Lewis Lipin | JMP | 7:30 | |
| 1/19/05 | Carolyn Bell | Wilm Coll | 8:00 | 10:00 |
| 1/19/05 | Petra Cantu | Heart to Heart | 10:15 | 10:45 |
| 1/19 | Linda Minor | PF | 10:30 | 10: |
| 1/19 | J. a Batt | Read Aloud | 11:14 | |

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| 1/19 | Janet Ross | Research between | 11:30 | 1:00 pm |
| 1/19/05 | Kelly ? | ? | | 1:00 pm |
| 1/19/05 | Rev. C. Jnabarry | God's Love Ministries | 12:13 | 3:08 |
| 1/19/05 | Rev. Joe Barry | God's Love Ministries | 12:13 | 3:08 |
| 1/19 | Lucille Stanish | OPD | 1:10 | 2:15 |
| 1/19 | Sherry Strade | PF | 5:56 | 7:30 |
| 1/20 | Carolyn Bell | WMconnect | 8:00 | 3:30 |
| " | T. Ismaeel | NAIF, Inc. | 10:00 | |
| 1/20 | Betty Webster | Read.Rm - P/F | 10:45 | 1:00 |
| 1/20 | Sr. Mary Killarin | Ministries Center | 11:30 | 1:44 |
| " | V. Read | CDC | 12:55 | |
| 1/20 | Helen Scott | 1 on 1 | 1:10 | 2:00 |
| 1/20 | ? Murron | ? | 3:45 | 9:25 |
| 1/20/05 | Hazel Maiden | PRC - DMP | 5:55 | 8:00 |
| 1/20/05 | Vera Reynolds | DMP/PRC | 5:50 | 8:00 |
| 1/20/05 | Shirley J. Hare | FAITH City Fam. Church | 6:15 | 8:10 |
| 1/20/05 | Jack Hare | " " " " | 6:15 | 8:10 |
| 1/20/05 | May Moody | COTLW | 7:40 | 8:40 |
| | O.L. Sorge | C.F.F. | 8:30 | |
| 1/21 | M Sindler | Read Aloud | 9— | 10:? |
| 1/21 | J Steinberg | New Beginnings | 9:30 | |
| 1/21 | Joy ? | " | 9:30 | 10:15 |
| 1/21 | Mildred Hamity | " | 8:? | 10:50 |
| 1/21 | Fr Betty Laugh | ? | 8:30 | 11 |
| 1/21 | Darlene Allen | " | 9:40 | 11:20 |
| 1/21 | Julia Vaughan | " | 9:45 | 10:50 |
| " | T. Ismaeel | NAIT, Inc | 10:00 | |
| 1/21 | M Curry | PB | 10:00 | 12:12 |
| " | V. Read | P.B. | 10:50 | |
| 1/21 | Jim Wood | SVPP | 12:23 | 1:57 |
| 1/21 | Sara Pastuh? | SVPP | 12:23 | 2:02 |
| 1/21 | J Sica | PF 1on1 | 1:15 | 2:40 |
| 1/21 | S Yubayad | TASC | 2:40 | 3:15 |
| 1/21 | D Guncher | TASC | 2:40 | 3:15 |

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| /05 | Joan H. Roberts | Read Aloud | 12:30 | |
| /05 | G. Hargett | Lodging | 12:15 | 13:10 |
| | J.C. Reid | | | |
| /05 | Laurie McBride | NRVCJ | 1:30 | 2:10 |
| /05 | Hazel Maiden | PRC-DMP | 6:00 pm | 8:15 |
| /05 | Ralph J. Brodly | PRC | 6:05 | 8:15 |
| /05 | Susie Bartlett | 1st AG | 6:25 | 8:30 |
| 9-05 | Debbie Keever | " | 6:25 | 8:30 |
| /05 | Jill K | Wiesshecker | 8:10 | |
| /05 | Beg Dubi | New Beginnings Transmission | 9:27 | 10:45 |
| 2/05 | Sharon Stusly | " | " | 11:10 |
| 8/05 | Marcy Deswood | | 1:- | 10:45 |
| 18-05 | T. Donaslead | NATA | 9:45 | 12:40 |
| 28-05 | Leigh Corrigan | New Beginnings | 9:45 | 10:45 |
| 28-05 | Mildred Hamilton | " | 9:30 | 10:45 |
| /28 | D. Pop | " | 11:00 | 1:15 |
| /28 | Kenale | Read Aloud | " | " |
| /28 | Paula Maiorano | AVP | 5:00 PM | 8:45 |
| /28/05 | Hazel Maiden | PFM/OWI | 6:25 | 7:50 |
| /28/05 | Jurine J. Thomas | New Center Worship Ser. | 6:35 | 8:05 |
| /28 | Erin Bergen | " | | 8:00 |
| /29 | John Shuford | AVP | 8:02 | 5:00 |
| 1-29 | Paula Maiorano | AVP | 8:02 | 5:00 |
| 1/29 | Sr. Mary Jillian | Thurmann Center | 8:40 | 7:50 |
| 1/29 | James Keisic | | | |
| /29 | Tiffany Keisic | | | |
| 1-29 | Brandon Keisic | | | |
| /29 | ~~Brandon Keisic~~ | | | |
| 1-29 | ~~Doug Hewitt~~ | | | |
| 1-30 | Paula Maiorano | AVP | 8:08 | 3:00 |
| 1-30 | Whos | | | |
| 1/30 | John Shuford | AVP | 10:06 | 3:00 |
| 1/30 | Mr. Campbell | Retired | 1300 | 2330 |
| 1/30 | John Ryan | | 5:15 | 7:30 |
| 1/30-05 | Shirley Hare | P.E. | 10:35 | 1:30 |
| 1-31-05 | Rose Whitby | P.A. | 1125 | |