| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| 13/5 | Laurie McBride | NRYCS | 1:25 | 2:54 |
| | T. Ismaeel | NAIF, Inc | 2:10 | |
| 3/05 | Tina Reynolds | DMP/PRC | 5:55 | 7:05 |
| 3/06 | HAZEL MAIDEN | DMP-PRC | 5:55 | 7:05 |
| 5/05 | Pastor Becca Perkins | COTLWRWC | 6:15 | 8:30 |
| 1/4 | M. Leedle | Red Cloud | 9— | 11:15 |
| 2-4 | Bharat J. Gosgan | | | |
| 4 | Shaun Stanley | New Beginnings | 9:30 | 11:30 |
| 2-4 | Peg Dirlin | " " | 9:30 | 10:50 |
| | Glen Toy | " | | 10:45 |
| | Mildred Hamitt | " " | 9:35 | 10:45 |
| 1/4 | Julia Vaughan | " " | 9:45 | |
| | Sleigh Correga | " " | 9:45 | |
| 4 | T. Ismaeel | NAIF, Inc | 10:05 | |
| 1/05 | N. BRANCH-DAVIS | TASC | 11:20 | 12:10 |
| 4 | Darlene Arena | New Beginnings-mentoring | 2:45 | 3:45 |
| 4/05 | HAZEL MAIDEN | PFM - Jail | 6:20 | 7:20 |
| 5/05 | Sr Mary Kildare | Francican Center | 8:55 | 10:45 |
| 6/05 | Shelli Palmer | Victory Behec | 9:30 | 2:28 |
| 06-05 | SHIRLEY HAPE | P.F. Bible Study | 1:30 | 3 PM |
| 6/05 | Rev Joan W Williamson | De. Center for Justice | 2:00 | 3:30 |
| 2/6/05 | Rev Shar-Ron McGhee | De. Center for Justice | 2:00 | 3:30 |
| 07/05 | SHIRLEY HAPE | P.F. BB. | 10:40 | 1:50 |
| 07/05 | Fay D Whittle | P.F. | 1:00 | 1:40 |
| 10/05 | Peg Dirlin | Tout X weaver | 2:38 | 4:05 |
| 7/05 | HAZEL MAIDEN | PFM - Bible Study | 6:30 | 8:00 P |
| 2/06 | Pastor MR Zhou | outreach Ministry | 7:10 | |
| 2/7 | Susan Amone | AA | 7:40 | |
| | Mary Hammond | AA | 7:40 | |
| 2/8 | Carolyn Bell | Wilm College | 8:00 | 8:30 |
| 2/8 | Leah Dixon | Kingdom Hall | 9:40 | 12:20 |
| 2/8/05 | Willie Howard | " | 10:40 | 12:20 |
| 2-8-05 | Anne Wellman | PF | 10:30 | 12:40 |
| 2-8-05 | Sherry Shead | PF | 10:35 | 10:55 |
| 2/8 | Andrea Vaughn | PFM | 11:52 | 12:40 |

98

| Date | Name | Location | In | Out |
|---|---|---|---|---|
| 2/8/05 | Rea Moses | One Way Outreach | 6:15 | 8:30 |
| 2/8/05 | Doris Moses | One Way Outreach | 6:15 | 9:30 |
| 2/8 | Joyce Cove | PF | 6:40 | 8:20 |
| 2/9 | Carolyn Bell | Wilm College | 8:00 | 12:00 |
| 2/9 | Fay Whittle | PF | 8:45 | 1:30 |
| 2/9 | Margie Betts | AA | | |
| 2/9 | Queen Minor | PF | 10:30 | 12:30 |
| 2/9 | G. Betts | Read Aloud | 11:00 | |
| | G. Betts | | | |
| 2/9/05 | Willie Howard | Kingdom Hall | 11:15 am | 12:30 pm |
| 2/9/05 | Matt Robinson | Taft-Peterson | 2:20 | 2:45 |
| 2/9/05 | Chera Williams | Greg Williams | 5:45 | 8:10 |
| 2/9/05 | Judith Convey | Vic Corey | 5:45 | 8:10 |
| 2-9-05 | Sherry Strader | PF | 5:56 | 7:44 |
| 2-9 | Maura Judy | DMP | 6— | 8:30 |
| 2-9 | Shelli Palmer | Victory Bible | 6:15 | 8:15 |
| 2-9 | Eleanor Brown | Victory Bible | 7:20 | 8:30 |
| 2-10-05 | Carolyn Bell | Wilm College | 8:00 | 3:00 |
| 2-10-05 | Daniel Burnett | Franciscan Center | 8:40 | 11:25 |
| 2-10-05 | Fred Belger | Franciscan Center | 8:40 | 11:35 |
| 2-10-05 | Jamis Riley | " " | 8:40 | 10:35 |
| 2-10-05 | Cecile Green | | | |
| " " | L. Reed + L.D. | | 11:00 | |
| 2-10-05 | Mary Killeen | Ministry Center | 11:50 | 6:00pm |
| 2-10-05 | Helen Scott | PF | 1:12 | 2:05 |
| " | T. Ismael | NATF, Inc | 2:55 | |
| 2-10-05 | Fay Whittle | PF | 1:55 | 3:20 |
| 2/10/05 | Betty Watkins | DCS | 3:00 | |
| | J. Paul Moss | | 3:00 | |
| 2/11 | M Lenahan | Read Aloud | 9— | 10:15 |
| " | Bharat Grajjar | Yoga | | |
| 2/11/05 | Sharon Stanley | New Beginning | 9:30 | 11:10 |
| " | Peg Durkin | " | 9:30 | 11:30 |
| 2/11/05 | Mildred Harrell | | 9:30 | 10:45 |
| " | Darlene Arena | " | | 9:30 |

