**196**

| Date | Name | Org | In | Out |
|---|---|---|---|---|
| 4-7-05 | John Dowling | PD | 10:20 | 1:55 |
| M/7/18 | Toby Rowe | SPS | 6:45 | 1:50 |
| | | BCI | 1200 | 140 |
| | | PD | 13:20 | 13:45 |
| | | PFM | 1:40 | 2:30 |
| | | | 2:12 | 2:50 |
| 4/15 | B. Dicken | Dept | 2:40 | 5:58 |
| | Brian Barr | | | 5:10 |
| 4/7 | Brandy Scott | | | |
| 4/7 | B. Freeberg | BCI | 9:00 | 10:20 |
| 4/8 | | IAI | | |
| 6/8 | Bharat Gajjar | Yoga | 10:06 | |
| 4-8-05 | J. Smooley | NAIF Inc | 10:15 | 1:45 |
| 4/8/05 | Ed Farren | PD's office | 10:29 | 11:00 |
| 4/8/05 | Harvith Brittany Campbell | Lab Corp | | |
| 4/8/05 | | Boo / Doc | 12:40 | 4:15 |
| 4/8/05 | | DOC / Kitchen | 12:45 | 1:35 |
| 4/8/05 | Jeremy | TRI-COUNTY PEST CONTROL | 12:55 | 1:25 |
| 4-8-05 | ANDREW THOMAS | BCI DOJ | 1:25 | 4:00 |
| 4/8/05 | Clark | DCS | 1:00 | |
| 4/9/05 | Meg Willen | DCS | 10:30 | |
| 4/11/05 | Maux | Dental | 11:00 AM | 2:10 |
| 4/11/05 | Lori Krinsky | BCI | 12:20 | |
| 4/11/05 | Darlene Reynolds | BCI | 12:00 | |
| 4/11/05 | M. Dobby | BCI | | |
| | McQuiston | DOC | 15:15 | |
| 4/11/05 | John Dowling | PD | 15:45 | 17:10 |
| 4/10/05 | Kevin Free | PRC | 8:00 | 3:30 |
| 4/12/05 | Carolyn Bell | Wilm College | 8:30 | |
| 4/12/05 | | Film | 9:00 | 11:00 |
| 4/12/05 | Mary Ann | Educ | 9:30 | 12:00 |
| 4/12/05 | Beth Dersen | PD | 10:20 | |
| | Cease | Atty | | |

**198**

| Date | Name | Orig | in | out |
|---|---|---|---|---|
| 4/15/05 | Silian Young | WCEC | 9:55 | 11:02 |
| 4/15/05 | T. Ismaeel | NAIF, Inc | 10:05 | 12:00 |
| 4/15/05 | Jim Reisdn | cancun | 10:15 | 11:30 |
| 4/15/05 | Peter Kane | BCI | 1200 | 1220 |
| | andrea | Key Village | 1:05 | 2:47 |
| 4/15/05 | Marsha Miller | DMP | 1:30 | 4:00 |
| 4/15-05 | C. Curie | DCI | 1:30 | 3:20 |
| | D. McQuiston | Vac | 2:R | |
| 4-15-05 | James Dunn | PDO | 2:43 | |
| 4/15/05 | Jurine J. Thomas | New Kent Worship Ser | 6:45 | |
| 4/15/05 | B. Toby | " " " " | 6:55 | |
| 4/15/05 | Lenox J. Jr | TASC | 9.35 | |
| 04/18/05 | Cathy Frederick | TASC | 10:50 | 1:30 |
| 6/19/05 | Joseph Diddley | DGC | 1051 | |
| 4/18/05 | Patricia Johnson | WWRTC | 1:20 | |
| 4/18/05 | Christopher Battista | CFF | 1:30 | |
| 4/18 | D. McQuiston | DGC | 1:55 | |
| 4/18/05 | Kristin Guarinello | Hope House I | 2:06 | 2:43 |
| 4/8/05 | Katie Boyysh | SNDTCC | 3:00 | |
| 4/18/05 | Janice Phillip | HHDI | 3:10 | 3:42 |
| 4/18/05 | Penn Lee | mentor | 4:10 | 4:40 |
| 4/19/05 | Carolyn Bun | Wilm College | 8:00 | 3:30 |
| 4/19/05 | D. J. Elum | FCM | 8:30 | 10:40 |
| | | Educ. | 9:08 | 10:05 |
| 4/19/05 | Megan Argo | warden | 9:00 | 10:30 |
| 4/19/05 | R. Bryant | warden | " | 10:35 |
| 4/19/05 | J. Singh | | 9:16a | |
| 4/19/05 | C. Wooding | Tour | 9:16a | 11:1 |
| 4/19/05 | A. Harrison | Tour | 9:45 | |
| 4/19/05 | S. Thayton | tour | 9:45 | |
| 4/19/05 | B. Fields | Tour | 9:45 | |
| 4/19/05 | B. Olsen | tour | 9:45 | |
| 4/19/05 | J. Winter | tour | 10:10 | |
| 4/19/05 | C. Hernandez | tour | | |

