**228**

| Date | Name | Orig | in | out |
|------|------|------|-----|-----|
| 8/17 | Ed Fann | PPL | 9:38 | 1:3 |
| 8/17 | Doug Cawthon | Medical | 10/0 | |
| 8/17 | Gloria Markiewicz | Medical | 10:16 | |
| 8/17 | Paul Jackson | Kitchen | 1020 | 1110 |
| 8/17 | Drew Brignola | Baker Pitter | 1137 | 205 |
| 8/17 | Emily Maguire LPN | BCI | 1158 | 12⁰⁰ |
| 8/17 | McCueston | VAC | 1215 | |
| 8/18 | Jenkins | TASC | 8:00 | 12:35 |
| 8/18 | J Cole | CMS | 800 | 12 |
| 8/18 | V. Dragney | PBP | 0900 | 1002 |
| 8/18 | Ed Fann | PPL/S | 0925 | 1:46 |
| 8/18 | Paul Fan | McFoy ReBrig. | 09:30 | 11:10 |
| 8/18 | M. Willen | MIS | 10:TO | |
| 8/18 | Melvin Uttley | Zoe Day Camp | 10:18 | |
| 8/18 | Pezzullo | BCI | 1200 | |
| 8-18 | Robert Yeurs | WCF | 12:50 | |
| 8/18 | Monika Sutherland | CTAC | 12:55 | 1:45 |
| 8/18 | RMNogue | CMS | 1:20 | 20 |
| | | CMS | 120₂ | |
| 8/18 | Breton | MAC | | |
| 8/19 | Gayle | DCJ | 8:45 | |
| 8/19 | Sullivan | BOP | 8:48 | |
| 8/19 | Ed Fann | PPD | 9:50 | |
| 8/19 | Ken Ogden | CMS | 1000 | 115 |
| 11 | John Smith Ismael | NATR, Inc | 10.00 | |
| 8/19 | John Soculiak | Pub Def | 10:00 | |
| | Michael Lotte | PPS | 1110a | |
| 8/19 | B. Gazetta | BCI | 12pm | 1:55 |
| | Kathryn Barbaran | DMP | 1245 | |
| 8/19 | D McCueston | VAC | 1:45 | |
| 8/19 | Wall | PD | 1:48 | 4:00 |
| 8/19 | Monica Scott | Agency (medical) | 1045 | 13 |

**230**

| Date | Name | Org | in | out |
|---|---|---|---|---|
| 8/24 | Ed Farren | PD's | 10:05 | 1:2 |
| 8/24 | Senate | ?? | 12: | — |
| 8/24 | Dawn McQuistan | VAC | 2:15 | |
| 8/28 | D. Josling | CMS | 1:30 | 8:15 |
| 8/26 | J. Ily | Appointment | 9:35 | 10:4 |
| 8/25 | Ed Farren | PD's | 10:08 | 2: |
| 8/25 | Jay Whitt | Gen | 2:41 | |
| 8/26 | T. Ismaeel | NAIF, Inc | 10:00 | |
| 8/26 | Ed Farren | PD's | 10:03 | 1:0 |
| 8/26 | D. McQuiston | VAC | 12:45 | |
| 8/26 | B. De Angelis | DES | 2:20 | 3:1 |
| 8/26/8 | M. J. | DES | 30 | |
| 8/26 | Zakiyyah Rashad | DMP | 1 | |
| 8/29/05 | Elaine | DSAMH | 8:45 | 12: |
| 8-29-05 | Debra Crosson | DSAMH | 8:45 | 12: |
| 8-29-05 | Ed Farren | PD's | 10:15 | 14 |
| 8/29/05 | Jim Augustine | PSX | 10:30a | |
| 8/29/05 | Megan O'Brien | DES | 1:10 | 2:0 |
| 8/29/05 | Jen Loszczana | DES | 1:10 | 2:0 |
| 8/29/05 | Kevin Jare | Pierce | 6:15 | |
| 8/30/05 | D. Josling | CMS | 8:10 | 00 |
| 8/31/08 | E. L. Martin | SCTSO | 9:50 | 1: |
| 8/30/05 | Bp Curtis Posen | Carson | 10:00 | 11:4 |
| 8/30/05 | David Allwood | TASC | 10:13 | 10:2 |
| 8/30/05 | Ed Farren | PD's | 10:30 | 1:4 |
| 8-30-05 | Todd Conner | PD | 10:45 | 11:0 |
| 8/30/05 | Roslyn Ruttew | RSVP | 12:15 | 4:30 |
| 8/30/05 | Zakiyyah Rashadi | DMP | 1:15 | |
| 8/30/05 | Linda Hunter | CMS med. | 14:30 | |
| 8/30/05 | Lee K | ytssaHicks | 8:45 | 9:0 |
| 8/31/05 | Ed Farren | PD's | 10:30 | 2:0 |
| 8/31/05 | Carol Newberry | CASA - Kent County Fam Court | 10:45 | |
| 8/31/05 | Chris | CAD | 12:25 | 12:3 |

