# EXHIBIT H

**Religious Land Use and Institutionalized Persons Act of 2000,
42 U.S.C. § 2000cc**

### SEC. 3. PROTECTION OF RELIGIOUS EXERCISE OF INSTITUTIONALIZED PERSONS.

(a) GENERAL RULE- No government shall impose a substantial burden on the religious exercise of a person residing in or confined to an institution, as defined in section 2 of the Civil Rights of Institutionalized Persons Act (42 U.S.C. 1997), even if the burden results from a rule of general applicability, unless the government demonstrates that imposition of the burden on that person--

    (1) is in furtherance of a compelling governmental interest; and

    (2) is the least restrictive means of furthering that compelling governmental interest.

(b) SCOPE OF APPLICATION- This section applies in any case in which—

    (1) the substantial burden is imposed in a program or activity that receives Federal financial assistance; or

    (2) the substantial burden affects, or removal of that substantial burden would affect, commerce with foreign nations, among the several States, or with Indian tribes.

# EXHIBIT

# I

**Halaal Diet According to Islaamic Law**

# What is Halaal?

حلال

The Arabic word حلال (Halaal) means lawful. In the Holy Qur'aan, Allaah
commands Muslims and all of mankind to eat of the Halaal things. Among the
many verses of the Qur'aan that convey this message, here are a few:

يأ ايها الناس كلوا مما في الأرض حلالا طيبا و لا تتبعوا

خطوات الشيطان ج الله لكم عدو مبين ﴿٢:١٦٨﴾

**O mankind! Eat of that which is lawful and wholesome in the earth, and
follow not the footsteps of the devil. Lo! he is an open enemy for you. (2:168)**

يأ يها الذين أمنوا كلوا من طيبات ما رزقناكم

و اشكروا لله إن كنتم إياه تعبدون ﴿٢:١٧٢﴾

**O ye who believe! Eat of the good things wherewith We have provided you,
and render thanks to Allaah if it is (indeed) He Whom ye worship. (2:172)**

و كلوا مما رزقكم الله حلالا طيبا ج و اتقوا الله الذى

أنتم به مؤمنون ﴿٥:٨٨﴾

**Eat of that which Allaah hath bestowed on you as food lawful and good, and
keep your duty to Allaah in Whom ye are believers. (5:88)**

The following products are definitely Halaal:

1. Milk (from cows, sheep, camels, and goats)
2. Honey
3. Fish
4. Plants which are not intoxicant

5. Fresh or naturally frozen vegetables
6. Fresh or dried fruits
7. Legumes and nuts like peanuts, cashew nuts, hazel nuts, walnuts, etc.
8. Grains such as wheat, rice, rye, barley, oat, etc.

Animals such as cows, sheep, goats, deer, moose, chickens, ducks, game birds, etc., are also Halaal, but they must be *Dhabihah* (slaughtered according to Islamic Rites) in order to be suitable for consumption. The procedure is as follows: the animal must be slaughtered by a Muslim (or a Jew or Christian). The animal should be put down on the ground (or held it if it is small) and its throat should be slit with a very sharp knife to make sure that the 3 main blood vessels are cut. **While cutting the throat of the animal (without severing it), the person must pronounce the name of Allaah or recite a blessing which contains the name of Allaah, such as "Bismillaah Allaah-u-Akbar".**

**This article was provided by NAIF, Inc. 2807 N. Monroe St. Wilmington, DE 19802,**
**Email:naifincO@aol.com (302) 762-9691** www.naifinc.org
**3-1-04**

# Is Kosher Halaal

Often times Muslim consumers tend to assume 'Kosher' is similar to 'Halaal'. Although the slaughtering rituals of Jewish people resemble those of Muslims; kosher and halaal are two different entities carrying a different meaning and spirit. Muslims, therefore, are provided with the following basic information about Kosher so they can exercise care in distinguishing halaal from kosher.

Kashrut (in Hebrew) is the system of Jewish dietary laws. Kosher (kashur in Hebrew) means 'fit, or proper for use' according to Jewish law. Examples of kosher are: the meat of the 'fore quarter*' of the cattle slaughtered ritually, fruits, vegetables, all fish that have fins*, all wines*, all cheeses*, gelatin*.

The opposite of Kosher, as applied to food in Treif (in Yiddish), or trefah (in Hebrew) meaning 'not suitable for use', or 'forbidden'. Trefah literally means 'torn by a wild beast' (Exodus 22:30). Examples of Trefah are: blood, swine, rabbit*, all shell fish*, wild birds such as wild hen*, wild duck*, and the birds of prey.

(*) these food items exhibit a marked difference between kosher and Halaal as well as trefah and haraam. The differences are explained elsewhere in this section.

**Caution to Muslim Consumers:**

Halaal is a comprehensive Islaamic term encompassing not only the matters of food and drink, but all other matters of daily life. Islaam being the final and perfect Deen (religion) for mankind, it supersedes all the previously revealed religions including Christianity and Judaism. The rituals in all matters were perfected by Islaam (al-Quran 5:3)

According to Islaamic Jurisprudence, no one except Allaah can change forbidden (Haram) things into lawful (halaal) for vice-versa. It is forbidden for people to change the lawful (Halaal) things into unlawful (Haram), or vice-versa.

Halaal is a unique Islaamic concept and eating dhabiha (Islaamically slaughtered) meat is a distinguishing part of a Muslim's identity as expressed by Prophet Muhammad (S)

**Salient differences between kosher and halaal are:**

Islaam prohibits all intoxicating alcohols, liquors, wines and drugs. Kashrut regards all wines kosher. Hence food items and drinks showing the kosher symbol containing alcohol are not halaal.

Gelatin is considered kosher regardless of its source of origin. If the gelatin is prepared from swine, Muslims consider it haram (prohibited). Hence foods items such as marshmallows, yogurt, etc., showing kosher symbols are not halaal.

Enzymes (irrespective of their sources even from non-kosher animals) in cheese making are considered mere secretion (pirsah b'almah) according to some kashrut organizations, hence all cheeses are considered kosher. Muslims look for the source of the enzyme in cheese making. If it is coming from the swine, it is considered haram (forbidden). Hence cheeses showing kosher symbols may not be halaal.

Jews do not pronounce the name of GOD on each animal while slaughtering. They feel that uttering the name of GOD, out of context, is wasteful. Muslims on the other hand pronounce the name of Allaah on all animals while slaughtering.

The salient differences between kosher and halaal have been illustrated so that Muslim consumers can distinguish halaal from kosher.

Islaam is a complete way of life providing infallible guidance to all its followers in all walks of life. Halaal brings immense satisfaction to the Muslim life both now and in the hereafter. Muslims therefore, do not have to depend on any other set of laws for want of convenience.

The final, divine laws of Islaam are indeed perfect and the best for all its followers for all time to come.

Muslims in non-Muslim countries should strive to follow the Islaamic injunctions in their diet (as well as in every walk of life) and establish their own businesses and institutions to cater to the needs of the Muslim Ummah. By doing so, not only the identity of the Muslims will be preserved, but they will be recognized and respected for their beliefs and practices. What a subtle means of Dawa!

