IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONIAL FAYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-219-KAJ |
| | ) | |
| | ) | |
| BERNITA EARLE, PAUL HOWARD, | ) | |
| and PATRICK RYAN, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME OUT OF TIME**

COMES NOW, the Defendants Bernita Earle, Paul Howard and Patrick Ryan, by and through their undersigned counsel, and hereby move this Honorable Court (the "Motion") to enter an Order, granting an enlargement of time out of time pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, in which to file a reply brief in the above-captioned case. In support of the Motion, the Defendants state as follows:

1. Plaintiff Donial Fayson ("Plaintiff" or "Fayson") is an inmate at Baylor Women's Correctional Institution ("BWCI"). Fayson is appearing *pro se* in this litigation and proceeding *in forma pauperis*.

2. On April 7, 2004, Fayson filed a Complaint (D.I. 2) against Defendants Bernita Earle, Chaplain of BWCI ("Earle"), Paul Howard, Bureau of Prisons Chief ("Howard"), and Patrick Ryan, Warden of BWCI ("Ryan" and together with Earle and Howard, the "Defendants").

3. On January 30, 2006, Defendants filed a Motion to Dismiss Plaintiff's Complaint (the "Motion to Dismiss") (D.I. 22) and a Memorandum of Points and Authorities in Support of the Motion to Dismiss (the "Opening Brief") (D.I. 23).

4. Several months later, on April 4, 2006, the Court ordered Fayson to file an answering brief to the Motion to Dismiss no later than April 21, 2006 (D.I. 24). Fayson filed an Answering Brief to the Motion to Dismiss on April 21 (D.I. 25). The Answering Brief was entered on the docket on April 24, 2006. According to Rule 7.1.2 of the Local Rules for the District of Delaware, Defendants reply brief was due on April 29, 2006.[1]

5. Defense counsel anticipated filing a timely response to the Answering Brief. But on April 30, 2006 counsel became extremely ill requiring a visit to the Christiana Hospital Emergency Room and another visit to her primary care physician on May 2, 2006. This illness left counsel incapacitated for many days and unable to prepare and file a timely reply brief.

6. In addition Plaintiff's Answering Brief and attached exhibits are extremely voluminous requiring extensive review. For these reasons, counsel is requesting an extension of time of fourteen (14) days, from May 4, 2006 until on or before May 18, 2006, in which to file a response to Plaintiff's Answering Brief.

7. This is the Defendants' first request for an extension of time.

8. There is no trial date scheduled in this case.

WHEREFORE, the Defendants respectfully request that the Court grant the Motion and enter an Order, substantially in the form attached hereto, enlarging

---

[1] April 29, 2006 fell on a Saturday. Therefore the Reply Brief would have been filed on May 1, 2006. Note that, inexplicably, the docket listed the due date for the reply brief as April 28, 2006. This, however, does not comport with the five (5) days provided by Local Rule 7.1.2(a)(3).

Defendants' time to file a response to Plaintiff's Answering Brief until on or before May 18, 2006.

                    **STATE OF DELAWARE**
                    **DEPARTMENT OF JUSTICE**

                    */s/ Erika Y. Tross*
                    Erika Y. Tross (#4506)
                    Deputy Attorney General
                    820 North French Street, 6th Floor
                    Wilmington, Delaware 19801
                    (302)577-8400

                    Attorney for Defendants

Dated: May 4, 2006

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DONIAL FAYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-219-KAJ |
| | ) | |
| | ) | |
| BERNITA EARLE, PAUL HOWARD, | ) | |
| and PATRICK RYAN, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1**

The undersigned counsel hereby certifies, pursuant to Rule 7.1.1 of the Local Rules for the District of Delaware, that:

1. The Plaintiff is an inmate incarcerated at Baylor Women's Correctional Institution in New Castle, Delaware.

2. The Plaintiff is not able to be reached by telephone, therefore counsel for the Defendants has spent no time in attempting to reach an agreement on the subject of the Motion for Enlargement of Time Out of Time.

3. The undersigned counsel assumes that the Motion is opposed.

                                                                STATE OF DELAWARE
                                                                DEPARTMENT OF JUSTICE

                                                                */s/ Erika Y. Tross*
                                                                Erika Y. Tross (#4506)
                                                                Deputy Attorney General
                                                                820 North French Street, 6th Floor
                                                                Wilmington, Delaware 19801
                                                                (302)577-8400

                                                                Attorney for Defendants

Dated: May 4, 2006

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONIAL FAYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-219-KAJ |
| | ) | |
| | ) | |
| BERNITA EARLE, PAUL HOWARD, | ) | |
| and PATRICK RYAN, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon the Defendants' Motion For Enlargement Of Time Out Of Time (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Defendants have until on or before May 18, 2006 to file a Reply Brief to Plaintiff's Answering Brief.

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Kent A. Jordan
United States District Court Judge

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on May 4, 2006, I caused a true and correct copy of the attached ***Defendants' Motion for Enlargement of Time Out of Time*** to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Donial Fayson
SBI #463713
Baylor Women's Correctional Institution
660 Baylor Boulevard
New Castle, DE 19720

**MANNER OF DELIVERY:**

__One true copy by facsimile transmission to each recipient

✓Two true copies by first class mail, postage prepaid, to each recipient

__Two true copies by Federal Express

__Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400