IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONIAL FAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-219-KAJ |
| | ) |
| BERNITA EARLE, PAUL HOWARD, | ) |
| and PATRICK RYAN, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon the Defendants' Motion For Enlargement Of Time Out Of Time (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Defendants have until on or before May 18, 2006 to file a Reply Brief to Plaintiff's Answering Brief.

SO ORDERED this 4th day of May, 2006.

The Honorable Kent A. Jordan
United States District Court Judge