IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONIAL FAYSON,            ) | |
| ) | |
| Plaintiff,            ) | |
| ) | |
| v.            ) | Civ. No. 04-219-KAJ |
| ) | |
| BERNITA EARLE, PAUL HOWARD,  ) | |
| and PATRICK RYAN,            ) | |
| ) | |
| Defendants.            ) | |

### ORDER

On January 30, 2006, defendants filed a motion to dismiss for failure to state a claim. (D.I. 22; the "Motion".) Plaintiff filed an answering brief in response to the motion on April 21, 2006. (D.I. 25.) Both parties have submitted documents beyond the pleadings in support of their positions on the Motion. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, the Motion is therefore to be treated as one for summary judgment and disposed of as provided in Rule 56.

IT IS HEREBY ORDERED that if either party has a position with respect to the Motion being treated as one for summary judgment, or wishes to submit additional documents to supplement its filings, it should so advise the court on or before July 19, 2006.

_____
UNITED STATES DISTRICT JUDGE

July 5, 2006
Wilmington, Delaware