# STATE OF DELAWARE
**DEPARTMENT OF JUSTICE**

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

July 19, 2006

[New Castle County-Civil Division]

The Honorable Kent A. Jordan
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: *Fayson v. Earle, et al.*
**D. Del., C.A. No. 04-219-KAJ**

Dear Judge Jordan:

On July 5, 2006, the Court entered an Order (D.I. 29) stating that it would treat the Defendants' Motion to Dismiss for Failure to State a Claim (D.I. 22; the "Motion") as a motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. The Defendants have no objection to the Court treating the Motion as a motion for summary judgment.

The Defendants wish to submit additional documents to supplement and support the Motion and request that they be given until July 28, 2006 to file such documents. Thank you.

Sincerely,

/s/ Erika Y. Tross

Erika Y. Tross
Deputy Attorney General

EYT/vd
cc: Donial Fayson, Plaintiff