IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONIAL FAYSON, | ) |
|         Plaintiff, | ) |
| v. | ) Civil Action No. 04-219-KAJ |
| BERNITA EARLE, PAUL HOWARD, and PATRICK RYAN, | ) |
|         Defendants. | ) |

### ORDER

At Wilmington, this 25th day of July, 2006,

IT IS HEREBY ORDERED that defendants shall file the additional documents to supplement and support their motion on or before July 28, 2006.

                                                             /s/ Kent A. Jordan
                                                            UNITED STATES DISTRICT JUDGE