IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONIAL FAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-219-KAJ |
| | ) |
| | ) |
| BERNITA EARLE, PAUL HOWARD, | ) |
| and PATRICK RYAN, | ) |
| | ) |
| Defendants. | ) |

### SUPPLEMENT TO THE DEFENDANTS' MOTION TO DISMISS [RE: D.I. 22]

COMES NOW, the Defendants Bernita Earle, Paul Howard and Patrick Ryan, by and through their undersigned counsel, and hereby submit to this Honorable Court, pursuant to the Order of the Court dated July 5, 2006 (D.I. 29), documents to supplement and support the Defendants' Motion to Dismiss (D.I. 22).

Attached as supplemental Exhibit I to the Motion to Dismiss is the Affidavit of Warden Patrick J. Ryan, along with supporting attachments. The Affidavit and attachments refer to information regarding Fayson and the Muslim Community at BWCI. Most of the information was not available until after the Defendants filed their Motion to Dismiss.

The Affidavit and accompanying attachments show that: 1) Fayson receives Islamic instruction at BWCI; 2) Fayson receives pastoral visits; 3) Fayson's worship time is not limited to only one hour per week; and 4) the Defendants do not control the food Fayson receives. Therefore Fayson cannot support a claim that the Defendants have violated her constitutional rights.

WHEREFORE, the Defendants respectfully request that this Honorable Court consider the supplemental documents along with the original Motion to Dismiss, Memorandum of Law in Support of the Motion to Dismiss (D.I. 23), and Reply Brief (D.I. 28), and dismiss Plaintiff's Amended Complaints for failure to state a claim upon which relief may be granted.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400

Attorney for Defendants

Dated: July 28, 2006

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on July 28, 2006, I caused a true and correct copy of the attached *Supplement To The Defendants' Motion To Dismiss [Re: D.I. 22]* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Donial Fayson
SBI #463713
Baylor Women's Correctional Institution
660 Baylor Boulevard
New Castle, DE 19720

**MANNER OF DELIVERY:**

☐ One true copy by facsimile transmission to each recipient

☑ Two true copies by first class mail, postage prepaid, to each recipient

☐ Two true copies by Federal Express

☐ Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400