## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONIAL FAYSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 04-219-KAJ ) |
| BERNITA EARLE, PAUL HOWARD, and PATRICK RYAN, | ) ) ) ) |
| Defendants. | ) ) |

### AFFIDAVIT OF PATRICK J. RYAN

I, Patrick J. Ryan, having been duly sworn by law, do hereby depose and state as follows:

1. I am employed by the State of Delaware Department of Correction ("DOC") as the Warden of the Baylor Women's Correctional Institution ("BWCI"), New Castle, Delaware. I have been employed by DOC since August 4, 1969 and as Warden of BWCI since March 16, 1996.

2. BWCI has a Muslim Community composed of approximately seven (7) inmates. (See Attachment 1). To my knowledge Donial Fayson is a member of BWCI's Muslim Community. (See Attachment 1).

3. BWCI has an Islamic library that is open every week, twice a week for two hours. (See Attachment 2). In addition BWCI holds Arabic classes for the Muslim Community. Fayson has requested and been given permission to attend these classes. (See Attachments 3-4). Fayson was also allowed to attend the Eid Al Ad-Haa Prayer and Feast held in January 2006. (See Attachment 5).

I-1

4. ~~Tahiyya Ismaa'eel~~ serves as the spiritual advisor for some members of the Muslim Community, including Fayson. Ms. Ismaa'eel is not permitted to enter the BWCI Gym/Chapel area because she was not able to clear a security background check. BWCI, however, permits Ms. Ismaa'eel to visit with and teach the Muslim inmates, including Fayson, in the visiting room of BWCI. Ms. Ismaa'eel has visited with the BWCI Muslim Community for over two years and, since January 1, 2006, she has continued to visit with some of the Muslim inmates, including Fayson, at least once a week. (See Attachment 6 ~~___~~).

5. I do not control the food that the inmates, including Fayson, receive at BWCI. The Bureau of Management Services is in charge of food preparation and distribution for the inmates.

6. To my knowledge, since January 1, 2006, Fayson has not filed a single grievance regarding her access to an Islamic instructor, her right to receive pastoral visits or the food she receives at BWCI.

*Patrick J. Ryan*
Patrick J. Ryan

SWORN AND SUBSCRIBED before me this 26th day of July 2006
2006.

*Brenda P. Brown* 7/26/06
Notary

BRENDA P. BROWN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires October 17, 2009

I-2