**RECEIVED**
JUL 1 4 2006
Warden's Office
DJBWCI

*MEMORANDUM*

TO:        **CENTRAL CONTROL**

FROM:   **CHAPLAIN BERNITA A. EARLE**  /bae

SUBJECT: **MUSLIM COMMUNITY**

DATE:    **JULY 12, 2006**

*The current Muslim Community is as follows:*

> CAMEANA CEPHAS
> MARIONETTE DALE
> DONIAL FAYSON
> NICHOLE HANSLEY
> LISA INGRAM
> ERICKA KEELER
> SHATANA TURNER

/bae

cc: Warden Patrick Ryan                           Captain Jones
    Deputy Warden Martin                          Staff Lt. Smith
    Colleen Shotzberger, Treatment Adm.           Lt. Kenney
    Captain Moore                                 Cpl. Hubbard
    Captain Repetti                               Director Walker
    Captain Snead                                 Front Desk