**MEMORANDUM**

RECEIVED
JUN 2 2006
Warden's Office
DJBWCI

TO:       CENTRAL CONTROL

FROM:     BERNITA A. EARLE, CHAPLAIN

SUBJECT:  ISLAMIC LIBRARY

DATE:     JUNE 2, 2006


Please note that the Islamic Library is open each week on Monday and Wednesday - 10:30 AM - 12:30 PM - in the Gym.


/bae

cc:  Warden Patrick Ryan                    Captain Jones
     Deputy Warden Martin                   Staff Lt. Smith
     Colleen Shotzberger, Treatment Adm.
     Captain Moore
     Captain Repetti
     Captain Snead