Mrs. Shotzberger,

I would like to change the day and time for my Arabic class to Tuesdays @ 6 p.m. until 8:30 p.m.

Thank you for your assistance.

Donial Fayson