# BAYLOR WOMEN'S CORRECTIONAL INSTITUTION
# REHABILITATIVE SERVICES UNIT

## MEMORANDUM

TO:     Warden Patrick J. Ryan

FROM:   Colleen Shotzberger
        Treatment Administrator

DATE:   July 7, 2006

RE:     Arabic Classes


Inmate Donial Fayson has requested permission to attend Arabic Class on Tuesday evenings from 6:00 to 8:30 p.m.

Thank you for your assistance.


(APPROVED)                              ___ DENIED

Signature *Patrick J. Ryan*
          Patrick J. Ryan, Warden III


Cc: Deputy Warden Grace Martin
    Chaplain Benita Earle
    Central Control
    Front Lobby Officer
    Shift Commander 4-12