RECEIVED
JAN 6 2006
Warden's Office
DJBWCI

# MEMORANDUM

**TO:** CENTRAL CONTROL

**FROM:** BERNITA A. EARLE, CHAPLAIN

**SUBJECT:** EID AL AD-HAA CELEBRATION PRAYER & FEAST

**DATE:** JANUARY 5, 2006

The following Muslim Residents should be allowed to attend the Eid Al Ad-Haa Prayer and Feast. The **Eid Prayer** will be observed on **Tuesday, January 10, 2006 - 10:00 AM - 12:00 Noon**. The **Feast** will be held on **Thursday, January 12, 2006 - 1:00 PM - 3:00 PM** - in the visiting room Pastoral area.

| | |
|---|---|
| Erica Collins | - 8 |
| Donial Fayson | - 3 |
| Lisa Ingram | - 3 |

Tahsiyn Ismaa'eel, North American Islamic Foundation, will lead the Community in Prayer on Tuesday and Thursday. The meal will be provided by Man haj as-Salaf Da-Wah Center and The North American Islamic Foundation. Tahsiyn Ismaa'eel will participate in the feast - which will be held on Thursday from 1:00 PM - 3:00 PM.

bae
cc: Warden Patrick Ryan
Deputy Warden Martin
Colleen Shotzberger, Treatment Adm.
Captain Moore
Captain Repetti
Captain Snead

Staff Lt. Smith
Village
Cpl. Hubbard
Front Desk Officer