6

| date | name | organization | Time in | Time out | date |
|---|---|---|---|---|---|
| 7/12/06 | Stephanie Ack | Medical | 4:10 | 3p | 7/14/06 |
| 7/12/06 | T. Denver | DFS | 10:45 | | 7/14/06 |
| | C. Montgomery | DFS | 10:45 | | 7/14/06 |
| | Charles Tuller | ↓ visits | | | 7/14/06 |
| | Antoine Rayfield | ↓ | | | 7/14/06 |
| 7/12/06 | Lenora Webb | Village Key | 10:50 | 2:01 | 7/14/06 |
| 7/12/06 | Jeanette J. Christian | HR | 12:35 | 12:50 | 7/14/06 |
| 7/12/06 | Wilma Forres | MOC | 2:05 | 2:30p | 7/14/06 |
| 7/12/06 | Valerie Marcum | Medical | 8:30pm | 11:30pm | 7/14/06 |
| 7/12/06 | Michelle Flowers | Med | 3:30 | 11:30 | 7/14/06 |
| 7/12/06 | Tim Weiler | OPD | 4:00 | 5:15 | |
| 7/12/06 | Lucille Stanish | OPD | 4:00 | 5:05 | |
| 7/12 | Lenora Webb | Key - Village | 6:00 | | |
| 7/12/06 | Dionne Darby | MEDRA | 1800 | | |
| 7/12/06 | Ikele Palmer | Overlay Bible Study | 6:30 | | |
| 7/12/06 | Tevao Valenz | AA | 7K | | |
| 7/12/06 | Keisha Daniels | Village | 8:00 | 4:30 | |
| 7/12/06 | Sim O'Malley | Lack X-ray | 9:45 | 9:57 | |
| 7/12/06 | DiShawn Tiller | Medical | 755 | 430 | |
| 7/13/06 | J. Durney | PsP | 0840 | 0940 | |
| 7/13/06 | H. Bennett | DCLA | 930 | 1140 | |
| 7/13/06 | m. Ford | CMS | 0950 | | |
| 7/13/06 | Harold R. Mack | Reg. Trg. Corr. | 1232 | 234p | |
| 7/13/06 | Do | | | | |
| 7/13/06 | Apr. C. Burg | Medical ems | 3:00 | 1130 | |
| 7/13/06 | Celeste Bryan | PSO | 3:06 | | |
| 7/13/06 | M Shaw RN | Medical | 3:00 | 5:30 | |
| 7/13/06 | SM | my | | | |
| 7/13/06 | SM | Medical | | | |
| 7/14/06 | J. Durney | PsP | 0925 | 1000 | |
| 7/14/06 | J N Sino | DOC - IA | 0955 | | |
| 7/14/06 | ~~[redacted]~~ | | 10:05 | 12:00 | |
| 7/14/06 | Keish Whole | Village | 10:35 | 7:00 | |

4

| date | Name | organization | Time IN | Time OUT | date | Na |
|---|---|---|---|---|---|---|
| 7/6/06 | Valerie Macchi | LPN | 8:55 | 11:30 | 7/10/06 | D |
| 7/7 | Joyce Hubbard | medical | 0658 | | 7/10/06 | S |
| 7/7 | Jeremy ? | DOC | 0745 | | 7/10/06 | Tar |
| 7/7 | Alissa ?? | Key Village | 8:00 | 9:50 | 7/10/06 | Di |
| 7/7 | Stephanie Jr | ?? | 8:10 | | 7/10/06 | S |
| 7/7 | Jeremy McEntire | DOC | 8:33 | 2:15 | 7/10/06 | S.M |
| 7/7 | Kathleen Meyer | CMS | 8:55 | 2:13 | 7/10 | |
| 7/7 | R. Swansm | FF | 8:55 | 2:13 | 7/10/06 | Bg |
| 7/7/06 | L. Tripoli | CMS | 8:55 | 2:13 | 7/10/06 | H |
| 7/7/06 | James Welch | DOC. | 8:53 | 2:15 | 7/10/06 | |
| 7/7/06 | Beth McCrea | FF | 8:55 | 2:13 | 7/10/07 | Mc |
| 7/7/06 | Diane Sen | FF | 8:53 | 2:13 | 7/10/06 | M |
| 7/7/06 | Colin Dunlavey | Pub Def | 9:50 | 10:30 | 7/10/06 | D |
| " | ~~~~~~~ | ~~~~~~~ | 10:05 | 12:00 | 7/10/06 | DS |
| 7/7/06 | Shane Bacon | U of D | 10:05 | | 7/10/06 | Ap |
| 7/7/06 | Colin Dunlavey | Pub Def | 12:05 | 12:40 | 7/10/06 | Ke |
| 7/7/06 | Candice Scott | VAH | 12:50 | 3:30 | 7/11/06 | N |
| 7/7/06 | Colin Dunlavey | Pub Def | 1:15 | 1:55 | 7-11-06 | Joe |
| 7/7/06 | Jim Kostala | Investigator Services SRNC | 1:30 pm | 3:00 pm | 7-11-06 | Ste |
| 7/7/06 | Valerie Macchi | LPN | 2:55pm | 11:30 | 7/11-06 | S |
| 7/7/06 | Sylvia H Martinez | Fed ?? | 2:59 | 3:35 | 7/11/06 | L |
| 7/7/06 | Silvia Landa-Natires | Fed Pub Def | 2:59 | 3:35 | 7/11/06 | B |
| 7/7/06 | Melissa Shaw | Medical | 3:00 | 11:30 | 7/11/06 | N |
| 7/7/06 | Mattie ?? | PFn (Bike Shop) | 7:05 | | 7/11/06 | VA |
| 7/7/06 | Eleanor Brown | Victory Bible | 7:20 | 8:30 | 7/11/07 | Me |
| 7/8/06 | Melissa Rex | medical | 700 | 330 | 7/11/06 | M |
| 7/8/06 | April Burr | medical | 703 | | 7/11/06 | Mc |
| 7/8/06 | Tim Weiler | PD | 300 | 345 | 07/11/06 | Don |
| 7/8 | Joyce Hubbard | Medical | 1455 | | 7/11/06 | JD |
| 7/8 | Stephanie Tyrell | medical | 1050 | | 7/12/06 | Ka |
| 7/9 | Julie ?? | medical | 700 | 300 | 7/12/06 | Dish |
| 7/9 | Joyce Hubbard | medical | 1445 | | 7/12/06 | Lee |
| 7/9 | M Shaw | medical | 3:00 | 1:30 AM | 7/12/06 | C |
| 7/10 | Joyce Hubbard | medical | 0705 | | 7/12/06 | Bo |
| | | | | | 7/11/06 | |

