**296**

| Date | Name | Orig | In | Out |
|---|---|---|---|---|
| 5/31/06 | DAVID ALLWOOD | TASC | 0822 | |
| 5.31.06 | Carolyn Colona | TASC | 11:50 | |
| 6/1 | V. Reed | P.D. | 2 | |
| 5/31 | Stone Jr | Med | 3 | |
| 6/1/06 | Carrie Gregos | Adult Education | 8:27 | 10 |
| 6/1/06 | M O'Cunyh | PD | 8:35 | |
| 6/1/06 | Ed Fayda | MAINT. | 8:50 | 9:10 |
| 6/1/06 | Martie Chase | TASC/Re-entry | 9 | 11 |
| 6/1/06 | Paul Neff Jordan | SELF/BANK | 9:43 | |
| 6/1 | | | | |
| 6/1/06 | Pam Dennis | Mahaffy & Assoc | 10:00 | 11 |
| 6/1/06 | Colm DeAscanis | Area Engineering | 10:02 | |
| 6/1/06 | LaVerna Lane | Ms Lake | 10:00 | 10 |
| 6/1/06 | Henry M. Telo, Jr | Mr. DeSalvo | 12:48 | |
| 6/1/06 | Martie Chase | Re-entry | 1 | |
| 6/1/06 | LISA MAYS | MED | 3:00 | |
| 6/1/06 | Mark Cabry | DTI | 3:00 | |
| 6/1/06 | Scott Huffman | DTI | 3:00 | |
| 6/1/06 | Ray Radulski | PD | 3:30 | 3:45 |
| 6/1/06 | Ted Robertson | DCJ | 6:20 | 7:00 |
| 6/2/06 | Bryce A. Hubbard | Med | 7:10 | |
| 6/2/06 | | Ned | 8:4 | |
| 6/2/06 | Bharat Gajjar | Yoga | | |
| 6/2/06 | M. Miller | MIS | 9:45 | |
| | Johsgitt Isml | NAI, Inc | 10:15 | |
| 6/2/06 | Sharon Bacon | UofD | 11:45 | |
| 6/2 | D. McQuiston | VAC | 12:45 | |
| | Jacob Brown | Comm | 1:00 | |
| 6/2 | LISA MAYS | MED | 3:00 | |
| | Bingy | meds | 3:10 | |
| | Robinson | BCI | 10:45 | |
| 5/16 | | Petts for Jueito | 5:00 | |
| | Villason | | 2:30 | |

| in | out | | Name | Org | in | out 295 |
|---|---|---|---|---|---|---|
| | 8:30 | | [redacted] | Mentor | 0900 | |
| | | | [redacted] | Federal Probation | 0915 | 10:00 |
| 10:48 | | | [redacted] Perez Chambers | " | 0915 | 10:00 |
| 1:40 | | | Shadina Holmes | The Alpha Project Mentoring | 0915 | 11:00 |
| | | | Eleni Kousoulis | Fed Pub Def | 9:25 | 10:00 |
| 6:30 | 8 | | D Butler | CTAC | 9:40 | 11:a |
| 0835 | | | J N Sivos | DOC - 1P | 10:00 | |
| SE 9:35 | | | Munford | medical | 11:47 | 12:21 |
| 9:50 | | | | | | |
| 10:00 | | | K McBook | Visiting Area/VUH | 1:00 | |
| 10:05 | | | April Bungy | msm medical | 1500 | 2MN |
| 10:20 | | | Beth Dawson | | 3:55 | 4:55 |
| 1:20 | | | Ngu Tuyet Thi Vu | mentor | 3:59 | 6:00 |
| 1800 | | | Nga Tuyet Thi Vu | held cancer 10 Trimm | 4:00 | 6:55 |
| 6:35 | | | Nga Vu | nursing patient | 10:43 | 10:10 |
| 6:45 | 8 | | T Boduck | CMS | 7:50 | |
| 0745 | | | Shanight | CMS | | |
| | | | J. Durney | P&P | 0830 | 0935 |
| 850 | | | Mylinia OFS | OFS | 9:10 | |
| 9:30 | | | Bharat J. Ganjan | Yes So | | |
| Pugm 9:30 | | | T. Ismaeel | NAIF, Inc | 16:05 | 11:45 |
| 9:30 | | | Michael Peart | TRME | 10:07 | 1:00 |
| 9:50 | 10 | | G Merrik | Labcorp | 1017 | |
| 10:00 | | | M Quston | VA | 1:15 | |
| | | | Shird | medical | | |
| 1:05 | | | J. Hulliard | Medical | 3:10 | |
| 1300 | | | Sister Mathey Gamble | Bible Study (PM) | 7:04p | 8:35p |
| | | | Phyllis Jackson | NBW | 1:04 | 2:04 |
| 1:40 | 5 | | DR L Buney | meds | 3ov | |
| 2:10 | 2:4 | | Joyce A Hubbard | Med | 3:10 | |
| 7:58 | | | Tashi Eagl | here to pick up Ashley Nev | 8:30 pm | |
| 6:45 | | | Munford | cms/med | 0857 | |
| 8:25 | | | Shug | Med | | |
| 0:35 | | | May | cms/med | 300 | |
| 8:50 | 9 | | Joyce A Hubbard | Med | 7:05 | |
| | | | Shfur | put | | |

