284

| Date | Name | Org | |
|---|---|---|---|
| 4-14-06 | T. Ismaeel | NAJE, Inc | 10.78 |
| 4-14-06 | Frank Kempisty | Medical Dept | 1:05 |
| 4/14/06 | Jessica Paul | | |
| 4/14 | P. Johnson | Medical | 3 |
| | LISA MAYS | MSN/Med | 300 |
| | Mne | | |
| 4/17/06 | LISA MAYS | MSN/MED | 700 |
| 4/17/06 | Linda Wesley | medical | 900 |
| | Stephen I. The | Son | 9:12 |
| 4/17-06 | John Gray | DMS | 9:30 |
| 4-17-06 | C Earle | DOJ | 10:35 |
| 4/17 | D. McQuiston | VK | 1:30 |
| | Smith | Med | 3 |
| 4/17 | Diane Denny | CMS | 1730 |
| 4/17/06 | DAVID J. FACCIOLO | SQ ATTY | 800 |
| 4/18/06 | DAVID ALLWOOD | M. Hinson | 945 |
| 4/18/06 | DAVID ALLWOOD | TASC | 0828 |
| 4/18/06 | Deborah Jester | COP-Inv. Serv. | 920 |
| 4/18/06 | Kit Luner | PD | 1306 |
| 4/19/06 | J. Dupey | P&P | 0905 |
| 4/19/06 | M. Williams | MIS | 9:10 |
| 4/19/06 | Earnest | medical | 9:15 |
| 4/19/06 | Ron Thomson | Joe Pachano | 9:25 |
| 4/19/06 | JACKI WILSON | Sup Crt - NCC | 9:35 |
| 4-19-06 | NEIL WOELKERS | Lack. Mobile X-Ray | 9:40 |
| 4-19-06 | Betty Bradley | medical | 9:50 |
| 4-19-06 | Shannon Zorich | Medical | 9:50 |
| 4-19-06 | Linda Wesley | medical | 1000 |
| 4-19-06 | C.J. Carpenter | Mrs. Brown | 10:45 AM |
| 4-19-06 | M. Modica | | 11:30 |
| | J. Lee | PD | |
| 4/19 | Dawn McQuay | VK | 1:45 |
| 4/19 | MARK P | Courts | 2:26 |

**279**

| in | out | | Name | Org | in | out |
|---|---|---|---|---|---|---|
| | 11:50 | | | Donoli Express | 6:08 | 9:00 |
| | 1:35 | | | " " | " " | 9:00 |
| | 1:35 | | Bertha Miller | " " | " " | " " |
| | 8:45 | | Martha J. Weaver | " " | " " | " " |
| | 8:45 | 10 | Anna Yoder | " " | " " | " " |
| | 9:00 | | Grace Zuist | " " | " " | " " |
| | 9:07 | | | Medic | | |
| | 9:15 | | Mia Hnett Jr | Medical | 9:15 | |
| | 9:30 | | Joe Well | DOC Medical | 8:4 | |
| | 09:45 | | Lisa Sttery | Interview | | |
| | 10:03 | | Terry L. Smith | Interview | 9:45 | |
| | 10:15 | | T.D Smgs'eet | Amerah Soc. Service | 10:00 | 11:45 |
| | 10:50 | | | | 10:30 | |
| | 11:10 | | Steven O'Neill | Interview | 10:15 | 11:30 |
| | 12:00 | | Shera Dennis | Interview | 10:50 | |
| | 1:00 | | Lena Thayer-Wice | Interview | 11:15 | 12:35 pm |
| | 1:00 | | Victor Kiser, Jr | BCF | 12:30 | 12:40 |
| | 1:05 | | D McQuiston | VAC | 1:05 | |
| | 1:45 | | Keyshia Wilmer | interview | 2:00 | |
| | 2:20 | 3:0 | A McFarson | Visitation | 2:00 | |
| | | | F. Weeks | Interview | 2:20 | 3:30 |
| | 2:40 | | Deloud Johnson | Visit | 11:30 | |
| | 17:30 | | Nikita Y Robio | Reach | 1:00 | |
| 85 | 5:25 | | Jaquette Murray | Medical | 7:45 | 4:85 |
| ress | 5:25 | | Joyce Hubbard | Medical | 8:15 | |
| press | 5:25 | | Amy Osgood | Avodah | 8:30 | 3MF |
| ress | 5:25 | | Connie Prcopio | " " | " " | " " |
| ress | 5:25 | | Julie Gayer | " " | " " | " " |
| xpress | 5:25 | | Regina Ress | " " | " " | " " |
| ress | 5:28 | | Newman Taylor Baker | " " | " " | " " |
| ess | 5:28 | | Jessica Maiorano | DFS | 10:40 | 11:35 |
| | | | Megan Gardner | DFS | 10:40 | 11:35 |
| | 6:07 | | Ofc C. Purse | NCCPD | 11:45 | 12:20 |
| | 6:07 | | Ben Dorsey | Key Village | 12:20 | |
| | 6:08 | | V Reed | | | |
| | 6:08 | | | med | | |

