**272**

| Date | Name | Org | in | out |
|---|---|---|---|---|
| 3/3 | M. Quiston | I/R | 1:15 | |
| | Rebecca Tuller | H30 | 1:30 | 2:13 |
| 3/3 | Jessica Priori | J-37 | | |
| 3-4 | T. Ismoeles | NJ???, Inc | 14:50 | 11:2 |
| 3/4/06 | Petra | | | |
| 3/5/06 | Chas Butler | AAty | 5:50 | 6:40 |
| 3/6 | M. Greenley | CMS | | |
| 3/6 | John ??? | CMS | 8:05 | 8:15 |
| 3/6 | Steffen ??? | Law | 8:58 | 10:30 |
| 3/6 | ??? | PD | 9:50 | 2:10 |
| 3/7 | Barb Burks | Medical Apt. | 10:55 | 11:18 |
| 3/6 | Susan Duhl | Mentor Prog | 12:55 | |
| 3/6 | M. Quiston | I/R | 12:56 | 1:06 |
| 3/6 | Fran Tracy-Mumford | DOE | 1:20 | 30? |
| 3/6 | Lewis Atkinson | DOE | 1:25 | 3:00 |
| 3/6 | Lisa Morgan | DOE | 1:26 | 1:00 |
| 3/6 | Guina ??? Chewy | DOE | 2:30 | 3:? |
| 3/6 | Dana Gunther | TASC | 3:00 | 3:43 |
| 3/7 | Leslie Donohue | CMS | 8:10 | |
| 3/7 | Shane Jeeves | DPS | 9:30 | |
| 3/7 | ??? Framer | PDS | 9:40 | 1:? |
| 3/7 | Eau | DCJ | 9:50 | |
| 3/7/06 | Jacki Wilson | Superior crt | 10:55 | 1:3? |
| 03/07/06 | Dona Lynn Woodard | PF. Bible Study | 6:29 | 8:?? |
| 3/0/06 | Scott S. Agney | CMS | 8:30 | 10:00 |
| 3/8/06 | Dan Mumford | med | 9:20 | |
| 3/8 | ??? Framer | PD | 9:30 | |
| 3/8/00 | R. ??? | medical | 9:30 | 10:? |
| 3/8/06 | Joan Hellmann | Harrisburg, PA | 10:10 | 5:?? |
| 3/8/2006 | George Hellmann | Harrisburg, PA | 10:10 | 12:? |
| 3/8/06 | T. Crampstop/BCI | Medical | 12:15 | 1:?? |
| 3/8 | McQuiston | I/R | | |
| 3/8 | Arlene ??? | WCJ | 1:?? | |
| 3/8 | ??? Johnson | Superior Court | 1:?? | |
| 3/8 | ??? | Superior Court | 1:10 | |

271

| in | out | date | Name | Orig. | in | out |
|---|---|---|---|---|---|---|
| 9:35 | | 06 | Lisa Brooke | PRC Graduation | 6:40 | |
| 9:38 | | 08 | Salah Bradley | PRC Graduation | 6:40 | |
| 10:00 | 11:50 | 06 | Dana Lynn Woodard | PF Bible Study #5 | 6:30 | 8:30 |
| 10:11 | 11:25 | | Kerry Chambers | CMS | | |
| 10:11 | 11:25 | | Jessica Rachel | CMS | | 0 |
| 10:25 | 12:34 | 06 | Babe Gilliam | DES | | |
| 10:25 | 12:30 | 06 | Ed Toner | | 9:47 | |
| 10:25 | 12:30 | 06 | L. Earnest | medical | 9:30 | 2 PM |
| 12:20 | | 06 | | BOP/Doc | 9:15 | 12:30 |
| 12:20 | | 06 | Jones | MH-FCM | 10:00A | |
| 12:50 | | | Dawn McQuiston | VAC | 12:50 | |
| 10:40 | | | M. Terris | appt Oliver-Berry | 12:55 | |
| 9:15 | 1:20 | | Pedeize | appt Linda-Lou | 2:00 | |
| 9:35 | | | Kubritz | Linda Lou | 2:00 | |
| 11:30 | 12:36 | | T. Ismae'eel | NAIF, Inc | 7:10 | 8:00 |
| 11:36 | 12:45 | | Carlene White | AA | 7:17 | 8:30 |
| 12:10 | 12:37 | | Catherine J. Farrell | AA | 7:30 | 8:30 |
| 1:50 | | | Bent Horsley | AA | 7:30 | 8:30 |
| 10:04 | 3:40 | | Arne Greenly | CMS | 7:00 | 4:25 |
| 1:30 | 2:30 | | D. Osborn | BCI | BO | |
| 1:40 | 3:15 | | Jessica Rigby | CMS | 8:00 | 2:00 |
| 8:00 | 5:00 | | Lucille Stansko | OPD | 8:40 | 10:05 |
| 9:30 | 11:15 | | Mary Wyler | MIS | 9:15 | 10:20 |
| 9:30 | 11:10 | | Mary Ann McLerre | MIS | 9:15 | 10:20 |
| 9:31 | 11:30 | | Denise Ensor | Child Inc | 9:30 | 10:20 |
| 9:50 | 1:00 | | W. Hansen | PD | 10:00 | |
| 12:00 | | | Ron Pink | Monarch Inc | 10:21 | 10:20 |
| 12:00 | | | Jones | Medical - FCM | 10:20 | |
| 12:34 | 12:57 | | Thomas Moruha | MH6 | 13:25 | |
| 12:36 | 2:35 | | Joe Cell | UFCW Local 27 | 3:00 | 3:45 |
| 2:00 | 2:30 | 06 | Lucille Edwards | GothW/Awa | 7:00 | 8:50 |
| 2:30 pm | | | | CMS | 7:15 | 5 |
| 3:00 pm | 4:00 | | | | 0 | |
| 9:00 A | 9:45 | | Bolander | CMS | 9:50 | |
| | | | T. Ismae'eel | Inc | 10:00 | 2:00 |
| | | | Rosa Bently | LSF | 5:15 pm | |

