**264**

| Date | Name | Orig | in | out |
|------|------|------|-----|-----|
| 2/2/06 | Jenkins | PASS | 9:15 | |
| 2/2/06 | | MA Perez | 20:40 | |
| 2/v/06 | Fifth E Philly | MEDICAL | | |
| 2/2/06 | Keern Mclee | Govance Reg V. | 1:15 pm | 3 |
| 2/2/06 | Alison Zeigler | OFS | 1:30 | |
| 2-2-06 | Pastor Bruce Perkins | COT2N F.WC | 6:10 pm | |
| 2/3/02 | J. Durney | R+P | 0900 | |
| 2/3/06 | B Roth | ECOLAB | 0920 | |
| 2/3/06 | E.L. Martin | SEF86 | 9:00 | |
| " | J. Jamaal | NAIT, Inc | 10:00 | |
| 2/3/06 | Gana Brown | SELF | 10:05 | |
| " | B Owen | PD | 10:30 | |
| " | Walker | PD | " | 12 |
| 2/3 | D McQuiston | VAC | 1:29 | |
| 2/3/06 | Harold R. Mack | Reg. tny. BWCI | 13:59 | |
| 2/3/06 | Jessica Doold | | | |
| 2/3/02 | Bernice B. Golly | Victory Bible | 12:85 | |
| 2/4/06 | | DTTY | 11:45 | 3 |
| 2/6/06 | | | 12:55 | |
| 2/6/06 | Miend Grunde | CMS | 1:50 p | |
| 2/6/06 | Styphn P. Julio | SOM | 9:0c | 10 |
| 2/6/06 | Leslie Donohue | CMS | 9:20 | |
| " | Dewan | PD | 1:55 | |
| 2/6 | BMDocy | Med. | 1:02 | |
| " | Theresa Reed | P-D | " | |
| 2/6 | D McQuiston | VAC | 1:29 | |
| 2/6 | McAolicski | PD | 1:30 | 2 |
| 2/6 | Nicole Worker | PD | 1:30 | |
| 2/6 | J N Sings | DOC-12 | 3:05 | |
| 2/6 | Aaronson | AH | 3:50 | |
| 2/7 | Marianne Shawley | cms | 8:40 | |
| 2/7 | Beth Hussey | PDE | 10:10 | |
| 2/7 | Lucy Dulee | to School | 1:15 | |
| 2/7 | Ulm m Ruft | M&J | 12:45 | |

| in | out | | | in | out |
|---|---|---|---|---|---|
| 1:40 | | | | 9:20 | |
| 8:40 | | | cup ct | 9— | 0 |
| | | | Counes | 9:20 | |
| 9:05 | | | med | 9:30 | 12:15 |
| 9:05 | | | DOC - IA | 9:30 | 11:30 |
| 9:05 | | | Medical | 10:00 | |
| 9:05 | 11: | | Treatment Serv. | 11:30 | |
| 1:30 | | | RC | 1:36 | |
| 10:16 | | | Dorthy Blye Caley | 6:30 | |
| 11:35 | 12: | Clem Brown | Victory Bible | 7:00 | |
| 11:25 | 11 | J Poplander | CMS | 8:00 | |
| 11:32 | | O Alaux | MH | | |
| 11:37 | | William Hoad | ICE | 09:37 | 09:48 |
| 11:30 | | William Hoad | ICE | 09:55 | 10:24 |
| 11:30 | | C.L. Martin | BCTSO | 9:58 | 1:30 |
| 12:43 | 1:4 | Glenn Stoddard | Collas | 10:15 | |
| 12:43 | 1:4 | Sara Riffe | DFS | 10:30 | 1:20 |
| 7:08 | 1: | Mike Fisher | RDS | 10:45 | |
| 1:30 | 3: | John O'Ryan | DOC | 11:02 | 12:45 |
| 1:26 | 1: | John Clarzawski | S+H Investigat. | 13:15 | |
| 1:35 | 1: | McQuiston | VAC | 1:23 | |
| 5:25 | | Wm | DCJ | 1:25 | |
| 5:35 | | J. Roous | DCJ | 1:30 | |
| 8:00pm | 9: | M. Cr | DOC FS | 210 | 350 |
| 9:00 | | J. Barford | Atty (Elk Lawson) | 2:10 | 3:30 |
| 9:40 | 1: | OL 7:ch | M | 3:15 | |
| 10:05 | | T Ismaeel | NGI F, Inc | 10:10 | 11:40 |
| 12:35 | | K Co | F. | 11:15 | |
| 1:34 | | C Clark | DOS | 12:01 | |
| 12:00 | 2: | S. Peto   Medical Super | DFS | 9:15 pu | |
| 8:57 | 11 | v asser | Path | 5:40 pm | |
| 2:00 | 4: | Stephen N John | SONT | 7:00 | 8:35 |
| 7:05 | | Kevin Wilson | Q Ukridge K64 Viewer | 7:30 | 2:30 pm |
| 2:49 | 5 | McQuiston | VAC | 1:30 | |
| | | Knudtson | CMS | | |
| | | Fisher - IMS | IL Smith | | |

