IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONIAL FAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-219-KAJ |
| | ) |
| BERNITA EARLE, PAUL HOWARD, | ) |
| and PATRICK RYAN, | ) |
| | ) |
| Defendants. | ) |

### ORDER

For the reasons set forth in the Memorandum Opinion issued today in this matter,

IT IS HEREBY ORDERED that the Motion for Summary Judgment (D.I. 22) with respect to Fayson's *Halal* diet claims against Earle and Ryan is DENIED. Defendants' Motion for Summary Judgment is GRANTED in all other respects.

_____
UNITED STATES DISTRICT JUDGE

November 7, 2006
Wilmington, Delaware