# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

November 15, 2006

Donial Fayson
WCI
660 Baylor Blvd.
New Castle, DE 19720

Erika Yvonne Tross, Esq.
Delaware Department of Justice
820 North French Street -6th Floor
Wilmington, DE 19801

Re:   Donial Fayson v. Bernita Earle, et al.
      Civil Action No. 04-219-KAJ

Dear Ms. Fayson and Counsel:

Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court