IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONIAL FAYSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BERNITA EARLE, PAUL HOWARD, )<br>and PATRICK RYAN, )<br>)<br>Defendants. ) | Civil Action No. 04-219-KAJ |

**ORDER**

At Wilmington this 13th day of December, 2006,

IT IS HEREBY ORDERED that the scheduling teleconference scheduled for December 22, 2006 at 11:00 a.m. is VACATED.

_____
UNITED STATES DISTRICT JUDGE