IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONIAL FAYSON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-219-*** |
| BERNITA EARLE, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington, Delaware, this **20th** day of **February, 2007.**

IT IS ORDERED that a status/scheduling teleconference with Judge Thynge has been scheduled for **Tuesday, March 20, 2007 at 9:30 a.m. Eastern Time. Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE