IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONIAL FAYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-219-KAJ |
| | ) | |
| | ) | |
| BERNITA EARLE, PAUL HOWARD, | ) | |
| and PATRICK RYAN, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Stacey Xarhoulakos on behalf of defendants Bernita Earle, Paul Howard, and Patrick Ryan (the "Defendants"). This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon the Defendants. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Stacey Xarhoulakos
        Stacey Xarhoulaos (#4667)
        Deputy Attorney General
        820 North French Street, 6th Floor
        Wilmington, Delaware 19801
        (302)577-8400
        stacey.xarhoulakos@state.de.us

        Attorney for Defendants

Dated: February 27, 2007

# CERTIFICATE OF SERVICE

I, Stacey Xarhoulakos, hereby certify that on February 27, 2007, I caused a true and correct copy of the attached *Entry of Appearance* to be served on the following individuals in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Donial Fayson
SBI #463713
Baylor Women's Correctional Institution
660 Baylor Boulevard
New Castle, DE 19720

**MANNER OF DELIVERY:**

☐ One true copy by facsimile transmission to each recipient

☑ Two true copies by first class mail, postage prepaid, to each recipient

☐ Two true copies by Federal Express

☐ Two true copies by hand delivery to each recipient

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos (#4667)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
stacey.xarhoulakos@state.de.us