IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONIAL FAYSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-219-*** |
| ) | |
| ) | Jury Trial Requested |
| BERNITA EARLE and PATRICK RYAN, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS BERNITA EARLE AND PATRICK RYAN'S**
**RULE 26(a)(1) INITIAL DISCLOSURES**

Defendants Bernita Earle and Patrick Ryan, (hereinafter "Defendants") disclose the following information in compliance with Rule 26(a)(1) of the Federal Rules of Civil Procedure (the "Federal Rules") and the Scheduling Order entered in this matter (D.I. 43). These disclosures are based on information reasonably available to Defendants as of this date. Continuing investigation and discovery may alter these disclosures. Defendants reserve the right to supplement the information disclosed below if additional information becomes available.

By making these disclosures, Defendants do not represent that they are identifying every document, tangible thing, or witness possibly relevant to this claim. Nor do Defendants waive their right to object to the production of any document or tangible thing disclosed on the basis of any privilege, the work-product doctrine, relevancy, undue burden or any other valid objection. Defendants' disclosures represent a good faith effort to identify information they reasonably believe is required by Federal Rule 26(a)(1).

Defendants' disclosures are made without waiver of: 1) the right to object

on the grounds of competency, privilege, relevancy and materiality, hearsay or other proper ground; 2) the right to object to the use of any such information, for any purpose, in whole or in part, in any other action; and 3) the right to object on any and all proper grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures.

All of the disclosures set forth below are made subject to the above objections and qualifications.

### A.  Individuals likely to have discoverable information in support of Defendants' defenses.

1. Patrick Ryan, Department of Correction
2. Bernita Earle, Department of Correction

The above named individuals may be contacted through the undersigned counsel. In addition, Defendants reserve the right, pursuant to Federal Rule 26(e) to identify additional witnesses. Defendants further reserve the right to identify and call any witnesses listed by the Plaintiff.

### B.  Documents that may be used to support Defendants' defenses.

Contents of Plaintiff's Institutional file, including but not limited to disciplinary records, inmate grievances, classification records, and institutional records, as well as all related documentation contained within the Institutional file.

In addition, Defendants reserve the right, pursuant to Federal Rule 26(e) to identify additional documents. Defendants further reserve the right to identify and utilize any documents listed by the Plaintiff.

    **C.**    **Experts and their opinions: Damage Computation.**

Defendants have not yet retained any experts, however, the Defendants reserve the right to do so, and will supplement this response as required by Federal Rule 26(e).

    **D.**    **Insurance Agreements in force.**

There are no insurance agreements in force. Defendants further disclose that no such insurance exists.

    **E.**    **Basis for any damages claimed.**

Defendants have not filed a counter-claim for damages at this time. Defendants reserve the right to file a counterclaim against the Plaintiff as may be permitted by the Federal Rules.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 N. French Street
Wilmington, DE  19801
(302) 577-8400
    Attorney for the Defendants

Dated: April 10, 2007

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on April 10, 2007, I caused a true and correct copy of the attached **DEFENDANTS BERNITA EARLE AND PATRICK RYAN'S RULE 26(a)(1) INITIAL DISCLOSURES** to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Inmate Donial Fayson
SBI #463713
Baylor Women's Correctional Institution
660 Baylor Boulevard
New Castle, DE 19720

**MANNER OF DELIVERY:**

___One true copy by facsimile transmission to each recipient

✓Two true copies by first class mail, postage prepaid, to each recipient

___Two true copies by Federal Express

___Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400