**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

New Castle County Civil Division

April 11, 2007

Clerk of Court
U.S. District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    Fayson v. Earle, et al.
              C.A. No. 04-219 - KAJ

Dear Clerk of Court:

      Please allow this letter to serve as my withdrawal as counsel for the defendants in the above-captioned case. Pursuant to Local Rule 83.7, Erika Tross, DAG will remain as the attorney of record for the defendants. I also request that my name be removed from electronic filing notification.

                            Very truly yours,

                            /s/ Stacey Xarhoulakos
                            Deputy Attorney General

cc:    Donial Fayson