Honorable Pat Thyme:

My name is Donial Fayson and my case # is 04-219-***, and I would like to ask for an extension of 30 days in order to answer the Defendants' combined first set of interrogatories and requests for production of documents directed to plaintiff. Because of my current circumstances it is extremely hard for me to obtain a lot of the documentation the defendants are asking for and it is equally hard to complete the research necessary to answer each question appropriately.

Thank you in advance for your attention in this matter.


Sincerely,

Donial Fayson



04cv219 ***
FILED
MAY 22 2007
PG scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



WILMINGTON DE 198

21 MAY 2007 PM 3 T

United States District Court
c/o Pat Thyme
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3510

Donial Fayson
1100 Baylor Blvd
New Castle, DE 19720