OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 23, 2007

TO: Donial Fayson
WCI
660 Baylor Blvd.
New Castle, DE 19720

RE: Letter to the Honorable Judge Tynge
Civ. No. 04-219 ***

Dear Mr. Fayson:

The Letter that you presented to the court for filing on 5/22/07 in the above noted case does not form to one or more of the following: Federal Rule of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3. Any documents you present for filing must be served by you, upon **all** parties of record. Furthermore, this must be indicated on an affidavit or certificate of service.

Please resubmit your filing in accordance with the Federal Rules of Civil Procedure by sending a corrected certificate of service or affidavit which reflects service upon **all** parties of record.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

cc: Vacant Judgeship