

Honorable Pat Thyme:

My name is Donial Fayson and my case # is 04-219-***, and I would like to ask for an extension of 30 days in order to answer the Defendants' combined first set of interrogatories and requests for production of documents directed to plaintiff. Because of my current circumstances it is extremely hard for me to obtain a lot of the documentation the defendants are asking for and it is equally hard to complete the research necessary to answer each question appropriately.

Thank you in advance for your attention in this matter.

Sincerely,

Donial Fayson



SO ORDERED THIS 24th day of May, 2007.

_____
U. S. Magistrate Judge Mary Pat Thynge