

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONIAL FAYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-219*** |
| | ) | |
| BERNITA EARLE and PATRICK RYAN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ANSWER TO DEFENDANTS' COMBINED FIRST SET OF INTERROGARIES AND

REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLANTIFF

## INTERROGATORIES

## **INTEROGATORY NO. 1:**

a.  I asked Management Services to receive a Halal Diet and the response
    was that "the request has to be forwarded to them from the Warden"
    this statement was give to me form Food Service Director Emanuel E.
    Walker. Along with the statement that the meals were too costly for
    the Department of Corrections to provide.

b.  The Warden allowed the one Jewish inmate to have her food provided
    from her family until her meals were provided from her family until
    her meals were provided through Management Services.

c.  Director Emanuel E. Walker

    660 Baylor Blvd.

    New Castle, De 19720

    (302) 577-3004  ext. 1119

    Tahsiyn Ismaaeel

    1321 W. 8th Street

    Wilmington, De 19806

    (302) 255-1688

**INTEROGATORY NO. 2**:

A. They made excuses as to why they could not provide me with a halal diet and until present I have not received one.

B. I was denied a halal diet from July 2003-Present

C. Because I am not given a halal diet I have not been able to eat meat. I also have been responsible to provide my own meals through commissary.

**INTEROGATORY NO. 3:**

A. I have had written and verbal communication with Food Service Director Walker, Chaplain Earle, and Tahsiyn Ismaaeel. I have also spoken with Warden Patrick Ryan in passing concerning the matter.

B. Tahsiyn Ismaaeel, Chaplain Bernita Earle, and Food Service Director Emanuel Walker.

**INTEROGATORY NO. 4:**

**SEE INTEROGATORY NO. 3.**

## INTERROGATORY NO. 5

I do not have any documentation that says that directly says that I was denied a halal diet, however I have documentation that I requested a halal diet. Until today I have not yet received a halal diet.

## INTERROGATORY NO. 6:

The complaint was sent to Director Walker who made of suggestion of providing the Muslim community with Protein Supplements in place of the meat on a Regular Food Tray. However that is not considered a halal diet, so after speaking with the Warden the halal diet was denied.

## INTERROGATORY NO. 7:

I have not suffered any physical injuries, however I have suffered emotional and financial hardship.

## INTERROGATORY NO, 8:

Food Service Director Walker, and Tahsiyn Ismaaeel

### INTERROGATORY NO, 9:

I am currently a vegetarian due to my religious conviction. I do not choose to eat non-Halal meats.

A. I only eat seafood, vegetables and starches. Because anything from the sea is Halal I am permitted to eat any kind of seafood.

B. See attached paperwork.

### INTERROGATORY NO. 10:

SEE ATTACHED PAPERWORK

### INTERROGATORY NO. 11:

SEE ATTACHED PAPERWORK

### INTERROGATORY NO. 12:

SEE INTERROGATORY NO. 9

### INTERROGATORY NO. 13:

## INTERROGATORY NO. 14:

SEE ATTACHED PAPERWORK

### INTERROGATORY NO. 15:

A. Inmate Irinia Malinovskaya

B. She received a Kosher diet.

C. She receives this meal everyday and for every meal. During Passover she receives special accommodations.

### INTERROGATORY NO. 16:

SEE ATTACHED MENUS

### INTERROGATORY NO. 17:

SEE INTERROGATORY NO. 6

## **INTERROGATORY NO. 18:**

A. I am permitted to have a class on Tuesday nights and a pastoral visit on Friday
Morning. During the month of Ramadan the Muslim community is permitted to
pray together.

B. Eid ul-Fitr and Eid ul-Adha

C. I am permitted to read any books that I purchase.

D. I am permitted to attend the Tuesday evening classes and my Friday Morning
Pastoral visit

## **INTERROGATORY NO. 19:**

I have been convicted of Possession of a Firearm during the commission of a felony (2
counts), Attempted Robbery (1 count), Robbery 1st (1 count), Possession of a Non-
Narcotic Schedule C Substance (1 count). I was convicted July 2001 and sentenced
December 2003. The terms of my sentence is 10 years.

## **INTERROGATORY NO. 20:**

Because of my incarceration I do not have access to the exact dates of my employment,
my rate of pay, and supervisor.

I worked for Discover Card Services as a Credit Analyst, my job responsibilities were to
process incoming application. I worked for The Playhouse Theatre (DuPont Theatre) as

an Usher. I worked for First USA as a Credit Analyst, and I Worked for MBNA in telemarketing.

## INTERROGATORY NO. 21:

I want it to be entered in the law that every Muslim inmate in the State of Delaware has the right to receive a religiously accommodated diet. I am not able to compute the total amount of damages because I do not have the necessary information to do so.

## INTERROGATORY NO. 22:

Tahsiyn Ismaaeel

Food Service Director Emanuel E. Walker

Lisa Ingram

## INTERROGATORY NO. 23:

Ismaeel Hackett will provide an expert testimony. He will testify the importance of a halal diet in the Islamic way of life.

## INTERROGATORY NO. 24:

Tahsiyn Ismaaeel

| STATE OF DELAWARE | PROCEDURE NUMBER: | PAGE: |
|---|---|---|
| BUREAU OF PRISONS | 5.1 | 3 OF 4 |
| SUBJECT:  OFFENDER/DETENTIONER RIGHTS | | |

K.  Voting: The BOP provides non-felon offenders and
detentioners with the opportunity of voter registration
and voting by absentee ballot.  It is the
responsibility of the inmate to apply in writing to the
Department of Elections in the county of permanent
residence to obtain a voter registration form and an
absentee ballot and to comply with the Department of
Elections procedure for their use.

L.  Religion: Religious programs are designed to
ensure that all inmates can voluntarily exercise their
constitutional right to religious freedom. Inmates
have the opportunity to participate in practices
of their religious faith that are deemed essential by
the faith's beliefs, limited by those items showing a
threat to the safety of persons involved in such
activity or that the activity itself disrupts order in
the facility. Religious practices include, but are not
limited to, access to religious publications, religious
symbols, congregate/worship religious services in
appropriate space, individual and group counseling,
religious study classes, and adherence to dietary
requirements.

M.  Health Care: Comprehensive health care services are
provided by qualified personnel to protect the
health and well being of inmates.  Health care services
include medical and dental services, mental
health services, nursing, personal hygiene, dietary
services, health education, and attending to
environmental conditions.

N.  Classification: A Classification system will be
utilized for the placement of inmates in facilities,
security levels, educational and/or treatment programs,
and work assignments. (See Classification Procedures
Manual # 3.31).

O.  Healthful Environment: Inmates have a right to a
healthy living environment including nutritional,
well-balanced meals and a clean, hygienic facility that
meets all code requirements for fire, safety, and
health.

P.  Any other statuatory or constitutional right not
specifically cited in this procedure.

# North American Islaamic Foundation, Inc.

**2807 N. Monroe St., Wilmington, Delaware 19802  Tel./Fax: (302) 762-9691**
**A RELIGIOUS NON-PROFIT ORGANIZATION**
**E-Mail:** *NaifInc@Verizon.net*
**www.naifinc.org**

بسم الله الرحمن الرحيم

March 1, 2004

Dear Ekhawaat (Sisters):
Es-Salaamu 'alaykunna wa Rahmetullahi wa Barakaatahu:

Enclosed is a variety of articles regarding the Halaal Diet. I pray it is beneficial.

To summarize, the halaal diet primarily is made up of first and foremost:

1. Meat from animals slaughtered according to Islaamic Law (Dhabiha)
2. Meat free of blood
3. Food free of any pork or pork by products
4. Food free of any by products from animals that are not Dhabiha.
5. Food cooked in pots that have not been contaminated with pork.
6. Food free of alcohol.

We normally look for the kosher symbols: a (u) in a circle, (k) in or outside of a triangle, or the word "parve" on the packaging of food products. These symbols normally indicate that the item is safe to eat.

More information on Halaal can be obtained at www.eat-halal.com or www.zabihah.com.

May Allaah Tabaarak wa Ta'aala reward you for your effort to please Him.

With sisterly love,

Umm Maahir, Tahsiyn A. Ismaa'eel

Wa 'alaikunna Es-Salaam

*"Command the good and forbid the evil, and be patient with whatever calamity befalls you. Indeed this is the firmness required for matters."* (Luqmaan:17)

Kosher Menu for:

| | | Sara Schneiderman<br>Terry Freeman | Barbara White |
|---|---|---|---|
| Wednesday | 4/12/06 Dinner | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Ribeye Roast Dinner<br>Cookies | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Ribeye Roast Dinner<br>Cookies |
| Thursday | 4/13/06 Breakfast | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk |
| Thursday | 4/13/06 Lunch | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Gefilite Fish<br>Salad<br>Salad Dressing | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Salads<br>Salad dressing |
| Thursday | 4/13/06 Dinner | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Salisbury Steak<br>Cookies | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Salisbury Steak<br>Cookies |
| Friday | 4/14/06 Breakfast | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk |
| Friday | 4/14/06 Lunch | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Gefilite Fish<br>Salad<br>Salad Dressing | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Salads<br>Salad dressing |
| Friday | 4/14/06 Dinner | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Salmon Dinner<br>Cookies | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Chicken Dinner<br>Cookies |
| Saturday | 4/15/06 Breakfast | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk |

| | | | |
|---|---|---|---|
| Saturday | 4/15/06 Lunch | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Gefilite Fish<br>Salad<br>Salad Dressing | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Salads<br>Salad dressing |
| Saturday | 4/15/06 Dinner | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Veal Dinner<br>Cookies | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Veal Dinner<br>Cookies |
| Sunday | 4/16/06 Breakfast | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk |
| Sunday | 4/16/06 Lunch | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Gefilite Fish<br>Salad<br>Salad Dressing | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Salads<br>Salad dressing |
| Sunday | 4/16/06 Dinner | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Beef Goulash<br>Cookies | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Beef Goulash<br>Cookies |
| Monday | 4/17/06 Breakfast | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk |
| Monday | 4/17/06 Lunch | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Gefilite Fish<br>Salad<br>Salad Dressing | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Salads<br>Salad dressing |
| Monday | 4/17/06 Dinner | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Salmon Dinner<br>Cookies | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Salisbury Steak<br>Cookies |

| | | | |
|---|---|---|---|
| Tuesday | 4/18/06 Breakfast | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk |
| Tuesday | 4/18/06 Lunch | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Gefilite Fish<br>Salad<br>Salad Dressing | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Salads<br>Salad dressing |
| Tuesday | 4/18/06 Dinner | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Beef Goulash<br>Cookies | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Beef Goulash<br>Cookies |
| Wednesday | 4/19/06 Breakfast | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk |
| Wednesday | 4/19/06 Lunch | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Gefilite Fish<br>Salad<br>Salad Dressing | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Salads<br>Salad dressing |
| Wednesday | 4/19/06 Dinner | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Salmon Dinner<br>Cookies | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Ribeye Roast<br>Cookies |
| Thursday | 4/20/06 Breakfast | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/butter<br>Crm. Chs./Ctg. Chs.<br>Cereal<br>Milk |
| Thursday | 4/20/06 Lunch | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Gefilite Fish<br>Salad<br>Salad Dressing | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Horseradish<br>2 Salads<br>Salad dressing |
| Thursday | 4/20/06 Dinner | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Salmon/Beef<br>Cookies | Juice<br>Fresh Fruit<br>2 Matzo Wafers w/margarine<br>Veal Dinner<br>Cookies |

#15

AM GENERAL COMMENTS/CONTINUED COMMUNICATION: USE Apple

- Butter For Breaksfast Not Jelly.

- Serita Wilson is Designated to Do the Kushen Inmates Meal 4-12-06 - 4-20-06 at Dinner. Per Lt. Dorsey

- 2nd Walkin is To Be locked All the Time Per Lt Dor- Facility Purchased Kosher Food WAS Brought to Little By STAFF Lt Smith/MR Brown Seperated By Lt. Dorsey And Stored. FSII Smith

PM GENERAL COMMENTS/CONTINUED COMMUNICATION: _____

_____
_____
_____
_____
_____
_____
_____
_____

_____          _____
Lt. ANTRONE M. DORSEY                    DATE

| APPROVED | {} DISAPPROVED COMMENTS |
|----------|--------------------------|
| ( )      | _____ |
|          | _____ |
|          | _____ |

****SUBMIT BRIEFING REPORT TO DIRECTOR WALKER AT THE END OF EACH DAY



# WOMEN'S CORRECTIONAL INSTITUTION
## TREATMENT SERVICES

### MEMORANDUM

**To:** All Concerned

**From:** Colleen Shotzberger
Treatment Administrator

**Date:** April 7, 2006

**Re:** Passover Observance

Please be advised that the inmates listed below are approved to observe the Jewish holiday of Passover, beginning with the dinner meal on Wednesday, April 12, 2006, and ending with the dinner meal on Thursday, April 20, 2006. The attached memo is to be followed.

> Malinovskaya, Irina -- Unit 8
> Schneiderman, Sara -- Unit 6
> White, Barbara -- Unit 6
> Freeman, Terry -- Unit 3          *Freidman*

Thank you for your cooperation in this matter.


**Cc:**  Warden Ryan
Central Control
Shift Commanders – 8-4, 4-12, 12-8
Unit Officers – Unit 3, Unit 6, Unit 8
Inmates Listed Above
Chaplain Earle
Director Walker – Kitchen
file

July 01, 2003

Dear Chaplain Earle,

As you are already aware, I am of the islamic faith. I would like permission to recieve my head gear. Previously I wasn't following the laws of Islam, however I would like to be granted permission to study my religion. That does include being able to cover my head.

I would dear like a religiously accomadated diet. Along with permission to elebrate Ramadslan.

I thank you in advance for your attention in this matter.

Sincerely,

Donial Jayson

c: Deputy Warden Martin                                    7/24/03
   Director Walker, Kitchen              Spoke with Donial —

She is requesting that she be allowed to receive her "Kemar" so that she can be "Covered" when she is making her prayers. Her family will send in the "Kemar"

A-7

DELAWARE DEPARTMENT OF CORREC... IN-Jan 2004 REVISED KOSHI

## A-4 MONDAY — REGULAR

| BREAKFAST | | LUNCH (M) | | DINNER (M) | |
|---|---|---|---|---|---|
| COUNTRY FLAKES | 2 EA | SALISBURY STEAK | ONE MEAL | SPAGHETTI | ONE MEAL |
| FRESH FRUIT | 1 EA | W/DICED POTATOES | W/PEAS | W/MEAT BALLS | W/RICE |
| WHITE BREAD | 3 SL | PEAS & CARROTS | & MUSHROOMS | IN TOMATO SAUCE | MUSHROOMS & CARROTS |
| JELLY | 2 EA | BREAD | 3 SL | W/BROCCOLI | |
| MILK | 2 EA | MARGARINE | 2 PAT | WHEAT BREAD | 3 SL |
| COFFEE | 8 OZ | PINEAPPLE CHUNKS | 4 OZ | MARGARINE | 2 PAT |
| SUGAR | 6 PK | ICED TEA DRINK | 8 OZ | PEACHES / CAN FRUIT | 4 OZ |
| | | | | CHERRY DRINK / ORANGE DRINK | 8 OZ |

## A-4 TUESDAY — REGULAR

| BREAKFAST | | LUNCH (D) | | DINNER (M) | |
|---|---|---|---|---|---|
| GOLDEN GRAHAMS | 2 EA | CHEESE LASAGNA | ONE MEAL | FILET OF SOLE | ONE MEAL |
| FRESH FRUIT | 1 EA | W/SWEET POTATOES | & CARROTS | W/BROWN POTATOES | & CUT GREEN BEANS |
| WHITE BREAD | 3 SL | WHITE BREAD | 3 SL | WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT | MARGARINE | 2 PAT | MARGARINE | 2 PAT |
| MILK | 2 EA | APPLESAUCE | 4 OZ | PINEAPPLE CHUNKS | 4 OZ |
| COFFEE | 8 OZ | STRAWBERRY DRINK | 8 OZ | TROPICAL FRUIT MIX / GRAPE DRINK | 8 OZ |
| SUGAR | 2 PK | | | | |

