**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| | | |
|---|---|---|
| **NEW CASTLE COUNTY**<br>Carvel State Building<br>820 N. French Street<br>Wilmington, DE 19801<br>Criminal Division (302) 577-8500<br>Fax: (302) 577-2496<br>Civil Division (302) 577-8400<br>Fax: (302) 577-6630<br>TTY: (302) 577-5783 | **KENT COUNTY**<br>102 West Water Street<br>Dover, DE 19904<br>Criminal Division (302) 739-4211<br>Fax: (302) 739-6727<br>Civil Division (302) 739-7641<br>Fax: (302) 739-7652<br>TTY: (302) 739-1545 | **SUSSEX COUNTY**<br>114 E. Market Street<br>Georgetown, DE 19947<br>(302) 856-5353<br>Fax: (302) 856-5369<br>TTY: (302) 856-2500 |

**PLEASE REPLY TO:**

[New Castle County-Civil Division]

August 9, 2007

The Honorable Mary Pat Thynge
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    *Fayson v. Earle, et al.*
               **D. Del., C.A. No. 04-219-KAJ**

Dear Magistrate Judge Thynge:

      In accordance with the March 20, 2007 Scheduling Order entered in the above-captioned matter (D.I. 43), the Defendants are submitting this Interim Status Report.

### Nature of the Case

      This is a Section 1983 action filed by Plaintiff, Donial Fayson, an inmate incarcerated at the Baylor Women's Correctional Institution in New Castle, Delaware. Ms. Fayson is appearing *pro se* in this matter with leave to proceed *in forma pauperis*.

      Plaintiff originally filed this lawsuit against Defendants Stanley Taylor, Patrick Ryan and Bernita Earle alleging that the Defendants violated her constitutional rights. On January 30, 2006, the Defendants filed a Motion to Dismiss. (D.I. 22, 23). Plaintiff subsequently filed a response in opposition to the Motion to Dismiss. (D.I. 25). On November 7, 2006, Judge Jordan issued a memorandum opinion and order granting in

The Honorable Mary Pat Thynge
August 9, 2007
Page 2

part and denying in part the Defendants' Motion to Dismiss. (D.I. 33). In its opinion, the Court dismissed Stanley Taylor from the case. In addition, the Court dismissed all of Ms. Fayson's claims, except her claim that Defendants Ryan and Earle are denying her a Halal diet in violation of her constitutional rights. Defendants contend that they have not violated Ms. Fayson's rights and that the Constitution does not require them to provide her with a Halal diet.

### Discovery

The parties are currently in discovery. Defendants issued discovery requests to the Plaintiff on April 19, 2007. (D.I. 46). Ms. Fayson filed her responses to discovery on June 11, 2007. (D.I. 50). To date, Ms. Fayson has not issued any discovery requests to the Defendants. The discovery cut-off date is September 28, 2007.

The Defendants plan to seek leave of the Court to depose the Plaintiff prior to the discovery cut-off date.

In accordance with the Scheduling Order, all case dispositive motions, and opening briefs and affidavits in support of the motions, are due on or before October 31, 2007.

### Matters in Issue

Defendants have no issues at this time.

Thank you.

Sincerely,

*/s/ Erika Y. Tross*

Erika Y. Tross
Deputy Attorney General
   Attorney for Defendants

cc:    Donial Fayson, Plaintiff