IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONIAL FAYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-219-*** |
| | ) | |
| | ) | Jury Trial Requested |
| BERNITA EARLE and PATRICK RYAN, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF**

COMES NOW, Defendants Bernita Earle and Patrick Ryan (the "Defendants"), by and through their undersigned counsel, and hereby move this Honorable Court (the "Motion") to enter an order, substantially in the form attached hereto, granting the Defendants leave to depose Plaintiff Donial Fayson ("Fayson" or "Plaintiff"). In support of the Motion, the Defendants state as follows:

1. Plaintiff, Fayson is an inmate presently incarcerated at the Baylor Women's Correctional Institution ("BWCI") in New Castle, Delaware.

2. Counsel for the Defendants wishes to depose Fayson as part of discovery in this case.

3. The scheduling order entered in this matter set the discovery deadline for September 28, 2007 (D.I. 43).

4. On August 21, 2007, the Court held a status conference in this matter with the Plaintiff and counsel for the Defendants. At the status conference, Plaintiff informed the Court that she would be filing a motion seeking a stay of the proceedings while she attempted to hire an attorney. To date, however, Plaintiff has not

- 2 -

filed a motion to stay.

5.  The discovery deadline in this matter is looming and, given that Plaintiff has not filed a motion to stay, Defendants will need to depose Plaintiff prior to the discovery deadline.

6.  Federal Rule of Civil Procedure 30(a) requires leave of the Court to depose an incarcerated individual.

7.  A form of order is attached to this Motion that grants Defendants' counsel the right to depose Fayson.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order, substantially in the form attached hereto, granting the Motion for Leave to Depose Plaintiff Donial Fayson.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400
    Attorney for the Defendants

Dated: September 10, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DONIAL FAYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-219-*** |
| | ) | |
| | ) | Jury Trial Requested |
| BERNITA EARLE and PATRICK RYAN, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon Defendants' Motion For Leave To Depose Plaintiff (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Defendants are granted leave to depose the Plaintiff in this matter.

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Mary Pat Thynge
United States District Court Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DONIAL FAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-219-*** |
| | ) |
| | ) Jury Trial Requested |
| BERNITA EARLE and PATRICK RYAN, | ) |
| | ) |
| Defendants. | ) |

## 7.1.1 CERTIFICATE OF COUNSEL

The undersigned counsel hereby certifies, pursuant to Rule 7.1.1 of the Local Rules for the District Court of Delaware, that she is, as a practical matter, unable to discuss the subject of this Motion with the Plaintiff because the Plaintiff is an incarcerated inmate in a prison. Defense counsel assumes that the Plaintiff opposes the Motion.

        **DEPARTMENT OF JUSTICE
        STATE OF DELAWARE**

        */s/ Erika Y. Tross*
        Erika Y. Tross (#4506)
        Deputy Attorney General
        820 N. French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
            Attorney for the Defendants

Dated: September 10, 2007

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on September 10, 2007, I caused a true and correct copy of the attached *Defendants' Motion for Leave to Depose Plaintiff* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Inmate Donial Fayson
SBI #463713
Baylor Women's Correctional Institution
660 Baylor Boulevard
New Castle, DE 19720

**MANNER OF DELIVERY:**

☐ One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

☐ Two true copies by Federal Express

☐ Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400