IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONIAL FAYSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-219-*** |
| ) | |
| ) | Jury Trial Requested |
| BERNITA EARLE and PATRICK RYAN, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon Defendants' Motion For Leave To Depose Plaintiff (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Defendants are granted leave to depose the Plaintiff in this matter.

SO ORDERED this ___11___ day of _September_, 2007.

_____
The Honorable Mary Pat Thynge
United States District Court Magistrate Judge