IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONIAL FAYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-219-*** |
| | ) | |
| | ) | Jury Trial Requested |
| BERNITA EARLE and PATRICK RYAN, | ) | |
| | ) | |
| Defendants. | ) | |

**Notice of Deposition**

TO:  Inmate Donial Fayson
      SBI #463713
      Baylor Women's Correctional Institution
      660 Baylor Boulevard
      New Castle, DE 19720

**PLEASE TAKE NOTICE** that the oral deposition of Donial Fayson will be taken by Erika Y. Tross, Deputy Attorney General, on September 27, 2007 at 11:00 a.m. The deposition will take place at the Baylor Women's Correctional Institution, 660 Baylor Boulevard, New Castle, DE 19720, and will be transcribed by a professional reporter.

                                                  DEPARTMENT OF JUSTICE
                                                  STATE OF DELAWARE

                                                  */s/ Erika Y. Tross*
                                                  Erika Y. Tross (#4506)
                                                  Deputy Attorney General
                                                  820 N. French Street, 6th Floor
                                                  Wilmington, DE  19801
                                                  (302) 577-8400
                                                        Attorneys for the Defendants

Dated:  September 24, 2007

# **CERTIFICATE OF SERVICE**

I, Erika Y. Tross, Esq., hereby certify that on September 24, 2007, I caused a true and correct copy of the attached *Notice of Deposition* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Inmate Donial Fayson
SBI #463713
Baylor Women's Correctional Institution
660 Baylor Boulevard
New Castle, DE 19720

**MANNER OF DELIVERY:**

☐ One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

☐ Two true copies by Federal Express

☐ Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400