IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONIAL FAYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-219-*** |
| | ) | |
| | ) | Jury Trial Requested |
| BERNITA EARLE and PATRICK RYAN, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

COMES NOW, Defendants Bernita Earle and Patrick Ryan (the "Defendants"), by and through their undersigned counsel, and hereby move this Honorable Court (the "Motion") to enter an Order, granting an enlargement of time pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, in which to file a motion for summary judgment in the above-captioned case. In support of the Motion, Defendants state as follows:

1. Plaintiff Donial Fayson ("Fayson" or "Plaintiff") is an inmate presently incarcerated at the Baylor Women's Correctional Institution ("BWCI") in New Castle, Delaware. Fayson is appearing *pro se* in this matter with leave to proceed *in forma pauperis*.

2. On March 20, 2007, this Court entered a scheduling order setting September 28, 2007 as the discovery deadline. The Court also set October 31, 2007 as the date all case dispositive motions are due. (D.I. 43).

3. On September 27, 2007, counsel for the Defendants deposed the Plaintiff. Discovery in the matter was complete by the discovery deadline.

4. Due to the press of other litigation and the increased caseload of the undersigned counsel, counsel for the Defendants is requesting an extension of time of 30 days – from October 31, 2007 to November 30, 2007 – to file a motion for summary judgment.

5. This is Defendants' first request for an extension of time to file a motion for summary judgment.

6. There is no trial date scheduled in this case.

WHEREFORE, Defendants respectfully request that the Court grant the Motion and enter an Order, substantially in the form attached hereto, enlarging Defendants' time to file a motion for summary judgment until on or before November 30, 2007.

                **DEPARTMENT OF JUSTICE**
                **STATE OF DELAWARE**

                */s/ Erika Y. Tross*
                Erika Y. Tross (#4506)
                Deputy Attorney General
                820 N. French Street, 6th Floor
                Wilmington, DE  19801
                (302) 577-8400
                      Attorney for the Defendants

Dated: October 25, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DONIAL FAYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-219-*** |
| | ) | |
| | ) | Jury Trial Requested |
| BERNITA EARLE and PATRICK RYAN, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1**

The undersigned counsel hereby certifies, pursuant to Rule 7.1.1 of the Local Rules for the District Court of Delaware, that she is, as a practical matter, unable to discuss the subject of this Motion with the Plaintiff because the Plaintiff is an incarcerated inmate in a prison. Counsel for the Defendants assumes that the Plaintiff opposes the Motion.

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400
    Attorney for the Defendants

Dated: October 25, 2007

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONIAL FAYSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-219-*** |
| ) | |
| ) | Jury Trial Requested |
| BERNITA EARLE and PATRICK RYAN, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon Defendants' Motion For Enlargement Of Time (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Defendants have until on or before November 30, 2007 to file a motion for summary judgment.

SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on October 25, 2007, I caused a true and correct copy of the attached *Defendants' Motion for Enlargement of Time* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Donial Fayson
SBI #463713
Baylor Women's Correctional Institution
660 Baylor Boulevard
New Castle, DE 19720

**MANNER OF DELIVERY:**

___ One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

___ Two true copies by Federal Express

___ Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400