IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONIAL FAYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-219-*** |
| | ) | |
| | ) | Jury Trial Requested |
| BERNITA EARLE and PATRICK RYAN, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon Defendants' Motion For Enlargement Of Time (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Defendants have until on or before November 30, 2007 to file a motion for summary judgment. *Briefing on defendants' motion shall continue pursuant to the Court's local rules, specifically L.R. 7.1.2.*

SO ORDERED this __25__ day of __October__, 2007.

_____
United States ~~District~~ Court Judge