IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONIAL FAYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-219*** |
| | ) | |
| BERNITA EARLE and PATRICK RYAN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## LETTER MOTION FOR STAY IN THE ABOVE CASE

1. I am currently incarcerated and am trying to find legal representation.

2. I have contacted several lawyers, however I have not been successful in retaining anyone.

3. Because of my incarceration I do not have any funding for the retainer fee for a lawyer.

I am asking that you grant me a stay in this case until I am able to retain legal representation.

# CERTIFICATE OF SERVICE

I, Donial Fayson, hereby certify that on October 24, 2007, I caused a true and correct copy of the attached Motion for Stay to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT (S):**

Erika Y. Tross
Deputy Attorney General
Delaware Department of Justice
Caravel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400

**MANNER OF DELIVERY:**

One true copy by first class mail, postage prepaid, to each recipient

Donial Fayson
660 Baylor Blvd
New Castle De 19720

Donial Fayson
600 Baylor Blvd
New Castle DE 19720

U.S.D.C.
c/o Pat Thynise
844 N. King Street
Lock Box 18
Wilmington DE 19801-3570

WILMINGTON DE 197
26 OCT 2007 PM 3 T



USA FIRST-CLASS FOREVER