**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

**NEW CASTLE COUNTY**
Carvel State Building
820 N. French Street
Wilmington, DE 19801
Criminal Division (302) 577-8500
Fax: (302) 577-2496
Civil Division (302) 577-8400
Fax: (302) 577-6630
TTY: (302) 577-5783

**KENT COUNTY**
102 West Water Street
Dover, DE 19904
Criminal Division (302) 739-4211
Fax: (302) 739-6727
Civil Division (302) 739-7641
Fax: (302) 739-7652
TTY: (302) 739-1545

**SUSSEX COUNTY**
114 E. Market Street
Georgetown, DE 19947
(302) 856-5353
Fax: (302) 856-5369
TTY: (302) 856-2500

**PLEASE REPLY TO:**

[New Castle County-Civil Division]

November 6, 2007

The Honorable Mary Pat Thynge
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   *Fayson v. Earle, et al.*
      <u>D. Del., C.A. No. 04-219-KAJ</u>

Dear Magistrate Judge Thynge:

On October 29, 2007, Plaintiff Donial Fayson filed a Motion to Stay the proceedings in the above-captioned case. (D.I. 58). Please be advised that the Defendants have no objection to Ms. Fayson's request for a stay, however, given the late stage of this litigation and the fact that the case has been ongoing for several years, the Defendants request that the Court limit the stay to no longer than three (3) months.

If the Court has any questions or concerns please contact me at (302) 577-8400. Thank you.

Sincerely,

/s/ Erika Y. Tross

Erika Y. Tross
Deputy Attorney General
   Attorney for Defendants

cc:   Donial Fayson, Plaintiff