IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DONIAL FAYSON                           :

    Plaintiff                           :

    v.                                  : Civil Action No. 04-219 GMS

CHAPLAIN BERNITA EARLE, et al.          :

    Defendants                          :

## ORDER

At Wilmington this 19th day of February 2008,

IT IS HEREBY ORDERED that:

The plaintiff's motion to stay (D.I. 58) this case is GRANTED. The plaintiff is directed to submit a status report regarding legal representation to the court no later than **April 4, 2008**.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED
FEB 19 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE