IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONIAL FAYSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-219 GMS |
| | ) | |
| CHAPLAIN BERNITA EARLE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

WHEREAS, on April 9, 2004, the plaintiff filed a Complaint against the above-captioned defendants (D.I. 2);

WHEREAS, on November 14, 2006, an Answer to the Complaint was filed by the two remaining defendants, Bernita Earle and Patrick Ryan (D.I. 35);

WHEREAS, on March 20, 2007, a Scheduling Order was entered in this case (D.I. 43);

WHEREAS, on October 29, 2007, the plaintiff filed a motion to stay in order to obtain legal representation (D.I. 58). The motion was granted on February 19, 2008, and the plaintiff was directed to file a status report regarding his efforts to obtain legal representation by no later than April 4, 2008 (D.I. 60);

WHEREAS, to date, the court's docket reflects no further contact with the court by the plaintiff since October 29, 2007.

IT IS HEREBY ORDERED that:

1. The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed for failure to prosecute.

2. If the plaintiff fails to show cause, in writing, within thirty (30) days, this case will be dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

May 20th, 2008



FILED

MAY 20 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE