IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Donial Fayson )
    Plantiff, )
 )
v. ) Civil Action No. 04-219 GMS
 )
Chaplain Bernita Earle, et al. )
    Defendants )
 )

### Response to ORDER Dated May 20, 2008

On June 20, 2008 I received an order dated February 20, 2008 that granted a stay on my case because of my lack of counsel. I wasn't aware prior to June 20, 2008 that the stay on my case had been granted.

I have not found counsel as of June 20, 2008, however I would like to proceed with the case.

Donial Fayson
6060 Baylor Blvd
New Castle DE 19720



FILED
JUN 26 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

# CERTIFICATE OF SERVICE

I, Donial Fayson, hereby certify that on June 20, 2008, I caused a true and correct copy of the attached *Answer to Motion* to be served on the following individuals in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT (S):**

Stacey Xarhoulakos
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French street, 6th Floor
Wilmington, DE 19801
302-577-8400

**MANNER OF DELIVERY:**

Two true copies by first class mail, postage prepaid, to each recipient

Donial Fayson
SBI #463713
Baylor's Women's Correctional
660 Baylor Boulevard
New Castle, DE 19720

Donial Faysn
600 Baylor Blvd
New Castle, DE 19720

WILMINGTON DE
25 JUN 2008 PM 3 T

Office of the Clerk
U.S.D.C.
844 N. King Street
Lockbox 18
Wilmington, DE 19801-3570