101

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| /05 | Mildred Hamilton | New Beginnings | 9:? | 10:35 |
| | Darlene Arena | " | 9:30 | 11:30 |
| | Julie Vaughan | " | 9:30 | 10:35 |
| | Y. Lemasier | NAIF, Inc. | 0:50 | |
| 8/05 | L. Corcoran | Trane | 11:40 | 12:00 |
| /05 | Jim Wills | St Vincent de Paul | 12:50 | 2:05 |
| /05 | Emme Kealey | St Vincent de Paul | 12:50 | 2:05 |
| /05 | BARB FAULHABER | SVDP | 12:50 | 2:05 |
| /05 | Christine Earle | DCJ | 1:35 | 2:15 |
| /05 | Chris Armstrong | DCJ Elliott | 6:39 | |
| /05 | Gleason Stewart | Elliott | 6:39 | |
| | ~~~~~ | | | |
| 19/05 | Sr. Mary Killeen | Newsletter | 8:55 | 10:00 |
| 19/05 | Cynthia James | PF | 10:30 | |
| 19/05 | Kathy Gerber | PF | 10:30 | |
| 20/05 | Rev. Joan W. Williamson | De. Center for Justice | 1:55 | |
| | ~~~~~~~~~~~ | | | |
| /05 | Dan Henney | Atty | | |
| /05 | ~~~~~~~~~~~ | ~~~~~ | 4:15 | 8:10 |
| 21/05 | Tommie Rose Byers | Agape Time Ministries | 12:15 | |
| 21/05 | Dona Leren | Read Aloud | 12:30 | 1:30 |
| /21 | Laura Holloway | BCJ | 12:40 | 12:50 |
| /21 | Mary Numand | AH | 7:20 | |
| /20 | Monica McBride | AA | 7:22 | |
| /21 | D.J. Eccles | Fem | 9:00 | 11:10 |
| /22 | Marcy Perkins | Friendship House | 9:45 | 10:40 |
| /22 | Emy Oxenwood | self | 9:55 | |
| 22 | SR. CHANTAL PEYTON | Little Sisters of the Poor | 10:00 | 11:05 |
| 22 | Sr Margaret Hogan | Little Sisters of the Poor | 10:02 | 11:05 |
| /22 | Andrea Nardino | FVM | 12:00 | 1:30 |
| /22 | B.J. Sica | PF 1on1 | 1:25 | 2:25 |
| /22 | Brenda Gayford | Morton | 5:55 | 8:25 |
| /05 | Ilona Lynn Woodard | PF # 5 unit Bible Study | 6:05 | 7:50 |
| | Joyce Close | PF | 6:35 | 8:?? |
| 23 | Wanda Minor | PF | 10:? | 12:45 |

102

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| 2-23-05 | Lisa Reynolds | OMP/PRC | 6:00 | 8 |
| 2-23-05 | Jeanne Brown | Victory Bldg | 7:30 | 12 |
| 2-23-05 | Lisa Hunt | AA | 7:20 | |
| 2/23/05 | M Mumanick | AA | 7:30 | 5 |
| 2/24/06 | Daniel Gurnick | Franciscan Center | 8:40 | 11 |
| 2/24/05 | Fred Black | Franciscan Center | 8:40 | 10 |
| 2/24/05 | Luis Rodgo | " " | 8:40 | 10 |
| 2/24/05 | Petra Cantu | Heart to Heart | 9:50 | 7 |
| 2/24/05 | Meg Kulers | DFS | 10:15 | |
| 2/24/05 | Christy Marra | DFS | 10:15 | |
| 2/24/05 | Sr Mary Killeen | Franciscan Center | 11:35 | 1 |
| 2/24/05 | JOANH ROBERTS | READ ALOUD | 12:7 | 2 |
| " | T. Smith | NATJ Inc | 2:30 | |
| 2/24/05 | DeCarlo S. Young Chandler | RN FCM HRYCI | 2:50 | |
| 2/24/05 | Paul Hart | NFS | 7:05 | |
| | Jonathan Lutens | DCH | 10:45 | AM |
| 2-25-05 | Drew Thomas | TRI-COUNTY | 12:5 | 1:5 |
| 2/20/05 | Bill Simmons | DFS | 2:00 | 5 |
| 2/20/05 | Susan Posh | DFS | 2:30 | |
| 2/25/05 | Paula Maiorano | AVP | 5:10 | 7:25 |
| 2/25/05 | HAZEL MAIDEN | Pom-ION | 6:30 | 7 |
| 2/26/05 | Paula Maiorano | AVP | 8:15 | 3:2 |
| 2/26/05 | PETRA CANTU | Heart to Heart | 12:05 | 3:4 |
| 2/26/05 | CARLA CARDWELL | " " | 12:05 | 3:5 |
| 2/26/05 | AVALON WILLIAMS | " " | 12:05 | 3:50 |
| 2/26/05 | PETRA CANTU | HEART toHeart | 5:10 | 8:5 |
| 2/26/05 | CARLA CARDWELL | " " | 5:10 | 8:5 |
| 2/26/05 | AVALON WILLIAMS | " " | 5:10 | 8:5 |
| 2/27/05 | PAULA MAIORANO | AVP | 8:30 | 1:3 |
| 2/27/05 | M Coory | Med | 4:30 | |
| 2/27/05 | B Penny | BCt | | |
| 2/27/05 | Joan Williams | De Carle for Justice | 7:00 | |
| 2/27/05 | | Guadaloe | 6:00 | 9 |
| 2/27/05 | CW Ron | | 6:20 | 9 |