| Date | Name | Orig | in | out |
|------|------|------|-----|-----|
| 4/19 | Przzull Van | BCJ | 11:45 | |
| 4/19 | Paul Sugmon Jury Sentry | | 1:05 | 1:30 |
| 4/19 | Christine Bushlong | CFF | 1:30 | 2:30 |
| 4/19/05 | Katie Bertini | SNDTCC | 8:00 | 20:30 |
| 4/19/05 | Dona Lynn Woodard | PF Bible Study #5 | 6:00 | 8:04pm |
| 4/20/05 | J. Bradburn | FCM | 10:10 | |
| 4/20/05 | J. Bahr | DCH | 10:00 | 11:30 |
| 4/20 | Rosalind Stancell | DFS | 10.30 | |
| 4/20 | Mary Ann Hammond | Family Court | 10:30 | |
| 4/20 | Chris Dempsey | Family Ct/Lobby | 11:30 | |
| 4/20 | Brian Bailey | | 11:30 | 1:25 |
| 4/20 | Victor Kacur | BCI | 4:45 | 12:00 |
| 4/20 | D. McQuiston | Jac | 1:55 | |
| 4/20 | Kathe Ward | YMCA | 6:20 | |
| 4/21 | B. Rashada | 6:30 | | |
| 4/20 | Carlene Whitsel | AA | 7:18 | 8:35 |
| 4/21 | | PCM | 5:30 | 10:30 |
| 4/21 | John Oldiga | DOC | 10:00 | |
| 4/21 | Tobi L Rowe | DFS | 10:50 | |
| 4/21 | Victor Kacur | BCI | 12:45 | |
| 4/21 | Jacki Wilson | Superior Crt. | 12:40 | 3:00 |
| 4/21 | D. Mozie | DCJ | 1:00 | |
| 4/21 | J. McEntire | FCM | 1:20 | |
| 4/21 | L. Flowers | Civic Comics | 1:30 | 2:10p |
| 4/21 | J. Whelton | Scene | 2:30 | |
| 4/21 | G. Gary | Ag DCJ | 3:35 | 4:04 |
| 4/22/05 | Harold R. Mack, G. Elliott, F. Franze (Exit 15) | 0833 | 11:15 | |
| 4/22/05 | Shelby Kamm | PIP | 8:45 | 12 |
| 4/22/05 | DC deMele | FCM | 8:58 | |
| " | Bharat T. Gajjar | Yoga | | |
| 4 | | | | |
| 4/22/05 | J. Ismaeel | NAFE, Inc | 10:05 | 11:40 |
| 4/21/ | Dudley | DCJ | 10:10 | |

| Date | Name | Orig | in | out |
|------|------|------|------|------|
| 5/6/05 | Yvonne Stratton | NKS | 7:02 | 8:08 |
| 5/6/05 | | Dec | 7:10 | |
| 5/6/05 | Paul Afun | BOP | 7:15 | 8:22 |
| 5/6/05 | John G Ry | BOP | 7:20 | 8:38 |
| 5/6 | Robert Young | WCC | 8:27 | 9:10 |
| 5/6 | John Groman | PSX | 9:45 | |
| 5-6-05 | J. Ismael | NAIF, Inc | 10:05 | 11:35 |
| 5/6/05 | Vuts Kam | BCF | 11:55 | 12:05 |
| 4/10/05 | C Earle | DCT | 1:30 | 3:30 |
| 5/9/05 | C. Anderson | | 6:05 | 7:41 |
| " | John Anderson | | 6:06 | 7:41 |
| 5/6/05 | Barbara Ridge | DACOA | 6:10 | 7:35 |
| 5/6/05 | Gaylyn | | 10:00 | |
| 5/6/05 | Amber | | | |
| 5-7-05 | W Nelson Willins | | 11:36 | |
| 5/7/05 | Bernadette Williams | | | |
| 5/7/05 | Sharon McAfee | Oasis of Refresh | 12:30 | 3:00 |
| 5/7/05 | Wanda D Sims | Oasis of Refreshing | 12:30 | 3:00 |
| 5/7/05 | Anthony Chandler | | 12:55 | |
| 5/7/05 | Lakee Brown | | 12:55 | |
| 5/7/05 | Jamieson R | | | |
| | Wanda Curry Brown | | | |
| 5/7/05 | Nicole Blanchfield | | 2:23 | 3:35 |
| 5/8/05 | Donna Parisi | | | |
| 5/8/05 | M Cooley | | 1:00 | 2:30P |
| 5-8-05 | Maureen Mason | | 12:30 | |
| 5-8-05 | Mary Ann Abel | | 2:30 | |
| 5-9-05 | Lee Krieger | WISSAHICKON | 8:45 | |
| 5-9-05 | Frances Rodriguez | PEP Prem Hearing | 10:55 | 11:17 |
| 5/9/05 | Deon Toon | DFS | 11:25 | 11:26 |
| 5/9/05 | D Rezullo | BCT | 11:30 | |
| 5/9/05 | Shane Bacon | U of D | 12:20 | 1:45 |
| 5/9/05 | Judy Graham | U of D | 12:35 | 1:50 |