**236**

| Date | Name | Orig | in | out |
|---|---|---|---|---|
| | | DPW Dreg | 8:50 | 12:4 |
| | | P | 9:30 | 1:0 |
| | | Welsh Ins | 9:55 | |
| | | Atty | 10:57 | 1:56 |
| | | | 10:88 | |
| | Glorio M__ | | | |
| 9/23 | McWiston | UAC | 1:24 | |
| 9/23 | Martha Chase | TASC | 1:40 | 3:10 |
| 9/23 | 4. Robins | DCJ | 1:40 | 5 |
| 9/23 | Michal Troff | DFS | | |
| 9/23 | Eleni Kousoulis | Fed Public Def | 2:38 | 3:3 |
| 9/23 | Patricia __ | mentor | 6:40 | 7:5 |
| 9/24 | Brian Bur__ | PD | 9:20 | 10:1 |
| 9/26 | Stephen P. Julio | SOAR | 8:50 | 10: |
| 9/26 | Ruth Howard | Visitor | 9:20 | |
| 9/26 | Debbie Snyder | MMHHI | 9:44 | 11:4 |
| 9/26 | Ed __ | DDC | 10:25 | 11:4 |
| 9/26 | Gail W__ | Vesol | 10:3 | |
| 9/26 | Bernadette Diligli | DFS | 10:58 | 11:10 |
| 9/26 | McQu__ | UAC | 1:16 | |
| 9/26 | Sheila Gates | Del masters | 6:30 | |
| 9/27 | Don Myers | Waymon | 8:30 | |
| 09/21 | Allen Nutter | WAYMAN | 8:30 | |
| 09/?? | Chris Jones | Wayman | 8:30 | |
| 9/27 | J Durr__ | P&P | 9:45 | 10:05 |
| 9/27 | Mark C__ | DTI | 9:00 | 10:35 |
| 9/27 | __ Benfield | DANCO | 7:15 | |
| 9/27 | __ | CMS | 9:0 | 10:30 |
| 9/27 | Paul __ | ACT | 9:40 | 10:40 |
| 9/27 | L2 Wagenhoffer | Tow | 10:15 | |
| 9/27 | Erica Sanders | Tow | 10:15 | |
| 9/27 | Charlene C__ | Tour | 10:15 | |
| 9/27 | __ | Tour | 10:15 | |
| 9/27 | Nikki Davis | Tour | 10:15 | |

| Date | Name | Orig | in | out |
|------|------|------|-----|-----|
| 10/8 | Victor Janvier | Shane Dooes | 9:54 | 10:02 |
| 10/5 | Hector G. Garcia | PDO | 10:15 | 12:00 |
| 10/5 | Dan murphy | D. Baker | 11:37 | |
| 10/5 | Christine Earle | ACJ | 1:05 | |
| 10/5 | Mark Ferguson | Overhead Door Co | 1:25 | 1:50 |
| 10/5 | Zakaryah Rashieh | DNP | 6:15 | |
| 10/5 | Selma R. Lightfoot | MSN | 10:58 | 7:40 |
| 10/6 | Lynn Howard-Ryder | MSN | 10:58 | 7:40 |
| 10/6 | D Joshua | CMS | 8:30 | 10:05 |
| 10/6 | Dave Fallers | BD Abel | 8:30 | 10:05 |
| 10/6 | Mike Warner | BD Abel | 8:30 | 10:00 |
| 10/6 | | | 9:05 | |
| 10/6 | D Mc Cargle | DFS | 10:10 | 11:10 |
| 10/6 | Hector C. Garcia | PDO | 10:15 | 11:45 |
| 10/6 | Duane Mart | | 10:50 | |
| 10/6 | | Pearson NCS | 11:16 | 12:15 |
| 10/6 | G Brigham | | | |
| 10.6 | Charles Spewer | | 20 | |
| 10.6 | M Donovan | | 1:00 | |
| 10/6 | Jamika Mill | Solo Corps | 2:03 | 2:50 |
| 10/6/05 | ~~Hect murian~~ | | | |
| 10/6/05 | Selma R. Lightfoot | MSN - Medical | 11:00 | 07:40 |
| 10/7/05 | Norja Williamson Jr | GMS Main Rick Meyers | 8:45 | 9:40 |
| 10/8/05 | Gil Hernan | PB | 9:12 | |
| 10/9/05 | Bric Bailey | PB | 9:16 | |
| 10/7/05 | Eleni Cassalis | Fed Public Def | 9:28 | 9:40 |
| 10/7/05 | Bill Murrian | Mahaffy & Assoc | 9:52 | 11:22 |
| | T Ismaeel | NAIF, Inc | 10:12 | |
| 8/10 | N Earl | DCJ | 12:15 | |
| | | | | |
| | Shane Carte | | | |
| 10/8 | Tim Weller | PD | 4:15PM | 4:50 |
| | T. Ismaeel | NAIF Inc | 6:40 | 7:32 |