**This article was provided by NAIF, Inc. 2807 N. Monroe St. Wilmington, DE 19802,**
**Email:naifincO@aol.com (302) 762-9691 www.naifinc.org**
**3-1-04**

# Why Halaal Is Not Vegetarian Diet

### Abdul Malik Mujahid

As Muslims in North America are becoming more prominent as a consumer group, different non-Muslim businesses and interest groups are making an effort to profit from this opportunity. United Airlines now offers Hindu meals to those Muslims who ask for Halaal food. Similarly Kosher offering businessmen have made an effort to get Muslim inmates to eat Kosher instead of Halaal, arguing that it is okay for Muslims to consume that. Recently, Muslim objections to McDonald's French Fries class action settlements were rejected by judge on the ground that Muslims did not file a lawsuit against McDonald's; meanwhile he allocated some cy pres funds for them from the Vegetarian allocation. Some Vegetarian and Muslim groups are appealing the settlement on these grounds. It is, therefore, important for all parties to understand how Halaal is different from different Vegetarian dietary practices.

**Halaal Is Not Vegetarian:**

1. Halaal is a set of Islaamic dietary laws guided by the Qur'aan and the teachings of Allaah's Prophet Muhammad, *May peace and blessings be upon him.*
2. The source of the dietary decision is the major difference in the Halaal diet of Muslims and vegetarianism. Vegetarians' decisions are essentially made by human beings because of health concerns or ideological opposition to eating animals, or in case of Hindu Vegetarians, these are set of rules historically evolved and ordained by multiple gods. Whereas the decisions regarding what is halaal in Islaam is given to us by our Creator as conveyed to us by the Prophet Muhammad, *Peace be upon him.*
3. Unlike most vegetarians, it is permissible for Muslims to eat meat of certain animals as long as they are slaughtered by Muslims after due permission from GOD by invoking certain phrases according to the rules specified by GOD's messenger, peace be upon him.
4. Vegetarians allow an ingredient in their dietary practices that separate them from Halaal, and that is alcohol. Alcohol is usually found in dressings, sauces and in vanilla flavoring. Many Vegetarian recipes call for wine as ingredient. Even the smallest amount of alcohol is forbidden for Muslims.
5. Hindu faith based vegetarianism prohibits the use of many vegetables for men of certain castes. For example garlic and onions, which are not prohibited in Islaam.

*"Garlic, leeks and onions, mushrooms and (all plants), springing from impure (substances), are unfit to be eaten by twice-born men [Brahmins and two other*

*top castes in Indian social system]." The Laws of Manu, translated by G.
Buhiler, P. 170, Motilal Banarsidass, Delhi, India 1979 print under UNESCO
Collection of Representative works, Indian Series..*

6. Hindu faith based vegetarianism promotes the use of cow urine, but it is
   prohibited in Islaamic rules of Halaal. The Indian government of Gujarat
   led by Hindu religious government is heavily promoting the consumption
   of cow urine.
   See the story Julian West in New Delhi, A gift from the gods: bottled cow's
   urine, daily Telegraph, London: 02/09/2001
7. Most vegetarians do not eat fish, while it is permissible for Muslims to eat
   fish.
8. Some vegetarians do not eat eggs while Muslims consider that to be Halaal.

Not as strict as the Kosher diet rules, but Muslim rules of Halaal food are a unique
set. It does have similarity with vegetarian or kosher diets in some areas but not in
all areas. In the absence of the availability of Halaal food, a Muslim is allowed to
eat anything which does not include things that are prohibited in Islaam. In an
extreme situation where there is no choice and it may be a question of life and
death, a Muslim can eat even prohibited items only as much as to sustain life with
no desire to disobey GOD.

It is a trend that many people in the food industry are pushing their products to
pass as Halaal because of the growing domestic market for halaal in the US and
Canada, but also because of export to the other countries where Halaal import is a
big business. These trends are welcoming and point to the urgent need for Halaal
groups to work with Vegetarians, Kosher groups, and Organic advocates to
collectively enhance the common agenda of healthy diet for all the society.

However, it is also important for Muslims to continue to assert that Halaal is a
distinct set of dietary rules which should be recognized by all the businesses which
we patronize. Since many of the 54 Muslim countries import food items from the
US, it is financially beneficial for American food industry to learn about Halaal
rules and abide by them.

**This article was provided by NAIF, Inc. 2807 N. Monroe St. Wilmington, DE 19802,
Email:naifincO@aol.com (302) 762-9691 www.naifinc.org 10-1-03**

# State of California Passes Halal Food Law

In The Name of ALLAH, The Most Gracious, The Most Merciful.

California has followed in the footsteps of New Jersey, Minnesota, Illinois, and Michigan to become the fifth state to pass a law governing **Halal** Food. California Governor Gray Davis signed into law AB1828 at the Islamic Center of Southern California saying, "Muslim consumers, like any other consumers, deserve protection against false advertising."

Under the leadership of the Council on American Islamic Relations (CAIR-CA), and with the support of the Muslim community in California and IFANCA, Assemblyman Bill Campbell sponsored the **Halal** Food Bill. The bill was co-authored by Assembly Members Aroner, Bates, Daucher, Harman, Leach, Maddox, and Robert Pacheco and Senator Ackerman.

"On behalf of the Islamic Food and Nutrition Council of America (IFANCA), we congratulate CAIR and the Muslim community in California for initiating this process and helping make it a reality and we commend the legislature of the State of California and Governor Davis for responding to the needs of the local Muslim community. This continues the momentum towards nationwide consumer protection for the **Halal** consumer", said Dr. Muhammad M. Chaudry, President of IFANCA.

Like the **Halal** Food Laws passed in the other states, this law is intended to prevent businesses from misleading or defrauding consumers.

Dr. Ahmad Sakr, a director of IFANCA and of the Muslim Education Center in Walnut, California, had this to say: "It is a very positive approach on behalf of Governor Davis to come and sign the bill at the Islamic Center. It's not easy for a governor to travel all the way from Sacramento and meet the Muslims at the Islamic Center. The same goes for Assemblyman Bill Campbell who also came to the signing ceremony traveling from Sacramento. That shows their humbleness and nobility. We should be thankful first to ALLAH (GOD) and second to the politicians who brought this bill into reality."

"CAIR had taken the initiative and Dr. Chaudry and I (IFANCA) worked with them and with congressman Bill Campbell's office to see the bill through."

"California is the fifth state to approve this law after New Jersey, Minnesota, Illinois and Michigan. We hope that Muslims wake up and work towards getting these laws approved in all states."

"A unique aspect of this law is that a person claiming to certify any meat as **Halal** should himself be certified by an Islamic certifying body. We have to educate and warn the Imams that they should careful before certifying any product."

"Muslims should also recognize that apart from slaughtering, they should also be concerned about mad cow and other diseases associated with wrong feeding practices."

**Halal** is a set of rules that govern the dietary habits of Muslims. The rules have been prescribed by ALLAH (GOD). **Halal** food must be clean and pure, and must follow the Islamic guidelines that include a prohibition of: pork and pork byproducts, blood and blood byproducts, animals where the name of ALLAH has not been invoked during slaughter, animals which have not been slaughtered and items containing alcohol or intoxicants. There are a few other requirements.