| Page | DATE | NAME | ORGANIZATION | TIME IN | TIME OUT |
|---|---|---|---|---|---|
| | 6/28/06 | Bruce Denny | CMS | 18:00 | 1200 |
| | 6/28/06 | Dick Hunter | NA | 18:35 | 20:35 |
| | 6/09/06 | S. [illegible] | CMS | 1206 | 1253 |
| | 6/29 | Joyce Hubbard | medical | 7:00 | |
| | 6/29 | Claire Sherwood | DCCA | 8:00 | 11:00 |
| | 6/29 | [illegible] | PD | 9:00 | 12:45 |
| | 6/29 | J. Durney | P&P | 9:15 | 12:45 |
| | 6/29 | J. McConnell | P&P | 09K | 9:45 |
| | 6/29 | A. Foraker | | | |
| | 6/29 | R. [illegible] | DOC | 9:52 | 11:10 |
| | 6/29 | D. [illegible] | | | |
| | 6/29 | Jennifer [illegible] | PD Office | 10:05 | 12:00 |
| | 6/29 | S. [illegible] | medical | 10:15 | 6:30 |
| | 6/29 | [illegible] | | " | |
| | 6/29 | Gabriella [illegible] | | ' | |
| | 6/29 | Virginia Thurmer | PF | 12:15 | 1:30 |
| | 6/29 | Deborah [illegible] | | 12:30 | |
| | " | R. [illegible] | Canon | 12:40 | 1:30 |
| | 6/29 | M. Hodson | IASC | 1:40 | |
| | 6/29 | K.L. | Key Villere | 2:05 pm | 4:10 |
| | 6/29 | Matt Kubiak | Pub-Defender | [illegible] | 2:14 |
| | 6/29 | Joe Klusman | DCP | 2:45 | |
| | 6/29 | Tom Clark | Canon | 2:45 | 3:25 |
| | 6/30 | Joyce Hubbard | medical | 0659 | |
| | 6/30 | Jason Pluck | PDO | 8:20 | 9:52 |
| | 6/30 | Ed [illegible] | PD | 8:40 | |
| | 6/30 | Jeff [illegible] | MJS | 9:35 | 9:40 |
| | " | T. Ahysu 70321 | PD | 9:51 | 2:18 |
| | [redacted] | [redacted] | [redacted] | 20:10 | 12:08 |
| | 6/30 | Chris McKerney | PCCC | 1020 | 1045 |
| | 6/30 | [illegible] Lord | CMS | 1028 | |
| | 6/30 | C. [illegible] | DCJ | 11:15 | |
| | 6/30 | Carol [illegible] | VA | 1:45 | |
| | | | | TIME | TIME |