293

| in | out | Name | Org | in | out |
|---|---|---|---|---|---|
| 2:46 | 3: | Marie Nessenberger | Medical | 11:05 | |
| 300 | | | PFM | 6:15p | 8:39 |
| 0706 | | Leigh Woodard | IF.'s Bible Study | 6:30 | 8:40 |
| 8:52 | | Joyce Cla | PF | 6:35 | 8:40 |
| 9:00 | 10: | John Leemuel | MCHS | 6:45 | 8:30 |
| 9:0 | | Joyce A. Hubbard | Med | | |
| | | M. Lee | MIS | 9:30 | |
| 10:34 | 1 | Earnest | medical | 10:00 | 16:00 |
| 11:10 | | Rebecca Tulloh | | 10:22 | 12:11 |
| | | Sharon Briscoe | Mrs. Perry | 1:00p | 2:00p |
| 11:38 | 1: | Dru Bingy | MSN medical | 18:00 | |
| 1:10 | | G.y. J. | MCI | JR- | |
| 1:30 | 3: | Mattie Gamble | PFM | (date) 5/17/06 | 8:40 |
| | | Joyce Cla | PF | 6:35 | 8:40 |
| 3:15 | | Celine White | AA | 7:20 | 8:30 |
| | | Joyce A. Hubbard | Med | 6:58 | |
| 6:01p | 8: | Lucille Stanin | OPD | 8:50 | 9:40 |
| 6:01 | 8: | Matt Ruby ca. | OPD | 807 | 11:00 |
| 601 | 8: | Musters | medical | 1545 | |
| 6:01 | 8: | Dright Holt | Parley Board | 12:45 | |
| 6:10p | 8: | MHenry | Med | 1:15 | |
| 6:10 | 8:3 | Ben Anderson | CRS | 13:25 | 1:55 |
| 6:30 | 8:3 | Beth Dewga | D | 1:35 | 2:05 |
| 6:59 | 154 | T Poolanier | CMS | 1:46 | |
| 8:15 | 10 | Tamela Pud | P.D. me | 2 | |
| 8:53 | 10: | Lisa Brooks | PRC | 6:20 | |
| 9:20 | 12: | Joyce A. Hubbard | Med | 7:00 | |
| 10:27 | 150 | C. Earle | Treatment Serv. | 9:00 | |
| 10:30 | | Lee | | 9:10 | |
| 10:35 | | M. Wilk | MIS | 9:20 | |
| 10:34 | | JN Sinos | DOC-12 | 9:00 | 9:40 |
| 10:15pm | | Beth Dewg Sr | PD | 9:55 | 12— |
| 2:30 | 4: | T. Ismaeleul | NAIF, Inc | 10:00 | 10:50 |
| 18:00 | 2 | John Dowlin | PD | 10:00 | |
| | | D. Chavez | Reentry | 12:00 | |
| | | Joyce A. Hubbard | Med | 01:00 | |