**276**

| Date | Name | Orig | in | o |
|---|---|---|---|---|
| 03-21-06 | William Hoey | ICE | 17:50 | 19 |
| 3/22 | Lucille Stanish | OPD | 8:44 | 10 |
| 3/22 | Joe Duevey | Pat | 8:50 | |
| 3/22 | Steve Cloud | APEX GNG | 8:50 | |
| 3/22 | Nick Skelton | APEX ENG | 8:50 | |
| 3-22 | Lee K | Wissahickon | 8:50 | 9 |
| 3-22 | K Earnest | Medical | 9:30 | |
| 3/22 | Valerie Maceh | Interview | 10:45 | |
| 3/22 | Speller, Keelee | Phi jewelry & money | 12:30pm | |
| 3/22 | Edward Roane | " | 12:30pm | |
| 3/22 | Bill Hoan | Library | 1:00 | |
| 3/22 | Dawn McQuiston | VAC | 1:22 | |
| 3/23 | Lindsay Amore | Nursing Student | 7:00 | 3 |
| 3/23 | Laura Ubertini | Nursing Student | 7:00 | 3 |
| 3/23 | [signature] | Nursing Student | 10 am | |
| 03/23 | Deborah [Ruggiasella] | MH/HRYCI | 10:45 | |
| 03/23 | [signature] | | | |
| 3/23 | [signature] | Medical Appt | 11:30 | |
| 3/23 | [signature] | Medical | 13:00 | |
| 3/23 | Jim Dann | PDO | 1:05 | |
| 3/24 | Laura Ubertini | Nursing Student | 7:00 | |
| 3/24 | Stephen [?] | Moon | 7:00 | |
| 3/24 | Lauren [?] | D. Harris | 9:08 | |
| 3/24 | Jeffrey Shaman | TASC | 9:50 | |
| 3/24 | T. Ismaeel | NAIF, Inc | 10:00 | |
| 3/24 | J N Sinos | DOC-FA | 10:31 | |
| 3/24/06 | Margaret [?] | BCI | 12:15 | |
| 3/24 | [?] McQuiston | VAC | 12:25 | |
| 3/24 | Priscilla Murphy | DCGP | 12:45 | |
| " | [signature] | " | " | |
| 3/26 | Michael [?] | | 1 pm | |
| 3/26 | [?] | MH/HRYCI | 12:25 | |