**270**

| Date | Name | Org | in | |
|---|---|---|---|---|
| 2/24/06 | Sara Rulle | DFS | 9:35 | |
| 2/24/06 | Megan Gardner | DFS | 9:38 | |
| " | TJ Ismaaeel | NAIF, Inc | 10:00 | 11: |
| 2/24/06 | Det. Christen Brown | DSP T.2 | 10:11 | 1125 |
| 2/24/06 | Det Corey Goden | DSP T.2 | 10:11 | 1125 |
| 2/24/06 | K. Sieu Smyth | U Del | 10:25 | 12:3 |
| 2/24/06 | Victoria Yost | U Del | 10:25 | 12:30 |
| 2/24/06 | Megan Kuhn | U Del | 10:25 | 12:3 |
| 2/24/06 | Kathy Ferrito | PD | 12:20 | |
| 2/24/06 | Emily Megurilan | BCI | 12:10 | |
| 2/24/06 | Mark | Collins | 12:20 | |
| 2/24/06 | Kathleen Hopkins | BCI | 10:44 | |
| 2/27/06 | | DCS | 9:15 | |
| 2/27/06 | Jack Sams | DOC-IA | 9:35 | |
| | Jorge Jenkins | PDO | 11:30 | |
| 2/27/06 | Ron Norvell | Superior Court ISO | 11:36 | 12 |
| 2/27/06 | Margaret Gibson | BCI | 1210 | 123 |
| 2/27 | D M Quiston | VR | 1:50 | |
| 2/27 | McCann | Cingenics key | 1:10 | 3 |
| 2/27 | Colerra | JASC | 1:30 | 2 |
| 2/27 | Rose Whitley | P.A | 1:40 | 3 |
| 2/28/06 | | cm | 8w | |
| 2/28/06 | Julia Kachik | DFS | 9:30 | |
| 2/28/06 | Laura Pepper | DFS | 9:30 | |
| 2/28/06 | Jacy Kachik | DFS | 9:31 | |
| 2/28/06 | Ed Romm | PD | 9:50 | |
| 2/28/06 | N. Robinson | DCS | 12:a | |
| 2/28/06 | Lucy Allen | DCS/Child Pro | 12:00 | |
| 2/28/06 | Harriette | Luscorp | 12:34 | |
| 2/28/06 | D. Cotman | BCI | 12:36 | |
| 2/28/06 | Daniel Cox | DOC | 2:15 | |
| 2/28/06 | Babu Gilliam | DFS | 2:30pm | |
| 2/28/06 | Eleni Kousoulis | Fed Public Def | 3:06pr | |
| 3/3/06 | Cal Ross | Verizon | 9:00A | 9: |

| Date | Name | Org | Time in | out |
|---|---|---|---|---|
| | 268 | | | |
| 2/17/06 | Noreen Quinley | CMS OSHA | 6^A | |
| 2/17/06 | Kasey Chambers | CMS | 6^A | |
| 2/17/06 | Jessica Rigby | CMS | 6A | |
| 2/17/06 | Charles ??? | Stericycle | 8:00 | |
| | Traci ??? | CMS | 9:08 | |
| 2/17/06 | Sara Riffe, ??? Taylor | DFS | 9:30 | |
| 2/17/06 | C. Miller | DFS | | |
| n.d. | T. ??? | NAIF Ins. | 10:10 | |
| 2/17/06 | Marina Stout | Children & Fam. | 10:25 | |
| 2/17/06 | MS | DOC-IG | 11:25 | 12 |
| 2/17/06 | Jessica Padi | | 2:30 | |
| 2/17/06 | Susan Kelly | PDO | 3pm | |
| 2/19/06 | ??? Gibbon | Threshold | 6pm | |
| 2/19 | ??? | Threshold | 6:15 | |
| " | N. Francis | Threshold | 6:20 | |
| " | ??? | " | | |
| " | C. Heon | " | 8:10 | |
| " | W. Smith | " | 8:10 | |
| 2/20/06 | Noreen Quinley | CMS | 6:50 | |
| 2/20/06 | Leslie ??? | CMS | 8:03 | |
| 2/20/06 | Jim Augustine | PSX | 9:55 | |
| 2/20/06 | Craig Sheridan | PS | | |
| 2/20/06 | Kristen Garozalo | Professional Visit | 10:20am | 12 |
| 2/?? | | | | |
| 2/20 | ??? Bowman | ??? | | |
| 2/20/06 | ??? Whitley | PA | 2:30 | 3 |
| 2/20/06 | Carol Scott ??? Assoc. | Delaware Mentoring Program | 6:05 PM | |
| 2/?? | Noreen Quinley | Medical | 6:15 PM | |
| 2/21/06 | ??? | CMS | ??? | |
| 2/21/06 | Joey ??? | P&P | 1910 | 08 |
| " | Tanisha ??? | P.O. | | |
| 2/21/06 | Denise Engle | Child Inc. | 2100 | |
| 2/?/06 | Paul ??? | ACLAS | 1930 | |
| 2/??/06 | Mary ??? | NCCDD | 225 | |
| | Jessica Padi | | 30 | |