| 200 Date | Name | Orig | Tim in |
|---|---|---|---|
| 1/11 | Dawn McQuisten | VAC | 1:40 |
| 1/11 | Mison Leagues, DFS | DFS | 8:40 |
| 1/12 | Jorge Jenkins | DFS/ATTNY | 9:00 |
| 1/12 | E. Eaton | ATTNY | 9:05 |
| 1/12 | Chantelle Bryant | DFS | 9:05 |
| 1/12 | Melissa Wise | FVM | 9:05 |
| 1/12 | Miguel Gutierrez | FVM | 9:05 |
| 1/12 | Jan Fried | Read a Load | 11:30 |
| 2/12 | D. Holmes | Medical | 10:16 |
| 1/12 | J. Hodges | CMS | 11:35 |
| 1/12 | Krene Hunter | CMS | 11:35 |
| 1/12 | Dolores Galinder | West Wilm SDA | 11:37 |
| 1/12 | Pastor Keith Acker | W. Wilm SDA | 11:37 |
| 1-12 | C. Evers | DFA | 11:30 |
| 1-12 | D. Souders | SCPD | 11:30 |
| 1-12 | S. Bird | Kay | 12:43 |
| 1 | RBD | Ulm | 12:45 |
| 1/12 | J. Coward | friend | 2:08 |
| 11 | T. Smeesed | NAIF, Inc. | 1:30 |
| 1/12 | TB Olander | CMS | 1:25 |
| 1/12 | Mary Pabins | Friendship House | 1:35 |
| 1/12 | Richard O'Dwyer | ESBM | 5:35 |
| 1/12 | Robert W. Pearman | Essbm | 5:35 |
| 1/13/06 | Jackie Hollenbaugh | CCDS | 8:00pm |
| 1/13/06 | DC mrun | CMS | 8:00 |
| 1/13/06 | Carol Pflingyr | CASA | 9:46 |
| 1 | T. Tsmkfeal | NAIF Inc | 10:05 |
| 1/13/06 | C. Gait | DCPT | 12:35 |
| 1/13 | McQuisten | VAC | 1:34 |
| 1-15-06 | Seth brun 18 people | 3 Angele church | 12:00 |
| 1/16/06 | Styla P. Thio | SOAR | 8:57 |
| 1/16/06 | | | 2:00 |
| 1/16/06 | Dar Moore | medical | 12:45 |
| 1/18/06 | Jega Vla | Victory Bible | 2:49 |