## A-4 WEDNESDAY — REGULAR

| BREAKFAST | | LUNCH (P) | | DINNER (M) | |
|---|---|---|---|---|---|
| WHEATIES | 2 EA | BAKED ZITI | ONE MEAL | ROAST CHICKEN | ONE MEAL |
| FRESH FRUIT | 1 EA | W/BROAD GREEN BEANS | | W/WILD RICE | MUSHROOMS & CARROTS |
| WHITE BREAD | 3 SL | WHITE BREAD | 3 SL | WHEAT BREAD | 3 SL |
| MARGARINE | 2 EA | MARGARINE | 2 PAT | MARGARINE | 2 PAT |
| MILK | 2 EA | PEARS | 4 OZ | CAN FRUIT | 4 OZ |
| COFFEE | 8 OZ | LEMONADE DRINK | 8 OZ | ICED TEA DRINK | 8 OZ |
| SUGAR | 6 PK | | | | |

## A-4 THURSDAY — REGULAR

| BREAKFAST | | LUNCH (D) | | DINNER (M) | |
|---|---|---|---|---|---|
| COUNTRY FLAKES | 2 EA | BEEF MEATLOAF | ONE MEAL | STUFFED SHELLS | ONE MEAL |
| FRESH FRUIT | 1 EA | W/MASHED POTATOES | CARROTS | W/ PEAS | & MUSHROOMS |
| WHITE BREAD | 3 SL | & STRING BEANS | | WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT | WHEAT BREAD | 3 SL | MARGARINE | 2 PAT |
| MILK | 2 EA | MARGARINE | 2 PAT | CAN FRUIT | 4 OZ |
| COFFEE | 8 OZ | APPLESAUCE | 4 OZ | STRAWBERRY DRINK | 8 OZ |
| SUGAR | 6 PK | CHERRY DRINK / ORANGE DRINK | 8 OZ | | |

## A-4 FRIDAY — REGULAR

| BREAKFAST | | LUNCH (M) | | DINNER (D) | |
|---|---|---|---|---|---|
| GOLDEN GRAHAMS | 2 EA | BRISKET OF BEEF | ONE MEAL | SALISBURY STEAK | ONE MEAL |
| FRESH FRUIT | 1 EA | W/BROWN POTATOES | POTATOES & | W/DICED POTATOES | |
| WHITE BREAD | 3 SL | PEAS & CARROTS | & CUT GREEN BEANS | PEAS & CARROTS | |
| MARGARINE | 2 PAT | WHEAT BREAD | 3 SL | WHEAT BREAD | 3 SL |
| MILK | 2 EA | MARGARINE | 2 PAT | MARGARINE | 2 PAT |
| COFFEE | 8 OZ | SLICED PEACHES | 4 OZ | CAN FRUIT | 4 OZ |
| SUGAR | 6 PK | ORANGE DRINK | 8 OZ | GRAPE DRINK | 8 OZ |

## A-4 SATURDAY — REGULAR

| BREAKFAST | | LUNCH (M) | | DINNER (M) | |
|---|---|---|---|---|---|
| GOLDEN GRAHAMS | 2 EA | ROAST TURKEY | ONE MEAL | SPAGHETTI W/MEATBALLS | ON MEA... |
| FRESH FRUIT | 1 EA | W/CANDIED SWEETS | | IN TOMATO SAUCE | |
| WHITE BREAD | 3 SL | POTATOES & BROCCOLI | | W/BROCCOLI | |
| MARGARINE | 2 PAT | WHEAT BREAD | 3 SL | WHEAT BREAD | 3 SL |
| MILK | 2 EA | MARGARINE | 2 PAT | MARGARINE | 2 PAT |
| COFFEE | 8 OZ | FRUIT COCKTAIL | 4 OZ | CAN FRUIT | 4 OZ |
| SUGAR | 2 PK | TROPICAL FRUIT PUNCH | 8 OZ | LEMONADE DRINK | 8 OZ |

## A-4 SUNDAY — REGULAR

| BREAKFAST | | LUNCH | | DINNER | |
|---|---|---|---|---|---|
| TOTAL | 2 EA | | | | |
| FRESH FRUIT | 1 EA | | | | |
| WHITE BREAD | 3 SL | | | | |
| MARGARINE | 2 PA... | | | | |
| MILK | 2 EA | | | | |
| COFFEE | 8 OZ | | | | |
| SUGAR | 6 PK | | | | |

D- DAIRY (White Bread)
M- MEAT (Wheat Bread only, No milk products)
P- Parve (White or Wheat)

DE DOC offers milk at lunch for all offenders enrolled in the Under 21 Program

*MENU IS SUBJECT TO CHANGE WITHOUT NOTICE

The State of Delaware is an Equal Opportunity Employer and does not discriminate on the basis of race, color, national origin, sex, disability, and/or age

DATE APPROVED:

Menus approved by: _Stefan Pisecki, Registered Dietician_ , and _Michael D. Knight, CDM, Food Service Administrator_

# DELAWARE DEPARTMENT OF CORRECTION - REVISED JAN 2004 KOSHER MENU

## A-3 MONDAY — REGULAR

| BREAKFAST | LUNCH (M) ONE MEAL | DINNER (D) ONE MEAL |
|---|---|---|
| COUNTRY FLAKES 2 EA (TOTAL) | MEATLOAF | CHEESE LASAGNA |
| FRESH FRUIT 1 EA | W/MASHED POTATOES & CARROTS | W/PEAS & MUSHROOMS |
| WHITE BREAD 3 SL | SLICED PEACHES 4 OZ | WHITE BREAD 3 SL |
| MARGARINE 2 PAT | WHITE BREAD 3 SL | MARGARINE 2 PAT |
| MILK 2 EA | MARGARINE 2 PAT | CAN FRUIT 4 OZ |
| COFFEE 8 OZ | ICED TEA DRINK 8 OZ | CHERRY DRINK 8 OZ |
| SUGAR 6 PK | | |

## A-3 TUESDAY — REGULAR

| BREAKFAST | LUNCH (M) ONE MEAL | DINNER (P) ONE MEAL |
|---|---|---|
| WHEATIES 2 EA | POT ROAST BEEF | FILET OF FLOUNDER IN TOMATO SAUCE |
| FRESH FRUIT 1 EA | W/MASHED POTATOES & GREEN BEANS | & GARDEN VEGETABLES |
| WHITE BREAD 3 SL | APPLESAUCE 4 OZ | WHITE BREAD 3 SL |
| MARGARINE/JELLY 2 PAT | WHITE BREAD 3 SL | MARGARINE 2 PAT |
| MILK 2 EA | MARGARINE 2 PAT | CAN FRUIT 4 OZ |
| COFFEE 8 OZ | ORANGE DRINK 8 OZ | GRAPE DRINK 8 OZ |
| SUGAR 6 PK | | |

## A-3 WEDNESDAY — REGULAR

| BREAKFAST | LUNCH (M) ONE MEAL | DINNER (D) ONE MEAL |
|---|---|---|
| GOLDEN GRAHAMS 2 EA | BAKED ZITI | SALISBURY STEAK |
| FRESH FRUIT 1 EA | W/BROAD GREEN BEANS | W/MASHED POTATOES PEAS & CARROTS |
| WHITE BREAD 3 SL | DICED PEARS 4 OZ | TROPICAL FRUIT MIX 4 OZ |
| MARGARINE/JELLY 2 PAT | WHITE BREAD 3 SL | WHITE BREAD 3 SL |
| MILK 2 EA | MARGARINE 2 PAT | MARGARINE 2 PAT |
| COFFEE 8 OZ | TROPICAL FRUIT PUNCH 8 OZ | LEMONADE DRINK 8 OZ |
| SUGAR 6 PK | | |

## A-3 THURSDAY — REGULAR

| BREAKFAST | LUNCH (M) ONE MEAL | DINNER (D) ONE MEAL |
|---|---|---|
| COUNTRY FLAKES 2 EA | POT ROAST BEEF* | MANICOTTI |
| FRESH FRUIT 1 EA | W/MASHED POTATOES & GREEN BEANS | W/BROCCOLI & GREEN BEANS |
| WHITE BREAD 3 SL | APPLESAUCE 4 OZ | CAN FRUIT 4 OZ |
| MARGARINE 2 PAT | WHITE BREAD 3 SL | WHITE BREAD 3 SL |
| MILK 2 EA | MARGARINE 2 PAT | MARGARINE 2 PAT |
| COFFEE 8 OZ | ICED TEA DRINK 8 OZ | JUICE/DRINK* 8 OZ |
| SUGAR 6 PK | | |

## A-3 FRIDAY — REGULAR

| BREAKFAST | LUNCH (M) ONE MEAL | DINNER (P) ONE MEAL |
|---|---|---|
| COUNTRY FLAKES 2 EA (TOTAL) | ROAST TURKEY | FILET OF FOUNDER IN TOMATO SAUCE |
| FRESH FRUIT 1 EA | & BROCCOLI | & GARDEN VEGETABLES |
| WHITE BREAD 3 SL | FRUIT COCKTAIL 4 OZ | DICED PEARS 4 OZ |
| MARGARINE/JELLY 2 PAT | WHITE BREAD 3 SL | WHITE BREAD 3 SL |
| MILK 2 EA | MARGARINE 2 PAT | MARGARINE 2 PAT |
| COFFEE 8 OZ | CHERRY DRINK 8 OZ | ORANGE DRINK 8 OZ |
| SUGAR 6 PK | | |

## A-3 SATURDAY — REGULAR

| BREAKFAST | LUNCH (M) ONE MEAL | DINNER (D) ONE MEAL |
|---|---|---|
| WHEATIES 2 EA | BRISKET OF BEEF | ROAST CHICKEN |
| FRESH FRUIT 1 EA | & CUT GREEN BEANS | W/WILD RICE CARROTS & STRING BEANS MUSHROOMS |
| WHITE BREAD 3 SL | SLICED PEACHES 4 OZ | CAN FRUIT 4 OZ |
| MARGARINE 2 PAT | WHITE BREAD 3 SL | WHITE BREAD 3 SL |
| MILK 2 EA | MARGARINE 2 PAT | MARGARINE 2 PAT |
| COFFEE 8 OZ | TROPICAL FRUIT PUNCH 8 OZ | GRAPE DRINK 8 OZ |
| SUGAR 6 PK | | |

## A-3 SUNDAY — REGULAR

| BREAKFAST | LUNCH (M) ONE MEAL | DINNER (D) ONE MEAL |
|---|---|---|
| WHEATIES 2 EA | MANICOTTI | BEEF MEATLOAF |
| FRESH FRUIT 1 EA | W/BROCCOLI & GREEN BEANS | W/MASHED POTATOES & STRING BEANS |
| WHITE BREAD 3 SL | SLICED PEACHES 4 OZ | CAN FRUIT 4 OZ |
| MARGARINE 2 PAT | WHITE BREAD 3 SL | WHITE BREAD 3 SL |
| MILK 2 EA | MARGARINE 2 PAT | MARGARINE 2 PAT |
| COFFEE 8 OZ | LEMONADE DRINK 8 OZ | LEMONADE DRINK 8 OZ |
| SUGAR 6 PK | | |

---

**D - DAIRY (White Bread)**
**M - MEAT (Wheat Bread only, No milk products)**
**P - Parve (White or Wheat)**

DE DOC offers milk at lunch for all offenders enrolled in the Under 21 Program

*MENU IS SUBJECT TO CHANGE WITHOUT NOTICE

DATE APPROVED: _____

Menus approved by: _____
Stefan Piscotci, Registered Dietician , and Michael J. Knight, CDM, CFM, Food Service Administrator

The State of Delaware is an Equal Opportunity Employer and does not discriminate or deny services on the basis of race, color, national origin, sex, disability, and/or age

IN- REVISED JAN 2004 KOSHER MENU

## A-2 MONDAY

| REGULAR BREAKFAST | |
|---|---|
| WHEATIES | 2 EA |
| FRESH FRUIT | 1 EA |
| WHITE BREAD | 3 SL |
| JELLY | 2 PAT |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 8 PK |

| LUNCH | D |
|---|---|
| CHEESE LASAGNA W/PEAS & MUSHROOMS | ONE MEAL |
| PEACHES | 4 OZ |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| ICED TEA DRINK | 8 OZ |

| DINNER | M |
|---|---|
| ROAST TURKEY W/CANDIED SWEET POTATOES, BROCCOLI | ONE MEAL |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| CAN FRUIT | 4 OZ |
| LEMONADE DRINK | 8 OZ |

## A-2 TUESDAY

| REGULAR BREAKFAST | |
|---|---|
| TOTAL | 2 EA |
| FRESH FRUIT | 1 EA |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 EA |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 6 PK |

| LUNCH | D |
|---|---|
| BRISKET OF BEEF W/BROWN POTATOES & CUT GREEN BEANS | ONE MEAL |
| APPLESAUCE | 4 OZ |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| STRAWBERRY DRINK | 8 OZ |

| DINNER | M |
|---|---|
| CHEESE MANICOTTI W/BROCCOLI & GREEN BEANS | ONE MEAL |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| CAN FRUIT | 4 OZ |
| ORANGE DRINK | 8 OZ |

## A-2 WEDNESDAY

| REGULAR BREAKFAST | |
|---|---|
| GOLDEN GRAHAMS | 2 EA |
| FRESH FRUIT | 1 EA |
| WHITE BREAD | 3 SL |
| JELLY | 2 PAT |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 2 PK |

| LUNCH | M |
|---|---|
| FILET OF SOLE W/SWEET POTATOES & CARROTS | ONE MEAL |
| PEARS | 4 OZ |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| GRAPE DRINK | 8 OZ |

| DINNER | D |
|---|---|
| POT ROAST BEEF W/MASHED POTATOES & GREEN BEANS | ONE MEAL |
| CAN FRUIT | 4 OZ |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| TROPICAL FRUIT PUNCH | 8 OZ |

## A-2 THURSDAY

| REGULAR BREAKFAST | |
|---|---|
| COUNTRY FLAKES | 2 EA |
| FRESH FRUIT | 1 EA |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 2 PK |

| LUNCH | D |
|---|---|
| BAKED ZITI W/BROAD GREEN BEANS | ONE MEAL |
| TROPICAL FRUIT MIX | 4 OZ |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| LEMONADE DRINK | 8 OZ |

| DINNER | M |
|---|---|
| SALISBURY STEAK W/DICED POTATOES, PEAS & CARROTS | ONE MEAL |
| CAN FRUIT | 4 OZ |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| ICED TEA DRINK | 8 OZ |

## A-2 FRIDAY

| REGULAR BREAKFAST | |
|---|---|
| WHEATIES | 2 EA |
| FRESH FRUIT | 1 EA |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 6 PK |

| LUNCH | D |
|---|---|
| ROAST CHICKEN W/WILD RICE, MUSHROOMS, CARROTS | ONE MEAL |
| DICED PEARS | 4 OZ |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| CHERRY DRINK | 8 OZ |

| DINNER | P |
|---|---|
| FILET OF FLOUNDER IN TOMATO SAUCE W/MASHED POTATOES, GARDEN VEGETABLES | ONE MEAL |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| CHOCOLATE PUDDING | 4 OZ |
| STRAWBERRY DRINK | 8 OZ |

## A-2 SATURDAY

| REGULAR BREAKFAST | |
|---|---|
| GOLDEN GRAHAMS | 2 EA |
| FRESH FRUIT | 1 EA |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 EA |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 6 PK |

| LUNCH | M |
|---|---|
| STUFFED SHELLS W/PEAS & MUSHROOM | ONE MEAL |
| APPLESAUCE | 4 OZ |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| ORANGE DRINK | 8 OZ |

| DINNER | M |
|---|---|
| BRISKET OF BEEF W/BROWN POTATOES & CUT GREEN BEANS | ONE MEAL |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| CAN FRUIT | 4 OZ |
| GRAPE DRINK | 8 OZ |

## A-2 SUNDAY

| REGULAR BREAKFAST | |
|---|---|
| GOLDEN GRAHAMS | 2 EA |
| FRESH FRUIT | 1 EA |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 EA |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 2 PK |

| LUNCH | D |
|---|---|
| CHEESE LASAGNA W/PEAS & MUSHROOMS | ONE MEAL |
| PINEAPPLE CHUNKS | 4 OZ |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| TROPICAL FRUIT DRINK | 8 OZ |

| DINNER | M |
|---|---|
| ROAST TURKEY W/CANDIED SWEET POTATO & BROCCOLI | ONE MEAL |
| CAN FRUIT | 4 OZ |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| LEMONADE DRINK | 8 OZ |

---

D- DAIRY (White Bread)
M- MEAT (Wheat Bread only, No milk products)
P- Parve (White or Wheat)

DE DOC offers milk at lunch for all offenders enrolled in the Under 21 Program

*MENU IS SUBJECT TO CHANGE WITHOUT NOTICE

The State of Delaware is an Equal Opportunity Employer and does not discriminate or deny services on the basis of race, color, national origin, sex, disability, and/or age