#104

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| 3/4/05 | Sharon Steinberg | New Beginnings | 9:30 | 10 |
| 3/4/05 | Marcy Desmond | " " | 9:30 | 10 |
| 3/4/05 | Roo Dein | " " | " | 10 |
| 3/4/05 | Mikkel Hamilton | " " | 9:30 | 10 |
| 3/4/05 | Fr Barry Langin | | 9:30 | 10:30 |
| 3/4/05 | | NAIF Inc. | 10:10 | |
| 3/4/05 | K. Ismael | AVP | 10:30 | 11:35 |
| 3/4/05 | Paula Maicncuo | | 10:30 | 11:14 |
| 3/4/05 | Amy Wipe | Read Aloud | | |
| 3/4/05 | Paul Lanen | " | 10:35 | 11:53 |
| 3/4/05 | Natalie Sanders MS | TASC | 10:36 | 11:2 |
| 3-4-05 | Jessica Peer | | | |
| 3-4-05 | Bill Zimmons | D-S | | |
| 3/4/05 | Hazel Maiden | PFM - 1 ON 1 | 6:35 | 7:40 |
| 3/5/05 | Sr. Mary Killoran | Prison Center | 9:30 | 10:30 |
| 3/5/05 | Sharon Weldee | Oasis of Refresh | 9:35 | 11:35 |
| 3/5/05 | Fonda Hillen | Oasis of Refresh | 9:35 | 11:35 |
| 3/5/05 | Vito Kam RV | BCT | 10:10 | 10:30 |
| 3/5/2005 | Bernie Gosey | Victory Christian Bible | 1:55 | 3:10 |
| 3/15/005 | Sharonette Ward | | | |
| 3/5/05 | | BCI | 10:30 | |
| 3/6/2005 | Vita Kam Ro | BCI | | |
| 3/6/05 | Shanetta Cole | | 2:00 | 3:05 |
| 3/6/05 | Rev John W. Williamson | Del Center for Justice | 2:05 | 3:15 |
| | J Sharyn Najem | Delcese | | |
| 3/6/05 | Unita Leflore | Threshold | 6p | 8p |
| 3/6 | JD Ryan | Threshold | 6p | 8 |
| 3/7 | Tiffany Willis | Deltech student | | |
| 3-7-05 | Shirley Hare | P.F. RR | 10:20 | |
| 3-7-05 | Velva Rainey | DTCC student visit | 1:10AM | 11:30 |
| 3-7-05 | Rose Whitby | Parents Anonymous | 1:20 | 3:30 |
| 3/7/05 | Ray Dulin | (w/ Sneaker) | 1:30 | 3:00 |
| 3/7/05 | Hazel Maiden | PFM Bible Study | 6:25 | 8:05 |
| 3/7/05 | Mary Armani | PH | 9AM | 10AM |
| 3/7/05 | Lucille Gibson | | 9AM | 10AM |
| 3/7/05 | Leah Jensen | Kingdom Hall | 9:40 | 12:00 |
| 3-7-05 | | | 10:00 | 12:00 |

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| 10/5 | Margaret Battaglia | AA | 9:00 | |
| 8/10 | Karron Ross | Read Aloud | 9:10 | 11:40 |
| 8/10 | Alinda Minor | PF | 10:30 | 1pm |
| 8/10 | Sr. Mary Killian | Transition Center | 2:40 | 6PM |
| 8-10 | Sherry Strader | PF | 6:33 | 7:40 |
| 8-10 | O'Connor | St. Vincent | 6:47 | |
| 8-10 | B. Faulhaber | SVDP | 6:47 | |
| 8-10 | Jim Woods | SVDP | 6:47 | |
| 8-10 | Bill Cortese | SVDP | 6:47 | |
| 8-10 | Eleanor Brown | Victory Bible | 7:15 | 8:3 |
| 8-10 | Dawn Frelick | Read-a-Loud | 9:40 | 11 |
| 8/11/05 | Jim Augustine | BSA | 9:45 am | |
| 8-11-05 | SHIRLEY HARE | P.F. Reading Room | 10:10 | 1:25 |
| 8-11-05 | | | | |
| 8-11-05 | Sr. Mary Killian | Transition Center | 2:45 | 3:30 |
| 8/11/05 | Joe Cole | UFCW Local 27 | 4:35 | 5:00 |
| 8/11/05 | Hazel Maiden | DMP PLC | 6:20 p | 8:45 p |
| 8/12 | M Lenaker | RA | 9— | 10— |
| 8/12 | B. Vandi | New Beginnings | 9:25 | 10:40 |
| 8/12 | Mary Desmond | " | 9:05 | 10:40 |
| 8/12 | Darlene Arena | " | 9:20 | 11:15 |
| 8/12 | Jonathan Lukens | DCH | 9:20 | 10:40 |
| 8/12 | Pry Dublin | New Beginnings | 9:25 | 11:00 |
| 8/12 | Mary Patterson | DCH | 9:30 | 10:40 |
| 8/12 | Sherry Grajian | Yoga | | |
| 8/12 | Carroll Lash | DCH | 9:45 | 10:40 |
| 8/12 | Adriene Hopson | New Beginnings | 9:35 | 10:40 |
| 8/12 | David QP | " | 9:45 | 10:45 |
| 8/12 | T. Ismael | NAIF, Inc | 9:45 | |
| 8/12 | Paul Wurt | HC | 10:25 | 12:30 |
| 8/12 | Lucille Stanish | Pub Def | 1:00 | 1:20 |
| 8/12 | Howard R Hawkins | | 11:00 | |
| 8/12 | Jim Welsh | SVDP | 12:50 | 2:25 |
| 8/12 | | SVDP | 12:50 | 2:15 |

| DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|
| 9/28 | Peggy Laird | PF | 6:10 | 8:40 |
| 9/28 | Bob Laird | PF | 6:10 | |
| 9-28 | Bernadette Wilmore | PF | 6:10 | |
| 9/28 | Pastor Sonia Murrey | PF | 6:25 | |
| 9/28 | Pastor Cole Murrey | PF | 6:25 | |
| 9/28 | Linda Myric | PF | 6:25 | |
| 9/28 | Gloria Harper | PF | 6:25 | |
| 9/28 | Joy Clare | PF | 6:25 | |
| 9-28 | Sherry Stader | PF | 6:39 | 7:30 |
| 9-28 | Eleanor Brown | Victory | 7:18 | 8:30 |
| 9/28 | Dick Henry | AA | 7:30 | 8:35 |
| 29 | Sean Cullinane | FVM | 8:55 | 10:45 |
| 29 | Melissa Weise | FVM | 8:55 | 12:00 |
| 29 | Miguel Gutierrez | FVM | 8:55 | 11:34 |
| 29 | Jane Feld | Read-a-loud | 9:35 | 10:50 |
| 29 | Dan H. Beachy | International Christian Fellowship | | |
| 1-29 | Bernadette Wilmore | Reading Rm | 10:30 | 1:45 |
| 9/29 | Elle Edwards | Chaplain Earle | 4:15 | 6:00 |
| 9-30 | Lyn Selden | GMS M4 | 6:15 | |
| 9/30 | Linda | Read Aloud | 8:55 | 10:40 |
| 9/30 | Deanna Tyree | Child Inc/DFS | 9:00 | |
| 9/30 | Bharat J. Gajjar | Yoga | | |
| 9/30 | Peg Dulut | St Joseph New Beginning | 9:25 | 11:45 |
| 9/30 | Mara Atewberg | " | 9:25 | 10:40 |
| 9/30 | Sean Cullinane | FVM | 9:30 | 10:40 |
| 9/30 | Debbie Haihan | New Beg. | 9:30 | 10:40 |
| 9/30 | R. Hender | " " | " " | 11:00 |
| 9/30 | Mozey Desmond | " | 9:30 | 10:40 |
| 9/30 | Julia Vaughan | " " | 9:30 | 10:40 |
| | T. Tompo S. | NAIF Inc | 9:50 | |
| 9/30 | Sally Ellyard | Joshua Harvest | 10:10 | |
| 9/30 | Clarence Clark | | | |
| 9-30-03 | Jean Carrol | Inside Out DACoA | 6:26 | 8:05 |
| 9-30-03 | Mary L. Maddox | Inside/Out DACoA | 6:30 | 8:05 |

| Date | Name | Org | In | Out |
|---|---|---|---|---|
| 3/29 | H McCarthy | FCM | 1500 | |
| 3/29 | J Jost | DCJ | 8:15 | |
| 3-30 | Lee Krieger | Nissakhicken | 8:20 | 8:40 |
| 3/30 | Grey Willey | DPH | 8:40 | |
| | Aonlunga | DCJ | 8:45 | |
| 3/30 | Liz Pipes | Wilmington College | 9:00 | 10:10 |
| 3/30 | Shamell Wallace | Wilmington College | 9:00 | 10:10 |
| 3/30 | Mary Wilh | Doc/MIS | 9:10 | |
| 3/30 | J Olan | FCM | 9:10 | unw |
| 3/30 | Kim Figueroa | DFS | 10:00 | |
| 3/30 | Liz Pipes | Wilmington College | 11:00 | 2:15 |
| 3/30 | Shamell Wallace | Wilmington College | 1:00 | 2:15 |
| 3/30 | Nancy Perkins | Friendship Hse | 1:42 | 3:10 |
| 3/30 | Dawn McQuiston | T-Netix | 2:33 | |
| 3/30 | Ericaleny | Chil Choice | 2:40 | |
| 3/30 | H McCarthy | FCM | 1500 | |
| 3/30 | Carol Kozak | FCM | 1500 | |
| 3/30 | Tahsin A. Ismaeel | N.A.I.F. Inc | 6:35 | |
| 3/30 | Kristi Chandlee | UofD/Public Health | 0815 | 1530 |
| 3/31 | J Jost | DCJ | 8:35 | |
| 3/31 | Scott Williams | MEDICAL | 9:00 | 2:40 |
| 3/31 | Portia Duff | DPH | 8:45 | |
| 3/31 | Grey Willey | | 8:45 | |
| 3/31 | OH Cosby | FCM | 9:00 | |
| 3/31 | Kevin Calio | DOC | 9:15 | 10:05 |
| 3/31 | M William | MIS | 9:55 | |
| 3/31 | Jerry Platt | DOC | 10:00 | 12:45 |
| | Vanoa Reed | NCD | 11: | |
| | Simone Braxton | PH | 12:25 | 2:20 |
| 3/31/04 | J Ness | Child We | 1:55 | 3:40 |
| 3/31 | D McQuiston | T-Netix | 2:30 | |
| 3/31 | Joe Willson | FCM | 1450 | |
| 3/31 | H McCarthy | FCM | 1500 | |