| Date | Name | Orig | μ in | out |
|---|---|---|---|---|
| 5/12 | Justino Kuovo | TX. Services | | |
| 5/12 | Aubree McBride | NRVCI | 3:03 | 3:26 |
| 5/1305 | Yvonne Shelton | m&D | 0655 | 1532 |
| 5-13-05 | Bharat J. Gajjar | 7:09 a. | | |
| " | T. Ismael | NAER, Inc | 9:50 | |
| 5/13 | C. Earle | DCT | 1:15 | 2:00 |
| 5/13 | Mikesha Clay | | | |
| 5/13 | D McQuistch | VAC | 3:21 | |
| 5/15 | Sam Belton | Via Skyphone | 9:35 | |
| 5/15 | LaMar Dickerson | | | |
| 5/15 | Xavier Brisco | | 12:40 | |
| 5/16 | Downing | Ford Service | 8:50 | |
| 5/16 | McGinley | P D | 9:20 | 10:20 |
| 5/16 | Karen McLaughlin | CASA | 10:10 | 11:25 |
| 5/16 | Loray Jeff / Cathy Fredericks | TASC | 10:25 | |
| 5/16 | DPezzullo | BCI | 11:40 | |
| 5/ | | | | |
| 5/16 | Dawn McQuiston | VAC | 2:45 | |
| 5/16 | R Bradley | MENTOR Program | 6:08 | |
| 5/18 | | Fen | 8:2e? | 1:20 |
| 5/17 | Kathy Butler | NCC Vo-Tech | 9:25 | 11:30 |
| 5/17 | LuBrown | Kingdom Hall | 9:30 | 9:35 |
| 5/17 | Maggie Tarrant | Caroline Co DSS | 10:30 | |
| 5/17 | Lisa Thompkins | Caroline Co DSS | 1030 | 11:40 |
| 5/17 | D Pezzullo | BCI | 11:41 | |
| 5/17 | Bob Ramsay | DOC | 12:3 | |
| 5/17 | John Groman | PSX | 1:00 | |
| 5/17 | Sheila Mato | Village | 1:55 | 320 |
| 5/17 | Jim Augustine | BX | 2:10p | |
| 5-11-05 | Todd E. Conner | PD | 2:2c | 3/68 |
| 5/11/05 | Brad Manning | PD | 2:24 | 3/8 |
| 5/11/05 | Beth Dewie | PD | 2:20 | 3/5 |
| 5/12/05 | Jose L. Vivan | NH | 2:10 | |

| Date | Name | Orig | In | Out |
|------|------|------|-----|-----|
| 5/19/03 | L. Blosley | Ceviberies | 1:35 | 2 pm |
| 5/19/05 | Ben Leary | CuriGenics | 1:36 | 2 pm |
| 5/19/05 | Mary Burnell | Legal | 3pm | 3½p |
| 5/19/05 | | | | |
| 5/19/05 | BCI Gna | BCI | 1:45 | 1:55 |
| 5/20/05 | Patti Truitt | DSHA | 9:00 | 11:00 |
| 5/20/05 | Deon Todd | DFS | 9:05 | 9:45 am |
| 5/20/05 | Linda Pearson | DVR | 9:05 | |
| 5/20/05 | Barbara Riley | DVN | 9:08 | |
| 5/20/05 | Christina Dirksen | DSHA | 9:10 | |
| " | T. Ismaa'eel | NAIF, Inc | 10:00 | 11:45 |
| 5-20-05 | | CFF-Wel DE | 10:30 | |
| 5/20-05 | | | | |
| 5/20/05 | Patti Truitt | DSHA | 1:00 | 2:45 |
| 5/20/05 | Christine Hardin | DSHA | 1:00 | 2:45 |
| 5/20 | Dawn McQuisten | Vac | 1:55 | |
| 5/20 | Janen Bello | | 5:49 | |
| 5/20 | Sr is for | WPD | 9:20pm | 9:45pm |
| 5/20 | Bevan J. Elebrand | Onega Medical | 09:20pm | 09:45pm |
| 5/21 | D. Renzullo | BCI | 9:25 | |
| 5/21/05 | Carla R. Cardnel | H₂H | 12:25 | |
| 5/21/05 | Angela Womack | H₂H | 12:35 | 8:20p |
| 5/21/05 | D. Renzullo | BCI | 11 | |
| 6/22/05 | M. Cooksey | ECH | 1:30 | |
| 5/22/05 | Lamar Dickeson | | | |
| 5/23/05 | Lynn Howard-Ryder | BCI | 11:45 | 12:00 |
| 5/23/15 | C. Earle | DCS | 1:39 | |
| 5/23 | Dawn McQuisten | Vac | 1:55 | |
| 6/24 | Lynn Howard-Ryder | BCI | 12:00 | 2:10 |
| 5/24 | Zahiyyah N. Allah | DMP | 11* | |
| 5/24/05 | Deb Barton Bue | RCH | 4:30 | |
| 5/24 | Tobi Rowe | NS | 10:15 | |
| 6/25/05 | Neta Kamden | BCI | 11:53 | 12:— |