| Date | Name | Organization | in | out |
|---|---|---|---|---|
| 10/12 | H. Clark | CMS | 9:30 | USA |
| 10-13 | La | NISSAF | 9:40 | |
| 10/13/05 | L. Corcoran | Trane | 9:40 | 10:45 |
| 10/13/05 | Ed Tamme | PD | 10:10 | 2:02 |
| 10/13/05 | Shir-lee Persaud | | 1:20 | |
| 10/13/05 | Det. M. Mal | DSP | 1:30 | 2:00 |
| 10/13/05 | Todd McFay | McFoy Ref | 2:00 | |
| 10/13/05 | Paul Horgan | ACI | 5:25 | |
| 10/14/05 | DAVID ALLWOOD | TASC | 0842 | 1006 |
| 10/14/05 | Dan Munford | CMS | 0850 | 1330 |
| 10/14/05 | T. McFay | McFoy Ref | 9:16 | |
| " | T. Ismaeel | NAIF, Inc | 9:50 | |
| 10-14-05 | Ron hudson | Hoppes Fire | 10:20 | 12:38 |
| 10-14-05 | Ed Ferm | PD | 10:30 | 2:00 |
| 10-14-05 | Jim Bahel | Martel Inc. | 10:30 | 1:00 |
| 10-14-05 | CAROLYN Wolf | Cwoy Village | 10:40 | 11:20 |
| 10/14/05 | NE Wint | WWRC | 10:40 | |
| 10/14/05 | Donna Andrs | WWRC | 10:40 | |
| 10-14-05 | Tresa Carter | WWRC | 10:40 | |
| 10-14 | R. Frawer Def | WWRTC | 10:40 | |
| 10-14 | John J Ryn | DOC | 11:05 | 2:00 |
| 10-14 | Sheree Croppan | DFS | 11:45 | 1:10 |
| 10-14 | Julie Kachik | children | | |
| 10-14 | Joey Kach.k | | 12:55 | |
| 10-14 | Erlene Luffet | Self | | |
| 10-14 | T Rolander | CMS | 1:15 | 2:18 |
| 10-14 | C Marr | DCf | 1:25 | |
| 20 | Michael Segle | DFS | 530 | |
| " | T. Ismaeel | NAIF, Inc | 6:20 | |
| 10-15 | Robert May | CJI | 9:22 | 1:30 |
| | Anne Ward | CJI | 9:22 | 1:30 |
| | Loretta White | | | |
| | Debbie Snyder | Home Hens E | 9:45AM | 11:50 |