**This article was provided by NAIF, Inc. 2807 N. Monroe St. Wilmington, DE 19802, Email:naifinc0@aol.com (302) 762-9691 www.naifinc.org 10-1-03**

# DELAWARE DEPARTMENT OF CORRECTION - Jan 2004 REVISED KOSHER MENU

## A-4 MONDAY

**BREAKFAST — REGULAR**

| Item | Amount |
|---|---|
| COUNTRY FLAKES | 2 EA |
| FRESH FRUIT | 1 EA |
| WHITE BREAD | 3 SL |
| JELLY | 2 EA |
| MARGARINE | 2 PAT |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 6 PK |

**LUNCH (M)**

| Item | Amount |
|---|---|
| SALISBURY STEAK W/PEAS | ONE MEAL |
| W/DICED POTATOES & MUSHROOMS | |
| PEAS & CARROTS | |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| PINEAPPLE CHUNKS | 4 OZ |
| ICED TEA DRINK | 8 OZ |

**DINNER (M)**

| Item | Amount |
|---|---|
| SPAGHETTI W/MEAT BALLS | ONE MEAL |
| IN TOMATO SAUCE | |
| W/BROCCOLI | |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| PEACHES | 4 OZ |
| CHERRY DRINK | 8 OZ |

## A-4 TUESDAY

**BREAKFAST — REGULAR**

| Item | Amount |
|---|---|
| GOLDEN GRAHAMS | 2 EA |
| FRESH FRUIT | 1 EA |
| WHITE BREAD | 3 SL |
| JELLY | 2 EA |
| MARGARINE | 2 PAT |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 2 PK |

**LUNCH (D)**

| Item | Amount |
|---|---|
| CHEESE LASAGNA | ONE MEAL |
| W/MUSHROOMS & CARROTS | |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| APPLESAUCE | 4 OZ |
| STRAWBERRY DRINK | 8 OZ |

**DINNER (M)**

| Item | Amount |
|---|---|
| ROAST CHICKEN | ONE MEAL |
| W/RICE MUSHROOMS & | |
| CUT GREEN BEANS | |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| PINEAPPLE CHUNKS | 4 OZ |
| TROPICAL FRUIT PUNCH | 8 OZ |

## A-4 WEDNESDAY

**BREAKFAST — REGULAR**

| Item | Amount |
|---|---|
| TOTAL | 2 EA |
| FRESH FRUIT | 1 EA |
| WHITE BREAD | 3 SL |
| JELLY | 2 EA |
| MARGARINE | 2 PAT |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 6 PK |

**LUNCH (P)**

| Item | Amount |
|---|---|
| FILET OF SOLE | ONE MEAL |
| W/SWEET POTATOES & | |
| BEANS | |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| TROPICAL FRUIT MIX | 4 OZ |
| GRAPE DRINK | 8 OZ |

**DINNER (M)**

| Item | Amount |
|---|---|
| BRISKET OF BEEF | ONE MEAL |
| W/BROAD GREEN BEANS | |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| PEARS | 4 OZ |
| LEMONADE DRINK | 8 OZ |

## A-4 THURSDAY

**BREAKFAST — REGULAR**

| Item | Amount |
|---|---|
| WHEATIES | 2 EA |
| FRESH FRUIT | 1 EA |
| WHITE BREAD | 3 SL |
| JELLY | 2 EA |
| MARGARINE | 2 PAT |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 6 PK |

**LUNCH (D)**

| Item | Amount |
|---|---|
| BAKED ZITI | ONE MEAL |
| W/BROAD GREEN BEANS | |
| & STRING BEANS | |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| PEARS | 4 OZ |
| LEMONADE DRINK | 8 OZ |

**DINNER (M)**

| Item | Amount |
|---|---|
| ROAST CHICKEN | ONE MEAL |
| W/MASHED POTATOES | |
| CARROTS | |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| CAN FRUIT | 4 OZ |
| STRAWBERRY DRINK | 8 OZ |

## A-4 FRIDAY

**BREAKFAST — REGULAR**

| Item | Amount |
|---|---|
| COUNTRY FLAKES | 2 EA |
| FRESH FRUIT | 1 EA |
| WHITE BREAD | 3 SL |
| JELLY | 2 EA |
| MARGARINE | 2 PAT |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 6 PK |

**LUNCH (D)**

| Item | Amount |
|---|---|
| STUFFED SHELLS | ONE MEAL |
| W/PEAS | |
| & MUSHROOMS | |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| CAN FRUIT | 4 OZ |
| CHERRY DRINK | 8 OZ |

**DINNER (D)**

| Item | Amount |
|---|---|
| BEEF MEATLOAF | ONE MEAL |
| W/MASHED POTATOES | |
| & CUT GREEN BEANS | |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| SLICED PEACHES | 4 OZ |
| ORANGE DRINK | 8 OZ |

## A-4 SATURDAY

**BREAKFAST — REGULAR**

| Item | Amount |
|---|---|
| GOLDEN GRAHAMS | 2 EA |
| FRESH FRUIT | 1 EA |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 2 PK |

**LUNCH (M)**

| Item | Amount |
|---|---|
| BRISKET OF BEEF | ONE MEAL |
| W/BROWN POTATOES | |
| PEAS & CARROTS | |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| FRUIT COCKTAIL | 4 OZ |
| GRAPE DRINK | 8 OZ |

**DINNER (M)**

| Item | Amount |
|---|---|
| SALISBURY STEAK | ONE MEAL |
| W/DICED POTATOES | |
| W/BROCCOLI | |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| CAN FRUIT | 4 OZ |
| LEMONADE DRINK | 8 OZ |

## A-4 SUNDAY

**BREAKFAST — REGULAR**

| Item | Amount |
|---|---|
| TOTAL | 2 EA |
| FRESH FRUIT | 1 EA |
| WHITE BREAD | 3 SL |
| JELLY | 2 EA |
| MARGARINE | 2 PAT |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 6 PK |

**LUNCH (M)**

| Item | Amount |
|---|---|
| ROAST TURKEY | ONE MEAL |
| W/CANDIED SWEETS | |
| POTATOES & BROCCOLI | |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| CAN FRUIT | 4 OZ |
| LEMONADE DRINK | 8 OZ |

**DINNER (M)**

| Item | Amount |
|---|---|
| SPAGHETTI W/MEATBALLS | ONE MEAL |
| IN TOMATO SAUCE | |
| W/BROCCOLI | |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| CAN FRUIT | 4 OZ |
| | 8 OZ |

*MENU IS SUBJECT TO CHANGE WITHOUT NOTICE

D- DAIRY (White Bread)
M- MEAT (Wheat Bread only, No milk products)
P- Parve (White or Wheat)

DE DOC offers milk at lunch for all offenders enrolled in the Under 21 Program

The State of Delaware is an Equal Opportunity Employer and does not discriminate or deny services on the basis of race, color, national origin, sex, disability, and/or age

Menus approved by: Stefan Pisacoli, Registered Dietician, and Michael J. Knight, CDM, Food Service Administrator

DATE APPROVED:

# DELAWARE DEPARTMENT OF CORRECTION - REVISED JAN 2004 KOSHER MENU

## A-3 MONDAY

**BREAKFAST — REGULAR | M (MEAL)**

| Item | Qty |
|---|---|
| COUNTRY FLAKES | 2 EA |
| FRESH FRUIT | 1 EA |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 6 PK |
| TOTAL | |

**LUNCH**

| REGULAR (M) — ONE MEAL | MEAL (M) — ONE MEAL |
|---|---|
| MEATLOAF W/MASHED POTATOES & GREEN BEANS | POT ROAST BEEF W/MASHED POTATOES & GREEN BEANS |
| SLICED PEACHES 4 OZ | APPLESAUCE 4 OZ |
| WHEAT BREAD 3 SL | WHEAT BREAD 3 SL |
| MARGARINE 2 PAT | MARGARINE 2 PAT |
| ICED TEA DRINK 8 OZ | ORANGE DRINK 8 OZ |

**DINNER**

| REGULAR (D) — ONE MEAL | MEAL (P) — ONE MEAL |
|---|---|
| CHEESE LASAGNA W/PEAS & MUSHROOMS | FILET OF FLOUNDER IN TOMATO SAUCE W/MASHED POTATOES PEAS & CARROTS & GARDEN VEGETABLES |
| WHITE BREAD 3 SL | WHITE BREAD 3 SL |
| MARGARINE 2 PAT | MARGARINE 2 PAT |
| CAN FRUIT 4 OZ | CAN FRUIT 4 OZ |
| CHERRY DRINK 8 OZ | GRAPE DRINK 8 OZ |

## A-3 TUESDAY

**BREAKFAST — REGULAR | M (MEAL)**

| Item | Qty |
|---|---|
| WHEATIES | 2 EA |
| FRESH FRUIT | 1 EA |
| WHITE BREAD | 3 SL |
| JELLY | 2 PAT |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 6 PK |

**LUNCH**

| REGULAR (D) — ONE MEAL | MEAL (M) — ONE MEAL |
|---|---|
| BAKED ZITI W/BROAD GREEN BEANS | POT ROAST BEEF W/MASHED POTATOES & GREEN BEANS |
| DICED PEARS 4 OZ | APPLESAUCE 4 OZ |
| WHITE BREAD 3 SL | WHEAT BREAD 3 SL |
| MARGARINE 2 PAT | MARGARINE 2 PAT |
| TROPICAL FRUIT PUNCH 8 OZ | JUICED/DRINK* 8 OZ |

**DINNER**

| REGULAR (M) — ONE MEAL | MEAL (D) — ONE MEAL |
|---|---|
| SALISBURY STEAK W/DICED POTATOES & GREEN BEANS | MANICOTTI W/BROCCOLI & GREEN BEANS |
| CAN FRUIT 4 OZ | APPLESAUCE 4 OZ |
| WHITE BREAD 3 SL | WHEAT BREAD 3 SL |
| MARGARINE 2 PAT | MARGARINE 2 PAT |
| LEMONADE DRINK 8 OZ | ICED TEA DRINK 8 OZ |

## A-3 WEDNESDAY

**BREAKFAST — REGULAR | M (MEAL)**

| Item | Qty |
|---|---|
| GOLDEN GRAHAMS | 2 EA |
| FRESH FRUIT | 1 EA |
| WHITE BREAD | 3 SL |
| JELLY | 2 PAT |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 6 PK |

**LUNCH**

| REGULAR (D) — ONE MEAL | MEAL (M) — ONE MEAL |
|---|---|
| POT ROAST BEEF* W/MASHED POTATOES & GREEN BEANS | ROAST TURKEY W/CANDIED SWEET POTATOES & BROCCOLI |
| APPLESAUCE 4 OZ | FRUIT COCKTAIL 4 OZ |
| WHITE BREAD 3 SL | WHITE BREAD 3 SL |
| MARGARINE 2 PAT | MARGARINE 2 PAT |
| CHERRY DRINK 8 OZ | ORANGE DRINK 8 OZ |

**DINNER**

| REGULAR (P) — ONE MEAL | MEAL (M) — ONE MEAL |
|---|---|
| FILET OF FOUNDER IN TOMATO SAUCE W/MASHED POTATOES & GARDEN VEGETABLES MUSHROOMS | ROAST CHICKEN W/WILD RICE CARROTS & STRING BEANS |
| CAN FRUIT 4 OZ | CAN FRUIT 4 OZ |
| WHITE BREAD 3 SL | WHITE BREAD 3 SL |
| MARGARINE 2 PAT | MARGARINE 2 PAT |
| GRAPE DRINK 8 OZ | LEMONADE DRINK 8 OZ |

## A-3 THURSDAY

**BREAKFAST — REGULAR | M (MEAL)**

| Item | Qty |
|---|---|
| COUNTRY FLAKES | 2 EA |
| FRESH FRUIT | 1 EA |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 6 PK |

**LUNCH**

| REGULAR (M) — ONE MEAL | MEAL (P) — ONE MEAL |
|---|---|
| ROAST TURKEY W/BROCCOLI & CUT GREEN BEANS | BRISKET OF BEEF W/BROWN POTATOES & CUT GREEN BEANS |
| DICED PEARS 4 OZ | DICED PEARS 4 OZ |
| WHEAT BREAD 3 SL | WHITE BREAD 3 SL |
| MARGARINE 2 PAT | MARGARINE 2 PAT |
| ORANGE DRINK 8 OZ | ORANGE DRINK 8 OZ |

**DINNER**

| REGULAR (D) — ONE MEAL | MEAL (M) — ONE MEAL |
|---|---|
| MANICOTTI W/BROCCOLI & GREEN BEANS | FILET OF FOUNDER IN TOMATO SAUCE W/MASHED POTATOES & GARDEN VEGETABLES MUSHROOMS |
| FRUIT COCKTAIL 4 OZ | CAN FRUIT 4 OZ |
| WHITE BREAD 3 SL | WHITE BREAD 3 SL |
| MARGARINE 2 PAT | MARGARINE 2 PAT |
| CHERRY DRINK 8 OZ | GRAPE DRINK 8 OZ |

## A-3 FRIDAY

**BREAKFAST — REGULAR | M (MEAL)**

| Item | Qty |
|---|---|
| COUNTRY FLAKES | 2 EA |
| FRESH FRUIT | 1 EA |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 6 PK |

**LUNCH**

| REGULAR (M) — ONE MEAL | MEAL (P) — ONE MEAL |
|---|---|
| ROAST TURKEY W/BROCCOLI & CUT GREEN BEANS | BRISKET OF BEEF W/BROWN POTATOES & CUT GREEN BEANS |
| DICED PEARS 4 OZ | SLICED PEACHES 4 OZ |
| WHITE BREAD 3 SL | WHITE BREAD 3 SL |
| WHEAT BREAD 3 SL | MARGARINE 2 PAT |
| MARGARINE 2 PAT | TROPICAL FRUIT PUNCH 8 OZ |
| ORANGE DRINK 8 OZ | |

**DINNER — MEAL (M)**

| Item | Qty |
|---|---|
| MANICOTTI W/BROCCOLI & GREEN BEANS | |
| SLICED PEACHES | 4 OZ |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| LEMONADE DRINK | 8 OZ |