| in | out | Name | Org | in | 303 out |
|---|---|---|---|---|---|
| 0655 | | D McCuiston | VAC | 1:20 | |
| ref. 0800 | 10 | Lisa Mays | med | 8:45 | 1130 |
| 15:00 | | Joyce A Hubbard | Medical | 15:05 | |
| 9:1 | | R Bradley | PEIP | 6:44 | |
| 10:30 | 11 | C Whitsel | AA | 7:15 | 8:30 |
| 10:45 | N | Lisa Mays | Medical | 1152 | 1130 |
| ref 2:10 | | Claire Sherwood | DCCA | 8:00 | 11:00 |
| med 2:45 3:7 | | Lucille Stanson | OPD | 8:45 | 9:50 |
| 28 | 13 | S [illegible] | Medical | 9 | 5p |
| 8:40 | | Mary Ann Doyle | PD | 9:35 | 11:45 |
| 10:15 | | Jack Sinos | DOC-Ln | 9 | 12:40 |
| 8:00 | | Silian Young | WCEC | 10:01 | |
| 8:10 | 8: | Jaren Holmes | | 10:08 | |
| 8 yr | | [illegible] Downing | [illegible] | 10:17 | 11:41 |
| 9:05 | 10 | Phil DeRoxtes | Med | 1445 | 1500 |
| 9:06 | | K Malone | Key Unitek | 2:55pm | 4:05pm |
| 9:40 | 11: | Det. Tonya Widdoes | DSP | 1605 | 1640 |
| 9:45 | | Joyce Hubbard | Medical | 0655 | |
| 11:05 | | D Fisher, MIS | medical | 9:15 | 10:20 |
| 1:10 | | S [illegible] | med | 9:16 | 3? |
| 2 | | | | | |
| 1455 | | Maggie Runnie | DFS | 9:45 | 11:10 |
| 3:00 | | T. Ismaoeel | NATF, Inc | 9:55 | 11:40 |
| 5:55 | 9 | Rebeen Diller | DVLS | 10:35 | 1135 |
| 730 | 9 | Munford | medical/unit 6 | 1100 | 1250 |
| 654 | 3 | J. Durney | PEIP | 1105 | 140 |
| 0855 | | L Mays | MED | 315 | |
| 8:45 | | S [illegible] | Medical | 5p | |
| 9:30 | 11:0 | Earnest | med | 820 | 115 |
| 9:30 | 11: | Joyce Hubbard | Medical | 1458 | |
| 10:08 | | [illegible] | med | 5p | |
| Note | 1 | Joyce Hubbard | medical | (560) | |
| 10:20 | 10 | Melissa Rey | medical | 700 | |
| 11:05 | 1 | P. Lisburg | medical | 710 | 15 |
| 10 | 15 | CMS | medical | 9:05 | |
| | 10 | Joyce Hubbard | medical | | 18 |

298

| Date | Name | Orig | in | out |
|---|---|---|---|---|
| 6/7/06 | Thomas | PD's | | |
| 6/7/06 | Spartan | Medical | 04 | |
| 6/7/06 | Donna Watson | DOC | 1030 | |
| 6/7/06 | John Oldigs | " | 4:45 | |
| 6/7/06 | Rebecca Tullon | DVLS | 11:20 | |
| 6/7/06 | John Gare | ATTY | 11:50 | |
| 6/7/06 | Harold R. Mack | Reg. Temp Corr. | 12:30 | |
| 6/7/06 | Leonard C. Hall III | TASC | 2:05 | |
| 6/7 | McQuiston | VAC | 1:10 | |
| 6/7 | Jim Audo | SUPP | 2:45 | |
| 6/7 | Lorin Hurst | | 3:40 | |
| | Emily Wiedenhamer | | | |
| 6-7 | C.L. y. Zach | | 3:3 | |
| 6/8 | Joyce A. Hubbard | Medical | 0658 | |
| 6/8 | Keana Drida | Key Vlg. | 8:00 | |
| 6/8 | Lucille Stamon | OPP | 8:30 | |
| 6/8 | V. Ducey | PoP | 0045 | |
| 6/8 | A. Osgood | Avoda M | 9:00 | |
| 6/8 | S R Jordan | Medical | 9:3 | |
| 6/8/06 | Judy Mose | medical | 0655 | |
| 6/8/06 | | Security Trx | 9:00 | |
| 6/8/06 | Apere Berry | medical | 150 | |
| | Cathy Klonke | Medical | | |
| | Lisa Mays | Med | 7:00 | |
| 6/9/06 | Judy Mose | medical | 655 | |
| 6/9 | Joyce Hubbard | Medical | 6:55 | |
| 6/9 | Brown Janet | Employee | 8:40 | |
| 6/9 | Ed Kamm | PD | 9:00 | |
| 6/10 | S | Medical | 9:00 | |
| 6/9 | Spille | DFS | 9:3 | |
| 6/9 | M Woody | Medical/Co | 0930 | |
| -9 | T. Is needed | NATF, Inc | 10:15 | |
| 6/9 | Jody L Emmett | | 12:00 | |
| 6/9 | Sharon Kruplicki | Medical | 1240 | |