291

| in | out | date | Name | Org | in | out |
|---|---|---|---|---|---|---|
| m | | | | here | 9:00 | 9:00 |
| 13:45 | | | | wcf | 9:00 | 9:40 |
| 2:35 | | | | B of | 9:45 | 11:45 |
| 3:00 | 13 | | | wcf | 9:28 | |
| 9:25 | | | Stephen J | Mentor | 9:30 | |
| 9:40 | | | Holyfield | WWRTC | 9:30 | |
| 10:58 | | | Donald Bean | HRYCI | 9:59 | |
| 11:00 | | | Mulford | mdred | 13:17 | |
| 14:57 | | | W. Walker | DOSD | 13:20 | 13:32 |
| 3:00 | | | Marsha Miller | DCJ | 2:00 | 4:10 |
| 1800 | 22 | | Stephen J | Medical | 6:58 | |
| I 10:00 | 05 | | May | Med | 7:90 | 3:30 |
| 2:00 | | | DAVID ALLWOOD | TASC | 0840 | 1030 |
| 7:40 | 11 | | Bill Herremin | McPanner PHt | 8:40 | |
| 8:00 | | | Kristin Froehlich | Medical | 9am | 6pm |
| | | | Shari Bacon | U of D | 9:20 am | 11:00 am |
| 7:55 | 8:30 | | Eleni Kousoulis | Fed Public Def | 9:25 | 10:25 |
| 8:25 | | | Camille M. Budge | Para Plus | 9:30 | 10:25 |
| 8:25 | | | Mulford | mdred | 0930 | |
| 8:45 | | | James W Wells | Brokers | 9:40 | 10:15 |
| 8:45 | | | Sr. Dolores A. Macklin osf | Cath Charities | 9:46 am | 11:00 |
| 8:50 | | | Sara Riffe / Zina Taylor | DFS | 10:00 | |
| 8:45 | | | T. Tempe | NAIF, Inc | 10:10 | 11:58 |
| 8:55 | 10 | | Charles Krupnick | Stericycle | 10:00 | |
| 8:55 | | | A. Thomas | Pest Control | 10:20 | 10:25 |
| 8:55 | | | Marsha Miller | Mentor Program | 10:45 | 4:00 |
| 8:55 | | | James Wells | visit | 10:55 | |
| 8:55 | | | Jenna Jerk | DFS | 11:00 | 11:35 |
| 8:50 | | | Tim Weiler | PD | 11:00 | 11:15 |
| 8:50 | | | Melody Christie | KI | 11:25 | |
| 9:00 | | | J. Towney | Kitchen | 11:50 | |
| 9:10 | | | | | | |
| 9:00 | | | | CMS | 12:00 | |
| 9:00 | | | Priscilla Murphy | Gambler | 12:55 p | 2:00 |
| 9:00 | | | Ron Immelsen | Dupres Fire | 13:00 | 13:33 |
| | 9:20 | | Sr. Mary Katores | | 8:38 | 9:45 |