275

| in | out | Name | Org | in | Out |
|---|---|---|---|---|---|
| 80 | | | Medical | 7:43 | |
| 10:15 | | | CMS | 5:20 | 5:20 |
| 11:20 | 11:45 | Julius | TASC | 8:50 | |
| 1:55 | | Dary Quicks | medical | 0910 | |
| | | FFNaz MIS | Kitchen | 9:20 | 10:15 |
| 2:45 | | Jones | FCM-Medical | 9:58 | |
| 3:45 | 3:45 | V. Reed | P.JO. | 10:02 | |
| 2:45 | | G. Tyril | mdy | 3:30 | |
| 8:00 | 10:00 | Lindsay Amore | Nursing Student | 7:00 | 1:00 |
| 0917 | | Laura Ubertini | Nursing Student | 7:00 | 1:00 |
| 0953 | | Charles A Rumick | Stericycle | 7:30 | |
| 1005 | | Bra Wright | Medical | 7:50 | |
| 10:05 | 1:5 | Agnieszka Krauze | DOC/EDC Cert#160 | 8:25 | 10:35 |
| 1004 | | Barbara Carter | Education | 8:50 | 4:00 |
| 10:30 | 11:44 | M Cerafin | PD | 9:15 | |
| 10:30 | 3:40 | | T. Ismaeed | 10:10 | 12:00 |
| 10:15 | | David R Paivot | interview Ann Frost | 11:10 | 12:00 |
| 11:45 | 1:15 | Milton Bictenhuigh | TELCO Sev. | 11:55A | 2:45PM |
| 12:20 | | T Ismaeed | | | |
| 1:29 | 1:46 | Linel Walls | Friendship House | 10:5P | 2:85P |
| 3:02 | | Monet Floyd | Friendship House | 105P | 245P |
| 5:15 | | Jessica Rool | | 2:15 | |
| 7:06 | 1:3 | J. White | VCF-Bible School | 1:00pm | 3:00pm |
| 7:00 | 1:0 | Safak | Medical | 2 | |
| 7:48 | | Leslie Donohue | (M) | 8:10 | 5:00 |
| 9:30 | 1:45 | Stephen D Julio | SOAR | 9:05 | 10:45 |
| 11:10 | | J Sinos | DOC-IA | 11:41 | |
| 1:35 | | M. Tigue | DOC-IA | 11:40 | |
| 1250 | 14 | Matt Pickle | marketine | 2105 | 2133 |
| | | Fred Ridley II | marketine | 2105 | 2130 |
| 2:45 | 3 | Leslie Donohue | CMS | 8:10 | 5:15 |
| 245 | | Matt Pickle | marketine | 8:10 | 12:00 |
| 7:30 | 45 | Fred Ridley II | marketine | 8:10 | 12:00 |
| 7:00 | 1:0 | Kristin Froellich | mental health | 1:37p | 2:45 |
| 7:00 | 10 | Lydia Cop | PD-Chief | 2pm | 6:30pm |
| | | Jonathan Fox | Tetra Tech T | | |

273

| in | out | date | Name | Org | in | out |
|---|---|---|---|---|---|---|
| 1:15 | | | | AIL | 13:15 | |
| 1:30 | 2:35 | | | AIL | " | |
| | | | Shakoofah | AIL | " | |
| 10:50 | 11:25 | | Zahrah | AIL | " | |
| | | | Nahid | MOWA | " | |
| 5:50 | 6:40 | | Marissa | MOWA | " | |
| | | | Shaiqa | MOWA | " | |
| 8:05 | 5:15 | | Karima | MOWA | " | |
| 8:58 | 10:35 | | Sima | MOWA | " | |
| 9:50 | 2:10 | | Assatpari | MOWA | 13:15 | " |
| 10:55 | 11:10 | | Joyce Hubbard | | | |
| 12:55 | | | Joe Durney | P&P | 0900 | 10:00 |
| 12:56 | | 06 | Alan Haase | CCP-ISO | 0910 | 0955 |
| 1:20 | 30? | | Ed Fr... | PD | 9:25 | 1:47 |
| 1:25 | 3:00 | 9-06 | Gwen Scott | Medical | 10:00A | |
| 1:26 | 2:00 | 9-06 | C... | Tx Sen. | 10... | |
| 2:30 | 3:0 | 9-06 | ... | PD | | |
| 3:00 | 3:45 | | ... Brown | Sup Ct PSD | 2:40 | |
| 8:10 | | | ... | | 3:3 | |
| 9:30 | | | Leslie ... | CMS | 3:30 | 5:00 |
| 9:40 | 1:3 | | Mia... | Medical | 7A | |
| 9:50 | | | ... | DCT | 8:40 | 10:15 |
| 10:55 | 1:30 | | Shirley Phillips | ... | 9:30 | 10:10 |
| 6:29 | 8:04 | | Bharat J. Gajjar | yoga | 9:20 | |
| 8:30 | 10:00 | | T. Smajed | NAIF Inc | 9:50 | 11:45 |
| 6:00 | | | Dapp ... | medical | 10:00 | |
| 9:30 | | | Ed Hamer | PPS | 10:25 | ?1: |
| 9:30 | 1:00 | | D McQuist | VAC | 10:25 | |
| 10:10 | 5:00 | 06 | N. Branch Evans | TASC | 11:30 | 12:45 |
| 10:10 | 12: | 06 | Megan Gardner | DFS | 10:30 | |
| 12:15 | 1:2 | 06 | Maurr wlth | MLS | 12:00 | |
| | | 06 | Judith C. Conkey | DOL | 2:15 | 3:50 |
| 12:15 | | | Omega Williams | DOL | 2:15 | 3:50 |
| 1:10 | | | ... | | 2:55 | |
| 1:10 | | 06 | Kathleen Storey | CMS | 3:28 | 3:38 |
| | | | Isha Wright | | | |