259-

| in | out | Date | Name | Org | in | out |
|---|---|---|---|---|---|---|
| 12:45 | 1:30 | 3/4/06 | A. Krause | EDC | 8:20 | 1:30 |
| 1:30 | 3:55 | | D. B. Allwood | TASC | 0835 | 0955 |
| 3:05 | | | M. Rivera | DFS | | |
| 905 | 12 | | John Gray | O.M.S. | 9:25 | |
| 9:00 | 11:0 | | T. Ismael | NAIF, Inc | 10:10 | 11:45 |
| | | 3/06 | Bill Annos | Atty for JoAnn Wall | 10:20 | 1:00 |
| 2:30 | 7:20 | 6/06 | Rabbi Snederman | Rabbi | 11:15 | |
| 335 | A5 | | M. Reid | P. D. | 12:45 | |
| 2:40 | | 1/6/06 | Nicole Walker | P.D | 1:55 | 3:45 |
| 5:15pm | | 18/06 | O. Earle | DCJ | 2:50 | |
| 10:45 | 1:35 | /06 | B. Foard | DCJ | 2:02 | |
| | | 7/06 | J. Rigor | H&Y CI CMS | 0550 | 605 |
| 8:00 | | 18/06 | Rev Joan W. Williamson | De. Center for Justice | 1:50 | |
| 6:30 | 1:45 | 10/06 | Rev Sharon McGhee | | 2:30 | |
| 930 | 2 | 8/06 | J.D. Ryan | Thresholds | 615 | 616 |
| 0:00 | | /06 | Cornell Clark | Canon | 8:50 | 9:00 |
| :00 | | /06 | Stephen Di Julio | Sosh | 8:55 | 10:30 |
| 0:05 | | /06 | Kim Bryant | PD's | 9:15 | 11:25 |
| 9:15 | 2:15 | /06 | Chneva Shockey | | | |
| 4 | | /06 | Tim McDorman | Eastern Shore Comm Church | 12:41 | 2:05 |
| 4 | 2:55 | /06 | Dawn McQuiston | NAC | 1:35 | |
| 1:15 | 7: | | Eleni Kousoulis | Fed Public Def | 3:10 | 3:45 |
| 7:20 | 7:30 | | David Baylor | De mentor Program | 5:55 | 8:10 |
| 8:40 | 10:0 | /06 | Kim Bryant | PD's | 9:15 | |
| F 0900 | 235 | | Pat McGraw | Forensic Psych | 8:20 | 5:00 |
| 9:50 | | | G. L. Yearb | medical | 9:50 | |
| | | | Dan Munford | medical | 0827 | |
| 10:07 | | | T. Ismaeel | NAIF, Inc | 10:30 | 11:50 |
| 11:00 | 12 | | David Allwood | TASC | 1304 | 1405 |
| 8:15 | 1:30 | | Michael Lawnce | Esshor Fays | 8:17 | 845 |
| 12:00 | 12:2 | | Robert W. Pearman Jr | R.W. Pearman Assoc | 8:17 | 845 |
| 12:20 | 1:2 | | Richard O'Dwyer | | 8:17 | 845 |
| | | | Joe Durney | P.P. | 0905 | 1330 |
| 2:00 | 3 | /06 | Kathe Earnest | medical | 930 | 1025 |
| | | | M. Reid | N.D. | vc | |
| | | | William Anton | X Ray | 816 | |

**258**

| Date | Name | Orig | in | out |
|------|------|------|----|----|
| 12/89 | Ben Sperry | Rev | 12:45 | 1:30 |
| 12/29 | Chloe H. Bryson | PDO | 1:30 | 3:30 |
| 12/30 | P Domingo | DRS | 9:05 | |
| 12/30 | E L Martin | SCISO | 9:05 | 11 |
| 12-30 | 8 Sneebel | NAIB, Inc | 10:00 | 11 |
| 12/30 | FW Lunn | DDS | | |
| 12/30 | Loraine Sanders | Medical | 2:30 | 7:3 |
| 12/30 | John Deckers | Atty for Khalil Hanger | 335 | 45 |
| | Charles Butler | city | 10:40 | 12 |
| 1/2 | Lori Chamberlain | | 3:15 PM | |
| 1/3 | Natalie Wolopin | Attorney for West | 10:45 | 113 |
| 1/3 | McQuiston Dawn | VAC | | |
| 1/3 | Chr Y. Y. Cal | med | 8:00 | |
| | Jen Cain | Sell | 6:35 | 1 |
| 1/4/06 | Katie Earnest | medical | 9:30 | 2 |
| 1/8/06 | Des S Hynes | M H | 10:10 | |
| 1/8/06 | Adam Ryman | Faith Baptist Church | 1:00 | |
| 1/9 | McQuiston | VAC | 1:05 | |
| 1/4/06 | Ann Mann | CMS | 7:15 | 2 |
| " | Nancy Elmer | CMS | " | 2 |
| " | Mike Hooper | CMS | " | 2 |
| 1/4/06 | Sue Palmer | Victory Christian | 6:15 | 7 |
| 1/4/06 | Eleanor Bre er | Victory B.C. | 7:20 | 7 |
| 1/5/06 | Lucille Stanish | OPD | 8:40 | 10 |
| 01/05/06 | Harold R. Mack TE2 | Meeting with Training Staff | 0900 | |
| 1/5/06 | Petra Cantu | Warden or Deputy Warden HEART to HEART | 975 | |
| 1/5/06 | | | | |
| 1/5/06 | Des S Hynes | MH / CMS / Well | 10:01 | 1 |
| 1/5/06 | Steve Crespl DRS | | 11:00 | |
| 1/5/06 | Megan Okszy DRS | | 11:15 | 10 |
| 1/5 | Michael Hopwood | Dept of Labor | 12 N | |
| 1/5/06 | David Plears | Dept of Labor | 12:30 | |
| 1/5 | McQuiston | VAC | | |
| 1/5/06 | C Bryson | PDO | 2:00 | |