Menus approved by: _____ St___ (Isock), Registered Dietician

_____ Michael J. Knight, CDM, Food Service Administrator

DATE APPRO____

# DELAWARE DEPARTMENT ... CORRECTION KOSHER MENU

## A-1 MONDAY — KOSHER

| BREAKFAST | |
|---|---|
| FRESH FRUIT | 1 EA |
| COUNTRY FLAKES | 2 EA |
| WHITE BREAD | 3 SL |
| JELLY | 2 EA |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 6 PK |

| LUNCH (D) | |
|---|---|
| BAKED ZITI | |
| W/BROAD GREEN BEANS | |
| SLICED PEACHES | 4 OZ |
| MARGARINE | 2 PAT |
| WHITE BREAD | 3 SL |
| CHERRY DRINK | 8 OZ |
| | ONE MEAL |

| DINNER (M) | |
|---|---|
| SALISBURY STEAK | |
| W/DICED POTATOES | |
| PEAS & CARROTS | |
| CAN FRUIT | 4 OZ |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| STRAWBERRY DRINK | 8 OZ |
| | ONE MEAL |

## A-1 TUESDAY — KOSHER

| BREAKFAST | |
|---|---|
| FRESH FRUIT | 1 EA |
| GOLDEN GRAHAMS | 2 EA |
| WHITE BREAD | 3 SL |
| JELLY | 2 EA |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 2 PK |

| LUNCH (M) | |
|---|---|
| BEEF MEATLOAF | |
| W/MASHED POTATOES | |
| CARROTS & STRING BEANS | |
| DICED PEARS | 4 OZ |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| ORANGE DRINK | 8 OZ |
| | ONE MEAL |

| DINNER (M) | |
|---|---|
| ROAST TURKEY | |
| W/CANDIED SWEET POTATO | |
| & BROCCOLI | |
| APPLESAUCE | 4 OZ |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| GRAPE DRINK | 8 OZ |
| | ONE MEAL |

## A-1 WEDNESDAY — KOSHER

| BREAKFAST | |
|---|---|
| FRESH FRUIT | 1 EA |
| TOTAL | 2 EA |
| WHITE BREAD | 3 SL |
| JELLY | 2 EA |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 6 PK |

| LUNCH (D) | |
|---|---|
| BAKED ZITI | |
| W/BROAD GREEN BEANS | |
| FRUIT COCKTAIL | 4 OZ |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| SUGAR | 6 PK |
| | ONE MEAL |

| DINNER (M) | |
|---|---|
| POT ROAST OF BEEF | |
| W/MASHED POTATOES | |
| & GREEN BEANSS | |
| CAN FRUIT | 4 OZ |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| LEMONADE DRINK | 8 OZ |
| | ONE MEAL |

## A-1 THURSDAY — KOSHER

| BREAKFAST | |
|---|---|
| FRESH FRUIT | 1 EA |
| WHEATIES | 2 EA |
| WHITE BREAD | 3 SL |
| JELLY | 2 EA |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 6 PK |

| LUNCH (P) | |
|---|---|
| FILET OF SOLE | |
| W/SWEET POTATOES | |
| & CARROTS | |
| FRESH FRUIT | 1 EA |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| MILK | 8 OZ |
| | ONE MEAL |

| DINNER (M) | |
|---|---|
| BRISKET OF BEEF | |
| W/BROWN POTATOES | |
| & CUT GREEN BEANS | |
| FRESH FRUIT | 1 EA |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| ICED TEA DRINK | 8 OZ |
| | ONE MEAL |

## A-1 FRIDAY — KOSHER

| BREAKFAST | |
|---|---|
| FRESH FRUIT | 1 EA |
| COUNTRY FLAKES | 2 EA |
| WHITE BREAD | 3 SL |
| JELLY | 2 EA |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 6 PK |

| LUNCH (M) | |
|---|---|
| ROAST CHICKEN | |
| W/RICE & CARROTS | |
| MUSHROOMS | |
| TROPICAL FRUIT MIX | 4 OZ |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| CHERRY DRINK | 8 OZ |
| | ONE MEAL |

| DINNER (P) | |
|---|---|
| FILET OF SOLE | |
| W/SWEET POTATOES | |
| & CARROTS | |
| VANILLA PUDDING | 4 OZ |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| STRAWBERRY DRINK | 8 OZ |
| | ONE MEAL |

## A-1 SATURDAY — KOSHER

| BREAKFAST | |
|---|---|
| FRESH FRUIT | 1 EA |
| GOLDEN GRAHAMS | 2 EA |
| WHITE BREAD | 3 SL |
| JELLY | 2 EA |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 2 PK |

| LUNCH (D) | |
|---|---|
| STUFFED SHELLS | |
| W/PEAS & MUSHROOMS | |
| DICED PEARS | 4 OZ |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| ORANGE DRINK | 8 OZ |
| | ONE MEAL |

| DINNER (M) | |
|---|---|
| SPAGHETTI & | |
| MEATBALLS IN TOMATO | |
| SAUCE W/ BROCCOLI | |
| CAN FRUIT | 4 OZ |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| GRAPE DRINK | 8 OZ |
| | ONE MEAL |

## A-1 SUNDAY — KOSHER

| BREAKFAST | |
|---|---|
| FRESH FRUIT | 1 EA |
| TOTAL | 2 EA |
| WHITE BREAD | 3 SL |
| JELLY | 2 EA |
| MILK | 2 EA |
| COFFEE | 8 OZ |
| SUGAR | 2 PK |

| LUNCH (D) | |
|---|---|
| FILET OF FLOUNDER | |
| IN TOMATO SAUCE | |
| W/MASHED POTATOES | |
| & GARDEN VEGETABLE | |
| FRUIT COCKTAIL | 4 OZ |
| WHITE BREAD | 3 SL |
| MARGARINE | 2 PAT |
| TROPICAL FRUIT PUNCH | 8 OZ |
| | ONE MEAL |

| DINNER (M) | |
|---|---|
| BEEF MEATLOAF | |
| W/MASHED POTATOES | |
| CARROTS & STRG BEANS | |
| CAN FRUIT | 4 OZ |
| WHEAT BREAD | 3 SL |
| MARGARINE | 2 PAT |
| LEMONADE DRINK | 8 OZ |
| | ONE MEAL |

---

D - DAIRY (White Bread)
M - MEAT (Wheat Bread only, No milk products)
P - Parve (White or Wheat)

*MENU IS SUBJECT TO CHANGE WITHOUT NOTICE

Menu approved by: _____ ， Social Registered Dietician , and Michael Knight, CDM, Food Servi...

The State of Delaware is an Equal Opportunity Employer and does not discriminate or deny services on the basis of race, color, national origin, sex, disability, and/or age



Middlebury College
Middlebury, VT

# Islamic Society of Middlebury College

## Halal Meat Program
## in cooperation with
## Midd Dining

**Alhamdolilah,** in January 2001 the Dining Services at Middlebury College
(MiddDining) accepted the Islamic Society petition for Halal meat. Starting Feburary 12,
2001, Halal meat will be served in the Freeman Dining Hall in the Freeman International
Center. Halal will be available on the regular food line two days a week.

Specific details about which days of the week and what entrees will be served are still
being discussed by the Islamic Society and MiddDining. Please check back later for an
update.

## FREQUENTLY ASKED QUESTIONS

### Where and when is Halal meat served?

Halal is available on the regular food line in the Atwater Dining Halls twice a week. The
days are emailed to the members a week in advanced.

### Where does the meat come from?
Our local Halal meat supplier is:
**Fresh Farms Beef Inc.**
802 773 3074
Park Street, Rutland, VT

### Is the Halal meat supplier certified by a religious authority?

In a conversation with the owner of **Fresh Farms Beef Inc.** on February 8th, 2001,
Wasim learned that **the Rutland-based company provides Halal meat to Reiker's
Island Prision, a large prision in New York City.** Also, the company is certified by the
Blackstone Halal Meat Market and the mosque in Quincy, Mass. The owner of the
Blackstone Halal Meat Market is Brother Saleem and his number is 617 367 6181 and
students are encouraged to talk to him and/or the owners of Fresh Farms Beef if they
have any questions.**Fresh Farms Beef Inc is an exclusively Halal operation.**

### How and where are the animals killed?
The goat, lamb and beef are all killed on site in Rutland.
The chicken is imported from elsewhere, but is also certified Halal.

**Where can I find information about eating Halal?**
More information on Halal meat and eating Halal can be found at: Islamic Food and
Nutrition Council of North America

**Does the term Halal only apply to meat?**
No. Halal is an Arabic word meaning **permissible**. It is the opposite of Haraam, or what
is specifically prohibited. Many foods can contain ingredients that are Haraam, such as
fish cooked in alcohol or bacon ranch salad dressing.

**Where can I find a list of products that are Halal and Haraam?**
Islamic Food and Nutrition Council of America

**Are Halal and Kosher really the same thing?**
There are varying opinions on whether Halal and kosher are the same.
The Islamic Food and Nutrition Council of America seems to suggest that they are not,
given that Jews can used alcohol in their food. But as for the meat itself, there is
theological disagreement. **What is certain,** however, is that it is better to help Muslims
by eating Halal rather than kosher.

# Our Letter to Dining Services

8 January 2001 / 12 Shawwal 1421

Mr. Pete Napolitano
Director of Dining Services
Middlebury College
Middlebury, VT 05753

Dear Mr. Napolitano,


The Islamic Society of Middlebury College has grown steadily in the past few years.
Each entering class brings a larger group of practicing Muslim students than the one
before it. Currently, there are over 40 Muslim students at Middlebury. As our
community has grown, the College administration has taken an active interest in
providing for the needs of our emerging community.

Middlebury Dining Services has been particularly supportive by introducing a meal credit
plan for Muslims who fast during Ramadan. The program has helped students realize
that although they are members of a minority faith and small community, they can still
practice their religion without compromise. The Islamic Society applauds the program
and believes that it is an illustration of the fact that Middlebury remains a leader in
assisting emerging Muslim communities on liberal arts campuses.

Another example of the good relationship between the Islamic Society and Middlebury Dining Services is from October break 1999, when members of the Islamic Society used the Hamlin kitchen to prepare dinner. The arrangement allowed the students to prepare a chicken dish from Halal meat purchased by the College a few years before for a student who followed strict Islamic dietary law.

At the time of the October dinner, two students of the Islamic Society (Andaleeb Choudhuary '03 and Wasim Rahman '02) spoke with Mr. Walter Van Price of Hamlin Dining Hall about the need for Halal meat. They explained that several Muslim students had become vegetarians since arriving at Middlebury, and still others had decided they were going to eat non-Halal meat until Halal would become available. During the meeting, the students also provided Mr. Van Price with contact information for a Halal meat farm in Rutland. They also called the farm in Rutland and presented Mr. Van Price with the various prices for different kinds of meat. The students never again heard from Dining Services regarding Halal meat.

## HALAL MEAT: AN URGENT NEED

The following students do not eat meat at Middlebury due to their religious convictions:

1. Wasim Rahman 02 (Oregon)
2. Bilal Habib 04 (Karachi, Pakistan)
3. Saad Kamal 03 (Karachi, Pakistan)
4. Abdur Rahim Syed 02 (Karachi, Pakistan)
5. Tayaba Zahra 04 (New York City)
6. Rafat Kapadia 04 (Bombay, India)
7. Madiha Tariq 04 (Karachi, Pakistan)


The following students follow the fatwa (religious ruling) that if no Halal meat is available, one may eat non-Halal if a prayer is said before eating the meat. They might also believe that while Halal meat is better, any non-pork meat can be Halal if a prayer is read.

1. Samia Amin 03 (Lahore, Pakistan)
2. Shahan Mufti 03 (Islamabad, Pakistan)
3. Usman Haque 02 (Lahore, Pakistan)
4. Khurram Jamali 04 (Karachi, Pakistan)
5. Hosam Mekdad 03 (Damascus, Syria)
6. Siti Masturah Ismail 01 (Singapore)
7. Nuradeen (Matthew) Saratore 01 (Illinois)

In sum, approximately 14 students or so are in need of Halal meat. Others are very likely to surface when a Halal option become available.

The Islamic Society of Middlebury College formally requests Middlebury College Dining Services and the administration of Middlebury College to introduce Halal meat in Proctor Dining Hall, at least four days each week beginning this Spring Term, 2001.

We request that the meat be prepared in accordance to Islamic dietary law [APPENDICES A, B, C]. The students are particularly concerned that no alcohol or pork be used in the cookware or as ingredients in the meat.

We request that meat not be served on days that fish is served. All fish is Halal according to Islamic Law (shar'ia) and thus will maximize the utility of Halal meat in the dining hall.

We request that Halal be made available at Proctor, not Hamlin or Freeman, since Proctor is the largest dining hall and likely to attract the most Muslim students. The members of the Islamic Society are worried that if they have to go to Hamlin or Freeman to eat they will become segregated from the greater Middlebury student body.

**We request that the meat be made available by the beginning of Spring Term, 2001 (February 12, 2001).** A recent study of the Muslims at Middlebury revealed that several students were vegetarians when they first arrived at Middlebury, and tried very hard to follow Islamic law. These students, now graduating seniors, have resorted to eating non-Halal meat because the length of time without Halal has made them desperate. They resolved that it was okay to eat non-Halal because to go nine months each year for four years without meat is unhealthy and unIslamic.

**We believe the need is urgent.**

To close, the Islamic Society makes these requests with the utmost respect for you, Mr. Napolitano, and Middlebury Dining Services. Nevertheless, we urgently ask that this request be **expedited. All resources are available to us to meet the needs of Muslim students at Middlebury.**

Please examine Appendicies A-E at the end of this letter.

We look forward to hearing from you and pray that you are able to help us inshaAllah (God willing).

Sincerely,

Wasim Rahman    Shahan Mufti
Ext. 4251    Ext. 4171

Chief Petitioners and
Members of the Shura Council of the
Islamic Society of Middlebury College

## State of California Passes Halal Food Law

**In The Name of ALLAH, The Most Gracious, The Most Merciful.**

California has followed in the footsteps of New Jersey, Minnesota, Illinois, and Michigan to become the fifth state to pass a law governing **Halal** Food. California Governor Gray Davis signed into law AB1828 at the Islamic Center of Southern California saying, "Muslim consumers, like any other consumers, deserve protection against false advertising."

Under the leadership of the Council on American Islamic Relations (CAIR-CA), and with the support of the Muslim community in California and IFANCA, Assemblyman Bill Campbell sponsored the **Halal** Food Bill. The bill was co-authored by Assembly Members Aroner, Bates, Daucher, Harman, Leach, Maddox, and Robert Pacheco and Senator Ackerman.

"On behalf of the Islamic Food and Nutrition Council of America (IFANCA), we congratulate CAIR and the Muslim community in California for initiating this process and helping make it a reality and we commend the legislature of the State of California and Governor Davis for responding to the needs of the local Muslim community. This continues the momentum towards nationwide consumer protection for the **Halal** consumer", said Dr. Muhammad M. Chaudry, President of IFANCA.

Like the **Halal** Food Laws passed in the other states, this law is intended to prevent businesses from misleading or defrauding consumers.

Dr. Ahmad Sakr, a director of IFANCA and of the Muslim Education Center in Walnut, California, had this to say: "It is a very positive approach on behalf of Governor Davis to come and sign the bill at the Islamic Center. It's not easy for a governor to travel all the way from Sacramento and meet the Muslims at the Islamic Center. The same goes for Assemblyman Bill Campbell who also came to the signing ceremony traveling from Sacramento. That shows their humbleness and nobility. We should be thankful first to ALLAH (GOD) and second to the politicians who brought this bill into reality."

"CAIR had taken the initiative and Dr. Chaudry and I (IFANCA) worked with them and with congressman Bill Campbell's office to see the bill through."

"California is the fifth state to approve this law after New Jersey, Minnesota, Illinois and Michigan. We hope that Muslims wake up and work towards getting these laws approved in all states."

"A unique aspect of this law is that a person claiming to certify any meat as **Halal** should himself be certified by an Islamic certifying body. We have to educate and warn the Imams that they should careful before certifying any product."

"Muslims should also recognize that apart from slaughtering, they should also be concerned about mad cow and other diseases associated with wrong feeding practices."

**Halal** is a set of rules that govern the dietary habits of Muslims. The rules have been prescribed by ALLAH (GOD). **Halal** food must be clean and pure, and must follow the Islamic guidelines that include a prohibition of: pork and pork byproducts, blood and blood byproducts, animals where the name of ALLAH has not been invoked during slaughter, animals which have not been slaughtered and items containing alcohol or intoxicants. There are a few other requirements.