| Date | Name | Org | in | out |
|---|---|---|---|---|
| | | DSVP | 6:0zp | |
| 3-31 | Roger J. Bradley | Medical | 8:33 | 2:15 |
| 4/1 | Scott W__ | DCJ | 8:35 | |
| 4/1 | __ | DCJ | 8:50 | |
| 4/1 | Greg Willins | FCM | 9-0 | 11-0 |
| 4/1 | __ | DCJ | 9:30 | 10:30 |
| 4/1 | Lucy Willi__ | DCJ | 9:30 | 10:00 |
| 4/1 | Paul Cre__ | DCJ | | |
| 4/1 | Teresa Benson | Cornell Abraxas | 10:00 | |
| 4/1 | Karen McCall | Cornell Abraxas | 10:00 | |
| 4/1 | Eileen Wilkerson | Cornell Abraxas | 10:00 | |
| 4/1 | Mary __ | PD | 10:00 | 11:30 |
| 4/1 | Portia D__ | DPH | 11:45 | |
| | Alfred O__ | DCJ | 1:30 | 2:30 |
| 4/1 | H. Hudson | CF-DE | 2:20 | 3:12 |
| 4/1 | D McQuiston | T-Netix | 2:28 | |
| 4/1 | B A W__ | FCM | 4:58 | |
| 4/1 | Ernie D__ | P.D.'s Office | 3:10 | |
| 4/1 | H McCarthy | FCM | 15:00 | |
| 4/1 | May Moo__ | COTEW | 18:29 | |
| 4/2 | C. R__e | FCM | 7:50 | 1:5_ |
| | D Scott | " | | 4:5_ |
| 4/2 | __ A__ | FCM | 8:55 | 9:10 |
| 4-2 | Dawas Winslow | PD | 0900 | 1100 |
| 4-2 | Donna Kurtz | DFS | 9:15 | 11:__ |
| 4-2 | Jowy W__ | FCM | 19:10 | |
| | S Bealin | FCM | 1130 | |
| 4-2 | E M__ | Trail | 12:10 | 3:__ |
| 4-2-04 | Linda Hunter | FCM | 12:35 | |
| 4-2-04 | Lisa Lynch | Reaching the Harvest | 1:03 | |
| 4-2-04 | K__ W__ | S__ | 1:43 | 4:10 |
| 4-2-04 | __ C__ | S__ | 1:43 | 4:__ |
| 4-2-04 | Tehsyn A. Ismaeel | NAIF Inc | 1:52 | |
| | | | 2:10 | |

| Date | Name | Org | in | out |
|---|---|---|---|---|
| 4/2 | POA William | FCM | 1520 | |
| 4-2-04 | Tahsiyn A. Ismaa'eel | NAIF, Inc | 7:00 | |
| 4/3/04 | Sharon McAfee | Oasis of Refresh | 10:07 | 11:32 |
| 4/3/04 | Yvonda Williams | Oasis of Refresh | 10:07 | 11:32 |
| 4/3/04 | Zakiyyah Rashad | DMP | 12:40 | |
| 4/3/04 | S Herman | FCM | 2:57 | |
| 4/5/04 | LINDA COOPER | Del Tech | 0800 | 1305 |
| 4/5/04 | Laura Yrengst | atty | 8:45 | 9:40 |
| 4/5/04 | Mary Rammel | CCCS | 8:56 | 11:00 |
| 4/5/04 | Russ | Child Inc | 8:55 | 10:40 |
| 4/5/04 | Lynn Bodine | T-Netix | 9:15 | |
| 4-5-04 | Shelby Kamm | POP | 10:22 | 12 |
| 4/5 | RANDA DANIELS | TRI STATE OPT | 11:00 | 12:00 |
| 4/5 | Bill McGuinney | " " " | 11:00 | 12:00 |
| 4/5 | (signature) | DTCC Student Visit | 12:10 | 12:50 |
| 4/6 | (signature) | (signature) | 12:35 | 2:50 |
| 4/5 | Nathan Storey | C. Nighters | 1:54 | 2:52 |
| | V. Deed | P.D. | 1 | |
| 4/5 | Carol Kozak | FCM | 3:30pm | 1:30pm |
| 4/5 | Jessica Maiorano | DFS | 3:00pm | 3:50 |
| 4/5 | Nisa Brown | DFS | 3:00 | 3:50 |
| 4/5 | Honee ally | FCM | 1500 | |
| 4/5 | Lisa Brooks | PCR (mentor) | 5:45 | 7:45 |
| 4/5 | Dian Rust | Ment PPC | 6:00 | 7:50 |
| 4/6 | JERRY PLATT | DOC | 0750 | 1650 |
| 4/6 | Carol Kozak | FCM | 3:00pm | 11:45pm |
| 4/6 | H McCarthy | FCM | 1500 | |
| 4/6 | Elizabeth Jones | WOICC 1001 | 6 PM | 7:10 |
| 4/6 | gRashad | DMP | 6:00 | 8:00 |
| | Joe Parker | Study Personnel | 6:50 | 8:20 |
| 4/7/04 | Scott Williams | MEDICOL | 8:30 | |
| 4/7/04 | Lynn Bodine | T-Netix | 9:00 | |
| 4-7-04 | | | 9:05 | 11:20 |