**208**

| Date | Name | Orig | in | out |
|------|------|------|----|----|
| 5-26-05 | T. Ismaa'eel | NAIF, Inc | 10:00 | |
| 5/26/05 | Lydia Cox APD | Public sple | 10:22 | |
| | Marie Golden | NMS | 10,30 | |
| | Ron White Paul | ACG | 2/8 | |
| | Wave Stanton | Med | 0658 | 1332 |
| | DAVID ALLWOOD | TASC | 0903 | 0936 |
| 5/26/05 | Dawn Ginfalor | Deued | | |
| 5-27-05 | T. Ismaa'eel | NAIF, Inc | 9:50 | |
| | | expel Mon | | |
| 5 27/05 | D. Howard-Ryder | BCT | 11:55 | 12:0 |
| 5/27/05 | CATLIN CROWE | DFS | 11:55 | 1:00 |
| 5/27/05 | Nicol: | DFS | 11:55 | 1:00 |
| 5/27 | D McQisten | UC | 12:35 | |
| 5/27 | A. FALASCA | PD | 12:00 | |
| 5/27 | L Walker | | | |
| 5/31 | P J | Fem | 8:00 | 1:30 |
| | Paul Le Beldsn | | 10:00 | 10:30 |
| 5/31 | Holly C Dalladen | Priv Counsel | 10:30 | 11:20 |
| | Maritza Hernandez | Interpreter | 10:30 | 11:20 |
| 5/31 | Shayne Seevey | DFS | 11:30 | 1:35 |
| | N. Reed | DCG | 2 | |
| 5/31 | Carald Rooze | DMP | 6 | 8 |
| 05/31/05 | Dona Lynn Woodard | PF. Bible Study #5 | 6:25pm | 8:20 |
| 1-05 | JAIT ARAMBIN | FCH | 03/20 | |
| | Mary Patterson | DCH | | 9:30 |
| 6-1-05 | Kimberly McClellan | Interview | 9:50 | 10:30 |
| 6-1-05 | Gele Pone | Visit | 10:20 | |
| 6-1-05 | Manny | Ho MIS | 11:30 | 12:35 |
| 6-1-05 | Vicki Klein RN | BCI | 12:80 | 1:10 |
| 6/1/05 | Avis Miner | DCS | 1:55 | 3:35 |
| 91 | D McQisten | Va | 1:45 | |
| 6/2 | D Joshuins | Fem | 8:45 | |

| Date | Name | Orig | in | out |
|------|------|------|------|------|
| 6-2-05 | Gevell Walls | Friendship House | 9:30 Am | 11 Am |
| | Yolanda Harris | Interview | | |
| 6-2-05 | John J Gray | DHSS | 10:45 | 1:30 |
| 6/2 | Aaronson | Atty | 10.50 | 11:35 |
| 6/2 | Lynn Howard-Ryder | BGT | 11:40 | 11:47 |
| 6/2 | Laura Sikora | O Key | 11:50 | 4:00 |
| 6/2 | Eide | Ku. | 12:10 | 4:00 |
| 6/2 | Rita Sochon | Ky | 12:55 | 4:00 |
| 6/2 | nadeen | Key | 12:55 | 4:00 |
| 6/2 | Linda Blowey | City Genics | 1:00 | 3:30 |
| 6/8 | | Curgenics | 1:00 | 3:30 |
| 6/2 | | Key | 1:00 | 4:00 |
| 6/2 | Virginia Johnson | WDRTC | 1:10 | 4:00 |
| 6/2 | Jay Sylvesto | Key North | 1:0 | 4:00 |
| 6/2 | Rel C. Smith | | 1:22 | |
| 6/2 | Gevell Walls | Friendship House | 1:30 P | 3 PM |
| 6/2 | | City Council | | 4:00 |
| 6/2-05 | Zinella Edward | CofLW/Fluc | 6:30 | 8:30 |
| 6/2/05 | Kathleen Rees | OTS | 7.0 | 7:32 |
| 6-3-05 | T. Ismaeel | N.A.I.F | 10:05 | |
| 6/3/05 | Noison Navarro | Cacyeay A/G | 10:10 | 11:30 |
| 6/3/05 | Becky Lee | CABT | 10:10 | 11:38 |
| 6/3/05 | B. Sewson | State of Delaware PD | 10:30 | 15 |
| 6/3/05 | N. Branch-Dams | TASC | 10.30 | 1:00 pm |
| 6/3/05 | J. Alley | Arizona House | 11:48 | 11:18 |
| 6/3/05 | colleen Graham | DFS | 10:50 | |
| | J. Poolander | FCM | 12:35 | |
| 7-2-05 | Einely | Tru | 1:50 | |
| 6/2/05 | C. Earl | DCS | 1:30 | 4:00 |
| 6/2 | Mc Quisten | UGC | | |
| | Zakiyyah Rashad | DMJ | 12 | |