| Date | Name | Organization | In | Out |
|------|------|--------------|-----|-----|
| | | | | |
| 10/21 | Lucille Stanish | OPD | 8:45 | 1:30 |
| 10/21 | Cathryn Lunger | Public Defend | 8:50 | 9:40 |
| 10/25 | Dr. John Friendle | New Beginnings | 9:40 | 10:45 |
| " | T. Ismaeel | NAIF, Inc | 9:50 | |
| 10/21 | Ed furm | GPD | 10:30 | |
| 10/21 | CG orle | DCJ | 12:06 | |
| 10/21 | Eleni Kousalis | Fed Public Def | 12:56 | 2:30 |
| 10/21 | D McQuiston | VAC | 1:12 | |
| 10/21 | Monique Ruhland | DFS | 2:35 | 3:50 |
| " | T. Ismaeel | NAIF, Inc | 6:10 | |
| 10/24 | Stephen D. Julio | Some | 8:13 | 10:35 |
| 10/24 | Geneva S. Freeman | Civigenics | 9:10 | 9:20 |
| 10/24 | Brett Thompson | TASC | 8:27 PM | 11:00 AM |
| 10/24/04 | Rob Kirby | PA STATE POLICE | 9:55 AM | 1147 |
| 10/24 | CARA McCREE | PA STATE POLICE | 9:55 AM | 1147 |
| 10/24 | Ed fumm | GPD | 10:25 | 2:31 |
| 10/24 | Stanley Griffith | Maint | 10:30 | (1130) |
| 10/24 | Dawn McQuiston | VAC | 1:30 | |
| 10/24 | Rose Whitby | P.A. | 1:30 | 3:00 |
| 10/25 | Amy Osgood | Avodah | 9:00 | 11:00 |
| 10/25 | Jack Ryan | Thorlds | 9:00 | (10:00) |
| 10/25 | Ed Fisher | mis | 9:25 | 12:50 |
| 10/25 | Ed fumm | GPD | 9:35 | 11:39 |
| 10/25 | Jeff Wincholf | Keystone Door | 10:30 | 10:45 |
| 10/25 | Tammy Washington | DFS | 10:50 am | 11:35 |
| 10/25 | Joseph Peto | DFS | 10:50 a | 11:35 |
| 10/25 | John Groman | PSX | 12:40 | 1:30 |
| 10/25 | Gary Copre | atty | 2:35 | 3:00 |
| 10/25 | Susan Woodward | SOAR | 2:41 | 3:25 |
| 10/25 | Mary Crowley | Board School | 3:05 | 4:30 |
| 10/25/05 | Dona Lyan Woodard | AF Bible Study #5 | 6:35 | 8:45 |
| 10/30/05 | | P+P | 08:50 | 09:20 |

244

| Date | Name | Orig | im | |
|------|------|------|-----|---|
| 10/26 | Mike tare | 2 Days Bath Rickmyas | Vo Apral | 10:15 |
| 10/26 | Mary S. White | Reentry | 11.28 | |
| 10/26 | Elsbeth Heffler | Reentry | 11.25 | |
| 10/26 | Geneva Freeman | Village | 12:10 | 12:20 |
| 10/26 | D McQuiston | Vac | | |
| 10/26 | Th. McCann | Key V reeser | 2:00 pm | 3:50 pm |
| 10/26 | Kim Bryant | PD | 2:30 | 4:30 |
| 6/27 | Le | WITSAHICKON | 9:60 | 9'15 |
| 10/27 | Melissa Meise | FVP | 9:05 | . |
| 10/27 | Ed Form | PD | 9:20 | |
| 10/27 | Jan monked | medical | 09:20 | 15:00 |
| | Robert Ho | | | |
| 10/27 | Eleni Kousoulis | Fed Public Def | 9:50 | 10:10 |
| 10/27 | ROBERT KIRBY | PSP MOORA | 10:05 | 11:15 |
| 10-27 | Shelley Yingling | DFS | 10:35 | 11:40 |
| 10/27 | Bruce Dreanan | DOC | 11:3 | 12:46 |
| 10/27 | Craig Karsnitz | PSP | 11:05 | 1:55 |
| 11/27/05 | Joe UNCA | A Boy | 2:25 | 4:00 |
| 10/28/05 | | PCT | 3:00 | 4:31 |
| 10/28/05 | Andrew Kupnick | tricycle | 235 | |
| 10/28/05 | DC dumis | CMS | 6:50 | |
| 10/28 | Villanuen | PO | | |
| 10/28 | Thomas Mental Heally | HA | 8:45 | |
| 10/28 | Ed Form | VD | 10:10 | 1:31 |
| 10/28 | Megten G. Parker | yoga Villiage | 12:00 | |
| 10/28 | G. Earl | DCJ | 12:05 | 12:20 |
| 10/28 | D McQuiston | VAC | 1:44 | |
| 10/28/05 | A. Thomas | TA COUNTY PEST CONTROL | 2:15 | |
| | I Smooeul | HAIF, Inc | 6:00 | 7:2 |
| 10/30/05 | Kathryn Lungw | PD's office | 11:55Am | 15 |
| | David Baccal | | 12:00 pm | 05 |
| 10/30 | 4 Youle | The Village | 20 | 8:4 |