## A-3 SATURDAY

**BREAKFAST — REGULAR | M (MEAL)**

| Item | Qty |
|---|---|
| WHEATIES | 2 EA |
| FRESH FRUIT | 1 EA |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 6 PK |

**LUNCH — MEAL (M)**

| Item | Qty |
|---|---|
| ROAST CHICKEN W/WILD RICE CARROTS & STRING BEANS MUSHROOMS | |
| CAN FRUIT | 4 OZ |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| GRAPE DRINK | 8 OZ |

**DINNER — MEAL (M)**

| Item | Qty |
|---|---|
| BEEF MEATLOAF W/BROCCOLI & GREEN BEANS | |
| CAN FRUIT | 4 OZ |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| LEMONADE DRINK | 8 OZ |

## A-3 SUNDAY

**BREAKFAST — REGULAR | M (MEAL)**

| Item | Qty |
|---|---|
| WHEATIES | 2 EA |
| FRESH FRUIT | 1 EA |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 6 PK |

**LUNCH — MEAL (D)**

| Item | Qty |
|---|---|
| MANICOTTI W/BROCCOLI & GREEN BEANS | |
| SLICED PEACHES | 4 OZ |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| TROPICAL FRUIT PUNCH | 8 OZ |

---

*MENU IS SUBJECT TO CHANGE WITHOUT NOTICE

D- DAIRY (White Bread)
M- MEAT (Wheat Bread only, No milk products)
P- Parve (White or Wheat)

DE DOC offers milk at lunch for all offenders enrolled in the Under 21 Program

DATE APPROVED:

Menus approved by: _Stefan Pisocki, Registered Dietician_ , and _Michael J. Knight, CDM, Food Service Administrator_

The State of Delaware is an Equal Opportunity Employer and does not discriminate or deny services on the basis of race, color, national origin, sex, disability, and/or age

## DELAWARE DEPARTMENT OF CORRECTION - REVISED JAN 2004 KOSHER MENU

### BREAKFAST (REGULAR)

| Item | A-2 MONDAY | A-2 TUESDAY | A-2 WEDNESDAY | A-2 THURSDAY | A-2 FRIDAY | A-2 SATURDAY | A-2 SUNDAY |
|---|---|---|---|---|---|---|---|
| Cereal | WHEATIES 2 EA | TOTAL 2 EA | GOLDEN GRAHAMS 2 EA | COUNTRY FLAKES 2 EA | WHEATIES 2 EA | TOTAL 2 EA | GOLDEN GRAHAMS 2 EA |
| Fruit | FRESH FRUIT 1 EA | FRESH FRUIT 1 EA | FRESH FRUIT 1 EA | FRESH FRUIT 1 EA | FRESH FRUIT 1 EA | FRESH FRUIT 1 EA | FRESH FRUIT 1 EA |
| Bread | WHITE BREAD 3 SL | WHITE BREAD 3 SL | WHITE BREAD 3 SL | WHITE BREAD 3 SL | WHITE BREAD 3 SL | WHITE BREAD 3 SL | WHITE BREAD 3 SL |
| Spread | JELLY 2 EA | MARGARINE 2 PAT | JELLY 2 PAT | MARGARINE 2 PAT | MARGARINE 2 PAT | JELLY 2 PAT | MARGARINE 2 EA |
| Milk | MILK 2 EA | MILK 2 EA | MILK 2 EA | MILK 2 EA | MILK 2 EA | MILK 2 EA | MILK 2 EA |
| Coffee | COFFEE 8 OZ | COFFEE 8 OZ | COFFEE 8 OZ | COFFEE 8 OZ | COFFEE 8 OZ | COFFEE 8 OZ | COFFEE 8 OZ |
| Sugar | SUGAR 6 PK | SUGAR 6 PK | SUGAR 2 PK | SUGAR 6 PK | SUGAR 6 PK | SUGAR 6 PK | SUGAR 2 PK |
| Type | D — ONE MEAL | D — ONE MEAL | P — ONE MEAL | D — ONE MEAL | M — ONE MEAL | D — ONE MEAL | D — ONE MEAL |

### LUNCH (REGULAR)

| Item | A-2 MONDAY | A-2 TUESDAY | A-2 WEDNESDAY | A-2 THURSDAY | A-2 FRIDAY | A-2 SATURDAY | A-2 SUNDAY |
|---|---|---|---|---|---|---|---|
| Entrée | CHEESE LASAGNA W/PEAS &MUSHROOMS | BRISKET OF BEEF W/BROWN POTATOES & CUT GREEN BEANS | FILET OF SOLE W/SWEET POTATOES & CARROTS | BAKED ZITI W/BROAD GREEN BEANS | ROAST CHICKEN W/WILD RICE MUSHROOMS CARROTS | STUFFED SHELLS W/PEAS & MUSHROOM | CHEESE LASAGNA W/PEAS & MUSHROOMS |
| Fruit/side | PEACHES 4 OZ | APPLESAUCE 4 OZ | PEARS 4 OZ | TROPICAL FRUIT MIX 4 OZ | DICED PEARS 2 PAT | APPLESAUCE 4 OZ | PINEAPPLE CHUNKS 4 OZ |
| Bread | WHITE BREAD 3 SL | WHEAT BREAD 3 SL | WHITE BREAD 3 SL | WHITE BREAD 3 SL | WHEAT BREAD 8 OZ | WHITE BREAD 3 SL | WHITE BREAD 3 SL |
| Margarine | MARGARINE 2 PAT | MARGARINE 2 PAT | MARGARINE 2 PAT | MARGARINE 2 PAT | MARGARINE 8 OZ | MARGARINE 2 PAT | MARGARINE 2 PAT |
| Drink | ICED TEA DRINK 8 OZ | STRAWBERRY DRINK 8 OZ | GRAPE DRINK 8 OZ | LEMONADE DRINK 8 OZ | CHERRY DRINK | ORANGE DRINK 8 OZ | TROPICAL FRUIT DRINK 8 OZ |
| Type | D — ONE MEAL | M — ONE MEAL | P — ONE MEAL | P — ONE MEAL | M — ONE MEAL | M — ONE MEAL | D — ONE MEAL |