| in | out | Date | Name | Orig | in | out |
|---|---|---|---|---|---|---|
| 245 | | | | | 876 | 3:30 |
| 0820 | | | | P.D.O. | 2:40pm | 2:42pm |
| 10:40 | | | | MSN | 650A | 340 |
| 1045 | | | Lockwy Jeff | Medical | 815 | 1115 |
| 11:00 | | | L. Durkey | P+P | 0845 | 1035 |
| 2:45 | 4:00 | | Liam Bacon | UofD | 9:15 am | 11:30 |
| 2:48 | 4:15 | | J Sing | DOC-13 | 9:30 | |
| 4:45 | | | Harold R. Mack | Reg Try. Corr. Ford ser. | 0950 | 1125 |
| " | | | T. Ismaeel | NAIF | 10:00 | 11:50 |
| 8 | | | Jenny McEntire | DOC | 11:43 | |
| 9:00 | | | J Bolander | CMS | 11:15 | 2:30 |
| 9:00 | | | Carina Holmes | Village | 12:25 | 1:17 |
| 9:35 | | | Tyrone C. Johnson | C.O.Y.C. | 12:35 | 1:17 |
| 9:35 | 1:45 | | Liam Bacon | UofD | 1:00 pm | |
| 9:40 | 12:35 | | Roy Amstrg Armstrong | P&P | 1:10 | 3:40 |
| 9:45 | | | | Med | 3:10 | |
| 9:50 | | | Dionne Dudly | CMS | 1745 | 2000 |
| 10:10 | | | Claudia Jones | Newark UPC | 7:45pm | 8:47pm |
| 1:00 | 8:30 | | Katie Earnest | medical | 845 | 1230 |
| 2:50 | | | M | | | |
| 2:50 | 3:30 | | | Wed | | |
| 2:53 | | | Harold R. Mack | Reg Try. Ford ser. | 0830 | 01:00 |
| 10:00 | | | Stephen D. JW | | 9:00 | 10:10 |
| 8:00 | | | Dr L Wesley | Medical | 11:10 | |
| 8:00 | | | McQuston | VAC | 1:56 | |
| 0829 | | | | | 5:15 | |
| 8:10 | | | Melvin Coleman | PF- | 6:15 | 8:27pm |
| | | | L Wesley | medical | 7:50 | 8:00A |
| 10:29 | | | Harold R. Mack | Reg Try. Corr. DBWCI | 0800 | 9:10 |
| 10:22 | | | Phyllis | N.D.N. | 9:08 | 10:00 |
| 10:20 | | | Michael Knight | Food Service | 1015 | 1215 |
| 12:10 | | | R. Galebieswski | SC 150 | 10:30 | 11:45 |
| 1:00 | | | J. Markmd | atty | 12:00 | |
| 1:20 | | | Wm. Wharton | PSPEA | 12:50 | |
| | | | Marsha L Miller | DMP | 12:45 | |
| | | | R Mele | Glucewicz | 1255pm | 4:15 |

| in | out | Date | Name | Drug | in | out |
|---|---|---|---|---|---|---|
| 8:40am | 9:? | | | | 12:15pm | 1:00pm |
| 8:40 | 9:? | | | PRC | 12:24 | |
| 8:17 | ?:3? | | | DSP T-2 | 1:41 | 2:38pm |
| 10:35 | 10:3? | | S. Good | DSP-T-2 | 1:41 | 2:38pm |
| 10:35 | 10:? | | Seph P.Ho | DFS | 2:50 | |
| 11:05 | | | R. Bradley | DEIP | 6:19 | |
| 12:02 | 2:45 | | J. Wesley | medical | 8:28 | |
| 12:? | 6:50 | | Tracy Daniel + Chas Talbot | DFS | 10:35 | 11:30 |
| 12:15 | | | Jennifer Sammons | PD office | 12:15 | |
| 12:15 | 13:? | | John Daniello | PD office | 12:15 | |
| 12:15 | 12:2? | | Linda Winsler | medical | 8:00A/12:35/3:00P | |
| 1:15pm | 2:2?pm | | Munford | medical/max | 1350 | |
| 1:30 | 3:15 | | Mary Burnett | Atty visit | 2:27 | 3:45 |
| 2:55 | 3:35 | | Susie Bartlett | 1st AG church | 6:20 | 8:30 |
| 6:15 | 8:00 | | Debbie Keever | | | |
| 6:20 | | | R. Bradley | PRC | 6:30 | |
| 9:50 | | | Harwitz | Liberty | 0:30 | 9:00 |
| 10:55 | 12:15 | | T.J Smead | NAIF, Inc | 10:00 | 11:45 |
| | | | V. L Ross | Read Aloud | 10:30 | 10:5 |
| 12:20 | 8:? | | James Natalie | Atty | 11:00 | 12:00 |
| 1:50 | 2:4? | | Priscilla Murphy | DCGP | 12:54pm | 2:35pm |
| 1:50 | 2:1? | | Donald Hagans | Roberta White | 2:30 | |
| 2:15 | 3:2? | | Jessica McCale | | 2:30 | |
| 3:15 | 4:1? | | Rector J. H Crowe | Pd | 1:05 | 2:08 |
| " | " | | Stephanie Jack | medical | 8:5 | |
| " | " | | Stephanie D. Jack | SOAR | 9:00 | 10:45 |
| 3:15 | 4:5? | | Paula Stevens | R'OAP Coordin | 9:45 | |
| 6:25 | | | Jeff Nac - MPS | kitchen | 10:00 | 11:15 |
| 10:45 | 8:? | | Stacey Phillips | CASA | 10:55 | 11:40 |
| 9:15 | | | Patricia Judy | DFS | 10:40 | 11:40 |
| 9:50 | 9:? | | Linda Wester | medical | 4:45 | 6:30 |
| 11:20 | 11:? | | Debbie Gottschalk | CMH | 3:30 | 4:30 |
| 11:28 | 12:? | | Jessica Bail | off | | |
| 11:34 | | | Bill Samms | | | |
| 11:55 | | | Matt Rusijan | | 6:30 | 8:? |
| | | | Johnny | med | 8:? | 4? |