**This article was provided by NAIF, Inc. 2807 N. Monroe St. Wilmington, DE 19802, Email:naifinc0@aol.com (302) 762-9691 www.naifinc.org 10-1-03**

**Features**
Halal Digest

Alhamdulillah was-salatu was-salaamu 'ala rasoolillah. All thanks and praise is to ALLAH, Subhanahu wa ta'ala, and we ask that HIS blessings and peace be upon HIS Messenger, Muhammad, salla ALLAHu alaihi wa sallam. This Aya from Surat Al-Ma-ida is the basis for permitting Muslims to consume the food of the "People of the Book", referred to in the Quran as "Ahlul Kitab". The term Ahlul Kitab appears in the Quran around 35 times, but only once in reference to food. Those whom received the book (Al- Latheena Utul-Kitab) or other forms of this appear an additional 18 times, so the total references to Ahlul-Kitab are around 53. In future articles, we will discuss the food of Ahlul Kitab and other Ayat concerning Halal and haram foods.

### Halal Digest - July 2000
Food News
### Getting Religion - For Your Products
My Own Meals, Inc. was established in 1986, to bring great-tasting, top-quality, nutritious, refrigeration- free meals to the market. Later on, we added Halal certified meals to the product line. Getting there was an adventure and here is what we learned. Let's begin by dispelling some myths about religious supervision:

Myth 1.

Supervision: You cannot just pay a Muslim inspector a fee to bless the plant and then go home. Halal means "proper or permitted". There are religious procedures and practices involved in accomplishing this, not just a blessing.

Myth 2.

Halal labeling: Halal foods encompass acceptable products and practices. Following Halal rules according to books or previous experiences does not mean a producer can label the product as Halal, although many companies do this, particularly with exports. Savvy consumers will force these companies out of the market. Food items must be "certified" Halal by a trained and reputable organization. Certification means production according to specific rules. Some states have laws pertaining to Halal labeling.

Myth 3.

Too Expensive: Halal certification costs too much. It is true there is a fee for Halal certification. However, as producers, you must realize that it is the Halal certification that you will use to market your products, to increase your sales and profits. In fact, the consumers pay the certification fees by buying your certified food items. These consumers pay a premium to buy and consume products certified by a trustworthy, trained religious supervisor.

Myth 4.

Kosher is Halal: Some kosher producers believe that Muslims accept kosher as meeting Halal standards. In fact, Muslims do not accept kosher certification as a substitute for Halal certification. Some Muslims may have believed that kosher slaughter was similar to Halal, but they are learning that this is not true and they are demanding Halal certified products. Internationally, only proper Halal certification is acceptable and monitoring agencies are being established to ensure compliance. This international attitude is moving into the U.S. market. Let's correct some rumors about what is considered Halal:

Rumor 1.

The plant was blessed. A Muslim inspector cannot make a product Halal by saying a blessing at the start of the slaughtering process or at the end of the process or on meat that has already been slaughtered. A Muslim slaughterman must slaughter each animal and perform his pronouncements on each animal as he slaughters it.

Rumor 2.

We played the tape. Recordings of blessings cannot used to substitute for the devotion of an observant Muslim.

Rumor 3.

My slaughter is humane. Producers cannot accept the word of the slaughterhouse that humane methods were used and therefore should be considered the same as Halal.

Rumor 4.

We have a certificate. Producers can never label a meat product as Halal if there is no on-site Muslim participation. This is where our country has lost competitively in the international market.

Rumor 5.

Pork. Producers cannot simultaneously process any pork or pork-derived product while producing Halal-labeled meat.

Rumor 6.

We sanitized in the morning. Producers cannot process any pork or pork-derived product immediately prior to the processing of any Halal labeled product without a full, comprehensive, and detailed cleaning.

**HalalDigest-July2000**
3
Extracted from a talk delivered by
Mary Anne Jackson, President and
Founder of J&M™ Company and
My Own Meals™, Inc. of Deerfield,
IL. The talk was delivered at the
Religious & Ethnic Foods Division
Session of the Annual Meeting of
the Institute of Food Technologists
Conference held in Dallas, Texas
during June 10-14, 2000.
**HalalDigest-July2000**
Demand for Halal and Zabiha Halal Products

In the context of food, Halal means "proper or permitted" to consume as defined in the Quran, the Muslim holy book, and haram means "forbidden" to consume. Forbidden foods include pork, alcohol, meat from improperly slaughtered animals and all by-products or derivatives of these. Halal is a growing international trade issue because there are over one billion Muslims in the world market and about 8-10 million in the US.

In the past, the food in most international Halal markets was produced locally, so its acceptable Halal status was assumed. However, as the volume of imported foods has increased, Halal certification has become a growing issue. The reliance on acceptable certifying organizations has become increasingly more important. This affects all US exporters as these Halal product-importing countries are becoming more aware of unacceptable practices in Halal labeling and have started to take action.

When we first entered the religious meals market, we thought we could convince Muslims to accept kosher instead of going through the expense and effort of two separate production runs. However, it is not true that Muslims will accept kosher, especially if meat ingredients are involved. We learned that we had to produce and market our meals separately, so we set up a division of our company, called J&M Company, to produce and market Halal meat products.

In the past, Muslims trusted food producers when they claimed their products were Halal. Because of this trust, there was very little policing of the market by the Muslim community. This lowered the entry barriers and led to the spiraling of unreported mislabeling. Companies labeled products Halal, whether they were certified as Halal or not. Some companies still do this, but they are being exposed, making it more difficult for them to sell their products in the U.S. and abroad.

In addition to many Halal specialty stores, some Internet food stores have started up. In the prison system, more and more lawsuits are being won by Muslims to get Halal foods. Hospitals are starting to buy Halal meals. Many U.S. food companies are in the process of establishing standards and revising formulations for future Halal certification, and

Halal certifying agencies are getting busier. In some states, labeling regulations are being proposed to put an end to mislabeling of products as Halal. Companies that are not properly certifying their products are running an increased risk of exposure, which could lead to a substantial loss of business.

In the early 1990s, Kuwait blacklisted our country's poultry producers because of improper practices. Companies purchased Halal certificates through the mail without supervision or played audiotapes of prayers in their plants in place of an on-site inspector. This was easier for the producers, so they went along with it. Unfortunately, some of these "illegal" practices continue today, making certification by a reputable certifying organization even more critical.

And now, the Muslim community is publicly exposing such practices to the detriment of these producers. Today, meat is slaughtered by trained Muslim slaughtermen under the standards, practices, and inspection of a trusted Islamic organization. Poultry is usually mechanically slaughtered with a trained Muslim slaughterman present to perform the pronouncements and to hand-slaughter only those poultry, which missed the mechanical knife.

The new trend (particularly in Indonesia and Southeast Asia) is for all birds to be hand-slaughtered by a Muslim. As a cautionary note, there are some slaughterhouses that are owned and operated by Muslims who do all their own slaughter without any independent third party inspection. This could raise questions and lead to problems if no reputable, independent organization has oversight. Halal Certification Halal requirements are not difficult to meet, but they should not be viewed lightly or glossed over. There are generally two levels of inspection.

In a facility that makes the same products day after day using the same ingredients, the production plant and products can become certified as Halal acceptable. Inspection involves approving the ingredients used and the ingredient suppliers and establishing Halal production and quality procedures. Then the facility can be audited on a periodic basis by the certifying organization. This is acceptable with products such as candy, cereal, granola bars, pasta, spices, etc.

In a facility where many differing products are produced, inspection is more involved. The producer must have an on-site Muslim inspector for a special Halal certified production run. Whenever meat products are produced, inspection and cleaning are also more involved.

Generally, before starting Halal production, a Muslim inspector checks to see that all non-Halal ingredients are removed from the production area, and that the equipment and the surrounding areas are clean. Anything not clean must first be cleaned and approved before commencing production. A trained inspector and the certifying organization must approve the ingredients and suppliers. Some ingredients may contain questionable sub-ingredients. For example, binders and emulsifiers such as polysorbates, or sodium stearates may be derived from, or contain, ingredients of animal origin. Flavors may use an alcohol base. Gelatin may be derived from pork or non-Zabiha animals. The presence of questionable sub-ingredients may require on-site certification of the main ingredient.

Agreed upon production procedures are established between the certifying organization and the producer. These procedures may include incoming ingredient segregation and inspection, cleaning systems, record keeping, lot coding, packaging control, etc. Often, these are standard operating procedures that may have been modified for specific Halal concerns. The certifying organization will then determine how much on-site inspection is needed, given the circumstances.

Considerations In Determining The Required Level Of Certification

First, decide whether the plant will remain Halal all the time, or only for specific runs. To remain Halal all the time, means that all products in and out of the plant must always be Halal.

Next, determine whether the production is complicated or simple. A simple production plant, such as one used for candy production, will remain Halal unless something compromises the production. Only product that is certified may carry the supervising organization's symbol on the package. The presence of glycerin, gelatin, and flavorings within the plant may classify this as complicated production. For complicated production, on-site religious supervision and control are required throughout all stages of production, from raw material ordering, through production and cooking, to final packaging. Examples of complicated production include producing frozen dinners, producing refrigeration-free meals, slaughtering, preparing processed meats, cooking products in a plant that also runs non-Halal products at other times, etc.

For Halal certification, the level of inspection varies. Little on-site Muslim inspection is required in a Halal approved plant operating with Halal approved production procedures and ingredients. However, whenever slaughter is involved, a Muslim must slaughter every animal to qualify as Halal. In a plant that runs both Halal and non-Halal products, the Muslim inspector must: assure that only Halal items are used determine if any ingredients contain any meat or alcohol-based ingredients or by-products assure the cleanliness of all equipment to be used inspect all packaging to be used require an accounting of all packaging used and remaining after production, and perform a special and intense cleaning, if pork products were ever processed on the equipment to be used in production. Marketing Considerations Marketing decisions require a clear definition of the goal, target consumers, and products by the marketing department. One approach is to add Halal certification production standards to an existing product line. In this case, the Halal certification is obtained as a product differentiation strategy or to keep up with the competition. In this case, the marketers will continue to mass-market the products as if there were no religious certification. These items are found in general product categories within grocery stores, side-by-side with non-certified, competitor products and is the largest market segment alternative.

A second approach is to introduce a product that is strictly marketed as a Halal food item. In this case, it is not mass-marketed, but rather targeted to specific consumers. It

has a much smaller consumer base,making it a niche product. Examples include frozen Halal airline dinners and shelf stable meals for institutional use. These items are usually found in a specialty or ethnic food section of the grocery store or are demanded by institutions requiring them for specific customers. For example, J&M Company met the small, niche demand of the US military for strict Halal meals with its products and rations, by creating the first commercial ration in the US Military's history and by-passing
military logistics systems to direct deliver them to the field. Choices made about production practices, suppliers, and supervisory organizations could dramatically affect the success of specialty products. But if the brand and products are good and the certification is authentic, they will command a very strong and loyal following.

A third approach is to take a general product and market it to the Halal consumer. In this case, a   popular branded item may add Halal certification so that it is also acceptable to the Halal observant consumer.
Halal certification is a necessity for marketing to the Muslim community, domestically and internationally.

It is also a marketing strategy for increasing sales. The emergence of proper Halal certification for successful and continued international trade opens new marketing opportunities. In today's competitive environment, doing it "right from the start" is most important because an unforgiving market may not afford you a second chance.
I hope our experience will make your entry into the Halal food market easier and rewarding.

# Islamic Fiqh Academy: Deliberations of the 97 Meeting

**By Mufti Taqi Usmani, Deputy Chairman Islamic Fiqh Academy**

Translated from Urdu by Khalid Baig.

## Introduction

Although the Organization of Islamic Conference (OIC) has not yet succeeded in solving major problems of the Muslim world, it has at least provided a platform for the discussion of our collective problems. It has also produced some academic, research, and economic institutions that are active in various fields. One of these important institutions is the Islamic Fiqh Academy.

The idea of the Islamic Fiqh Academy was proposed by King Khalid in the OIC meeting of Rabi Awwal 1401 (January 81) that was held in Masjid Haram in Makkah Mukarramah. The suggestion was to have a body consisting of scholars and jurists of the Mnslim world that would focus on the new problems presented by the contemporary world and propose Islamic answer to those problems. The OIC accepted this snggestion and the idea of the formation of Islamic Fiqh Academy was approved. Next year (22 Augnst 1982) the Islamic Foreign Ministers conference in Nigeria approved the bylaws of the Academy and the OIC Secretariat was instructed to establish the Academy in accordance with those bylaws. A founding meeting was held in Makkah Mukarramah in Shaban 1403 (July 1983) which was attended by representatives from the entire Muslim world. The meeting approved the bylaws with certain changes. The changed bylaws were subsequently approved by the Islamic Foreign Ministers Conference and the Academy was finally established.

The secretary general of the Islamic Fiqh academy is nominated by the secretary general of the OIC. At that time Habib Shatti was the OIC secretary general and he nominated Mufti Dr. Habib Balkhouja of Tunis as the secretary general of the Academy who continues to serve in that position. Each Muslim country was asked to nominate an expert in Islamic disciplines as its representative. While governments nominate the representative, once nominated only the Academy can revoke their membership. This writer has been the representative from Pakistan and for the past six years has been working as the deputy chairman of the Academy. The first meeting of the general council of the Academy, consisting of all the nominated members, was held on 26 Safar 1405 (19 November 1984). Dr. Bakr Abu Zaid of Saudi Arabia was chosen as the president of the academy in that meeting. The operating procedure of the Academy was also decided upon in that meeting.

## Operating Procedure

The planning committee of the Academy selects topics for research. Then a selection of these topics is sent to the Academy members as well as other Islamic experts who are asked to write research papers on them. The research papers are then circulated to all the members for review. In the annual meeting of the Academy, these papers are presented and freely discussed. Every word said in those discussions is recorded and published later. For every topic, a drafting committee is formed to draft the proposed

resolution in light of that discussion. Finally, the draft proposal is once again presented to the meeting of all the members for discussion and approval.

So far, ten annual meetings have taken place in accordance with this procedure. Resolutions about many modern issues have been produced in these meetings. What is of even greater importance is that on these issues research papers authored by Islamic world's great scholars have been collected and published. Every year the Academy publishes a several volume collection of these papers and the transcript of full discussion on them by the experts. So far, twenty-six such volumes have been published, providing an invaluable treasure for those interested in research into the contemporary fiqh problems. Some of the topics covered by these publications and the resolutions of the Academy include problems related to banking and insurance, stock market and money markets, trade using modern means of communications, international trade, currency transactions, Zakat, test tube baby, organ transplant, artificial heart, and other modern medical techniques.

In addition, the Academy is also compiling an encyclopedia of fiqh about finance and a compilation of fiqh rules in collaboration with other organizations of the Muslim world.

## The 1997 Meeting

The meeting was held from 28 June through 3 July. The Governor of Makkah Mukarramah inaugurated the meeting and about 125 representatives from all parts of the Muslim world attended it. Three issues discussed in this meeting deserve special mention.

## Zabiha

The third important topic of discussion was the new methods of slaughtering animals. The meeting discussed which of these new methods are in accordance with Shariah and which are not. In many Muslim countries, especially in Saudi Arabia and the Gulf countries, meat imported from non-Muslim countries is widely used. The Academy was told by its researchers, based on their personal experience, that the Halal label put on such imported meat is not reliable. The producers exporting this meat from non-Muslim countries to the Muslim countries do not take care to meet the requirements of the Shariah. **Therefore the Academy appealed to the Muslim businessmen that before importing such meat, they should ensure that the slaughter is certified to be performed in accordance with the Shariah, the certification being given by observing Muslims who are knowledgeable about Shariah requirements regarding animal slaughter.** The Academy also appealed to the Muslim governments that they should use their embassies in the exporting countries **to keep the exporters from using the Halal label without proper Halal certification by reliable Muslim agencies.**

### Issues related to Slaughtering

The slaughtering of permissible animals for day today consumption or for religious offerings remains one of the key aspect of Islamic worship. Islam prescribes a distinct set of guidelines for proper slaughtering. However, due to general ignorance and complexities of modern life several issues have emerged in this regard and the Seventh Seminar of the Islamic Fiqh Academy provided suitable guidelines for the permitted course of action.

### The First Resolution:

**27.1** Literally Zabh means to perform a surgical operation and in Shariah it means to cut the fold and breath pipes and both the jugular veins of an under control animal or to injure or inflict wound on any part of an animal who is not under control for slaughtering.