| 80 Date | Name | Org | time in | out |
|---|---|---|---|---|
| 4/7/04 | Ernie Dulap(?) | P.D.'s Office | 12:24 am | 3:51 |
| 4/7/04 | Cpl. Eric Bates | DOC HRYCI | 1234 pm | 138? |
| 4/7/04 | R. Parrott | " | " | 1350 |
| 4-7-04 | E. McD___ | DCJ | 1:20 | 3:00 |
| 4-7-04 | Sr. Theresa | Our Lady of Fatima | 1:00 | 1:4 |
| 4-7-04 | Jose Avila | Our Lady of Fatima | 1:00 | 1:4 |
| 4-7-04 | Vanessa Reed | P.D. | 1 | |
| 4-7-04 | Y. Ness | Child Inc | 2:00 | 3:4 |
| 4-7-04 | K. Newquist | CFF | 2:45 | |
| 4-7-04 | H. McCarthy | FCM | 1500 | |
| 4-7-04 | T. Smaaled(?) | N.A.T.I. Inc | 6:57 | |
| 4-7-04 | R. Duncan | AA | 7:15 | |
| 4-7-4 | M. Sutton | AA | 7:15 | |
| 4/7/04 | Scott Williams | Medical | 8:00 | 130 |
| 4-8-04 | M. Knast | FS | 0845 | 12/ |
| 4/8/04 | D. Joshua | FCM | 9:00 | 11 |
| 4/8/04 | Renée Coddington | CCP - Investg Serv | 9:19 | 104 |
| 4/8/04 | Monique Boulure | DFS | 9:25 | |
| 4/8/04 | John Orey | DMS | 9:55 | 12:2 |
| 4/8/04 | T. Smaaled | NATF, Inc | 1:25 | |
| 4/8/04 | Willis Wilson | CASA | 2:00 pm | |
| 4/8/04 | Ted Robertson | DCJ | 2:08 pm | 333 |
| 4/8/04 | Chris Hutson | DCJ | 208 | 33 |
| 4-8-04 | Eric McLaurin | DCJ | 2:48 | 3:3 |
| 4-8-04 | H. McCarthy | FCM | 1500 | |
| 4-8-04 | Conwell | FCM | 1501 | |
| 4-8-04 | Joe Anaybino | FCM | 810 | |
| 4-9-04 | Lynn Bodine | T-Netix | 900 | |
| 4-9-04 | Pastor Dennis Gilbert | Charlestown Baptist Church | 10:03 | 10: |
| 4-9-04 | A. Smith | FCM | 11:30 | |
| 4/9/04 | E.W. Foth | FCM | 1222 | 122 |
| 4/9/04 | J. Blackman | Chapel Service | | |

| Date | Name | Org | in | out |
|---|---|---|---|---|
| 4/10/04 | [illegible] | FCM | 1500 | |
| 4/10/04 | G. Rushack | DMP | 12⁴⁵ | |
| 4/12/04 | Jason Carr | Interview | 8:50 am | 9:15 |
| 4/12/04 | Hermine Harris | Interviews | 10:10 | |
| 4-12-04 | Sonitec, K. Herman | Sonitec | 10:50 | |
| 4-12-04 | H. Anderson | Dept DE | 1:45 | 3:30 |
| 4/12 | B. Gebhart | FCM | 1445 | |
| 4/12 | Alissa Brown | DFS | 2:50 | 4:00 |
| 4/12 | Jessica Majoram | DFS | 2:50 | 4:00 |
| 4/12 | H. McCarthy | FCM | 1515 | |
| 4/13 | [illegible] | FCM | 9:10 | 11:00 |
| 4/13 | L. Bodine | T-Netix | 9:30 | |
| 4/13 | Q. Ash | AM | 10:30 | noon |
| 4/13 | Nanny | MIS | 12:02 | 1:36 |
| 4/13/04 | Brett Tomlinson | TASC | 12:30 | 9:30 |
| 4/13/04 | Jim [illegible] | PD | 1:00 | 2:15 |
| 4/13/04 | Kim Byrnes | PD | 1:15 | 2:15 |
| 4/13/04 | Dawn Mello | PD | 1:15 | 2:15 |
| 4/13/04 | B. Gebhart | FCM | 1440 | |
| 4/13/04 | [illegible] | DAV Co. | | |
| 4/13 | H. McCarthy | FCM | 1700 | |
| 4/14 | Lee Kriger | Wissahickon | 8:30 | |
| 4/14 | Lynn Bodine | T-Netix | 9:00 | |
| 4/14/04 | [illegible] | DCJ | 9:40 | 10:30 |
| 4/14/04 | [illegible] R. Harer | DFS | 11:25 | |
| 4/14/04 | Ashley Ceraso | CC | 11:35 | 12:50 |
| 4/14/04 | Michelle McCoy | CC | 11:35 | 12:50 |
| 4/14/04 | [illegible] | CC | 11:40 | |
| 4/14/04 | Cookson | FCM | 1:00 | |
| 4/14/04 | Y. Nass | Child Inc | 2:00 | 3:40 |
| 4-14-04 | T. Ismaeel | NAIF, Inc | 2:30 | |
| 4/14 | H. McCarthy | FCM | 1500 | |
| 4/14 | [illegible] | [illegible] | 1500 | |