| Date | Name | Orig | in | out |
|---|---|---|---|---|
| 4/8/05 | N Mozie | DCJ | 8:50 | |
| 4/8/05 | Dele | Fram | 870 | 16:10 |
| 6/9/05 | Carl Hebrut | BOP | 840 | |
| 6/9/05 | Nikita Robos | DCJ | 8:45 | |
| 6/9/05 | Manny | MIS | 9:05 | |
| 6/9/05 | Tobi Rowe | DFS | 10:12 | 11:37 |
| 6/9/05 | JACKI WILSON | ISO-Superin Ct | 12:52 | 3:00 |
| 6/9/05 | T Boolander | FCM | N 20 | |
| 6/9/05 | N Mea | DCJ | 150 | |
| 6/9/05 | Nikita Robo | DCJ | 1:30 | |
| 6/9/05 | Dain Rielz | DTI | 3:10 | 320 |
| | Zakiyyah Bashah | DMP | 615 | |
| 6/10/05 | DAVID ALLWOOD | TASC | 0828 | 0947 |
| " | J Smaa'ent | NAIF Inc | 10:00 | |
| 6/10 | Vince Ryan | ISO | 10:35 | 11:35 |
| 6/10 | JACKI WILSON | ISO superin Ct | 11:25 | |
| 6/10 | Vete Kam N | BCI | 1308 | 1315 |
| 6/10 | D M Quaton | VAC / phone | 1:26 | |
| 6/10 | C Earle | DCJ | 1:30 | |
| 6/10 | Greg Jackson | DFS | 6:10 | 6:50 |
| 6/10 | Kiziyah Bashah | DMP | 1:00p | |
| 6/11/05 | Monise Perth | | | |
| 6/11/05 | Devon | | | |
| 6/13/05 | Neal Allh | TrueBd | 6:30 | 8 pm |
| 6/13/05 | S Blush | Threshold | 4 | 8 am |
| 6/13/05 | Kelwalle | Child Inc | 9:00 | |
| 6/13/05 | Loretta L. DeShull | Child Inc. | 9:00 | 10:45 |
| 6/13/05 | Marie Perkins | Friendship House | 10:30 | 12:00 |
| 6/13/05 | VINCE RyAN | ISO | 10:30 | 10:50 |
| 6/13/05 | Bincy John | DFS | 10:55 | 11:45 |
| 6/13/05 | Holly Castell | | 11:20 | |
| 6/13/05 | J W Webb Deges | Secure | H | |

| Date | Names | Orig | in | out |
|---|---|---|---|---|
| 6/17 | Manda Pierre | DFS | 9:45 | 10:45 |
| 6/17 | Jacki Wilson | Superia Crt | 9:55 | 1:00 |
| | T Ismaéel | NAI Cine | 10:00 | |
| 6/17 | Mary White | DCI | 10:25 | |
| 6/17 | Janice Jelly | Housing House | 11:35 | 11:15 |
| 6/17 | Jason Garrick | Sup Ct | 12:15 | 1:36 pm |
| 6/17 | C Carle | DCT | 12:20 | |
| 6/17 | Veta Kaw la | BCI | 12:45 | |
| 6/17 | George O'Conner | Interview | 12:35 | 2:05 |
| 6/17 | Tracey Nutter | Interview | 12:35 | 2:40 |
| 6/17 | Dawn McQuiston | Vac/Phones | 1:54 | |
| 6/18 | DRennes | BCI | 9:25 | |
| 6/18 | ZR Shah | DMV | 1:45 | |
| 6/19 | DRennes | BCI | 10 | |
| 6/19 | Gulo Rivas | Redwoods | 6 pm | 7:34 pm |
| 6/19 | Jason Garrick | Supct | 9:30 | 10:30 |
| 6/20 | DRennes | BCI | 9:30 | |
| 6/20 | Cathy Frederick | THSC | 10:05 | 11:15 |
| 6/20 | Deon Toon DFS | DFS | 11:35 | |
| 6/20 | Christina Battista | CFF | 1:00 | |
| 6/20 | GREG BAKER | Gworks | | |
| 6/20 | D McQuston | Vac/Phones | 1:36 | |
| 6/20 | K Boniff | Cpec | 1:30 | |
| 6/20 | Rose Whithy | PA | 1:30 | 3:00 |
| 6/20 | Barbara Nason | DPA | 1:45 | |
| " | Vanesa Reis | P.D | " | |
| 6/21/05 | GREG BAKer | G.Works | | |
| 6/21 | Larry King | Wissnickon | 8:45 | |
| 6/21 | Oris | Pen | 8:W | 11:5 |
| 6/21 | Shannon Neves | Education | 10:15 | |
| 6/21 | Jose L Ongay | Atty | 12:25pm | |
| 6/21 | nelson O | Kerp | 1:03 | 2010 |
| 6/21 | Jose L Onam | NA | 100 | |