| Date | Name | Orig | in | 245 out |
|------|------|------|-----|---------|
| 11/1/05 | La Wiley | Theron Villette | | 11:05 |
| 11/1/05 | Kathleen Coleman | P.F | 12:50 | 2:50 |
| 11/1/05 | Judy melle | SURJ | 1:10 | 3:30 |
| 11/1/05 | Stephanie Symons | SURJ | 1:10 | 3:30 |
| 11/1/08 | Dana Sorenson | SURJ | 1:10 | 3:30 |
| 11/1/05 | Natasha Douglas | SURJ | 1:10 | 3:30 |
| 11/1/05 | April Bungy | MSD | 3:15 | |
| 11/01/05 | Dona Lynn Woodard | P.F. Bible Study #5 | 6:20 | 8:15 |
| 11/02/05 | Christin Carlow | Avodah Dance Ensem | 8:40 | 11:06 |
| 11/2/05 | J. Durney | P & P | 8:50 | 9:05 |
| 11-2/05 | Ron Umolson | maintence | 9:05 | 9:25 |
| 11/2/05 | Katie Earnest | St Francis | 9:15 | 12:30 |
| 11/2/05 | Ed | PD | 9:35 | 2:15 |
| 11/3/05 | Leah Denson | Kingdom Hall | 9:45 | 10:55 |
| 11/05 | Marina Slake | C#77 | 9:45 | |
| 11/2/05 | Joann Mattes | | 10:25 | 11:45 |
| 11/2/05 | M. Waller | mis unit 8 | 11:25 | |
| 11/2/05 | Kathryn Lunger | PD | 2:30 | 4:05 |
| | D Faccioli | PD | 2:44 | 4:05 |
| 11/2/05 | Monique Ruhland | DFS | 1:55 | |
| 11/2/05 | Eleni Kousoulis | Fed Public Def | 3:40 | 4:10 |
| 11/3/05 | April Bungy | MSD / medical | 7:10 | |
| 11/3/05 | John Doolwo | PD | 8:20 | |
| 11/3 | V. Armury | JCC | 8:20 | |
| | M Knights | JCC | 8:20 | |
| | C. Klein | JCC | 8:20 | |
| M | G. Chase | JTSC | 8:00 | 9:50 am |
| 11/3 | | | | 1:45 |
| 11/3 | J. Ferguson | DFS | 10:20 | 11:30 |
| M | T. Ismaeel | NAIF Inc | 10:30 | |
| 11/3/05 | Ben Perry | Key Village | 10:35 | 11:00 |
| 11/3/05 | Kit Lunger | PD | 11:00 | 11:30 |

246

| Date | Name | Orig | in | O... |
|---|---|---|---|---|
| 11/3 | Aquata Pero LAS | | 10:00 | |
| 11/4 | Dont Being | mSW medicaid | 0718 | 3... |
| 11/4 | Deon Todd /DES | DFS | 9:05 | |
| 11/4 | Cyi Fisher    MIS | medical | 9:15 | 9:2... |
| 11/4 | Kathleen Parisi | Medical | 930 AM | 1100 |
| 11/4/05 | Dan Munford | medical | 0830 | 14:00 |
| 11-4-05 | Fran | PD | 9:35 | 1... |
| 11-4-05 | Eleni Kousoulis | Fed Pub Def | 9:40 | 9:5... |
| 11/4/05 | Ben Precey | Key Village | 9:50 | 11:0... |
| 11... | Ti Ismaʻeel | NAIF | 10:20 | |
| 11/4/05 | Kathryn Lunger | PD | 11:45 am | 12:1... |
| 11 ? | Faccolo | PD | 11:55 | 12:1... |
| 11-4-05 | Shelby Lamm | P+P | 12:31 | 1:4... |
| 11-4 | McQiston | VAC | 1:05 | |
| 11-4 | C. Earle | DCT | 1:05 | |
| 11-4 | Michael Jskw /Jessica Paoli | DES | 2:28 pm | |
| 11/4 | A. Thomas | TRI-COUNTY | 4:00 | |
| 11/6/05 | Rev Frank C. Youuel | Solid Rock Church | 1:32 pm | |
| 11/6/05 | Kenneth Youme | " | " | |
| 11/6/05 | Wesley Hale | Presbds | 6:20 | 8:00 |
| 11/6/05 | J Ryan | " | 6:30 | 8:00 |
| 11/7/05 | Steph V. Julio | SOAR | 8:50 | 10:36 |
| 11/7/05 | Gail Rebutt | Bd of Parole | 9:00 | |
| 11/7/05 | Tim Wellin | PD | 9:15 | 10:15 |
| 11/7/05 | Wayne Clark | Emanuel Walker | 11:10 | |
| 11/7 | D McQiston | VAC | 2:08 | |
| 11 | Vanessa Ford | PD | 2:30 | |
| | | | | |
| 11/7 | C. are | DCT | 9:00 | |
| 11/7 | Dan Munford | medical | 10:00 | 14:00 |
| 11/7 | Mark R | Collins (ADAM) | 11:00 | |
| 11/8/05 | Vester Peter | Laurpo | 11:20 | 11:35 |
| 11/9 | Kim Bryant | PD | 11:25 | 11:46 |