### DINNER (REGULAR)

| Item | A-2 MONDAY | A-2 TUESDAY | A-2 WEDNESDAY | A-2 THURSDAY | A-2 FRIDAY | A-2 SATURDAY | A-2 SUNDAY |
|---|---|---|---|---|---|---|---|
| Entrée | ROAST TURKEY W/CANDIED SWEET POTATOES BROCCOLI | CHEESE MANICOTTI W/BROCCOLI & GREEN BEANS | POT ROAST BEEF W/MASHED POTATOES & GREEN BEANS | SALISBURY STEAK W/DICED POTATOES PEAS & CARROTS | FILET OF FLOUNDER IN TOMATO SAUCE W/MASHED POTATOES | BRISKET OF BEEF W/BROWN POTATOES & CUT GREEN BEANS | ROAST TURKEY W/CANDIED SWEET POTATO & BROCCOLI |
| Veg/side | — | — | CAN FRUIT 4 OZ | CAN FRUIT 4 OZ | GARDEN VEGETABLES 4 OZ | — | CAN FRUIT 4 OZ |
| Bread | WHEAT BREAD 3 SL | WHITE BREAD 3 SL | WHEAT BREAD 3 SL | WHEAT BREAD 3 SL | WHITE BREAD 3 SL | WHEAT BREAD 3 SL | WHEAT BREAD 3 SL |
| Margarine | MARGARINE 2 PAT | MARGARINE 2 PAT | MARGARINE 2 PAT | MARGARINE 2 PAT | MARGARINE 2 PAT | MARGARINE 2 PAT | MARGARINE 2 PAT |
| Fruit | CAN FRUIT 4 OZ | CAN FRUIT 4 OZ | — | — | CHOCOLATE PUDDING 4 OZ | CAN FRUIT 4 OZ | — |
| Drink | LEMONADE DRINK 8 OZ | ORANGE DRINK 8 OZ | TROPICAL FRUIT PUNCH 8 OZ | ICED TEA DRINK 8 OZ | STRAWBERRY DRINK 8 OZ | GRAPE DRINK 8 OZ | LEMONADE DRINK 8 OZ |
| Type | M — ONE MEAL | D — ONE MEAL | M — ONE MEAL | M — ONE MEAL | P — ONE MEAL | P — ONE MEAL | M — ONE MEAL |

D- DAIRY (White Bread)
M- MEAT (Wheat Bread only, No milk products)
P- Parve (White or Wheat)

DE DOC offers milk at lunch for all offenders enrolled in the Under 21 Program

*MENU IS SUBJECT TO CHANGE WITHOUT NOTICE

The State of Delaware is an Equal Opportunity Employer and does not discriminate or deny services on the basis of race, color, national origin, sex, disability, and/or age

Menus approved by: _____ (sock), Registered Dietician , and _____ Michael J. Knight, CDM, Food Service Administrator

DATE APPRO...

# DELAWARE DEPARTMENT OF CORRECTION KOSHER MENU

D - DAIRY (White Bread)
M - MEAT (Wheat Bread only, No milk products)
P - Parve (White or Wheat)

## A-1 MONDAY — KOSHER

**BREAKFAST**
| Item | Qty |
| --- | --- |
| FRESH FRUIT | 1 EA |
| COUNTRY FLAKES | 2 EA |
| WHITE BREAD | 3 SL |
| JELLY | 2 EA |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 6 PK |

**LUNCH (D)**
| Item | Qty |
| --- | --- |
| FRESH FRUIT | 1 EA |
| BAKED ZITI W/BROCCOLI, GREEN BEANS | ONE MEAL |
| SLICED PEACHES | 4 OZ |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| CHERRY DRINK | 8 OZ |

**DINNER (M)**
| Item | Qty |
| --- | --- |
| SALISBURY STEAK W/DICED POTATOES, PEAS & CARROTS | ONE MEAL |
| DICED PEARS | 4 OZ |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| ORANGE DRINK | 8 OZ |

## A-1 TUESDAY — KOSHER

**BREAKFAST**
| Item | Qty |
| --- | --- |
| FRESH FRUIT | 1 EA |
| GOLDEN GRAHAMS | 2 EA |
| WHITE BREAD | 3 SL |
| JELLY | 2 EA |
| MARGARINE | 2 EA |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 2 PK |

**LUNCH (D)**
| Item | Qty |
| --- | --- |
| FRESH FRUIT | 1 EA |
| BAKED ZITI W/GREEN BEANS & CARROTS | ONE MEAL |
| FRUIT COCKTAIL | 4 OZ |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| TROPICAL FRUIT PUNCH | 8 OZ |
| MILK | 8 OZ |

**DINNER (M)**
| Item | Qty |
| --- | --- |
| ROAST TURKEY W/CANDIED SWEET POTATO & BROCCOLI | ONE MEAL |
| APPLESAUCE | 4 OZ |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| LEMONADE DRINK | 8 OZ |

## A-1 WEDNESDAY — KOSHER

**BREAKFAST**
| Item | Qty |
| --- | --- |
| FRESH FRUIT | 1 EA |
| WHEATIES | 2 EA |
| WHITE BREAD | 3 SL |
| JELLY | 2 EA |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 6 PK |

**LUNCH (D)**
| Item | Qty |
| --- | --- |
| FRESH FRUIT | 1 EA |
| FILET OF SOLE W/SWEET POTATOES, MUSHROOMS | ONE MEAL |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| MILK | 8 OZ |

**DINNER (M)**
| Item | Qty |
| --- | --- |
| POT ROAST OF BEEF W/MASHED POTATOES & GREEN BEANS | ONE MEAL |
| CAN FRUIT | 4 OZ |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| ICED TEA DRINK | 8 OZ |

## A-1 THURSDAY — KOSHER

**BREAKFAST**
| Item | Qty |
| --- | --- |
| FRESH FRUIT | 1 EA |
| COUNTRY FLAKES | 2 EA |
| WHITE BREAD | 3 SL |
| JELLY | 2 EA |
| MARGARINE | 2 PAT |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 6 PK |

**LUNCH (P)**
| Item | Qty |
| --- | --- |
| FRESH FRUIT | 1 EA |
| FILET OF SOLE W/RICE & CARROTS, MUSHROOMS | ONE MEAL |
| TROPICAL FRUIT MIX | 4 OZ |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| CHERRY DRINK | 8 OZ |

**DINNER (M)**
| Item | Qty |
| --- | --- |
| BRISKET OF BEEF W/BROWN POTATOES & CUT GREEN BEANS | ONE MEAL |
| FRESH FRUIT | 1 EA |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| STRAWBERRY DRINK | 8 OZ |

## A-1 FRIDAY — KOSHER

**BREAKFAST**
| Item | Qty |
| --- | --- |
| FRESH FRUIT | 1 EA |
| COUNTRY FLAKES | 2 EA |
| WHITE BREAD | 3 SL |
| JELLY | 2 EA |
| MARGARINE | 2 EA |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 6 PK |

**LUNCH (M)**
| Item | Qty |
| --- | --- |
| ROAST CHICKEN W/RICE & CARROTS | ONE MEAL |
| CAN FRUIT | 4 OZ |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| ORANGE DRINK | 8 OZ |

**DINNER (P)**
| Item | Qty |
| --- | --- |
| FILET OF SOLE W/SWEET POTATOES, MUSHROOMS | ONE MEAL |
| VANILLA PUDDING | 4 OZ |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| CHERRY DRINK | 8 OZ |

## A-1 SATURDAY — KOSHER

**BREAKFAST**
| Item | Qty |
| --- | --- |
| FRESH FRUIT | 1 EA |
| GOLDEN GRAHAMS / TOTAL | 2 EA |
| WHITE BREAD | 3 SL |
| JELLY | 2 EA |
| MARGARINE | 2 EA |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 6 PK |

**LUNCH (D)**
| Item | Qty |
| --- | --- |
| STUFFED SHELLS IN TOMATO SAUCE W/PEAS & MUSHROOMS, GARDEN VEGETABLE | ONE MEAL |
| DICED PEARS | 4 OZ |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| TROPICAL FRUIT PUNCH | 8 OZ |