285

| in | out | | Name | Org | in | out |
|---|---|---|---|---|---|---|
| | 10:48 | 12:? | | DEL? | 6:22 | |
| :pt | 1:05 | | | medical | 7:20 | 9:35 |
| | 2:35 | | da Wester | medical | 8:15 | |
| | 3: | 2: | Ron Norvel | Superior Court investigative serv | 8:45 | 10:35 |
| red | 3:00 | 1:30 | Harwik | Lcorp | 10:10 | |
| | | | John Dowling | PD - Sussex | 10:30 | |
| D | 7:00 | 3:? | Edward C copes | O. Hill | 11:30 | 6:15 |
| | | | Antoinette | | | |
| D | 9:00 | 5: | Ki Rud | P.Pi | 12:35 | |
| | 9:12 | 10: | Ja MMAtoyer | CMS | 12:? | |
| | | | T. Bolander | DCJS | 1:00 | |
| | 9:30 | | D. Nez | DCJ | 1:20 | 2:10 |
| | 10:35 | | N. Robin | DC | 1:24 | 2:10 |
| | 1:30 | | James Hade | CMS | 3:45 | 4:00 |
| | 3: | 3: | David J J Faccolo & | attorney / volunteer | 4:35 | 5:45 |
| | 17:30 | | | MA Henson | | |
| / | 8:20 | | Greg Jackson | DFS | 7:50 | 8:20 |
| v | 9:45 | | Stephanie Jackson | medical | 7:5? | 9:? |
| | 0828 | 09? | J. Durvey | J+P | 0840 | |
| Serv. | 9:20 | 10:? | Barbara Carter | The way Home | 8:45 | |
| | 36hr | 12:? | | Katie Earnest | medical | 9 Am | 1 Pm |
| | 0905 | 09? | 06 Sara Riffe/Zimtagle | DFS | 9:40 | |
| | 9:10 | | James Hade | CMS | 9:40 | 11:15 |
| | 9:15 | 7: | T. Ismaa'eel | NAIF, Inc | 9:45 | 11:40 |
| tanto | 9:25 | | 06 Garcia, S | Re-Entry | 10:30 | 12:30 |
| ' | 9:35 | 1: | 06 Deb O'Hanlon | records | 10:30 | |
| Ray | 9:40 | 1: | 06 Rebecca McBride | Records | 10:30 | |
| | 9:50 | | Geneva J. Freeman | CMS / genetics | 10:56 | 11:05 |
| | 9:50 | | Gary Hamm | Brenda | 10:45 | 12:05 |
| | 10:00 | 12:?5 | 6 Todd Connor | PD | 11:45 | 12:05 |
| soon | 10:45 AM | | D McQuiston | JAC | 12:15 | |
| | 11:30 | | Rebecca Brandt | DFS | 1:00 | 2:02 |
| | in | 2: | Ashley Bradley | | 1:00 | 2:00 |
| | 1:45 | | M. Loppy | CMS | | |
| | 2:20 | | Dionne Dindy | CMS | 1800 | |
| Nam | | | 06 | | | |