**27.2** Zabh is of two kinds Zabh Ikhtiyaari and Zabh Ghair Ikhityaari. In the first kind of Zabh all that four arteries or most of them are severed and it happens with those animals who are under the full control of the slaughterer at the time of Zabh (slaughtering according to the Islamic tenets). This sort of slaughtering is generally done to the reared animals with the exception that the animal may somehow become out of control at the time of slaughtering. In the second type of slaughtering, wound is inflicted on any part of the body of the out of control animal and let the blood flow from the wound. This sort of slaughtering is done on untamed (hunting) wild animals who are not under the control of human beings with the exception that a wild animal may be caught and tamed or is somehow caught alive.

**27.3** Common conditions for both types of slaughtering are:

> **(i)** The slaughterer should be a Muslim or Ahle Kitab (the follower of some revealed book).
>
> **(ii)** He should be sane.
>
> **(iii)** Name of Allah is recited at the time of slaughtering.
>
> **(iv)** No other name should be included with the name of Allah.
>
> **(v)** The animal should be alive at the time of slaughtering.
>
> **(vi)** The animal should die only on account of slaughtering.

**(vii)** The weapon should be sharp edged.
Special conditions regarding Zabh Ikhtiyaari:

> **(a)** To recite Tasmia (In the name of Allah the compassionate, the merciful) on the animal set for slaughter.

> **(b)** To severe the particular arteries.

> **(c)** There should not be much delay between the recitation of Tasmia and Zabh.

Special conditions regarding Zabh Ghair Ikhtiyaari:

> **(a)** The hunter should not be in his Ihraam.

> **(b)** The animal belonging to Haraam should not be hunted.

> **(c)** The hunter bird or animal should be a trained one.

> **(d)** Tasmia should be recited while releasing the hunter bird or animal or while throwing the spear or arrow.

**27.4** The occasions for Zabh under control and Zabh out of control are quite different. The out of control type of Zabh is permissible only when the Zabh under control is not possible. Therefore, the permission of Zabh out of control in the place of Zabh under control is not unanimous.

**The Second Resolution:**

**27.5** The qualifications of a person performing the act of Zabh (the slaughterer) according to Shariah are that he should be sane and major. In case of his being a minor, he should be wise and sagacious and last but not the least he should be either a Muslim or the follower of some divine/revealed book (Ahle Kitaab).

**27.6** By the follower of any revealed book means that he should follow one of the revealed/divine books testified by the Holy Qur'an. The Jews and Christians are such persons in the present age.

**27.7** The Zabiha of the Jews and Christians will be lawful with the exception that it is proved beyond doubt that such a person is heathen and does not believe in Allah.

**27.8** The Zabiha by a Qadyani will in no case be lawful even if he calls himself Ahmadi or Lahouri.

**27.9** It should be made clear that the conditions set by Shariah should be positively found in Zabh even though the slaughterer is a Muslim or a follower of some revealed book. Hence, all those conditions in which an animal is slaughtered directly or by means of some machine in such a way that it cannot be dubbed as Zabiha according to Shariah, the animal thus slaughtered will neither be Zabh nor will be legal for consumption. Its examples are to shoot and kill the animal, to burn the places of Zabh by electric current or by wounding some part of the body and let the animal die by the flow of blood from that wound or other means similar to these.

### The Third Resolution:

**27.10** According to the Islamic Shariah the name of Allah should be uttered at the time of slaughtering and if the animal is slaughtered in the name of some one other than Allah it will not be Halal (Permissible).

**27.11** If an animal is slaughtered without uttering the name of Allah, such thing happens only either knowingly or by forgetfulness. The slaughter will be lawful if Bismillah, is simply forgotten to recite. But if it is deliberately not recited, such slaughter, according to the majority of jurists, will not be permissible.

**27.12** Reverend Imam Shafai holds that if Bismillah is not read as a matter of disdain, the slaughter (Zabiha) will not be lawful. But if the reason is not disdain and Bismillah is not over looked intentionally, such slaughter will be lawful because according to him it is Sunnah to say "Bismillah".

    **(a)** Be it clear that the majority of Islamic jurists hold the utterance of Bismillah as obligatory while Imam Shafai thinks it as "Traditional" (Masnoon). However Tasmia (recitation of Bismillah) is obligatory or traditionally every Muslim is generally expected that he will not perform Zabh by intentionally not reciting the name of Allah. It is not our duty to ascertain whether a Muslim while performing Zabh deliberately omitted Bismillah? Therefore, the Zabiha by every Muslim should be considered as lawful.

    **(b)** It should be clear that, while slaughtering, the recitation of the name of Allah is obligatory for each animal. Therefore, if the act of slaughtering is performed several times the recitation of Allah's name will also be recited as many times and if the slaughtering is done only once, the name of Allah will be recited only once, for example, an animal is being slaughtered after

reciting "Bismillah", but before the act of Zabh is complete, the animal somehow gets out of control and runs away. Now, if it is caught and again put down for Zabh, in this case, Bismillah shall be recited once again. In Zabh Ikhtiyaari every time when an animal is slaughtered and Bismillah is read, there should be full knowledge and determination of the animal, which is being slaughtered, and if some other animal instead of the predetermined one is slaughtered, it will not be lawful.

**(c)** Sometimes while slaughtering an animal more than one person join this act, for example, two hands of two different people are gripping the handle of the knife, or one hand of a weak person and on his hand the hand of a stronger person, in such case both these persons will have to recite the name of Allah, however, the persons holding the head or legs or body of the animal will not be considered as participants in slaughtering.

**Fourth Resolution:**

**27.13** Now-a-days it is becoming a general practice that before putting the animal to slaughter, they are made unconscious by electric shock or some other means supposing that it is a way of mitigating the pain of the animal. This Seminar does not agree with this presumption and holds that the better way is to complete the act of Zabh without making it unconscious.

**27.14** But, in case this practice is in vogue somewhere, and the animal is slaughtered only after rendering it unconscious and it is also fully certain that the animal has become only unconscious temporarily by the electric shock or by some other means and is not dead, and if it is ascertained diligently that the electric voltage is adjusted only to render the animal unconscious, in this case if such an unconscious animal is slaughtered, the Zabiha will be lawful.

# Halal Poultry Certificates

## As Salaam Poultry





We were pleased to find that the procedures and conditions at Salaam Chicken are in strict accordance to Islamic Sharia. The plant is also in strict accordance to food directives and state laws. The chickens are hand slaughtered by 10 practising Muslim brothers. We have had repeated visits to Salaam Chicken for 3 years and have found the staff always welcoming and courteous. Salaam Chickens are fed a 100% vegetarian we know. They eat healthy, grain-based diet rich in vitamins and minerals,diet free of pesticides, growth hormones, antibiotics and animal by-products. Salaam Chicken is classified as Free Range, having been raised for over 8 weeks in a natural environment that allows them to roam freely in open spaces. Real Halal observed the delivery and storage of components, preparation of components, manufacturing and processing of product and packaging of products. All components of observation were met with satisfaction and compliance.

Excellent, Clean. USDA inspector on duty during operation and production hours.

Whole, boneless parts chicken. Pre cooked breaded chicken nuggets and patties. Whole Turkey and Turkey Breasts.

We conclude at present that Salaam Chicken is INDEED HALAL. We are pleased to grant Certification of Halal to Salaam Chicken

One of the main services of Real Halal is to provide food manufacturer Halal certification of food products.

A Halal certificate issued by Real Halal is an assurance that a particular product has been thoroughly investigated and found to conform to Islamic Dietary Laws and therefore is suitable for consumption by Muslims. Products that are Halal certified are monitored according to the Islamic Dietary Laws for the entire period of certification. Products submitted for Halal certification are investigated and vetted by the authentication department. As part of the investigation process all the ingredients and all aspects of the manufacturing / processing of the product are

looked at carefully. The purpose of this investigation is to ensure the product does not contain, is not derived from and does not come into contact with any non Halal substances. The main aim of Real Halal Inc. is to promote the consumption of Halal food products through: research into food products to determine their suitability for Halal consumption-informing consumers about Halal status of products -answering queries from individuals regarding Halal suitability of products or ingredients.

We also aim to assist food manufactures in producing Halal food products by providing detailed information about Halal requirements- authenticating food products and issuing Halal certification monitoring Halal certified products-providing advice on promotion of Halal certified products

# New rules to ensure authentic halal food

New rules to be introduced next month will help ensure that Muslims in
the city will be able to eat more authentic halal food.

The rules, or Guangzhou Islamic Food Administration Regulations, will
come into effect on June 10.

The new regulations require that both the managerial staff and
employees of lower levels of a halal food supplier should include
Muslims who eat this food and that only these people would be allowed
to run businesses selling halal food.

The regulations also highlight the requirement that halal food suppliers
should have concrete measures to ensure the authenticity of raw
materials and bring the production, packaging, transportation and sales
of halal food in line with Islamic customs.

"With the new regulations coming into effect, Muslims will be better
protected from unauthentic halal foods and they will be less likely to be
offended," Vice-Mayor Su Zequn told a press conference Tuesday.

It is not rare case for Muslims to inadvertently buy unauthentic food due
to a lack of such regulations, he added.

Besides, he said, the regulations will better guide investors and related
businesses in their attempts to tap into the market, helping keep the
development of Guangzhou's halal food industry right on track.

Wang Dekun, director-general of the Guangzhou Ethical and Religious
Affairs Administration, said local authorities have made great efforts to
ensure the adequate supply of halal food and to help the operation of
Islamic restaurants.

The city has invested 2 million yuan (US$240,000) in the setting up of a
halal slaughterhouse.

Official statistics indicate that Guangzhou has more than 100 outlets
either supplying halal foods or running restaurants, and the city's Muslim
population is over 10,000.

The city's exhibitions, especially the Chinese Export Commodities Fair,
attract tens of thousands of Muslims from around the world every year,
in addition to another thousands of Muslim tourists from home and

abroad.

Copyright By chinadaily.com.cn. All rights reserved

# N.J. defers on defining halal

**By Wayne Parry**

**Associated Press**

**NEWARK, N.J.** – New Jersey has decided not to involve itself in a dispute over what type of food should be considered acceptable under Islamic dietary laws, leaving that decision to consumers.

The state has reworked its regulations governing halal food by requiring businesses to complete disclosure forms outlining how they prepare and store their food products.

Consumers then can decide whether those procedures are acceptable under Islamic dietary law. For many New Jersey Muslims, the issue is second in importance only to civil-rights concerns in the aftermath of the 9/11 attacks.

New Jersey passed a halal food law three years ago, but critics said the bill lacked teeth, including criteria that could be used to enforce it. About a week ago, the state Division of Consumer Affairs disclosed its latest proposal.

The Majlis Ash-Shura of New Jersey, the state's council of mosques, had wanted the law to spell out what could be labeled and sold as halal. Council chairman Yaser El-Menshawy said the compromise was probably as far as state regulators could go.

The mosque council, based in Newark, held meetings in recent months aimed at coming up with a definition acceptable to most Muslims.

The disclosure regulations will become effective this year.

# Zabiha or Non Zabiha:
# Three Scholars' Opinions

Amongst North American Muslims, there are two predominant views about Zabiha meat. Below, we have provided explanations from scholars representing each view.

The late scholars Syed Abul A'la Maududi and Al Phahim Jobe both argue that the meat must be slaughtered in accordance with Islamic guidelines.

Scholar Yusuf Al-Qaradawi argues that the meat of the Jews and Christians (called the 'People of the Book') is acceptable for Muslims to eat.

## ONLY ZABIHA MEAT MUST BE CONSUMED

### 1.Opinion of Syed Abul A'la Maududi

(On a discussion about Quran 5:5): "The food of the People of the Book includes the animals slaughtered by them. The rule that 'our food is lawful to them and theirs lawful to us' signifies that there need be no barriers between us and the People of the Book regarding food.

We may eat with them and they with us. But this general proclamation of permission is preceded by a reiteration of the statement: 'All good things have been made lawful to you.' This indicates that if the People of the Book either do not observe those principles of cleanliness and purity which are considered obligatory by the Law or if their food includes prohibited items, then one should abstain from eating them.

If, for instance, they either slaughter an animal without pronouncing the name of God or if they slaughter it in the name of anyone else but God it is not lawful for us to eat that animal.

Likewise, if intoxicating drinks, the flesh of swine, and any other prohibited thing is found on their dining table we may not justify our partaking of such items on the ground that the persons concerned are People of the Book.

The same applies to those non-Muslims who are not People of the Book, except for one difference-that whereas the animals slaughtered by the People of the Book are lawful provided they have pronounced the name of God at the time of slaughtering them, we are not permitted to eat the animals killed by non-Muslims who are not People of the Book."

(Towards Understanding the Quran by Sayyid Abul A'la Mawdudi, Volume 2, Tafseer of Surah Al-Maidah, verse number 5)

## 2. Opinion of Shaikh Al Phahim Jobe

In response to the question, "is it permitted to eat the supermarket meat? Some people say America is a Christian country, and eating the food of the People of the Book is allowed," Shaikh Al Phahim answered:

"Supermarket meat is not Halal. For the Halal animals meat to be Halal, it has to meet the requirements of slaughter in the Islamic way. This includes invoking Allah's name before slaughtering it, so that we may remember that all forms of life are sanctified, and we are killing the animal because Allah has given us the right to do so to satisfy our hunger.

Another requirement is that it is slaughtered in a way that most of its blood is drained away.

These principles are derived from the Quran and the Sunnah of the Prophet (peace and blessings be upon him): "Forbidden unto you (for food) are carrion, blood, the flesh of swine, on which has been invoked the name of others than Allah, the strangled, and the dead through beating, and the dead through falling from a height, and that which has been killed by (the goring of) horns, and the devoured of wild beasts, saving that which you make lawful (by slaughtering)..." (Quran 5:3).

"Eat not (of meats) on which Allah's name has not been pronounced..." (Quran 6:121).

Ibn Abbas narrates that the Prophet forbade the cutting of the spinal cord of the animal when it is slaughtered (Tabarani).

The second part of the question dealing with the People of the Book also has its answer in the Quran: "this day (all) good things (Tayyabat) are made lawful to you. The food of the people of the Book is lawful for you, and your food is lawful to them." (Quran 5:5).

It is clear that the food of the Book has to be from among the "Tayyabat", that means the meat has to meet the Islamic requirements of slaughter as explained in the beginning of my answer.

There are some scholars who are of the view that the supermarket meats are Halal, but their arguments are weak and even they say that the Muslims should try to establish the Islamic way of slaughtering of animals (Zabiha).

I also differ with the statement that America is a Christian country, it is a secular and capitalists nation."

## A side note about "Halal" meat in non-Muslim countries

During a 1997 Islamic Fiqh Academy Meeting, the issue of Zabiha was also brought up.

This is a summary of the discussion.

"The third important topic of discussion was the new methods of slaughtering animals. The meeting discussed which of these new methods are in accordance with Shariah and which are not.

In many Muslim countries, especially in Saudi Arabia and the Gulf countries, meat imported from non-Muslim countries is widely used. The Academy was told by its researchers, based on their personal experience, that the Halal label put on such imported meat is not reliable. The producers exporting this meat from non-Muslim countries to the Muslim countries do not take care to meet the requirements of the Shariah.

Therefore the Academy appealed to the Muslim businessmen that before importing such meat, they should ensure that the slaughter is certified to be performed in accordance with the Shariah, the certification being given by observing Muslims who are knowledgeable about Shariah requirements regarding animal slaughter. The Academy also appealed to the Muslim governments that they should use their embassies in the exporting countries to keep the exporters from using the Halal label without proper Halal certification by reliable Muslim agencies."

(Source: Al-Balagh website)

## THE MEAT OF NON-MUSLIMS CAN BE EATEN

### 3. Opinion of Sheikh Yusuf Al-Qaradawi

"Since Allah did not prohibit it, the food of the Jews and the Christians is permitted to you on the basis of the original permissibility of things, and likewise you can share your food with them. Accordingly, you can eat the flesh of the animals they have slaughtered or hunted, and they can eat what you have slaughtered or hunted."

(The Lawful and The Prohibited in Islam by Yusuf Al-Qaradawi, page 59).