| Date | Name | Co. | In | Out |
|---|---|---|---|---|
| 10-27 | Mike Black | PSX | 10:40 | |
| 10-27 | Ed Valentine | PSX | 10:40 | |
| 10-27 | Sara Riffe | DFS | 11:00 | 11:30 |
| 10-27 | Maylan Cush | P.D. | 12:30 | 2:35 |
| 10-27 | Sherita Wheeler | DFS | 12:10 | 12:55 |
| " | Vanessa Reed | P.D. | 1:05 | |
| 10-27 | Lisa McBeth Snyder | U of D | 1:20 | 1:50 |
| 10-27 | T. Dews | Reed Inc | 1:05 | 3:35 |
| 10-27 | Sally Scott | Tour | 2 PM | |
| 10/27 | Laura Kamin SICI | Medical | 3:00 | |
| 10/27 | Jim Uwel | SunSociety | 6:50 | 8:20 |
| 10/27 | Barbara Whitaker | " | 7:00 | 8:20 |
| 10/28 | Passion Sampson | Medical | 7:00 | 3:30 |
| 10/28 | Carolyn Bell | Wilm College | 8:00 | 3:35 |
| 10/28 | D Joshua | FCM | 8:30 | 10 |
| 10/28 | Manny | MIS | 8:55 | 10:51 |
| 10/28 | Bob Moley | Verizon - Inmate Phones | 10:04 | 11:30 |
| 10/28 | C. Kronk | FCM | 11:25 | 12:30 |
| 10/28 | Tod McFay | McFay Ref | 11:43 | 1:00 |
| 10/28 | D Enzullo | BCI | 12:05 | |
| 10/28 | Zahiyah Rashada | DMP | 12:30 | 3:05 |
| 10/28 | Arthony V. Ablano | Aidid | 12:30 | |
| 10/28 | David McQuiston | T-Netix | 2:18 | |
| 10/28 | Manny | MIS | 3:30 | 3:25 |
| 10/28 | Wendi Koence | U.D. Nursing | 1530 | 23- |
| 10/28 | Jacque Dennis | medical | | |
| 10/29 | Passion Sampson | Medical | 7:00a | 3:31p |
| 10/29 | Emily Molz | UD nursing | 8:05 | 2:37 |
| 10/29 | Ashley Schreiner | UD nursing | 8:05 | 2:37 |
| 10/29 | Bea Steinberg | DFS | 9:12 | 10:30 |
| 10/29 | C. Tease | Atty | 12:01 | 12:30 |
| | T. Ismael | NALF | 6:00 | |

| Date | Name | Orig | in | out |
|---|---|---|---|---|
| 12/30/04 | Holly C Diorosky | Lawyer | 10:10 | 11:10 |
| 12/30/04 | Maritza Hernandez | Interpreter | 10:10 | 11:10 |
| 12/30/04 | Victor Kam RN | BCI | 12:00 | |
| 12/30/04 | Lisa Miller | medical | 12:10 | 12:20 |
| | Vanessa Reed | P.D. | 12~ | |
| 12/30 | D McQuiston | T-Netix | 1:50 | |
| 12/30/04 | Tina Terry | Medical-Dane | 5pm | |
| | T Ismaeel | N.A.L.P., Inc. | 10:00 | |
| 12/31/04 | Bishop Bruce Parham | Oasis of Refreshing Min. | 12:30 | 2:30 |
| 12-31-04 | Elder Janet Parham | Oasis of Refreshing Min | 12:30 | 2:30 |
| 12/31/04 | Gary Roznowski | Atty | 12:20 | |
| 1/2/05 | Tanya Wilson | Nurse (BCI) | 9:45 | |
| 1/2/05 | Victor Kam, RN | BCI | 9:50 | 10:10 |
| 1/2/05 | H Dodson | FCM | 10:30 | |
| 1/3/05 | J Nass | Child Inc | 8:55 | 10:35 |
| 1/3/05 | M. Chase | TASC | 9:40 | 10:35 |
| 1/3/05 | Victor Kam RN | BCI | 12:35 | 1:20 |
| 1/3/05 | Rose Whitby | P.A. | 1:30 | 3:15 |
| 1/3 | Dawn McQuiston | Vac | 2:56 | |
| 1/3 | Jessica Poole | casemg | 2:56 | |
| 1/3 | Bill Simmons | brs | 2:15 | |
| 1/4 | DJ Shen | FCM | 8:02 | 10:20 |
| 1/4 | David Allwood | TASC | 0825 | 1000 |
| 1/4 | Megan Arzo | educ | 8:45 | 11:30 |
| 1/4 | M Willem | | 10:45 | |
| 1/4 | Mary Burnell | lawyer | 11:- | 11:30 |
| | Greer Marie | D. Atty | 11:- | 12:30 |
| 1/4 | Jonathan Pinpol | lawyer FPD | 1:00 | 2:45 |
| 1/4 | Catherine Barber | Consultant FPD | 1:00 | 3:30 |
| 1/4/04 | Lucy Willem | DCJ | | |
| 1/4/04 | Christine Earle | DCJ | 1:00 | 3:30 |
| 1/4 | Dawn McQuisten | Vac | 2:04 | 5:- |
| 1/4 | | Rabbi | | |