**216**

| Date | Name | Orig | in | out |
|---|---|---|---|---|
| 6:30 | Shelley Kamin | PGP | 9:05 | 10:48 |
| 6:30 | Ralph Winbaum | PD | 9:10 | |
| 6:30 | Roy Ansta | PC | 10:00 | 3:00 |
| 6/20 | Tobi Rowe | NF | 12:30 | 1:30 |
| 6/30 | Aimee Laznik | DFS | 19:30 | 1:30 |
| 6/30 | Nadeane Doty | Medical | 1:34 | 2:04 |
| 6/30 | Jason Pluck | PDO | 3:30 | 3:50 |
| 6/30 | Mary Ann Cunningham | PD | 3:30 | 3:50 |
| 6/30 | Fran Tracy-Mumford | ED | 5:30 | |
| " | T. Ismaeel | N.A.I.F. Inc | 10:00 | |
| 2/1 | T. Armes Jons | PO - Dms | 10:00 | 2:50 |
| 7/1 | D. McQuiston | VAC | 11:25 | |
| 7/1 | | | | |
| 7/1 | Christy Batto | CPP | 1:00 | |
| 7/1 | C Earl | DCT | 1:30 | |
| " | | | | |
| 7-1 | Jessica Pooli | | 2:30 | |
| 7/1 | Michael Jones | DFS | 2:30 | |
| 7/1 | Marion William | | 2:35 | |
| " | Zykkiggah Bashah | DMV | 12:30 | 1:57 |
| 7/2/05 | Yvonne Stanton | Med. | 3:40 | |
| 7/03/05 | E Maguire LGN | BCI | 10:43 | 10:55 |
| 7/3 | Zykkiggah Kahah | DMV | 1:15 | |
| 7/3/05 | Yvonne Stanton | Med | 15:02 | 12:14 |
| 7/6/00 | | CMS | 9:20 | |
| 7/5/05 | Shawley | CMS | 10:50 | 11:20 |
| 7/5 | Reynolds | BCI | 12:00 | |
| 7/5/05 | Chris Dixon | FPD | 10:40 | |
| 7/8 | D. McQuiston | VAB | 1:25 | |
| " | Jodie | | 0:20 | |
| 7/6 | Eleni Kousoulis | FPD | 2:55 | |
| 7/ | Kathleen Giles | | 5:30 | |

| Date | Name | Orig | in | out |
|------|------|------|------|------|
| 7-6-05 | Eric McCrean | Saborleh Trane | 9:35 | 11:05 |
| 7-6-05 | KRIEGER | WISSAHICION | | |
| 7/6/05 | HERNANDEZ | CMS | 1205P | 1250P |
| 7/06/05 | Galtero | CFF | 110 | 8:10 |
| 7/6/05 | Victor Kan RV | RCI | 1330 | 1400 |
| 7/6 | McQuiston | Vac/Phones | 2:05 | |
| 7/6/05 | Sujaya Swaroop | ems/medical | 1525 | |
| 7/6/05 | Paul Faul | Kitchen | 3:30 | |
| 7/6/05 | HAZEL MAIDEN | MS. VANDIVER | 5:45 | 6:30 |
| 7/6/05 | Shelli Palmer | Victory Bible College | 6:20 | 8:20 |
| 7/6/05 | Jeffery McFadden | DYP | 6:30 | 8:45 |
| 7/6/05 | Eleanor Brown | Victory Bible | 7:20 | 8:30 |
| 7/7/05 | Christin (Carlon) | Avodah Dance Ensemble | 8:25 | |
| 7/7/05 | Tobi Rowe | SFS | 850 | 853 |
| 7-7-05 | B. L. Wilmore | PF | 10:05 | 1:15 |
| 7/7/05 | Mary Henrichsen | Pharma Corr. | 10:45 | 12:50 |
| 7/7/05 | Joan Hodge Roberts | Read Aloud | 11 35/4 | 1 |
| | Mel McNell | | | |
| | Mary Perkins | Friendship House | 1:10 | 1:55 |
| 7/7/05 | Pastor Minnie L. Abner | outreach minity church | 6:15 | 8:30 |
| 7/7/05 | Beverly Anderson | CMS | 0650 | 0750 |
| 7/7/05 | Sharon Steinberg | Franciscan Center | 9:25 | 10:45 |
| 7/8/05 | David Q P | 11 | 9 25 | 10:50 |
| 7/8/05 | Joy Dudas | 11 | 9:25 | 11:15 |
| 11 | Darlene Arene | 11 | 11 | 10:50 |
| 7/8/05 | Julia Vaughan | 11 | 9:35 | 10:50 |
| 8/05 | Marcy Desmond | 11 | 9:40 | 10:50 |
| 7/8/05 | Rose Hand | 12 | 12 | 10:50 |
| 7/8/05 | Olga I. Rios | CFF | 10:00 | |
| 7/8/05 | Pat Rofta | Francisan Ch | 10-w | 00:50 |
| 7-8-05 | Peculem Clart | PFS | 10:00 | 11:25 |
| 7-8-05 | I. Smsiel | NAIF, Inc. | 10:05 | |
| 7-8-05 | ANDREW THOMAS | TRI-COUNTY | 10:10 | |