| Date | Name | Org | in | out |
|------|------|-----|-----|-----|
| 4/8 | Kathleen Coleman | PT | | |
| 11/8 | Donna Farra | On DD | 1930 | 1450 |
| 11/8 | Ray Hancock | On DD | 1930 | 1450 |
| 11/8 | April Briney | medical MSN | 1500 | |
| 11/4 | Gibury Church | medical | 4 | |
| 11/8 | T Ismael | NAIF, Inc | 5:15 | |
| 11/08/05 | Dona Lynnwoodard | PF-Bible study #5 | 6:15 | 8:30 |
| 11-9-05 | Todd E. Conner | PD | 9:00 | 10:25 |
| 11-9-05 | K Earnest | medical | 9:15 | 12:15 |
| 11/9/5 | Dan Munford | medical | | |
| 11/9/05 | Gwen Scott-Jones | Mental Health | 9:57A | |
| " | T Andrew Jones | PD for unroom | R:10 | 2:15 |
| 11/9 | DR A. TURNER | PD | 2:50 | 4:50 |
| 11/9 | Diane Burgaine | | 8:45 | |
| 11/9 | Ms Jianna Baldwin | Dick W. Cino Baldwin | 9:40 | |
| 11/10 | Joseph Darvey | PD | 0840 | 1000 |
| 11/10 | Joany Hanson | Pro Swanco | 9:30 | 11:45 |
| 11/10 | Dave Wahl | Presentence | 9:30 | 11:44 |
| 11/10/05 | Michael Jishe/Jessia Pholi | DFS | | |
| 11-10-05 | Lee | MISSAHICKON | 10:00 | 10:20 |
| 11/10 | Genell Walls | Friendship House | 9:30 | 11:30 |
| " | T Ismael | NAIF, Inc | 9:35 | 11:20 |
| 11/10/05 | JSD Neal | PD | 9:45 | |
| 11 | Rafenio J Ford | P.D. | 9:45 | |
| 11/10/05 | Joye Scott Jones | MH | 9:55A | |
| 11/10/05 | Kathleen Parisi | Interview | 11A | 1pm |
| 11/10/05 | VILLANEU | PD office | | |
| 11/10 | C Earle | DCJ | 12:10 | |
| 11/10 | RM Higgins | CMS | 12:15 | |
| 11/10 | Genell Walls | Friendship House | 1200 | |
| 11/10 | Smith | PD | 1:30 | |
| | T Bolander | CMS | 1:35 | |