**DINNER (M)**
| Item | Qty |
| --- | --- |
| SPAGHETTI & MEATBALLS IN TOMATO SAUCE W/PEAS & MUSHROOMS | ONE MEAL |
| CAN FRUIT | 4 OZ |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| GRAPE DRINK | 8 OZ |

## A-1 SUNDAY — KOSHER

**BREAKFAST**
| Item | Qty |
| --- | --- |
| FRESH FRUIT | 1 EA |
| GOLDEN GRAHAMS | 2 EA |
| WHITE BREAD | 3 SL |
| JELLY | 2 EA |
| MARGARINE | 2 EA |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 6 PK |

**LUNCH (P)**
| Item | Qty |
| --- | --- |
| FILET OF FLOUNDER W/MASHED POTATOES, CARROTS & STRG BEANS | ONE MEAL |
| FRUIT COCKTAIL | 4 OZ |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| TROPICAL FRUIT PUNCH | 8 OZ |

**DINNER (M)**
| Item | Qty |
| --- | --- |
| BEEF MEATLOAF W/MASHED POTATOES, CARROTS & STRG BEANS | ONE MEAL |
| CAN FRUIT | 4 OZ |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| LEMONADE DRINK | 8 OZ |

---

*MENU IS SUBJECT TO CHANGE WITHOUT NOTICE

Menus approved by: _[signature]_ , Registered Dietician , and _[signature]_ Michael J. Knight, CDM, Food Service Administrator

The State of Delaware is an Equal Opportunity Employer and does not discriminate or deny services on the basis of race, color, national origin, sex, disability, and/or age

DATE APPROV'D 1/04

# EXHIBIT

# J

## *MEMORANDUM* *#3*

**TO:**          *CENTRAL CONTROL*

**FROM:**        *CHAPLAIN'S OFFICE*

**SUBJECT:**     *APRIL  CHAPEL ACTIVITIES*

**DATE:**        *APRIL,  2006*

### *READING ROOM SCHEDULE*
*MONDAY - 10:30 AM to 1:30 PM*
*TUESDAY - 10:30 AM to 1:00 PM (12:00 NOON to 1:00 PM **Village**)*
*WEDNESDAY - 10:30 AM to 12:30 PM*
*THURSDAY – 10:30 AM to 1:30 PM*
### *ISLAMIC  LIBRARY - MONDAY  &  WEDNESDAY*

*SATURDAY, 4/01/06*
    *8:30 AM – 9:30 AM*          *CATECHISM  CLASS **(Catholic)***
    *1:00 PM - 3:00 PM*          *VICTORY BIBLE COLLEGE*

*SUNDAY, 4/02/06*
    *8:30 AM - 9:30 AM*           *PRAYER SERVICE*

*MONDAY, 4/03/06*
    *1:30 PM - 3:00 PM*          *NEW CONVERT CLASS*
    *3:00 PM – 4:30 PM*          *BIBLE STUDY (By List Only)*

*WEDNESDAY, 4/05/06*
    *9:30 AM – 11:00 AM*         *J. W. STUDY GROUP (Visiting Room)*
    *1:00 PM*                    *CHAPEL SERVICE*
    *6:30 PM – 8:30 PM*          *VICTORY BIBLE COLLEGE*
    *7:30 PM - 8:30 PM*          *VICTORY BIBLE STUDY - BWCI VILLAGE*

*THURSDAY, 4/06/06*
    *6:30 PM - 8:30 PM*          *CHURCH SERVICE **(Church Of The Living Word)***
    *7:30 PM - 8:30 PM*          *CHURCH SERVICE - BWCI VILLAGE*

*FRIDAY, 4/07/06*
    *9:30 AM - 10:30 AM*         *NEW BEGINNINGS DISCUSSION GROUP*
    *1:00 PM – 2:30 PM*          *ISLAMIC PRAYER/STUDY -  (Visiting Room)*

_SATURDAY, 4/8/06_
    _8:30 AM - 9:30 AM_       _CATECHISM CLASS **(Catholic)**_
    _9:30 AM – 11:00 AM_     _VICTORY BIBLE COLLEGE_

_SUNDAY, 4/9/06_
    _9:00 AM – 10:30 AM_     **_SUNDAY MORNING WORSHIP_**

_MONDAY, 4/10/06_
    _1:30 PM - 3:00 PM_       _NEW CONVERT CLASS_
    _3:00 PM – 4:30 PM_      _BIBLE STUDY (By List Only)_

_TUESDAY, 4/11/06_
    _6:30 PM – 8:30 PM_      _CHURCH SERVICE **(Rev. Ronald / Doris Morris)**_

_WEDNESDAY, 4/12/06_
    _9:30 AM – 11:00 AM_     _J. W. STUDY GROUP (Visiting Room)_
    _1:00 PM_               _CHAPEL SERVICE_
    _6:30 PM – 8:30 PM_      _VICTORY BIBLE COLLEGE_
    _7:30 PM - 8:30 PM_       _VICTORY BIBLE STUDY - BWCI VILLAGE_

_THURSDAY, 4/13/06_
    _6:30 PM - 8:30 PM_       _CHURCH SERVICE **(Bishop Joseph Brown )**_
    _7:30 PM - 8:30 PM_       _CHURCH SERVICE - BWCI VILLAGE_

_FRIDAY, 4/14/06_

| | |
|---|---|
| _9:30 AM - 10:30 AM_ | **_STATIONS OF THE CROSS (Catholic)_** |
| **_1:00 PM – 3:00 PM_** | **_GOOD FRIDAY SERVICE_** |
| _1:00 PM – 2:30 PM_ | _ISLAMIC PRAYER/STUDY - (Visiting Room)_ |

_SATURDAY, 4/15/06_
    _8:30 AM - 9:30 AM_       _CATECHISM CLASS **(Catholic)**_
    _1:00 PM - 3:00 PM_        _VICTORY BIBLE COLLEGE_

_SUNDAY, 4/16/06_

| | |
|---|---|
| _6:00 AM – 7:30 AM_ | **_SUNRISE SERVICE_** |

_MONDAY, 4/17/06_
    _1:30 PM - 3:00 PM_       _NEW CONVERT CLASS_
    _3:00 PM – 4:30 PM_      _BIBLE STUDY (By List Only)_

_WEDNESDAY, 4/19/06_
    _9:30 AM – 11:00 AM_     _J. W. STUDY GROUP (Visiting Room)_
    _1:00 PM_               _CHAPEL SERVICE_
    _6:30 PM - 9:00 PM_       _VICTORY BIBLE COLLEGE_
    _7:30 PM - 8:30 PM_       _VICTORY BIBLE STUDY - BWCI VILLAGE_

*THURSDAY, 4/20/06*
    *6:30 PM - 8:30 PM*        *CHURCH SERVICE **(Faith City)***
    *7:30 PM - 8:30 PM*        *CHURCH SERVICE - BWCI VILLAGE*

*FRIDAY, 4/21/06*
    *9:30 AM - 10:30 AM*      *NEW BEGINNINGS DISCUSSION GROUP*
    *1:00 PM – 2:30 PM*       *ISLAMIC PRAYER/STUDY - (Visiting Room)*