"The application of the phrase, [part of the verse of the Quran, 5:5] 'the food of those who were given the Scripture,' is general and includes their meats, produce, and other foods. All of these are halal for us excepting what is haram in itself, e.g., the flesh of a dead animal, pork, and flowing blood, as these are haram regardless of whether they are obtained from a Christian, a Jew or a Muslim. "

(The Lawful and The Prohibited in Islam by Yusuf Al-Qaradawi, page 60)

"If one does not hear from a Christian or a Jew that a name other than Allah's such as that of Jesus or a saint, was mentioned at the time of slaughter, the meat he offers is halal. If, however, he says that a name other than Allah's has been mentioned, it is haram, according to the opinion of some jurists who argue that it falls under the heading of what has been dedicated to other than Allah. Some others hold the opinion that the food of the People of the Book has been permitted to us by Allah, Who is aware of what they say

when slaughtering an animal."

(The Lawful and The Prohibited in Islam by Yusuf Al-Qaradawi, page 60)

"...we know that imported meats, such as chicken and canned beef, originating with the People of the Book are halal for us, even though the animal may have been killed by means of electric shock or the like. As long as they consider it lawful in their religion, it is halal for us. This is the application of the above verse from Surah al-Maidah." (Sheikh Qaradawi is referring to Quran 5:5)

(The Lawful and The Prohibited in Islam by Yusuf Al-Qaradawi, page 62)

It should be noted that at a conference of the Muslim Arab Youth Association (MAYA) in the U.S. a few years ago, where Sheikh Qaradawi is a regular speaker, he became exasperated upon being asked this question. He has encouraged, in the North American context, where Muslim businesses are present, that Muslims buy from these stores as opposed to purchasing from the supermarket.

# ZABIHA MEAT
# IN U.S. PRISONS: A SUCCESS STORY!

For many of the 350,000 to 400,000 Muslim prisoners in the United States, Zabiha meat is a dream, according to Jan Muhammad Diwan. Most of them became Muslims while in the prisons.

Yet, "it's the right of Muslim inmates to have Zabiha meat," says the 74-year-old president of the California Muslim Prisoners' Foundation.

This right is particularly signficant as more and more prisoners in the U.S. accept Islam.This has happened after being invited to the Deen by Muslim chaplains and volunteers who regularly visit the prisons.

But Muslim prisoners' lack of access to Zabiha meat is about to change.

By the end of August 1999, prisons across the United States will be able to provide Zabiha meat, that is meat slaughtered in accordance with Islamic guidelines, through prison commissaries, thank to efforts by Diwan and the California Muslim Prisoners' Foundation who have been working with prison officials to provide the meat.

There are two ways inmates obtain food in the U.S. The first is through prison dining halls, where their three daily meals are served.

The second is through commissaries. These supply food and other items which are purchased by inmates. For Muslim inmates, this means they can buy prayer rugs, for instance.

Commissaries sell food to prisoners who purchase the food with money they had before incarceration, or with that which they have earned in prison. Prisoners across the U.S. earn $0.35 an hour for labor they undertake while incarcerated.

Diwan explained that the United States Department of Agriculture-certified Zabiha meat will be packed in cans. He also said he is still in negotiation with a few Zabiha meat suppliers in California.

Diwan explains that part of the delay for being able to provide Zabiha meat and food products was because there were few Muslim food manufacturers who were providing food with packaging appropriate for the prison population.

Prisoners are not allowed instruments like can openers in prison for security reasons. "No prison will allow it in the U.S.," explains Diwan.

This is why food sold through commissaries must be in packaging that is easy to open without the use of forbidden instruments. The Zabiha meat will be packaged in cans that are opened like soft drink cans.

Diwan explains the next step is publicizing the availability of Zabiha meat for Muslim inmates amongst head chaplains and Muslim chaplains in prisons across the U.S.

If a prison asks for a supply, Diwan explained the Foundation will be responsible for sending them the meat.

Diwan established the California Muslim Prisoners' Foundation in 1995. The foundation arranges for seminars, provides Islamic literature and post-prison release programs for Muslim inmates. Last year the group sent two former inmates to Hajj.

## Muslim Detainees eating well, packing on pounds thanks to USA
American Forces Information Service | 7.3.02 | Rudi Williams

NAVAL STATION GUANTANAMO BAY, Cuba, July 3, 2002 -- "The hotter the food, the better they like it." But Navy mess specialist Chief Petty Officer Colleen M. Schonhoff said preparing tasty, nutritious, spicy hot food for the Muslim detainees here at Camp Delta isn't her major concern.

**"We have to make sure that the food is halal approved,"** said Schonhoff, overseer of the galleys at Guantanamo Bay that feed the detainees and U.S. service members. **"Meats for the detainees have to be handled a certain way under Muslim requirements.** When I order meat for military people, I just say I want 50 pounds of chicken, and it doesn't matter how that chicken has been handled as long as it's USDA approved. **For the Muslims, I have to have a certificate from the company that says it's halal approved. I'm required to keep the certificate on file in case I'm ever questioned."**

**For instance, a certificate of Islamic slaughter must accompany every shipment of meat for the detainees. The Islamic Services of America must certify that the meat is halal beef that was handled according to all Islamic slaughter procedures and guidelines.**

The 564 detainees at Camp Delta represent 39 countries, mostly where Islam is the main religion. Joint Task Force 160 is responsible for their security and care at the camp.

Muslims use two terms to describe food - halal and haram. Halal is an Arabic word, which means lawful or allowed, but it is sometimes translated as acceptable or not forbidden. Haram means the opposite - unlawful or prohibited. **Halal foods are foods that are permitted for consumption under Islamic law. It is sinful for a Muslim to consume haram foods.**

Haram foods include pig, dog, donkey, and animals having fangs, such as monkeys, cats and lions. It also includes amphibians such as frogs, crocodiles and turtles. Alcohol, harmful substances, poisonous and intoxicating plants or drinks are also haram.

"You have to have halal certificates on chicken and beef, but there are no strict requirements on fish," she noted.

"My galley prepares two meals a day for the detainees -- breakfast and the evening meal," she noted. "They eat a vegetarian meal ready to eat, or MRE, for lunch. The menu that the dietitian prepared for us is about 2,300 calories. Add the MRE and they get about 2,600 calories per day. I like to believe they're eating a lot better here than they were wherever they were before they got here. We take pretty good care of them."

Bob Barkley, the building manager of the Seaside Galley, where food is prepared for the detainees, said naval hospital dietitian Lt. Donna M. Sporrer created the menu.

"We were furnished with basic recipes that give general guidelines as to how to season the food," Barkley said. "We just follow those and they seem to be happy.

"My main goal was to make sure they got all the nutrition requirements they need -- proteins, vitamins, minerals and carbohydrates," Sporrer said. "I had to look at the budget, too, so it's primarily a vegetarian diet, rice, beans, fruit and vegetables. They're getting almost everything they need from two meals a day."

A typical breakfast consists of pita bread, rice, curried eggs and peas, milk and fresh fruit, or hash browns, pita bread, a boiled egg, milk and fresh fruit. A typical dinner consists of rice, pita bread, meat and vegetable curry, milk, fresh fruit and margarine. A variant is rice, baked fish, stew sauce, spinach, orange or orange juice, milk and bread and margarine. JTF 160 provides the lunch vegetarian MREs.

"We serve them two special meals per year," Schonhoff noted. "For example, we served them lamb stew, rice, loaf bread, baklava and tea at the end of Ramadan in April. The Joint Task Force tells us when to serve the special meals."

Sporrer said before the detainees started arriving last January, she gave Schonhoff guidelines about acceptable ingredients for Muslim diets. She also provided recipes that follow halal guidelines. The previous Muslim chaplain helped by giving Sporrer a Muslim cookbook.

She said purchasing meat for the detainees is much like buying kosher meat, "except you're buying halal-approved meat that's blessed by a Muslim chaplain before it's slaughtered."

Schonhoff said the cooks didn't have to have any special training to prepare food for the detainees. They just follow the recipes and use different spices to season the food.

"In their culture, they like food a little more spicy than we traditionally cook for our troops," Schonhoff said about the detainees. "We usually put hot sauce on the table and let the troops add their own. For the detainee meals, we use curries and a couple of other spices we bought for them."

Schonhoff said when she arrived at Gitmo about three years ago, it was a quiet little duty station with one galley. That ended with the detainees' arrival.

Before the enclosed Seaside Galley opened on June 14, the only galley, other than the one in the hospital facility, was the Quick Hall Galley in the Marine section of the base.

"Before the big influx of detainees and troops, we fed about 300 meals a day," she noted. "Then we went to more than 3,800 meals a day and were still doing it out of Quick Hall. We shipped containers of food all around the base."

# Islamic Food and Nutrition Council of America (IFANCA)

The Islamic Food and Nutrition Council of America (IFANCA) is a non-profit Islamic organization dedicated to promote **Halal** food and the **institution of Halal**.

IFANCA is headquartered in Chicago, Illinois, in the USA, and maintains offices on the West Coast, USA, Toronto, Canada and Brussels, Belgium.

- IFANCA certifies Halal food production in over 20 countries around the globe.
- IFANCA certified products are sold in nearly every country of the world.
- IFANCA certifies products in all food industries, cosmetics, meat & poultry slaughter, packaging materials and chemicals.

IFANCA has been recognized and endorsed by the following religious and government organizations:

- Appointed by the Malaysian Government to certify foods from North America, Europe, and Asia (The ONLY organization from the USA to receive this honor.).
- Islamic Committee Office of Thailand
- Majelis Ulama Indonesia (M.U.I.).
- Majlis Ugama Islam Singapura (M.U.I.S.).
- Muslim World League, Saudi Arabia.
- Philippine Hallal Association
- USDA International Programs
- Accepted by all Muslim countries and **Halal** importing regions as a reputable **Halal**-certifying agency.



IFANCA's Halal certification symbol, the Crescent M can be found on thousands of products around the globe. In addition, IFANCA maintains close working relationships with many Islamic centers and Islamic organizations.

**Halal** is an Arabic word meaning lawful or permitted. The opposite of Halal is **Haram**, which means unlawful or prohibited. Halal and Haram are universal terms that apply to all facets of life. However, we will use these terms only in relation to

food products, meat products, cosmetics, personal care products, food ingredients, and food contact materials.

While many things are clearly Halal or clearly Haram, there are some things which are not clear. These items are considered questionable or suspect and more information is needed to categorize them as Halal or Haram. Such items are often referred to as Mashbooh, which means doubtful or questionable.

All foods are considered Halal except the following, which are Haram:

- Swine/pork and its by-products
- Animals improperly slaughtered or dead before slaughtering
- Animals killed in the name of anyone other than ALLAH (God)
- Alcohol and intoxicants
- Carnivorous animals, birds of prey and land animals without external ears
- Blood and blood by-products
- Foods contaminated with any of the above products

Foods containing ingredients such as gelatin, enzymes, emulsifiers, etc. are questionable (Mashbooh) because the origin of these ingredients is not known.

**North American Islaamic Foundation Inc. (NAIF, Inc.) 1321 W. 8th St. Wilmington, DE 19806, Email:                    (302) 255-1688**



**J&M® Halal Certified Refrigeration Free Meals:**

- **Dhabiha Halal Certified**
- **Great-tasting**
- **Wholesome**
- **Excellent Quality**
- **No Refrigeration**

**Perfect for:**

- **late night dinners**
- **lunches**
- **travel**
- **dormitories/schools**
- **camping/militaries/expeditions**
- **anytime home cooking**

**DHABIHA HALAL** الذبيحة الحلال

J&M® Meal Descriptions

*J&M® Products are Certified Halal and Dhabiha Halal and meet strict Islamic Halal standards established by the Islamic Food and Nutrition Council of America (IFANCA).*

*Founded 1982.*
**J&M FOOD PRODUCTS COMPANY**
**PO Box 334**
**Deerfield, IL 60015 USA**

**Phone:** 847-948-1290
**Fax:** 847-948-0468
**Email:** sales@halalcertified.com
halalcertified@sbcglobal.net

## J&M Halal Meals

Welcome to J&M Food Products Company whose sole mission is to be the world leader in the manufacture and marketing of properly certified, *halal* and *dhabiha halal* meals, rations and food products. Look for the *J&M®* brand name and the Islamic Food and Nutrition Council of America's (IFANCA) symbol **(M** to assure you that Islamic dietary requirements are being met.

### 1987

The corporation (founded in 1986) becomes the recognized creator of the children's meals market in the US with its line of natural meals specifically developed for the taste and nutritional needs of children ages 2-10. Packaged in long shelf life, microwaveable, plastic pouches, meals are sold in grocery stores and by mail order through out the United States. The corporation's commitment to high quality standards and to refrigeration-free, shelf stable meals, continues today.

### 1993

The corporation expands its expertise by both (1) adding a line of adult meals, and (2) increasing its product line by marketing meals in long shelf life, microwaveable trays and boilable foil pouches.

### 1995

The corporation creates its J&M Food Products Company division. The mission of J&M Food Products Company is to focus solely on the development of the *halal* and *dhabiha halal* prepared meals market. All of the products produced, marketed and sold by J&M Company meet strict *halal* Islamic standards. J&M Food Products Company only offers products that are *halal* certified.

For the next 8 years, J&M Food Products Company Vice President is on the Board of Directors, Executive Board, and then Chairwoman of the Research & Development Associates, Inc. Members of this organization include American food manufacturers; food service providers; military officers and civilian procurement, logistics, planning, testing and lab personnel; all branches of the Armed Forces in the US, Canada and UK; and Army Quartermaster School.

1996

J&M Food Products Company takes its experience and creates and introduces the first certified *Halal* and *Dhabiha Halal* ration program into the US military system of field rations called MREs. This is an historic accomplishment in that it is:

- the first and only properly certified *halal* and *dhabiha halal* US military ration;
- a *halal* ration meeting the US Surgeon General Nutritional Standards for soldiers; and
- the first ration comprised of all commercial products instead of military-unique items.

1997

J&M Food Products Company co-authors and publishes the first international production manual documenting proper *halal* production standards and the need for trained, in-plant inspectors entitled, "Halal Industrial Production Standards". The Company sells the manual to companies and governments in 26 countries.

**1998**

J&M Food Products Company enters into partnership agreements with representatives in several Middle Eastern countries to develop long-term business opportunities and relationships with customers in the area.

1999

J&M Food Products Company is the only American food company to display *halal* certified food products at the bi-annual IDEX trade show, the largest defense trade show in the world, in Abu Dhabi, UAE. J&M Food Products Company management and representatives from Kuwait, UAE and Saudi Arabia work in the booth together to share product information with military and government delegations from about 40 countries. During the five days of the trade show, J&M Food Products Company has at least eight Arabic and English articles written in regional and local papers, one local TV interview, one Gulf regional women's magazine article and a CBS-TV and radio interview about the business. J&M Food Products Company gains first-hand, important insights and understandings about its customers, food, customs and culture of the area.

At the first International Halal Food Show in Chicago, Illinois, IFANCA presents J&M Food Products Company with a Leadership Award, "For designing meals for the Muslim soldiers in the US Military."

Netherlands Air Force puts Florentine Lasagna meals on each of its aircraft as part of morale package.

J&M Food Products Company sells its rations to Saudi Arabian customers for delivery to Kosovo refugees.

2000

J&M Food Products Company Vice President meets with military customers with local partners in United Arab Emirates, Kuwait, and Saudi Arabia.

**2001**

J&M Food Products Company again participates in the spring 2001 IDEX International Defense Trade Show in Abu Dhabi, UAE.

2003

US Military awards the Company the highest medal awarded by the US Military to civilians for Patriotic Service.

Commanding General of Defense Supply Center Philadelphia, Defense Logistics Agency awards the Company a Certificate of Appreciation for its support of Operation Enduring Freedom and Operation Iraqi Freedom.

National Association of Food Equipment Manufacturers awards an honorary Doctorate of Food Service for the Company's work with the US Military.

J&M Food Products Company's Vice President retires as Chairwoman of Research & Development Associates, Inc., a military and food industry organization in support of all US Armed Forces.

**2004**

Developed and introduced two new meal varieties: Lamb & Lentil Stew, and Lamb & Barley Stew, labeled in English and Arabic with a colorful product photo on the package.

Added dried papaya, pineapple and banana chips to military rations.

Added 9,000 square feet of assembly and warehousing space to accommodate increased military demand

2005

Added 31,640 square feet of warehouse space to facility.

Temporarily added an additional 11,000 square feet of warehouse space to store ration components through April.

J&M Food Products Company implementing RFID (radio frequency identification) tag system to be operational by the fall of 2006

**Packaging:**
Main course, *J&M®* refrigeration-free, halal meals are packaged in special long-life, boil-in-bag pouches or in microwaveable and boilable plastic trays.

**International:**
J&M Food Products Company sells religious meals to international militaries and government relief agencies on an as-needed basis and on a contract basis..