188

| Date | Name | Org | in | out |
|---|---|---|---|---|
| 3/15/05 | Teresa Simmons | Somerset Co, MD | 11:05 | 18:30 |
| 3/15/05 | Jason Simmons | Somerset Co, MD | 11:05 | 18:30 |
| 3/15/05 | Samuel Lewis, Rabbi | Sparta, NJ | 11:30 | |
| 3/16/05 | Zphizzoh Rashad | DMV | 6:30 | |
| 3/16/2005 | Carolyn Bell | Wilm COR | 800 | 1200 |
| 3/16-R | Joe Anombro | KEM | | |
| 3-16-05 | Jill Rose | Children Families First | 10:30 | |
| 3/16/05 | Victor Kreun Rt | BCF | 12:20 | 12:45 |
| 3/16/05 | Laura Yrengr | Atty | 1:28 | 1:50 |
| 3/16/05 | Bruce Freeman | DS | 1:47 | 2:43 |
| 3/16/05 | V. Ross | Childline | 1:55 | |
| 3/16/05 | B. Dewey | PD | 2:25 | 3:20 |
| 3/16/05 | C. Whitely | AA | 7:23 | 8:32 |
| 3/16/05 | M A Bowers | AA | 7:23 | 8:32 |
| | James Reed | P.D. | 9:?? | |
| 3/17/05 | Betty Webster | P/F Reading Rm | 0030 | 1:05 |
| 3/17/05 | Victor Kreun Rt | BCF | 12:20 | 12:50 |
| 3/17 | Linda Blowey | CiviGenics | 1:30p | 2:00p |
| 3/17 | Mag Kubek | DFS | 2:30 | |
| 3-19 | Ron Trudson | Hoopes FM C | 8:30 | 10:55 |
| 3-18 | T. Ismaeel | NAIF, Inc | 10:00 | |
| 3-18 | Carole Ciresi | Striggle | 11:25 | |
| 3/18 | Victor Kreun | BCF | 12:30 | 12:35 |
| 3-18 | Nadeen Story | Unit 715 | 12:54 | 1:10 |
| 3/18 | C Egnor | DCT Medical | 1:00 | 3:20 |
| 3/18 | Mary Burnell | Legal | 1:20 | 3:35 |
| 3/18 | Adrienne Powell | DFS | 1:44 | 2:50 |
| 3/18 | Mr. V. Rios | CFF | 2:12 | |
| 3/18 | Barbara Chance | Medical | 2:34 | |
| 3/18 | Zphizzoh Rashad | DMV | 12:00 | |
| 3/21/05 | Victor Kreun Rt | BCF | 0828 | 0920 |
| 3/21/05 | M Coekey | BWCI | 900 | 11:30 |
| 3/21/05 | Bill Forrest | Forrest S/M | 9:50 | |

**190**

| Date | Name | Orig | in | out |
|---|---|---|---|---|
| 3/24 | V. Rat | R.D | | |
| 3/24 | J Paul Cregg | DCJ | 2:00 | |
| | Lacey Williams | DCJ | 2:00 | 3: |
| 3/25 | Angel Rio | CFF | 9:30 | |
| " | T. Ismaeiel | NFIF Inc | 10:00 | |
| 3/25 | Pat Hicke | | 11:30 | |
| 3/25 | Dr. Emily Maguire son | BCI | 12:54 | 1:10 |
| | Beth Dewson | PD | 1:10 | 2:55 |
| | Nicole Walker | PD | 1:10 | 2:55 |
| 3/26 | Plesser | BCI | | |
| 3/26 | | DCJ | | |
| 3/26 | Muzzyah Rashad | DMV | 11:30 | |
| 3/26 | Meela Parker | Yoga Village | 12:20 | |
| 3/27/05 | Victor Karu RN | BCI | 9:40 | 10:50 |
| 3/27/05 | Sharon McGhee | Del Center for Justice | 1:05 | 3:30 |
| 3/27/05 | Rev. Joan W. Williamson | " " " " | 2:00 | 3:30 |
| 3/28/05 | Amy Osgood | Avodah | 8:15 | 4:00 |
| 3/28/05 | Connie Procopio | " | 8:15 | 4:00 |
| 3/28/05 | Julie Gayer | " | 8:15 | 4:00 |
| 3/28/05 | Christy Carlow | " | 8:15 | 4:00 |
| 3/28/05 | Newman Taylor Baker | " | 8:15 | 4:00 |
| 3/28/05 | Lee Kruger | | 8:30 | 9:00 |
| 3/28/05 | DAVID ATWOOD | TASC | 0835 | 1128 |
| 3/28/05 | Ron Imelson | Hoopes Fire | 08:30 | 10:35 |
| 3/28/05 | Laura Hollon | BCI | 12:00 | 12:30 |
| 3/28/05 | Guy Walker | DCJ | | |
| " | Vaness Khan | PD | | |
| 3/29 | Suzanne | FCM | 7:55 | |
| 3/29 | Amy Osgood | Avodah | 8:00 | 3:30 |
| 3/29 | Connie Procopio | " | 8:00 | |
| 3/29 | Newman Taylor Baker | " | 8:00 | |
| 3/29 | Christy Carlow | " | 8:00 | |