220

| Date | Name | Org | | |
|------|------|-----|---|---|
| 7-14-05 | Martha Chase | 1ASC | 8:30 | 10 |
| | Bruce Drennen | Dow | 9:24 | 1:0 |
| 7/14 | Stacey Tompers | Bank One | 10:30 | |
| 7/14 | Nancy K Wingler | US PO | 10:40 | |
| 7/14 | Camille M. Budge | | 11:50 | |
| 7/14 | Charles Wavrtzch | PO's Officer | 10:40 | 3:1 |
| 7/14 | Ron Suls | EDC | 1:56 | 1:45 |
| 7/14 | D Lesguller | BC+ | 12:30 | |
| 7/14 | | | | |
| 7/14 | Chrisl Potts | CFT= | 1:00 | 2:0 |
| 07-14 | William Hord | ICE | 13:06 | 14:00 |
| 7-14 | Ken Herman | Sonalite | 13:36 | 14:10 |
| 7-14 | Eleni Kousoulis | Fed Public Def | 3:05 | 4:4 |
| 7-14 | William Knot | DOC (FS) | 0800 | 09 |
| 7-15 | | Stonesycle | 800 | |
| 7-15 | GEORGE GRAVES | M° FOY REFRIGERATION | 8:40 | 0935 |
| 7/18/05 | Carol A. Tavani MD | CPS/ PD's Office | 0900 | |
| 7/15/05 | Victor Kann RT | BCI | 9:30 | |
| | T. Ismaeel | NATF, Inc | 9:55 | |
| 7-15-05 | Shelley Wingling | DFS | 10:25 | |
| 7-15-05 | J. Grilly | Horizon House | 10:30 | 11:4 |
| 7/15/07 | Sherry Price | CMS | 11:15 | 12:30 |
| 7/18/05 | CC ale | DCJ | 12:48 | |
| 7/15 | Marie Washington | Cordwell IND | 12:50 | |
| 7/15 | Jonathan Fox | Ietra Tech | 1:00 | 3:10 |
| 7/15 | Cheryl Warn | PD | 1:22 | 3:25 |
| 7/15 | D McQiston | Phres | 2:15 | |
| 7/16 | Peguill | BCP | 8:55 | |
| 7/16 | Roman Gorelik | UPenn | 11:20 | |
| 7/17 | Peguill | BCP | 9:50 | |
| 7/18 | C. Cohen | Trane | 10:55 | 12:30 |
| 7/18 | | Region/ Sutton | 11:30 | |
| | | BCP | 11:45 | |

**222**

| Date | Name | Org | in | out |
|------|------|-----|-----|-----|
| 7/21/05 | Steve Quattrociocchi | Canon | 9:30 | |
| 7/21/05 | Debbie Alvarez | Reentry | 1230 | 2:00 |
| 7/21/05 | Andres C. Reyes | E75 | 12:55 | 2:40 |
| 7/21/05 | Carl Wood | BofP | 1:45 | |
| 7/21/05 | Michael Little | BPS | 2:20 | |
| 7/22/05 | Marianne Hawley | CMS | 8:00 | 2:40 |
| 7/22/05 | Marcee Doup | CMS | 8:00 | 2:40 |
| 7/22/05 | Brett Tomlinson | TASC | 8:58A | 1:00 |
| 7-22-05 | Mac Krass | Ransome | 9:00AM | 9:45A |
| 7-22-05 | DC dirullo | CMS | 9:40 | |
| '' | T. Ismaeel | NAIF, Inc | 9:55 | |
| 7/22/05 | Yutokau | BCI | 10:45 | 2:053 |
| 7-22 | Dawn Jaynes | DWCI | 11A | 3p |
| 7-22 | Adunkee, Par | WCH | 11:10 | 1437 |
| 7/22 | D. Carroll | CMS | 11:10 | 2:30 |
| 7/22 | C Earb | DCI | 12:46 | |
| 7/22 | Dr R Brewer Smyth | UDel | 2:35 | 8:05 |
| 7/22 | Victoria Yost | U Del | 2:35 | 8:00 |
| 7/22 | Selma Sear | DVI | 3:00 | 3:10 |
| 7/22 | Jean Jackson | DVI | 3:00 | 3:10 |
| 7/22 | Elliot Cohen | City | 11:45 | |
| 7/22 | Tiffani Williams | paralegal | 11:28 | |
| 7/22 | Wan Jenkins | | 11:45 | |
| 7/23/05 | Vonne Shelton | Med | 1436 | 1538 |
| 7/23/05 | J Roberts | medical | 2235 | 2247 |
| 7/23 | Laura Hollac | BCI | 10:10 | |
| 7/25 | Michael Brown | Trane | 8:30 | |
| 7/25 | Joanne Shallcross | Attorney | 10:45 | 11:16 |
| 7/25 | Lee Newcomb | DSS | 10:45 | 11:50 |
| 7/25 | Karen McLaughlin | CASA | 10:45 | 11:51 |
| 7-125/05 | Bruce Leighty | Pest Control | 11:30 | |
| 7/25/05 | D. Reed | CPE | 10 | |