**248**

| Date | Name | Orig | In | Out |
|------|------|------|-----|-----|
| 1/11/05 | Kendberg | Rod aloud | 8 — | |
| 11/14/05 | Paul Ford mcfaurity | Kitchen | 9:00 | 10:15 |
| | T. Bonacel | NP+F, Inc | 9:4 | |
| | William Cardaro | Visit | 10:35 | 12:5 |
| 11/11 | Laraine Sanders | Interview | 12:00 | 1:00 |
| 11-11 | Mrs Shown Leonard | Pastoral Visit | 1:50 | 3: |
| 11-11 | Joe Corbi | Officer | 3:30 | |
| 11/11 | Jackie Brooks | | | |
| 11/11 | | Ca | | |
| 11/14 | DCamills | medical | 9:00 | |
| 11/14/05 | Bartezweller | Camon | 9:20 | 9:4 |
| 11/14/05 | Barbara Riley | DVR | 9:30 | |
| 11/14/05 | Jamie Tigani | Attorney | 9:50 | |
| 11/14/05 | Ed Fisher + mis | Camp Reporter | 10:00 | 10:3 |
| 11/14/05 | Barbara Riley | DVR | 1:00 | |
| 11/14/05 | Ernie Dilettas | P.D.O. | 11:30 pm | 3 |
| 11/14/05 | Lucille Stanish | OPD | 8:37 | 10:4 |
| 11.14.05 | Martha Chase | TASC | | |
| 11-14-05 | Melissa Alder | TASC | 10:03 | 11: |
| 11 | Jackie Wade | TASC | 10:03 | 11: |
| 11/15 | Bill Myers | McFar | 1:00 | |
| 11/15 | Ron Lyndson | Hopes Place | 11:10 | 11:5 |
| 11/05 | Meh | Attorney | 11:25 | |
| 11/10 | C Edmest | St Francos | 9:20 | 12:2 |
| 11/16 | Ja Rya | Threshlds | 9:30 | 10:3 |
| 11/16 | Theresa Bonome | CFF | 9:45 | |
| 11/16/05 | Dan munsford | medical | 0945 | |
| 11/16/05 | | MH | 1000 | |
| 11 | Teresa Wood | P.D. | 10:05 | |
| 11/16 | D McQuisten | VAC | 11:15 | |
| 11/17/05 | Crosse | attorney | 1:15 | 1:4 |
| 11/17/05 | | P&P | 0850 | 09:00 |
| 11.17.05 | | TASC | 9:00 | |

| Date | Name | Orig | in | out |
|------|------|------|-----|-----|
| 11-17-05 | Alicia Collins | | 10:00 | 10:30 |
| 11-17-05 | Min. S. Leonard | Pastoral Visit | 10:50 | 12:00 |
| 11-17 | Elder | Village | 11:57 | 1:30 |
| 11-17 | Asmin | U.umor | 11:57 | 1:30 |
| 1-17 | Melissa Weglay | Village | 11:57 | 1:30 |
| 11/17 | Raraene Saadoos | Utt | 2:00 | 7:00 |
| 11/17 | C. Earle | Tr. fon DCJ | 8:05 | |
| 11/17 | M. Ruiz | DFS | 9:00 | |
| 11/17 | Howard | mentor/visitor | 9:35 | 10:00 |
| 11-18 | T. Ismaa'eel | NAIF, Inc | 9:50 | |
| 11/18 | Larry Corcoran | Trane | 10:10 | 11:50 |
| 11/18 | Glen Heuschler | Trane | 10:20 | 10:45 |
| 11/18 | CD Fisher — MIS | CPT Keppetti | 10:35 | 1:00 |
| 11/18 | David Allwood | TASC | 11:30 | 1430 |
| 11/18 | Pam Trammell | DFS | 11:45 | |
| 11/18 | Christian, Jeanette | HR/DOC | 12:30 | |
| 11/18 | Janice Jordan | HR/DOC | 1230 | |
| 11/18 | John Buckley DSP | DSP | 1245 | |
| 11/18 | Jeff Lord | Gym | | |
| 11/18/05 | W. Justin | Gym | | |
| 11/18/05 | Stan Taylor | Gym | 12:54 | 2:54 |
| 11/18/05 | Paul Howard | Gym | 12:54 | |
| 11/18/05 | Rod Johnson | Gym | 1254 | 1500 |
| 11/18/05 | May Moss | Gym | 1300 | |
| 11-18 | Robert Young | G/M | 1305 | 3 |
| 11/18 | D McQuiston | VAC | 1:31 | |
| 11/18/05 | Michael Jyhe/Jessica Padi | DFS | 125m | |
| 11/18/05 | Mary Bugnell | Atty | 151 | 445 |
| 11/20/05 | Terrence Mone | Soul Rock Church | 2:31 | |
| 11/20/05 | Paul Huida | Act Lab | 8:30 | |
| 11/21/05 | Lucille Stanish | OPP | 8:40 | 9:40 |