*SATURDAY, 4/22/06*
    *8:30 AM - 9:30 AM*       *CATECHISM CLASS **(Catholic)***
    *1:00 PM - 3:00 PM*       **HEART – TO – HEART MINISTRIES**
    *6:30 PM – 9:00 PM*       **HEART – TO – HEART MINISTRIES**

*SUNDAY, 4/23/06*
    *8:30 AM - 9:30 AM*          *PRAYER SERVICE*

*MONDAY, 4/24/05*
    *1:30 PM - 3:00 PM*       *NEW CONVERT CLASS*
    *3:00 PM – 4:30 PM*       *BIBLE STUDY (By List Only)*

*WEDNESDAY, 4/26/06*
    *9:30 AM – 11:00 AM*    *J. W. STUDY GROUP (Visiting Room)*
    *1:00 PM*                *CHAPEL SERVICE*
    *6:30 PM – 8:30 PM*       *VICTORY BIBLE COLLEGE*
    *7:30 PM - 8:30 PM*       *VICTORY BIBLE STUDY - BWCI VILLAGE*

*THURSDAY, 4/27/06*
    *6:30 PM - 8:30 PM*       *CHURCH SERVICE **(First Assembly)***
    *7:30 PM - 8:30 PM*       *CHURCH SERVICE - BWCI VILLAGE*

*FRIDAY, 4/28/06*
    *9:30 AM - 10:30 AM*      *NEW BEGINNINGS DISCUSSION GROUP*
    *1:00 PM – 2:30 PM*       *ISLAMIC PRAYER/STUDY - (Visiting Room)*
    *6:30 PM - 8:30 PM*       *CHURCH SERVICE **(Emma Holden)***

*SATURDAY, 4/29/06*
    *8:30 AM - 9:30 AM*       *CATECHISM CLASS **(Catholic)***
    *1:00 PM - 3:00 PM*       *VICTORY BIBLE COLLEGE*

*SUNDAY, 4/30/06*
    *8:30 AM - 9:30 AM*          *PRAYER SERVICE*

## WOMEN'S CORRECTIONAL INSTITUTION
## TREATMENT SERVICES

### MEMORANDUM

To:        All Concerned

From:      Colleen Shotzberger
           Treatment Administrator

Date:      April 7, 2006

Re:        Passover Observance

---

Please be advised that the inmates listed below are approved to observe the Jewish holiday of Passover, beginning with the dinner meal on Wednesday, April 12, 2006, and ending with the dinner meal on Thursday, April 20, 2006.  The attached memo is to be followed.

        Malinovskaya, Irina  --  Unit 8
        Schneiderman, Sara  --  Unit 6
        White, Barbara  --  Unit 6
        Freeman, Terry  --  Unit 3

Thank you for your cooperation in this matter.


Cc:    Warden Ryan
       Central Control
       Shift Commanders – 8-4,  4-12,  12-8
       Unit Officers – Unit 3,  Unit 6,  Unit 8
       Inmates Listed Above
       Chaplain Earle
       Director Walker – Kitchen
       file

# EXHIBIT
# K

AM GENERAL COMMENTS/CONTINUED COMMUNICATION: __Use Apple__

- Butter For Breaksfast Not Jelly,

- SERITA WILSON is Designated to Do the Kosher Inmates Meal 4-12-06 - 4-20-06 at Dinner. Per Lt. Dorsey

- 2nd Walkin is To Be locked All the Time. Per Lt Dorsey

- Facility Purchased Kosher Food WAS Brought to Kitchen By Staff Lt Smith/MR Brown Separated By Lt. Dorsey And Stored. BSSTL Smith

PM GENERAL COMMENTS/CONTINUED COMMUNICATION: _____

_____

_____

_____

_____

_____

_____

_____

_____

| Lt. ANTRONE M. DORSEY | DATE |

| APPROVED | {} DISAPPROVED COMMENTS |
|-----------|--------------------------|
| ( ) | |
| | |
| | |

****SUBMIT BRIEFING REPORT TO DIRECTOR WALKER AT THE END OF EACH DAY

Kosher Menu for:

| | | Sara Schneiderman Terry Freeman | Barbara White |
|---|---|---|---|
| Wednesday | 4/12/06 Dinner | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Ribeye Roast Dinner<br>Cookies | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Ribeye Roast Dinner<br>Cookies |
| Thursday | 4/13/06 Breakfast | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk |
| Thursday | 4/13/06 Lunch | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Gefilite Fish<br>Salad<br>Salad Dressing | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Salads<br>Salad dressing |
| Thursday | 4/13/06 Dinner | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Salisbury Steak<br>Cookies | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Salisbury Steak<br>Cookies |
| Friday | 4/14/06 Breakfast | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk |
| Friday | 4/14/06 Lunch | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Gefilite Fish<br>Salad<br>Salad Dressing | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Salads<br>Salad dressing |
| Friday | 4/14/06 Dinner | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Salmon Dinner<br>Cookies | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Chicken Dinner<br>Cookies |
| Saturday | 4/15/06 Breakfast | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk |

| | | | |
|---|---|---|---|
| Saturday | 4/15/06 Lunch | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Gefilite Fish<br>Salad<br>Salad Dressing | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Salads<br>Salad dressing |
| Saturday | 4/15/06 Dinner | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Veal Dinner<br>Cookies | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Veal Dinner<br>Cookies |
| Sunday | 4/16/06 Breakfast | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk |
| Sunday | 4/16/06 Lunch | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Gefilite Fish<br>Salad<br>Salad Dressing | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Salads<br>Salad dressing |
| Sunday | 4/16/06 Dinner | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Beef Goulash<br>Cookies | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Beef Goulash<br>Cookies |
| Monday | 4/17/06 Breakfast | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk |
| Monday | 4/17/06 Lunch | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Gefilite Fish<br>Salad<br>Salad Dressing | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Salads<br>Salad dressing |
| Monday | 4/17/06 Dinner | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Salmon Dinner<br>Cookies | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Salisbury Steak<br>Cookies |

| | | | |
|---|---|---|---|
| Tuesday | 4/18/06 Breakfast | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk |
| Tuesday | 4/18/06 Lunch | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Gefilite Fish<br>Salad<br>Salad Dressing | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Salads<br>Salad dressing |
| Tuesday | 4/18/06 Dinner | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Beef Goulash<br>Cookies | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Beef Goulash<br>Cookies |
| Wednesday | 4/19/06 Breakfast | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk |
| Wednesday | 4/19/06 Lunch | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Gefilite Fish<br>Salad<br>Salad Dressing | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Salads<br>Salad dressing |
| Wednesday | 4/19/06 Dinner | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Salmon Dinner<br>Cookies | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Ribeye Roast<br>Cookies |
| Thursday | 4/20/06 Breakfast | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk |
| Thursday | 4/20/06 Lunch | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Gefilite Fish<br>Salad<br>Salad Dressing | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Salads<br>Salad dressing |
| Thursday | 4/20/06 Dinner | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Salmon/Beef<br>Cookies | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Veal Dinner<br>Cookies |