**Emergencies:**
J&M Food Products Company sells its meals to individuals, governments and institutions requiring meals for contingencies such as earthquakes, floods and hurricanes. Hospitals keep a supply on-hand for late or after-hours admittance.

**Product Shipping:**
Shipping is either via United Parcel Service (UPS) or Less Than Load (LTL) truck when applicable. International shipments are either by containers or air freight.

**Institutions:**
J&M Food Products Company sells its prepared *halal* certified and *dhabiha halal* certified meals to institutions to serve to their Muslim clients. The Company also prepares suggested menus for institutional use or general meal and special diet meal planning.

**Credit Cards:**
Visa and MasterCard accepted.

**sales@halalcertified.com  halalcertified@sbcglobal.net**

# What is Halaal?

حلال

The Arabic word حلال (Halaal) means lawful. In the Holy Qur'aan, Allaah commands Muslims and all of mankind to eat of the Halaal things. Among the many verses of the Qur'aan that convey this message, here are a few:

يأ ايها الناس كلوا مما فى الأرض حلالا طيبا و لا تتبعوا

خطوات الشيطان ج الله لكم عدو مبين ﴿٢:١٦٨﴾

**O mankind! Eat of that which is lawful and wholesome in the earth, and follow not the footsteps of the devil. Lo! he is an open enemy for you. (2:168)**

يأ يها الذين أمنوا كلوا من طيبات ما رزقناكم

و اشكروا لله إن كنتم إياه تعبدون ﴿٢:١٧٢﴾

**O ye who believe! Eat of the good things wherewith We have provided you, and render thanks to Allaah if it is (indeed) He Whom ye worship. (2:172)**

و كلوا مما رزقكم الله حلالا طيبا ج و اتقوا الله الذى

أنتم به مؤمنون ﴿٥:٨٨﴾

**Eat of that which Allaah hath bestowed on you as food lawful and good, and keep your duty to Allaah in Whom ye are believers. (5:88)**

The following products are definitely Halaal:

1. Milk (from cows, sheep, camels, and goats)
2. Honey
3. Fish
4. Plants which are not intoxicant

5. Fresh or naturally frozen vegetables
6. Fresh or dried fruits
7. Legumes and nuts like peanuts, cashew nuts, hazel nuts, walnuts, etc.
8. Grains such as wheat, rice, rye, barley, oat, etc.

Animals such as cows, sheep, goats, deer, moose, chickens, ducks, game birds, etc., are also Halaal, but they must be *Dhabihah* (slaughtered according to Islamic Rites) in order to be suitable for consumption. The procedure is as follows: the animal must be slaughtered by a Muslim (or a Jew or Christian). The animal should be put down on the ground (or held it if it is small) and its throat should be slit with a very sharp knife to make sure that the 3 main blood vessels are cut. **While cutting the throat of the animal (without severing it), the person must pronounce the name of Allaah or recite a blessing which contains the name of Allaah, such as "Bismillaah Allaah-u-Akbar".**

This article was provided by NAIF, Inc. 2807 N. Monroe St. Wilmington, DE 19802, Email:naifincO@aol.com (302) 762-9691 www.naifinc.org
3-1-04

# Why Halaal Is Not Vegetarian Diet

### Abdul Malik Mujahid

As Muslims in North America are becoming more prominent as a consumer group, different non-Muslim businesses and interest groups are making an effort to profit from this opportunity. United Airlines now offers Hindu meals to those Muslims who ask for Halaal food. Similarly Kosher offering businessmen have made an effort to get Muslim inmates to eat Kosher instead of Halaal, arguing that it is okay for Muslims to consume that. Recently, Muslim objections to McDonald's French Fries class action settlements were rejected by judge on the ground that Muslims did not file a lawsuit against McDonald's; meanwhile he allocated some cy pres funds for them from the Vegetarian allocation. Some Vegetarian and Muslim groups are appealing the settlement on these grounds. It is, therefore, important for all parties to understand how Halaal is different from different Vegetarian dietary practices.

## Halaal Is Not Vegetarian:



1. Halaal is a set of Islaamic dietary laws guided by the Qur'aan and the teachings of Allaah's Prophet Muhammad, *May peace and blessings be upon him.*
2. The source of the dietary decision is the major difference in the Halaal diet of Muslims and vegetarianism. Vegetarians' decisions are essentially made by human beings because of health concerns or ideological opposition to eating animals, or in case of Hindu Vegetarians, these are set of rules historically evolved and ordained by multiple gods. Whereas the decisions regarding what is halaal in Islaam is given to us by our Creator as conveyed to us by the Prophet Muhammad, *Peace be upon him.*
3. Unlike most vegetarians, it is permissible for Muslims to eat meat of certain animals as long as they are slaughtered by Muslims after due permission from GOD by invoking certain phrases according to the rules specified by GOD's messenger, peace be upon him.
4. Vegetarians allow an ingredient in their dietary practices that separate them from Halaal, and that is alcohol. Alcohol is usually found in dressings, sauces and in vanilla flavoring. Many Vegetarian recipes call for wine as ingredient. Even the smallest amount of alcohol is forbidden for Muslims.
5. Hindu faith based vegetarianism prohibits the use of many vegetables for men of certain castes. For example garlic and onions, which are not prohibited in Islaam.

*"Garlic, leeks and onions, mushrooms and (all plants), springing from impure (substances), are unfit to be eaten by twice-born men [Brahmins and two other*

*top castes in Indian social system]." The Laws of Manu, translated by G.*
*Buhiler, P. 170, Motilal Banarsidass, Delhi, India 1979 print under UNESCO*
*Collection of Representative works, Indian Series..*

6. Hindu faith based vegetarianism promotes the use of cow urine, but it is
   prohibited in Islaamic rules of Halaal. The Indian government of Gujarat
   led by Hindu religious government is heavily promoting the consumption
   of cow urine.
   See the story Julian West in New Delhi, A gift from the gods: bottled cow's
   urine, daily Telegraph, London: 02/09/2001
7. Most vegetarians do not eat fish, while it is permissible for Muslims to eat
   fish.
8. Some vegetarians do not eat eggs while Muslims consider that to be Halaal.

Not as strict as the Kosher diet rules, but Muslim rules of Halaal food are a unique
set. It does have similarity with vegetarian or kosher diets in some areas but not in
all areas. In the absence of the availability of Halaal food, a Muslim is allowed to
eat anything which does not include things that are prohibited in Islaam. In an
extreme situation where there is no choice and it may be a question of life and
death, a Muslim can eat even prohibited items only as much as to sustain life with
no desire to disobey GOD.

It is a trend that many people in the food industry are pushing their products to
pass as Halaal because of the growing domestic market for halaal in the US and
Canada, but also because of export to the other countries where Halaal import is a
big business. These trends are welcoming and point to the urgent need for Halaal
groups to work with Vegetarians, Kosher groups, and Organic advocates to
collectively enhance the common agenda of healthy diet for all the society.

However, it is also important for Muslims to continue to assert that Halaal is a
distinct set of dietary rules which should be recognized by all the businesses which
we patronize. Since many of the 54 Muslim countries import food items from the
US, it is financially beneficial for American food industry to learn about Halaal
rules and abide by them.

This article was provided by NAIF, Inc. 2807 N. Monroe St. Wilmington, DE 19802,
Email:naifincO@aol.com (302) 762-9691 www.naifinc.org 10-1-03

# Daleel (Evidence) From Qur'aan and Hadith Regarding Halaal and Haraam Food

### Translated verses of the Qur'aan with the interpretation of the meaning

"O ye who believe! Eat of the good things wherewith We have provided you, and render thanks to Allaah if it is (indeed) He whom ye worship." (2:172)

"He hath forbidden you only carrion, and blood, and swine flesh, and that which hath been immolated to (the name of) any other than Allaah. But he who is driven by necessity, neither craving nor transgressing, it is no sin for him. Lo! Allaah is Forgiving, Merciful." (2:173)

"O ye who believe! Fulfill your undertakings. The beast of cattle is made lawful unto you (for food) except that which is announced unto you (herein), game being unlawful when ye are on pilgrimage. Lo! Allaah ordains that which pleases Him" (5:1)

"Forbidden unto you (for food) are carrion and blood and swine-flesh, and that which hath been dedicated unto any other than Allaah, and the strangled, and the dead through beating, and the dead through falling from a height, and that which hath been killed by (the goring of) horns, and the devoured of wild beasts, saving that which ye make lawful (by the death-stroke), and that which hath been immolated unto idols.

"And (forbidden is it) that ye swear by the divining arrows. This is an abomination. This day are those who disbelieve in despair of (ever harming) your religion; so fear them not, fear Me! This day have I perfected your religion for you and completed My favor unto you and have chosen for you as religion Al-Islam. Whoso is forced by hunger, not by will, to sin: (for him) lo! Allaah is Forgiving, Merciful" (5:3)

"They ask thee (O Muhammad) what is made lawful for them. Say: (all) good things are made lawful for you. And those beasts and birds of prey which ye have trained as hounds are trained, ye teach them that which Allaah taught you; so eat of that which they catch for you and mention Allaah's name upon it, and observe your duty to Allaah. Lo! Allaah is swift to take account" (5:4)

"This day are (all) good things made lawful for you. The food of those who have received the Scripture is lawful for you, and your food is lawful for them. And so are the virtuous women of the believers and the virtuous women of those who received the Scripture before you (lawful for you) when ye give them their

marriage portions and liven with them in honor, not in fornication, nor taking them as secret concubines. Whoso denies the faith, his work is vain and he will be among the losers in the Hereafter". (5:5)

"And eat not of that whereon Allaah's name hath not been mentioned, for lo! It is abomination. Lo! The devils do inspire their minions to dispute with you. But if ye obey them, ye will be in truth idolaters" (6:121)

## From the Hadith

-On the authority of Abu Hurairah (May Allaah be pleased with him), who said: The Messenger of Allaah (Peace and Blessings be upon him) said: "Allaah the Almighty is good and accepts only that which is good. Allaah has commanded the Faithful to do that which He commanded the Messengers, and the Almighty has said: "O ye Messengers! Eat of the good things, and do right.." (Qur'aan 23:51) And Allaah the Almighty has said: "O ye who believe! Eat of the good things wherewith We have provided you.." (2:172) Then he mentioned [the case of] a man who, having journeyed far, is disheveled and dusty and who spreads out his hands to the sky [saying]: O Lord! O Lord!-while his food is unlawful, his drink is unlawful, his clothing unlawful, and he is nourished unlawfully, so how can he be answered!" (Muslim)

-On the authority of Abu Ya'la Shahddad ibn Aus, the Messenger of Allaah said: "Verily Allaah has prescribed proficiency in all things. Thus, if you kill, kill well; and if you slaughter, slaughter well. Let each one of you sharpen his blade and let him spare suffering to the animal he slaughters" (Muslim).

-In an incident narrated by Rafi' bin Khadij, the Prophet told Muslims who wanted to slaughter some animals using reeds, "Use whatever causes blood to flow, and eat the animals if the Name of Allaah has been mentioned on slaughtering them..." (Bukhari)

-Narrated Abu Thalaba: Allaah's Messenger forbade the eating of the meat of beasts having fangs. (Bukhari)

-Narrated Ibn Umar: The Prophet cursed the one who did Muthla to an animal i.e. cut its limbs or some other part of its body while it is still alive. (Bukhari)

This article was provided by NAIF, Inc. 2807 N. Monroe St. Wilmington, DE 19802,
Email:naifincO@aol.com (302) 762-9691 www.naifinc.org
3-1-04

# What is Halaal?

حلال

The Arabic word حلال (Halaal) means lawful. In the Holy Qur'aan, Allaah commands Muslims and all of mankind to eat of the Halaal things. Among the many verses of the Qur'aan that convey this message, here are a few:

يأ ايها الناس كلوا مما فى الأرض حلالا طيبا و لا تتبعوا

خطوات الشيطان ۚ انه لكم عدو مبين ﴿٢:١٦٨﴾

**O mankind! Eat of that which is lawful and wholesome in the earth, and follow not the footsteps of the devil. Lo! he is an open enemy for you. (2:168)**

يأ يها الذين أمنوا كلوا من طيبات ما رزقناكم

و اشكروا لله إن كنتم إياه تعبدون ﴿٢:١٧٢﴾

**O ye who believe! Eat of the good things wherewith We have provided you, and render thanks to Allaah if it is (indeed) He Whom ye worship. (2:172)**

و كلوا مما رزقكم الله حلالا طيبا ۚ و اتقوا الله الذى

انتم به مؤمنون ﴿٥:٨٨﴾

**Eat of that which Allaah hath bestowed on you as food lawful and good, and keep your duty to Allaah in Whom ye are believers. (5:88)**

The following products are definitely Halaal:

1. Milk (from cows, sheep, camels, and goats)
2. Honey
3. Fish
4. Plants which are not intoxicant

5. Fresh or naturally frozen vegetables
6. Fresh or dried fruits
7. Legumes and nuts like peanuts, cashew nuts, hazel nuts, walnuts, etc.
8. Grains such as wheat, rice, rye, barley, oat, etc.

Animals such as cows, sheep, goats, deer, moose, chickens, ducks, game birds, etc., are also Halaal, but they must be *Dhabihah* (slaughtered according to Islamic Rites) in order to be suitable for consumption. The procedure is as follows: the animal must be slaughtered by a Muslim (or a Jew or Christian). The animal should be put down on the ground (or held it if it is small) and its throat should be slit with a very sharp knife to make sure that the 3 main blood vessels are cut. **While cutting the throat of the animal (without severing it), the person must pronounce the name of Allaah or recite a blessing which contains the name of Allaah, such as "Bismillaah Allaah-u-Akbar".**

**This article was provided by NAIF, Inc. 2807 N. Monroe St. Wilmington, DE 19802, Email:naifincO@aol.com (302) 762-9691 www.naifinc.org**
**3-1-04**

# Is Kosher Halaal

Often times Muslim consumers tend to assume 'Kosher' is similar to 'Halaal'. Although the slaughtering rituals of Jewish people resemble those of Muslims; kosher and halaal are two different entities carrying a different meaning and spirit. Muslims, therefore, are provided with the following basic information about Kosher so they can exercise care in distinguishing halaal from kosher.

Kashrut (in Hebrew) is the system of Jewish dietary laws. Kosher (kashur in Hebrew) means 'fit, or proper for use' according to Jewish law. Examples of kosher are: the meat of the 'fore quarter*' of the cattle slaughtered ritually, fruits, vegetables, all fish that have fins*, all wines*, all cheeses*, gelatin*.

The opposite of Kosher, as applied to food in Treif (in Yiddish), or trefah (in Hebrew) meaning 'not suitable for use', or 'forbidden'. Trefah literally means 'torn by a wild beast' (Exodus 22:30). Examples of Trefah are: blood, swine, rabbit*, all shell fish*, wild birds such as wild hen*, wild duck*, and the birds of prey.

(*) these food items exhibit a marked difference between kosher and Halaal as well as trefah and haraam. The differences are explained elsewhere in this section.

## Caution to Muslim Consumers:

Halaal is a comprehensive Islaamic term encompassing not only the matters of food and drink, but all other matters of daily life. Islaam being the final and perfect Deen (religion) for mankind, it supersedes all the previously revealed religions including Christianity and Judaism. The rituals in all matters were perfected by Islaam (al-Quran 5:3)

According to Islaamic Jurisprudence, no one except Allaah can change forbidden (Haram) things into lawful (halaal) for vice-versa. It is forbidden for people to change the lawful (Halaal) things into unlawful (Haram), or vice-versa.

Halaal is a unique Islaamic concept and eating dhabiha (Islaamically slaughtered) meat is a distinguishing part of a Muslim's identity as expressed by Prophet Muhammad (S)

## Salient differences between kosher and halaal are:

Islaam prohibits all intoxicating alcohols, liquors, wines and drugs. Kashrut regards all wines kosher. Hence food items and drinks showing the kosher symbol containing alcohol are not halaal.

Gelatin is considered kosher regardless of its source of origin. If the gelatin is prepared from swine, Muslims consider it haram (prohibited). Hence foods items such as marshmallows, yogurt, etc., showing kosher symbols are not halaal.

Enzymes (irrespective of their sources even from non-kosher animals) in cheese making are considered mere secretion (pirsah b'almah) according to some kashrut organizations, hence all cheeses are considered kosher. Muslims look for the source of the enzyme in cheese making. If it is coming from the swine, it is considered haram (forbidden). Hence cheeses showing kosher symbols may not be halaal.

Jews do not pronounce the name of GOD on each animal while slaughtering. They feel that uttering the name of GOD, out of context, is wasteful. Muslims on the other hand pronounce the name of Allaah on all animals while slaughtering.