| Date | Name | Orig | In | Out |
|---|---|---|---|---|
| 7/25 | Dawn McQuiston | VAC | 150 | |
| 7/26 | | CMS | 2w | |
| 7/26 | Ben Teeny | Key Village | 10:10 | 11:55 |
| " | Vanness Heel | P.O. | 10.10 | |
| 7/26 | Arguello | BCI | 11:55 | |
| 7/26 | Mark Cabry | DTI | 405 | 4:00 |
| 7/26 | Scott White | DTI | 12:55 | 4:00 |
| 7/26 | | | | |
| 07/26/05 | Dona Lynn Woodard | PF Bible Study #5 | 6:31 | 8:50 |
| 7-27-05 | Nadene | Medical | 7:43 | 7:47 |
| 7-27-06 | Winfy | Education | 105.15. | |
| " | ED Fisher | MIS | 10:35 | 11:22 |
| 7/27 | Arguello | BCI | 12:15 | |
| 7-27-06 | Rosalind Stancell | BCI | 1246 | |
| 7/27 | T Wayah Weston | BCI | 1246 | |
| 7/27 | D McQuiston | VAC | 2:02 | |
| 7/28 | Joe Durney | P&P | 0905 | 0947 |
| 7/28 | B. Lee | CMS | 9:40 | 1000 |
| 7/28 | JACKI WILSON | Superior Crt ISO for DeShanda Jackson | 9:25. | 11:30. |
| 7/28 | RICH BROWN | DOC-IA | 9:34 | 10:46 |
| 7/28 | JACK SINOS | DOC-IA | 9:34 | 10:46 |
| 7/28 | John Dowling | Pub Def | 90 | |
| 7/28 | Brian Bader | P.D Def | 1150 | 1255 |
| 7/28 | Arguello | BCI | 11:40 | |
| 7/28 | | | | |
| 7/28 | Tobi Rowe | SFS | 145 | 2:45 |
| 7/28 | YOLANDA HARRIS | D. BAKER | 2:40 | |
| 7/28 | Earle | DCJ | 3:05 | |
| 7/28 | Bharat J. Gajjar | yuga | | |
| 7/29 | T. Ismaeel | NAEF, Inc | 10:00 | |
| 7/29 | C. Earle | DCJ | 12:30 | |
| 7/29 | ED Fisher | MIS - US | 1:05 | 1:50 |
| 7/29 | C. Baltister | GEI | | |

| Date | Name | Org | In Am | Out |
|------|------|-----|-------|-----|
| 8/5/05 | Barbara Carter | The Way Home | 8:00 | 8:30 |
| 8/5/05 | Judith E Prest | The Way Hm | 8 wt | 3:38 |
| 8/5/05 | Patricia Fleetwood | " | Jan | 3:30 |
| 9/5/05 | Lucille Stanley | OPP | 8:40 | 9:35 |
| 8/5/05 | Ed Kaman | PD's | 9:10 | 11:47 |
| 8/5/03 | Beth Deboer | PD | 9:15 | 11:05 |
| 8-5 | T Esmao'ed | NAIF, Inc | 9:50 | |
| 8/5 | McQuisten | Vac | 10:35 | |
| 8/5 | Bill Wilkerson | Lilly Fastners | 11:20 | |
| 8/5 | Cindy Maguire CAN | BCI | 11:30 | 11:50 |
| 8/6 | Paul Willard | Butt | 16:00 | 2:00 |
| 8/6 | Marsha Miller | DMP | 12:35 | 1:30 |
| 8/6 | Ernie C | P.D.O. | 12:35 | |
| 8/6 | Jim Wood | SVPP | 12:50 | 2:40 |
| 8/6 | Victor Klim R | BCI | 1000 | 105 |
| 5/6 | Victory Bibernardskla | Victor Bible | 12:55 | |
| 8/6 | Zakiyyah Kankale | Drop | 11:5pm | |
| 6/7 | Victe Klein RN | BC I | 1100 | 1115 |
| 8/8 | Colleen Gahan | DFS | 11:00 | |
| 8/8 | D Besulld | BCI | 11:48 | |
| 8/8 | C Battler | CFF | 1:00 | 2:10 |
| 8/8 | Len Jofon | | | |
| 8/8 | N Walker | PD | 1:10 | 3:41 |
| 8/8 | Shaun McQuisten | UC Phones | 1:50 | |
| 8/9 | Monica Scott | nurse | 6:50 | 3:30 |
| 8/9 | D J Oshawa | CMS | 830 | 11pm |
| 8/9 | Ed Kaman | PD's | 9:35 | 4:45 |
| 8-9-05 | Todd E Conner | PD | 9:40 | 10:05 |
| 8-9-05 | Pam Dennis | Mahaffy | 10:00 | 11:30 |
| 8/9/05 | Melanie Jahutzky | SC ISO | 10:05 | 10:96 |
| 8/9/05 | Laura Diver | SC ISO | 10:05 | 10:9 |
| 8-9-05 | Robert J Cooper | Mahaffy | 10:05 | 11:00 |