| Date | Name | Organization | Time |
|------|------|--------------|------|
| 11/21 | Dawn McGuiston | VAC | 1:4 |
| 11/21 | Joe Call | U.F.C.W | 3 |
| 11/21 | Earner | SF | |
| 11/21 | ED Hill | PD | 8:40 |
| 11/22 | Del Cullo | PD | 9:10 |
| 11/22 | Sheree Cropper | DFS | 10:14 |
| 11/22 | Julia Lachin | Child | 10:46 |
| 11/22 | Joey Kachik | child | 10:40 |
| 11/22 | Bill Herrem | | 11:05 |
| 11/22 | Eric Dully | P.D.O. | 2:38 |
| 11/22 | Joe Celli | U.F.C.W. | 4:10 |
| 11/22 | Kit Lunger | PD | 4:16 |
| 11/22 | David Faccino | PD | 4:16 |
| 11/22/05 | Dona Lynn Woodard | PF Oxble Study #5 | 6:35 |
| 11/23/05 | Christy Rhodes | DCH | 9:10 |
| 11/23/05 | Phil Renzulli | PD | 9:14 |
| 11/23/05 | Jonne Boh | DCH/GCW | 9:14 |
| 11/23/05 | Bell Chevigny | friend | 9:43 |
| 11/23/05 | Christy Arens | DCH | 9:50 |
| 11/23/05 | Gwen Scott-Jones | Medical | 9:50 |
| 11/23/05 | Steve ying | WLEC | 10:00 |
| 11/22/05 | Meeta Pardu | Yoga | 11:36 |
| 11-23/05 | Dorette Butler | CTAC | 12:30 |
| 11-23-05 | Sharon Briscoe | C-TAC | 12:30 |
| 11/23/05 | LISA M B Johnson | CTAC | 12:46 |
| 11/23/05 | Tyrone C Johnson | CTAC | 12:38 |
| 11/23 | D McQuiston | VAC | 1:04 |
| 11/23 | O Wood | PC | 1:08 |
| 11/23 | A Mexler | Attorney | |
| 11/23 | Mike Lawrence | Essbor Eagle | 8:50 |
| 11-23 | Adriene Hopson | W.D.G.C | 8:55 |
| 11/23 | Anthea Bedminster | ✓ | 1 |
| 11-23 | Mrs S. Leonard | Pastoral Visit | 9:50 |

252

| Date | Name | Orig | in | ou |
|------|------|------|-----|-----|
| 11/30 | Dawn McQuiston | VAC | 135 | |
| 12/01 | Dan Munford | med | 08:02 | |
| 12/1 | Renee Cordury m | CCP-Presentence | 0905 | |
| 12/1 | Hester Garcia | PBO | 9:35 | 10: |
| | V. Reid | P.D.C | 10:00 | |
| 12/1 | Rarawo Sounders | Medical | 12:45 | 5:4 |
| 12/1 | Mavis Sanbello | Parks | 1:49 | |
| 12/1 | D McQuiston | VAC | | |
| 12/1 | C.h. y. Yuch, MD | Medical | 3 8 | |
| 12/1 | Kathryn Luyer | PD | 3:55 | 4:0 |
| | DAVID J FRANCISCO | PD Council for Murse Chusad | 355 | 4:0 |
| 12-1-05 | Equilla Edward | COTLW/Pane | 6:30 | 8:3 |
| 12/2/05 | Cornell Clar' | Nursing/medical | 8:35 | 9:15 |
| 12/2/05 | Deon Toon | DFS | 9:15 | |
| 12/2/05 | Cdo Fishney MIS | | 9:30 | 2:0 |
| 12/2/05 | Jeff Nace MIS | | 9:30 | 2:0 |
| 12/2/05 | Beth Welch | DOC Media | 9:35 | 11:4 |
| 12/2/05 | Michele Steele | DRS | 9:47 | |
| 11 | T. Ismaieel | NATC, Inc | 9:55 | |
| 11 | MIKE CHALMERS | NEWS JOURNAL | 955 | 11:1 |
| 11/2 | Desiree Butler | | | |
| 12/2 | V. Dorivey | P&P | 1200 | 12:4 |
| 12/2/05 | M Clark | APC | 12:05 | 1:3 |
| 12/2/05 | J Earle | SCI | 1:00 | |
| 12 | | | | |
| 12/2/05 | Karawo Saunders | Medical | 3:10 | 8:1 |
| 11 | V. Reid | P.D | | |
| 12 03 200 | GABLE A SEDREN | BETHEL AME | 2:39 | |
| 12/5/05 | Brian Barger | P.D | 3:18 | 3:4 |
| 12/4 | Stephen Di Julio | SOAR | 8:30 | 10:2 |
| 12/5 | Naomi Owinsby | Prison Fellowship | 10:20 | |
| 12/5 | | | | |