The salient differences between kosher and halaal have been illustrated so that Muslim consumers can distinguish halaal from kosher.

Islaam is a complete way of life providing infallible guidance to all its followers in all walks of life. Halaal brings immense satisfaction to the Muslim life both now and in the hereafter. Muslims therefore, do not have to depend on any other set of laws for want of convenience.

The final, divine laws of Islaam are indeed perfect and the best for all its followers for all time to come.

Muslims in non-Muslim countries should strive to follow the Islaamic injunctions in their diet (as well as in every walk of life) and establish their own businesses and institutions to cater to the needs of the Muslim Ummah. By doing so, not only the identity of the Muslims will be preserved, but they will be recognized and respected for their beliefs and practices. What a subtle means of Dawa!

**This article was provided by NAIF, Inc. 2807 N. Monroe St. Wilmington, DE 19802,**
**Email:naifinc0@aol.com (302) 762-9691 www.naifinc.org**
**3-1-04**

# Why Halaal Is Not Vegetarian Diet

### Abdul Malik Mujahid

As Muslims in North America are becoming more prominent as a consumer group, different non-Muslim businesses and interest groups are making an effort to profit from this opportunity. United Airlines now offers Hindu meals to those Muslims who ask for Halaal food. Similarly Kosher offering businessmen have made an effort to get Muslim inmates to eat Kosher instead of Halaal, arguing that it is okay for Muslims to consume that. Recently, Muslim objections to McDonald's French Fries class action settlements were rejected by judge on the ground that Muslims did not file a lawsuit against McDonald's; meanwhile he allocated some cy pres funds for them from the Vegetarian allocation. Some Vegetarian and Muslim groups are appealing the settlement on these grounds. It is, therefore, important for all parties to understand how Halaal is different from different Vegetarian dietary practices.

**Halaal Is Not Vegetarian:**

1. Halaal is a set of Islaamic dietary laws guided by the Qur'aan and the teachings of Allaah's Prophet Muhammad, *May peace and blessings be upon him*.
2. The source of the dietary decision is the major difference in the Halaal diet of Muslims and vegetarianism. Vegetarians' decisions are essentially made by human beings because of health concerns or ideological opposition to eating animals, or in case of Hindu Vegetarians, these are set of rules historically evolved and ordained by multiple gods. Whereas the decisions regarding what is halaal in Islaam is given to us by our Creator as conveyed to us by the Prophet Muhammad, *Peace be upon him.*
3. Unlike most vegetarians, it is permissible for Muslims to eat meat of certain animals as long as they are slaughtered by Muslims after due permission from GOD by invoking certain phrases according to the rules specified by GOD's messenger, peace be upon him.
4. Vegetarians allow an ingredient in their dietary practices that separate them from Halaal, and that is alcohol. Alcohol is usually found in dressings, sauces and in vanilla flavoring. Many Vegetarian recipes call for wine as ingredient. Even the smallest amount of alcohol is forbidden for Muslims.
5. Hindu faith based vegetarianism prohibits the use of many vegetables for men of certain castes. For example garlic and onions, which are not prohibited in Islaam.

*"Garlic, leeks and onions, mushrooms and (all plants), springing from impure (substances), are unfit to be eaten by twice-born men [Brahmins and two other*

*top castes in Indian social system]." The Laws of Manu, translated by G. Buhiler, P. 170, Motilal Banarsidass, Delhi, India 1979 print under UNESCO Collection of Representative works, Indian Series..*

6. Hindu faith based vegetarianism promotes the use of cow urine, but it is prohibited in Islaamic rules of Halaal. The Indian government of Gujarat led by Hindu religious government is heavily promoting the consumption of cow urine.
   See the story Julian West in New Delhi, A gift from the gods: bottled cow's urine, daily Telegraph, London: 02/09/2001
7. Most vegetarians do not eat fish, while it is permissible for Muslims to eat fish.
8. Some vegetarians do not eat eggs while Muslims consider that to be Halaal.

Not as strict as the Kosher diet rules, but Muslim rules of Halaal food are a unique set. It does have similarity with vegetarian or kosher diets in some areas but not in all areas. In the absence of the availability of Halaal food, a Muslim is allowed to eat anything which does not include things that are prohibited in Islaam. In an extreme situation where there is no choice and it may be a question of life and death, a Muslim can eat even prohibited items only as much as to sustain life with no desire to disobey GOD.

It is a trend that many people in the food industry are pushing their products to pass as Halaal because of the growing domestic market for halaal in the US and Canada, but also because of export to the other countries where Halaal import is a big business. These trends are welcoming and point to the urgent need for Halaal groups to work with Vegetarians, Kosher groups, and Organic advocates to collectively enhance the common agenda of healthy diet for all the society.

However, it is also important for Muslims to continue to assert that Halaal is a distinct set of dietary rules which should be recognized by all the businesses which we patronize. Since many of the 54 Muslim countries import food items from the US, it is financially beneficial for American food industry to learn about Halaal rules and abide by them.

**This article was provided by NAIF, Inc. 2807 N. Monroe St. Wilmington, DE 19802, Email:naifincO@aol.com (302) 762-9691 www.naifinc.org 10-1-03**

## State of California Passes Halal Food Law

In The Name of ALLAH, The Most Gracious, The Most Merciful.

California has followed in the footsteps of New Jersey, Minnesota, Illinois, and Michigan to become the fifth state to pass a law governing **Halal** Food. California Governor Gray Davis signed into law AB1828 at the Islamic Center of Southern California saying, "Muslim consumers, like any other consumers, deserve protection against false advertising."

Under the leadership of the Council on American Islamic Relations (CAIR-CA), and with the support of the Muslim community in California and IFANCA, Assemblyman Bill Campbell sponsored the **Halal** Food Bill. The bill was co-authored by Assembly Members Aroner, Bates, Daucher, Harman, Leach, Maddox, and Robert Pacheco and Senator Ackerman.

"On behalf of the Islamic Food and Nutrition Council of America (IFANCA), we congratulate CAIR and the Muslim community in California for initiating this process and helping make it a reality and we commend the legislature of the State of California and Governor Davis for responding to the needs of the local Muslim community. This continues the momentum towards nationwide consumer protection for the **Halal** consumer", said Dr. Muhammad M. Chaudry, President of IFANCA.

Like the **Halal** Food Laws passed in the other states, this law is intended to prevent businesses from misleading or defrauding consumers.

Dr. Ahmad Sakr, a director of IFANCA and of the Muslim Education Center in Walnut, California, had this to say: "It is a very positive approach on behalf of Governor Davis to come and sign the bill at the Islamic Center. It's not easy for a governor to travel all the way from Sacramento and meet the Muslims at the Islamic Center. The same goes for Assemblyman Bill Campbell who also came to the signing ceremony traveling from Sacramento. That shows their humbleness and nobility. We should be thankful first to ALLAH (GOD) and second to the politicians who brought this bill into reality."

"CAIR had taken the initiative and Dr. Chaudry and I (IFANCA) worked with them and with congressman Bill Campbell's office to see the bill through."

"California is the fifth state to approve this law after New Jersey, Minnesota, Illinois and Michigan. We hope that Muslims wake up and work towards getting these laws approved in all states."

"A unique aspect of this law is that a person claiming to certify any meat as **Halal** should himself be certified by an Islamic certifying body. We have to educate and warn the Imams that they should careful before certifying any product."

"Muslims should also recognize that apart from slaughtering, they should also be concerned about mad cow and other diseases associated with wrong feeding practices."

**Halal** is a set of rules that govern the dietary habits of Muslims. The rules have been prescribed by ALLAH (GOD). **Halal** food must be clean and pure, and must follow the Islamic guidelines that include a prohibition of: pork and pork byproducts, blood and blood byproducts, animals where the name of ALLAH has not been invoked during slaughter, animals which have not been slaughtered and items containing alcohol or intoxicants. There are a few other requirements.

**This article was provided by NAIF, Inc. 2807 N. Monroe St. Wilmington, DE 19802, Email:naifincO@aol.com (302) 762-9691 www.naifinc.org 10-1-03**

# Is Kosher Halaal

Often times Muslim consumers tend to assume 'Kosher' is similar to 'Halaal'. Although the slaughtering rituals of Jewish people resemble those of Muslims; kosher and halaal are two different entities carrying a different meaning and spirit. Muslims, therefore, are provided with the following basic information about Kosher so they can exercise care in distinguishing halaal from kosher.

Kashrut (in Hebrew) is the system of Jewish dietary laws. Kosher (kashur in Hebrew) means 'fit, or proper for use' according to Jewish law. Examples of kosher are: the meat of the 'fore quarter*' of the cattle slaughtered ritually, fruits, vegetables, all fish that have fins*, all wines*, all cheeses*, gelatin*.

The opposite of Kosher, as applied to food in Treif (in Yiddish), or trefah (in Hebrew) meaning 'not suitable for use', or 'forbidden'. Trefah literally means 'torn by a wild beast' (Exodus 22:30). Examples of Trefah are: blood, swine, rabbit*, all shell fish*, wild birds such as wild hen*, wild duck*, and the birds of prey.

(*) these food items exhibit a marked difference between kosher and Halaal as well as trefah and haraam. The differences are explained elsewhere in this section.

**Caution to Muslim Consumers:**

Halaal is a comprehensive Islaamic term encompassing not only the matters of food and drink, but all other matters of daily life. Islaam being the final and perfect Deen (religion) for mankind, it supersedes all the previously revealed religions including Christianity and Judaism. The rituals in all matters were perfected by Islaam (al-Quran 5:3)

According to Islaamic Jurisprudence, no one except Allaah can change forbidden (Haram) things into lawful (halaal) for vice-versa. It is forbidden for people to change the lawful (Halaal) things into unlawful (Haram), or vice-versa.

Halaal is a unique Islaamic concept and eating dhabiha (Islaamically slaughtered) meat is a distinguishing part of a Muslim's identity as expressed by Prophet Muhammad (S)

**Salient differences between kosher and halaal are:**

Islaam prohibits all intoxicating alcohols, liquors, wines and drugs. Kashrut regards all wines kosher. Hence food items and drinks showing the kosher symbol containing alcohol are not halaal.

Gelatin is considered kosher regardless of its source of origin. If the gelatin is prepared from swine, Muslims consider it haram (prohibited). Hence foods items such as marshmallows, yogurt, etc., showing kosher symbols are not halaal.

Enzymes (irrespective of their sources even from non-kosher animals) in cheese making are considered mere secretion (pirsah b'almah) according to some kashrut organizations, hence all cheeses are considered kosher. Muslims look for the source of the enzyme in cheese making. If it is coming from the swine, it is considered haram (forbidden). Hence cheeses showing kosher symbols may not be halaal.

Jews do not pronounce the name of GOD on each animal while slaughtering. They feel that uttering the name of GOD, out of context, is wasteful. Muslims on the other hand pronounce the name of Allaah on all animals while slaughtering.

The salient differences between kosher and halaal have been illustrated so that Muslim consumers can distinguish halaal from kosher.

Islaam is a complete way of life providing infallible guidance to all its followers in all walks of life. Halaal brings immense satisfaction to the Muslim life both now and in the hereafter. Muslims therefore, do not have to depend on any other set of laws for want of convenience.

The final, divine laws of Islaam are indeed perfect and the best for all its followers for all time to come.

Muslims in non-Muslim countries should strive to follow the Islaamic injunctions in their diet (as well as in every walk of life) and establish their own businesses and institutions to cater to the needs of the Muslim Ummah. By doing so, not only the identity of the Muslims will be preserved, but they will be recognized and respected for their beliefs and practices. What a subtle means of Dawa!

**This article was provided by NAIF, Inc. 2807 N. Monroe St. Wilmington, DE 19802,**
**Email:naifincO@aol.com (302) 762-9691 www.naifinc.org**
**3-1-04**

# Why Halaal Is Not Vegetarian Diet

### Abdul Malik Mujahid

As Muslims in North America are becoming more prominent as a consumer group, different non-Muslim businesses and interest groups are making an effort to profit from this opportunity. United Airlines now offers Hindu meals to those Muslims who ask for Halaal food. Similarly Kosher offering businessmen have made an effort to get Muslim inmates to eat Kosher instead of Halaal, arguing that it is okay for Muslims to consume that. Recently, Muslim objections to McDonald's French Fries class action settlements were rejected by judge on the ground that Muslims did not file a lawsuit against McDonald's; meanwhile he allocated some cy pres funds for them from the Vegetarian allocation. Some Vegetarian and Muslim groups are appealing the settlement on these grounds. It is, therefore, important for all parties to understand how Halaal is different from different Vegetarian dietary practices.

**Halaal Is Not Vegetarian:**

1. Halaal is a set of Islaamic dietary laws guided by the Qur'aan and the teachings of Allaah's Prophet Muhammad, *May peace and blessings be upon him.*
2. The source of the dietary decision is the major difference in the Halaal diet of Muslims and vegetarianism. Vegetarians' decisions are essentially made by human beings because of health concerns or ideological opposition to eating animals, or in case of Hindu Vegetarians, these are set of rules historically evolved and ordained by multiple gods. Whereas the decisions regarding what is halaal in Islaam is given to us by our Creator as conveyed to us by the Prophet Muhammad, *Peace be upon him.*
3. Unlike most vegetarians, it is permissible for Muslims to eat meat of certain animals as long as they are slaughtered by Muslims after due permission from GOD by invoking certain phrases according to the rules specified by GOD's messenger, peace be upon him.
4. Vegetarians allow an ingredient in their dietary practices that separate them from Halaal, and that is alcohol. Alcohol is usually found in dressings, sauces and in vanilla flavoring. Many Vegetarian recipes call for wine as ingredient. Even the smallest amount of alcohol is forbidden for Muslims.
5. Hindu faith based vegetarianism prohibits the use of many vegetables for men of certain castes. For example garlic and onions, which are not prohibited in Islaam.

*"Garlic, leeks and onions, mushrooms and (all plants), springing from impure (substances), are unfit to be eaten by twice-born men [Brahmins and two other*

*top castes in Indian social system]." The Laws of Manu, translated by G. Buhiler, P. 170, Motilal Banarsidass, Delhi, India 1979 print under UNESCO Collection of Representative works, Indian Series..*

6. Hindu faith based vegetarianism promotes the use of cow urine, but it is prohibited in Islaamic rules of Halaal. The Indian government of Gujarat led by Hindu religious government is heavily promoting the consumption of cow urine.
   See the story Julian West in New Delhi, A gift from the gods: bottled cow's urine, daily Telegraph, London: 02/09/2001
7. Most vegetarians do not eat fish, while it is permissible for Muslims to eat fish.
8. Some vegetarians do not eat eggs while Muslims consider that to be Halaal.

Not as strict as the Kosher diet rules, but Muslim rules of Halaal food are a unique set. It does have similarity with vegetarian or kosher diets in some areas but not in all areas. In the absence of the availability of Halaal food, a Muslim is allowed to eat anything which does not include things that are prohibited in Islaam. In an extreme situation where there is no choice and it may be a question of life and death, a Muslim can eat even prohibited items only as much as to sustain life with no desire to disobey GOD.

It is a trend that many people in the food industry are pushing their products to pass as Halaal because of the growing domestic market for halaal in the US and Canada, but also because of export to the other countries where Halaal import is a big business. These trends are welcoming and point to the urgent need for Halaal groups to work with Vegetarians, Kosher groups, and Organic advocates to collectively enhance the common agenda of healthy diet for all the society.

However, it is also important for Muslims to continue to assert that Halaal is a distinct set of dietary rules which should be recognized by all the businesses which we patronize. Since many of the 54 Muslim countries import food items from the US, it is financially beneficial for American food industry to learn about Halaal rules and abide by them.

This article was provided by NAIF, Inc. 2807 N. Monroe St. Wilmington, DE 19802, Email:naifinc0@aol.com (302) 762-9691 www.naifinc.org 10-1-03

**CERTIFICATE OF SERVICE**

I certify that, on this 8th day of June, 2007, copies of PLAINTIFF'S ANSWER
TO DEFENDENTS' COMBINED FIRST SET OF INTERROGRIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO
PLANTIFF, were served by first-class mail, addressed to:

ERIKA YVONNE TROSS, Delaware Department of Justice Civil Division
Carvel State  Building – 6th Floor, 820  N. French Street, Wilmington, DE. 19801

Respectfully submitted this 8th day of  June, 2007.

Donial Payson, Plaintiff
WCI
660 Baylor Blvd.
New Castle, DE. 19720
*PRO SE*